UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

ROCHESTER DRUG CO-OPERATIVE, INC.,

Debtor.

Case No. 20-20230

CHAPTER 11

# EX PARTE MOTION FOR AUTHORIZATION TO BRING PERSONAL ELECTRONIC DEVICES INTO COURTHOUSE AND TO USE SAME IN ACCORDANCE WITH GENERAL ORDER DATED MARCH 6, 2012

Manufacturers and Traders Trust Company moves this Court for an order authorizing its counsel listed below to bring Personal Electronic Devices (as defined in the General Order described below) into the United States Courthouse for the Western District of New York, Rochester Division, 100 State Street, Rochester, New York 14614, and to use such Personal Electronic Devices in accordance with the terms of the United States District Court Chief Judge William Skretny's General Order dated March 6, 2012, as it may be amended, for all hearings in the above-captioned bankruptcy case, including any adversary proceedings.

| Attorney | Devices |
|---|---|
| Michael Luskin | Phones, laptops, and tablets |

Dated: March 12, 2020

Respectfully submitted,

WOODS OVIATT GILMAN LLP

By: _____
Timothy P. Lyster, Esq.
1900 Bausch & Lomb Place
Rochester, New York 14604
585.987.2800
tlyster@woodsoviatt.com

{8052564: }

Michael Luskin
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
212.597.8200
luskin@lsellp.com