| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: Rochester Drug Co-Operative, Inc. | ☐ Check if this is an amended filing |
| United States Bankruptcy Court for the: Western District of New York | |
| Case Number (If known): 20-20230 | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UNITED STATES OF AMERICA C/O U.S. ATTORNEY'S OFFICE - SDNY ATTN: JEFFREY K. POWELL, ESQ. 86 CHAMBERS STREET, ROOM 620 NEW YORK, NY 10007 | CONTACT: LOUIS A. PELLEGRINO, ESQ. PHONE: 212-637-2706 FAX: 212-637-2686 JEFFREY.POWELL@USDOJ.GOV | SETTLEMENT PAYMENT | | | | $10,000,000.00 |
| | UNITED STATES OF AMERICA C/O U.S. ATTORNEY'S OFFICE - SDNY ATTN: LOUIS A. PELLEGRINO, ESQ. 1 ST. ANDREW'S PLAZA NEW YORK, NY 10007 | CONTACT: LOUIS A. PELLEGRINO, ESQ. PHONE: 212-637-2689 FAX: 212-637-2686 LOUIS.PELLEGRINO@USDOJ.GOV | | | | | |
| 2 | GILEAD SCIENCES, INC. ATTN: GRACE DUNLAP 353 LAKESIDE DRIVE FOSTER CITY, CA 94404 | CONTACT: GRACE DUNLAP PHONE: 650-377-4981 FAX: 800-693-9009 GRACE.DUNLAP@GILEAD.COM | TRADE PAYABLE | | | | $7,689,370.00 |
| 3 | GLAXOSMITHKLINE ATTN: PAOLA CALVO CUBERO MAILSTOP NY0300 5 CRESCENT DRIVE PHILADELPHIA, PA 19112 | CONTACT: PAOLA CALVO CUBERO PHONE: 215-751-3011 FAX: 215-751-4759 PAOLA.M.CALVO@GSK.COM | TRADE PAYABLE | | | | $6,030,182.00 |
| 4 | MERCK & COMPANY, INC. ATTN: ANDREA CHAVARRIA 2000 GALLOPING HILL ROAD KENILWORTH, NJ 07033 | CONTACT: ANDREA CHAVARRIA PHONE: 704-345-6387 FAX: 215-631-5997 ANDREA.CHAVARRIA@MERCK.COM | TRADE PAYABLE | | | | $5,017,889.00 |

Official Form 204 Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims Page 1

Case 2-20-20230    Doc 5    Filed 03/12/20    Entered 03/12/20 09:59:00    Description: Main Document    , Page 1 of 4

Debtor: Rochester Drug Co-Operative, Inc.  Case Number (if known): 20-20230

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | ALLERGAN SALES LLC<br>ATTN: JACK LEWIS<br>1551 SAWGRASS CORP PKWY<br>SUITE 400-CORPORATE CENTER I<br>SUNRISE, FL 33323 | CONTACT: JACK LEWIS<br>PHONE: 862-261-7791<br>FAX: 800-393-0117<br>JACK.LEWIS@ALLERGAN.COM | TRADE PAYABLE | | | | $4,947,049.00 |
| 6 | SANOFI AVENTIS US LLC<br>ATTN: BETH LINDENMUTH<br>300 SOMERSET CORPORATE BLVD<br>BRIDGEWATER, NJ 08807 | CONTACT: BETH LINDENMUTH<br>PHONE: 585-259-7053<br>FAX: 800-933-3243<br>BETH.LINDENMUTH@SANOFI.COM | TRADE PAYABLE | | | | $3,983,391.00 |
| 7 | BRISTOL-MYERS SQUIBB COMPANY<br>ATTN: RHONDA NANTAIS<br>430 E. 29TH STREET, 14TH FLOOR<br>NEW YORK, NY 10016 | CONTACT: RHONDA NANTAIS<br>PHONE: 813-881-7038<br>FAX: 800-523-2965<br>RHONDA.NANTAIS@BMS.COM | TRADE PAYABLE | | | | $3,436,173.00 |
| 8 | ASTRAZENECA LP<br>ATTN: RAUL MATEI<br>1800 CONCORD PIKE<br>WILMINGTON, DE 19850 | CONTACT: RAUL MATEI<br>PHONE: 800-236-9933<br>FAX: 302-886-1771<br>RAUL.MATEI@ASTRAZENECA.COM | TRADE PAYABLE | | | | $2,553,889.00 |
| 9 | JANSSEN PHARMACEUTICA, L.P.<br>ATTN: DACKMARY RIVERA<br>1125 TRENTON-HARBOURTON ROAD<br>TITUSVILLE, NJ 08560 | CONTACT: DACKMARY RIVERA<br>PHONE: 813-558-4364<br>DRIVER13@ITS.JNJ.COM | TRADE PAYABLE | | | | $2,399,924.00 |
| 10 | BOEHRINGER INGELHEIM PHARM. INC.<br>ATTN: BRITTANY CRONIN<br>900 RIDGEBURY ROAD<br>RIDGEFIELD, CT 06877 | CONTACT: BRITTANY CRONIN<br>PHONE: 203-798-4825<br>FAX: 800-520-1666<br>BRITTANY.CRONIN@BOEHRINGER-INGELHEIM.COM | TRADE PAYABLE | | | | $2,277,844.00 |
| 11 | HORIZON MEDICINES LLC<br>ATTN: ANDREEA KELLIS<br>29667 NETWORK PL<br>CHICAGO, IL 60673-1296 | CONTACT: ANDREEA KELLIS<br>PHONE: 224-383-3192<br>FAX: 480-907-2323<br>AKELLIS@HORIZONTHERAPEUTICS.COM | TRADE PAYABLE | | | | $2,054,910.00 |
| 12 | NOVARTIS PHARMACEUTICALS CORP.<br>ATTN: KATHLEEN DAY<br>59 ROUTE 10<br>EAST HANOVER, NJ 07936 | CONTACT: KATHLEEN DAY<br>PHONE: 319-400-8684<br>FAX: 973-781-6356<br>KATHLEEN.DAY@NOVARTIS.COM | TRADE PAYABLE | | | | $1,829,855.00 |
| 13 | NOVO NORDISK INC.<br>ATTN: THOMAS SZOLD<br>800 SCUDDERS MILL RD<br>PLAINSBORO TOWNSHIP, NJ 08536 | CONTACT: THOMAS SZOLD<br>PHONE: 609-786-4863<br>TSSZ@NOVONORDISK.COM | TRADE PAYABLE | | | | $1,701,685.00 |
| 14 | PRASCO LLC<br>ATTN: MATT PENDLEY<br>6125 COMMERCE COURT<br>MASON, OH 45040 | CONTACT: MATT PENDLEY<br>PHONE: 513-204-1242<br>FAX: 513-204-1254<br>M.PENDLEY@PRASCO.COM | TRADE PAYABLE | | | | $1,460,491.00 |

Official Form 204  Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims  Page 2

Case 2-20-20230, Doc 5, Filed 03/12/20, Entered 03/12/20 09:59:00, Description: Main Document, Page 2 of 4

Debtor: Rochester Drug Co-Operative, Inc.   Case Number (if known): 20-20230

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 ABBVIE US LLC ATTN: NANCY CHRISTIAN 1 N. WAUKEGAN ROAD CHICAGO, IL 60064 | CONTACT: NANCY CHRISTIAN PHONE: 855-922-2843 FAX: 847-935-5360 NANCY.CHRISTIAN@ABBVIE.COM | TRADE PAYABLE | | | | $1,373,945.00 |
| 16 BAUSCH HEALTH US, LLC. ATTN: STEPHANIE REID ONE ENTERPRISE ALISO VIEJO, CA 92656 | CONTACT: STEPHANIE REID PHONE: 908-541-3238 STEPHANIE.REID@BAUSCHHEALTH.COM | TRADE PAYABLE | | | | $1,151,821.00 |
| 17 TEVA PHARMACEUTICAL USA ATTN: MIKE DORSEY 1090 HORSHAM ROAD P.O. BOX 1090 NORTH WALES, PA 19454-1090 | CONTACT: MIKE DORSEY PHONE: 262-377-0874 FAX: 215-591-8809 MICHAEL.DORSEY@TEVAPHARM.COM | TRADE PAYABLE | | | | $1,042,829.00 |
| 18 AMGEN, INC. ATTN: ANDREW SEIDL 1840 DEHAVILLAND THOUSAND OAKS, CA 91320 | CONTACT: ANDREW SEIDL PHONE: 813-733-2846 FAX: 800-292-6436 ASEIDL@AMGEN.COM | TRADE PAYABLE | | | | $1,036,523.00 |
| 19 PHARMACEUTICAL DIV. OF PFIZER ATTN: ALLYSON RASSOULI 235 EAST 42ND STREET NEW YORK, NY 10017 | CONTACT: ALLYSON RASSOULI PHONE: 714-376-7057 ALLYSON.RASSOULI@PFIZER.COM | TRADE PAYABLE | | | | $960,461.00 |
| 20 HORIZON PHARMA USA, INC. ATTN: ANDREEA KELLIS 28578 NETWORK PLACE CHICAGO, IL 60673 | CONTACT: ANDREEA KELLIS PHONE: 224-383-3192 AKELLIS@HORIZONTHERAPEUTICS.COM | TRADE PAYABLE | | | | $921,585.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims   Page 3

Case 2-20-20230   Doc 5   Filed 03/12/20   Entered 03/12/20 09:59:00   Description: Main Document , Page 3 of 4

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 12, 2020            X  */s/ John T. Kinney*
                                            Signature of individual signing on behalf of debtor

                                            John T. Kinney
                                            Printed name

                                            Interim Chief Executive Officer and Chief Financial Officer
                                            Position or relationship to debtor