**Fill in this information to identify the case:**

Debtor    Rochester Drug Co-Operative, Inc.

United States Bankruptcy Court for the:  Western District of New York

Case number    20-20230
(if known)

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

04/19

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $11,562,729.00 |
   |---|

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $101,031,166.72 |
   |---|

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $112,593,895.72 |
   |---|

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $29,880,585.56 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . .

   | $87,682.00 |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

   | + $83,207,300.93 |
   |---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $113,175,568.49 |
   |---|

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

04/19

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: CASH AND CASH EQUIVALENTS

**1.** **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **CASH ON HAND**

| | | | |
|---|---|---|---|
| 2.1. | PETTY CASH | | $300.00 |

**3.** **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | M&T BANK | DEPOSITORY | 4884 | $561,819.53 |
| 3.2. | M&T BANK | DISBURSEMENT | 6820 | $0.00 |
| 3.3. | M&T BANK | OPERATING | 5254 | $3,701,139.87 |
| 3.4. | M&T BANK | PAYROLL | 2293 | $2,074,574.59 |

**4.** **OTHER CASH EQUIVALENTS**

**NONE**

**5** **Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

| $6,337,833.99 |
|---|

## Part 2: DEPOSITS AND PREPAYMENTS

**6.** **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| Current value of debtor's interest |
|---|

**7.** **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

**NONE**

| | | Current value of debtor's interest |
|---|---|---|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | ACOM SOLUTIONS - PREPAID ELECTRONIC FAX, EMAIL STATEMENTS | $3,493.29 |
| 8.2. | ALLEGAERT BERGER & VOGEL - PREPAID RETAINER | $50,000.00 |
| 8.3. | ARCH SPECIALTY INS. CO. - PREPAID EXCESS FLOOD INSURANCE | $9,112.90 |
| 8.4. | ATTORNEYS -SHERIN AND LODGEN - PREPAID RETAINER | $17,145.25 |
| 8.5. | AXIS SURPLUS INS. CO. - PREPAID EXCESS FLOOD INSURANCE | $9,112.90 |
| 8.6. | AXWAY, INC. - PREPAID CSOS MAINTENANCE | $4,812.78 |
| 8.7. | BOND, SCHOENECK & KING - PREPAID RETAINER | $302,008.05 |
| 8.8. | CLEO - PREPAID EDI TRANSMISSIONS TO VENDORS SOFTWARE MAINTENANCE | $8,147.21 |
| 8.9. | CONNECT SUPPORT PROGRAMING - PREPAID RDC CONNECT SUPPORT PROGRAMMING | $10,548.00 |
| 8.10. | COPIERFAX BUSINESS SOLUTIONS - PREPAID COPIER SUPPORT | $0.00 |
| 8.11. | EPIQ - PREPAID RETAINER | $25,000.00 |
| 8.12. | EVEREST INDEMNITY INS. CO. - PREPAID GENERAL PRODUCT LIABILITY INSURANCE | $0.00 |
| 8.13. | FAYE BUSINESS SYSTEMS - PREPAID CUSTOMER SERVICE MGMT & SYSTEM MAINTENANCE | $1,761.29 |
| 8.14. | GATES CHILI SCHOOL - PREPAID REAL ESTATE TAXES | $28,943.80 |
| 8.15. | GREAT NORTHERN INSURANCE COMPANY - PREPAID PROPERTY INSURANCE | $53,719.65 |
| 8.16. | HAMACHER RESOURCE GROUP - PREPAID UPC DATABASE FOR RDC INVENTORY ANALYSIS & PRODUCT IMAGE LICENSE | $18,118.60 |
| 8.17. | HARTER SECREST EMERY - PREPAID LEGAL | $105,000.00 |
| 8.18. | HURON CONSULTING SERVICES, LLC - PREPAID RETAINER | $73,000.00 |
| 8.19. | IRONSHORE - PREPAID EXCESS PRODUCT LIABILITY INSURANCE | $56,803.76 |
| 8.20. | LIAISON TECHNOLOGIES, INC - PREPAID CSOS MAINTENANCE | $2,040.89 |
| 8.21. | LLOYD'S OF LONDON - PREPAID CARGO & MARINE CARGO INSRUANCE | $83,534.95 |
| 8.22. | LUCAS SYSTEMS, INC. - PREPAID VOICE SOFTWARE/HARDWARE MAINTENANCE | $16,303.33 |
| 8.23. | MANHATTAN ASSOCIATES - PREPAID SUPPORT + ELECT, DELIVERY | $71,459.82 |
| 8.24. | NATIONAL TECHNICAL INFORMATION SERVICE - PREPAID DEA CSA DATA DAILY TRANSFER | $7,608.33 |
| 8.25. | ORACLE AMERICA, INC - PREPAID PERPETUAL INVENTORY SOFTWARE LICENSE | $11,615.10 |
| 8.26. | PROFOUND LOGIC - PREPAID ACCOUNTS PAYABLE POSTING SUPPORT | $4,999.06 |
| 8.27. | ROGUEWAVE SEND TECHNOLOGIES - PREPAID SERVER MAINTENANCE | $1,610.20 |
| 8.28. | RSUI INDEMNITY COMPANY - PREPAID EXCESS FLOOD INSURANCE | $48,104.74 |
| 8.29. | SCHAEFER SYSTEMS INTERNATIONAL - PREPAID WAREHOUSE AUTOMATION PREVENTIVE MAINTENANCE | $8,179.74 |
| 8.30. | SCHAEFER SYSTEMS INTERNATIONAL - PREPAID WAREHOUSE AUTOMATION SERVICE | $31,181.84 |
| 8.31. | SCOTTSDALE INSURANCE COMPANY - PREPAID EXCESS FLOOD INSURANCE | $7,594.09 |
| 8.32. | SYSTEMS MANAGEMENT PLANNING - PREPAID SYSTEMS MANAGEMENT PLANNING | $44,603.70 |
| 8.33. | THE HARTFORD, INC - PREPAID AUTOMOBILE INSURANCE | $21,979.72 |
| 8.34. | THE HARTFORD, INC - PREPAID GENERAL LIABILITY INSURANCE | $16,566.04 |
| 8.35. | THE HARTFORD, INC - PREPAID UMBRELLA INSURANCE | $9,546.37 |
| 8.36. | THE HARTFORD, INC - PREPAID WORKERS COMPENSATION INSURANCE | $42,111.94 |
| 8.37. | TOWN OF CHILI - PREPAID REAL ESTATE TAXES | $36,798.70 |
| 8.38. | TOWNSHIP OF FAIRFIELD - PREPAID REAL ESTATE TAXES | $9,613.87 |
| 8.39. | TRACELINK - PREPAID MASTER DATA SHARING FOR SERIALIZATION | $44,284.58 |
| 8.40. | TXMQ, INC - PREPAID HARD DRIVE RETENTION | $14,776.86 |
| 8.41. | VELOCITY RISK UNDERWRITERS - PREPAID EXCESS FLOOD INSURANCE | $19,820.56 |
| 8.42. | VISION SOLUTIONS - PREPAID DISASTER RECOVERY | $3,624.58 |
| 8.43. | WOLTERS KLUWER HEALTH, INC. - PREPAID NDC DATABASE | $8,032.64 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $1,342,719.15 |
|---|---|---|

**Part 3:  ACCOUNTS RECEIVABLE**

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

Official Form 206A/B

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19,    Page 2 of 12
Schedule A/B: Assets - Real and Personal Property
Description: Main Document , Page 3 of 295

| | | | | **Current value of debtor's interest** |
|---|---|---|---|---|

**11. ACCOUNTS RECEIVABLE**

| CUSTOMER/VENDOR RECEIVABLE | $63,808,087.03 | - | $11,908,482.00 | = → | $51,899,605.03 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectable accounts | | |

**12 Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

$51,899,605.03

## Part 4: INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**NONE**

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | |
|---|---|---|---|
| 15.1. | OPTISOURCE, LLC | 9.00% | UNKNOWN |
| 15.2. | SOURCE ONE SERVICES, INC. | 100.00% | UNKNOWN |
| 15.3. | WHOLESALE ALLIANCE, LLC | 16.99% | UNKNOWN |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**NONE**

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

UNKNOWN

## Part 5: INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. RAW MATERIALS**

**NONE**

**20. WORK IN PROGRESS**

**NONE**

**21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE**

| 21.1. | MERCHANDISE FOR SALE | | $17,709,531.36 | ACQUISITION COST | $14,285,728.98 |
|---|---|---|---|---|---|

**22. OTHER INVENTORY OR SUPPLIES**

**NONE**

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

$14,285,728.98

**24. Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☒ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☒ Yes    Book value    $179,001.38    Valuation method  ACQUISITION COST    Current value    $179,001.38

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 6:   FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. CROPS—EITHER PLANTED OR HARVESTED**

**29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH

**30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES)

**31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |

**34. Is the debtor a member of an agricultural cooperative?**
- ☒ No
- ☐ Yes.  Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- ☒ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 7:   OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
- ☐ No. Go to Part 8.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. OFFICE FURNITURE**

| 39.1.   BUILDING OFFICE AND WAREHOUSE FURNITURE | $88,715.00 | BOOK VALUE | $88,715.00 |

**40. OFFICE FIXTURES**

| 40.1.   BUILDING AND OFFICE FIXTURES | $41,289.00 | BOOK VALUE | $41,289.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. OFFICE EQUIPMENT, INCLUDING COMPUTERS, SERVERS, PRINTERS | $622,813.00 | BOOK VALUE | $622,813.00 |

**42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

**NONE**

| | | | |
|---|---|---|---|
| **43 Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $752,817.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: MACHINERY, EQUIPMENT, AND VEHICLES

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1. 2012 GMC SAVANA, VIN# 1GTW7GCG4C1173400 | $0.00 | KELLY BLUE BOOK | $8,500.00 |
| 47.2. 2015 TOYOTA CAMRY XLE, VIN# 4T1BF1FK5FU982384 | $0.00 | KELLY BLUE BOOK | $4,200.00 |
| 47.3. 2015 TOYOTA CAMRY, VIN# 4T1BF1FK3FU945334 | $0.00 | KELLY BLUE BOOK | $6,200.00 |
| 47.4. 2015 TOYOTA SIENNA LE, VIN# 5TDKK3DC4FS554866 | $0.00 | KELLY BLUE BOOK | $5,500.00 |
| 47.5. 2016 TOYOTA CAMRY, VIN# 4T1BF1FK6GU116842 | $0.00 | KELLY BLUE BOOK | $5,300.00 |
| 47.6. 2016 TOYOTA SIENNA LE, VIN# 5TDKK3DC5GS759257 | $0.00 | KELLY BLUE BOOK | $8,000.00 |
| 47.7. 2017 TOYOTA CAMRY, VIN# 4T1BF1FKXHU311747 | $0.00 | KELLY BLUE BOOK | $6,900.00 |
| 47.8. 2017 TOYOTA HIGHLANDER, VIN# 5TDDZRFH4HS371910 | $0.00 | KELLY BLUE BOOK | $23,600.00 |
| 47.9. 2017 TOYOTA RAV 4 HYBRID, VIN# JTMDJREV6HD098429 | $5,820.42 | KELLY BLUE BOOK | $19,300.00 |
| 47.10. 2017 TOYOTA RAV 4 LE, VIN# 2T3BFREV1HW684077 | $4,050.67 | KELLY BLUE BOOK | $10,800.00 |
| 47.11. 2017 TOYOTA SIENNA LE, VIN# 5TDKZ3DC4HS780047 | $0.00 | KELLY BLUE BOOK | $10,000.00 |
| 47.12. 2018 TOYOTA CAMRY XSE, VIN# 4T1B61HK9JU003973 | $5,006.83 | KELLY BLUE BOOK | $17,800.00 |
| 47.13. 2018 TOYOTA RAV 4 , VIN# JTMRFREV4JD228057 | $4,639.50 | KELLY BLUE BOOK | $12,700.00 |
| 47.14. 2018 TOYOTA RAV 4, VIN# JTMBFREV0JJ742071 | $12,553.50 | KELLY BLUE BOOK | $15,000.00 |
| 47.15. 2018 TOYOTA RAV 4, VIN# JTMBFREV9JJ245648 | $12,770.00 | KELLY BLUE BOOK | $14,500.00 |
| 47.16. 2019 TOYOTA RAV 4 LE HYBRID, VIN# JTMMWRFV2KD036548 | $21,059.73 | KELLY BLUE BOOK | $20,000.00 |
| 47.17. 2019 TOYOTA RAV 4 LE, VIN# 2T3G1RFV1KW019240 | $14,045.64 | KELLY BLUE BOOK | $17,700.00 |
| 47.18. 2019 TOYOTA RAV 4 LE, VIN# 2T3G1RFV9KW019244 | $14,045.64 | KELLY BLUE BOOK | $16,500.00 |
| 47.19. 2019 TOYOTA RAV 4 XLE, VIN# JTMP1RFV4KJ005492 | $15,445.14 | KELLY BLUE BOOK | $19,000.00 |
| 47.20. 2019 TOYOTA RAV4 XLE PREM, VIN# JTMA1RFV0KD028742 | $29,094.17 | KELLY BLUE BOOK | $21,700.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. CONVEYOR SYSTEMS, ROBOTICS, RACKING, AUTOMATION SYSTEMS AND SOFTWARE | $7,361,451.00 | BOOK VALUE | $7,361,451.00 |

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

$7,624,651.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. 116 & 117 LEHIGH DR, FAIRFIELD, NJ, 07004 - DISTRUBUTION WAREHOUSE FOR OPERATIONS | REAL ESTATE | $8,899,218.00 | BOOK VALUE | $8,899,218.00 |
| 55.2. 50 JETVIEW DR., ROCHESTER, NY, 14624 - HEADQUARTER WAREHOUSE AND MAIN OFFICE. MAIN LOCATION FOR OPERATIONS | REAL ESTATE | $2,663,511.00 | BOOK VALUE | $2,663,511.00 |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

$11,562,729.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| | **NONE** | | | |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. | HTTPS://RDC.RDCDRUG.CM - RDC CONNECT ORDERING WEBSITE | $362,613.19 | BOOK VALUE | $362,613.19 |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1. | CONTROLLED DANGEROUS SUBSTANCES REGISTRATION - WHOLESALER/DISTRIBUTOR (10CW00052800) | UNKNOWN | N/A | UNKNOWN |
| 62.2. | CONTROLLED DANGEROUS SUBSTANCES REGISTRATION (296577) | UNKNOWN | N/A | UNKNOWN |
| 62.3. | CONTROLLED SUBSTANCE LICENSE (0200082) | UNKNOWN | N/A | UNKNOWN |
| 62.4. | CONTROLLED SUBSTANCE LICENSE (02A0903) | UNKNOWN | N/A | UNKNOWN |
| 62.5. | CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE (PR0003032) | UNKNOWN | N/A | UNKNOWN |
| 62.6. | CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE (RR0480676) | UNKNOWN | N/A | UNKNOWN |
| 62.7. | DISTRIBUTOR LICENSE (D06208) | UNKNOWN | N/A | UNKNOWN |
| 62.8. | DISTRIBUTOR/MANUFACTURER CSR CONTROLLED SUBSTANCE REGISTRATION (DM-0012272) | UNKNOWN | N/A | UNKNOWN |
| 62.9. | DRUG & DEVICE REGISTRATION - DISTRIBUTOR (PRESCRIPTION) (3000007884) | UNKNOWN | N/A | UNKNOWN |
| 62.10. | DRUG & DEVICE REGISTRATION - DISTRIBUTOR PRESCRIPTION (3000009333) | UNKNOWN | N/A | UNKNOWN |
| 62.11. | DRUG AND MEDICAL DEVICES CERTIFICATE OF REGISTRATION - WHOLESALER (5003213) | UNKNOWN | N/A | UNKNOWN |
| 62.12. | DRUG AND MEDICAL DEVICES CERTIFICATE OF REGISTRATION - WHOLESALER (5003213) | UNKNOWN | N/A | UNKNOWN |
| 62.13. | FDA ANNUAL REGISTRATION (009832023) | UNKNOWN | N/A | UNKNOWN |
| 62.14. | FDA ANNUAL REGISTRATION (079770144) | UNKNOWN | N/A | UNKNOWN |
| 62.15. | LICENSE TO DISTRIBUTE DANGEROUS DRUGS WHOLESALER CATEGORY 3 FS-FULL SERVICE | UNKNOWN | N/A | UNKNOWN |
| 62.16. | LICENSE TO DISTRIBUTE DANGEROUS DRUGS WHOLESALER CATEGORY 3 FS-FULL SERVICE (011593300) | UNKNOWN | N/A | UNKNOWN |
| 62.17. | NON-RESIDENT REGISTERED WHOLESALER OF DRUGS AND/OR DEVICES (033618) | UNKNOWN | N/A | UNKNOWN |
| 62.18. | PHARMACEUTICAL WHOLESALER (WH70002459) | UNKNOWN | N/A | UNKNOWN |
| 62.19. | PHARMACY - WHOLESALE DRUG DISTRIBUTOR (A4-0002412) | UNKNOWN | N/A | UNKNOWN |
| 62.20. | PRESCRIPTION DRUG/DEVICE/MANUFACTURER/WHOLESALER/DISTRIBUTOR PERMIT (0004) | UNKNOWN | N/A | UNKNOWN |
| 62.21. | REGISTERED WHOLESALER OF DRUGS AND/OR DEVICES (303440) | UNKNOWN | N/A | UNKNOWN |
| 62.22. | WHOLESALE DRUG OUTLET (039.0123750) | UNKNOWN | N/A | UNKNOWN |
| 62.23. | WHOLESALER OF DRUGS COSMETICS & MEDICAL DEVICES (CSW.0003564) | UNKNOWN | N/A | UNKNOWN |
| 62.24. | WHOLESALER OF DRUGS COSMETICS & MEDICAL DEVICES W/CS ENDORSEMENT (CSW.0002228) | UNKNOWN | N/A | UNKNOWN |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1. | CUSTOMER LIST FROM PURCHASE OF "NEW CASTLE" | $1,414.98 | BOOK VALUE | $1,414.98 |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| | **NONE** | | | |
| **65.** | **GOODWILL** | | | |
| | **NONE** | | | |

| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | $364,028.17 |
|---|---|---|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☒ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

### Part 11: ALL OTHER ASSETS

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

| | total face amount | | doubtful or uncollectable accounts | | | |
|---|---|---|---|---|---|---|
| NOTES RECEIVABLE FROM ALBERTY DRUGS | $764,215.92 | − | $764,215.92 | = → | $0.00 |
| NOTES RECEIVABLE FROM COCHRANTON COM PHARM | $1,210.4 | − | $0.00 | = → | $1,210.40 |
| NOTES RECEIVABLE FROM COLFAX PHARMACY | $110,350.83 | − | $0.00 | = → | $110,350.83 |
| NOTES RECEIVABLE FROM DOUGHERTY PHARMACY - | $6,945.54 | − | $0.00 | = → | $6,945.54 |
| NOTES RECEIVABLE FROM FAMILY PHARMACY PLUS | $66,024.52 | − | $0.00 | = → | $66,024.52 |
| NOTES RECEIVABLE FROM HOPEWELL DRUGSTORE - | $3,301.11 | − | $0.00 | = → | $3,301.11 |
| NOTES RECEIVABLE FROM MEAD SQUARE PHARMACY | $1,537,803.73 | − | $1,537,803.73 | = → | $0.00 |
| NOTES RECEIVABLE FROM MENDON PHARMACY | $208,896.43 | − | $208,896.43 | = → | $0.00 |
| NOTES RECEIVABLE FROM PHELPS HOMETOWN PHAR | $213,642.45 | − | $213,642.45 | = → | $0.00 |
| NOTES RECEIVABLE FROM SOUTHTOWNS MED'L PHA | $323,984.53 | − | $323,984.53 | = → | $0.00 |
| NOTES RECEIVABLE FROM WURLITZER FAMILY PHA | $86,192.89 | − | $86,192.89 | = → | $0.00 |

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | |
|---|---|---|
| FEDERAL NOL | Tax year 2019 | $17,460,346.00 |
| REFUNDABLE FEDERAL AMT CREDIT CARRYOVER | Tax year 2019 | $680,650.00 |

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

NONE

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| Nature of claim | COLLECTIONS LITIGATION | |
|---|---|---|
| Amount requested | UNKNOWN | |
| A & J PHARMACY LLC | | UNKNOWN |
| Nature of claim | COLLECTIONS LITIGATION | |
| Amount requested | UNKNOWN | |
| ADDISON'S APOTHECARY, INC. | | UNKNOWN |
| Nature of claim | COLLECTIONS LITIGATION | |
| Amount requested | UNKNOWN | |
| ASTORIA PHARMACY INC. | | UNKNOWN |

| | **Current value of debtor's interest** |
|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| **Nature of claim** | COLLECTIONS LITIGATION | |
|---|---|---|
| **Amount requested** | UNKNOWN | |
| BRAUNAGEL & BRAUNAGEL, INC. D/B/A ALITON'S PHARMACY HOME HEALTHCARE CENTERS, BRAUNAGEL & BRAUNAGEL, INC. D/B/A ALITON'S PHARMACY HOME HEALTHCARE CENTERS | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| BUFFALO CLINICAL SERVICES, INC. D/B/A UNION MEDICAL PHARMACY | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| CLARKSTOWN PHARMACY, INC., AND CLARKSTOWN PHARMACY II LLC | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| DANWINS LLC | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| EFFEXOR XR ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| EMPIRE SPECIALTY PHARMACY CORP. | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| GARDNER'S PHARMACY, INC. | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| GLEN COVE PHARM, LLC | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| INTUNIV ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| LAMICTAL ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| LIPITOR ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| LOESTRIN 24 FE ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| MEAD SQUARE PHARMACY, INC. AND THE CASEY GROUP LLC | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| MEGA AID PHRMACY, INC. AND MEGA AID PHARMACY 1, INC. | | UNKNOWN |

| | Current value of debtor's interest |
|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| | | |
|---|---|---|
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| NEW YORK CHEMISTS INC. | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| NIASPAN ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| NORTH COUNTRY DRUGS, INC. | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| NOVARTIS AND PAR ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| PALMYRA PHARMACY, LLC | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| PRIZEL'S PHARMACY LLC | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| REMICADE ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | REIMBURSEMENT FOR THE DEFENSE COUNSEL FEES PAID BY THE DEBTOR TO DEFEND ITSELF IN THE IN RE OPIOID LITIGATION | |
| **Amount requested** | UNKNOWN | |
| ROCHESTER DRUG CO-OPERATIVE, INC. V. HISCOX INSURANCE COMPANY, INC. | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| ROCHESTER DRUG COOPERATIVE, INC. V. WHALER'S APOTHECARY ET AL. | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| ROOSEVELT DRUG CORP. | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| SOUTHTOWNS MEDICAL PHARMACY, LLC | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| SPENCERPORT FAMILY APOTHECARY, LLC | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| SY PHARMACY INC. | | UNKNOWN |

| | | Current value of debtor's interest |
|---|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| **Nature of claim** | COLLECTIONS LITIGATION | |
|---|---|---|
| **Amount requested** | UNKNOWN | |
| VOGEL PHARMACY, INC. | | UNKNOWN |
| **Nature of claim** | COLLECTIONS LITIGATION | |
| **Amount requested** | UNKNOWN | |
| WHALER'S APOTHECARY INC. | | UNKNOWN |
| **Nature of claim** | ANTITRUST LITIGATION | |
| **Amount requested** | UNKNOWN | |
| ZETIA (EZETIMIBE) ANTITRUST LITIGATION | | UNKNOWN |

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

NONE

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

| NORTHWESTERN MUTUAL LIFE - PAID UP LIFE POLICY # 13-396-895 | $68,042.00 |
|---|---|
| NORTHWESTERN MUTUAL LIFE - PAID UP LIFE POLICY # 13-396-895 | $26,913.00 |

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

NONE

**78 Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

| $18,423,783.40 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 12:  Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,337,833.99 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $1,342,719.15 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $51,899,605.03 | |
| **83. Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| **84. Inventory.** *Copy line 23, Part 5.* | $14,285,728.98 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $752,817.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,624,651.00 | |
| **88. Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | $11,562,729.00 |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19    Description: Main Document , Page 12 of 295

| | | | | |
|---|---|---|---|---|
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $364,028.17 | | |
| **90.** | **All other assets.** *Copy line 78, Part 11.* | **+** $18,423,783.40 | | |
| **91.** | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $101,031,166.72 | **+** 91b | $11,562,729.00 |
| **92.** | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $112,593,895.72 |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19    Page 12 of 12

Official Form 206A/B    Schedule A/B: Assets - Real and Personal Property    Page 12 of 12
Description: Main Document , Page 13 of 295

**Fill in this information to identify the case:**

Debtor    Rochester Drug Co-Operative, Inc.

United States Bankruptcy Court for the:    Western District of New York

Case number    20-20230
(if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**04/19**

Be as complete and accurate as possible.

1. **1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1: List All Creditors with Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>MANUFACTURERS AND TRADERS TRUST COMPANY, AS AGENT FOR THE LENDERS<br><br>**Creditor's mailing address**<br>ONE M&T PLAZA<br>BUFFALO, NY 14240<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/10/2014<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL OF THE DEBTOR'S ASSETS<br><br>**Describe the lien**<br>CREDIT FACILITY AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $24,880,585.56 | ALL ASSETS |
| 2.2 | **Creditor's name**<br>MANUFACTURERS AND TRADERS TRUST COMPANY, AS AGENT FOR THE LENDERS<br><br>**Creditor's mailing address**<br>ONE M&T PLAZA<br>BUFFALO, NY 14240<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/10/2014<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL OF THE DEBTOR'S ASSETS<br><br>**Describe the lien**<br>CREDIT FACILITY AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $5,000,000.00 | ALL ASSETS |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19,
Description: Main Document  , Page 14 of 295

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.3 | **Creditor's name** <br> MANUFACTURERS AND TRADERS TRUST COMPANY, AS AGENT FOR THE LENDERS <br><br> **Creditor's mailing address** <br> ONE M&T PLAZA <br> BUFFALO, NY  14240 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 6/13/2019 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ALL OF THE DEBTOR'S PERSONAL PROPERTY <br><br> **Describe the lien** <br> UCC FILING NUMBER - 201906135760702 <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | UNKNOWN | ALL ASSETS |
| 2.4 | **Creditor's name** <br> MANUFACTURERS AND TRADERS TRUST COMPANY, AS AGENT FOR THE LENDERS <br><br> **Creditor's mailing address** <br> ONE M&T PLAZA <br> BUFFALO, NY  14240 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 5/16/2016 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ALL OF THE DEBTOR'S PERSONAL PROPERTY <br><br> **Describe the lien** <br> UCC FILING NUMBER - 201605165582029 <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | UNKNOWN | ALL ASSETS |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $29,880,585.56 | |

**Fill in this information to identify the case:**

Debtor     Rochester Drug Co-Operative, Inc.

United States Bankruptcy Court for the:   Western District of New York

Case number   20-20230
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

**2.**   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>ALWARD M EMMANS<br>24 ALINA STREET<br>FAIRPORT, NY 14450<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE BENEFITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br><br>CYNTHIA L KIRKER<br>23 OLD POST ROAD<br>FAIRPORT, NY 14450<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE BENEFITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br><br>DOROTHY L GRAHAM REEVES<br>35 WALDO AVE<br>ROCHESTER, NY 14609<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE BENEFITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.4**

**Priority creditor's name and mailing address**
EDWARD KIRKER
C/O CYNTHIA L KIRKER
23 OLD POST ROAD
FAIRPORT, NY 14450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE BENEFITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.5**

**Priority creditor's name and mailing address**
JOSEPH E BRENNAN
177 RED CEDAR DRIVE
ROCHESTER, NY 14616

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE BENEFITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.6**

**Priority creditor's name and mailing address**
JOYCE HATCHER
2450 COUNTY ROAD 28
CANANDAIGUA, NY 14424

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (5)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE BENEFITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.7**

**Priority creditor's name and mailing address**
LAURENCE F DOUD III
2913 PALMA LANE
NEW SMYRNA BEACH, FL 32168-3636

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE BENEFITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.8**

**Priority creditor's name and mailing address**
NYS OPIOID TAX
P.O. BOX 15168
ALBANY, NY 12212-5168

**Date or dates debt was incurred**
1/27/2020

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
NYS OPIOID TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

Case 2-20-20230-PRW Doc 105 Filed 03/27/20 Entered 03/27/20 16:52:19 Page 2 of 176

Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims Page 2 of 176
Description: Main Document , Page 17 of 295

(Name)

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.9** **Priority creditor's name and mailing address**
NYS SALES TAX
P.O. BOX 15168
ALBANY, NY 12212-5168

**Date or dates debt was incurred**
1/24/2020

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
NYS SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.10** **Priority creditor's name and mailing address**
TOWN OF CHILI
VIRGINIA IGNATOWSKI, RECEIVER
3333 CHILI AVENUE
ROCHESTER, NY 14624

**Date or dates debt was incurred**
1/27/2020

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $44,997.00    Priority amount: $44,997.00

---

**2.11** **Priority creditor's name and mailing address**
TOWNSHIP OF FAIRFIELD
230 FAIRFIELD ROAD
FAIRFIELD, NJ 07004

**Date or dates debt was incurred**
1/28/2020

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $42,685.00    Priority amount: $42,685.00

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
1ST BRONXCARE PHARMA
438 E 149TH STREET
SERVAID CORP
BRONX, NY 10455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $5,969.81

---

**3.2** **Nonpriority creditor's name and mailing address**
21ST CENTURY HEALTHCARE
ATTN: SALVATORI SALES
2119 SOUTH WILSON ST
TEMPE, AZ 85282

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $5,031.24

| Part 2: | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

**3.3** **Nonpriority creditor's name and mailing address**

3M    SRY5034
POST OFFICE BOX 269-F
ST. LOUIS, MO  63150-0269

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,480.48

---

**3.4** **Nonpriority creditor's name and mailing address**

52 ND STREET PHARMAC
1226 N.  52 ND STREET

PHILADELPHIA, PA  19131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$837.19

---

**3.5** **Nonpriority creditor's name and mailing address**

870 SOUTHERN DRUG CO
868 DEKALB AVENUE
PHARMBLUE LLC/RX BLUE STAR SOLUTION
BROOKLYN, NY  11221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.15

---

**3.6** **Nonpriority creditor's name and mailing address**

888 PHARMACY, INC
4821 8TH AVENUE

BROOKLYN, NY  11220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$315.03

---

**3.7** **Nonpriority creditor's name and mailing address**

A & F PHARMACY LLC
3200 FRANKFORD AVE

PHILADELPHIA, PA  19134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.27

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,567.30

A + D ENGINEERING, INC.
1756 AUTOMATION PARKWAY
SAN JOSE, CA 95131

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,473.78

A.I.I. CLUBMAN
ATTN: MIKE BALLSMITH
2220 GASPAR AVENUE
LOS ANGELES, CA 90040

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $586,808.85

ABBOTT DIABETES CARE
1360 SOUTH LOOP ROAD
ALAMEDA, CA 94502

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,803.66

ABBOTT NUTRITION
625 CLEVELAND AVE
COLUMBUS, OH 43215-1724

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,373,945.05

ABBVIE US LLC
P.O.BOX 8500 S-6665
PHILADELPHIA, PA 19178

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,385.11

ABRAXIS BIOSCIENCE, INC.
2318 MOMENTUM PLACE
CHICAGO, IL 60689-5323

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $460.33

ABRIN PHARMACY
131-13 ROCKAWAY BLVD
R & C PHARMACY CORP.
SOUTH OZONE PARK, NY 11420

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,409.46

ABRIN PHARMACY
131-13 ROCKAWAY BLVD
SREENIDHI PHARMACY
SOUTH OZONE PARK, NY 11420

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $330.00

ACCERA, INC.
800 WOODLAND PRIME
SUITE 200
MENOMONEE FALLS, WI 53051-4483

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $128,148.74

ACCORD HEALTHCARE INC
1009 SLATER ROAD
SUITE 210-B
DURHAM, NC 27703

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19    Page 6 of 176

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 6 of 176
Description: Main Document , Page 21 of 295

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.18** 

**Nonpriority creditor's name and mailing address**

ACE DRUG COMPANY INC
192 BROADWAY-NO CREDITS! USE 003510
NO CREDITS !!! USE 003510
NEWBURGH, NY 12550

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,643.15

---

**3.19**

**Nonpriority creditor's name and mailing address**

ACELLA PHARMACEUTICALS,LLC
11675 GREAT OAKS WAY, SUITE 144
ALPHARETTA, GA 30022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,984.26

---

**3.20**

**Nonpriority creditor's name and mailing address**

ACI HEALTHCARE USA INC
10100 W SAMPLE RD
CORAL SPRINGS, FL 33065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,999.11

---

**3.21**

**Nonpriority creditor's name and mailing address**

ADAPT PHARMA INC
100 MATSONFORD RD
BUILDING 4, SUITE 201
RANDOR, PA 19087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,398.85

---

**3.22**

**Nonpriority creditor's name and mailing address**

ADARE PHAMACEUTICALS INC
501 MASON RD, SUITE 200
LAVERGNE, TN 37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,106.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

3.23 **Nonpriority creditor's name and mailing address**

ADLIB PHARMACY CORP
215-19/21 73RD AVE.
WINDSOR PHARMACY
BAYSIDE, NY  11364

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$905.30

---

3.24 **Nonpriority creditor's name and mailing address**

ADVANCED DISCOVERY
P O BOX 102242
ATLANTA, GA  30368-2242

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,937.53

---

3.25 **Nonpriority creditor's name and mailing address**

ADVANCED PHARMACY ON
6929 MYRTLE AVE
ADVANCED PHARMACY ONE INC
GLENDALE, NY  11385

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,624.55

---

3.26 **Nonpriority creditor's name and mailing address**

AERIE PHARMACEUTICALS, INC.
4301 EMPEROR BLVD
DURHAM, NC  27703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,204.71

---

3.27 **Nonpriority creditor's name and mailing address**

AEROTEK COMMERCIAL STAFFING
P.O. BOX 198531
ATLANTA, GA  30384-8531

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19    Page 8 of 176

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 8 of 176
Description: Main Document , Page 23 of 295

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,065.37 |

AGAMATRIX
7C RAYMOND AVE
SALEM, NH  03079

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $768.00 |

AIRGUARD MEDICAL PRODUCTS CO
1599 HOLLY HILL DRIVE
GERMANTOWN, TN  38138

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $117,379.47 |

AJANTA PHARMA USA INC
440 US HIGHWAY 22 EAST SUITE 150
BRIDGEWATER, NJ  08807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,505.60 |

AKESO HEALTH SCIENCES LLC
4607 LAKEVIEW CANYON 561
WESTLAKE VILLAGE, CA  91361

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,713.04 |

AKORN CONSUMER HEALTH
660 MAIN STREET
SUITE 330
WOBURN, MA  01801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.33** **Nonpriority creditor's name and mailing address**

AKORN INCORPORATED
1925 W. FIELD COURT
SUITE 300
LAKE FOREST, IL 60045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,929.09

---

**3.34** **Nonpriority creditor's name and mailing address**

ALBANY COLL OF PHCY
106 NEW SCOTLAND AVENUE
ATTN: ACCOUNTS PAYABLE
ALBANY, NY 12208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$272.47

---

**3.35** **Nonpriority creditor's name and mailing address**

ALCON LABORATORIES INC
P O BOX 75877
CHARLOTTE, NC 28275

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$134,461.07

---

**3.36** **Nonpriority creditor's name and mailing address**

ALCON LABORATORIES, INC.
POST OFFICE BOX 75877
CHARLOTTE, NC 28275

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$334.08

---

**3.37** **Nonpriority creditor's name and mailing address**

ALEMBIC PHARMACEUTICALS INC
750 HIGHWAY 202
BRIDGEWATER, NJ 08807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,464.30

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,889.82 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ALFASIGMA USA, INC.
2008 CLAIBORNE AVENUE
SHREVEPORT, LA 71103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,889.82

---

**3.39 Nonpriority creditor's name and mailing address**

ALFASIGMA USA, INC.
420 INTERNATIONAL BLVD
SUITE 500
BROOKS, KY 40109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,289.83

---

**3.40 Nonpriority creditor's name and mailing address**

ALFRED PHARMACY INC.
36 NORTH MAIN STREET
ALFRED, NY 14802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.84

---

**3.41 Nonpriority creditor's name and mailing address**

ALKERMES INC.
852 WINTER STREET
WALTHAM, MA 05241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$152,992.50

---

**3.42 Nonpriority creditor's name and mailing address**

ALLCARE PHARMACY
59 WEST 167TH STREET
WOODCREST PHARMACY INC.
BRONX, NY 10452

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$161.08

---

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| | | Amount of claim |
|---|---|---|
| | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,792.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ALLEGAERT BERGER & VOGEL, LLP
111 BROADWAY, 20TH FLOOR
NEW YORK, NY 10006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $49,792.00

---

**3.44**

**Nonpriority creditor's name and mailing address**

ALLEGIS
276 NISSAN PARKWAY F-100
CANTON, MS 39046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45**

**Nonpriority creditor's name and mailing address**

ALLERGAN SALES LLC
1551 SAWGRASS CORP PKWY
SUITE 400-CORPORATE CENTER I
SUNRISE, FL 33323

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,957,446.22

---

**3.46**

**Nonpriority creditor's name and mailing address**

ALLIANCE DISTRIBUTION PARTNERS
539 N BELVEDERE DR
GALLATIN, TN 37066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,694.60

---

**3.47**

**Nonpriority creditor's name and mailing address**

ALLIANCE LABS
1406 W. VICTORY LANE
PHOENIX, AZ 85027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $36,775.64

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

### 3.48

**Nonpriority creditor's name and mailing address**

ALMADAD INC.
690A MELROSE AVENUE
DBA BRONX PHARMACY
BRONX, NY 10455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$209.09

### 3.49

**Nonpriority creditor's name and mailing address**

ALMATICA PHARMA INC.
9 CAMPUS DRIVE
THIRD FLOOR
PARSIPPANY, NJ 07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,160.94

### 3.50

**Nonpriority creditor's name and mailing address**

ALPHAV HEALTHCARE, LLC
194 INLET DR
ST. AUGUSTINE, FL 32080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,223.20

### 3.51

**Nonpriority creditor's name and mailing address**

ALPINA PHARMACY
ATTN: ABO ILYAYEV
155 W 145TH STREET
ALPINA PHARMACY INC
NEW YORK, NY 10039

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$995.62

### 3.52

**Nonpriority creditor's name and mailing address**

ALVIN'S PHARMACY
115 CEDAR LANE
CENTURY SPECIALTY SCRIPT LLC
TEANECK, NJ 7666

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$447.88

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 13 of 176
Description: Main Document , Page 28 of 295

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|

(Name)

| | Amount of claim |
|---|---|

**3.53** **Nonpriority creditor's name and mailing address**

AMAG PHARMACEUTICALS
420 INTERNATIONAL BLVD
SUITE 500
BROOKS, KY 40109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,272.00

---

**3.54** **Nonpriority creditor's name and mailing address**

AMANI PHARMACY INC
1162 LIBERTY AVENUE

BROOKLYN, NY 11208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$280.85

---

**3.55** **Nonpriority creditor's name and mailing address**

AMARIN PHARMACEUTICALS LIMITED
1001 CHERI WAY
C/O RX CROSSROADS
LOUISVILLE, KY 40118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$901,801.01

---

**3.56** **Nonpriority creditor's name and mailing address**

AMERICAN DIAGNOSTIC CORP.
55 COMMERCE DR
HAUPPAGE, NY 11788

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.31

---

**3.57** **Nonpriority creditor's name and mailing address**

AMERICAN HEALTH PHAR
133-10 41 ST RD
AMERICAN HEALTH PHARMACY INC
FLUSHING, NY 11355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,155.52

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.58** **Nonpriority creditor's name and mailing address**

AMERICAN LIFELINE
P.O. BOX 37835
BALTIMORE, MD 21297-7835

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,856.84

---

**3.59** **Nonpriority creditor's name and mailing address**

AMERICAN REGENT, INC
ONE LUITPOLD DRIVE
SHIRLEY, NY 11967

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$757.85

---

**3.60** **Nonpriority creditor's name and mailing address**

AMERICARE 1 PHARMA
821 ADAMS AVENUE
AMERICARE DISCOUNT PHARMACY INC
PHILADELPHIA, PA 19124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,753.49

---

**3.61** **Nonpriority creditor's name and mailing address**

AMERICARE 2 PHARMACY
5201 RT 38 WEST, 116
AMERICARE DISCOUNT PHARMACY INC
PENNSAUKEN, NJ 8109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,789.47

---

**3.62** **Nonpriority creditor's name and mailing address**

AMGEN, INCORPORATED
1840 DEHAVILLAND
THOUSAND OAKS, CA 91320

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,036,429.77

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.63** **Nonpriority creditor's name and mailing address**

AMICI PHARMACEUTICALS LLC
425 BROADHOLLOW RD
SUITE 115
MELVILLE, NY 11747

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$282.00

---

**3.64** **Nonpriority creditor's name and mailing address**

AMISH ORIGINS
P.O. BOX 39
WORLAND, WY 82401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,719.15

---

**3.65** **Nonpriority creditor's name and mailing address**

AMNEAL SPECIALTY
40 ABERDEEN DR
GLASGOW, KY 42141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,022.30

---

**3.66** **Nonpriority creditor's name and mailing address**

ANALYSIS GROUP INC.
111 HUNTINGTON AVENUE
14TH FLOOR
BOSTON, MA 02199

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$191,133.00

---

**3.67** **Nonpriority creditor's name and mailing address**

ANI PHARMACEUTICALS INC
210 MAIN STREET WEST
PO BOX 370
BAUDETTE, MN 56623

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,453.74

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.68** **Nonpriority creditor's name and mailing address**

ANIMAL MED EXPRESS
9415 HIGHWOOD HILL
BRENTWOOD, TN 37027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$160.71

---

**3.69** **Nonpriority creditor's name and mailing address**

APEXUS, INC.
75 REMITTANCE DRIVE
SUITE 1164
CHICAGO, IL 60675

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,120.78

---

**3.70** **Nonpriority creditor's name and mailing address**

APNAR PHARMACY
168-01 HILLSIDE AVE
APNAR PHARMACY INC
JAMAICA, NY 11432

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,651.88

---

**3.71** **Nonpriority creditor's name and mailing address**

APOTEX CORP
2400 N. COMMERCE PARKWAY
SUITE 400
WESTON, FL 33326

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$150,983.18

---

**3.72** **Nonpriority creditor's name and mailing address**

APOTHECARE PHCY @ SHOP + SAVE
ATTN: WALTER & AMY LIZZA
150 WALNUT HILL RD
DANERON LLC
UNIONTOWN, PA 15401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,025.41

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $427.32

APOTHECARE PHCY @ SHOP + SAVE
ATTN: WALTER & AMY LIZZA
150 WALNUT HILL RD
DANERON LLC
UNIONTOWN, PA  15401

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.49

APOTHECARY BY DESIGN
141 PREBLE ST
APOTHECARY BY DESIGN ACQUISITION CO
PORTLAND, ME  4101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,876.59

APOTHECARY PRODUCTS, INC.
11750 12TH AVENUE SOUTH
BURNSVILLE, MN  55337

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,478.24

APOTHECUS PHARMACEUTICAL, INC.
220 TOWNSEND SQUARE
OYSTER BAY, NY  11771

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,558.67

APPLEBYS / BROADTP 3
133 E. SHIRLEY ST
ENTITY : BROAD TOP AREA MED CTR
MOUNT UNION, PA  17066

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $104.68 |
|---|---|---|---|

APPLEBY'S DRUG STORE
133 E. SHIRLEY ST
FRED B. APPLEBY, INC.
MOUNT UNION, PA 17066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,106.22 |
|---|---|---|---|

AQUA PHARAMCEUTICALS LLC
5 GREAT VALLEY PARKWAY
SUITE 355
MALVERN, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $72,844.17 |
|---|---|---|---|

ARBOR PHARMACEUTICALS, INC.
P.O. BOX 259
ACWORTH, GA 30101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $113,968.03 |
|---|---|---|---|

ASCEND LABORATORIES
339 JEFFERSON ROAD, SUITE 101
PARSIPPANY, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $163,679.86 |
|---|---|---|---|

ASCENSIA DIABETES CARE
POST OFFICE BOX 751384
CHARLOTTE, NC 28275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,472.00 |
|---|---|---|---|

ASCENT CONSUMER PRODUCTS
105 BAYLIS ROAD
MELVILLE, NY 11747

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,126.84 |
|---|---|---|---|

ASCHER B.F. AND COMPANY INC.
POST OFFICE BOX 717
SHAWNEE MISSION, KS 66201-0717

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $675,574.90 |
|---|---|---|---|

ASTELLAS PHARMA US, INC.
PARKWAY NORTH CENTER
3 PARKWAY NORTH
DEERFIELD, IL 60015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
|---|---|---|---|

ASTON CARTER, INC.
3689 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,550,134.32 |
|---|---|---|---|

ASTRAZENECA LP
1800 CONCORD PIKE
WILMINGTON, DE 19850

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

---

3.88 **Nonpriority creditor's name and mailing address**

AUBURN PHARMACEUTICALS
1775 JOHN R.
TROY, MI 48083

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$538.80

---

3.89 **Nonpriority creditor's name and mailing address**

AUROBINDO PHARMA USA
6 WHEELING ROAD
DAYTON, NJ 08810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$212,371.50

---

3.90 **Nonpriority creditor's name and mailing address**

AUSTIN WELLNESS PHAR
6902 AUSTIN STREET

FOREST HILLS, NY 11375

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31.50

---

3.91 **Nonpriority creditor's name and mailing address**

AVANIR PHARMACEUTICALS INC.
9 CAMPUS DRIVE
PARSIPPANY, NJ 07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,078.83

---

3.92 **Nonpriority creditor's name and mailing address**

AVION PHARMACEUTICALS, LLC
11675 GREAT OAKS WAY SUITE 120
ALPHARETTA, GA 30022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,627.32

---

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.93** | **Nonpriority creditor's name and mailing address**

B.D.S. PERSONAL CARE
224 WEST DIAMOND STREET

BUTLER, PA 16001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.36

---

**3.94** | **Nonpriority creditor's name and mailing address**

BAAR PRODUCTS, INC.
241 BOOT ROAD
DOWNINGTOWN, PA 19335

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,218.90

---

**3.95** | **Nonpriority creditor's name and mailing address**

BAEDERWOOD PHARMACY
ATTN: BARRY NEFF
1585 THE FAIRWAY BAEDERWOOD SHOP CT
JENKINTOWN, PA 19046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.85

---

**3.96** | **Nonpriority creditor's name and mailing address**

BARTH'S DRUG STORE
32 E MAIN ST
VEVI PHARMACY INC
RIVERHEAD, NY 11901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$804.15

---

**3.97** | **Nonpriority creditor's name and mailing address**

BARTH'S DRUG STORE
32 EAST MAIN ST
BARTH, BARRY DONALD
RIVERHEAD, NY 11901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$863.60

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
</table>

**3.98** **Nonpriority creditor's name and mailing address**

BATTERIES + THINGS
365 24TH STREET
LA SALLE, IL 61301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$839.80

---

**3.99** **Nonpriority creditor's name and mailing address**

BAUSCH HEALTH US, LLC.
ONE ENTERPRISE
ALISO VIEJO, CA 92656

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125,279.10

---

**3.100** **Nonpriority creditor's name and mailing address**

BAYER HEALTHCARE
POST OFFICE BOX 75113
CHICAGO, IL 60675-5113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$395,588.88

---

**3.101** **Nonpriority creditor's name and mailing address**

BAYER PAHRMACEUTICALS, INC.
6 WEST BELT
WAYNE, CT 07470-6806

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,182.44

---

**3.102** **Nonpriority creditor's name and mailing address**

BAYSHORE PHARMACEUTICALS LLC
51 JFK PARKWAY 1ST FLOOR WEST
SHORT HILLS, NJ 07078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,412.28

---

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.103**

**Nonpriority creditor's name and mailing address**

BAYSHORE PHARMACY
HWY 36  /  2 BAYSHORE PLAZA
AKA SEABRIGHT PHARMACY INC.
ATLANTIC HIGHLANDS, NJ  7716

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.41

---

**3.104**

**Nonpriority creditor's name and mailing address**

BBG CONSULTING LLC
8 ROSA DRIVE
WHITE PLAINS, NY  10607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,100.00

---

**3.105**

**Nonpriority creditor's name and mailing address**

BEACH PRODUCTS
P.O. BOX 128
CONESTEE, SC  29636

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,491.00

---

**3.106**

**Nonpriority creditor's name and mailing address**

BECTON, DICKINSON + CO
CONSUMER PRODUCTS DIVISION
POST OFFICE BOX 371692M
PITTSBURGH, PA  15251

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$131,916.00

---

**3.107**

**Nonpriority creditor's name and mailing address**

BEDFORD COUNTY PA, ET AL.
C/O BARRY SCATTON
MARC J BERN & PARTNERS
101 WEST ELM ST, STE 215
CONSHOHOCKEN, PA  19428

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.108** **Nonpriority creditor's name and mailing address**

BEIERSDORF, INC. 573030
P.O. BOX 751807
CHARLOTTE, NC  28275-1807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,912.08

---

**3.109** **Nonpriority creditor's name and mailing address**

BELL LIFESTYLE PRODUCTS
ATTN: NICOLA
07090 68TH STREET
SOUTH HAVEN, MI  49090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$403.65

---

**3.110** **Nonpriority creditor's name and mailing address**

BELL PHARMACEUTICALS
200 WEST BEAVER ST
PO BOX 128
BELL PLAINE, MN  56011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,034.20

---

**3.111** **Nonpriority creditor's name and mailing address**

BENTLIN PRODUCTS LLC
26 MORRISON ST
BASKING RIDGE, NJ  07920

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,637.68

---

**3.112** **Nonpriority creditor's name and mailing address**

BERNEY'S PHARMACY
615 HOWARD AVE
COLUMBUS CHEMISTS LLC
NEW HAVEN, CT  6519

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$270.53

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| | | Amount of claim |
|---|---|---|

**3.113** **Nonpriority creditor's name and mailing address**
BERRY PLASTICS CORPORATION
ATTN: DIANNE MANLEY
1005 LOWER BROWNSVILLE RD
JACKSON, TN 38301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,459.49

---

**3.114** **Nonpriority creditor's name and mailing address**
BEST PHARMACY INC.
2002 SECOND AVENUE

NEW YORK, NY 10029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$623.15

---

**3.115** **Nonpriority creditor's name and mailing address**
BEST QUALITY CARE PH
5015 8TH AVENUE
BEST QUALITY CARE LLC
BROOKLYN, NY 11220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,802.58

---

**3.116** **Nonpriority creditor's name and mailing address**
BEUTLICH, INC.
7775 S US HWY 1
SUITE H
BUNNELL, FL 32110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,851.37

---

**3.117** **Nonpriority creditor's name and mailing address**
BIC USA INC.
P.O. BOX 40000, DEPT 399
HARTFORD, CT 06151-0399

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,792.48

Official Form 206E/F

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Schedule E/F: Creditors Who Have Unsecured Claims
Description: Main Document , Page 41 of 295

Page 26 of 176

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.118** **Nonpriority creditor's name and mailing address**

BIOCODEX INC.
255 SHORELINE DRIVE SUITE 450
REDWOOD CITY, CA  94065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,691.53

---

**3.119** **Nonpriority creditor's name and mailing address**

BIOCOMP PHARMA, INC.
P.O. BOX 781149
SAN ANTONIO, TX  78278

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,582.83

---

**3.120** **Nonpriority creditor's name and mailing address**

BIODELIVERY SCIENCES
15 INGRAM BLVD
LA VERGNE, TN  37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,382.85

---

**3.121** **Nonpriority creditor's name and mailing address**

BIOFILM, INC.
3225 EXECUTIVE RIDGE
VISTA, CA  92081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,182.72

---

**3.122** **Nonpriority creditor's name and mailing address**

BIOLIFE
8163 25TH COURT EAST
SARASOTA, FL  34243

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,134.40

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<div align="right">Amount of claim</div>

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $636.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

BIOMERICA, INC.
1533 MONROVIA AVENUE
NEWPORT BEACH, CA 92663

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$636.00

---

3.124 **Nonpriority creditor's name and mailing address**

BIONIME USA CORPORATION
1450 E. SPRUCE STREET, BLDG B
ONTARIO, CA 91761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,890.00

---

3.125 **Nonpriority creditor's name and mailing address**

BIONPHARMA
4125 PREMIER DRIVE
HIGH POINT, NC 27265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,210.25

---

3.126 **Nonpriority creditor's name and mailing address**

BIO-TECH PHARMACAL, INC
3481 N. HIGHWAY 112
FAYETTEVILLE, AR 72704

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,152.00

---

3.127 **Nonpriority creditor's name and mailing address**

BJS DRUGS
6860 AUSTIN ST STORE 5
BJSRX INC
FOREST HILLS, NY 11375

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$274.48

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.128** **Nonpriority creditor's name and mailing address**
BLAINE LABS
ATTN: RAQUEL GARCIA
11037 LOCKPORT PLACE
SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$902.23

---

**3.129** **Nonpriority creditor's name and mailing address**
BLAIREX LABORATORIES, INC.
1600 BRIAN DRIVE
COLUMBUS, IN 47201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,237.20

---

**3.130** **Nonpriority creditor's name and mailing address**
BLISTEX INCORPORATED
ATTN: JIM MCCABE
P.O. BOX 98106
CHICAGO, IL 60693-8106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,916.80

---

**3.131** **Nonpriority creditor's name and mailing address**
BLOSS PHARMACY, INC.
2 RIVERSIDE PLAZA

BLOSSBURG, PA 16912

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$706.93

---

**3.132** **Nonpriority creditor's name and mailing address**
BOCA PHARMACY
221-21 JAMAICA AVE
222 JAMICA DRUG LLC
QUEENS VILLAGE, NY 11428

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$852.20

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,110.57

BOCA PHARMACY FULTON
1225 FULTON AVENUE
1225 FULTON AVENUE PHARMACY INC.
BRONX, NY 10456

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,244.04

BOCA PHARMACY/ WILLI
514 WILLIS AVE
514 WILLIS AVE. PHARMACY CORP.
BRONX, NY 10455

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,098.54

BOCA PHARMACY/EAST 1
736 EAST 152ND STREET
872 HPA DRUG CORP.
BRONX, NY 10455

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,277,486.03

BOEHRINGER INGELHEIM PHARM. IN
POST OFFICE BOX 5846
CAROL STREAM, IL 60197-5846

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,107.08

BOIRON INC.
6 CAMPUS BOULEVARD
NEWTOWN SQUARE, PA 19073

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.138** **Nonpriority creditor's name and mailing address**
BOND, SCHOENECK + KING, PLLC
ONE LINCOLN CENTER
SYRACUSE, NY 13202-1355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** **Nonpriority creditor's name and mailing address**
BOOTH MEMORIAL AVE D
135-28 BOOTH MEMORIAL AVE.

FLUSHING, NY 11355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,989.15

---

**3.140** **Nonpriority creditor's name and mailing address**
BORIS MANTELL
118 IRWIN STREET
BROOKLYN, NY 11235

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,411.46

---

**3.141** **Nonpriority creditor's name and mailing address**
BOWNE CHEMISTS LLC
161-03 29TH AVENUE

FLUSHING, NY 11358

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,776.44

---

**3.142** **Nonpriority creditor's name and mailing address**
BRAINTREE LABS
P.O. BOX 850929
BRAINTREE, MA 02185

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,915.26

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $87.80

BRANDON COMMUNITY PH
420 GROVE ST
COMM HLTH CTR OF THE RUTLAND REGION
BRANDON, VT 5733

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $975.00

BRANDVUE DESIGN
15 KINGS MILL COURT
PENFIELD, NY 14526

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114,965.29

BRECKENRIDGE PHARMACEUTICAL
POST OFFICE BOX 206
BOCA RATON, FL 33429

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $878.52

BREWERTON PHARMACY, INC.
ATTN: NICK CHERVINSKY
9679 BREWERTON ROAD
P. O. BOX 584
BREWERTON, NY 13029

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,800.18

BRIGGS HEALTHCARE
28690 N. BALLARD DR.
LAKE FOREST, IL 60045

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,436,173.11 |
|---|---|---|---|

BRISTOL-MYERS SQUIBB COMPANY
POST OFFICE BOX 951444
DALLAS, TX  75395-1444

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47.60 |
|---|---|---|---|

BROADWAY CHEMISTS IN
194 BROADWAY
DBA ACE DRUGS
NEWBURGH, NY  12550

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,983.46 |
|---|---|---|---|

BROADWAY INDUSTRIES
ATTN: JAY COHEN
1 S. MIDDLESEX AVE
MONROE TOWNSHIP, NJ  08831-3726

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.01 |
|---|---|---|---|

BROADWAY PHARMACY
361 BROADWAY
BROADWAY RX LLC
BROOKLYN, NY  11211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $298.56 |
|---|---|---|---|

BROOKFIELD PHARMACEUTICALS
15640 W CAPITOL DR
SUITE 111
BROOKFIELD, WI  53005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $319.70 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
BROWNS PHARMACY
63 CANTON ST
COLE & BROWN, INC.
TROY, PA 16947

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$319.70

---

3.154

**Nonpriority creditor's name and mailing address**
BSN MEDICAL, INC.
POST OFFICE BOX 390
RUTHERFORD COLLEGE, NC 28761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,100.17

---

3.155

**Nonpriority creditor's name and mailing address**
BUENA VIDA PHARMACY
91-10 37TH AVENUE
JACKSON HEIGHTS PHARMACY INC
JACKSON HEIGHTS, NY 11372

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$348.78

---

3.156

**Nonpriority creditor's name and mailing address**
BUFFALO HOSPITAL SUPPLY
THE CONCOURSE CENTER
4039 GENESEE ST
BUFFALO, NY 14225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,465.82

---

3.157

**Nonpriority creditor's name and mailing address**
BUTASH PHAMARCY
C/O PAUL BUTASH
181 CONSTITUTION AVENUE
JESSUP, PA 18434-1217

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOCK REDEMPTION PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,367.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.158** **Nonpriority creditor's name and mailing address**
BWD
2078 E 22ND ST
BROOKLYN, NY 11229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,985.18

---

**3.159** **Nonpriority creditor's name and mailing address**
BZ PHARMACY
473 WILLIS AVENUE
WILLIS 146 PHARMACY INC
BRONX, NY 10455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,979.36

---

**3.160** **Nonpriority creditor's name and mailing address**
CADISTA PHARMACEUTICALS
1155 BUSINESS CENTER DRIVE
SUITE 130
HORSHAM, PA 19044-3422

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,156.20

---

**3.161** **Nonpriority creditor's name and mailing address**
CALMOSEPTINE, INC.
5901 WARNER AVE.
SUITE 100
HUNTINGTON BEACH, CA 92649

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,200.00

---

**3.162** **Nonpriority creditor's name and mailing address**
CAMBER CONSUMER CARE
1035 CENTENNIAL AVE
PISCATAWAY, NJ 08854

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,009.92

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120,127.65 |
|---|---|---|---|

CAMBER PHARMACEUTICALS INC
1031 CENTENNIAL AVENUE
PISCATAWAY, NJ  08854

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,060.67 |
|---|---|---|---|

CAMERON PHARMACEUTICALS
12305 WESTPORT RD
SUITE 205
LOUISVILLE, KY  40245

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,301.49 |
|---|---|---|---|

CAPCO /BILLSTRA  340
608 21ST AVE
BILLSTRA PHARMACY LLC CONTRACT PHCY
PATERSON, NJ  7513

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,878.72 |
|---|---|---|---|

CARA, INCORPORATED
333 STRAWBERRY FIELD ROAD
SUITE 2
WARWICK, RI  02886

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $225.00 |
|---|---|---|---|

CARE FAST PHARMACY L
124 SCHUYLER AVE

KEARNY, NJ  7032

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.168**

**Nonpriority creditor's name and mailing address**

CARE SCRIPT PHARMACY
96-05 ROCKAWAY BOULEVARD

OZONE PARK, NY 11417

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$664.35

---

**3.169**

**Nonpriority creditor's name and mailing address**

CAREPOINT HEALTH PHA
308 WILLOW AVE
HUMC PHARMACY INC
HOBOKEN, NJ 7030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.06

---

**3.170**

**Nonpriority creditor's name and mailing address**

CARLSBAD TECHNOLOGY, INC
5928 FARNSWORTH CT
CARLSBAD, CA 92008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$265.44

---

**3.171**

**Nonpriority creditor's name and mailing address**

CARLSBAD TECHNOLOGY, INC.
5923 BALFOUR COURT
CARLSBAD, CA 92008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,489.60

---

**3.172**

**Nonpriority creditor's name and mailing address**

CARMA LABORATORIES, INC.
5801 WEST AIRWAYS AVENUE
FRANKLIN, WI 53132

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,206.60

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.173 | **Nonpriority creditor's name and mailing address**<br><br>CARMODY TORRANCE SANDAK +<br>HENNESSEY LLP<br>PO BOX 1110<br>WATERBURY, CT 06721-1110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $458.00 |
| --- | --- | --- | --- |
| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>CASTLE TOPP PHARMACY<br>1370A CASTLE HILL AVE<br><br>BRONX, NY 10462<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,594.61 |
| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>CATALINA HEALTHCARE<br>3870 RUSH MENDON ROAD<br>P. O. BOX 303<br>MENDON, NY 14506<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,156.00 |
| 3.176 | **Nonpriority creditor's name and mailing address**<br><br>CDMA<br>43157 WEST NINE MILE RD<br>NOVI, MI 48376<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $224,675.17 |
| 3.177 | **Nonpriority creditor's name and mailing address**<br><br>CELGENE CORPORATION<br>P.O. BOX 642143-2143<br>PITTSBURGH, PA 15264<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $357,916.10 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | ---: |

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,758.75 |
| --- | --- | --- | --- |

CENTRAL PARK DATA SYSTEMS, INC
P.O. BOX 92
OLD BETHPAGE, NY  11804

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $546.48 |
| --- | --- | --- | --- |

CENTRIC BRANDS INC
ATTN: LATTIMORE
350 FIFTH AVE
7TH FLOOR
NEW YORK, NY  10118

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,565.88 |
| --- | --- | --- | --- |

CENTURY DRUGS & SURG
6-8 FISHER AVENUE
INFUCARE PHARMACY INC.
TUCKAHOE, NY  10707

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $958.11 |
| --- | --- | --- | --- |

CENTURY SPECIALTY SC
6-8 FISHER AVENUE
INFUCARE PHARMACY INC.
TUCKAHOE, NY  10707

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $190,266.94 |
| --- | --- | --- | --- |

CHATTEM INCORPORATED
POST OFFICE BOX 100770
ATLANTA, GA  30384

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

### 3.183

**Nonpriority creditor's name and mailing address**

CHEM RX (340B)
790 PARK PLACE
(DAMIAN FCC)
LONG BEACH, NY  11561

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.94

---

### 3.184

**Nonpriority creditor's name and mailing address**

CHEM RX 340B  (INTER
790 PARK PLACE
(DAMIAN FCC)
LONG BEACH, NY  11561

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.19

---

### 3.185

**Nonpriority creditor's name and mailing address**

CHEMISTRY RX
829 SPRUCE STREET SUITE 100
MADAME RX LLC
PHILADELPHIA, PA  19107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,284.09

---

### 3.186

**Nonpriority creditor's name and mailing address**

CHURCH + DWIGHT CO., INC.
469 NORTH HARRISON STREET
PRINCETON, NJ  08540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,258.04

---

### 3.187

**Nonpriority creditor's name and mailing address**

CINTEX SERVICES, LLC
9330 LBJ FREEWAY
SUITE 900
DALLAS, TX  75243

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$336.48

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.188** **Nonpriority creditor's name and mailing address**

CIPLA USA INC
9100 S DADELAND BLVD SUITE 1500
MIAMI, FL 33156

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,352.70

---

**3.189** **Nonpriority creditor's name and mailing address**

CLASSIC SYSTEMS, INC.
86 GARDEN STREET
WESTBURY, NY 11590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**

CLEANIS INC.
1375 BROADWAY AVE, FLOOR 10
SUITE 1000
NEW YORK, NY 10018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,053.00

---

**3.191** **Nonpriority creditor's name and mailing address**

CLEO COMMUNICATIONS US LLC
4949 HARRISON AVE.
SUITE 200
ROCKFORD, IL 61108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,650.85

---

**3.192** **Nonpriority creditor's name and mailing address**

CLIFTON-FINE HPTL AD
4057 STATE HIGHWAY 3
ADIRONDACK PHARMACY - CONTR. PHCY
STAR LAKE, NY 13690

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$524.68

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,455.88 |
|---|---|---|---|

3.193 **Nonpriority creditor's name and mailing address**

CMP PHARMA
P.O. BOX 147
FARMVILLE, NC 27828

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,455.88

---

3.194 **Nonpriority creditor's name and mailing address**

CMV PHARMACY INC.
240 W. SENECA ST STE 3B
MANLIUS PHARMACY
MANLIUS, NY 13104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$84.91

---

3.195 **Nonpriority creditor's name and mailing address**

COLDKEEPERS LLC
1100 SMITH AVE
THOMASVILLE, GA 31792

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,603.75

---

3.196 **Nonpriority creditor's name and mailing address**

COLEEN PERRY
C/O COUGHLIN, RAINBOTH, MURPHY & LOWN
ATTN: MICHAEL P. RAINBOTH, ESQ.
439 MIDDLE STREET
PORTSMOUTH, NH 03801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.197 **Nonpriority creditor's name and mailing address**

COLGATE ORAL PHARMACEUTICALS
4101 MCEWEN
SUITE 200
DALLAS, TX 75244-5112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,233.20

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

### 3.198

**Nonpriority creditor's name and mailing address**

COLOPLAST CORP.
1601 WEST RIVER RD N
MINNEAPOLIS, MN 55411

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,755.60

### 3.199

**Nonpriority creditor's name and mailing address**

COMBE INCORPORATED
POST OFFICE BOX 500641
ST. LOUIS, MO 63150-0641

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,102.72

### 3.200

**Nonpriority creditor's name and mailing address**

COMMERCIAL COLLECTION CORP.NY
34 SEYMOUR STREET
PO BOX 288
TONAWANDA, NY 14150-0288

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.00

### 3.201

**Nonpriority creditor's name and mailing address**

COMPASHIONE PHARMACY
636 NOSTRAND AVE.
OSAYUWARE INC.
BROOKLYN, NY 11216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,917.80

### 3.202

**Nonpriority creditor's name and mailing address**

COMPASS HEALTH BRANDS
921 EAST AMIDON STREET
SIOUX FALLS, SD 57104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,909.82

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,089.80 |
| | COMPLETE MEDICAL SUPPLIES, INC<br>100 ROUTE 59<br>SUFFERN, NY 10901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,009.72 |
| | CONCORD PHARMACY<br>10220 ROUTE 60<br>GGG61 CORP<br>FREDONIA, NY 14063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,000.00 |
| | CONCOURSE PHARMACY<br>1850 GRAND CONCOURSE<br>ELMHURST STAR PHARMACY INC<br>BRONX, NY 10457 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $70.00 |
| | CONEY ISLAND CHEMIST<br>2384 CONEY ISLAND AVE<br><br>BROOKLYN, NY 11223 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $463.00 |
| | CO-OP POWER, INC.<br>ATTN: DINA GAVIANI<br>44 WEST TAYLOR AVENUE<br>HAMILTON, NJ 08610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.208** | **Nonpriority creditor's name and mailing address**

COPILOT PROVIDER SUPPORT SERVI
1981 MARCUS AVENUE
LAKE SUCCESS, NY 11042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$37,500.00**

---

**3.209** | **Nonpriority creditor's name and mailing address**

CORAM DRUGS INC.
3663 ROUTE 112 STORE 1
DBA YORE-X DRUG & SURGICALS
CORAM, NY 11727

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$545.13**

---

**3.210** | **Nonpriority creditor's name and mailing address**

CORNER DRUG STORE
8000 OTTO ROAD
GREGORY, MARLENE A.
CATTARAUGUS, NY 14719

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$356.48**

---

**3.211** | **Nonpriority creditor's name and mailing address**

COSETTE PHARMACEUTICALS, INC.
111 COOLIDGE STREET
SOUTH PLAINFIELD, NJ 07080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$15,982.12**

---

**3.212** | **Nonpriority creditor's name and mailing address**

COSMETIC IMPORT MARKETING
2330 STATE ROUTE 11
MOOERS, NY 12958

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$379.26**

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.80

COTTRILL'S PHARMACY
255 MAIN ST

ARCADE, NY 14009

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $398.95

COUNTY LINE PHARMACY
1111 ROUTE 110        UNIT 11-12
P&G PHARMACY INC.
EAST FARMINGDALE, NY 11735

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,707.74

CRESCENT DRUG CORP.
39-50 CRESCENT STREET
2ND FLOOR - SUITE D
LONG ISLAND CITY, NY 11101

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91.09

CRESTWOOD PHARMACY
26-A PICOTTE DR.
CRESTWOOD HEALTH INC.
ALBANY, NY 12208

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $171.45

CRESTWOOD PHARMACY -
26-A PICOTTE DRIVE
CRESTWOOD HEALTH INC
ALBANY, NY 12208

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Part 2:** Additional Page

|  | | Amount of claim |
|---|---|---|

**3.218** **Nonpriority creditor's name and mailing address**

CROWN LABORATORIES, INC.
349 LAFE COX DRIVE
JOHNSON CITY, TN 37604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$477.60

---

**3.219** **Nonpriority creditor's name and mailing address**

CRYSTAL ROCK
6750 DISCOVERY BLVD.
MABLETON, GA 30126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.80

---

**3.220** **Nonpriority creditor's name and mailing address**

CUMBERLAND PHARMACEUTICALS
2525 WEST END AVE.
SUITE 950
NASHVILLE, TN 37203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,690.12

---

**3.221** **Nonpriority creditor's name and mailing address**

CURE AND CARE DRUGS
45 REAVILLE AVENUE
FLEMINGTON PHARMACY
FLEMINGTON, NJ 8822

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$259.14

---

**3.222** **Nonpriority creditor's name and mailing address**

CURE MEDICAL
3700 NEWPORT BLVD
SUITE 301
NEWPORT BEACH, CA 92663

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,542.00

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.223** | **Nonpriority creditor's name and mailing address**

CUTIS PHARMA
841 WOBURN STREET
WILMINGTON, MA 01887

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,854.49

---

**3.224** | **Nonpriority creditor's name and mailing address**

CYPRESS PHARMACEUTICAL,INC.
135 INDUSTRIAL BLVD.
MADISON, MS 39110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,957.57

---

**3.225** | **Nonpriority creditor's name and mailing address**

DAIICHI SANKYO, INC.
15 INGRAM BLVD
SUITE 100
LAVERGNE, TN 37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$86,601.89

---

**3.226** | **Nonpriority creditor's name and mailing address**

DARCO INTERNATIONAL, INC.
810 MEMORIAL BLVD.
HUNTINGTON, WV 25701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$738.79

---

**3.227** | **Nonpriority creditor's name and mailing address**

DAUPHIN PROFESSIONAL
722 ALLEGHENY ST STE1
DAUPHIN MEDHEALTH
DAUPHIN, PA 17018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$192.98

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.228** **Nonpriority creditor's name and mailing address**

DEBORAH & DAVID FULLER AS ADMINISTRATORS FOR THE ESTATE OF SARAH FULLER
C/O LAW OFFICE OF MARK C. DEWLAND
540 N. ROUTE 73
BERLIN TOWNSHIP, NJ  08091

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.229** **Nonpriority creditor's name and mailing address**

DENA NARDOLILLO, ANTHONY NARDOLILLO
C/O BRIAN CUNHA & ASSOCIATES P.C.
ATTN: BRIAN CUNHA, ESQ.
904 BROADWAY EAST
PROVIDENCE, RI  02914

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.230** **Nonpriority creditor's name and mailing address**

DEPIETRO'S PHARMACY
617 THIRD ST

DUNMORE, PA  18512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,508.45

---

**3.231** **Nonpriority creditor's name and mailing address**

DERMALOGIX PARTNERS, INC.***
P.O. BOX 1510
SCARBOROUGH, ME  04070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,866.00

---

**3.232** **Nonpriority creditor's name and mailing address**

DICKINSON BRANDS INC.
31 EAST HIGH STREET
EAST HAMPTON, CT  06424

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,140.22

| | (Name) | | | |

| **Part 2:** | Additional Page |

| | | | Amount of claim |
|---|---|---|---|

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,592.00 |
|---|---|---|---|

DIGESTIVE CARE ONC.
1120 WIN DRIVE
BETHLEHEM, PA 18017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.67 |

DIRECT MEDS PHARMACY
345 GRAND AVENUE

LEONIA, NJ 76052218

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,667.63 |

DIVINA PHARMACY
85-13 NORTHERN BLVD
DIVINA FARMACIA INC.
JACKSON HIEGHTS, NY 11372

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,472.26 |

DJ ORTHOPEDICS, LLC
P.O. BOX 27953
NEWARK, NJ 07101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $706.05 |

DJO CONSUMER
4511 W. 99TH STREET
CARMEL, IN 46032

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.238** **Nonpriority creditor's name and mailing address**

DMR PHARMACY INC
433 KINGS HIGHWAY
DBA: PHARMACY ANTEKA
BROOKLYN, NY 11223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$745.76

---

**3.239** **Nonpriority creditor's name and mailing address**

DOOR TO DOOR PHARMAC
259 TROY AVE
REXCARE PHARMACY, INC
BROOKLYN, NY 11213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$624.70

---

**3.240** **Nonpriority creditor's name and mailing address**

DOT FOODS
1 DOT WAY
MT. STERLING, IL 62353

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$412,742.45

---

**3.241** **Nonpriority creditor's name and mailing address**

DOT FOODS
1 DOT WAY
MT. STERLING, IL 62353

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,379.51

---

**3.242** **Nonpriority creditor's name and mailing address**

DR REDDY'S LABORATORIES
107 COLLEGE ROAD EAST
PRINCETON, NJ 08540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$606,474.93

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

3.243 **Nonpriority creditor's name and mailing address**

DREAM PHCY & SURG SU
112-04 101ST AVENUE

RICHMOND HILL, NY  114191124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$84.35

---

3.244 **Nonpriority creditor's name and mailing address**

DRIP DROP HYDRATION INC
1144 65 STREET
SUITE C
OAKLAND, CA  94608

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$349.92

---

3.245 **Nonpriority creditor's name and mailing address**

DRIVE MEDICAL SPV, LLC
99 SEAVIEW BLVD
PORT WASHINGTON, NY  11050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$212,821.94

---

3.246 **Nonpriority creditor's name and mailing address**

DRUG DEPOT CORPORATI
619 EAST 169TH ST

BRONX, NY  10456

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,607.46

---

3.247 **Nonpriority creditor's name and mailing address**

DRUG MART
1631 YORK AVENUE
FARMACIA INC.
NEW YORK, NY  10028

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,743.60

---

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td>Additional Page</td><td></td></tr>
</table>

| | | | Amount of claim |
|---|---|---|---|

**3.248**

**Nonpriority creditor's name and mailing address**

DUANE MORRIS, LLP
(COUNSEL FOR AUROBINDO)
ATTN: WAYNE A. MACK
30 S. 17TH STREET
PHILADELPHIA, PA 19103-4196

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,180.00

---

**3.249**

**Nonpriority creditor's name and mailing address**

DUCHESNAY USA, INC.
919 CONESTOGA RD
BUILDING ONE, SUITE 203
ROSEMONT, PA 19010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,720.72

---

**3.250**

**Nonpriority creditor's name and mailing address**

DUNN MEADOW LLC 340
1555 CENTER AVE, FIRST FLOOR

FORT LEE, NJ 7024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,318.70

---

**3.251**

**Nonpriority creditor's name and mailing address**

DUNN MEADOW PHARMACY
1555 CENTER AVE, 1ST FLOOR
DUNN MEDAOW LLC
FORT LEE, NJ 7024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,871.07

---

**3.252**

**Nonpriority creditor's name and mailing address**

DUTCHESS PHARMACY
1910 SOUTH ROAD SUITE B
GLOBAL PHARMACY INC.
POUGHKEEPSIE, NY 12601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.80

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.253 | **Nonpriority creditor's name and mailing address**<br><br>DYNAREX CORPORATION<br>10 GLENSHAW ST.<br>ORANGEBURG, NY 10962<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $124,666.09 |
| 3.254 | **Nonpriority creditor's name and mailing address**<br><br>EAST HILLS PHARMACY<br>310 ROSLYN RD<br>E.H. PHARMACY INC<br>ROSLYN HEIGHTS, NY 11577<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $495.85 |
| 3.255 | **Nonpriority creditor's name and mailing address**<br><br>ECI PHARMACEUTICALS<br>5311 & 5317 NW 35TH TERRACE<br>FORT LAUDERDALE, FL 33309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,848.23 |
| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>EDENBRIGE PHARMACEUTICALS LLC<br>169 LACKAWANNA AVENUE<br>SUITE 110<br>PARSIPPANY, NJ 07054<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,148.04 |
| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>EDGEWELL PERSONAL CARE LLC<br>TIMBERLAKE CORPORATE CTR III<br>1350 TIMBERLAKE MANOR PKWY<br>ST. LOUIS, MO 63141<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,801.82 |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

---

**3.258**    **Nonpriority creditor's name and mailing address**

EGALET US INC
15 INGRAM BLVD
DOCK 43
LAVERGNE, TN 37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,349.76

---

**3.259**    **Nonpriority creditor's name and mailing address**

E-GLAM, INC
746 EAST CHELTEN AVE
E-GLAM PHARMACY
PHILADELPHIA, PA 19144

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.89

---

**3.260**    **Nonpriority creditor's name and mailing address**

EISAI INC.
100 TICE BOULEVARD
WOODCLIFF LAKE, NJ 07677

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$237,305.05

---

**3.261**    **Nonpriority creditor's name and mailing address**

ELECTRONIC OFFICE SYSTEMS
P O B OX 10303
330 FAIRFIELD RD
FAIRFIELD, NJ 07004-2402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$190.30

---

**3.262**    **Nonpriority creditor's name and mailing address**

ELEMENTS PHARMACY
3808 UNION ST STE D2
ELEMENTS PHARMACY INC
FLUSHING, NY 11354

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$140.51

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $610,454.28 |
| | ELI LILLY AND COMPANY | *Check all that apply.* | |
| | LILLY CORPORATE CENTER | ☐ Contingent | |
| | INDIANAPOLIS, IN 46285 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,289.68 |
| | ELORAC, INC. | *Check all that apply.* | |
| | 100 FAIRWAY DR | ☐ Contingent | |
| | SUITE 134 | ☐ Unliquidated | |
| | VERNON HILLS, IL 60061 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $238,779.06 |
| | EMD SERONO, INC. | *Check all that apply.* | |
| | ONE TECHNOLOGY PLACE | ☐ Contingent | |
| | ROCKLAND, MA 02370 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $233,772.24 |
| | EMERSON HEALTHCARE | *Check all that apply.* | |
| | 407 EAST LANCASTER AVE. | ☐ Contingent | |
| | WAYNE, PA 19087 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55,628.97 |
| | ENDO PHARMACEUTICALS, INC. | *Check all that apply.* | |
| | POST OFFICE BOX 80390 | ☐ Contingent | |
| | WILMINGTON, DE 19880-0026 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>EOS<br>ATTN: KIMBERLY YEARICK<br>19 WEST 44TH STREET<br>SUITE 811<br>NEW YORK, NY 10036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,022.88 |

| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>EPIC PHARMA, LLC<br>227-15 N. CONDUIT AVE.<br>LAURELTON, NY 11413<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,329.19 |

| 3.270 | **Nonpriority creditor's name and mailing address**<br><br>ERIE PHARMACY<br>60 FINN ROAD SUITE B<br>ERIE CANAL LLC<br>HENRIETTA, NY 14467<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14.92 |

| 3.271 | **Nonpriority creditor's name and mailing address**<br><br>ESSENTIAL MEDICAL<br>6420 HAZELTINE NATIONAL DRIVE<br>ORLANDO, FL 32822<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,216.65 |

| 3.272 | **Nonpriority creditor's name and mailing address**<br><br>ET BROWNE DRUG CO.<br>440 SYLVAN AVE.<br>ENGLEWOOD CLIFFS, NJ 07632<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,961.22 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

ETHEX CORPORATION
ONE CORPORATE WOODS DRIVE
BRIDGETON, MO 63044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,821.60 |

EVERIDIS
ATTN: CHRIS BECKER
2900 BRANNON AVENUE
ST. LOUIS, MO 63139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $376.98 |

EVERS PHARMACY
142-02 ROCKAWAY BLVD
EVERS PHARMACY INC.
JAMAICA, NY 11436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,408.80 |

EXACT-RX, INC.
105 BAYLIS ROAD
MELVILLE, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $932.40 |

EXEGI PHARMA LLC
155 GIBBS ST
ROCKVILLE, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.278**

**Nonpriority creditor's name and mailing address**

EXELTIS USA INC
ONE MAIN STREET
SUITE 203
CHATHAM, NJ 07928

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,889.21

**3.279**

**Nonpriority creditor's name and mailing address**

EXPEDITE CARE PHARMA
2283 NOSTRAND AVE.

BROOKLYN, NY 11210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.76

**3.280**

**Nonpriority creditor's name and mailing address**

EXPEDITE PRODUCTS
9216 PALM RIVER ROAD
SUITE 203
TAMPA, FL 33619

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$144.00

**3.281**

**Nonpriority creditor's name and mailing address**

FAIRPORT PHARMACY
650 WHITNEY RD SUITE K
ATC CARE LLC
FAIRPORT, NY 14450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$888.17

**3.282**

**Nonpriority creditor's name and mailing address**

FALCON EXPRESS + COURIER
947 UNDERWOOD ROAD
OLYPHANT, PA 18447

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$777.80

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.12 |

**Nonpriority creditor's name and mailing address**

FALCONER PHARMACY, INC.
202 W. MAIN STREET
FALCONER, NY 14733

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.12

---

**Nonpriority creditor's name and mailing address**

FAMILY MEDICAL PHARM
120 PLAZA DRIVE
ATTN SUPERVISING PHARMACIST
WILLIAMSVILLE, NY 14221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.284 — $1,603.83

---

**Nonpriority creditor's name and mailing address**

FAMILY MEDICAL PHARMACY, INC.
120 PLAZA DRIVE
ATTN SUPERVISING PHARMACIST
WILLIAMSVILLE, NY 14221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.285 — $1,435.53

---

**Nonpriority creditor's name and mailing address**

FAMILY PHARMACY PLUS
320 S TRANSIT ST
TODAMAR, INC.
LOCKPORT, NY 14094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.286 — $534.74

---

**Nonpriority creditor's name and mailing address**

FAMILY RITE PHARMACY
2538 W ALLEGENY AVE
PHILADELPHIA, PA 19132

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.287 — $582.52

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

3.288 **Nonpriority creditor's name and mailing address**
FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$240.97

---

3.289 **Nonpriority creditor's name and mailing address**
FERNDALE LABORATORIES, INC.
780 WEST EIGHT MILE ROAD
FERNDALE, MI 48220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,022.48

---

3.290 **Nonpriority creditor's name and mailing address**
FERRING PHARMACEUTICALS INC.
4 GATEHALL DRIVE
3RD FLOOR
PARSIPPANY, NJ 07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,361.63

---

3.291 **Nonpriority creditor's name and mailing address**
FIRST AVENUE PHARMAC
1630 FIRST AVENUE
NEW YORK, NY 10028

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$908.35

---

3.292 **Nonpriority creditor's name and mailing address**
FIRSTLIGHT FIBER
7890 LEHIGH CROSSING
VICTOR, NY 14564

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,787.61

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

|  |  | Amount of claim |
|---|---|---|
|  |  | |

**3.293**

**Nonpriority creditor's name and mailing address**

FLATLANDS PHARMACY,
9002 FLATLANDS AVENUE

BROOKLYN, NY 11236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$443.87

---

**3.294**

**Nonpriority creditor's name and mailing address**

FLAVORX, INC.
9475 GERWIG ROAD
COLUMBIA, MD 21046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$891.28

---

**3.295**

**Nonpriority creditor's name and mailing address**

FLEXCON
200 CONNELL DRIVE
BERKELEY HEIGHTS, NJ 07922

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,005.00

---

**3.296**

**Nonpriority creditor's name and mailing address**

FOAMIX PHARMACEUTICALS INC
520 U.S. HIGHWAY 22
SUITE 204
BRIDGEWATER, NJ 08807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,058.00

---

**3.297**

**Nonpriority creditor's name and mailing address**

FOCUS EXPRESS MAIL PHARMACY
C/O JOEL SHIGEL
57 MISTY MEADOW DRIVE
RICHBORO, PA 18954

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOCK REDEMPTION PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,633.80

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.298** | **Nonpriority creditor's name and mailing address**

FOCUSED CARE PHCY./K
6040 TARBELL ROAD SUITE 106
FOCUS CARE PHARMACY INC.
SYRACUSE, NY 13206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$111.20

---

**3.299** | **Nonpriority creditor's name and mailing address**

FORSTER'S PHARMACY, INC.
C/O DON & LYNN DALEY
14 BRAUNVIEW WAY
ORCHARD PARK, NY 14127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOCK REDEMPTION PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$131,597.60

---

**3.300** | **Nonpriority creditor's name and mailing address**

FORSTER'S PHARMACY, INC.
C/O DONALD S. DALY
14 BRAUNVIEW WAY
ORCHARD PARK, NY 14127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,518.33

---

**3.301** | **Nonpriority creditor's name and mailing address**

FOUNDATION CONSUMER HEALTHCARE
1190 OMEGA DRIVE
PITTSBURGH, PA 15205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,909.04

---

**3.302** | **Nonpriority creditor's name and mailing address**

FRANKLIN EYEWEAR
260 CHRISTOPHER COVE
RIDGELAND, MS 39157

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,211.50

---

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 63 of 176
Description: Main Document , Page 78 of 295

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<div align="right">Amount of claim</div>

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,562.34 |
|---|---|---|---|

FRESENIUS KABI USA, LLC
1501 EAST WOODFIELD ROAD
SUITE 300
SCHAUMBURG, IL 60173

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,414.40 |
|---|---|---|---|

FRESENIUS USA MARKETING
920 WINTER STREET
WALTHAM, MA 02451-1457

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,949.88 |
|---|---|---|---|

FRESENIUS USA MARKETING INC.
P.O. BOX 414796
BOSTON, MA 02241

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,154.85 |
|---|---|---|---|

FREWSBURG PHARMACY
26 W. MAIN ST     PO BOX 503
PROFESSIONAL COMMUNITY PHCY'S, INC
FREWSBURG, NY 14738

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $78.60 |
|---|---|---|---|

FRIENDLY PHARMACY
495 A BEACH 20TH STREET
VISHNEV PHARMACY CORP
FAR ROCKAWAY, NY 11691

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.308** **Nonpriority creditor's name and mailing address**

FRONTIER
P.O. BOX 740407
CINCINNATI, OH  45274

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,450.04

---

**3.309** **Nonpriority creditor's name and mailing address**

FTI CONSULTING, INC.
214 NORTH TRYON STREET
SUITE 1900
CHARLOTTE, NC  28202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.310** **Nonpriority creditor's name and mailing address**

FUSION APOTHECARY LL
1158 2ND AVE

NEW YORK, NY  10065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$138.54

---

**3.311** **Nonpriority creditor's name and mailing address**

FUTURE PHARMACY
979 RT 9 NORTH

HOWELL, NJ  7731

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,529.38

---

**3.312** **Nonpriority creditor's name and mailing address**

GALDERMA LABORATORIES, INC.
ORDER DEPARTMENT
14501 N. FREEWAY
FORT WORTH, TX  76177

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,788.56

Official Form 206E/F

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Schedule E/F: Creditors Who Have Unsecured Claims
Description: Main Document  , Page 80 of 295

Page 65 of 176

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.313** | **Nonpriority creditor's name and mailing address**

GALDERMA LABS
14501 NORTH FREEWAY
FORT WORTH, TX 76177

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,757.47

---

**3.314** | **Nonpriority creditor's name and mailing address**

GARRY MROZEK
8303 MISTY RIDGE TRAIL
POLAND, OH 44514

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600.00

---

**3.315** | **Nonpriority creditor's name and mailing address**

GARY'S WORLD OF WELL
4 W. MOUNT KIRK AVE
WHATS THE BIG DEAL INC
EAGLEVILLE, PA 19403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$243.87

---

**3.316** | **Nonpriority creditor's name and mailing address**

GATES CHILI CENTRAL SCHOOL
VIRGINIA IGNATOWSKI, RECEIVER
3 SPARTAN WAY
ROCHESTER, NY 14624

**Date or dates debt was incurred**
9/18/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SCHOOL TAXES - NOTICE PURPOSES ONLY

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.317** | **Nonpriority creditor's name and mailing address**

GEISS, DESTIN + DUNN
725 HIGHWAY 74 SOUTH
PEACHTREE, GA 30269

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,691.80

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.318 | **Nonpriority creditor's name and mailing address**<br><br>GENENTECH, USA.<br>POST OFFICE BOX 2406<br>SOUTH SAN FRANCISCO, CA  94080<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,437.93 |
|---|---|---|

| 3.319 | **Nonpriority creditor's name and mailing address**<br><br>GENESEE CAMPUS APOTH<br>89 GENESEE STREET<br>PARK RIDGE APOTHECARY INC<br>ROCHESTER, NY  14611<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,294.21 |
|---|---|---|

| 3.320 | **Nonpriority creditor's name and mailing address**<br><br>GERI-CARE PHARMACEUTICALS<br>1650 63RD ST<br>BROOKLYN, NY  11204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,643.29 |
|---|---|---|

| 3.321 | **Nonpriority creditor's name and mailing address**<br><br>GEROULDS PROF  PHARM<br>130 SOUTH MAIN STREET<br>P.O. BOX 4067<br>ELMIRA, NY  14904<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,541.72 |
|---|---|---|

| 3.322 | **Nonpriority creditor's name and mailing address**<br><br>GILEAD SCIENCES, INC.<br>353 LAKESIDE DRIVE<br>FOSTER CITY, CA  94404<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,738,955.85 |
|---|---|---|

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.323**    **Nonpriority creditor's name and mailing address**

GLAXO WELCOME
ATTN: ANDREW PECK
MAILSTOP NY0300
5 CRESCENT DRIVE
PHILADELPHIA, PA 19112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,030,182.42

---

**3.324**    **Nonpriority creditor's name and mailing address**

GLAXOSMITHKLINE
ATTN: ANN MARIE
POST OFFICE BOX 640067
PITTSBURGH, PA 15264-0067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$74,382.77

---

**3.325**    **Nonpriority creditor's name and mailing address**

GLENMARK PHARMACEUTICALS
750 CORPORATE DRIVE
MAHWAH, NJ 07430

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$174,514.17

---

**3.326**    **Nonpriority creditor's name and mailing address**

GLOBAL HEALTH PRODUCTS, INC.
1099 JAY ST.
SUITE E
ROCHESTER, NY 14611

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$433.32

---

**3.327**    **Nonpriority creditor's name and mailing address**

GOJO INDUSTRIES
ONE GOJO PLAZA SUITE 500
AKRON, OH 44311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,396.87

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,579.71 |
|---|---|---|---|

GOLDEN TECHNOLOGIES
ATTN: SHERMAN MEAD
401 BRIDGE STREET
OLD FORGE, PA 18518

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.49 |
|---|---|---|---|

GOOD LIFE PHARMACY I
2366 GRAND CONCOURSE

BRONX, NY 10458

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.79 |
|---|---|---|---|

GRACE POINT PHARMACY
6035 CASTOR AVE

PHILADELPHIA, PA 19149

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18.34 |
|---|---|---|---|

GRAND CARE PHARMACY
6656 GRAND AVE
PHARMACY DEPT.
MASPETH, NY 11378

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,659.00 |
|---|---|---|---|

GREENBERG TAURIG LLP
MET LIFE BUILDING
200 PARK AVE
NEW YORK, NY 10166

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.333** | **Nonpriority creditor's name and mailing address**

GREENDYKE JENCIK + ASSOC. PLLC
110 C LINDEN OAKS
ROCHESTER, NY 14625

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,875.00

---

**3.334** | **Nonpriority creditor's name and mailing address**

GREENE COMMUNITY PHA
702 FULTON STREET
VVS PHARMACY INC.
BROOKLYN, NY 11217

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,317.10

---

**3.335** | **Nonpriority creditor's name and mailing address**

GREENSTONE LTD.
1855 SHELBY OAKS DRIVE NORTH
MEMPHIS, TN 38134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$375,145.52

---

**3.336** | **Nonpriority creditor's name and mailing address**

GREENWOOD BRANDS, LLC
4455 GENESEE ST
BUFFALO, NY 14225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,640.64

---

**3.337** | **Nonpriority creditor's name and mailing address**

GUARDIAN LABORATORIES
ATTN: ROB RUBINGER
230 MARCUS BLVD.
PO BOX 18050
HAUPPAUGE, NY 11788

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$991.44

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.338** **Nonpriority creditor's name and mailing address**

GUIDEPOST SOLUTIONS, LLC
415 MADISON AVE, 11TH FLOOR
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,798.75

---

**3.339** **Nonpriority creditor's name and mailing address**

GULSHAN PHARMACY
509 RALPH AVE

BROOKLYN, NY 11233

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.17

---

**3.340** **Nonpriority creditor's name and mailing address**

HAGER PHARMA, INC.
441 19TH STREET SE
HICKORY, NC 28602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,554.88

---

**3.341** **Nonpriority creditor's name and mailing address**

HALJAY DRUG CO. INC.
333 LONG BEACH RD

ISLAND PARK, NY 11558

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.96

---

**3.342** **Nonpriority creditor's name and mailing address**

HAMACHER RESOURCE GROUP
8801 W. HEATHER AVENUE
MILWAUKEE, WI 53224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,290.00

| **Part 2:** | Additional Page |
|---|---|

<div style="text-align:right">**Amount of claim**</div>

---

**3.343** | **Nonpriority creditor's name and mailing address**

HANCOCK PHARMACY V L
644 MAIN ST

MIDDLETOWN, CT  6457

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$318.27

---

**3.344** | **Nonpriority creditor's name and mailing address**

HAPPY CARE PHARMACY,
136-89 37TH AVENUE

FLUSHING, NY  11354

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,381.54

---

**3.345** | **Nonpriority creditor's name and mailing address**

HARLEM CARE PHARMACY
165 W 127TH ST
SEVEN HILLS DRUGS INC
NEW YORK, NY  10027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,799.82

---

**3.346** | **Nonpriority creditor's name and mailing address**

HARLEM COMMUNITY PHA
67 WEST 137TH STREET
HARLEM STAR PHARMACY INC
NEW YORK, NY  10037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,822.39

---

**3.347** | **Nonpriority creditor's name and mailing address**

HARLEM PHARMACY & SU
531 LENOX AVE
LENOX STAR PHARMACY INC
NEW YORK, NY  10037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,949.91

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.348** | **Nonpriority creditor's name and mailing address**

HARRIS PHARMACEUTICALS/DDN
9090 PARK ROYAL DR
FT MYERS, FL 33908

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,865.97

---

**3.349** | **Nonpriority creditor's name and mailing address**

HARRY'S PHARMACY & S
333 SOUTH BROADWAY

HICKSVILLE, NY 11801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,398.50

---

**3.350** | **Nonpriority creditor's name and mailing address**

HARTER, SECREST + EMERY, LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address**

HARVEYS MED CTR OF S
833 E GENESEE ST

SYRACUSE, NY 13210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.45

---

**3.352** | **Nonpriority creditor's name and mailing address**

HARVEY'S MEDICAL CENTER OF SYRACUSE NY
A/K/A HARVEY'S MEDICAL CENTER
C/O GARY BROTHERS
5818 INNSBRUCK ROAD
EAST SYRACUSE, NY 13057

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOCK REDEMPTION PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,633.80

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

**3.353** **Nonpriority creditor's name and mailing address**

HEALTH CARE LOGISTICS
P.O. BOX 25
CIRCLEVILLE, OH  43113-0025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$520.18

---

**3.354** **Nonpriority creditor's name and mailing address**

HEALTH FIRST PHARMAC
1195 ROUTE 70  / STE 1006
GHLT, LLC
LAKEWOOD, NJ  8701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,577.13

---

**3.355** **Nonpriority creditor's name and mailing address**

HEALTH FIRST PHARMAC
600 ATLANTIC CITY BLVD.

BEACHWOOD, NJ  8722

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,122.95

---

**3.356** **Nonpriority creditor's name and mailing address**

HEALTH PLUS
13837 MAGNOLIA AVE.
CHINO, CA  91710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,544.48

---

**3.357** **Nonpriority creditor's name and mailing address**

HEALTHCARE PHARMACY
567 COURTLANDT AVENUE
ARYA PHARMACY CORP.
BRONX, NY  10451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,802.72

Official Form 206E/F

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Schedule E/F: Creditors Who Have Unsecured Claims
Description: Main Document  , Page 89 of 295

Page 74 of 176

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,660.35 |
| | HERITAGE PHARMACEUTICALS | *Check all that apply.* | |
| | 105 FIELDCREST AVENUE | ☐ Contingent | |
| | SUITE 100 | ☐ Unliquidated | |
| | EDISON, NJ 08837 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,258.46 |
| | HERITAGE PHARMACY & | *Check all that apply.* | |
| | 2258 ADAM CLAYTON POWELL JR BLVD | ☐ Contingent | |
| | HERITAGE PHARMACY & SURGICAL SUPPLY | ☐ Unliquidated | |
| | NEW YORK, NY 10027 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,356.27 |
| | HIGHLANDER EQUIPMENT COMPANY | *Check all that apply.* | |
| | 110 CLYDE ROAD | ☐ Contingent | |
| | SOMERSET, NJ 08873 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,903.82 |
| | HIKMA PHARMACEUTICALS BRAND | *Check all that apply.* | |
| | 246 INDUSTRIAL WAY WEST | ☐ Contingent | |
| | EATONTOWN, NJ 07724 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $96,268.50 |
| | HIKMA PHARMACEUTICALS USA INC | *Check all that apply.* | |
| | 200 INDUSTRIAL WAY WEST | ☐ Contingent | |
| | EATONTOWN, NJ 07724 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

|  |  | Amount of claim |
|---|---|---|

**3.363**    **Nonpriority creditor's name and mailing address**

HILL + MARKES
P.O. BOX 7
AMSTERDAM, NY 12010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,841.53

---

**3.364**    **Nonpriority creditor's name and mailing address**

HILLESTAD PHARMACEUTICALS
DIALYVITE DIVISION
178 U.S. HIGHWAY 51 NORTH
WOODRUFF, WI 54568-9501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$312.72

---

**3.365**    **Nonpriority creditor's name and mailing address**

HLS THERAPEUTICS (USA), INC.
919 CONESTOGA RD
BUILDING 3, SUITE 310
ROSEMONT, PA 19010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,596.09

---

**3.366**    **Nonpriority creditor's name and mailing address**

HOLLISTER INC.
2000 HOLLISTER DR.
LIBERTYVILLE, IL 60048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,226.59

---

**3.367**    **Nonpriority creditor's name and mailing address**

HOLMESBURG PHARMACY
8039 FRANKFORD AVE
NEFF DRUGS 23 LLC
PHILADELPHIA, PA 19136

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.58

**Part 2:** Additional Page

|  |  | Amount of claim |
|--|--|-----------------|

---

3.368 **Nonpriority creditor's name and mailing address**

HOMESTEAD PHARMACY
601 BROADWAY
HOMESTEAD PHARMACY INC
LONG BRANCH, NJ 7740

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.00

---

3.369 **Nonpriority creditor's name and mailing address**

HORIZON MEDICINES LLC
29667 NETWORK PL
CHICAGO, IL 60673-1296

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,054,910.06

---

3.370 **Nonpriority creditor's name and mailing address**

HORIZON PHARMA USA, INC.
28578 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$921,585.00

---

3.371 **Nonpriority creditor's name and mailing address**

HORIZON RIDGE CLINIC
904 PROSPECT AVENUE
CONTRACT 904 PRSPECT BOCA 4155
BRONX, NY 10459

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,512.29

---

3.372 **Nonpriority creditor's name and mailing address**

HR PHARMACEUTICALS
2600 EASTERN BLVD
SUITE 201
YORK, PA 17402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,004.83

---

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.373 | **Nonpriority creditor's name and mailing address**<br><br>HUDSON PHARMACY CORP<br>65-08 ROOSEVELT AVENUE<br><br>WOODSIDE, NY  11377<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $567.13 |

| 3.374 | **Nonpriority creditor's name and mailing address**<br><br>HULMEVILLE RD PHARMA<br>3554 HULMEVILLE RD, STE 108<br><br>BENSALEM, PA  19020<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $640.03 |

| 3.375 | **Nonpriority creditor's name and mailing address**<br><br>HUMCO HOLDING GROUP, INC.<br>7400 ALUMAX DRIVE<br>TEXARKANA, TX  75501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,969.01 |

| 3.376 | **Nonpriority creditor's name and mailing address**<br><br>HURON CONSULTING SERVICES LLC<br>1166 AVENUE OF THE AMERICAS<br>3RD FLOOR<br>NEW YORK, NY  10036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.377 | **Nonpriority creditor's name and mailing address**<br><br>HYLAND'S INC.<br>ATTN: LATTIMORE<br>210 W. 131 ST.<br>LOS ANGELES, CA  90061<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,495.68 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,545.73 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
HYMAN, PHELPS + MCNAMARA, P.C.
700 THIRTEENTH STREET, N.W.
SUITE 1200
WASHINGTON, DC  20005-5929

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,545.73

---

**3.379 Nonpriority creditor's name and mailing address**
IBSA PHARMA, INC
8 CAMPUS DRIVE, SUITE 201
PARSIPPANY, NJ  07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,839.54

---

**3.380 Nonpriority creditor's name and mailing address**
ICM DISTRIBUTING COMPANY
1755 ENTERPRISE PARKWAY
SUITE 200
TWINSBURG, OH  44087-2277

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,286.26

---

**3.381 Nonpriority creditor's name and mailing address**
IDEAL MARKETPLACE PH
85 ACKERMAN AVE
SVI PHARMA LLC
CLIFTON, NJ  7011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,219.04

---

**3.382 Nonpriority creditor's name and mailing address**
IDELLE LABS
ATTN: RYAN TONIES
1 HELEN OF TROY PLAZA
EL PASO, TX  79912

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,846.24

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.383** | **Nonpriority creditor's name and mailing address**

I-HEALTH, INC.
ATTN: EDI- SHANNON
55 SEBETHE DRIVE
CROMWELL, CT  06416

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,351.99

---

**3.384** | **Nonpriority creditor's name and mailing address**

IMPLUS FOOTCARE, LLC
2001 TW ALEXANDER DR
BOX 13925
DURHAM, NC  27709

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,428.16

---

**3.385** | **Nonpriority creditor's name and mailing address**

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION -
OHIO MULTIDISTRICT LOCATION
C/O NAPOLI SHKOLNIK PLLC
ATTN: PAUL J. NAPOLI, ESQ.
400 BROADHOLLOW ROAD, SUITE 305
MELVILLE, NY  11747

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.386** | **Nonpriority creditor's name and mailing address**

INGENUS PHARMACEUTICALS
4190 MILLENIA BLVD
ORLANDO, FL  32839

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,557.95

---

**3.387** | **Nonpriority creditor's name and mailing address**

INST FOR FAM HLTH/88
1695 FIRST AVENUE
88 ST PHARMACY
NEW YORK, NY  10128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$502.56

---

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

---

**3.388** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,355.71
*Check all that apply.*

INST FOR FAM HTH /FM
101 CANAL STREET
MATTHEWS PHARMACY - CONTR. PHCY
ELLENVILLE, NY 12428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,082.10
*Check all that apply.*

INVACARE CORPORATION
P.O. BOX 824056
PHILADELPHIA, PA 19182-4056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,975.68
*Check all that apply.*

IRISYS LLC
ATTN: KATHERINE
32 WEST HAMDEN RD.
CRANSTON, RI 02920

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $181.79
*Check all that apply.*

I-RUNNER
7271 MAYFLOWER PARK DRIVE
ZIONSVILLE, IL 46077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100,468.75
*Check all that apply.*

ITX CORP.
1169 PITTSFORD VICTOR ROAD
SUITE 100, BUILDING 3
PITTSFORD, NY 14534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115.80 |
|---|---|---|---|

J H LEASE DRUG CO
229 N. ELLSWORTH AVE

SALEM, OH  44460

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | | $7,754.82 |
|---|---|---|---|

J+J SALES + LOGISTICS CO.
ATTN: MIKE PORSCHE
PO BOX 15670
NEW BRUNSWICK, NJ  08906-5670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | | $1,788.63 |
|---|---|---|---|

JAMAICA PHARMACY
8924 163RD ST
SEY DRUGS INC
JAMAICA, NY  11432

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | | $9,258.48 |
|---|---|---|---|

JAMOL LABORATORIES
13 ACKERMAN AVE
EMERSON, NJ  07630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | | $2,399,924.06 |
|---|---|---|---|

JANSSEN PHARMACEUTICA, L.P.
P.O. BOX 200
TITUSVILLE, NJ  08560

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.398** **Nonpriority creditor's name and mailing address**

JEFFREY A. KYLE, POLLY KYLE
C/O COUGHLIN, RAINBOTH, MURPHY & LOWN
ATTN: MICHAEL P. RAINBOTH, ESQ.
439 MIDDLE STREET
PORTSMOUTH, NH 03801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.399** **Nonpriority creditor's name and mailing address**

JOE CIRRINCIONE
696 SENECA RD
MEADVILLE, PA 16335

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.64

---

**3.400** **Nonpriority creditor's name and mailing address**

JOERNS HEALTHCARE, LLC
5001 JOERNS DRIVE
STEVENS POINT, WI 54481-5040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,063.00

---

**3.401** **Nonpriority creditor's name and mailing address**

JOHN G. KYLE INC.
P.O. BOX 495
NORWALK, CT 06856

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,160.04

---

**3.402** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS
FIRE PROTECTION LP
DEPT. CH 10320
PALATINE, IL 60055-0320

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$201.52

---

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Description: Main Document , Page 98 of 295

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $752.60 |
|---|---|---|---|

JOHNSON'S VILLAGE PH
99 EAST CHAUTAUQUA STREET
SUITE 3
MAYVILLE, NY 14757

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |
|---|---|---|---|

JUAN P. SALCEDO AND ALEXANDRA PUJOLS
C/O LAW OFFICE OF ROBERT H. BRENT, ESQ., P.C.
ATTN: ROBERT H. BRENT, ESQ.
71-50 AUSTIN STREET, SUITE 102
FOREST HILLS, NY 11375

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $870.03 |
|---|---|---|---|

JUST HERE PHARMACY I
2859 N. 22ND ST.
JUST HERE II, LLC
PHILADELPHIA, PA 19132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,404.86 |
|---|---|---|---|

KAO USA INC.
ATTN: AMY SCHMITZ
2535 SPRING GROVE AVENUE
CINCINNATI, OH 45214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,039.01 |
|---|---|---|---|

KAZ, INCORPORATED
1 HELEN OF TROY PLAZA
EL PASO, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.408** **Nonpriority creditor's name and mailing address**

KERYX BIOPHARMACEUTICALS
15 INGRAM BLVD
LA VERGNE, TN 37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,272.58

**3.409** **Nonpriority creditor's name and mailing address**

KHAN PHARMACY, INC.
C/O MASOOD KHAN
2540 GOSLING ROAD
PLANO, TX 76075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOCK REDEMPTION PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,727.60

**3.410** **Nonpriority creditor's name and mailing address**

KIMBERLY CLARK INC.
POST OFFICE BOX 905216
CHARLOTTE, NC 28290-5216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,718.45

**3.411** **Nonpriority creditor's name and mailing address**

KINGSTON PHARMACY-KI
516 BROADWAY
KINGSTON CHEMISTS INC.
KINGSTON, NY 12401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$602.04

**3.412** **Nonpriority creditor's name and mailing address**

KINNEY DRUGS (01)
17 CLINTON STREET

GOUVERNEUR, NY 13642

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,987.73

| **Part 2:** | Additional Page |
| --- | --- |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

---

**3.413**

**Nonpriority creditor's name and mailing address**

KINNEY DRUGS (70)
1226 US HIGHWAY 11
DBA HEALTH DIRECT PHCY SERVICE
GOUVERNEUR, NY 13642

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$855.78

---

**3.414**

**Nonpriority creditor's name and mailing address**

KONICA MINOLTA BUSINESS
P.O. BOX 101238
ATLANTA, GA 30392

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$190.00

---

**3.415**

**Nonpriority creditor's name and mailing address**

KONICA MINOLTA BUSINESS
SOLUTIONS USA INC.
DEPT CH 19188
PALATINE, IL 60055-9188

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,403.00

---

**3.416**

**Nonpriority creditor's name and mailing address**

KONSYL PHARMACEUTICALS
ATTN: ALAN SPICHER
8050 INDUSTRIAL PARKWAY
EASTON, MD 21601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.22

---

**3.417**

**Nonpriority creditor's name and mailing address**

KOWA PHARMACEUTICALS INC.
530 INDUSTRIAL PARK BLVD.
MONTGOMERY, AL 36117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,168.92

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.418** **Nonpriority creditor's name and mailing address**

KT HEALTH LLC
584 EAST 1100 S
SUITE 4
AMERICAN FORK, UT 84003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $529.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.419** **Nonpriority creditor's name and mailing address**

KVK OPCO, INC.
5775 LOWER YORK ROAD
PO BOX 700
LAHASKA, PA 18931

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $93,136.15
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.420** **Nonpriority creditor's name and mailing address**

L + R DISTRIBUTORS, INC.
88 35TH STREET
BUILDING 4, 5TH FLOOR, SUITE D
BROOKLYN, NY 11232

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $2,374.96
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.421** **Nonpriority creditor's name and mailing address**

LA VIDA DISCOUNT PHC
2363 E ALLEGHENY AVENUE

PHILADELPHIA, PA 19134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $12.73
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.422** **Nonpriority creditor's name and mailing address**

LADIBUGS LLC
7900 EXCELSIOR BLVD
SUITE 350
HOPKINS, MN 55343

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $78.75
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $365.27 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LANGE PHARMACY 1
2205 NOTT STREET
FREDERICK H LANGE INC
SCHENECTADY, NY 12309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$365.27

---

3.424 **Nonpriority creditor's name and mailing address**
LANNETT COMPANY INC
P.O. BOX 427
6140 W. EXECUTIVE DR.
MEQUON, WI 53092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,466.09

---

3.425 **Nonpriority creditor's name and mailing address**
LANNETT COMPANY INC.
13200 TOWNSEND ROAD
PHILADELPHIA, PA 19154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,741.14

---

3.426 **Nonpriority creditor's name and mailing address**
LAUREL LONG TERM CARE PHARMACY
173 MORGANTOWN STREET
STE B
UNIONTOWN, PA 15401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,859.38

---

3.427 **Nonpriority creditor's name and mailing address**
LAUREL LONG TERM CARE PHARMACY
ATTN: WALTER J. LIZZA
278 MCCLELLANDTOWN RD.
LIZZA PHARMACEUTICAL INC
UNIONTOWN, PA 15401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,845.62

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.428**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      UNKNOWN

LAURENCE F. DOUD, III
C/O GOTTLIEB & JANEY LLP
ATTN: DAVID DINOSO, ESQ.
111 BROADWAY, SUITE 701
NEW YORK, NK  10006

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.429**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $3,801.80

LEADIANT BIOSCIENCES, INC
420 INTERNATIONAL BLVD
SUITE 500
BROOKS, KY  40109

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.430**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $50,822.71

LEADING PHARMA LLC
3-G OAK ROAD
FAIRFIELD, NJ  07004

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.431**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $7,150.98

LEANIN' TREE
P.O. BOX 9500
BOULDER, CO  80301

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.432**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $217.90

LEMBERG'S PHARMACY,
191 NEPTUNE AVE.
LEMBERG'S PHARMACY
BROOKLYN, NY  11235

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

---

**3.433** **Nonpriority creditor's name and mailing address**
LENOX PHARMACY, INC.
5879 SR 92
SUITE 3 LENOX PLAZA
KINGSLEY, PA 18826

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,644.38

---

**3.434** **Nonpriority creditor's name and mailing address**
LEO PHARMA INC.
1 SYLVAN WAY
PARSIPPANY, NJ 07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,756.54

---

**3.435** **Nonpriority creditor's name and mailing address**
LEVRON, INC. D/B/A/ TITAN PHARMACY
C/O CHIESA SHAHINIAN & GIANTOMASI PC
ATTN: LEE VARTAN, ESQ.
11 TIMES SQUARE, 31ST FLOOR
NEW YORK, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.436** **Nonpriority creditor's name and mailing address**
LICEGUARD, LLC
590 HILLSIDE AVE.
NEEDHAM, MA 02494

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$234.00

---

**3.437** **Nonpriority creditor's name and mailing address**
LIFESCAN, INCORPORATED
P.O. BOX 391537
MOUNTAIN VIEW, CA 94043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$349,458.95

---

**Part 2:** Additional Page

|  |  | Amount of claim |
|--|--|-----------------|

---

3.438 **Nonpriority creditor's name and mailing address**

LIL  DRUG STORE PRODUCTS
9300 EARHART LANE SW
CEDAR RAPIDS, IA  52404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,966.74

---

3.439 **Nonpriority creditor's name and mailing address**

LINDEN CARE PHARMACY
130 CROSSWAYS PARK DRIVE SUITE 101
LINDEN CARE LLC (REAR DOOR)
WOODBURY, NY  11797

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$571.68

---

3.440 **Nonpriority creditor's name and mailing address**

LIVE WELL PHARMACY L
2453 GRANT AVE

PHILADELPHIA, PA  19114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$843.85

---

3.441 **Nonpriority creditor's name and mailing address**

LIZZA'S APOTHECARE PHARMACY
ATTN: WALTER & AMY LIZZA
173 MORGANTOWN STREET
CHERRY TREE PHARMACY, INC.
UNIONTOWN, PA  15401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,087.04

---

3.442 **Nonpriority creditor's name and mailing address**

LIZZA'S APOTHECARE PHARMACY
ATTN: WALTER & AMY LIZZA
173 MORGANTOWN STREET
CHERRY TREE PHARMACY, INC.
UNIONTOWN, PA  15401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,121.45

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $864.29 |
|---|---|---|---|

LOCAL RX, INC.
103-19 QUEENS BLVD.
DBA: COLONY DRUGS & SURGICALS
FOREST HILLS, NY 11375

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,200.36 |
|---|---|---|---|

LONG ISLAND CITY CHE
30-12 36TH AVE
M AND S DRUGS INC
LONG ISLAND CITY, NY 11106

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,419.18 |
|---|---|---|---|

LORANN OILS INCORPORATED
4518 AURELIUS ROAD
POST OFFICE BOX 22009
LANSING, MI 48910

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.01 |
|---|---|---|---|

LORRAINE PHARMACY
72 LORRAINE ST
LORRAINE PHARMACY INC
BROOKLYN, NY 11231

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,590.02 |
|---|---|---|---|

LR LOGISTICAL SOLUTIONS
88 35TH STREET
BUILDING 4, 5TH FLOOR, SUITE D
BROOKLYN, NY 11232

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.448** | **Nonpriority creditor's name and mailing address**

LUCKY VITAMIN CORPOR
8 AVENUE B
DBA GARY'S WORLD OF WELLNESS
LEETSDALE, PA 15056

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$550.19

---

**3.449** | **Nonpriority creditor's name and mailing address**

LUNDBECK INC.
15 INGRAM BLVD.
SUITE 100
LAVERNE, TN 37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,284.95

---

**3.450** | **Nonpriority creditor's name and mailing address**

LUPIN PHARMACEUTIC
400 CAMPUS DRIVE
SOMERSET, NJ 08873

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**

LUPIN PHARMACEUTICALS, INC.
111 SOUTH CALVERT ST
21ST FLOOR
BALTIMORE, MD 21202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$261,882.47

---

**3.452** | **Nonpriority creditor's name and mailing address**

LUSKIN, STERN + EISLER LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | | |

| | | | Amount of claim |

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $104,341.09 |
|---|---|---|---|
| | MACLEODS PHARMA USA<br>666 PLAINSBORO ROAD<br>BUILDING 200 SUITE 230<br>PLAINSBORO, NJ 08536 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,414.83 |
|---|---|---|---|
| | MAINPOINTE PHARMACEUTICALS<br>333 E. MAIN ST<br>SUITE 200<br>LOUISVILLE, KY 40202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $243.00 |
|---|---|---|---|
| | MAJESTIC DRUG CO.,INC.<br>P.O. BOX 491<br>4996 MAIN ST.<br>S. FALLSBURG, NY 12779 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $116,803.69 |
|---|---|---|---|
| | MAJOR PHARMACEUTICALS<br>ATTN: NANCY RUSSELL<br>17177 NORTH LAUREL PARK DRIVE<br>SUITE 233<br>LIVONIA, MI 48152 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $88,906.53 |
|---|---|---|---|
| | MANHATTAN ASSOCIATES<br>P.O. BOX 405696<br>ATLANTA, GA 30384-5696 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,123.48 |
|---|---|---|---|

MANNKIND CORPORATION
1 CASPER ST.
DANBURY, CT 06810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,399.01 |
|---|---|---|---|

MAR DRUG CORP
2754 3RD AVE
FAMILY PHARMACY & SURG. SUPPLY
BRONX, NY 10455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,754.61 |
|---|---|---|---|

MARIANNE PHARMACY
21159 PAINT BLVD , SUITE 1
CLARION DEVELOPMENT CORP
SHIPPENVILLE, PA 16254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $291.20 |
|---|---|---|---|

MARLBORO DRUG CO., I
2313 STILLWELL AVE
MARLBOR DRUGS
BROOKLYN, NY 11223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

MARSH USA INC
P O BOX 417724
BOSTON, MA 02241-7724

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.463**

**Nonpriority creditor's name and mailing address**
MARTIN DRUGS LTC
849 OLD COUNTRY ROAD

RIVERHEAD, NY 11901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,801.49

---

**3.464**

**Nonpriority creditor's name and mailing address**
MAYER BROTHERS
1540 SENECA CREEK ROAD
WEST SENECA, NY 14224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,176.00

---

**3.465**

**Nonpriority creditor's name and mailing address**
MCKEON PRODUCTS INCORPORATED
ATTN: LATTIMORE
25460 GUENTHER
WARREN, MI 48091

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,685.28

---

**3.466**

**Nonpriority creditor's name and mailing address**
MEADVILLE MED. CTR /
404 NORTH ST
MILL RUN PHARMACY - CONTR. PHCY
MEADVILLE, PA 16335

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.76

---

**3.467**

**Nonpriority creditor's name and mailing address**
MEDEXUS PHARMA INC.
P O BOX 74008026
CHICAGO, IL 60674-8026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$986.00

| **Part 2:** | Additional Page |
| | |

| | | | Amount of claim |
|---|---|---|---|

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,160.00 |
| | | Check all that apply. | |
| | MEDICAL DEVELOPMENTS INTL | ☐ Contingent | |
| | 4 CARIBBEAN DRIVE | ☐ Unliquidated | |
| | SCORESBY | ☐ Disputed | |
| | VICTORIA 03179 | | |
| | AUSTRALIA | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,304.00 |
| | | Check all that apply. | |
| | MEDICAL PROBIOTICS INC | ☐ Contingent | |
| | 34 MAIN STREET | ☐ Unliquidated | |
| | SMITHTOWN, NY 11787 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,521.04 |
| | | Check all that apply. | |
| | MEDICINE CABINET | ☐ Contingent | |
| | 88-28 PARSONS BLVD | ☐ Unliquidated | |
| | CONTESH, INC | ☐ Disputed | |
| | JAMAICA, NY 11432 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,069.54 |
| | | Check all that apply. | |
| | MEDISCA INC. | ☐ Contingent | |
| | ATTN: NADIA ZACCARDO | ☐ Unliquidated | |
| | 661 ROUTE 3 | ☐ Disputed | |
| | UNIT C | | |
| | PLATTSBURGH, NY 12901 | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,082.44 |
| | | Check all that apply. | |
| | MEDLINE INDUSTRIES, INC. | ☐ Contingent | |
| | ONE MEDLINE PLACE | ☐ Unliquidated | |
| | MUNDELEIN, IL 60060-4486 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.473** | **Nonpriority creditor's name and mailing address**

MEDPLUS-CONVATEC
DEPT 169
P.O. BOX 37904
CHARLOTTE, NC  28237-7904

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,631.35

---

**3.474** | **Nonpriority creditor's name and mailing address**

MEDSCRIPT PHARMACY
180-184 SUNRISE HIGHWAY
MEDSCRIPT PHARMACY LLC
ROCKVILLE CENTRE, NY  11570

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,101.63

---

**3.475** | **Nonpriority creditor's name and mailing address**

MEDTECH PRODUCTS, INC.
POST OFFICE BOX 1108
JACKSON, WY  83001-1108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$122,790.46

---

**3.476** | **Nonpriority creditor's name and mailing address**

MEDWAY PHARMACY, INC.
ATTN: KAELYN LEE
1914 86TH ST
BROOKLYN, NY  11214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$890.22

---

**3.477** | **Nonpriority creditor's name and mailing address**

MELISSA + DOUG
P.O. BOX 590
WESTPORT, CT  06881

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,828.01

---

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,798.44 |
|---|---|---|---|

3.478 **Nonpriority creditor's name and mailing address**

MENTHOLATUM COMPANY INC.
ATTN: JULIE MURPHY (EMERSON)
707 STERLING DRIVE
ORCHARD PARK, NY 14127-1587

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $19,798.44

---

3.479 **Nonpriority creditor's name and mailing address**

MERCER COUNTY REHAB SUPPLY INC
202 N. BROAD ST.
GROVE CITY, PA 16127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,808.08

---

3.480 **Nonpriority creditor's name and mailing address**

MERCK + COMPANY, INC.
POST OFFICE BOX 7780-3061
PHILADELPHIA, PA 19182-3061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,992,652.49

---

3.481 **Nonpriority creditor's name and mailing address**

MERRICK WELLNESS INC
12614 F MERRICK BLVD

JAMACIA, NY 11434

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,016.08

---

3.482 **Nonpriority creditor's name and mailing address**

MERZ NORTH AMERICA
6501 SIX FORKS RD
RALEIGH, NC 27615

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$730.35

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.483** | **Nonpriority creditor's name and mailing address**

METHOD PHARMACEUTICALS
7333 JACK NEWELL BLVD NORTH
STE 300
FORT WORTH, TX  76118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,823.50

---

**3.484** | **Nonpriority creditor's name and mailing address**

METLIFE - GROUP BENEFITS
P.O. BOX 804466
KANSAS CITY, MO  64180-466

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address**

METRO DRUGS
134-02 JAMAICA AVENUE
SREEPATHI PHARMACY
JAMAICA, NY  11418

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,817.33

---

**3.486** | **Nonpriority creditor's name and mailing address**

METRO DRUGS 3RD AVE CORP
ATTN: JOSEPH TAWIL
931 LEXINGTON AVE
NEW YORK, NY  10065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,761.67

---

**3.487** | **Nonpriority creditor's name and mailing address**

METRO DRUGS HOBOKEN, LLC
ATTN: JOSEPH TAWIL
79 HUDSON STREET, SUITE 302
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$226.15

## Part 2: Additional Page

| | | | Amount of claim |
|---|---|---|---|

---

**3.488** | **Nonpriority creditor's name and mailing address**

METROPLAZA PHARMACY,
330 NASSAU RD

ROOSEVELT, NY 11575

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,397.49

---

**3.489** | **Nonpriority creditor's name and mailing address**

MHC MEDICAL PRODUCTS, LLC
8695 SEWARD DRIVE
FAIRFIELD, OH 45011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,158.72

---

**3.490** | **Nonpriority creditor's name and mailing address**

MICRO LABS USA INC
104 CARNEGIE CENTER
SUITE 216
PRINCETON, NJ 08540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,011.79

---

**3.491** | **Nonpriority creditor's name and mailing address**

MIDDLE NECK PHARMACY
531 MIDDLE NECK ROAD
MIDDLE NECK CHEMISTS INC.
GREAT NECK, NY 11023

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,410.76

---

**3.492** | **Nonpriority creditor's name and mailing address**

MIDDLE VILLAGE PHARM
74-04 METROPOLITAN AVENUE

MIDDLE VILLAGE, NY 11379

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$353.01

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.493** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,231.70

MIDDLETOWN PHCY & ME
877 MAIN STREET

BELFORD, NJ  7718

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,157.71

MIGUEL'S PHARMACY
ATTN: VISWA MANTENA
3213 RIVER RD
RIVERCARE SOLUTIONS LLC
CAMDEN, NJ  08105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $570.00

MIH INTERNATIONAL LLC
112 CAPITOL TRAIL
NEWARK, DE  19711

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.81

MILLENIA RX
469 WEST 125TH ST
MILLENIA RX CORP
NEW YORK, NY  10027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $938.09

MIRACLE PHARMACY INC
96-22 METROPOLITAN AVE
DBA FAMILY PHARMACY
FOREST HILLS, NY  11375

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,612.69 |
|---|---|---|---|

**3.498**

**Nonpriority creditor's name and mailing address**

MISSION PHARMACAL COMPANY
P.O. BOX 297931
HOUSTON, TX 77297

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $20,612.69

---

**3.499**

**Nonpriority creditor's name and mailing address**

MOM ENTERPRISES, INC.
100 SMITH RANCH ROAD
SUITE 330
SAN RAFAEL, CA 94903

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $4,860.00

---

**3.500**

**Nonpriority creditor's name and mailing address**

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO, P.C.
565 FIFTH AVENUE
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $8,060.46

---

**3.501**

**Nonpriority creditor's name and mailing address**

MSB RX CORP (DG)
112-53 QUEENS BLVD
FOREST DRUGS INC (DG)
FOREST HILLS, NY 11375

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $366.06

---

**3.502**

**Nonpriority creditor's name and mailing address**

MUELLER SPORTS MEDICINE, INC.
ONE QUENCH DRIVE
PRAIRIE DU SAC, WI 53578

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $1,825.78

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $221.01 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MY FAMILY PHARMACY I
96-08 NORTHERN BLVD

CORONA, NY 11368

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$221.01

---

3.504 **Nonpriority creditor's name and mailing address**

MYLAN PHARMACEUTICALS, INC.
DEPT L027P
PITTSBURGH, PA 15264-0027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$345,114.00

---

3.505 **Nonpriority creditor's name and mailing address**

MYLAN SPECIALTY L.P.
DEPARTMENT 01524
SAN FRANCISCO, CA 94139-1524

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$752.42

---

3.506 **Nonpriority creditor's name and mailing address**

NAPO PHARMACEUTICALS
15 INGRAM BLVD
LA VERGNE, TN 37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,092.20

---

3.507 **Nonpriority creditor's name and mailing address**

NASSAU, SCHOHARIE, RENSSELAER, NIAGARA
COUNTIES, ET AL.
C/O NAPOLI SHKOLNIK PLLC
ATTN: PAUL J. NAPOLI, ESQ.
400 BROADHOLLOW ROAD, SUITE 305
MELVILLE, NY 11747

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| | | Amount of claim |
|---|---|---|

---

**3.508** | **Nonpriority creditor's name and mailing address**

NATURE'S ANSWER
85 COMMERCE DRIVE
HAUPPAUGE, NY 11788

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,807.22

---

**3.509** | **Nonpriority creditor's name and mailing address**

NATURE'S HEALTH CONNECTION
230 PLUMMER STREET
CAMPTON, KY 41301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,240.00

---

**3.510** | **Nonpriority creditor's name and mailing address**

NATURE'S VISION
7320 GARDEN LANE 104
PO BOX 410
PORTAGE, MI 49081-0410

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.97

---

**3.511** | **Nonpriority creditor's name and mailing address**

NEIGHBORX PCY/PLEASANT VALLEY
13 NORTH AVE SUITE 1
PLEASANT VALLEY, NY 12569

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$177.11

---

**3.512** | **Nonpriority creditor's name and mailing address**

NEILMED PHARMACEUTICALS
601 AVIATION BLVD.
SANTA ROSA, CA 95403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,484.16

---

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $583.55 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
NEOTERIC
4880 HAVANA STREET
SUITE 400
DENVER, CO 80239

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$583.55

---

3.514 **Nonpriority creditor's name and mailing address**
NEPHRON PHARMACEUTICALS
4500 12TH STREET EXT.
W. COLUMBIA, SC 29172

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,070.07

---

3.515 **Nonpriority creditor's name and mailing address**
NEPHRO-TECH, INC.
POST OFFICE BOX 16106
SHAWNEE, KA 66203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,529.50

---

3.516 **Nonpriority creditor's name and mailing address**
NEW AMERICAN THERAPEUTICS INC
300 INTERPACE PARKWAY
PARSIPPANY, NJ 07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,446.18

---

3.517 **Nonpriority creditor's name and mailing address**
NEW CLINTON PHARMACY
360 ST. PAUL ST
NEW CLINTON PHARMACY LLC
ROCHESTER, NY 14605

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,268.18

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.30 |
| --- | --- | --- | --- |

NEW FLUSHING PHARMAC
4207 KISSENA BLVD.

FLUSHING, NY 11355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,369.92 |
| --- | --- | --- | --- |

NEW GENESIS/MONTICELLO DRUG
2525 QUICKSILVER ROAD
MCDONALD, PA 15057

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13.40 |
| --- | --- | --- | --- |

NEW HAVEN PHARMACY I
382 GRAND AVE

NEW HAVEN, CT 6513

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,705.00 |
| --- | --- | --- | --- |

NEW JERSEY PHARMACISTS ASSOC.
ATTN: DORITA ALLEN
760 ALEXANDER RD, CN 1
PRINCETON, NJ 08543-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,758.49 |
| --- | --- | --- | --- |

NEW MOON PHARMACY
10914 LIBERTY AVE
NEW MOON PHARMACY INC
SOUTH RICHMOND HILL, NY 11419

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| | | Amount of claim |
|---|---|---|
| | | |

**3.523**    **Nonpriority creditor's name and mailing address**

NEW RX PHARMACY INC
ATTN: YU ZHENG WANG
42-07 KISSENA BLVD
FLUSHING, NY 11355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$651.24

---

**3.524**    **Nonpriority creditor's name and mailing address**

NEWEGG.COM
17560 ROWLAND ST
CITY OF INDUSTRY, CA 91748

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,427.06

---

**3.525**    **Nonpriority creditor's name and mailing address**

NEWLANDS HEALTH INC
725 LONG LANE
SOLVENCY HLTH PHCY
UPPER DARBY, PA 19082

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,183.38

---

**3.526**    **Nonpriority creditor's name and mailing address**

NFI CONSUMER PRODUCTS
501 FIFTH ST.
BRISTOL, TN 37620

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,391.24

---

**3.527**    **Nonpriority creditor's name and mailing address**

NICHE' PHARMACEUTICALS, INC.
580 COMMERCE ST. SUITE 100
SOUTHLAKE, TX 76092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,685.20

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.528** **Nonpriority creditor's name and mailing address**

NIVAGEN PHARMACEUTICALS
3100 FITE CIRCLE
SUITE 208
SACRAMENTO, CA 95827

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,024.16

---

**3.529** **Nonpriority creditor's name and mailing address**

NOBLE HEALTH SERVICE
6040 TARBELL ROAD

SYRACUSE, NY 13206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,456.35

---

**3.530** **Nonpriority creditor's name and mailing address**

NOHA PHARMACY, INC.
291 KNICKERBOCKER AVENUE

BROOKLYN, NY 11237

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,218.36

---

**3.531** **Nonpriority creditor's name and mailing address**

NORTH POINT PHARMACY
370 PHILADELPHIA AVENUE

CHAMBERSBURG, PA 17201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,163.45

---

**3.532** **Nonpriority creditor's name and mailing address**

NORTH-WEST PHARMACY
2024 NORTH 22ND STREET

PHILADELPHIA, PA 19121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$254.03

---

**Part 2:** Additional Page

| | | | Amount of claim |
| --- | --- | --- | --- |

3.533 **Nonpriority creditor's name and mailing address**

NOSTRUM LABS
505 THORNALL STREET
SUITE 304
EDDISON, NJ 08837

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,349.98

---

3.534 **Nonpriority creditor's name and mailing address**

NOVA MEDICAL PRODUCTS
1470 BEACHY PLACE
CARSON, CA 90746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,502.70

---

3.535 **Nonpriority creditor's name and mailing address**

NOVADOZ PHARMACEUTICALS
20 DUKE ROAD
SUITE 4
PISCATAWAY, NJ 08854

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,122.48

---

3.536 **Nonpriority creditor's name and mailing address**

NOVARTIS PHARMACEUTICALS CORP.
59 ROUTE 10
EAST HANOVER, NJ 07936

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,825,753.42

---

3.537 **Nonpriority creditor's name and mailing address**

NOVEN THERAPEUTICS, LLC
15 INGRAM BLVD.
LAVERGNE, TN 37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,527.89

---

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

**3.538** **Nonpriority creditor's name and mailing address**

NOVITIUM PHARMA LLC
70 LAKE DRIVE
EAST WINDSOR, NJ 08520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,839.28

---

**3.539** **Nonpriority creditor's name and mailing address**

NOVO NORDISK INC.
CUST 92083190014
POST OFFICE BOX 7247-7551
PHILADELPHIA, PA 19170-7551

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,697,159.76

---

**3.540** **Nonpriority creditor's name and mailing address**

NUGO NUTRITION
LIFESTYLE EVOLUTION INC.
520 SECOND STREET
OAKMONT, PA 15139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,209.60

---

**3.541** **Nonpriority creditor's name and mailing address**

NUNDA FAMILY PHARMACY LLC
ATTN: JEREMIAH AXTELL
12 NORTH STATE STREET
P O BOX 518
NUNDA, NY 14517

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$301.30

---

**3.542** **Nonpriority creditor's name and mailing address**

NURSING SERVICE PRIMECARE
ATTN: GENIE ALSO
310 ADAMS AVE 2ND FLOOR
PRIME CARE PHARMACY SERVICES INC
SCRANTON, PA 18503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,667.05

---

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,635.24 |
|---|---|---|---|

NUTRAMAX LABORATORIES, INC.
2208 LAKESIDE BLVD
EDGEWOOD, MD 21040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,037.81 |
|---|---|---|---|

NUTRANEXT BUSINESS LLC
1301 SAWGRASS CORPORATE PARKWAY
SUNRISE, FL 33323

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,846.02 |
|---|---|---|---|

NY PHARMACY NETWORK
444 MERRICK RD SUITE LL5
NEW YORK NETWORK LLC
LYNBROOK, NY 11563

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $89.31 |
|---|---|---|---|

NYS DEPT OF HEALTH
206 S. ELMWOOD AVE
EVERGREEN HEALTH SERVICES, INC.
BUFFALO, NY 14201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,592.80 |
|---|---|---|---|

OAKHURST COMPANY
3000 HEMPSTEAD TURNPIKE
SUITE 302
LEVITTOWN, NY 11756

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|
| | | |

3.548 **Nonpriority creditor's name and mailing address**

OCEAN A & R PHARMACY
2806 OCEAN AVENUE
OCEAN A & R PHARMACY INC
BROOKLYN, NY 11229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.88

---

3.549 **Nonpriority creditor's name and mailing address**

OCUSOFT
ATTN: LATTIMORE
301 KROESCHE RD
ROSENBERG, TX 77471

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,597.20

---

3.550 **Nonpriority creditor's name and mailing address**

OHIO PHARMACISTS ASSOCIATION
2674 FEDERATED BLVD
COLUMBUS, OH 43235

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,190.00

---

3.551 **Nonpriority creditor's name and mailing address**

OHM LABORATORIES, INC.
600 COLLEGE ROAD EAST
PRINCETON, NJ 08540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,162.53

---

3.552 **Nonpriority creditor's name and mailing address**

OLYMPE PHARMACY INC
1665 NOSTRAND AVE

BROOKLYN, NY 11226

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$985.94

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 113 of 176
Description: Main Document , Page 128 of 295

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.553 | **Nonpriority creditor's name and mailing address**<br>OMNICELL INC<br>2003 GANDY BLVD NORTH<br>SUITE 800<br>ST. PETERSBURG, FL 33702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,336.44 |
| 3.554 | **Nonpriority creditor's name and mailing address**<br>OPENTEXT, INC.<br>1268 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $108.00 |
| 3.555 | **Nonpriority creditor's name and mailing address**<br>OPKO PHARMACEUTICALS<br>4400 BISCAYNE BLVD.<br>MIAMI, FL 33137<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,984.00 |
| 3.556 | **Nonpriority creditor's name and mailing address**<br>ORA SURE TECHNOLOGIES<br>KENCO-BP3<br>4309 DISTRIBUTION DRIVE<br>CHATTANOOGA, TN 37416<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,736.00 |
| 3.557 | **Nonpriority creditor's name and mailing address**<br>OREXO US, INC<br>15 INGRAM BLVD<br>LA VERGNE, TN 37086<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,514.66 |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Description: Main Document , Page 129 of 295

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.558 | **Nonpriority creditor's name and mailing address**<br><br>OTSUKA AMERICA PHARMACEUTICAL<br>220 LAKE DRIVE<br>NEWARK, DE  19702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $789,581.16 |
| --- | --- | --- |
| 3.559 | **Nonpriority creditor's name and mailing address**<br><br>OUTDOOR LIVING LLC<br>P O BOX 495<br>CARLSTADT, NJ  07072<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,337.50 |
| 3.560 | **Nonpriority creditor's name and mailing address**<br><br>OWEN MUMFORD INC.<br>1755-A WEST OAK COMMONS COURT<br>MARIETTA, GA  30062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,709.70 |
| 3.561 | **Nonpriority creditor's name and mailing address**<br><br>OZ PHARMA INC.<br>322 E 149TH STREET<br>DBA OZ PHARMACY<br>BRONX, NY  10451<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,625.42 |
| 3.562 | **Nonpriority creditor's name and mailing address**<br><br>OZ PHARMACY<br>322 EAST 149TH STREET<br>RISHI PHARMACY CORP.<br>BRONX, NY  10451<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $124.50 |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.563** | **Nonpriority creditor's name and mailing address**

PALACE PHARMACY INC.
543 LENOX AVENUE
DBA PALACE PHARMACY
NEW YORK, NY 10037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.96

---

**3.564** | **Nonpriority creditor's name and mailing address**

PALLAS GLOBAL GROUP LLC
590 MADISON AVENUE
25TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,730.00

---

**3.565** | **Nonpriority creditor's name and mailing address**

PAMELA LANGLOIS
C/O COUGHLIN, RAINBOTH, MURPHY & LOWN
ATTN: MICHAEL P. RAINBOTH, ESQ.
439 MIDDLE STREET
PORTSMOUTH, NH 03801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.566** | **Nonpriority creditor's name and mailing address**

PANTHRYX INC
5480 VALMONT RD 325
BOULDER, CO 80301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$441.60

---

**3.567** | **Nonpriority creditor's name and mailing address**

PARI RESPIRATORY EQUIPMENT INC
13800 HULL STREET RD
MIDLOTHIAN, VA 23112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$614.95

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,678.62 |

PARK RIDGE APOTHECARY INC
ATTN: MARYLYNN DANDREA
1561 LONG POND RD
SUITE 104
ROCHESTER, NY 14626

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23.76 |

PARKWAY PHARMACY (DG
531 CHURCH AVENUE
GARR PHARMACY CORP.
BROOKLYN, NY 11218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47.55 |

PATIENT'S PHARMACY,
320 N MAIN ST
PO BOX 170
JAMESTOWN, NY 14701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,168.90 |

PATRIN PHARMA
P.O. BOX 1481
SKOKIE, IL 60076

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |

PAUL DOOLEY
C/O COUGHLIN, RAINBOTH, MURPHY & LOWN
ATTN: MICHAEL P. RAINBOTH, ESQ.
439 MIDDLE STREET
PORTSMOUTH, NH 03801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

3.573 **Nonpriority creditor's name and mailing address**

PAX VAX INC
FORMER CRUCELL VACCINES INC
9600 NW 25TH ST SUITE 6F
DORAL, FL 33172

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,755.52

---

3.574 **Nonpriority creditor's name and mailing address**

PEDIFIX, INC.
281 FIELDS LANE
BREWSTER, NY 10509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,136.30

---

3.575 **Nonpriority creditor's name and mailing address**

PENNSYLVANIA PHARMACISTS ASSOC
508 NORTH THIRD STREET
HARRISBURG, PA 17101-1199

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,000.00

---

3.576 **Nonpriority creditor's name and mailing address**

PERFECTA PRODUCTS, INC.
131 W SOUTH RANGE ROAD
PO BOX 128
NORTH LIMA, OH 44452

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,506.96

---

3.577 **Nonpriority creditor's name and mailing address**

PERIO INC.
6156 WILCOX ROAD
DUBIN, OH 43016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,405.94

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.578 | **Nonpriority creditor's name and mailing address**<br><br>PERNIX THERAPEUTICS<br>208 W. EASTBANK ST.<br>GONZALES, LA 70737<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,588.71 |
| 3.579 | **Nonpriority creditor's name and mailing address**<br><br>PERRIGO<br>ATTN: CHERI SMITH<br>BATHGATE INDUSTRIAL PARK<br>P.O. BOX 862<br>BRONX, NY 10457<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $274,761.40 |
| 3.580 | **Nonpriority creditor's name and mailing address**<br><br>PERSON AND COVEY INCORPORATED<br>616 ALLEN AVENUE<br>GLENDALE, CA 91221-5018<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,182.84 |
| 3.581 | **Nonpriority creditor's name and mailing address**<br><br>PFIZER CONSUMER HEALTHCARE<br>POST OFFICE BOX 26609<br>RICHMOND, VA 23261-6609<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $86,857.31 |
| 3.582 | **Nonpriority creditor's name and mailing address**<br><br>PGI<br>1268 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $471.10 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.583** **Nonpriority creditor's name and mailing address**

PHARMA SUPPLY, INC.
ATTN: ROBERT GURECKA
3361 FAIRLANE FARMS ROAD
WELLINGTON, FL  33414

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,313.30

---

**3.584** **Nonpriority creditor's name and mailing address**

PHARMACEUTICAL ASSOCIATES, INC
POST OFFICE BOX 128
CONESTEE, SC  29636

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,292.23

---

**3.585** **Nonpriority creditor's name and mailing address**

PHARMACEUTICAL DIVISION OF PFI
POST OFFICE BOX 100539
ATLANTA, GA  30384-0539

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$941,800.07

---

**3.586** **Nonpriority creditor's name and mailing address**

PHARMACEUTICAL SPECIALTIES,INC
1620 INDUSTRIAL DR. NW
ROCHESTER, MN  55901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,080.52

---

**3.587** **Nonpriority creditor's name and mailing address**

PHARMACY AT TRILLIUM HEALTH
ATTN: MARK MALAHOSKY
ROCHESTER, NY  14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,403.84

---

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

---

**3.588** **Nonpriority creditor's name and mailing address**

PHARMACY FIRST
P.O. BOX 26546
SHAWNEE MISSION, KS  66225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,066.56

---

**3.589** **Nonpriority creditor's name and mailing address**

PHARMASMART INTERNATIONAL
ATTN: ASHTON MAARABA
773 ELMGROVE ROAD
BUILDING 2 - BOX 5
ROCHESTER, NY  14624

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$850.82

---

**3.590** **Nonpriority creditor's name and mailing address**

PHARMAVITE LLC
8510 BALBOA BLVD 300
NORTHRIDGE, CA  91325

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,101.64

---

**3.591** **Nonpriority creditor's name and mailing address**

PHCY AT BLASDELL - N
4233 LAKE AVE
NORTHWEST BFLO COM HLTH CNTR, INC
BLASDELL, NY  14219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.31

---

**3.592** **Nonpriority creditor's name and mailing address**

PHILLY DRUGSTORE
2729 NORTH FIFTH STREET

PHILADELPHIA, PA  19133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,414.77

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.593 | **Nonpriority creditor's name and mailing address**<br>PILL MILL, INC.<br>778 MAIN STREET    P.O. BOX 350<br>MILLERS DRUG STORE<br>MARGARETVILLE, NY 12455 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67.16 |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.594 | **Nonpriority creditor's name and mailing address**<br>PILL MILL, INC.<br>C/O FRED MILLER<br>778 MAIN ST.<br>MARGARETVILLE, NY 12455 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,101.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>STOCK REDEMPTION PROMISSORY NOTE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.595 | **Nonpriority creditor's name and mailing address**<br>PINE BROTHERS LLC<br>200 CLOCKTOWER PLACE<br>SUITE E212<br>CARMEL, CA 93923 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,793.60 |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.596 | **Nonpriority creditor's name and mailing address**<br>PIPING ROCK HEALTH PRODUCTS<br>3900 VETERANS MEMORIAL HWY<br>SUITE 200<br>BOHEMIA, NY 11716 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,156.98 |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.597 | **Nonpriority creditor's name and mailing address**<br>PLANET RX<br>2813 CROPSEY AVE<br>PLANET RX LLC<br>BROOKLYN, NY 11214 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.61 |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.598**

**Nonpriority creditor's name and mailing address**

PLATTSBURGH, ALBANY, SCHENECTADY, TROY
COUNTIES, ET AL.
C/O DREYER BOYAJIAN LLP
ATTN: DAVID A. BERGER, ESQ.
111 BROADWAY #2002
NEW YORK, NY 12210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.599**

**Nonpriority creditor's name and mailing address**

PNC BANK
5 GREAT VALLEY PARKWAY
SUITE 200
MALVERN, PA 19355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,239.68

---

**3.600**

**Nonpriority creditor's name and mailing address**

POLLOCK & BAILEY PHA
1032 FIRST AVENUE
G.A.C. PHARMACY CORP
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.68

---

**3.601**

**Nonpriority creditor's name and mailing address**

PORTER'S PRODUCTS, INC.
POST OFFICE BOX 142
COVINGTON, OH 45318

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,710.40

---

**3.602**

**Nonpriority creditor's name and mailing address**

POWELL'S PHARMACY
7517 3RD AVE.
BAY RIDGE PEOPLE'S PHARMACY INC.
BROOKLYN, NY 11209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$790.18

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

3.603 **Nonpriority creditor's name and mailing address**

PPC GROUP
520 SOUTH SEPULVEDA BLVD
SUITE 400
LOS ANGELES, CA 90049

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.604 **Nonpriority creditor's name and mailing address**

PRASCO LLC GENERICS
6125 COMMERCE COURT
MASON, OH 45040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,436,572.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.605 **Nonpriority creditor's name and mailing address**

PRECISION DYNAMICS CORP (PDC)
144 TOWER DRIVE
BURR RIDGE, IL 60527

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,055.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.606 **Nonpriority creditor's name and mailing address**

PRESCRIPTION VITAMINS LLC
136 EXETER ST
BROOKLYN, NY 11235

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.607 **Nonpriority creditor's name and mailing address**

PRIME HEALTH INC.
30-15 38TH AVENUE
THE CHEMIST SHOP
ASTORIA, NY 11101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $677.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|

---

**3.608** **Nonpriority creditor's name and mailing address**

PRINCE OF PEACE ENTERPRISES
751 NORTH CANYONS PARKWAY
LIVERMORE, CA 94551

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,484.40

---

**3.609** **Nonpriority creditor's name and mailing address**

PRINCIPLE BUSINESS ENTERPRISES
POST OFFICE BOX 129
PINE LAKE INDUSTRIAL PARK
DUNBRIDGE, OH 43414-0129

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$117,270.58

---

**3.610** **Nonpriority creditor's name and mailing address**

PRIZEL'S PHARMACY
535 MAIN ST

OLEAN, NY 14760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,128.34

---

**3.611** **Nonpriority creditor's name and mailing address**

PRO FOOT, INC.
74 20TH STREET
BROOKLYN, NY 11232

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$398.16

---

**3.612** **Nonpriority creditor's name and mailing address**

PRO+LIFE APOTHECARY CORP.
ATTN: DAVID RESTREPO
1235 1ST AVENUE
VITAHEALTH APOTHECARY
NEW YORK, NY 10021

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$921.17

---

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,334.39 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

PRODIGY DIABETES CARE
ATTN: NATHAN SNEAD
2701 HUTCHINSON MCDONALD RD
SUITE A
CHARLOTTE, NC 28269

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,334.39

---

3.614 **Nonpriority creditor's name and mailing address**

PROFESSIONAL HOME CA
26 CONKEY AVE.
PROFESSIONAL HOME CARE INC.
NORWICH, NY 13815

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,644.26

---

3.615 **Nonpriority creditor's name and mailing address**

PRO-FLEX ADMINISTRATORS LLC
8321 MAIN STREET
WILLIAMSVILLE, NY 14221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.616 **Nonpriority creditor's name and mailing address**

PROFOUND LOGIC SOFTWARE
P.O. BOX 715529
COLUMBUS, OH 43271-5529

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,997.19

---

3.617 **Nonpriority creditor's name and mailing address**

PRUDENTIAL GROUP INSURANCE
P.O. BOX 101241
ATLANTA, GA 30392-1241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.618 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,090.00 |

PSSNY
210 WASHINGTON AVE EXTENSION
ALBANY, NY 12203

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,876.07 |

PTL ENTERPRISES
1830 SW 2ND STREET
POMPANO BEACH, FL 33069

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53,251.40 |

PURDUE FREDERICK COMPANY
P.O. BOX 910668
DALLAS, TX 75391-0668

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110.28 |

QUAGEN PHARMACEUTICALS
11 PATTON DRIVE
WEST CALDWELL, NJ 07006

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.63 |

QUEENS DRUG AND SURG
146 - 14 JAMAICA AVENUE

JAMAICA, NY 11435

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,224.80 |
|---|---|---|---|
| | QUEST PRODUCTS | Check all that apply. | |
| | 8201 104TH STREET | ☐ Contingent | |
| | PLEASANT PRAIRIE, WI 53158 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,994.40 |
|---|---|---|---|
| | QUINN PHARMACEUTICAL LLC | Check all that apply. | |
| | 7451 WILES ROAD | ☐ Contingent | |
| | SUITE 201 | ☐ Unliquidated | |
| | CORAL SPRINGS, FL 33067 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,728.83 |
|---|---|---|---|
| | R DRUGS ETC, INC | Check all that apply. | |
| | 222 ALEXANDER STREET | ☐ Contingent | |
| | SUITE 2700 | ☐ Unliquidated | |
| | ROCHESTER, NY 14607 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $336.88 |
|---|---|---|---|
| | R&H PHARMACY INC. | Check all that apply. | |
| | 1645 JERICHO TURNPIKE SUITE 102 | ☐ Contingent | |
| | DBA R&H PHARMACY | ☐ Unliquidated | |
| | NEW HYDE PARK, NY 11040 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $442.80 |
|---|---|---|---|
| | R. W. LINDSAY, INC. | Check all that apply. | |
| | 581 ROCK BEACH RD. | ☐ Contingent | |
| | ROCHESTER, NY 14651-7133 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.628 | **Nonpriority creditor's name and mailing address**<br>R.G. MEDICAL<br>28351 BECK ROAD<br>SUITE G5<br>WIXOM, MI 48393<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,827.76 |

| 3.629 | **Nonpriority creditor's name and mailing address**<br>RAAB PHARMACEUTICALS<br>1400 PARKWAY AVE STE A2<br>HOME TOWNE RX STORE 1<br>EWING, NJ 8628<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,349.51 |

| 3.630 | **Nonpriority creditor's name and mailing address**<br>RAAB PHARMACY<br>359 PENNINGTON AVE STE 8<br>RAAB PHARMACEUTICALS LLC<br>TRENTON, NJ 8618<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.38 |

| 3.631 | **Nonpriority creditor's name and mailing address**<br>RADWELL INTERNATIONAL, INC<br>1 MILLENNIUM DRIVE<br>WILLINGBORO, NJ 08046<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $316.60 |

| 3.632 | **Nonpriority creditor's name and mailing address**<br>RANBAXY PHARMACEUT<br>9431 FLORIDA MINING BLVD. E.<br>JACKSONVILLE, FL 32257<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| | **Amount of claim** |
|---|---|

**3.633** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$136,892.87**

RB HEALTH U.S.LLC
MORRIS CORP CENTER 4
PARSIPPANY, NJ  07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.634** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,069.56**

RECKITT BENCKISER INC
MORRIS CORP. CENTER 4
399 INTERPACE PARKWAY
PARSIPPANY, NJ  07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.635** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135,967.45**

RECKITT BENKISER / INDIVIOR
420 INTERNATIONAL BLVD STE 500
BROOKS, KY  40109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,070.40**

REESE PHARMACEUTICAL COMPANY
P.O. BOX 1957
CLEVELAND, OH  44106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.637** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,963.56**

RELIABLE 1 LABORATORIES
99 WEST HAWTHORNE AVE
SUITE 610
VALLEY STREAM, NY  11580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.638 | **Nonpriority creditor's name and mailing address**<br>RENEW LIFE<br>8285 BRYAN DAIRY ROAD<br>SUITE 175<br>LARGO, FL 33777 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $488.40 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.639 | **Nonpriority creditor's name and mailing address**<br>RESPIRONICS, INC.<br>ATTN: KATHLEEN MCDONOUGH<br>908 POMPTON AVENUE<br>CEDAR GROVE, NJ 07009-1292 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,183.32 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.640 | **Nonpriority creditor's name and mailing address**<br>REUNION PHAR & MED E<br>877 MAIN STREET<br>REUNIONRX LLC<br>BELFORD, NJ 7718 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $209.42 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.641 | **Nonpriority creditor's name and mailing address**<br>REVLON CONSUMER PRODUCTS<br>ATTN: LIZA ROSS<br>BEAUTY CARE DIVISION<br>1111 E. SOUTH RIVER STREET<br>APPLETON, WI 54915 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,681.99 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.642 | **Nonpriority creditor's name and mailing address**<br>REX PHARMACY<br>119-01 ROCKAWAY BLVD<br>FAUZIA & MAHER, INC<br>SOUTH OZONE PARK, NY 11420 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,287.34 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

---

3.643 **Nonpriority creditor's name and mailing address**

RG+E
89 EAST AVENUE
ROCHESTER, NY 14649

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,527.73

---

3.644 **Nonpriority creditor's name and mailing address**

RHODES PHARMA LP
498 WASHINGTON ST
COVENTRY, RI 02816

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,627.91

---

3.645 **Nonpriority creditor's name and mailing address**

RHODES PHARMACEUTICAL LP
4701 PURDUE DR W
PURDUE PHARMACEUTICALS
WILSON, NC 27893

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,675.60

---

3.646 **Nonpriority creditor's name and mailing address**

RISING PHARMACEUTICALS
4580 S MENDENHALL ROAD
MEMPHIS, TN 38141-6700

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,538.95

---

3.647 **Nonpriority creditor's name and mailing address**

RITEWAY PHARMACY
239B EAST 149TH STREET
RITEWAY PHARMACY & FOOD HOUSE INC
BRONX, NY 10451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$89.62

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|
| | | |

---

3.648 **Nonpriority creditor's name and mailing address**
RLC LABS
28248 N. TATUM BLVD.
SUITE B1-629
CAVE CREEK, AZ 85331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,976.14

---

3.649 **Nonpriority creditor's name and mailing address**
ROCHE DIABETES CARE INC
PATIENT CARE SYSTEMS DIV.
POST OFFICE BOX 75390
CHICAGO, IL 60675-5390

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,716.43

---

3.650 **Nonpriority creditor's name and mailing address**
ROCK HILL PHARMACY
253 ROCK HILL DRIVE
P.O. BOX 777 (SDJA CORPORATION)
ROCK HILL, NY 12775

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.28

---

3.651 **Nonpriority creditor's name and mailing address**
ROYAL DRUGS LLC
5936 LANSDOWNE AVE

PHILADELPHIA, PA 19151

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,562.59

---

3.652 **Nonpriority creditor's name and mailing address**
RUGBY LABORATORIES
ATTN: NANCY RUSSELL
17177 NORTH LAUREL PARK DRIVE
SUITE 233
LIVONIA, MI 48152

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$230,447.24

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

3.653 **Nonpriority creditor's name and mailing address**

RXC ACQUISITION COMPANY
75 ARLINGTON ST.
SUITE 500
BOSTON, MA  02116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,310.80

---

3.654 **Nonpriority creditor's name and mailing address**

S.S.S. COMPANY
71 UNIVERSITY AVE  SW
ATLANTA, GA  30315

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,260.00

---

3.655 **Nonpriority creditor's name and mailing address**

SAFE DRUGS PHARMACY
501 WASHINGTON AVENUE
SAFE DRUGS PHARMACY
PHILADELPHIA, PA  19147

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,304.71

---

3.656 **Nonpriority creditor's name and mailing address**

SAI-APTEKA PHARMACY,
151 NASSAU AVE

BROOKLYN, NY  11222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$147.29

---

3.657 **Nonpriority creditor's name and mailing address**

SANCILIO + CO. INC.
3874 FISCAL COURT
SUITE 200
LAKE PARK, FL  33403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.54

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

3.658 **Nonpriority creditor's name and mailing address**

SANDOZ INC.
100 COLLEGE RD. WEST
PRINCETON, NJ 08540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$393,107.95

---

3.659 **Nonpriority creditor's name and mailing address**

SANOFI AVENTIS US LLC
300 SOMERSET CORPORATE BLVD
BRIDGEWATER, NJ 08807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,941,922.51

---

3.660 **Nonpriority creditor's name and mailing address**

SANOFI PASTEUR
POST OFFICE BOX 60244
CHARLOTTE, NC 28260-0244

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,114.41

---

3.661 **Nonpriority creditor's name and mailing address**

SANOFI US CORPORATION
300 SOMERSET CORPORATE BLVD
BRIDGEWATER, NJ 08807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,687.00

---

3.662 **Nonpriority creditor's name and mailing address**

SANTA CLARA MEDICAL
125 48TH ST
ST CLARA MEDICIAL SUPPLIES CORP
UNION CITY, NJ 7087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$786.50

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.663** **Nonpriority creditor's name and mailing address**

SANVITA
4800 140TH AVENUE N.
SUITE 101
CLEARWATER, FL 33762

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$576.00

---

**3.664** **Nonpriority creditor's name and mailing address**

SAV-ON DRUGS
16 EAST FRONT STREET
HALDEN INC.PO BOX 406
KEYPORT, NJ 7735

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.17

---

**3.665** **Nonpriority creditor's name and mailing address**

SCHAEFER SYSTEMS INTERNATIONAL
P.O. BOX 7009
CHARLOTTE, NC 28241-7009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,983.58

---

**3.666** **Nonpriority creditor's name and mailing address**

SCHELL'S PHARMACY, INC.
C/O JOHN RAKSTIS
243 STEERS ROAD
AMSTERDAM, NY 12010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STOCK REDEMPTION PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,633.80

---

**3.667** **Nonpriority creditor's name and mailing address**

SCHELL'S RED CROSS P
179 EAST MAIN STREET
RAKSTIS JOHN F
AMSTERDAM, NY 12010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,539.85

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.668** **Nonpriority creditor's name and mailing address**

SCHWABE NORTH AMERICA
825 CHALLENTER DRIVE
GREENBAY, WI 54311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,723.74

---

**3.669** **Nonpriority creditor's name and mailing address**

SCIEGEN PHARMACEUTICALS
89 ARKAY DRIVE
HAUPPAUGE, NY 11788

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,285.34

---

**3.670** **Nonpriority creditor's name and mailing address**

SCILEX SPECIALTY
15 INGRAM BLVD
LA VERGNE, TN 37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,480.00

---

**3.671** **Nonpriority creditor's name and mailing address**

SCOTCH HILLS PHARMAC
1819 E 2ND STREET
SANVHI, INC
SCOTCH PLAINS, NJ 7076

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.27

---

**3.672** **Nonpriority creditor's name and mailing address**

SCOTT MISKOVSKY
8 4TH STREET
VANDLING, PA 18421

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$350.00

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,535.40 |
|---|---|---|---|

3.673 | **Nonpriority creditor's name and mailing address**
SCOTT SPECIALTIES INC
P O BOX 508
512 M STREET
BELLEVILLE, KS  66935

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,535.40

---

3.674 | **Nonpriority creditor's name and mailing address**
SEBELA PHARMACEUTICALS INC
3807 MOMENTUM PLACE
CHICAGO, IL  60689-5334

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,529.56

---

3.675 | **Nonpriority creditor's name and mailing address**
SEDGLEY PLAZA PHARMACY
ATTN: RONNIE T. BAKSH
2917 RIDGE AVE.
PHILADELPHIA, PA  19121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$458.97

---

3.676 | **Nonpriority creditor's name and mailing address**
SELF-DIRECT, INC.
43 OSWEGO STREET

BALDWINSVILLE, NY  13027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.24

---

3.677 | **Nonpriority creditor's name and mailing address**
SENTRY INDUSTRIES
ONE BRIDGE STREET
P.O.BOX 885
HILLBURN, NY  10931-0885

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,931.77

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19

Official Form 206E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 138 of 176
Description: Main Document  , Page 153 of 295

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.678 | **Nonpriority creditor's name and mailing address**<br><br>SERVICE PHARMACY<br>ATTN: ANN MARIE<br>38 S. BROAD ST.<br>BIGELOWS PHARMACY INC.<br>NORWICH, NY 13815<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,766.90 |
| 3.679 | **Nonpriority creditor's name and mailing address**<br><br>SETON PHARMACEUTICALS, LLC<br>2317 HIGHWAY 34<br>MANASQUAN, NJ 08736<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,190.30 |
| 3.680 | **Nonpriority creditor's name and mailing address**<br><br>SEVENTH ELM DRUG COR<br>56 SEVENTH AVENUE<br><br>NEW YORK, NY 10011<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $673.60 |
| 3.681 | **Nonpriority creditor's name and mailing address**<br><br>SHADE TREE GREETINGS<br>704 SOUTH CLINTON AVE<br>ROCHESTER, NY 14620<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,251.80 |
| 3.682 | **Nonpriority creditor's name and mailing address**<br><br>SHAFER DRUG STORE<br>1328 GRAHAM AVENUE<br><br>WINDBER, PA 15963<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $107.89 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

3.683 **Nonpriority creditor's name and mailing address**

SHERALVEN ENTERPRISES LTD.
150 S EXECUTIVE DRIVE
EDGEWOOD, NY 11717

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,120.92

---

3.684 **Nonpriority creditor's name and mailing address**

SHERIN AND LODGEN LLP
ATTN: JOHN C. LALIBERTE, ESQ.
101 FEDERAL STREET
BOSTON, MA 02110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.685 **Nonpriority creditor's name and mailing address**

SHERMAN PHARMACY, IN
105 WEST MAIN STREET
PO BOX 647
SHERMAN, NY 14781

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,382.49

---

3.686 **Nonpriority creditor's name and mailing address**

SHIONOGI PHARMA, INC.
5 CONCOURSE PARKWAY
SUITE 1800
ATLANTA, GA 30328

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,776.16

---

3.687 **Nonpriority creditor's name and mailing address**

SHIRE US INC.
9200 BROOKFIELD COURT
SUITE 108
FLORENCE, KY 41042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$185,666.78

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

3.688 **Nonpriority creditor's name and mailing address**

SHRED-TEXT, INC.
22 CHARTER CIRCLE
ROCHESTER, NY 14606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$183.60

---

3.689 **Nonpriority creditor's name and mailing address**

SIGMAPHARM LABORATORIES
3375 PROGRESS DRIVE
BENSALEM, PA 19020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,030.76

---

3.690 **Nonpriority creditor's name and mailing address**

SIMPLE DIAGNOSTICS, INC.
11555 HERON BAY BLVD.
SUITE 200
CORAL SPRINGS, FL 33076

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,152.13

---

3.691 **Nonpriority creditor's name and mailing address**

SMITH + NEPHEW, INC.
5600 CLEARFORK MAIN STREET
SUITE 600
FORT WORTH, TX 76109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,781.60

---

3.692 **Nonpriority creditor's name and mailing address**

SMITHTOWN PRESCRIPTI
260 MIDDLE COUNTRY ROAD SUITE 105
SMITHTOWN PRES. CENTER INC.
SMITHTOWN, NY 11787

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$916.48

---

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

3.693 **Nonpriority creditor's name and mailing address**

SMS PHARMACY,LLC
1463 FINNEGANS LANE UNIT 11
SMS PHARMACY DEPT
NORTH BRUNSWICK, NJ 8902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.07

---

3.694 **Nonpriority creditor's name and mailing address**

SOCIUS CARE LLC
839 PICKENS INDUSTRIAL DRIVE
MARIETTA, GA 30062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$289.20

---

3.695 **Nonpriority creditor's name and mailing address**

SOLCO HEALTHCARE US, LLC
2002 EASTPARK BLVD.
CRANBURY, NJ 08512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,322.81

---

3.696 **Nonpriority creditor's name and mailing address**

SOL'S PHARMACY, INC
1070 SOUTHERN BLVD.

BRONX, NY 10459

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.47

---

3.697 **Nonpriority creditor's name and mailing address**

SOMERSET THERAPEUTICS LLC
300 FRANKLIN SQUARE DRIVE
SOMERSET, NJ 08873

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,395.40

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.698** **Nonpriority creditor's name and mailing address**

SONO RX INC.
82-25 QUEENS BLVD  1B
SONO RX INC.
ELMHURST, NY  11373

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$219.00

---

**3.699** **Nonpriority creditor's name and mailing address**

SOUTH SENECA PHARMAC
7115 NORTH MAIN ST /  PO BOX 369
PALMER PHARAMCY, INC
OVID, NY  14521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$426.02

---

**3.700** **Nonpriority creditor's name and mailing address**

SOUTHSIDE PHARMACY, INC.
ATTN: SALEM SARVIAYA
766 FOOTE AVENUE
PO BOX 2031
JAMESTOWN, NY  14701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$801.95

---

**3.701** **Nonpriority creditor's name and mailing address**

SOUTHTOWNS MEDICAL P
4855 CAMP ROAD SUITE 600

HAMBURG, NY  14075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,938.41

---

**3.702** **Nonpriority creditor's name and mailing address**

SPRINGCREEK PHARMACY
227 WEST MAIN STREET

SPRINGVILLE, NY  141411314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.68

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.703**    **Nonpriority creditor's name and mailing address**

SPS-CIRCASSIA
501 MASON RD. SUITE 200
LAVERGNE, TN 37086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,058.35

---

**3.704**    **Nonpriority creditor's name and mailing address**

ST BARNABAS HOS/TOT
4531 THIRD AVE.
CONTR. PHCY TOTAL CARE 3RD AVE
BRONX, NY 10458

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$596.65

---

**3.705**    **Nonpriority creditor's name and mailing address**

STANDER, INC.
1615 QUAIL WAY
LOGAN, UT 84321

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,117.80

---

**3.706**    **Nonpriority creditor's name and mailing address**

STANTON - NEGLEY DRU
804 N NEGLEY AVE
SIMON MEYER
PITTSBURGH, PA 15206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$228.47

---

**3.707**    **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
DEPT ROC
P.O. BOX 30851
HARTFORD, CT 06150

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,662.98

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.708** **Nonpriority creditor's name and mailing address**
STAR CARE PHARMACY I
175-20 HILLSIDE AVE

JAMAICA, NY 11432

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$291.58

---

**3.709** **Nonpriority creditor's name and mailing address**
STATE OF NEW YORK
C/O DAVID E. NACHMAN, ESQ., ATTY. GENERAL
28 LIBERTY STREET
NEW YORK, NY 10005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.710** **Nonpriority creditor's name and mailing address**
STEPHEN L. GIROUX
9034 RIDGE ROAD
GASPORT, NY 14067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.711** **Nonpriority creditor's name and mailing address**
STERLING GLOBAL PRODUCTS
ATTN: BALLSMITH
1925 GAUSE BLVD
WEST SLIDELL, LA 70460

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$518.64

---

**3.712** **Nonpriority creditor's name and mailing address**
STI PHARMA LLC
4580 S MENDENHALL ROAD
MEMPHIS, TN 38141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,248.42

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.713 | **Nonpriority creditor's name and mailing address**<br><br>STRATUS PHARMACEUTICALS<br>12379 SW 130TH STREET<br>MIAMI, FL 33186<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $409.25 |
|---|---|---|
| 3.714 | **Nonpriority creditor's name and mailing address**<br><br>STRIDES PHARMA INC.<br>201 SOUTH MAIN ST, SUITE 3<br>LAMBERTVILLE, NJ 08530<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $86,510.55 |
| 3.715 | **Nonpriority creditor's name and mailing address**<br><br>STV CHEMISTS 2<br>14-01 BRONX RIVER AVE<br>ABDEL CHEMISTS 2<br>BRONX, NY 10472<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $900.73 |
| 3.716 | **Nonpriority creditor's name and mailing address**<br><br>SUFFOLK, BROOME, ERIE, ORANGE COUNTIES, ET AL.<br>C/O SIMMONS HANLY CONROY LLC<br>ATTN: PAUL J. HANLY, JR., ESQ.<br>112 MADISON AVENUE, 7TH FLOOR<br>NEW YORK, NY 10016-7416<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.717 | **Nonpriority creditor's name and mailing address**<br><br>SUFFOLK, NASSAU, PEOPLE OF NEW YORK<br>C/O MCHUGH FULLER LAW GROUP<br>ATTN: MICHAEL JAY FULLER, ESQ.<br>97 ELIAS WHIDDON ROAD<br>HATTIESBURG, MS 39402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,951.14 |
|---|---|---|---|

SUMMERS LABORATORIES INC.
103 G.P. CLEMENT DRIVE
COLLEGEVILLE, PA 19426

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,718.29 |
|---|---|---|---|

SUN PHARMACEUTICAL INDUSTRIES
31060 OAK CREEK DRIVE
WIXOM, MI 48393

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $727,923.67 |
|---|---|---|---|

SUNOVION PHARMACEUTICALS INC.
111 LOCKE DRIVE
MARLBOROUGH, MA 01752

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $186.11 |
|---|---|---|---|

SUNRISE MEDICAL (US) LLC
POST OFFICE BOX 18625
BOULDER, CO 80308-8625

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.722 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,486.76 |
|---|---|---|---|

SUNSTAR BUTLER
4635 WEST FOSTER AVENUE
CHICAGO, IL 60630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**3.723**

**Nonpriority creditor's name and mailing address**
SUPER STAR PHARMACY
41-73 B BOWNE STREET

FLUSHING, NY 11355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.01

---

**3.724**

**Nonpriority creditor's name and mailing address**
SUPERNUS PHARMACEUTICALS, INC.
1550 EAST GUDE DRIVE
ROCKVILLE, MD 20850

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,980.72

---

**3.725**

**Nonpriority creditor's name and mailing address**
SUPPLIES DISTRIBUTORS, INC.
210 W. PETTIGREW ST.
DURHAM, NC 27701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,664.12

---

**3.726**

**Nonpriority creditor's name and mailing address**
SURGICAL APPLIANCE, INC.
3960 ROSSLYN DRIVE
CINCINNATI, OH 45209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,165.79

---

**3.727**

**Nonpriority creditor's name and mailing address**
TAGI PHARMA, INC.
722 PROGRESSIVE LANE, RM 205
SOUTH BELOIT, IL 61080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,136.28

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.728** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $857,496.49

TAKEDA PHARMACEUTICALS AMERICA
ONE TAKEDA PARKWAY
DEERFILED, IL 60015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.729** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $144,363.67

TARO PHARMACEUTICALS U.S.A. IN
3 SKYLINE DRIVE
HAWTHORNE, NY 10532

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.730** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $496.80

TEC LABORATORIES
7100 TEC LABS WAY SW
ALBANY, OR 97321

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.731** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,944.96

TENDER CORPORATION
944 INDUSTRIAL PARK ROAD
LITTLETON, NH 03561

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.732** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,838.98

TERESA PHARMACY, INC
582 ROCKAWAY AVENUE

BROOKLYN, NY 11212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.733** **Nonpriority creditor's name and mailing address**

TEVA PHARMACEUTICALS USA
PO BOX 1090
NORTH WALES, PA  19454-1090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$942,931.47

---

**3.734** **Nonpriority creditor's name and mailing address**

THE ALKALOL COMPANY
44 MOUNT VERNON STREET
BOSTON, MA  02108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$576.00

---

**3.735** **Nonpriority creditor's name and mailing address**

THE APOTHECARY
6 RED SCHOOLHOUSE RD
BBRX5 LLC / H&F APOTHECARY LTD
CHESTNUT RIDGE, NY  10977

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.06

---

**3.736** **Nonpriority creditor's name and mailing address**

THE CIT GROUP/ COMMERCIAL SER
S. HIGH RIDGE PARK 200
STAMFORD, CT  06905

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,571.12

---

**3.737** **Nonpriority creditor's name and mailing address**

THE FAMILY DRUG STOR
524 BROADWAY
ALAN COHEN ENT. INC.
MONTICELLO, NY  12701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,197.70

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.738** | **Nonpriority creditor's name and mailing address**

THE GORILLA GLUE COMPANY
4550 RED BANK EXPRESSWAY
CINCINNATI, OH  45227

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$239.40

---

**3.739** | **Nonpriority creditor's name and mailing address**

THE HAIN CELESTIAL GROUP INC
1111 MARCUS AVENUE
LAKE SUCCESS, NY  11042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,516.20

---

**3.740** | **Nonpriority creditor's name and mailing address**

THE HYGENC CORPORATION
ATTN: CHAS TABONE
1245 HOME AVE
AKRON, OH  44310

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,402.40

---

**3.741** | **Nonpriority creditor's name and mailing address**

THE JEFF ELLER GROUP, LLC
3112 WINDSOR RD., #138
AUSTIN, TX  78703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,307.39

---

**3.742** | **Nonpriority creditor's name and mailing address**

THE MEDICINE CENTER
178 E MONTAUK HIGHWAY
E&M LINDY PHARMACY
LINDENHURST, NY  11757

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,460.71

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| | | Amount of claim |
|---|---|---|

**3.743** **Nonpriority creditor's name and mailing address**

THE NEW PHARMACY, LL
4835 WOODLAND AVE
THE NEW PHARMACY
PHILADELPHIA, PA 19143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,538.76

---

**3.744** **Nonpriority creditor's name and mailing address**

THE PALLET EXPRESS
1069 LYELL AVENUE
ROCHESTER, NY 14606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$572.00

---

**3.745** **Nonpriority creditor's name and mailing address**

THE PHARM AT TRILLIU
259 MONROE AVE
TRILLIUM
ROCHESTER, NY 14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.99

---

**3.746** **Nonpriority creditor's name and mailing address**

THE PHARMACY AT UNIO
36 DAVIS STREET

BRADFORD, PA 16701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,557.23

---

**3.747** **Nonpriority creditor's name and mailing address**

THE PHILA AIDS CONST
3070 MCCANN FARM DRIVE SUITE 101
340B
GARNET VALLEY, PA 19060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,179.09

---

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $642.47 |
| --- | --- | --- | --- |

THE SHADYSIDE PHARMA
3948 CENTRAL AVENUE

SHADYSIDE, OH  43947

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,669.79 |
| --- | --- | --- | --- |

THE WARRELL CORPORATION
1250 SLATE HILL RD
CAMP HILL, PA  17011

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $990.25 |
| --- | --- | --- | --- |

THOMAS DRUG STORE
327 MAIN STREET
F B THOMAS DRUG STORE
MEYERSDALE, PA  15552

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12.62 |
| --- | --- | --- | --- |

THOMAS MEDICAL SUPPL
327 MAIN STREET, SUITE 1
F.B. THOMAS DRUG STORE INC.
MEYERSDALE, PA  15552

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,581.80 |
| --- | --- | --- | --- |

THOMPSON BRANDS
80 SOUTH VINE STREET
MERIDEN, CT  06451

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.753 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $523.44 |
|---|---|---|---|

THRIFT DRUGS
128 CLARKE STREET
RUBOK INC.
BRENTWOOD, NY 11717

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,444.10 |
|---|---|---|---|

TLF GRAPHICS
235 METRO PARK
ROCHESTER, NY 14623-2669

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,728.58 |
|---|---|---|---|

TOLMAR INC
701 CENTRE AVENUE
FORT COLLINS, CO 80526

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,380.32 |
|---|---|---|---|

TOM'S OF MAINE
302 LAFAYETTE CENTER
KENNEBUNK, ME 04043

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,636.44 |
|---|---|---|---|

TOMS RIVER DRUG LLC
1250 ROUTE 166

TOMS RIVER, NJ 8753

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.758 | **Nonpriority creditor's name and mailing address**<br><br>TORRENT PHARMA INC.<br>5380 HOLIDAY TERRACE<br>KALAMAZOO, MI 49009<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,036.60 |

| 3.759 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL CARE PHARMACY INC.<br>ATTN: TONINO SEMENTILLI<br>4531 THIRD AVENUE<br>BRONX, NY 10458<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,660.58 |

| 3.760 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL HOME HEALTH CA<br>437 MAIN STREET<br><br>STROUDSBURG, PA 18360<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,108.76 |

| 3.761 | **Nonpriority creditor's name and mailing address**<br><br>TOWER PHARMACY, INC.<br>4192 STATE HIGHWAY 30<br><br>AMSTERDAM, NY 12010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,624.63 |

| 3.762 | **Nonpriority creditor's name and mailing address**<br><br>TOWN TOTAL HEALTH LL<br>350 NORTHERN BOULEVARD<br>LOUDON PLAZA<br>ALBANY, NY 12204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $453.75 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.763** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,773.89

TOWNSHIP PHARMACY
118 NORTH MAIN STREET

DAVIDSVILLE, PA 15928

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.764** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $312.50

TRACELINK INC
200 QUANNAPOWITT PARKWAY
WAKEFIELD, MA 01880

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.765** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,532.45

TRENTON AVENUE PHARM
3803 VENTNOR AVENUE

ATLANTIC CITY, NJ 8401

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.766** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,059.38

TRI STATE DISTRIBUTION
600 VISTA DRIVE
SPARTA, TN 38583

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.767** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,177.44

TRIDERMA
341 N. DELILAH STREET
SUITE 101
CORONA, CA 92879

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

---

**3.768** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,892.90

TRIFECTA PHARMACEUTICALS
101 NE THIRD AVE
SUITE 1500
FT LAUDERDALE, FL 33307

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.769** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,060.12

TRIGEN LABORATORIES LLC
2500 MAIN STREET, SUITE 6
SAYREVILLE, NJ 08872

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.770** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,850.00

TRIGEN LABORATORIES, INC
2500 MAIN STREET, SUITE 6
SAYREVILLE, NJ 08872

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.771** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,746.03

TRILLIUM HEALTH (SCI
170 SCIENCE PKWY
TRILLIUM HEALTH, INC.
ROCHESTER, NY 14620

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.772** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $636.61

TRILLIUM HEALTH 340B
170 SCIENCE PKWY

ROCHESTER, NY 14620

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.773** **Nonpriority creditor's name and mailing address**

TRILLIUM HEALTH INC
259 MONROE AVE
TRILLIUM HEALTH INC.
ROCHESTER, NY 14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**3.774** **Nonpriority creditor's name and mailing address**

TRILLIUM HEALTH INC
259 MONROE AVE (1ST FLOOR)
TRILLIUM HEALTH INC
ROCHESTER, NY 14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.36

---

**3.775** **Nonpriority creditor's name and mailing address**

TRILLIUM HEALTH INC
259 MONROE AVE (LOWER LEVEL)

ROCHESTER, NY 14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,299.97

---

**3.776** **Nonpriority creditor's name and mailing address**

TRILLIUM HEALTH INC.
259 MONROE AVE
THE PHARMACY AT TRILLIUM HEALTH
ROCHESTER, NY 14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$197.69

---

**3.777** **Nonpriority creditor's name and mailing address**

TRILLIUM HEALTH INC.
259 MONROE AVE.
THE PHARMACY AT TRILLIUM HEALTH
ROCHESTER, NY 14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,467.73

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.778 **Nonpriority creditor's name and mailing address**

TRILLIUM HEALTH INC.
259 MONROE AVE. (1ST FLOOR)
THE PHARMACY AT TRILLIUM HEALTH
ROCHESTER, NY 14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.00

---

3.779 **Nonpriority creditor's name and mailing address**

TRILLIUM HEALTH PHAR
259 MONROE AVE (1ST FLOOR)
TRILLIUM HEALTH, INC.
ROCHESTER, NY 14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,302.71

---

3.780 **Nonpriority creditor's name and mailing address**

TRILLIUM HEALTH PHARMACY
ATTN: MARK MALAHOSKY
259 MONROE AVE (1ST FLOOR)
TRILLIUM HEALTH, INC.
ROCHESTER, NY 14607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,357.42

---

3.781 **Nonpriority creditor's name and mailing address**

TRIUMPH PHARMACEUTICALS
12312 OLIVE BLVD. SUITE 250
ST LOUIS, MO 63141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,714.56

---

3.782 **Nonpriority creditor's name and mailing address**

TRIVIDA HEALTH
2400 NW 55TH COURT
FORT LAUDERDALE, FL 33309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,273.40

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | | Amount of claim |
|---|---|---|---|

| 3.783 | **Nonpriority creditor's name and mailing address**<br><br>TRP COMPANY INC<br>1575 DELUCCHI LANE<br>SUITE 115<br>RENO, NV 89502<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $705.00 |
|---|---|---|---|
| 3.784 | **Nonpriority creditor's name and mailing address**<br><br>TRUE CARE PHARMACY<br>556 ATLANTIC AVE<br>PYRAMIDS HEALTH LLC<br>BROOKLYN, NY 11217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,020.73 |
| 3.785 | **Nonpriority creditor's name and mailing address**<br><br>TRUPHARMA, LLC<br>4100 WEST KENNEDY BLVD<br>SUITE 220<br>TAMPA, FL 33609<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,646.33 |
| 3.786 | **Nonpriority creditor's name and mailing address**<br><br>TRUST PHARMACY<br>201 ELM STREET<br>SRIN, INC.<br>YONKERS, NY 10701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,763.17 |
| 3.787 | **Nonpriority creditor's name and mailing address**<br><br>TUMINARO PHARMACY OT<br>800 RTE 82 SUITE A BUILDING 5<br>JND PHARMACY INC.<br>HOPEWELL JUNCTION, NY 12533<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.06 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.788**    **Nonpriority creditor's name and mailing address**

TURNPIKE RX INC
22417A UNION TURNPIKE
TURNPIKE RX INC
OAKLAND GARDENS, NY 11364

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $9.07

---

**3.789**    **Nonpriority creditor's name and mailing address**

TWI PHARMACEUTICALS USA
300 SPECTRUM CT DRIVE 400
IRVINE, CA 92618

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $67,350.09

---

**3.790**    **Nonpriority creditor's name and mailing address**

TWO OLD GOATS
4117 MURRAY AVENUE
HALTOM CITY, TX 76117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $887.70

---

**3.791**    **Nonpriority creditor's name and mailing address**

UCB, INC.
1950 LAKE PARK DRIVE
SMYRNA, GA 30080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $307,856.42

---

**3.792**    **Nonpriority creditor's name and mailing address**

ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,205.51

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.793 | **Nonpriority creditor's name and mailing address**<br>ULTIMED, INC<br>710 4TH STREET<br>DE SMETH, SD 57231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $703.80 |
| 3.794 | **Nonpriority creditor's name and mailing address**<br>UNICHEM PHARMACEUTICALS, INC.<br>HEIGHTS PLAZA<br>777 TERRACE AVE, SUITE 102<br>HASBROUCK HEIGHTS, NJ 07604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $102,853.42 |
| 3.795 | **Nonpriority creditor's name and mailing address**<br>UNIFIRST CORPORATION<br>2085 BRIGHTON-HEN TL RD.<br>ROCHESTER, NY 14623<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $665.36 |
| 3.796 | **Nonpriority creditor's name and mailing address**<br>UNITED STATES OF AMERICA<br>JEFFREY K. POWELL, ESQ. AND JACOB M. BERGMAN,<br>ESQ., ASSISTANT U.S. ATTORNEYS<br>86 CHAMBERS STREET<br>NEW YORK, NY 10007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.797 | **Nonpriority creditor's name and mailing address**<br>UNITED STATES OF AMERICA<br>LOUIS PELLEGRINO, ESQ., ASSISTANT U.S. ATTORNEY<br>1 ST. ANDREW'S PLAZA<br>NEW YORK, NY 10007<br><br>**Date or dates debt was incurred**<br>5/2/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DPA SETTLEMENT FINE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,000,000.00 |

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| 3.798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $780.27 |
| | UNIVERSITY AVENUE PHARMACY<br>ATTN: DHANESH SHAH<br>2465 UNIVERSITY AVE<br>GAYATRI PHARMACY, INC.<br>BRONX, NY 10468 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,335.83 |
| | UNIVERSITY CHEMISTS<br>74 UNIVERSITY PLACE- DO NOT USE ACT<br>JVJ PHARMACY INC. USE ACCT.003869!!<br>NEW YORK-USE 003869!, NY 10003 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $415.10 |
| | UPS<br>P.O. BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,459.02 |
| | UPSHER SMITH LABORATORIES INC.<br>6701 EVENSTAD DRIVE<br>MAPLE GROVE, MN 55369 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,558.88 |
| | URSULINE CENTER<br>345 OAKHILL AVE<br>YOUNGSTOWN, OH 44502 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.803** **Nonpriority creditor's name and mailing address**

US ARKRAY, INC.
SDS-12-1923
PO BOX 86
MINNEAPOLIS, MN 55486-1923

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,399.30

---

**3.804** **Nonpriority creditor's name and mailing address**

VALERITAS, INC
C/O DDN/OBERGFEL
800 WOODLAND PRIME STE 200
MENOMONEE FALLS, WI 53051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,617.60

---

**3.805** **Nonpriority creditor's name and mailing address**

VALLEY PEST SERVICES
29 LAKE TRAIL EAST
WAYNE, NJ 07470

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.96

---

**3.806** **Nonpriority creditor's name and mailing address**

VALLEY PHARM & MED'L
31 WEST MAIN STREET

GOWANDA, NY 14070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,228.48

---

**3.807** **Nonpriority creditor's name and mailing address**

VALLEY PHARMACY
312 MAIN STREET PO BOX 978
MOURAD DRUG CORP.
MIDDLEBURGH, NY 12122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,216.95

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.808** **Nonpriority creditor's name and mailing address**

VALLEY PHARMACY, INC
827 SHARON-NEW CASTLE ROAD

FARRELL, PA 16121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,264.46

---

**3.809** **Nonpriority creditor's name and mailing address**

VANDA PHARMACEUTICALS INC
2200 PENNSLVANIA AVE NW
SUTIE 300E
WASHINGTON, DC 20037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,446.38

---

**3.810** **Nonpriority creditor's name and mailing address**

VANTAGE CARE APOTHEC
1305 SOUTH MAIN STREET
VANTAGE LTC, LTD
MEADVILLE, PA 16335

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,884.69

---

**3.811** **Nonpriority creditor's name and mailing address**

VENKAT PHARM INC.
1484 FULTON STREET
RITE CHOICE PHARMACY
BROOKLYN, NY 11216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.22

---

**3.812** **Nonpriority creditor's name and mailing address**

VENOSAN NORTH AMERICA, INC.
300 INDUSTRIAL PARK AVE.
PO BOX 1027
ASHEBORO, NC 27204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 165 of 176
Description: Main Document  , Page 180 of 295

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.813**

**Nonpriority creditor's name and mailing address**

VERDE TECHNOLOGIES
12900 WHITEWATER DRIVE
SUITE 200
MINNETONKA, MN 55343

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$780.00

---

**3.814**

**Nonpriority creditor's name and mailing address**

VERIZON
P.O. BOX 4833
TRENTON, NJ 08650-4833

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.50

---

**3.815**

**Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,554.22

---

**3.816**

**Nonpriority creditor's name and mailing address**

VERTICAL PHARMACEUTICALS LLC
2500 MAIN ST EXTENSION
STE 6
SAYREVILLE, NJ 08872

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,188.35

---

**3.817**

**Nonpriority creditor's name and mailing address**

VIC VENA PHARMACY IN
1322 WEST STATE ST

OLEAN, NY 14760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$311.44

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.818 | **Nonpriority creditor's name and mailing address**<br><br>VILLAGE APOTHECARY<br>79 TINKER STREET<br>PROGRESSION LLC<br>WOODSTOCK, NY 12498<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $130.59 |

| 3.819 | **Nonpriority creditor's name and mailing address**<br><br>VILLAGE FERTILITY PH<br>335 BEAR HILL ROAD<br>ABD GROUP INC<br>WALTHAM, MA 2451<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,167.30 |

| 3.820 | **Nonpriority creditor's name and mailing address**<br><br>VILLAGE N + N PHCY INC.<br>DBA VILLAGE PHCY. II<br>792 NORTH MAIN ST<br>NORTH SYRACUSE, NY 16212<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78.50 |

| 3.821 | **Nonpriority creditor's name and mailing address**<br><br>VINCO PHARMACY SOLUT<br>2809 WILLIAM PENN AVENUE<br><br>JOHNSTOWN, PA 15909<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $501.87 |

| 3.822 | **Nonpriority creditor's name and mailing address**<br><br>VIRTUS PHARMACEUTICAL LLC<br>2649 CAUSEWAY CTR DRIVE<br>TAMPA, FL 33619<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,057.20 |

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

---

**3.823** **Nonpriority creditor's name and mailing address**

VIRTUS PHARMACEUTICALS OPCO II
2649 CAUSEWAY CENTER DRIVE
TAMPA, FL 33619

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,691.87

---

**3.824** **Nonpriority creditor's name and mailing address**

VISTAPHARM, INC.
2224 CAHABA VALLEY DRIVE
SUITE B3
BIRMINGHAM, AL 35242

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,610.00

---

**3.825** **Nonpriority creditor's name and mailing address**

VITALITY DRUG & SURG
257-07 UNION TURNPIKE
 R & M DRUG CORPORATION
GLEN OAKS, NY 11004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.41

---

**3.826** **Nonpriority creditor's name and mailing address**

WALLY'S NATURAL, INC.
11837 KEMPER ROAD
AUBURN, CA 95603

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$438.00

---

**3.827** **Nonpriority creditor's name and mailing address**

WALT USA, LLC
2929 N MAIN STREET
NORTH LOGAN, UT 84341

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$231.12

---

Official Form 206E/F

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Schedule E/F: Creditors Who Have Unsecured Claims
Description: Main Document  , Page 183 of 295

Page 168 of 176

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

---

3.828 **Nonpriority creditor's name and mailing address**

WASHINGTON AVENUE PH
600 WASHINGTON AVENUE
AMERICARE DISCOUNT PHARMACY LLC
PHILADELPHIA, PA 19147

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,193.19

---

3.829 **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF NY
ROCHESTER NY
P.O. BOX 830003
BALTIMORE, MD 21283-0003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,648.07

---

3.830 **Nonpriority creditor's name and mailing address**

WATER PIK INC.
POST OFFICE BOX 360900M
PITTSBURGH, PA 15251

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$894.65

---

3.831 **Nonpriority creditor's name and mailing address**

WAYNE-CLIFTON PHARMA
4 COULTER ROAD

CLIFTON SPRINGS, NY 14432

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.13

---

3.832 **Nonpriority creditor's name and mailing address**

WEBSTER 123 PHARMACY
1231 WEBSTER AVENUE
DBA WEBSTEER AVENUE PHARMACY
BRONX, NY 10456

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.35

---

Official Form 206E/F

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Schedule E/F: Creditors Who Have Unsecured Claims
Description: Main Document  , Page 184 of 295

Page 169 of 176

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

**3.833** **Nonpriority creditor's name and mailing address**

WELCOME NEW NEIGHBOR, INC.
P.O. BOX 922
ROCKWALL, TX 75087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,512.93

---

**3.834** **Nonpriority creditor's name and mailing address**

WELLCARE OF SINGAC
75 RT 23 SOUTH
WELLCARE OF SINGAC LIMITED LIABILIT
LITTLE FALLS, NJ 7424

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.74

---

**3.835** **Nonpriority creditor's name and mailing address**

WELLS FARGO BANK
3 PEARL COURT, SUITES A/B
ALLENDALE, NJ 07401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,061.32

---

**3.836** **Nonpriority creditor's name and mailing address**

WESTMINSTER PHARMA LLC
3810 NORTHDALE BLVD
SUITE 250
TAMPA, FL 33624

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,108.60

---

**3.837** **Nonpriority creditor's name and mailing address**

WHITE'S HEALTHCARE&W
60B SOUTH STREET
PREMIERE RX LTC
MORRISTOWN, NJ 7960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$144.04

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.838** **Nonpriority creditor's name and mailing address**

WHITE'S MORRISTOWN P
60A SOUTH STREET

MORRISTOWN, NJ 7960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,648.12

---

**3.839** **Nonpriority creditor's name and mailing address**

WHITE'S PHARMACY E.
81 MAIN STREET

EAST HAMPTON, NY 11937

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,393.88

---

**3.840** **Nonpriority creditor's name and mailing address**

WICKAPECKO PHARMACY
1409 WICKAPECKO DRIVE
FANNY A. MUSTO
WANAMASSA, NJ 7712

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.46

---

**3.841** **Nonpriority creditor's name and mailing address**

WILLEN PHARMACY INC
3800 EAST TREMONT AVENUE

BRONX, NY 10465

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,267.14

---

**3.842** **Nonpriority creditor's name and mailing address**

WINDMILL MARKETING
10 HENDERSON DRIVE
WEST CALDWELL, NJ 07006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,967.41

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.843**

**Nonpriority creditor's name and mailing address**

WINDSTREAM
P.O. BOX 3177
CEDAR RAPIDS, IA 52406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,740.17

---

**3.844**

**Nonpriority creditor's name and mailing address**

WISCONSIN PHARMACAL CO., LLC
1 PHARMACAL WAY
PO BOX 198
JACKSON, WI 53037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$461.70

---

**3.845**

**Nonpriority creditor's name and mailing address**

WOCKHARDT USA, LLC
20 WATERVIEW BLVD., 3RD FLOOR
PARSIPPANY, NJ 07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$175,073.34

---

**3.846**

**Nonpriority creditor's name and mailing address**

WOLCOTT PHARMACY LLC
12042 MAIN STREET

WOLCOTT, NY 14590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$505.57

---

**3.847**

**Nonpriority creditor's name and mailing address**

WOMEN'S CHOICE PHARMACEUTICALS
170 S WILLIAM DILLARD DRIVE
BUILDING 3 SUITE 109
GILBERT, AZ 85233

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,904.86

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.848 | **Nonpriority creditor's name and mailing address**<br><br>WOODFIELD DIST LLC<br>1113 GILLINGHAM LANE<br>SUITE A<br>SUGAR LAND, TX 77478<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $335.76 |
| 3.849 | **Nonpriority creditor's name and mailing address**<br><br>WOODWARD PHARMA SERVICES<br>4200 BINION WAY<br>SUITE 200<br>MASON, OH 45036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,684.56 |
| 3.850 | **Nonpriority creditor's name and mailing address**<br><br>WORLDWIDE EXPRESS<br>19015 PERRY HIGHWAY<br>MARS, PA 16046<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,345.69 |
| 3.851 | **Nonpriority creditor's name and mailing address**<br><br>WURLITZER PHARMACY 3<br>521 DIVISION ST<br><br>NORTH TONAWANDA, NY 14120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER CREDIT PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,823.74 |
| 3.852 | **Nonpriority creditor's name and mailing address**<br><br>XSPIRE PHARMA<br>121 MARKETRIDGE DR<br>SUITE B<br>RIDGELAND, MS 39157<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,713.85 |

**Part 2:** Additional Page

|  |  | Amount of claim |
|--|--|-----------------|

**3.853** | **Nonpriority creditor's name and mailing address**

XTTRIUM LABORATORIES
1200 EAST BUSINESS CTR DRIVE
MT PROSPECT, IL 60056-6041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,501.60

---

**3.854** | **Nonpriority creditor's name and mailing address**

YOCUM'S PHARMACY
1749 E BROAD ST

HAZLETON, PA 18201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.85

---

**3.855** | **Nonpriority creditor's name and mailing address**

YOUR HEARTS DELIGHT
55 MULL LANE
LEBANON, PA 17046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$413.98

---

**3.856** | **Nonpriority creditor's name and mailing address**

YOUR HOMETOWN PHARMA
2897 W. LIBERTY AVE
DORMONT'S HOMETOWN PHAR, INC.
PITTSBURGH, PA 15216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$795.98

---

**3.857** | **Nonpriority creditor's name and mailing address**

ZAREBEE'S INC
ATTN: NICK JOHNSTONE
11650 S STATE ST SUITE 101
DRAPER, UT 84020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,769.28

**Part 2:** Additional Page

| | | | Amount of claim |
| --- | --- | --- | --- |

---

3.858 **Nonpriority creditor's name and mailing address**

ZELLIES INC.
4301 W. WILLIAM CANNON DR
STE B-150-324
AUSTIN, TX 78749

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,008.00

---

3.859 **Nonpriority creditor's name and mailing address**

ZEWA MEDICAL
12960 COMMERCE LAKES DR.
SUITE 29
FORT MYERS, FL 33913

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$895.52

---

3.860 **Nonpriority creditor's name and mailing address**

ZONE PHARMACY INC
125 20 111TH AVE
ZONE PHARMACY INC
SOUTH OZONE PARK, NY 11420

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$594.92

---

3.861 **Nonpriority creditor's name and mailing address**

ZUCKERMAN DRUGS(DG)
701 BRIGHTON BEACH AVE
BRIGHTON PHARMACY II INC.
BROOKLYN, NY 11235

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER CREDIT PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,622.45

---

3.862 **Nonpriority creditor's name and mailing address**

ZYDUS PHARMACEUTICALS (USA)
210 CARNEGIE CENTER
SUITE 103
PRINCETON, NJ 08540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$494,864.99

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
| --- | --- | --- |
| **5a.** Total claims from Part 1 | **5a.** | $87,682.00 |
| **5b.** Total claims from Part 2 | **5b.** + | $83,207,300.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $83,294,982.93 |

**Fill in this information to identify the case:**

Debtor    Rochester Drug Co-Operative, Inc.

United States Bankruptcy Court for the:   Western District of New York

Case number   20-20230
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    04/19

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|----|------|------|------|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | 1ST CHOICE PHARMACY LLC<br>ATTN: KATIE KIKER<br>928 JAYMUR RD<br>BUILDING A, SUITE 200<br>SOUTHAMPTON, PA  18966 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | 2818 FULTON STREET PHARMACY IN<br>ATTN: MICHELLE GOOLAB/RAFAIL MATATOV<br>2818 FULTON STREET<br>FULTON PHARMACY<br>BROOKLYN, NY  11207 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | 39TH STREET PHARMACY INC (DG)<br>ATTN: ASNEN YAKUBOFF<br>3902 16TH AVENUE<br>BROOKLYN, NY  11218 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | 4TH AVENUE PHARMACY INC<br>ATTN: MUHAMMAD SIDDIQUE<br>5002 4TH AVENUE<br>BROOKLYN, NY  11220 |

Case 2-20-20230-PRW   Doc 105   Filed 03/27/20   Entered 03/27/20 16:52:19
Description: Main Document  , Page 192 of 295

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | 7 STAR PHARMACY<br>ATTN: MUHAMMAD H. RASHID<br>596 CLARKSON AVE<br>ZAHEER SONS PHARMACY INC<br>BROOKLYN, NY 11203 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | 888 PHARMACY<br>ATTN: STEPHANIE FENG<br>4821 8TH AVE<br>888 PHARMACY INC<br>BROOKLYN, NY 11220 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | A & F PHARMACY<br>ATTN: ASHIQUZ ZAMAN<br>2754 PITKIN AVE<br>ASFC, INC<br>BROOKLYN, NY 11208 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | A & R PHARMACY, INC.<br>ATTN: ASHOK DAWANI<br>140 LOCKWOOD AVENUE<br>NEW ROCHELLE, NY 10801 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ABBVIE US LLC<br>1 NORTH WAUKEGAN ROAD NORTH<br>CHICAGO, IL 60064 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ACCURATE PHARMACY LLC<br>ATTN: DANNY TSANG<br>639 5TH AVENUE<br>BROOKLYN, NY 11215 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.11** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ADAMS DISCOUNT PHARMACY ATTN: UMAMAHASWAR SIRIPURAPU 241 N KESWICK AVE SRI ANJANEYA, LLC GLENSIDE, PA 19038 |
| **2.12** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ADDISON APOTHECARY, INC ATTN: JOHN PAGANO 36 MAIN ST ADDISON'S APOTHECARY INC ADDISON, NY 14801 |
| **2.13** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | ADVANCED DISCOVERY P O BOX 102242 ATLANTA, GA 30368-2242 |
| **2.14** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ADVANCED PHARMACY SERVICES LLC ATTN: LINDA BONK 220 SOUTH RIVER STREET PLAINS, PA 18705 |
| **2.15** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | AERIE PHARMACEUTICALS 4301 EMPEROR BLVD SUITE 400 DURHAM, NC 27703 |
| **2.16** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | AFP GROUP INC 6746 AKRON ROAD LOCKPORT, NY 14094 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.17** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | AKESO HEALTH SCIENCES <br> 4607 LAKEVIEW CANYON #561 <br> WESTLAKE VILLAGE, CA 91361 |
| **2.18** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> RDC ALLIANCE CUSTOMER AGREEMENT | AKRON PHARMACY <br> ATTN: CHUCK GEORGE <br> 58 MAIN STREET <br> CMG PHARMACEUTICALS INC <br> AKRON, NY 14001 |
| **2.19** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> RDC ALLIANCE CUSTOMER AGREEMENT | ALBERTY DRUGS <br> ATTN: CHRIS CASEY <br> 81 MAIN STREET <br> THE CASEY GROUP LLC <br> BATAVIA, NY 14020 |
| **2.20** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> RDC ALLIANCE CUSTOMER AGREEMENT | ALBION-HANCOCK PHARMACY, LLC <br> ATTN: POPURI CHENCH RAM <br> 2125 FAIRFIELD AVE <br> BRIDGEPORT, CT 6605 |
| **2.21** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> RDC ALLIANCE CUSTOMER AGREEMENT | ALDEN PHARMACY INC <br> ATTN: KARA SMITH <br> 13203 BROADWAY <br> ALDEN, NY 14004 |
| **2.22** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> RDC ALLIANCE CUSTOMER AGREEMENT | AL-HAQQ PHARMACY INC. <br> ATTN: MOHAMMAD AKHTAR <br> 75-07 101ST AVENUE <br> OZONE PARK, NY 11417 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ALICO PHARMACY <br> ATTN: MERCEDES PEREZ <br> 2027 JEROME AVENUE <br> 2027 ALICO PHARMACY CORP. <br> BRONX, NY 10453 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ALLEN'S PHARMACY INC. <br> ATTN: DOUGLAS G. ALLEN <br> 402 PRESCOTT AVE <br> SCRANTON, PA 18510 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ALLEN'S PHARMASERV, INC. <br> ATTN: ALAN MIRKIN <br> 520 GYPSY LANE <br> YOUNGSTOWN, OH 44504 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ALLERGAN PHARMACEUTICALS <br> 5 GIRALDA FARMS <br> MADISON, NJ 07940 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DISTRIBUTION SERVICES AGREEMENT DTD 6/25/2019 | ALLERGAN USA, INC. <br> ATTN: AVP, TRADE SALES <br> 5 GIRALDA FARMS <br> MADISON, NJ 07940 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ALLTOWN PHARMACY <br> ATTN: ALEX KEYLIN <br> 1137 BUSTLETON PIKE <br> DBA A&M PHARMACY <br> FEASTERVILLE, PA 19053 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.29 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ALLTOWN PHARMACY <br> ATTN: ALEX KEYLIN <br> 158 WYCKOFF ROAD <br> STORE 3 <br> EATONTOWN, NJ  7724 |
| 2.30 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | AL-MAMOOR PHARMACY INC <br> ATTN: UROOJ UNAHAR <br> 169-18 HILLSIDE AVE <br> JAMAICA, NY  11432 |
| 2.31 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ALMARK PHARMACY INC <br> ATTN: BOB SHOWTY <br> 2094 LINDEN BLVD <br> BROOKLYN, NY  11207 |
| 2.32 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | AL-MEDINA PHARMACY INC. <br> ATTN: ANISUL HASAN <br> 1242 FLATBUSH AVE <br> BROOKLYN, NY  11226 |
| 2.33 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ALPINA PHARMACY <br> ATTN: ABO ILYAYEV <br> 155 W 145TH STREET <br> ALPINA PHARMACY INC <br> NEW YORK, NY  10039 |
| 2.34 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | AMAG PHARMACEUTICALS <br> 1100 WINTER STREET <br> WALTHAM, MA  02462 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.35 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | AMATO PHARMACY INC.<br>ATTN: TONY SEMENTILLI<br>619 EAST 187 ST<br>BRONX, NY 10458 |
| 2.36 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | AMERICARE PRESCRIPTION SURG CT<br>ATTN: KALPESH DAVE<br>511 MAIN STREET<br>ESSGEEKAY CORP<br>FORT LEE, NJ 7024 |
| 2.37 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | AMES DRUG STORE<br>ATTN: PRABHAKAR MANTY<br>701 COLLINGS AVE<br>HARTFORD UNIVERSAL, INC<br>COLLINGSWOOD, NJ 8107 |
| 2.38 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | AMGEN<br>1840 DEHAVILLAND<br>THOUSAND OAKS, CA 91320 |
| 2.39 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | AMIABLE PHARMACY<br>ATTN: MOHAMMED TAHER<br>1108 LIBERTY AVENUE<br>EXPRESS PHARMACY INC.<br>BROOKLYN, NY 11208 |
| 2.40 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | AMNEAL PHARMACEUTICALS LLC<br>400 CROSSING BOULEVARD, 3RD FLOOR<br>BRIDGEWATER, NJ 08807 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | ANALYSIS GROUP 111 HUNTINGTON AVENUE 14TH FLOOR BOSTON, MA 2199 |
| **2.42** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | AN-NOOR PHARMACY INC. ATTN: STEPHANIE HUQ 35 101 AVENUE BROOKLYN, NY 11208 |
| **2.43** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | APEXUS, LLC 75 REMITTANCE DRIVE SUITE 1164 CHICAGO, IL 60675 |
| **2.44** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | APOTHECARE PHCY @ SHOP & SAVE ATTN: WALTER J. LIZZA 150 WALNUT HILL RD DANERON LLC UNIONTOWN, PA 15401 |
| **2.45** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | APPLEBY'S DRUG STORE ATTN: TROY S PARSONS 133 E. SHIRLEY ST FRED B. APPLEBY, INC. MOUNT UNION, PA 17066 |
| **2.46** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ARALEZ PHARMACEUTICALS PO BOX 329003 C/O PRIME CLERK, LLC BROOKLYN, NY 11232 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.47 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FLOOD INSURANCE COVERAGE | ARCH SPECIALTY INS. CO. <br> 1125 SANCTUARY PKWY <br> SUITE 200 <br> ALPHARETTA, GA 30009 |
| 2.48 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BLENDED D&O, EPL, FIDUCIARY INSURANCE COVERAGE | ARGONAUT INSURANCE CO. <br> 413 W. 14TH STREET <br> NEW YORK, NY 10014 |
| 2.49 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ASCENSIA DIABETES CARE <br> 5 WOOD HOLLOW RD <br> PARSIPPANY, NJ 07054 |
| 2.50 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ASM DRUGS INC. / FARMACIA <br> ATTN: KUPPUSAMY ARUMUGAM <br> 55 A EAST GUNHILL ROAD <br> BRONX, NY 10467 |
| 2.51 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ASSERTIO <br> 100 S. SAUNDERS ROAD <br> SUITE 300 <br> LAKE FOREST, IL 60045 |
| 2.52 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ASTELLAS PHARM <br> 1 ASTELLAS WAY <br> NORTHBROOK, IL 60062-6111 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ASTRAZENECA LP<br>1800 CONCORD PIKE<br>WILMINGTON, DE 19850 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | AUBURNDALE PHARMACY INC<br>192-15 47TH AVENUE<br>FLUSHING, NY 11358 |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | AVK RX INC (DG)<br>ATTN: IRINA ARONOVA<br>3904 CHURCH AVE<br>AVK RX INC<br>BROOKLYN, NY 11203 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CYBER | AXA XL<br>125 BROAD STREET<br>5TH FLOOR<br>NEW YORK, NY 10004 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FLOOD INSURANCE COVERAGE | AXIS<br>PO BOX 932745<br>ATLANTA, GA 31193 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | AXWAY, INC.<br>6811 EAST MAYO BLVD.<br>SUITE 400<br>PHOENIX, AZ 85054 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.59** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | B&B HAMPTON DRUGS INC. <br> ATTN: MARK HERTZ <br> 39 - 4 WEST MONTAUK HWY <br> DBA HAMPTON LIGGETT DRUG <br> HAMPTON BAYS, NY 11946 |
| **2.60** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | B&T PLOWING AND TREE SERVICE <br> 190 JEFFERSON ROAD <br> ROCHESTER, NY 14623 |
| **2.61** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BALLARD PHARMACY <br> ATTN: SAJID PATEL <br> 226 PROSPECT PARK W <br> BANDSTAND CORPORATION <br> BROOKLYN, NY 11215 |
| **2.62** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BAY-CARE PHARMACY LLC (DG) <br> ATTN: ILONA VAKOR <br> 8515 BAY PKWY <br> BROOKLYN, NY 11214 |
| **2.63** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | BAYER HEALTHCARE <br> 100 BAYER BLVD <br> WHIPPANY, NJ 07981 |
| **2.64** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BAYRIDGE RX 2 <br> ATTN: SUBAN CHUNG <br> 7119 FIFTH AVENUE <br> SBSC2, LLC <br> BROOKLYN, NY 11209 |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19    Description: Main Document , Page 202 of 295

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BAYRIDGE RX<br>ATTN: SUBANG CHUNG<br>6910 3RD AVENUE<br>SBSC, LLC<br>BROOKLYN, NY 11209 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BE WELL PHARMACY CORP.<br>ATTN: MARK AGRES<br>8012 20TH AVENUE<br>BROOKLYN, NY 11214 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BEAVER'S PHARMACY<br>ATTN: FRANK STEED<br>7 MAIN STREET<br>STEED ENTERPRISES LLC<br>CANISTEO, NY 14823 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BEDARD MEDICAL<br>ATTN: MICHAEL NADEAU<br>359 MINOT AVE SUITE A<br>BEDARD MEDICAL INC<br>AUBURN, ME 4210 |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BEDARD PHARMACY AUBURN<br>ATTN: MICHAEL NADEAU<br>359 MINOT AVENUE - SUITE B<br>BEDARD PHARMACY INC<br>AUBURN, ME 4210 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BEDARD PHARMACY<br>ATTN: MICHAEL NADEAU<br>61 COLLEGE ST.<br>BEDARD PHARMACY INC<br>LEWISTON, ME 4240 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BEDARD SENIOR CARE<br>ATTN: MICHAEL NADEAU<br>359 MINOT AVENUE - SUITE C<br>BEDARD SENIOR CARE INC<br>AUBURN, ME 4210 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BERGEN CARE PHARMACY INC<br>ATTN: TAE J PARK<br>1625 LEMOINE AVE STE 1<br>FORT LEE, NJ 7024 |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BEST CARE PHARMACY II<br>ATTN: JEFFREY LIU<br>269 S 52ND STREET<br>LK PHARMACY INC<br>PHILADELPHIA, PA 19139 |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BEST CARE PHARMACY<br>ATTN: JEFFREY LIU<br>257 N. 52ND ST<br>EJ CORPORATION<br>PHILADELPHIA, PA 19139 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BETHPAGE PHARMACY INC.<br>ATTN: JEFF LANGULL<br>334 BROADWAY<br>D/B/A BETHPAGE PHARMACY<br>BETHPAGE, NY 11714 |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BETTER HEALTH RX<br>ATTN: YUHAN AVEZBAK<br>503 W 125TH STREET<br>BETTER HEALTH RX CORP<br>NEW YORK, NY 10027 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BIANCARELLI'S PHARMACY, LLC<br>ATTN: BRUCE BIANCARELLI<br>1318 MAIN STREET<br>PECKVILLE, PA 18452 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BLACK ROCK PHARMACY, INC<br>ATTN: DON ARTHUR<br>431 TONAWANDA ST<br>BUFFALO, NY 14207 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BLAIRSVILLE PHARMACY<br>ATTN: STEVE DECRISCIO<br>135 E MARKET ST., STE 100<br>3 JB LLC<br>BLAIRSVILLE, PA 15717 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BLITZ PHARMACY INC.<br>ATTN: JASON BLITZ<br>485 MAPLE ST.<br>BLITZ PHARMACY<br>BIG FLATS, NY 14814 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BOCA PHARMACY SOUTHERN BLVD.<br>ATTN: MICHELLE GOOLAB<br>1070 SOUTHERN BLVD.<br>1070 SOUTHERN DRUG LLC<br>BRONX, NY 10459 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BOCA PHARMACY/HUNTS POINT AVE.<br>ATTN: MICHELLE GOOLAB<br>872 HUNTS POINT AVENUE<br>ROCKAWAY FAMILY PHARMACY CORP.<br>BRONX, NY 10474 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BOCA PHARMACY/PROSPECT AVENUE<br>ATTN: MICHELLE GOOLAB<br>904 PROSPECT AVENUE<br>904 PROSPECT AVENUE PHARMACY INC.<br>BRONX, NY 10459 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | BOEHRINGER INGELHEIM<br>900 RIDGEBURY ROAD<br>RIDGEFIELD, CT 06877 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BONAPARTE PHARMACY LLC<br>ATTN: JUSTIN BESAW<br>8210 MAIN STREET<br>HARRISVILLE, NY 13648 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BREWERTON PHARMACY<br>ATTN: NICK CHERVINSKY<br>9679 BREWERTON ROAD<br>NICHOLAS CHERVINSKY<br>BREWERTON, NY 13029 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BREWERYTOWN RX PHARMACY<br>ATTN: KACEY DIX<br>2621 WEST GIRARD AVENUE<br>BREWERYTOWN RX, INC.<br>PHILADELPHIA, PA 19130 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BRIDGE PHARMACY<br>ATTN: MARIA GEORGAKOPOULOS<br>8912 3RD AVE<br>S AND M DRUGS, INC.<br>BROOKLYN, NY 11209 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.89 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BRIDGEPORT CHEMISTS <br> ATTN: RAVINDRA <br> 1407 FAIRFIELD AVENUE <br> DBA HANCOCK PHARMACY <br> BRIDGEPORT, CT 6605 |
| 2.90 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BRIDGEPORT PHARMACY LLC <br> ATTN: LAKS PUDIPEPPI <br> 978 EAST MAIN STREET <br> DBA BRIDGEPORT PHARMACY <br> BRIDGEPORT, CT 6608 |
| 2.91 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BRIGHTON EGGERT PHARMACY INC <br> ATTN: DONALD ARTHUR <br> 935 BRIGHTON RD <br> TONAWANDA, NY 14150 |
| 2.92 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BRINE PHARMACY <br> ATTN: ROBERT EKIERT <br> 906 N. STATE STREET <br> TADMAR, INC. <br> GIRARD, OH 44420 |
| 2.93 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | BRISTOL MYERS SQUIBB <br> 430 E. 29TH STREET, 14TH FLOOR <br> NEW YORK, NY 10016 |
| 2.94 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | BROAD & GRANGE PHARMACY INC. <br> ATTN: WILTHERKEEN AUGUSTE <br> 5751 N. BROAD STREET <br> PHILADELPHIA, PA 19141 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | BROAD & LEHIGH PHARMACY INC. ATTN: BRYAN SNYDER 1300 WEST LEHIGH AVENUE SUITE 102 PHILADELPHIA, PA 19132 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | BROADWAY DISCOUNT PHARMACY INC ATTN: JANEESA LARRO 315 S. BROADWAY CAMDEN, NJ 8103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | BROADWAY PHARMACY ATTN: JASON TORGEZEN 1538 PITKIN AVE BROADWAY CARE INC. BROOKLYN, NY 11212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | BROOKS PHARMACY ATTN: RYAN LAVARNWAY 4481 LAKESHORE RD RML PHARMACY, P.C. HAMBURG, NY 14075 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | BSN MEDICAL 1 COTTONTAIL LANE SOMERSET, NJ 08873 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | BUSHY RUN PHARMACY ATTN: STEVE DECRISCIO 2106 RT 130 3JB LLC, PO BOX 292 HARRISON CITY, PA 15636 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.101** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STOCK REDEMPTION AGREEMENT DTD 2/15/2017 | BUTASH PHAMARCY C/O PAUL BUTASH 181 CONSTITUTION AVENUE JESSUP, PA 18434-1217 |
| **2.102** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CALIGOR RX ATTN: ELLIOT SAFDIE 1226 LEXINGTON AVE CALIGOR RX INC NEW YORK, NY 10028 |
| **2.103** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CANTON PHARMACY ATTN: JOSEPH P. LECH 7 TROY STREET CANTON, PA 17724 |
| **2.104** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CARE FIRST PHARMACY ATTN: LING LI 5612A 8TH AVENUE CF II INC. BROOKLYN, NY 11220 |
| **2.105** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CAREPOINT HEALTH PHARMACY ATTN: SNEHAL SHAH 308 WILLOW AVE HUMC PHARMACY INC HOBOKEN, NJ 7030 |
| **2.106** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | CARWIN PHARM ASSOC LLC 1301 HWY 36 SUITE 11 HAZLET, NJ 07730 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.107** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CASEY'S PRESCRIPTION PAD, INC ATTN: HEATHER DERCK 5844 SOUTHWESTERN BLVD SUITE 300 HAMBURG, NY 14075 |
| **2.108** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CASTLE TOPP PHARMACY CORP. ATTN: LUIS ALMONTE 1370A CASTLE HILL AVE CASTLE AID PHARMACY CORP BRONX, NY 10462 |
| **2.109** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CEDENO'S PHARMACY-PERTH AMBOY ATTN: SNEHAL SHAH 400 STATE STREET CAREPOINT PHARMACY PERTH AMBOY, NJ 8861 |
| **2.110** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CENTER PHARMACY ATTN: SHIL PATEL 1108 LIBERTY AVENUE SAS PHARMA INC. HILLSIDE, NJ 7205 |
| **2.111** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | CENTRAL PARK DATA SYSTEMS, INC PO BOX 92 OLD BETHPAGE, NY 11804 |
| **2.112** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CHAMBER'S APOTHECARY ATTN: ROB NORRIS 278 LINCOLN WAY E. CHAMBER'S RX LLC CHAMBERSBURG, PA 17201 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.113 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CHASE PHARMACY <br> ATTN: PATRICIA NYARKO <br> 3632 WHITE PLAINS ROAD <br> CHASE PHARMACY INC <br> BRONX, NY  10467 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.113 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CHASE PHARMACY <br> ATTN: PATRICIA NYARKO <br> 3632 WHITE PLAINS ROAD <br> CHASE PHARMACY INC <br> BRONX, NY  10467 |
| 2.114 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CHRIST PHARMACY <br> ATTN: SNEHAL SHAH <br> 176 PALISADE AVENUE <br> CAREPOINT HEALTH JERSEY CITY <br> JERSEY CITY, NJ  7306 |
| 2.115 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CHURCH AND SCOTT <br> ATTN: DAVID ADSIT <br> 5396 STATE HIGHWAY 28 <br> P.O. BOX 671 <br> COOPERSTOWN, NY  13326 |
| 2.116 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DISTRIBUTION SERVICES AGREEMENT DTD 10/1/2019 | CIRCASSIA PHARMACEUTICALS INC. <br> 5151 MCCRIMMON PARKWAY, STE 260 <br> MORRISVILLE, NC  27560 |
| 2.117 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | CIRCASSIA <br> 5151 MCCRIMMON PKWY #260 <br> MORRISVILLE, NC  27560 |
| 2.118 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CLARENCE PHARMACY LLC <br> ATTN: JON VORREVTER <br> 9500 MAIN STREET <br> SUITE 600 <br> CLARENCE, NY  14031 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | CLASSIC SYSTEMS, INC.<br>86 GARDEN STREET<br>WESTBURY, NY 11590 |
|---|---|---|---|
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | CLEO COMMUNICATIONS US, LLC<br>4949 HARRISON AVE.,<br>SUITE 200<br>ROCKFORD, IL 61108 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | CNB WEALTH MANAGEMENT<br>1150A PITTSFORD-VICTOR ROAD<br>PITTSFORD, NY 14534 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | COLFAX PHARMACY<br>ATTN: MICHELLE PARADISO<br>2510 BELMAR BLVD. UNIT K-10<br>COLFAX SHOPPING CENTER<br>WALL, NJ 7719 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | COLLEGIUM<br>100 TECHNOLOGY CENTER DRIVE, SUITE 300<br>STOUGHTON, MA 02072 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | COMFORT PHARMACY INC.<br>ATTN: MAHMUD HOSSAIN<br>72-28 BROADWAY<br>SNS DRUGS INC<br>JACKSON HEIGHTS, NY 11372 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.125** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | COMMERCIAL COLLECTION CORP. NY <br> 34 SEYMOUR STREET <br> PO BOX 288 <br> TONAWANDA, NY 14150-0288 |
| **2.126** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | COMMUNITY PHARMACY MT CARMEL <br> ATTN: DEBBIE MEKOSH <br> 49 S OAK STREET <br> BELSKI COMMUNITY PHARMACY, INC <br> MT. CARMEL, PA 17851 |
| **2.127** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CONCEPT MEDICAL (DG) <br> ATTN: HILLEL BRULL <br> 639 CHESTNUT STREET <br> CONCEPT PHARMACY SERVICES LLC <br> ASHLAND, PA 17921 |
| **2.128** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CONCORD PHARMACY <br> ATTN: GREGORY G. GIAMBRONE <br> 10220 ROUTE 60 <br> GGG61 CORP <br> FREDONIA, NY 14063 |
| **2.129** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | COOKE'S PHARMACY, INC <br> ATTN: ANDY HAFLETT <br> 14 ELMIRA STREET <br> TROY, PA 16947 |
| **2.130** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | COPIER FAX BUSINESS TECH <br> 465 ELLICOTT STREET <br> BUFFALO, NY 14203 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | COPILOT PROVIDER SUPPORT SERV<br>1981 MARCUS AVENUE<br>LAKE SUCCESS, NY 11042 |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CORNER DRUG STORE<br>ATTN: JOAN M. RYAN<br>1 WASHINGTON STREET<br>RABBIT RABBIT<br>CATTARAUGUS, NY 14719 |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CORNER PHARMACY INC.<br>ATTN: MARTIN RUBIN<br>166 DIVISION AVENUE<br>BROOKLYN, NY 11211 |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CRESCENT PHARMACY<br>ATTN: FARHANA<br>48 CENTRAL COURT<br>GHAZI RX INC.<br>VALLEY STREAM, NY 11580 |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | CRF LANDSCAPING<br>15 ADEANE DR EAST<br>ROCHESTER, NY 14624 |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | CSC<br>POST OFFICE BOX 13397<br>PHILADELPHIA, PA 19101-3397 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.137 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CSS PHARMACY INC<br>ATTN: SAMMUEL OBENG<br>2043 GRAND CONCOURSE<br>BRONX, NY  10453 |
| 2.138 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CUMBERLAND APOTHECARY, INC<br>ATTN: ILANA PORTMAN<br>3300 MARKET STREET<br>CAMP HILL, PA  17011 |
| 2.139 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | CURRAX PHARMACEUTICALS<br>10 NORTH PARK PLACE, SUITE 201<br>MORRISTOWN, NJ  07960 |
| 2.140 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CUSTOM CARE PHARMACY  LLC<br>ATTN: ADAM ROSINKSI<br>59 S. FRONT ST<br>CUSTOM CARE PHARMACY SERVICES<br>MILTON, PA  17847 |
| 2.141 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CUSTOM CARE PHARMACY- MILTON<br>ATTN: ADAM ROSINKSI<br>57 S. FRONT STREET<br>CUSTOM CARE PHARMACY, LLC<br>MILTON, PA  17847 |
| 2.142 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CUSTOM CARE PHARMACY<br>ATTN: ADAM ROSINKSI<br>1140 MILL ST<br>CUSTOM CARE PHARMACY LLC<br>DANVILLE, PA  17821 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.143** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CUSTOM CARE PHARMACY-SUNBURY ATTN: ADAM ROSINKSI 439 MARKET ST SUNBURY, PA 17801 |
| **2.144** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | CY'S ELMA PHARMACY ATTN: JOHN RUTOWSKI 2317 BOWEN RD, P O BOX 90 J. RUTOWSKI OF ELMA, INC. ELMA, NY 14059 |
| **2.145** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | DAIICHI SANKYO, INC 211 MT. AIRY ROAD BASKING RIDGE, NJ 07920 |
| **2.146** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | D'ALLEGRO'S PUBLIC SVC PHCY ATTN: JERRY ZNAK 252 WALNUT STREET JEMMISON HOLDING CORP NEWARK, NJ 7105 |
| **2.147** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DAN HORN PHCY & HLTH SERVICES ATTN: JOSHUA HORN 111 E GREEN ST DANIEL J HORN OLEAN, NY 14760 |
| **2.148** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DANISH PHARMACY ATTN: STEVEN ISRAEL 443 DEKALB AVE MACABEEA CORP. BROOKLYN, NY 11205 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.149 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DANWIN'S PHARMACY<br>ATTN: DAN SAFEE<br>2186 EMPIRE BLVD<br>DANWIN'S LLC<br>WEBSTER, NY 14580 |
| 2.150 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DEDRICK'S PHARMACY & GIFTS<br>ATTN: JARED NEKOS<br>190 MAIN STREET<br>NEW PALTZ PHARMACY INC<br>NEW PALTZ, NY 12561 |
| 2.151 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DEER PARK PHARMACY<br>ATTN: VINNIE RAGANO<br>1155 DEER PARK AVE<br>SARVIN DRUGS INC<br>NORTH BABYLON, NY 11703 |
| 2.152 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DELMAR PHARMACY<br>ATTN: BRIAN WALKER<br>1934 DELMAR DRIVE<br>1934 DELMAR PHARMACY INC<br>FOLCROFT, PA 19032 |
| 2.153 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DESTINY PHARMACY<br>ATTN: AKINOLA SHASANYA<br>6037 WOODLAND AVENUE<br>DESTINY PHARMACY OF AMERICA, INC<br>PHILADELPHIA, PA 19142 |
| 2.154 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DEXTER PRESCRIPTION CENTER INC<br>ATTN: DAN RINEHARDT<br>1453 JEFFERSON AVE<br>BUFFALO, NY 14208 |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Description: Main Document , Page 217 of 295

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DIABETIC & PRESCRIPTION CTR<br>ATTN: BERNARD L. GELBARD<br>296 ROUTE 59<br>P.O. BOX 64<br>TALLMAN, NY 10982-0064 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DIERKEN'S PHARMACY<br>ATTN: ROBERT EKIERT<br>100 EAST MAIN ST<br>KRYNICKI, INC<br>MONONGAHELA, PA 15063 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | DJ ORTHOPEDICS ,LLC<br>2900 LAKE VISTA DRIVE<br>LEWISVILLE, TX 75067 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DOBBINS DRUGS, INC.<br>ATTN: SEAN DOBBINS<br>52 WILLIAM ST<br>LYONS, NY 14489 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | DOYLE SECURITY SYSTEMS, INC.<br>PO BOX 1333<br>BUFFALO, NY 14240-1333 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DRUG SHOPPE LLC<br>ATTN: ANIEDI ETUK<br>2074 8TH AVENUE<br>NEW YORK, NY 10026 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | DUSHORE PHARMACY <br> ATTN: JOSEPH P. LECH <br> 218 S GERMAN ST <br> P.O. BOX 314     MJR, LTD. <br> DUSHORE, PA 18614 |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | EAST PARK PHARMACY <br> ATTN: HIREN PATEL <br> 1 ROSE STREET <br> WILLINGBORO, NJ 8046 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | EASTSIDE PHARMACY <br> ATTN: MICHAEL V. FORNATARO <br> 708 E. WASHINGTON STREET <br> MIKE'S APOTHECARY, INC. <br> NEW CASTLE, PA 16101 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | EASY CHOICE PHARMACY <br> ATTN: TAO CHEN <br> 6402 8TH AVE., STE 102 <br> EASY CHOICE PHARMACY INC <br> BROOKLYN, NY 11220 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ELI LILLY AND COMPANY <br> 1500 SOUTH HARDING STREET <br> INDIANAPOLIS, IN 46221 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ELIYAHU'S PHARMACY INC <br> 573 KINGS HIGHWAY <br> BROOKLYN, NY 11223 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.167 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ELLICOTTVILLE PHARMACY, INC. ATTN: BENJAMIN P GILROY 6133 RT 219 SUITE 1004 ELLICOTTVILLE, NY 14731 |
| 2.168 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ELLIS NOTT STREET PHARMACY ATTN: MICHAEL PASQUARELLA 1101 NOTT STREET ELLIS NOTT STREET PHARMACY LLC SCHENECTADY, NY 12308 |
| 2.169 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ELMHURST DRUGS ATTN: JORGE A. RESTREPO 84-04 BROADWAY BENJAMIN PHARMACY CORP. ELMHURST, NY 11373 |
| 2.170 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ELMORA PHARMACY INC. ATTN: BEN HERTZ 162 ELMORA AVENUE DBA: ELMORA HEALTHCARE ELIZABETH, NJ 07202 |
| 2.171 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | EMD SERONO, INC. ONE TECHNOLOGY PLACE ROCKLAND, MA 02370 |
| 2.172 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | EMERGENCY POWER SYSTEMS, LLC 300 MILE CROSSING BLVD. ROCHESTER, NY 14624 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.173** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ENCORE DERMATOLOGY<br>4900 GETTYSBURG RD<br>COLUMBUS, OH 43220 |
| **2.174** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | D&O SIDE A INSURANCE COVERAGE | ENDURANCE AMERICAN INS. CO. (SOMPO INTERNATIONAL)<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| **2.175** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT LIABILITY | EVEREST INDEMNITY INS. CO.<br>222 S. RIVERSIDE PLAZA #300<br>CHICAGO, IL 60606 |
| **2.176** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FAIRPORT PHARMACY<br>ATTN: PAULA J. LEWYCKYJ<br>650 WHITNEY RD SUITE K<br>ATC CARE LLC<br>FAIRPORT, NY 14450 |
| **2.177** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | FALCON EXPRESS & COURIER<br>947 UNDERWOOD ROAD<br>OLYPHANT, PA 18447 |
| **2.178** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FAMILY 1 PHARMACY<br>ATTN: KAUSNAL PATEL<br>4005 VETERAN'S HIGHWAY<br>SHRI SANTRAM CORP<br>LEVITTOWN, PA 19056 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.179** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FAMILY HEALTH PHARMACY LLC ATTN: MANYEE CHIN 8510 18TH AVENUE BROOKLYN, NY 11214 |
| **2.180** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FARIS PHARMACY INC. ATTN: GEORGE FARIS 2050 LATTA RD ATTN: SUPERVISING PHARMACIST ROCHESTER, NY 14612 |
| **2.181** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FARMACIA HONEYWELL NY INC ATTN: SADAF KHAN 882 EAST 180TH ST BRONX, NY 10460 |
| **2.182** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FINO'S REXALL PHCY ATTN: DOMINICK FINO 3 MAIN ST FINOS PHARMACY (DALLAS), L.L.C. DALLAS, PA 18612 |
| **2.183** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FIRST CLASS PHARMACY LLC ATTN: JASON VIZIROV 7316 FRANKFORD AVE 1ST FLOOR PHILADELPHIA, PA 19136 |
| **2.184** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | FIRSTLIGHT 7890 LEHIGH CROSSING VICTOR, NY 14564 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | FISHERS PHARMACY ATTN: MISTY NICODEMUS 654 EAST PITT STREET LEM 4 LTD. BEDFORD, PA 15522 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | FOAMIX PHARMACEUTICALS 520 U.S. HIGHWAY 22 SUITE 204 BRIDGEWATER, NJ 08807 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK REDEMPTION AGREEMENT DTD 11/1/2017 | FOCUS EXPRESS MAIL PHARMACY C/O JOEL SHIGEL 57 MISTY MEADOW DRIVE RICHBORO, PA 18954 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK REDEMPTION AGREEMENT DTD 3/30/2018 | FORSTER'S PHARMACY, INC. C/O DON & LYNN DALY 14 BRAUNVIEW WAY ORCHARD PARK, NY 14127 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | FOUR CORNERS PHARMACY LLC ATTN: PAUL B. PAGNOTTA 360 DELAWARE AVENUE DELMAR, NY 12054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | FOUR STAR PHARMACY 2, LLC ATTN: SIDNEY MBAH 6542 LEBANON AVE FOUR STAR PHARMACY 2 PHILADELPHIA, PA 19151 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.191 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FOUR STAR PHARMACY LLC<br>ATTN: SIDNEY MBAH<br>7024 ELMWOOD AVENUE<br>PHILADELPHIA, PA 19142 |
| 2.192 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FREDS PHARMACY LLC<br>ATTN: FRED DOLTZ<br>75 QUAKER STREET<br>D/B/A FRED'S GRANVILLE PHARMACY<br>GRANVILLE, NY 12832 |
| 2.193 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FREWSBURG PHARMACY<br>ATTN: GREG NELSON<br>26 W. MAIN ST., PO BOX 503<br>PROFESSIONAL COMMUNITY PHCY'S, INC<br>FREWSBURG, NY 14738 |
| 2.194 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | FRONTIER COMMUNICATIONS<br>ATTN: ROB WEAVER, BA MANAGER<br>7979 N BELT LINE RD.<br>IRVING, TX 75063 |
| 2.195 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | FRONTIER PHARMACY<br>ATTN: THOMAS TOALE<br>1216 WEST 6TH STREET<br>ERIE, PA 16507 |
| 2.196 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | FRONTIER<br>PO BOX 740407<br>CINCINNATI, OH 45274 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.197 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GAGA PHARMACY INC.<br>ATTN: TAO CHEN<br>90-05 CORONA AVE<br>ELMHURST, NY 11373 |
| 2.198 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | GALEN US INC.<br>2661 AUDUBON ROAD<br>AUDUBON, PA 19403 |
| 2.199 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GANNETT CORNELL UNIV<br>ATTN: TRACEY DENARDO<br>GANNETT HEALTH CENTER<br>HO PLAZA UNIV HLTH SRVS<br>ITHACA, NY 14853 |
| 2.200 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GARDEN PHARMACY<br>ATTN: EILEEN PUCCI<br>2467 HIGHWAY 33<br>NEW GARDEN PHARMACY INC.<br>NEPTUNE, NJ 7753 |
| 2.201 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GATEWAY PHARMACY INC<br>ATTN: MUJJAHID HUQ<br>1184 ELTON STREET<br>BROOKLYN, NY 11239 |
| 2.202 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GENESEE CAMPUS APOTHECARY<br>ATTN: LAURA SPEIDEL<br>89 GENESEE STREET<br>PARK RIDGE APOTHECARY INC<br>ROCHESTER, NY 14611 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.203** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GEO PHARMACY INC (DG) <br> ATTN: ABDUL AZIZ <br> 685 CONEY ISLAND AVENUE <br> BROOKLYN, NY 11218 |
| **2.204** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GEROULD'S PROF. PHCY INC. <br> ATTN: FRANK STEED <br> 130 SOUTH MAIN STREET <br> P.O. BOX 4067 <br> ELMIRA, NY 14904 |
| **2.205** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GEROULD'S PROF. PHCY INC. <br> ATTN: FRANK STEED <br> 215 HOFFMAN STREET <br> ELMIRA, NY 14905 |
| **2.206** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GEROULD'S PROF. PHCY INC. <br> ATTN: FRANK STEED <br> 2887 WESTINGHOUSE RD <br> HORSEHEADS, NY 14845 |
| **2.207** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GIG PHARMACY <br> ATTN: SAMMUEL OBENG <br> 3405 JEROME AVENUE <br> GIG PHARMACY INC. <br> BRONX, NY 10467 |
| **2.208** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT FOR PRODUCT DISTRIBUTION DTD 10/1/2019 | GLAXOSMITHKLINE LLC <br> ATTN: CAROLYN BECKETT <br> 5 CRESCENT DRIVE <br> PHILADELPHIA, PA 19112 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.209 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | GLAXOSMITHKLINE <br> 184 LIBERTY CORNER RD <br> WARREN, NJ 07059 |
| 2.210 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GLOBAL DRUGS INC <br> ATTN: JEFFREY SHING <br> 5516 7TH AVENUE <br> GLOBAL DRUGS <br> BROOKLYN, NY 11220 |
| 2.211 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GOOD DAY PHARMACY <br> ATTN: DARRIN SILBAUGH <br> 2025 TECHNOLOGY PARKWAY <br> GDD PHARMACY SERVICES INC <br> MECHANICSBURG, PA 17050 |
| 2.212 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GOOD LIFE PHARMACY <br> ATTN: SAMUEL OBENG <br> 2366 GRAND CONCOURSE <br> BEST STOP PHARMACY INC <br> BRONX, NY 10458 |
| 2.213 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GOODWILL COMMUNITY PHCY., LLC <br> ATTN: UCHE DAVIS <br> 5002 WAYNE AVENUE <br> PHILADELPHIA, PA 19144 |
| 2.214 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GRANDBROOK PHARMACY INC <br> ATTN: GHULAM MURTAZA <br> 642 SUTTER AVE. <br> BROOKLYN, NY 11207 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.215 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROPERTY | GREAT NORTHERN INS. CO. (CHUBB) <br> 1133 AVENUE OF THE AMERICAS <br> NEW YORK, NY 10036 |
| 2.216 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GREEN STREET PHARMACY <br> ATTN: JOHN & NICOLE PAGANO <br> 131 E. GREEN STREET / STE 2 <br> ADDISON'S APOTHECARY INC <br> ITHACA, NY 14850 |
| 2.217 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | GREENBAUM'S PHARMACY, INC (DG) <br> ATTN: MATTY GREENBAUM <br> 42 MAIN STREET <br> MONSEY, NY 10952 |
| 2.218 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | GUARANTEED RETURNS <br> 100 COLIN DR. <br> HOLBROOK, NY 11741 |
| 2.219 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HALLMARK PHARMACY <br> ATTN: PABLO RESTREPO <br> 8285 BROADWAY <br> ACO DRUGS INC. <br> ELMHURST, NY 11373 |
| 2.220 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT SERVICES AGREEMENT | HAMACHER RESOURCE GROUP <br> 8801 W. HEATHER AVENUE <br> MILWAUKEE, WI 53224 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.221 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HANCOCK PHARMACY II, LLC<br>ATTN: RAMA L. DEVADI<br>1020 FAIRFIELD AVE.<br>BRIDGEPORT, CT  6605 |
| 2.222 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HANCOCK PHARMACY III<br>ATTN: ANUR KURRA<br>3768 MAIN ST<br>HANCOCK PHARMACY III LLC<br>BRIDGEPORT, CT  6606 |
| 2.223 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HANNIBAL PHARMACY<br>ATTN: JONATHAN HESS<br>450 FULTON ST, SUITE 300<br>HESS HEALTHCARE, LLC<br>HANNIBAL, NY  13074 |
| 2.224 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HANOVER PHARMACY<br>ATTN: MICHAEL AUSLANDER<br>434 RIDGE DALE AVENUE<br>HANOVER HEALTHCARE, LLC<br>EAST HANOVER, NJ  7936 |
| 2.225 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HARRISBURG PHARMACY<br>ATTN: DARRIN SILBAUGH<br>2645 NORTH 3RD STREET STE 180<br>GDD PHARMACY SERVICES, INC<br>HARRISBURG, PA  17110 |
| 2.226 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STOCK REDEMPTION AGREEMENT DTD 9/1/2017 | HARVEY'S MEDICAL CENTER OF SYRACUSE NY<br>A/K/A HARVEY'S MEDICAL CENTER<br>C/O GARY BROTHERS<br>5818 INNSBRUCK ROAD<br>EAST SYRACUSE, NY  13057 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.227** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HEALTHPRO PHARMACY INC ATTN: RICHARD HAYNES 217 SCHENECTADY AVENUE BROOKLYN, NY 11213 |
| **2.228** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HEALTH-WISE PHARMACY ATTN: ISMAT CHAUDHARY 1233 NOSTRAND AVE ESTABLISHED DRUGS INC BROOKLYN, NY 11225 |
| **2.229** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HEAVEN AID PHARMACY ATTN: STEPHEN M. MENSAH 2385 GRAND CONCOURSE SKG OF NEW YORK INC BRONX, NY 10468 |
| **2.230** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | HELSINN THERAPEUTICS(US) INC 170 WOOD AVE SOUTH, 5TH FLOOR ISELIN, NJ 08830 |
| **2.231** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HI TECH PHARMACY INC ATTN: MONA ELSHEEMY 5806 4TH AVE WELLBEING PHARMACY CORP BROOKLYN, NY 11220 |
| **2.232** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | HIGHLANDER EQUIPMENT COMPANY 110 CLYDE ROAD SOMERSET, NJ 08873 |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      Page 39 of 102
Description: Main Document  , Page 230 of 295

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.233 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HILTON FAMILY PHARMACY <br> ATTN: STEVEN L. GIROUX <br> 32 MAIN ST <br> ROSENKRANS PHARMACY INC. <br> HILTON, NY 14468 |
| 2.234 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HOME & HOME PHARMACY <br> ATTN: CHEN YI <br> 86-18 WHITNEY AVE <br> HOME & HOME PHARMACY INC <br> ELMHURST, NY 11373 |
| 2.235 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HONG KONG PHARMACY <br> ATTN: KIN WING KWONG (KEN) <br> 6714 FORT HAMILTON PARKWAY <br> HONG KONG CARE, INC. <br> BROOKLYN, NY 11219 |
| 2.236 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HOPE & CARE LLC <br> ATTN: SUN HWANG <br> 7050 TERMINAL SQUARE SUITE 208 <br> DBA HOPE PHARMACY <br> UPPER DARBY, PA 19082 |
| 2.237 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HOPEWELL DRUGSTORE INC. <br> ATTN: STEVEN BELLANTONI <br> 410 ROUTE 376, SUITE 3 <br> HOPEWELL DRUGSTORE <br> HOPEWELL JUNCTION, NY 12533 |
| 2.238 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | HORIZON MEDICINES LLC <br> 150 S. SAUNDERS ROAD <br> LAKE FOREST, IL 60045 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.239** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | HORIZON THERAPEUTICS USA 150 S. SAUNDERS ROAD LAKE FOREST, IL 60045 |
| **2.240** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HOWARD BEACH APOTHECARY ATTN: JEFFREY LIBERMAN 15840 CROSSBAY BLVD HOWARD BEACH APOTHECARY INC HOWARD BEACH, NY 11414 |
| **2.241** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | HUGHES ENVIRONMENTAL ENGINEER 14 LEIGHTON PLACE MAHWAH, NJ 07430 |
| **2.242** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | HUIKANG PHARMACY INC ATTN: KIN WING KWONG & HYUNHEE KIM 6410 8TH AVENUE 1A BROOKLYN, NY 11220 |
| **2.243** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | I CARE PHARMACY ATTN: GEORGE DZHURAYEV 200B LIVINGSTON STREET MILEAH INC BROOKLYN, NY 11201 |
| **2.244** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT SERVICES AGREEMENT | IAM ROBOTICS LLC 12 SOUTH AVENUE SEWICKLEY, PA 15143 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.245 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | IAM ROBOTICS LLC<br>12 SOUTH AVENUE<br>SEWICKLEY, PA 15143 |
| 2.246 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | IBM CORPORATION<br>3039 E CORNWALLIS ROAD<br>RESEARCH TRIANGLE PARK, NC 27709 |
| 2.247 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | IBSA PHARMACEUTICALS.<br>8 CAMPUS DRIVE, SUITE 201<br>PARSIPPANY, NJ 07054 |
| 2.248 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | IDEAL PHARMACY INC<br>ATTN: ISMAT CHAUDHARY<br>5409 5TH AVENUE<br>BROOKLYN, NY 11220 |
| 2.249 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | IMPERIAL COMMERCIAL CLEANING<br>151 DIXON AVE<br>AMITYVILLE, NY 11701 |
| 2.250 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ING SOURCE, INC<br>1340 14TH AVE CT SW<br>HICKORY, NC 28602 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | INTERCEPT SECURITY 1900 EMPIRE BLVD, PMB #250 WEBSTER, NY 14580 |
| **2.252** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | IQVIA / BUZZEO PDMA LLC 1025 BOULDERS PKWY RICHMOND, VA 23225 |
| **2.253** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | IRONSHORE PHARMA 430 DAVIS DRIVE SUITE 250 DURHAM, NC 27560 |
| **2.254** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | DISTRIBUTION SERVICES AGREEMENT DTD 9/11/2019 | IRONSHORE PHARMACEUTICALS INC. 2370 ST. RD 70 W SUITE 309 CHERRY HILL, NJ 08002 |
| **2.255** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | EXCESS PRODUCT LIABILITY | IRONSHORE SPECIALTY INS. CO. 300 SOUTH WACKER 7TH FLOOR CHICAGO, IL 60606 |
| **2.256** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | IRONWOOD PHARMA 100 SUMMER STREET SUITE 2300 BOSTON, MA 02110 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------|
| **2.257** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ISHAM BROADWAY PHARMACY INC. ATTN: SATYANARAYANA NICK NEKKANTI 4996 BROADWAY NEW YORK, NY 10034 |
| **2.258** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT SERVICES AGREEMENT | ITX CORP. 1 SOUTH CLINTON AVE 9TH FLOOR ROCHESTER, NY 14604 |
| **2.259** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | IVYLEA PHARMACY, INC. ATTN: CHARLES P. BARONE 2446 ELMWOOD AVE KENMORE, NY 14217 |
| **2.260** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | J & D PHARMACY ATTN: DANIEL ARIYEV 71-68 YELLOWSTONE BLVD QUALITY LIFE PHARMACY CORP FOREST HILLS, NY 11375 |
| **2.261** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | J&B PHARMACY/FAST AID PCY (DG) ATTN: POLINA ALTMAN 2807 OCEAN AVENUE FAST AID PHARMACY INC. BROOKLYN, NY 11229 |
| **2.262** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | JEFFERSON VALLEY PHARMACY, INC ATTN: DANIEL BECKER 3693 HILL BLVD. JEFFERSON VALLEY, NY 10535 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.263 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | JOHNSON CONTROLS<br>FIRE PROTECTION LP<br>DEPT. CH 10320<br>PALATINE, IL 60055-0320 |
| 2.264 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | J-O-M PHARMACEUTICALS<br>PO BOX 200<br>TITUSVILLE, NJ 08560 |
| 2.265 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | JUNCTION PHARMACY (DG)<br>ATTN: CARMEN RIVERA<br>2109 NOSTRAND AVE<br>ALLPHARMA, INC<br>BROOKLYN, NY 11210 |
| 2.266 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | JUST HERE PHARMACY II LLC<br>ATTN: JOHN BENNIN<br>2859 N. 22ND ST.<br>JUST HERE II, LLC<br>PHILADELPHIA, PA 19132 |
| 2.267 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | JUST HERE PHARMACY LLC<br>ATTN: KWABENA BOAKYE<br>3800 N BROAD ST UNIT 2<br>DBA JUST HERE PHARMACY<br>PHILADELPHIA, PA 19140 |
| 2.268 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | K&K PHARMACY<br>ATTN: SAMIN SHAH<br>187 MILL STREET<br>ALRINGTON PHARMACY INC.<br>LIBERTY, NY 12754 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.269 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | KALA PHARMACEUTICALS <br> 490 ARSENAL WAY <br> SUITE 120 <br> WATERTOWN, MA 02472 |

| | | |
| --- | --- | --- |
| 2.269 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | KALA PHARMACEUTICALS <br> 490 ARSENAL WAY <br> SUITE 120 <br> WATERTOWN, MA 02472 |
| 2.270 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DISTRIBUTION PURCHASE AND SERVICES AGREEMENT DTD 7/1/2019 | KALA PHARMACEUTICALS, INC. <br> ATTN: EXECUTIVE DIRECTOR <br> 490 ARSENAL WAY, SUITE 120 <br> WATERTOWN, MA 02472 |
| 2.271 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DISTRIBUTION PURCHASE AND SERVICES AGREEMENT DTD 7/1/2019 | KALA PHARMACEUTICALS, INC. <br> ATTN: GENERAL COUNSEL <br> 490 ARSENAL WAY, SUITE 120 <br> WATERTOWN, MA 02472 |
| 2.272 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | KASHMIR DRUG MART <br> ATTN: ANGELICA GONZALEZ <br> 1172 CONEY ISLAND AVE <br> MEDEX PHARMACY INC. <br> BROOKLYN, NY 11230 |
| 2.273 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | KELLY'S PHARMACY, INC. <br> ATTN: MARTIN KELLY <br> 34 HOPE PLAZA <br> WEST COXSACKIE, NY 12192 |
| 2.274 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | KELLY'S PHARMACY, INC. <br> ATTN: MARTIN KELLY <br> 4852 RT 81 <br> GREENVILLE, NY 12083 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | KENBY DRUGS<br>ATTN: ALEX TAFT<br>6024 5TH AVENUE<br>TAFT'S PHARMACY INC<br>BROOKLYN, NY 11220 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | KERYX<br>1 MARINA PARK DRIVE<br>BOSTON, MA 02210 |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STOCK REDEMPTION AGREEMENT DTD 7/1/2016 | KHAN PHARMACY, INC.<br>C/O MASOOD KHAN<br>2540 GOSLING ROAD<br>PLANO, TX 76075 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | KINGS HWY PHARMACY & MED SUPPL<br>1416 KINGS HIGHWAY<br>HEALTH IS WEALTH<br>BROOKLYN, NY 11229 |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | KINGSWAY PHARMACY (DG)<br>ATTN: ALEX GOLDENBERG<br>250 KINGS HIGHWAY<br>SR AND AG CORP.<br>BROOKLYN, NY 11223 |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | KLEIN PHARMACY INC. PELHAM<br>ATTN: NADEEM KAUSAR<br>123 FIFTH AVENUE<br>PELHAM, NY 10803 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.281** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | KONICA MINOLTA BUSINESS SOLUTIONS USA INC. DEPT CH 19188 PALATINE, IL 60055-9188 |
| **2.282** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | KOWA PHARMACEUTICALS 530 INDUSTRIAL PARK BLVD. MONTGOMERY, AL 36117 |
| **2.283** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | L & M DISPOSAL LLC P O BOX 281 IRONIA, NJ 07845 |
| **2.284** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | L & S PHARMACY INC (DG) ATTN: RACHEL REYENTOVICH, SOFIA LILENSHTEIN 424 BRIGHTON BEACH AVE BROOKLYN, NY 11235 |
| **2.285** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LAKEWOOD APOTHECARY ATTN: JAMES ROVEGNO 130 CHAUTAUQUA AVE NATURAL HEALTH CENTER INC LAKEWOOD, NY 14750 |
| **2.286** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LARWOOD PHARMACY INC ATTN: REBECCA ALMOND 597 OAKWOOD AVE EAST AURORA, NY 140522333 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.287** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | LASERSHIP<br>P. O. BOX 901700<br>CLEVELAND, OH 44190-1700 |
| **2.288** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LAUREL LONG TERM CARE PHARMACY<br>ATTN: WALTER J. LIZZA<br>278 MCCLELLANDTOWN RD.<br>LIZZA PHARMACEUTICAL INC<br>UNIONTOWN, PA 15401 |
| **2.289** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | LEADIANT BIOSCIENCES<br>9841 WASHINGTONIAN BLVD.<br>SUITE 500<br>GAITHERSBURG, MD 20878 |
| **2.290** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LECH'S PHARMACY - LACEYVILLE<br>ATTN: JOSEPH P. LECH<br>415 MAIN STREET<br>PO BOX 8<br>LACEYVILLE, PA 18623 |
| **2.291** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LECH'S PHARMACY - NICHOLSON<br>ATTN: JOSEPH P. LECH<br>291 MAIN STREET<br>P.O. BOX 600<br>NICHOLSON, PA 18446 |
| **2.292** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | LEGISYM<br>7363 WEST ADAMS AVENUE<br>SUITE 101<br>TEMPLE, TX 76502 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.293 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LEMBERG'S PHARMACY (DG)<br>ATTN: RYAN CURRAN<br>191 NEPTUNE AVENUE<br>GREENPLUS PHARMACY INC<br>BROOKLYN, NY 11235 |
| 2.294 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LENOX PHARMACY, INC.<br>ATTN: SCOTT MULLER<br>5879 SR 92<br>SUITE 3 LENOX PLAZA<br>KINGSLEY, PA 18826 |
| 2.295 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | LEO PHARMA INC.<br>7 GIRALDA FARMS<br>MADISON, NJ 07940 |
| 2.296 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LEONARD'S PHARMACY (DBA)<br>ATTN: THERESA DEFRANCESCO<br>107 WEST MARKET STREET<br>J M MARCHESE DRUGS, INC.<br>SCRANTON, PA 18508 |
| 2.297 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LEVIN'S PHARMACY INC.<br>ATTN: FRED RIGEL<br>364 LONG BEACH RD<br>DBA LEVIN'S PHARMACY<br>OCEANSIDE, NY 11572 |
| 2.298 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | LIAISON TECHNOLOGIES, INC.<br>3157 ROYAL DRIVE<br>SUITE 200<br>ALPHARETTA, GA 30022 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.299** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LIMA VILLAGE PHARMACY, LLC ATTN: JOHN TOMPKINS 7298 W. MAIN STREET PO BOX 654 LIMA, NY 14485 |
| **2.300** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LIN'S PHARMACY ATTN: BO LIN 4307 8TH AVE YI RUI INTERNATIONAL CORP BROOKLYN, NY 11232 |
| **2.301** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LIVE WELL PHARMACY@RISING SUN ATTN: TRULONG LUU 5805 RISING SUN AVE PHILADELPHIA, PA 19120 |
| **2.302** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LIVONIA PHARMACY ATTN: SALLY BROOKS 5975 BIG TREE RD / P.O. BOX 414 LIVONIA-LAKEVILLE PHARMACY INC LAKEVILLE, NY 14480 |
| **2.303** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LIZZA'S APOTHECARE PHARMACY ATTN: WALTER J. LIZZA 173 MORGANTOWN STREET CHERRY TREE PHARMACY, INC. UNIONTOWN, PA 15401 |
| **2.304** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LOWE DRUGS LTC ATTN: STEVE DEMAIO 14 LAWRENCE AVENUE TMS PHARMACEUTICALS INC. SMITHTOWN, NY 11787 |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Description: Main Document    , Page 242 of 295

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.305 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | LOWERS PHARMACY, INC<br>ATTN: JOHN MOBUS<br>33 E MAIN ST<br>EVERETT, PA 15537 |
| 2.306 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | LUCAS SYSTEMS, INC.<br>11279 PERRY HIGHWAY<br>4TH FLOOR<br>WEXFORD, PA 15090 |
| 2.307 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | M & F PHARMACY INC<br>ATTN: TARID KIDWAI<br>712 NOSTRAND AVENUE<br>BROOKLYN, NY 11216 |
| 2.308 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MADINA PHARMACY, INC.<br>ATTN: MOHAMMED SIDDIQUI<br>1105 BROADWAY ST., STE 8<br>BUFFALO, NY 14212 |
| 2.309 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MAIN PHARMACY OF BOONTON INC.<br>ATTN: JOHN CANTALUPPI<br>203 MAIN STREET<br>BOONTON, NJ 7005 |
| 2.310 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MAINLINE LTC PHARMACY<br>ATTN: STEVE DECRISCIO<br>617 MAIN STREET<br>SUITE 1 - GERALD MICHAEL MOSCHGAT<br>PORTAGE, PA 15946 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.311** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MAINLINE PHARMACY DAVIDSVILLE ATTN: STEVE DECRISCIO 118 N MAIN ST 3JB, LLC DAVIDSVILLE, PA 15928 |
| **2.312** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MAINLINE PHARMACY EBENSBURG ATTN: STEVE DECRISCIO 3720 NEW GERMANY ROAD EBENSBURG, PA 15931 |
| **2.313** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MAINLINE PHARMACY NANTY GLO ATTN: STEVE DECRISCIO 1049 SHOEMAKER ST MAINLINE PHARM NANTY GLO NANTY GLO, PA 15943 |
| **2.314** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MAINLINE PHARMACY PORTAGE ATTN: STEVE DECRISCIO 619 MAIN STREET PORTAGE, PA 15946 |
| **2.315** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MAINLINE PHARMACY SOMERSET ATTN: STEVE DECRISCIO 168 W MAIN ST SOMERSET, PA 15501 |
| **2.316** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | MANHATTAN ASSOCIATES PO BOX 405696 ATLANTA, GA 30384-5696 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.317 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | MANNKIND CORPORATION<br>30930 RUSSELL RANCH ROAD<br>SUITE 300<br>WESTLAKE VILLAGE, CA  91362 |
| 2.318 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MANNYRX INC.<br>ATTN: MANUEL RAMIREZ<br>4953 BROADWAY<br>DBA DICHTER PHARMACY<br>NEW YORK, NY  10034 |
| 2.319 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MARIANNE PHARMACY<br>ATTN: KEN OMECINSKI<br>21159 PAINT BLVD , SUITE 1<br>CLARION DEVELOPMENT CORP<br>SHIPPENVILLE, PA  16254 |
| 2.320 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | MARK IV TRANSPORTATION<br>82 JOHN MILLER WAY<br>KEARNY, NJ  07032 |
| 2.321 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MARKET STREET APOTHECARY LLC<br>ATTN: KAREN HOGUE<br>78 WEST MARKET STREET<br>CORNING, NY  14830 |
| 2.322 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MATTHEWS PHARMACY<br>ATTN: AILEEN MATTHEWS<br>101 CANAL ST<br>DBA - MATTHEWS PHARMACY INC<br>ELLENVILLE, NY  12428 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | MAYNE PHARMA <br> 3301 BENSON DRIVE, SUITE 401 <br> RALEIGH, NC 27609 |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MCLAUGHLINS DRUG STORE <br> ATTN: UJWALA KASARLA <br> 182 BUCHANAN TRAIL, SUITE 150 <br> SVM3 PHARMA, INC <br> MCCONNELLSBURG, PA 17233 |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MEAD SQUARE PHARMACY, INC. <br> ATTN: CHRISTOPHER CASEY <br> 53 W MAIN STREET <br> VICTOR, NY 14564 |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MEDICAL ARTS CHEMISTS <br> ATTN: ALFRED BERKOVITS <br> 5504 13TH AVENUE <br> F & D PHARMACY INC. <br> BROOKLYN, NY 11219 |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MEDICAL CENTER PHARMACY INC. <br> ATTN: TONY SEMENTILLI <br> 571 EAST 184TH STREET <br> DBA MEDICAL CENTER PHARMACY <br> BRONX, NY 10458 |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | MEDICAL DEVELOPMENTS INTL <br> 4 CARIBBEAN DRIVE <br> SCORESBY <br> VICTORIA 03179 <br> AUSTRALIA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.329** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MEDICINE CHEST PHARMACY ATTN: LEWIS KLEIN 408 BLOOMING GROVE TURNPIKE RRS RX INC. NEW WINDSOR, NY 12553 |
| **2.330** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MEDINA PHARMACY, INC ATTN: JOLLY CHENG 5721 5TH AVE BROOKLYN, NY 11220 |
| **2.331** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MEDVED'S PHARMACY ATTN: RUDY MEDVED 536 MCKEAN AVENUE CHARLEROI, PA 15022 |
| **2.332** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MEDWAY PHARMACY, INC. ATTN: KAELYN LEE 1914 86TH ST BROOKLYN, NY 11214 |
| **2.333** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MEGA AID PHARMACY, INC. ATTN: CRAIG LIEBERT 3112 MERMAID AVENUE BROOKLYN, NY 11224 |
| **2.334** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | MELINTA THERAP INC 44 WHIPPANY RD MORRISTOWN, NJ 07960 |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19
Description: Main Document , Page 247 of 295

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.335 **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | MENDON PHARMACY ATTN: JOHN TOMPKINS 51 ASSEMBLY DR JT TOMPKINS PHARMACIST LLC. MENDON, NY 14506 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.336 **State what the contract or lease is for and the nature of the debtor's interest** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | MERCK & COMPANY, INC. 2000 GALLOPING HILL ROAD KENILWORTH, NJ 07033 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.337 **State what the contract or lease is for and the nature of the debtor's interest** | MERCK PRODUCT DISTRIBUTION PROGRAM DTD 4/1/2010 | MERCK SHARP & DOHME CORP. MERCK ORDER MANAGEMENT CENTER P.O. BOX 4, ZB-750 WEST POINT, PA 19486 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.338 **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | MERIDIAN AMBULATORY PHARMACY ATTN: ROBERT J. SCHENK JR. 425 JACK MARTIN BLVD MERIDIAN HOSPITAL CORP BRICK, NJ 8724 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.339 **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | MERIDIAN PHARMACY NEPTUNE ATTN: ROBERT J. SCHENK JR. 1945 ROUTE 33 MERIDIAN HOSPITAL CORP NEPTUNE, NJ 7754 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.340 **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | MERIDIAN PHARMACY RIVERVIEW ATTN: ROBERT J. SCHENK JR. 1 RIVERVIEW PLAZA MERIDIAN HOSPITAL CORP RED BANK, NJ 7701 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.341** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MERK CHEMISTS ATTN: ANTHONY MANGIARACEMA 973 MCLEAN AVE ACRX, LLC YONKERS, NY 10704 |
| **2.342** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MERMAID RX INC ATTN: RYAN CURRAN 23-11 MERMAID AVE ASCENSION PHARMACY HOLDINGS LLC BROOKLYN, NY 11224 |
| **2.343** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | METRO DRUGS 3RD AVE CORP ATTN: JOSEPH TAWIL 931 LEXINGTON AVE NEW YORK, NY 10065 |
| **2.344** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | METRO DRUGS HOBOKEN, LLC ATTN: JOSEPH TAWIL 79 HUDSON STREET, SUITE 302 HOBOKEN, NJ 7030 |
| **2.345** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | MICROSOFT CORP ONE MICROSOFT WAY REDMOND, WA 98052 |
| **2.346** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MIDDLEPORT FAMILY HEALTH CTR ATTN: STEVEN L. GIROUX 81 ROCHESTER RD MODEN-GIROUX INC   PO BOX 188 MIDDLEPORT, NY 14105 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.347 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MIGUEL'S PHARMACY<br>ATTN: MIGUEL ARRIAGA<br>3213 RIVER RD<br>RIVERCARE SOLUTIONS LLC<br>CAMDEN, NJ  8105 |
| 2.348 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MILL HALL PHARMACY, INC<br>ATTN: CHRISTOPHER J. FREEMAN<br>260 MAIN ST<br>MILL HALL, PA  17751 |
| 2.349 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MILL RUN COMMUNITY PHCY<br>ATTN: JOHN D. PETRUSO, JR.<br>404 NORTH ST<br>MILL RUN APOTHECARY, INC.<br>MEADVILLE, PA  16335 |
| 2.350 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MILLENIA RX CORP.<br>ATTN: ILYA YAKUBOV<br>469 W 125TH ST<br>MILLENIA RX CORP<br>NEW YORK, NY  10027 |
| 2.351 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MILLENNIUM PHARMACY INC.<br>ATTN: MASHUKUR RAHMAN<br>3420 FULTON STREET<br>BROOKLYN, NY  11208 |
| 2.352 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MINERSVILLE PHARMACY, INC.<br>ATTN: BONNIE LEE BOBBS<br>106 SUNBURY STREET<br>MINERSVILLE, PA  17954 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.353** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | MIST PHARMACEUTICALS, LLC<br>11 COMMERCE DR, 1<br>CRANFORD, NJ 7016 |
| **2.354** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | MODERN GROUP POWER SYSTEMS<br>2501 DURHAM RD<br>BRISTOL, PA 19007 |
| **2.355** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MODNUR PRESCRIPTION PHARMACY<br>ATTN: RAO MESINENI<br>52 KEEFER DRIVE<br>SVM1 PHARMA, INC<br>MERCERSBURG, PA 17236 |
| **2.356** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MODNURX INC PHARMACY<br>ATTN: RAVI NALLA<br>4495 LINCOLN WAY WEST<br>SVM2 PHARMA, INC<br>SAINT THOMAS, PA 17252 |
| **2.357** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MONTROSE MEDICAL ARTS PHARM<br>ATTN: NABIL KHALIFE<br>100 HOSPITAL DRIVE<br>ENDLESS MTS HLTH SYSTEM, INC.<br>MONTROSE, PA 18801 |
| **2.358** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MERCK PRODUCT DISTRIBUTION PROGRAM<br>DTD 4/1/2010 | MSP DISTRIBUTION SERVICES, LLC<br>MERCK ORDER MANAGEMENT CENTER<br>P.O. BOX 4, ZB-750<br>WEST POINT, PA 19486 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | MT. HOLLY PHARMACY<br>ATTN: PRASAD MEDAVARAPU<br>1613 ROUTE 38 UNIT 5<br>PHARMARAMA LLC<br>LUMBERTON, NJ 8048 |
|---|---|---|---|
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NAPLES APOTHECARY, INC<br>ATTN: ANN F. RITZLER<br>129 S MAIN ST<br>P.O. BOX 158<br>NAPLES, NY 14512 |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FLOOD INSURANCE COVERAGE | NATIONWIDE<br>1 NATIONWIDE PLAZA<br>COLUMBUS, OH 43215 |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NEIGHBORX PHARM AT PEARL RIVER<br>ATTN: SARAH FRATTO<br>139 NORTH MIDDLETOWN ROAD<br>PEARL RIVER CHEMISTS INC.<br>PEARL RIVER, NY 10965 |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NEIGHBORX PHARMACY AT ORMC<br>ATTN: RORY GARLAND<br>707 EAST MAIN STREET<br>EAST MAIN STREET CHEMISTS, INC<br>MIDDLETOWN, NY 10940 |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NEIGHBORX PHARMACY<br>ATTN: RORY GARLAND<br>331 ROUTE 211 EAST<br>MIDDLETOWN CHEMISTS INC.<br>MIDDLETOWN, NY 10940 |

Case 2-20-20230-PRW    Doc 105    Filed 03/27/20    Entered 03/27/20 16:52:19

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    Page 61 of 102<br>
Description: Main Document , Page 252 of 295

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.365** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | NEOS <br> 2940 N. HWY 360 <br> SUITE 400 <br> GRAND PRAIRIE, TX 75050 |
| **2.366** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | NEPHRO-TECH, INC. <br> 6425 NIEMAN ROAD <br> SHAWNEE, KS 66203 |
| **2.367** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | NEW AMERICAN THERAP <br> 300 INTERPACE PARKWAY <br> PARSIPPANY, NJ 07054 |
| **2.368** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NEW RX PHARMACY INC <br> ATTN: YU ZHENG WANG <br> 42-07 KISSENA BLVD <br> FLUSHING, NY 11355 |
| **2.369** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NEW STANTON PHARMACY <br> ATTN: JAMES RISTWAY <br> 144 POST AVE <br> RISTWAY, INC. <br> NEW STANTON, PA 15672 |
| **2.370** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NEW YORK CHEMISTS INC. <br> ATTN: CHRIS TSIAMIS <br> 77 CHRISTOPHER STREET <br> NEW YORK, NY 10014 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.371** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | NEXTIVA, INC.<br>8800 E. CHAPARRAL RD<br>SUITE 300<br>SCOTTSDALE, AZ 85250 |
| **2.372** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NL PHARMACY LLC<br>ATTN: MICHELLE GOOLAB/JOEL WEINER<br>475 NEW LOTS AVENUE<br>NEW LOTS PHARMACY<br>BROOKLYN, NY 11207 |
| **2.373** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | NODEN PHARMA<br>2800 DISCOVERY DRIVE,<br>SUITE 100<br>ORLANDO, FL 32826 |
| **2.374** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NORTH PHILLY PHARMACY<br>ATTN: BRUCE GOLDBERG<br>118 DIAMOND STREET<br>BHS PHARMACY INC.<br>PHILADELPHIA, PA 19122 |
| **2.375** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NORTH STREET PHARMACY, INC.<br>ATTN: STEVE GRAY<br>200 NORTH STREET STE 103<br>GENEVA, NY 14456 |
| **2.376** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | NOVARTIS PHARMACEUTICALS<br>ONE HEALTH PLAZA<br>EAST HANOVER, NJ 07936-1080 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.377** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | NTIS<br>5301 SHAWNEE RD<br>ALEXANDRIA, VA  22312 |
| **2.378** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NUEVA LUZ PHARMACY INC.<br>ATTN: DIANA RESTREPO<br>80-09 37TH AVENUE<br>JACKSON HEIGHTS, NY  11372 |
| **2.379** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NUNDA FAMILY PHARMACY LLC<br>ATTN: JEREMIAH AXTELL<br>12 NORTH STATE STREET<br>P O BOX 518<br>NUNDA, NY  14517 |
| **2.380** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NURSING SERVICE PRIMECARE<br>ATTN: MIKE RUANE<br>310 ADAMS AVE  2ND FLOOR<br>PRIME CARE PHARMACY SERVICES INC<br>SCRANTON, PA  18503 |
| **2.381** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | NZ  PHARMACY  INC<br>ATTN: MUHAMMAD A. MURAD<br>1296 NOSTRAND AVENUE<br>BROOKLYN, NY  11226 |
| **2.382** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | OAK PARK PHARMACY<br>ATTN: MOHAMMED PATEL<br>205 PROSPECT PRK WEST<br>BESAEL CORP.<br>BROOKLYN, NY  11215 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.383 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | OAKFIELD FAMILY PHARMACY <br> ATTN: STEVEN L. GIROUX <br> 40 MAIN STREET <br> ROSENKRANS PHARMACY INC <br> OAKFIELD, NY 14125 |
| 2.384 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT SERVICES AGREEMENT | OFFSITE DATA SYNC.COM. INC <br> PO BOX 102358 <br> PASADENA, CA 91189-2358 |
| 2.385 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | OLD BRIDGE DRUGS & SURGICAL <br> ATTN: CHRISTOPHER ROSARIO <br> 200 PERRINE RD <br> SUITE 200B <br> OLD BRIDGE, NJ 8857 |
| 2.386 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | OLD FAMILY PHARMACY INC <br> ATTN: E. AKSECAUD <br> 1909 KINGS HIGHWAY <br> THRIFTWAY PHARMACY <br> BROOKLYN, NY 11229 |
| 2.387 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | OLDE CANAL PHARMACY, INC. <br> ATTN: MICHAEL WELCH <br> 201 SCOTTSVILLE-WEST HENRIETTA ROAD <br> SUITE 1 <br> WEST HENRIETTA, NY 14586 |
| 2.388 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | OLDE CANAL PHARMACY, INC. <br> ATTN: MICHAEL WELCH <br> 201 SCOTTSVILLE-WEST HENRIETTA ROAD <br> SUITE 9 <br> WEST HENRIETTA, NY 14586 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.389 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | OPKO PHARMACEUTICALS, LLC <br> 4400 BISCAYNE BLVD. <br> MIAMI, FL 33137 |
| 2.390 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | THIRD AMENDED AND RESTATED OPTISOURCE, LLC OPERATING AGREEMENT DTD 10/19/2016 | OPTISOURCE, LLC <br> 7500 FLYING CLOUD DRIVE, SUITE 750 <br> EDEN PRAIRIE, MN 55344 |
| 2.391 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | THIRD AMENDED AND RESTATED OPTISOURCE, LLC OPERATING AGREEMENT DTD 10/19/2016 | OPTISOURCE, LLC <br> C/O LEXIS/NEXIS DOCUMENT SOLUTIONS, INC. <br> 2711 CENTERVILLE ROAD, SUITE 400 <br> WILMINGTON, DE 19808 |
| 2.392 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | IT SERVICES AGREEMENT | ORACLE AMERICA, INC. <br> P. O. BOX 203448 <br> DALLAS, TX 75320 |
| 2.393 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ORGANYC PHARMACY (DG) <br> ATTN: ERICK GAVRLYELOV <br> 133-40 79TH ST <br> HOWARD BEACH PHARMACY LLC <br> HOWARD BEACH, NY 11414 |
| 2.394 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | SERVICES AGREEMENT | ORKIN <br> 205 SUMMIT POINT DR STE 3B <br> HENRIETTA, NY 14467 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.395 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | OTT & MCHENRY PHARMACY<br>ATTN: ELIZABETH ESCHRICH<br>102 MAIN STREET<br>BRADFORD, PA 16701 |
| 2.396 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | OUTDOOR LIVING LLC<br>P O BOX 495<br>CARLSTADT, NJ 07072 |
| 2.397 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | PAESSLER AG<br>THURN-UND-TAXIS-STR. 14<br>NUREMBERG 90411 |
| 2.398 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PARK PHARMACY<br>ATTN: SHELLY B. DAY<br>27 SHETHER STREET<br>PARK PHARM OF HAMMONDSPORT LLC<br>HAMMONDSPORT, NY 14840 |
| 2.399 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PARK RIDGE APOTHECARY INC<br>ATTN: MARYLYNN DANDREA<br>1561 LONG POND RD<br>SUITE 104<br>ROCHESTER, NY 14626 |
| 2.400 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PARKARE PHARMACY INC.<br>ATTN: MAHUA RAHMAN<br>2158 STARLING AVE.<br>BRONX, NY 10462 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.401** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PARKWOOD STREET ROAD PHARMACY ATTN: JONATHAN BROOKLAND 3532 STREET ROAD STREET ROAD PHARMACY, INC. BENSALEM, PA 19020 |
| **2.402** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PATIENT'S PHARMACY, INC. ATTN: DIANE MATHEWS 320 N MAIN ST PO BOX 170 JAMESTOWN, NY 14701 |
| **2.403** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | PAYCHEX, INC EAGLES LANDING BUSINESS PARK 1565 JEFFERSON RD, BLDG 200 STE 210 ROCHESTER, NY 14623 |
| **2.404** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PENDLETON STAR PHARMACY, INC ATTN: JUDY IZARD 6503 CAMPBELL BOULEVARD LOCKPORT, NY 14094 |
| **2.405** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | PFIZER INC. INJECTABLES 235 EAST 42ND STREET NEW YORK, NY 10017 |
| **2.406** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | PFIZER 235 EAST 42ND STREET NEW YORK, NY 10017 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.407 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PHARMACIA POPULAR INC.<br>ATTN: MOHAMMAD RASHED<br>17 MARCUS GARVEY BLVD<br>BROOKLYN, NY 11206 |
| 2.408 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PHARMACY AT BLASDELL<br>ATTN: MICHELE STEINER<br>4233 LAKE AVE<br>NORTHWEST BFLO COM HLTH CARE CNTR,<br>BLASDELL, NY 14219 |
| 2.409 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PHARMACY AT MATTINA<br>ATTN: MICHELE STEINER<br>300 NIAGARA ST.<br>NORTHWEST BFLO COMHLTH CARE CN<br>BUFFALO, NY 14201 |
| 2.410 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PHARMACY AT THE WAVE INC (DG)<br>ATTN: DANIEL BEYLILC<br>104 WEST END AVENUE<br>BROOKLYN, NY 11235 |
| 2.411 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PHARMACY EXPRESS<br>ATTN: MOHAMMAD IQBAL<br>1081 RUTLAND RD<br>BROOKLYN, NY 11212 |
| 2.412 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PHELPS HOMETOWN PHARMACY LLC<br>ATTN: JOHN TOMPKINS<br>110 MAIN STREET<br>PHELPS, NY 14532 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PHILLY DRUGSTORE <br> ATTN: CHAD LEVINE <br> 2729 NORTH FIFTH STREET <br> PHILADELPHIA, PA 19133 |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PHILLY PHARMACY <br> ATTN: TAM ONIATE <br> 1900F GRANT AVE <br> J.A. COBEX, LLC <br> PHILADELPHIA, PA 19115 |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PIERCE DRUGS <br> ATTN: PAUL M. SAXON <br> 435 PIERCE STREET <br> KINGSTON, PA 18704 |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | PIERRE FABRE PHARMA INC <br> 8 CAMPUS DRIVE <br> 2ND FLOOR <br> PARSIPPANY, NJ 07054 |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STOCK REDEMPTION AGREEMENT DTD 5/1/2017 | PILL MILL, INC. <br> C/O FRED MILLER <br> 778 MAIN ST. <br> MARGARETVILLE, NY 12455 |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PINE GROVE PHARMACY <br> ATTN: DARRIN SILBAUGH <br> 10 E POTTSVILLE ST <br> GDD PHARMACY SERVICES, INC <br> PINE GROVE, PA 17963 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.419 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PINE HILL HOMETOWN PHCY, INC. <br> ATTN: CRAIG ROWLAND <br> 2949 STATE ROUTE 370 <br> CATO, NY 13033 |
| 2.420 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PLANET PHARMACY <br> ATTN: BEATRICE AKUOKO <br> 2336-A GRAND CONCOURSE <br> UNICORN PHARMACY INC <br> BRONX, NY 10458 |
| 2.421 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PLEASANT HILLS APOTHECARY INC. <br> ATTN: KEVIN EVANCIC <br> 25 GILL HALL ROAD <br> CLAIRTON, PA 15025 |
| 2.422 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | POINT BREEZE PHARMACY <br> ATTN: ELENI BEYENE <br> 1407-11 POINT BREEZE AVE -STE. B <br> ELU, INC <br> PHILADELPHIA, PA 19146 |
| 2.423 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PRESTIGE CARE PHARMACY INC <br> ATTN: DMITRIY SHAPIRO <br> 1190 GRAVESEND NECK RD. <br> BROOKLYN, NY 11229 |
| 2.424 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PRIMECARE PHARMACY SERVICES <br> ATTN: MIKE RUANE <br> 310 ADAMS AVE., 2ND FLOOR <br> PRIME CARE PHARMACY SERVICES INC <br> SCRANTON, PA 18503 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.425** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PRO+LIFE APOTHECARY CORP. ATTN: DAVID RESTREPO 1235 1ST AVENUE VITAHEALTH APOTHECARY NEW YORK, NY 10021 |
| **2.426** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PROFESSIONAL PHCY SOLUTIONS ATTN: RONALD J PATRICK 3124 WILMINGTON RD /STE 204 MEDICAL ARTS CENTER PHCY NEW CASTLE, PA 16105 |
| **2.427** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | PROFOUND LOGIC SOFTWARE PO BOX 715529 COLUMBUS, OH 43271-5529 |
| **2.428** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PUBLIC DRUG ATTN: PASANJIT SINGH JITTA 6925 LUDLOW STREET 6925 RX, INC UPPER DARBY, PA 19082 |
| **2.429** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PUBLIC DRUGS ON MAIN ATTN: PADMESH CHHITA 913 MAIN STREET PLAN RX, LLC DARBY, PA 19023 |
| **2.430** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | PURDUE FREDERICK COMPANY ONE STAMFORD FORUM 201 TRESSER BOULEVARD STAMFORD, CT 06901-3431 |

| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.431** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | PUTNAM VALLEY PHARMACY INC. ATTN: DANIEL BECKER 11 PEEKSKILL HOLLOW RD P O BOX 416 PUTNAM VALLEY, NY 10579 |
| **2.432** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | QUALITY RX PHARMACY ATTN: YEUGENY ELYASH 1611 UNIVERSITY AVENUE DRUG MART SOLUTIONS LLC BRONX, NY 10453 |
| **2.433** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | QUINCY COMPRESSOR (SCALES AIR) 185 LACKAWANNA AVE WOODLAND PARK, NJ 07424 |
| **2.434** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | QUINLAN'S PHARMACY, INC. ATTN: JOHN QUINLAN 107 NORTH MAIN STREET WAYLAND, NY 14572 |
| **2.435** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | R. W. LINDSAY, INC 581 ROCK BEACH RD. ROCHESTER, NY 14651-7133 |
| **2.436** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | RADIUS HEALTH INC 950 WINTER ST WALTHAM, MA 02451 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.437** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | RAEES PHARMACY ATTN: ANISUL HASAN 750 FLATBUSH AVE AHMALL DRUG CORP BROOKLYN, NY 11226 |
| **2.438** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | RED CROSS PHARMACY ATTN: SCOTT MISKOVSKY 420 MAIN STREET PO BOX A FOREST CITY, PA 18421 |
| **2.439** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | REGIONAL DISCOUNT PHARMACY ATTN: PRASAD DONONPI 910 S DUKE ST., STE 104 DUKE INC LANCASTER, PA 17602 |
| **2.440** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | REUNION RX LLC ATTN: DEAN GRAZIANO 21 WEST LINCOLN AVE ATLANTIC HIGHLANDS, NJ 7716 |
| **2.441** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | RIVER PHARMACY ATTN: GERARD DIMASI 1201 RIVER AVE., UNIT 3 LAKEHURST RX CENTER LLC LAKEWOOD, NJ 8701 |
| **2.442** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ROBINS PHARMACY ATTN: MAHENDAR OCHAN 204-14 HILLSIDE AVE. SIMBA HILL PHARMACY CORP HOLLIS, NY 11423 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.443** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ROOSEVELT PHARMACY INC <br> ATTN: TAO CHEN <br> 133-55 ROOSEVELT AVE <br> FLUSHING, NY 11354 |
| **2.444** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ROSENKRANS PHARMACY INC. <br> ATTN: STEVEN L. GIROUX <br> 526 MAIN ST <br> MEDINA, NY 14103 |
| **2.445** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ROYAL CARE DRUGS INC <br> ATTN: HAIXIN LIN <br> 136-71 41ST AVE <br> ROYAL CARE DRUGS INC <br> FLUSHING, NY 11355 |
| **2.446** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FLOOD INSURANCE COVERAGE | RSUI INDEMNITY COMPANY <br> 945 EAST PACES FERRY ROAD <br> SUITE 1800 <br> ATLANTA, GA 30326 |
| **2.447** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | RUSSO'S PHARMACY <br> ATTN: DANIEL RUSSO <br> 1909 CORNAGA AVE <br> RUSSO'S PHARMACY INC <br> FAR ROCKAWAY, NY 11691 |
| **2.448** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | RUTLAND PHARMACY <br> ATTN: NARASIMHARAO NADERDLA <br> 964 RUTLAND ROAD <br> RUTLAND PHARMACY LLC <br> BROOKLYN, NY 11212 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | RX INSTITUTIONAL SERVICES, LLC<br>ATTN: ROBERT EKIERT<br>1419 BOARDMAN CANFIELD RD<br>SUITE 340<br>BOARDMAN, OH 44512-8062 |
|---|---|---|---|
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | RX SOLUTIONS PHARMACY<br>ATTN: SAMUEL OBENG<br>2A EAST 167TH STREET<br>RX SOLUTIONS PHARMACY INC<br>BRONX, NY 10452 |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SALAAM PHARMACY INC.<br>ATTN: PAMELA GURDON<br>155 CRYSTAL STREET<br>BROOKLYN, NY 11208 |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SALEM PHARMACY<br>ATTN: RAJETH BOUPELLI<br>228 E. BROADWAY<br>SRI SAI GANESH, INC<br>SALEM, NJ 8079 |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | SALIENT CORPORATION<br>203 COLONIAL DRIVE<br>HORSEHEADS, NY 14845 |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SARATOGA RX LLC<br>ATTN: ROSHAN TASGAONKAR<br>192 LYELL AVENUE<br>D/B/A SARATOGA PHARMACY<br>ROCHESTER, NY 14608 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SAV-ON DRUGS<br>ATTN: TULIKA HIJLI<br>16 E FRONT ST<br>FRIENDS HEALTHCARE, LLC<br>KEYPORT, NJ  7735 |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | SCHAEFER SYSTEMS INTERNATIONAL<br>PO BOX 7009<br>CHARLOTTE, NC  28241-7009 |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | SCHAEFER SYSTEMS INTERNATIONAL<br>PO BOX 7009<br>CHARLOTTE, NC  28241-7009 |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STOCK REDEMPTION AGREEMENT DTD 10/2/2017 | SCHELL'S PHARMACY, INC.<br>C/O JOHN RAKSTIS<br>243 STEERS ROAD<br>AMSTERDAM, NY  12010 |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STOCK REDEMPTION AGREEMENT DTD 10/2/2017 | SCHELL'S PHARMACY, INC.<br>C/O THE SALMON LAW FIRM<br>179 WALLINS CORNERS ROAD<br>AMSTERDAM, NY  12010 |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MERCK PRODUCT DISTRIBUTION PROGRAM<br>DTD 4/1/2010 | SCHERING CORPORATION<br>MERCK ORDER MANAGEMENT CENTER<br>P.O. BOX 4, ZB-750<br>WEST POINT, PA  19486 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.461 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | SCILEX PHARMACEUTICALS<br>4955 DIRECTORS PLACE<br>SANDIEGO, CA 92121 |
| 2.462 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SEDGLEY PLAZA PHARMACY<br>ATTN: RONNIE BAKSH<br>2917 RIDGE AVE.<br>PHILADELPHIA, PA 19121 |
| 2.463 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SEE-RIGHT PHARMACY<br>ATTN: DARRIN SILBAUGH<br>2647 N 6TH STREET<br>GDD PHARMACY SERVICES, INC.<br>HARRISBURG, PA 17110 |
| 2.464 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | SENTYNL<br>420 STEVENS AVE #200<br>SOLANA BEACH, CA 92075 |
| 2.465 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SERVICE PHARMACY<br>ATTN: PETE KWASNIK<br>12 SOUTH MAIN ST<br>BIGELOW'S PHARMACY, INC.<br>NEW BERLIN, NY 13411 |
| 2.466 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SERVICE PHARMACY<br>ATTN: PETE KWASNIK<br>38 S. BROAD ST.<br>BIGELOWS PHARMACY INC.<br>NORWICH, NY 13815 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.467** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT <br><br><br><br> SERVICE PHARMACY ATTN: PETE KWASNIK 6 N. MAIN ST BIGELOWS PHARMACY INC SHERBURNE, NY 13460 |
| **2.468** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT <br><br><br><br> SHANKEL'S PHARMACY ATTN: THOMAS E BOWSER 241 W LONG AVE BOWSER CORPORATION DUBOIS, PA 15801 |
| **2.469** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT <br><br><br><br> SHEELEY'S DRUG STORE INC ATTN: LORI HART 539 LINDEN ST SCRANTON, PA 18503 |
| **2.470** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT <br><br><br><br> SHERMAN PHARMACY ATTN: CHRISTAN NYWEIDE 105 W MAIN ST SHERMAN AREA PHARMACY, INC. SHERMAN, NY 14781 |
| **2.471** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT <br><br><br><br> SHIPPEE'S PHARMACY INC. ATTN: PETER HERINA 636 RINGWOOD AVENUE WANAQUE, NJ 7465 |
| **2.472** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT <br><br><br><br> SHOP AND CARRY PHARMACY ATTN: JOHN RAJH 1301 LINDLEY AVE APPRAISED LLC PHILADELPHIA, PA 19141 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.473 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SIDNEY HILLMAN HLTH OF ROCHEST<br>ATTN: TOM EDWARDS<br>750 EAST AVE<br>THE SIDNEY HILLMAN HEALTH CENTER<br>ROCHESTER, NY 14607 |
| 2.474 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SIMCARE PHARMACY<br>ATTN: CODY S. WARE<br>8 CENTRAL AVENUE<br>SIMCARE PHARMACY & SURGICAL LTD.<br>MAYS LANDING, NJ 8330 |
| 2.475 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SINCLAIR PHARMACY<br>ATTN: JOHN RUTOWSKI<br>75 NORTH MAIN ST<br>J RUTOWSKI & SONS, INC<br>WARSAW, NY 14569 |
| 2.476 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SKY PHARMACY (DG)<br>ATTN: SABINA UNGER<br>1100 CONEY ISLAND AVE<br>JOU PHARMACY, INC.<br>BROOKLYN, NY 11230 |
| 2.477 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SLATE HILL NEIGHBORX PHARMACY<br>ATTN: ALFONSO J. SQUITIERI<br>2904 ROUTE 6 SUITES 8-9<br>SLATE HILL CHEMISTS INC.<br>SLATE HILL, NY 10973 |
| 2.478 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SLAVIN'S-HANCOCK PHARMACY<br>ATTN: LAKS PUDIPEDDI<br>922 WASHINGTON BLVD.<br>SLAVIN'S-HANCOCK PHARMACY INC.<br>STAMFORD, CT 6901 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SMARTMED PRESCRIPTION CTR<br>ATTN: KRISHNA KONERU<br>233 E HIGH ST<br>KPR PHARMACEUTICALS, INC.<br>CARLISLE, PA 17013 |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SMARTSHOP PHARMACY, INC.<br>ATTN: DMITRIY GELFAND<br>32-17A BEACH CHANNEL DR<br>FAR ROCKAWAY, NY 11691 |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | SMITH & NEPHEW, INC.<br>150 MINUTEMAN ROAD<br>ANDOVER, MA 01810 |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SNYDER PHARMACY INC<br>ATTN: MARTIN QUINN<br>4536 MAIN ST<br>SNYDER, NY 14226 |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SOL'S 4 PHARMACY INC.<br>ATTN: ANDREW SILVERMAN<br>107-18 37TH DRIVE<br>DBA SOL'S PHARMACY<br>CORONA, NY 11368 |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SOL'S PHARMACY II 2629<br>ATTN: ANDREW SILVERMAN<br>1515 SOUTHERN BLVD<br>STAND PHARMACY<br>BRONX, NY 10460 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SOLVENCY HEALTH PHARMACY<br>ATTN: IGDALIAH JACKSON<br>725 LONG LANE<br>SOLVENCY HEALTH LLC<br>UPPER DARBY, PA 19082 |
|---|---|---|---|
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | SOS SECURITY LLC<br>PO BOX 6373<br>PARSIPPANY, NJ 07054 |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SOUTH PHILLY PHARMACY<br>ATTN: ELENI BEYENE<br>2101 S 19TH STREET<br>LALIBELA, LTD.<br>PHILADELPHIA, PA 19145 |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SOUTHGATE MEDICAL PHARMACY<br>ATTN: VICTOR LUCCI<br>1026 UNION ROAD<br>SOUTHGATE PLAZA<br>WEST SENECA, NY 14224 |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SOUTHSIDE PHARMACY, INC.<br>ATTN: SALEM SARVIAYA<br>766 FOOTE AVENUE<br>PO BOX 2031<br>JAMESTOWN, NY 14701 |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SPECIALTY CARE PHARMACY, INC.<br>ATTN: TONY SEMENTILLI<br>4463 THIRD AVENUE<br>DBA SPECIALTY CARE PHARMACY<br>BRONX, NY 10457 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.491 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SPECIALTY RX INC  (DG) <br> ATTN: MOTTI LICHTENSTEIN <br> 2 BERGEN TURNPIKE <br> SPECIALTY RX INC. <br> RIDGEFIELD PARK, NJ  7660 |
| 2.492 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SPECIALTY RX NY, INC. <br> ATTN: CHAION DREZDAER <br> 153 W. COMMERCIAL STREET <br> EAST ROCHESTER, NY  14445 |
| 2.493 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ST. GABRIEL PHARMACY CORP. <br> ATTN: GIFTUS CHARLES <br> 18 WEST BURNSIDE AVENUE <br> BRONX, NY  10453 |
| 2.494 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ST. THERESA PHARMACY <br> ATTN: LUIS ALMONTE <br> 3849 10TH AVENUE <br> ST. THERESA PHARMACY CORP. <br> NEW YORK, NY  10034 |
| 2.495 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | STAPLES BUSINESS ADVANTAGE <br> DEPT ROC <br> P.O. BOX 30851 <br> HARTFORD, CT  06150 |
| 2.496 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | STEPHENS PHARMACY <br> ATTN: TOD STEPHENS <br> 1101 MAIN STREET <br> HONESDALE, PA  18431 |

| Debtor | Rochester Drug Co-Operative, Inc. | Case number (if known) | 20-20230 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.497 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SUFFERN PHARMACY <br> ATTN: MOHAMMED HOSAIN <br> 24 LAFAYETTE AVENUE <br> BDESH INC. <br> SUFFERN, NY 10901 |
| 2.498 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SUMMIT PARK PHARMACY <br> ATTN: STEVEN L. GIROUX <br> 2578 NIAGARA FALLS BLVD <br> SUITE 100 <br> WHEATFIELD, NY 14304 |
| 2.499 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SUNNY PHARMACY <br> ATTN: CHIRAG PATEL <br> 918 E BALTIMORE AVE <br> LANSDOWNE, PA 19050 |
| 2.500 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SUNRAY DRUGS KENSINGTON & ALGY <br> ATTN: JIM LUU <br> 825 E ALLEGHENY AVE <br> NEFF DRUGS 31,LLC <br> PHILADELPHIA, PA 19134 |
| 2.501 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SUNSHINE PHARMACY (DG) <br> ATTN: GALINA LUTSKER <br> 1622 VOORHIES AVE, FL1 <br> 1622 VOORHIES AVE PHCY INC <br> BROOKLYN, NY 11235 |
| 2.502 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | SUPER CARE PHARMACY INC <br> ATTN: YU ZHENG WANG <br> 41-70 MAIN STREET <br> SUPER CARE PHARMACY INC <br> FLUSHING, NY 11355 |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    Page 84 of 102

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.503** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT SERVICES AGREEMENT <br><br> SYSTEMS MANAGEMENT/PLANNING <br> 1020 JOHN STREET <br> WEST HENRIETTA, NY 14586 |
| **2.504** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT <br><br> TAKEDA PHARMA AMERICA <br> ONE TAKEDA PARKWAY <br> DEERFIELD, IL 60015 |
| **2.505** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | UMBRELLA <br><br> THE HARTFORD <br> 277 PARK AVENUE <br> NEW YORK, NY 10172 |
| **2.506** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT <br><br> THE HOMETOWN PHARM GREENSBURG <br> ATTN: ROBERT EKIERT <br> 730 E. PITTSBURGH STREET <br> TADZIU, INC <br> GREENSBURG, PA 15601 |
| **2.507** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT <br><br> THE HOMETOWN PHARMACY BEAVER <br> ATTN: ROBERT EKIERT <br> 4969 TUSCARAWAS RD <br> HELALOZY, INC <br> BEAVER, PA 15009 |
| **2.508** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT <br><br> THE HOMETOWN PHARMACY MONACA <br> ATTN: ROBERT EKIERT <br> 3589 BRODHEAD RD <br> KETY, INC <br> MONACA, PA 15061 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.509 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE HOMETOWN PHARMACY <br> ATTN: ROBERT EKIERT <br> 2016 W. STATE STREET <br> ELEMEL, INC <br> NEW CASTLE, PA 16101 |
| 2.510 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE HOMETOWN PHCY BROOKFIELD <br> ATTN: ROBERT EKIERT <br> 7160 WARREN-SHARON ROAD <br> MATSTE, INC <br> BROOKFIELD, OH 44403 |
| 2.511 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE HOMETOWN PHCY COLUMBIANA <br> ATTN: ROBERT EKIERT <br> 1108 VILLAGE PLAZA <br> HEALME INC <br> COLUMBIANA, OH 44408 |
| 2.512 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE HOMETOWN PHCY GROVE CITY <br> ATTN: ROBERT EKIERT <br> 49 PINE GROVE PLAZA <br> ALOTAD, INC. <br> GROVE CITY, PA 16127 |
| 2.513 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE HOMETOWN PHCY HARMONY <br> ATTN: ROBERT EKIERT <br> 3 NORTHGATE PLAZA UNIT 2 <br> RTE 19 N. <br> HARMONY, PA 16037 |
| 2.514 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE HOMETOWN PHCY NEW CASTLE <br> ATTN: ROBERT EKIERT <br> 20 E. LAWRENCE STREET <br> STEMAT, INC. <br> NEW CASTLE, PA 16101 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.515 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE HOMETOWN PHCY POLAND<br>ATTN: ROBERT EKIERT<br>1135 W WESTERN RESERVE RD.<br>WANDAROO, INC.<br>POLAND, OH 44514 |
| 2.516 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE HOMETOWN PHCY STRUTHERS<br>ATTN: ROBERT EKIERT<br>655 CREED ST.<br>TADEK, INC<br>STRUTHERS, OH 44471 |
| 2.517 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE HOMETOWN PHCY YOUNGS<br>ATTN: ROBERT EKIERT<br>3623 S MERIDIAN RD<br>TADEK, INC.<br>YOUNGSTOWN, OH 44511 |
| 2.518 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE MEDICINE MINE INC.<br>ATTN: DAVID ANGELINI<br>555 ROUTE 88<br>CARMICHAELS, PA 15320 |
| 2.519 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE MEDICINE SHOPPE WASHINGTON<br>ATTN: CHRISTOPHER VERMILYA<br>400 JEFFERSON AVE<br>VERMILYA PHARMACIES, INC MED BLDING<br>WASHINGTON, PA 15301 |
| 2.520 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE MODERN CHEMIST LLC<br>ATTN: PARTHIV VORA<br>189 7TH AVENUE<br>KIDS RX BBRX 3<br>BROOKLYN, NY 11215 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE NEW PHARMACY, LLC ATTN: ADEBAYO ADENIRAN 4835 WOODLAND AVE THE NEW PHARMACY PHILADELPHIA, PA 19143 |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE OWEGO PHARMACY, INC. ATTN: JOHN P GATTO 1135 STATE RT. 17C OWEGO, NY 13827 |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE PHARMACY @ EVERGREEN ATTN: TRACY EICHELBERGER 206 S. ELMWOOD AVE. EHS, INC. BUFFALO, NY 14201 |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | THE PRESCRIPTION CENTER, INC. ATTN: MICHAEL RUANE 310 ADAMS AVE. SCRANTON, PA 18503 |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TILE PHARMACY ATTN: JOHN RUTOWSKI 1031 CLEVELAND DR J RUTOWSKI INC CHEEKTOWAGA, NY 14225 |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TITAN PHARMACY ATTN: PETER LEVIS 35-19 31ST AVE LEVRON, INC LONG ISLAND CITY, NY 11106 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.527 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TMC 191, LLC <br> ATTN: PARTHIV VORA <br> 191 4TH AVE <br> DBA: THE MODERN CHEMIST PHARMACY <br> BROOKLYN, NY 11217 |
| 2.528 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TODT HILL PHARMACY (DG) <br> ATTN: MAX LAKHTER <br> 2110-G RICHMOND ROAD <br> PHARMACY ON WHEELS <br> STATEN ISLAND, NY 10306 |
| 2.529 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | TOP NOTCH JANITORIAL SERVICES <br> 38 WILLHURST DRIVE <br> ROCHESTER, NY 14606 |
| 2.530 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TOTAL CARE PHARMACY INC. <br> ATTN: TONY SEMENTILLI <br> 4531 THIRD AVENUE <br> BRONX, NY 10458 |
| 2.531 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TOTAL CARE PHARMACYBX (CROSBY) <br> ATTN: TONY SEMENTILLI <br> 1721 CROSBY AVE <br> TOTAL CARE PHARMACY BX INC. <br> BRONX, NY 10461 |
| 2.532 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TOWNE DRUGS INC <br> ATTN: KENDALL J. MELEWSKY <br> 17 - 19 S CENTRE ST <br> POTTSVILLE, PA 17901 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.533 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | TOYOTALIFT NORTHEAST<br>820 PHILLIPS RD<br>PO BOX 10<br>VICTOR, NY 14564 |

| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | TOYOTALIFT NORTHEAST<br>820 PHILLIPS RD<br>PO BOX 10<br>VICTOR, NY 14564 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | IT SERVICES AGREEMENT | TRACELINK INC<br>200 QUANNAPOWITT PARKWAY<br>WAKEFIELD, MA 1880 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | RDC ALLIANCE CUSTOMER AGREEMENT | TRANSIT HILL PHARMACY<br>ATTN: STEVEN L. GIROUX<br>6344 TRANSIT RD<br>MODEN-GIROUX, INC<br>DEPEW, NY 14043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | CRIME | TRAVELERS<br>485 LEXINGTON AVE.<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | RDC ALLIANCE CUSTOMER AGREEMENT | TRENTON AVENUE PHARMACY<br>ATTN: CHINTAN SHAH<br>3803 VENTNOR AVENUE<br>HEALTHMART 1 INC.<br>ATLANTIC CITY, NJ 8401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | RDC ALLIANCE CUSTOMER AGREEMENT | TRI CARE PHARMACY (DG)<br>ATTN: GENE KUPERSCHMITDT<br>1811 KINGS HIGHWAY<br>MIG-RX CORP.<br>BROOKLYN, NY 11229 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.539 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TRILLIUM HEALTH (SCIENCE PKWY) ATTN: MARK MALAHOSKY 170 SCIENCE PKWY TRILLIUM HEALTH, INC. ROCHESTER, NY 14620 |
| 2.540 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TRILLIUM HEALTH INC. ATTN: MARK MALAHOSKY 259 MONROE AVE. THE PHARMACY AT TRILLIUM HEALTH ROCHESTER, NY 14607 |
| 2.541 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TRILLIUM HEALTH PHARMACY ATTN: MARK MALAHOSKY 259 MONROE AVE (1ST FLOOR) TRILLIUM HEALTH, INC. ROCHESTER, NY 14607 |
| 2.542 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | TRIS PHARMA 2031 US-130 MONMOUTH JUNCTION, NJ 08872 |
| 2.543 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | TRUE CARE PHARMACY ATTN: OMAR ABOUELNAS 556 ATLANTIC AVE PYRAMIDS HEALTH LLC BROOKLYN, NY 11217 |
| 2.544 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | TRUGREEN LAWNCARE 40 RIDGELAND ROAD PO BOX 22863 ROCHESTER, NY 14692-2863 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.545 **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | TU QUYNH PHARMACY INC. ATTN: TUNG T. TONG 230 GRAND ST. NEW YORK, NY 10013 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.546 **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | TUMINARO PHARMACY OTC ATTN: JEFFREY PAPO 800 RTE 82 SUITE A BUILDING 5 JND PHARMACY INC. HOPEWELL JUNCTION, NY 12533 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.547 **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | TUMINARO PHARMACY ATTN: JEFFREY PAPO 800 ROUTE 82 SUITE A BUILDING 5 JND PHARMACY INC. HOPEWELL JUNCTION, NY 12533 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.548 **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | TWIN PHARMACY 2 ATTN: CRISTOBAL OLIVIO 4073 -4075 BROADWAY TWIN PHARMACY 2 CORP. NEW YORK, NY 10032 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.549 **State what the contract or lease is for and the nature of the debtor's interest** | RDC ALLIANCE CUSTOMER AGREEMENT | TWINS PHARMACY ATTN: YRIS J. REYES 1538 ST. NICHOLAS AVE. TWIN PHARMACY CORP. NEW YORK, NY 10033 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.550 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | TXX TRANSPORTATION SERVICES 425 OSER AVENUE HAUPPAUGE, NY 11788 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | UNION CITY PHARMACY <br> ATTN: TOM REICHERT <br> 16395 RT 8 <br> BONTRAL, INC <br> UNION CITY, PA 16438 |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | UNION MEDICAL PHARMACY <br> ATTN: GREG NOTARO <br> 1769 ORCHARD PARK ROAD <br> BUFFALO CLINICAL SERVICES INC <br> WEST SENECA, NY 14224 |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | UNIVERSITY AVENUE PHARMACY <br> ATTN: DHANESH SHAH <br> 2465 UNIVERSITY AVE <br> GAYATRI PHARMACY, INC. <br> BRONX, NY 10468 |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | UPSTATE PHARMACY, LTD <br> ATTN: TED KUZNIAREK <br> 1900 N AMERICA DR <br> SUITE 100 <br> WEST SENECA, NY 14224 |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | UPTOWN CARE PHARMACY <br> ATTN: MIRIAM ILYAICH <br> 2254 2ND AVE <br> UPTOWN CARE PHARMACY <br> NEW YORK, NY 10029 |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | US PHARMACY & SURGICAL INC <br> ATTN: MOHAMMAD RAHMAN <br> 1259 FULTON STREET <br> BROOKLYN, NY 11216 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | VACCARE'S PHARMACY, INC<br>ATTN: ESTHER RAHL<br>110 N. MAIN STREET<br>GREENSBURG, PA 15601 |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | VALLEY PEST SERVICES LLC<br>29 LAKE TRAIL EAST<br>WAYNE, NJ 07470 |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | VALLEY PHARM & MED'L SPLS INC<br>ATTN: TAMMY RUZYCKI<br>31 WEST MAIN STREET<br>GOWANDA, NY 14070 |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | VALLEY PHARMACY SPRING VALLEY<br>ATTN: MOHAMMED D. HOSCH-BHRUIGH<br>45 KENNEDY DRIVE<br>AMARDESH INC.<br>SPRING VALLEY, NY 10977 |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | VALRX PHARMACY INC. (D.G.)<br>ATTN: VALERY FELDMAN<br>3007 FARRAGUT ROAD 1A<br>BROOKLYN, NY 11210 |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | VAN ERNST REFRIGERATION, INC.<br>A-1 COUNTRY CLUB ROAD<br>EAST ROCHESTER, NY 14445 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.563 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FLOOD INSURANCE COVERAGE | VELOCITY RISK UNDERWIRTERS 20 BURTON HILLS BLVD SUITE 350 NASHVILLE, TN 37215 |
| 2.564 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | VENOSAN NORTH AMERICA, INC. 300 INDUSTRIAL PARK AVE. ASHEBORO, NC 27205 |
| 2.565 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT | VERIZON WIRELESS ATTN: JAY BARNES, BA MANAGER 1275 JOHN STREET, SUITE 100 WEST HENRIETTA, NY 14586 |
| 2.566 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | VERIZON WIRELESS P. O. BOX 408 NEWARK, NJ 07101-0408 |
| 2.567 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT SERVICES AGREEMENT | VERIZON PO BOX 4833 TRENTON, NJ 08650-4833 |
| 2.568 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | VERREE PHARMACY ATTN: MITCHELL SPIVACK 7960 VERREE RD SPIVACK, INC. PHILADELPHIA, PA 19111 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.569** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | VERTICAL PHARMACEUTICALS 2500 MAIN STREET, SUITE 6 SAYREVILLE, NJ 08872 |
| **2.570** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | VILLAGE DRUG ATTN: TRACEY KNAPP 126 MAIN STREET WATER STREET PHARMACY, INC. PENN YAN, NY 14527 |
| **2.571** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | VILLAGE PHARMACY ATTN: NICK CHERVINSKY 537 SOUTH MAIN STREET N. & N. VILLAGE PHARMACY, INC. CENTRAL SQUARE, NY 13036 |
| **2.572** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | VILLAGE PHARMACY ATTN: RANDOLPH WEAVER 7181 STATE ROUTE 54 BATH, NY 14810 |
| **2.573** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT SERVICES AGREEMENT | VISION SOLUTIONS 15300 BARRANCA PARKWAY IRVINE, CA 92618 |
| **2.574** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | VIVUS, INC. 745 AIRPORT RD LAKEWOOD TOWNSHIP, NJ 08701 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WANAKAH PHARMACY INC. ATTN: JOHN RUTOWSKI 4923 S LAKESHORE ROAD J. RUTKOWSKI OF WANAKAH, INC. HAMBURG, NY 14075 |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WARREN'S JEFFERSON AVE PHA ATTN: MOHAMMED CHIPPA 595 JEFFERSON AVE CHHIPA ENTERPRISES INC ROCHESTER, NY 14611 |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WASHINGTONVILLE PHARMACY INC ATTN: MARK FREITAS 6 DEPOT ST SUITE 105 WASHINGTONVILLE, NY 10992 |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** **List the contract number of any government contract** | WASTE MANAGEMENT ROCHESTER NY P.O. BOX 830003 BALTIMORE, MD 21283-0003 |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WATER STREET PHARMACY INC ATTN: TRACEY KNAPP 14 WATER STREET DUNDEE, NY 14837 |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WAVERLY PHARMACY ATTN: DON SASSMAN 443 CAYUTA AVENUE CRYSTAL CITY APOTHECARY LLC WAVERLY, NY 14892 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RDC ALLIANCE CUSTOMER AGREEMENT | WAYNE-CLIFTON PHARMACY, INC<br>ATTN: GARY CARNEVALE<br>4 COULTER ROAD<br>CLIFTON SPRINGS, NY 14432 |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | WEBER PACKAGING SOLUTIONS, INC<br>71 WEST ALGONQUIN ROAD<br>ARLINGTON HEIGHTS, IL 60005-4457 |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RDC ALLIANCE CUSTOMER AGREEMENT | WELCARE PHARMACY (DG)<br>ATTN: IGOR FELDMAN<br>54 GRAHAM AVE<br>WELCARE DRUG STORE INC.<br>BROOKLYN, NY 11206 |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RDC ALLIANCE CUSTOMER AGREEMENT | WELLAID PHARMACY<br>ATTN: BHAWNA ZUTSHI<br>21 S COBBS CREEK PKWY<br>WELLAID, INC.<br>PHILADELPHIA, PA 19139 |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RDC ALLIANCE CUSTOMER AGREEMENT | WELLCARE PHARMACY 2<br>ATTN: MARK LIU<br>1550 PRATT STREET         FLOOR 1<br>PHILADELPHIA, PA 19124 |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RDC ALLIANCE CUSTOMER AGREEMENT | WELLCARE PHARMACY 3<br>ATTN: ZENGXING LI<br>3621 N BROAD ST<br>WELLCARE PHARMACY 3 LLC<br>PHILADELPHIA, PA 19140 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.587** **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WELLCARE PHARMACY ATTN: ZENGXING LI 2220 COTTMAN AVE FL 1 PHILADELPHIA, PA 19149 |
| **2.588** **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WESTFIELD COMMUNITY PHARMACY ATTN: GREG NELSON 55-57 EAST MAIN ST PROFESSIONAL COMM PHARMACIES, INC WESTFIELD, NY 14787 |
| **2.589** **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WESTMONT DRUG STORE ATTN: MIKE GNAGEY 1741 GOUCHER STREET JOHNSTOWN, PA 15905 |
| **2.590** **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WHITE OAKS PHARMACY ATTN: DANIEL PALOMMELLA 800 STATE ROAD CROYDON, PA 19021 |
| **2.591** **State what the contract or lease is for and the nature of the debtor's interest** RDC ALLIANCE CUSTOMER AGREEMENT **State the term remaining** **List the contract number of any government contract** | WHITEMARSH PHARMACY ATTN: SHERRY LEON 553 GERMANTOWN PIKE CHESTNUT HILL DISC. PHCY RAO GRP LAFAYETTE HILL, PA 19444 |
| **2.592** **State what the contract or lease is for and the nature of the debtor's interest** AMENDED, REAFFIRMED AND RESTATED SECURITY AGREEMENT DTD 5/19/2015 **State the term remaining** **List the contract number of any government contract** | WHITE'S HEALTH CARE ENTERPRISES, INC. D/B/A WHITE'S PHARMACY 60A SOUTH STREET MORRISTOWN, NJ 07960 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLEDGE AND SECURITY AGREEMENT DTD 5/19/2015 | WHITE'S HEALTH CARE ENTERPRISES, INC.<br>D/B/A WHITE'S PHARMACY<br>60A SOUTH STREET<br>MORRISTOWN, NJ 07960 |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | WHYSONG'S PHARMACY<br>ATTN: DAVID N. WHYSONG<br>4186 CORTLAND DRIVE<br>WEISSANG, INC.<br>NEW PARIS, PA 15554 |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | WICKAPECKO PHARMACY<br>ATTN: MARK J PYATAK<br>1409 WICKAPECKO DRIVE<br>2 M HOLDINGS LP<br>OCEAN, NJ 7712 |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | WINDSTREAM<br>P.O. BOX 3177<br>CEDAR RAPIDS, IA 52406 |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | WOLCOTT PHARMACY<br>ATTN: DARREN PYNN<br>12018 E. MAIN ST<br>WAYNE LTC PHARMACY INC.<br>WOLCOTT, NY 14590 |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT | WOLTERS KLUWER HEALTH, INC.<br>8425 WOODFIELD CROSSING BLVD<br>SUITE 490<br>INDIANAPOLIS, IN 46240 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.599** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | WORLDWIDE EXPRESS<br>19015 PERRY HIGHWAY<br>MARS, PA 16046 |
| **2.600** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | WURLITZER FAMILY PHARMACY<br>ATTN: STEVEN L. GIROUX<br>521 DIVISION ST<br>WURLITZER FAMILY PHARM, INC<br>NORTH TONAWANDA, NY 14120 |
| **2.601** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | YORK WELLNESS PHARMACY LLC<br>ATTN: JAY VENNAM<br>605 S GEORGE STREET<br>SUITE 130<br>YORK, PA 17401 |
| **2.602** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | YORKTOWN PHARMACY<br>ATTN: RAJENDER VENKAI<br>1905 COMMERCE ST<br>ARSHA PHARMACY CORP.<br>YORKTOWN HEIGHTS, NY 10598 |
| **2.603** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | YORKVILLE DRUG STORE<br>ATTN: BONNIE LEE BOBBS<br>1824 WEST MARKET STREET<br>POTTSVILLE, PA 17901 |
| **2.604** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | YOUNG'S PHARM & GEN STORE LLC<br>ATTN: MILLER YOUNG<br>1636 BURDEN LAKE RD<br>AVERILL PARK, NY 12018 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.605 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RDC ALLIANCE CUSTOMER AGREEMENT | ZOYA PHARMACY INC<br>ATTN: MAHENDAR OCHAN<br>1527 PITKIN AVENUE<br>BROOKLYN, NY  11212 |
| 2.606 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY MANAGEMENT AGREEMENT/DISTRIBUTION SERVICE AGREEMENT | ZYLA CORPORATION<br>600 LEE ROAD<br>SUITE 100<br>WAYNE, PA  19087 |

**Fill in this information to identify the case:**

Debtor    Rochester Drug Co-Operative, Inc.

United States Bankruptcy Court for the:   Western District of New York

Case number   20-20230
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors      4/19

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| 1. | **Does the debtor have any codebtors?** |
| | ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes. |

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1   SOURCE ONE SERVICES, INC. | 50 JETVIEW DRIVE ROCHESTER, NY  14624 | M&T BANK | ☑ D<br>☐ E/F<br>☐ G |

Case 2-20-20230-PRW,   Doc 105,   Filed 03/27/20,   Entered 03/27/20 16:52:19,
Description: Main Document  , Page 294 of 295

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

04/19

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Delcaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/27/2020      ✘ /s/ John T. Kinney
     MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              John T. Kinney
                              Printed name

                              CEO and CFO
                              Position or relationship to debtor