UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re                                                    Chapter 11

    Rochester Drug Cooperative, Inc.                    Case No. 20-20230

                       Debtor.

_____

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

       Pursuant to §1102 of the Bankruptcy Code, the following creditors of the above-captioned debtor, being among the largest unsecured claimants and being willing to serve, are hereby appointed to the Committee of Unsecured Creditors:

       **SEE ATTACHED LIST**

DATED:    April 7, 2020         WILLIAM K. HARRINGTON
                                UNITED STATES TRUSTEE

                              By:   */s/Kathleen D. Schmitt*
                              Kathleen Dunivin Schmitt
                              Assistant United States Trustee
                              Federal Office Building
                              100 State Street, Room 4180
                              Rochester, New York 14614
                              (585) 263-5706

cc:    Debtor
       Debtor's Attorney
       Members of Committee
       Notices of Appearance

Dena and Anthony Nardolillo
19 Long Pond Rd.
Coventry, Rhode Island 02816
(401) 572-2687
nardolillodena@gmail.com


Novo Nordisk
Attn:   Christine Ann Lozier
800 Scudders Mill Rd
Plainsboro Township, NJ 08536
(609) 786-5181
ctlz@novonordisk.com


Matt Pendley
2105 Nelish Court
Independence, KY 41051
(513) 204-1242
(513) 204-1254 FAX
m.pendley@prasco.com


Dr. Eric Hestrup
630-788-7990
ehestrup@gmail.com


Rising Pharma Holdings
Attn: Dipesh Patel
2 Tower Center Boulevard, Suite 1401
East Brunswick, NJ 08816
(908) 296-0998
dpatel@risingpharma.com