# CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

Pursuant to the Court's Amended Administrative Procedures, on May 12, 2020, in addition to service via the Court's ECF system, I served the foregoing *Application of the Official Committee Of Unsecured Creditors of the Debtor to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective April 9, 2020* upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via First Class US Mail upon the party set forth on the service list annexed hereto as **Exhibit 2**.

I declare under penalty of perjury, under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on May 12, 2020 at New York, New York.

                                        */s/ La Asia S. Canty*
                                        La Asia S. Canty

DOCS_DE:228212.1 75015/002

Case 2-20-20230-PRW,    Doc 302-3,    Filed 05/12/20,    Entered 05/12/20 18:42:44,
Description: Certificate of Service , Page 1 of 8

# EXHIBIT 1

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ABBVIE US LLC | ATTN: NANCY CHRISTIAN | NANCY.CHRISTIAN@ABBVIE.COM |
| ALLERGAN SALES LLC | ATTN: JACK LEWIS | JACK.LEWIS@ALLERGAN.COM |
| AMGEN, INC. | ATTN: ANDREW SEIDL | ASEIDL@AMGEN.COM |
| ASTRAZENECA LP | ATTN: RAUL MATEI | RAUL.MATEI@ASTRAZENECA.COM |
| BALLARD SPAHR LLP | ATTN TOBEY M DALUZ, CHANTELLE D MCCLAMB | daluzt@ballardspahr.com;mcclambc@ballardspahr.com |
| BAUSCH HEALTH US, LLC. | ATTN: STEPHANIE REID | STEPHANIE.REID@BAUSCHHEALTH.COM |
| BOEHRINGER INGELHEIM PHARM. INC. | ATTN: BRITTANY CRONIN | BRITTANY.CRONIN@BOEHRINGER-INGELHEIM.COM |
| BORGES & ASSOCIATES, LLC | ATTN WANDA BORGES,ESQ & SUE L CHIN, ESQ | bankruptcy@borgeslawllc.com |
| BORGES & ASSOCIATES, LLC | ATTN WANDA BORGES, ESQ.; SUE L. CHIN, ESQ. | bankruptcy@borgeslawllc.com |
| BOUSQUET HOLSTEIN PLLC | ATTN ROBERT K. WEILER, ESQ. | rweiler@bhlawpllc.com |
| BRISTOL-MYERS SQUIBB COMPANY | ATTN: RHONDA NANTAIS | RHONDA.NANTAIS@BMS.COM |
| CARTER LEDYARD & MILBURN LLP | ATTN AARON R CAHN | Bankruptcy@clm.com |
| CONSOVOY MCCARTHY PLLC | ATTN J.MICHAEL CONNOLLY | mike@consovoymccarthy.com |
| FRANKGECKER LLP | ATTN JOSEPH D. FRANK, JEREMY C. KLEINMAN | jfrank@fgllp.com;jkleinman@fgllp.com |
| FROST BROWN TODD LLC | ATTN RONALD E GOLD | rgold@fbtlaw.com |
| FROST BROWN TODD LLC | ATTN RONALD E. GOLD | rgold@fbtlaw.com |
| GIBBONS P.C. | ATTN MARK B. CONLAN, ESQ. | mconlan@gibbonslaw.com |
| GIBBONS P.C. | ATTN ROBERT K. MALONE | rmalone@gibbonslaw.com |
| GILEAD SCIENCES, INC. | ATTN: GRACE DUNLAP | GRACE.DUNLAP@GILEAD.COM |
| GLAXOSMITHKLINE | ATTN: PAOLA CALVO CUBERO | PAOLA.M.CALVO@GSK.COM |
| GOODWIN PROCTER LLP | ATTN KISSY L JARASHOW | kjarashow@goodwinlaw.com |
| GOODWIN PROCTOR LLP | ATTN WILLIAM P WEINTRAUB & ARTEM SKOROSTENSKY | wweintraub@goodwinlaw.com;askorostensky@goodwinlaw.com |
| HORIZON MEDICINES LLC | ATTN: ANDREEA KELLIS | AKELLIS@HORIZONTHERAPEUTICS.COM |
| HORIZON PHARMA USA, INC. | ATTN: ANDREEA KELLIS | AKELLIS@HORIZONTHERAPEUTICS.COM |
| JANSSEN PHARMACEUTICA, L.P. | ATTN: DACKMARY RIVERA | DRIVER13@ITS.JNJ.COM |
| KELLER LENKNER LLC | ATTN: ASHLEY KELLER | ack@kellerlenkner;sam@kellerlenkner.com |
| KURZMAN EISENBERG CORBIN & LEVER, LLP | ATTN: BRUCE W. BIEBER, ESQ. | bbueber@kelaw.com |
| LANDAU LAW LLP | ATTN RODGER M LANDAU, ESQ | rlandau@landaufirm.com |
| LEMERY GREISLER LLC | ATTN: MEGHAN M. BREEN, ESQ. | mbreen@lemerygreisler.com |

DOCS_DE:228212.1 75015/002

Case 2-20-20230-PRW, Doc 302-3, Filed 05/12/20, Entered 05/12/20 18:42:44, Description: Certificate of Service , Page 2 of 8

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LUSKIN, STERN & EISLER LLP | ATTN MICHAEL LUSKIN, ESQ | luskin@lsellp.com |
| LUSKIN, STERN & EISLER LLP | ATTN ALEX TALESNICK, ESQ. | talesnick@lsellp.com |
| M&T BANK | ATTN: CAROLL A. FARRAR | CFARRAR@MTB.COM |
| MERCK & COMPANY, INC. | ATTN: ANDREA CHAVARRIA | ANDREA.CHAVARRIA@MERCK.COM |
| MISSOURI DEPARTMENT OF REVENUE | ATTN STEVEN A GINTHER | wdny@dor.mo.gov |
| MORGAN & MORGAN | ATTN JUAN R MARTINEZ | juanmartinez@forthepeople.com |
| MORGAN & MORGAN | ATTN JAMES YOUNG | jyoung@forthepeople.com |
| NOVARTIS PHARMACEUTICALS CORP. | ATTN: KATHLEEN DAY | KATHLEEN.DAY@NOVARTIS.COM |
| NOVO NORDISK INC. | ATTN: THOMAS SZOLD | TSSZ@NOVONORDISK.COM |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | ATTN LOUIS J TESTA, ESQ | Louis.Testa@ag.ny.gov |
| PHARMACEUTICAL DIV. OF PFIZER | ATTN: ALLYSON RASSOULI | ALLYSON.RASSOULI@PFIZER.COM |
| PRASCO LLC | ATTN: MATT PENDLEY | M.PENDLEY@PRASCO.COM |
| SANOFI AVENTIS US LLC | ATTN: BETH LINDENMUTH | BETH.LINDENMUTH@SANOFI.COM |
| STEVENS & LEE, P.C. | ATTN: NICHOLAS F. KAJON | nfk@stevenslee.com;iscp@stevenslee.com |
| TEVA PHARMACEUTICAL USA | ATTN: MIKE DORSEY | MICHAEL.DORSEY@TEVAPHARM.COM |
| UNITED STATES ATTORNEY'S OFFICE | ATTN: KATHRYN L. SMITH | Kathryn.L.Smith@usdoj.gov |
| UNITED STATES DEPT OF JUSTICE CIVIL DIV. | ATTN RUTH A HARVEY, MARGARET M NEWELL | mary.schmergel@usdoj.gov |
| UNITED STATES OF AMERICA | ATTN: JEFFREY K. POWELL, ESQ. | JEFFREY.POWELL@USDOJ.GOV |
| UNITED STATES OF AMERICA | ATTN: LOUIS A. PELLEGRINO, ESQ. | LOUIS.PELLEGRINO@USDOJ.GOV |
| WINDELS MARX LANE & MITTENDORF, LLP | ATTN ALAN NISSELSON, EDMUND B TROYA, | anisselson@windelsmarx.com;lbarr@windelsmarx.com;etroya@windelsmarx.com |
| WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER, ESQ. | tlyster@woodsoviatt.com |

# EXHIBIT 2

**Service by First Class U.S. Mail**

| | |
|---|---|
| CAPITAL TAX COLLECTION BUREAU<br>PENNSYLVANIA LOCAL TAX<br>PERRY COUNTY OFFICE<br>506 S STATE RD.<br>MARYSVILLE, PA 17053 | COMPTROLLER OF MARYLAND<br>MARYLAND INCOME TAX<br>REVENUE ADMINISTRATION DIVISION<br>110 CARROLL STREET<br>ANNAPOLIS, MD 21411-0001 |
| CONNECTICUT DEPARTMENT OF LABOR<br>EMPLOYMENT SECURITY DIVISION<br>200 FOLLY BROOK BOULEVARD<br>WETHERSFIELD, CT 06109 | CONNECTICUT LICENSE SERVICES DIVISION<br>165 CAPITOL AVENUE<br>HARTFORD, CT 06106 |
| DEPARTMENT OF REVENUE SERVICES<br>CONNECTICUT WITHHOLDING TAX<br>450 COLUMBUS BOULEVARD<br>HARTFORD, CT 06103 | DHMH - DRUG CONTROL<br>4201 PATTERSON AVENUE<br>BALTIMORE, MD 21215 |
| DRUG ENFORCEMENT ADMINISTRATION<br>ATTN: REGISTRATION SECTION/DRR<br>P.O. BOX 2639<br>SPRINGFIELD, VA 22152-2639 | DRUG ENFORCEMENT ADMINISTRATION<br>FEDERAL BUILDING, 12TH FLOOR<br>230 SOUTH DEARBORN, STREET, SUITE 1200<br>CHICAGO, IL 60604 |
| DRUG ENFORCEMENT ADMINISTRATION<br>ATTN: MICHAEL D. MULLER, SPECIAL AGENT<br>NEW YORK FIELD DIVISION<br>99 10TH AVENUE<br>NEW YORK, NY 10011 | FLORIDA DEPARTMENT OF REVENUE<br>5050 WEST TENNESSEE STREET<br>TALLAHASSEE, FL 32399-0180 |
| Craig Goldblatt<br>Isley Gostin<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 | FTI CONSULTING<br>ATTN: JAN NAIFEH, SENIOR MANAGING DIRECTOR<br>155 FRANKLIN ROAD, SUITE 210<br>BRENTWOOD, TN 37027 |
| GATES-CHILI CENTRAL SCHOOL DISTRICT<br>3 SPARTAN WAY<br>ROCHESTER, NY 14624 | HYMAN, PHELPS AND MCNAMARA, P.C.<br>ATTN: LARRY K. HOUCK<br>700 13TH STREET, N.W.<br>SUITE 1200<br>WASHINGTON, DC 20005 |

Case 2-20-20230-PRW, Doc 302-3, Filed 05/12/20, Entered 05/12/20 18:42:44, Description: Certificate of Service, Page 4 of 8

DOCS_DE:228212.1 75015/002

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>INSOLVENCY GROUP I<br>NIAGARA CENTER, 2ND FLOOR<br>130 S. ELMWOOD AVENUE<br>BUFFALO, NY 14202 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE<br>600 ARCH STREET<br>PHILADELPHIA, PA 19106 | JANSSEN PHARMACEUTICA, L.P.<br>ATTN: DACKMARY RIVERA<br>1125 TRENTON-HARBOURTON ROAD<br>TITUSVILLE, NJ 08560 |
| KANSAS DEPARTMENT OF REVENUE<br>CORPORATE INCOME TAX<br>915 SW HARRISON ST<br>TOPEKA, KS 66612-1588 | MANUFACTURERS & TRADERS TRUST COMPANY<br>ATTN: JAMES B. HALLOCK, SPECIAL ASSETS<br>501 MERRITT 7, FIFTH FLOOR<br>NORWALK, CT 06854 |
| MINNESOTA DEPARTMENT OF REVENUE<br>MINNESOTA INCOME TAX<br>MAIL STATION 1250<br>ST. PAUL, MN 55145-1250 | MISSOURI DEPARTMENT OF REVENUE<br>MISSOURI INCOME TAX<br>HARRY S. TRUMAN STATE OFFICE BUILDING<br>301 WEST HIGH STREET<br>JEFFERSON CITY, MO 65101 |
| NEW JERSEY DEPARTMENT OF HEALTH<br>135 EAST STATE STREET, FLOOR 1<br>TRENTON, NJ 08625 | NEW JERSEY DIVISION OF TAXATION<br>NEW JERSEY INCOME TAX<br>50 BARRACK ST.<br>TRENTON, NJ 08608 |
| NEW JERSEY DIVISION OF TAXATION<br>NEW JERSEY SALES AND USE TAX<br>PO BOX 193<br>TRENTON, NJ 08646-0193 | NEW JERSEY STATE UNEMPLOYMENT INSURANCE<br>DEPARTMENT OF LABOR<br>DIVISION OF PROGRAMS<br>P.O. BOX 058<br>TRENTON, NJ 08625-0058 |
| NEW JERSEY WITHHOLDING TAX<br>NEW JERSEY DIVISION OF REVENUE<br>P.O. BOX 252<br>TRENTON, NJ 08625-0058 | NEW YORK DEPT. OF FINANCE<br>W.A. HARRIMAN CAMPUS, B8<br>RM 700<br>ALBANY, NY 12227 |
| NEW YORK DEPT. OF FINANCE<br>W.A. HARRIMAN CAMPUS, B8<br>BLDG 9 RM 449<br>ALBANY, NY 12227 | NEW YORK STATE DEPARTMENT OF HEALTH<br>BUREAU OF NARCOTICS<br>ATTN: MICHELE R. MULLOY<br>RIVERVIEW CENTER, 150 BROADWAY<br>ALBANY, NY 12204 |

Case 2-20-20230-PRW, Doc 302-3, Filed 05/12/20, Entered 05/12/20 18:42:44, Description: Certificate of Service , Page 5 of 8

DOCS_DE:228212.1 75015/002

| | |
|---|---|
| NEW YORK STATE DEPARTMENT OF LABOR<br>STATE OFFICE CAMPUS<br>BUILDING #12, ROOM 256<br>ALBANY, NY 12240 | NEW YORK STATE DEPARTMENT OF LABOR -<br>BUS. SERVICES<br>ATTN: REGENNA DARRAH<br>276 WARING ROAD, ROOM 100<br>ROCHESTER, NY 14609 |
| NEW YORK STATE EDUCATION DEPARTMENT<br>89 WASHINGTON AVENUE<br>2ND FLOOR WEST<br>ALBANY, NY 12234 | NEW YORK STATE EDUCATION DEPARTMENT<br>89 WASHINGTON AVENUE<br>2ND FLOOR WEST<br>ALBANY, NY 12234 |
| NEW YORK STATE EDUCATION DEPARTMENT<br>DIVISION OF PROFESSIONAL EDUCATION<br>BUREAU OF COMPARATIVE EDUCATION<br>89 WASHINGTON AVENUE 2ND FLOOR WEST<br>ALBANY, NY 12234 | NORTH CAROLINA STATE UNEMPLOYMENT<br>INSURANCE<br>DIVISION OF EMPLOYMENT SECURITY<br>P.O. BOX 26504<br>RALEIGH, NC 27611 |
| NORTH CAROLINA WITHHOLDING TAX<br>DEPARTMENT OF REVENUE<br>P.O. BOX 25000<br>RALEIGH, NC 27640 | NYS DEPARTMENT OF TAXATION & FINANCE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 5300<br>ALBANY, NY 12205 |
| NYS WORKERS' COMPENSATION BOARD<br>ATTN: SEAN BREEN<br>PRINCIPAL WORKERS' COMP. EXAMINER<br>OFFICE OF SELF-INSURANCE<br>328 STATE STREET<br>SCHENECTADY, NY 12305 | OFFICE OF THE NYS ATTORNEY GENERAL<br>144 EXCHANGE BOULEVARD<br>ROCHESTER, NY 14614 |
| OFFICE OF THE NYS ATTORNEY GENERAL<br>ATTN: DAVID E. NACHMAN, ESQ.<br>28 LIBERTY STREET<br>NEW YORK, NY 10005 | OFFICE OF THE NYS ATTORNEY GENERAL<br>LITIGATION BUREAU, BANKRUPTCY UNIT<br>THE CAPITOL<br>ALBANY, NY 12224-0341 |
| OFFICE OF THE U.S. TRUSTEE<br>ATTN: KATHLEEN D. SCHMITT, ESQ.<br>FEDERAL OFFICE BUILDING<br>100 STATE STREET, ROOM 6090<br>ROCHESTER, NY 14614 | OHIO DEPARTMENT OF TAXATION<br>OHIO WITHHOLDING TAX<br>4485 NORTHLAND RIDGE BLVD.<br>COLUMBUS, OH 43229 |
| OHIO STATE UNEMPLOYMENT INSURANCE<br>OHIO DEPARTMENT OF JOB & FAMILY<br>SERVICES<br>CONTRIBUTION SECTION<br>4020 E. 5TH AVE<br>COLUMBUS, OH 43219-1811 | PENNSYLVANIA DEPARTMENT OF HEALTH<br>DRUG AND DEVICE PROGRAM<br>FORUM PLACE 555 WALNUT ST, 7TH FLOOR<br>HARRISBURG, PA 17101 |

Case 2-20-20230-PRW, Doc 302-3, Filed 05/12/20, Entered 05/12/20 18:42:44, Description: Certificate of Service , Page 6 of 8

DOCS_DE:228212.1 75015/002

| | |
|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>PENNSYLVANIA INCOME TAX<br>WALNUT ST.<br>HARRISBURG, PA 17128 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>PENNSYLVANIA INCOME TAX<br>P.O. BOX 280706<br>HARRISBURG, PA 17128 |
| PENNSYLVANIA STATE UNEMPLOYMENT<br>INSURANCE<br>DEPARTMENT OF LABOR AND INDUSTRY<br>OFFICE OF UC TAX SERVICES<br>LABOR AND INDUSTRY BUILDING<br>651 BOAS ST.<br>HARRISBURG, PA 17121 | PHARMACEUTICAL DIV. OF PFIZER<br>ATTN: ALLYSON RASSOULI<br>235 EAST 42ND STREET<br>NEW YORK, NY 10017 |
| ROCHESTER DRUG COOPERATIVE, INC.<br>C/O DANIEL W. COLLINS, ESQ.<br>HARTER, SECREST & EMERY, LLP<br>1600 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604-2711 | STATE OF DELAWARE<br>CANNON BUILDING<br>861 SILVERLAKE BLVD, SUITE 203<br>DOVER, DE 19904 |
| STATE OF MARYLAND BOARD OF PHARMACY<br>WELLS FARGO BANK<br>ATTN: STATE OF MD BOARD OF PHARMACY<br>LOCKBOX 2051<br>7175 COLUMBIA GATEWAY DR.<br>COLUMBIA, MD 21046 | STATE OF NEW YORK<br>89 WASHINGTON AVENUE 2ND FLOOR WEST<br>ALBANY, NY 12234 |
| STATE OF OHIO<br>77 S HIGH STREET, ROOM 1702<br>COLUMBUS, OH 43215 | STATE OF VERMONT BOARD OF PHARMACY<br>OFFICE OF PROFESSIONAL REGULATION<br>89 MAIN STREET, 3RD FLOOR<br>MONTPELIER, VT 05620-3402 |
| TENNESSEE DEPARTMENT OF REVENUE<br>TENNESSEE INCOME TAX<br>ANDREW JACKSON STATE OFFICE BUILDING<br>500 DEADERICK ST.<br>NASHVILLE, TN 37242 | THE INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| THE JEFF ELLER GROUP, LLC<br>ATTN: JEFF ELLER<br>3112 WINDSOR ROAD, #138<br>AUSTIN, TX 78703 | TOWN OF CHILI<br>3333 CHILI AVENUE<br>ROCHESTER, NY 14624 |
| TOWNSHIP OF FAIRFIELD<br>230 FAIRFIELD ROAD<br>FAIRFIELD, NJ 07004 | TREASURER - STATE OF MAINE<br>76 NORTHERN AVENUE<br>GARDINER, ME 04345 |

Case 2-20-20230-PRW, Doc 302-3, Filed 05/12/20, Entered 05/12/20 18:42:44, Description: Certificate of Service, Page 7 of 8

DOCS_DE:228212.1 75015/002

| | |
|---|---|
| TREASURER - STATE OF NEW HAMPSHIRE<br>PHILBROOK CENTER<br>121 SOUTH FRUIT STREET<br>CONCORD, NH 03301 | U.S. DEPARTMENT OF LABOR<br>FEDERAL BUILDING<br>100 STATE STREET, SUITE 4190<br>ROCHESTER, NY 14614 |
| US ATTORNEY'S OFFICE<br>WESTERN DISTRICT OF NEW YORK<br>100 STATE STREET, SUITE 500<br>ROCHESTER, NY 14614 | US FOOD AND DRUG ADMINISTRATION<br>10903 NEW HAMPSHIRE AVE<br>SILVER SPRING, MD 20993-0002 |

Case 2-20-20230-PRW, Doc 302-3, Filed 05/12/20, Entered 05/12/20 18:42:44, Description: Certificate of Service , Page 8 of 8

DOCS_DE:228212.1 75015/002