*handwritten: PJ $25 / 5/22/2020 / #12468*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

---

In re: **Rochester Drug Cooperative, Inc.**  Case # **2-20-20230-PRW**

Debtor  Chapter **11**

---

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E) (2)

*Transferor:*
**Tolmar, Inc.
ATTN: Jeff Lederman / CFO
701 Centre Avenue
Fort Collins, CO 80526
Phone 970- 212-4500**

*Transferee:*
**JM Partners LLC
ATTN: John Marshall / Mng Mbr
6800 Paragon Place   Suite 202
Richmond, VA  23230-1656
Phone: 804-285-0807**

*The claim in the amount of* **$ 33,781.10** *against the Debtor has been transferred.*

No action is required if you do not object to the Transfer of the claim. However, IF YOU OBJECT TO THE TRANSFER OF THE CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    USBC Western District of New York
    ATTN: Clerk of the Court
    100 State Street
    Rochester, NY 14614

    SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

*[FILED stamp: MAY 2 1 2020 BANKRUPTCY COURT ROCHESTER, NY]*

If you filed an objection, a hearing will be scheduled. If your objection is not timely filed, then the Transferee will be substituted as the Claimant.

_____
**Jeff Lederman / CFO
For: Transferor**

_____
John J. Marshall / Managing Member
JM Partners LLC / Transferee

**FOR CLERKS OFFICE USE ONLY:**

This notice was mailed to the first party by first class postage prepaid mail on:_____

Copy: (check) Claims Agent _____   Transferee _____   Debtor's Attorney _____

_____
Clerk

# JM Partners LLC
## 6800 Paragon Place   Suite 202
## Richmond, VA  23230-1656

Phone   804-285-0807
Fax     804-452-7492

Email JMarshall@JMPartnersLLC.com

May 16, 2020

USBC Western District of New York
ATTN: Clerk of the Court
100 State Street
Rochester, NY 14614

    RE:    JMP File # 7NY-0054w Rochester Drug Cooperative, Inc.

Gentlemen –

Please find enclosed a Notice of Transfer of Claim – and the accompanying $25.00 fee for filing same - relating to:

| | |
|---|---|
| Case Number | 20-20230 |
| Debtor | Rochester Drug Cooperative, Inc. |
| Creditor / Claimant | JM Partners LLC as Assignee of **Tolmar, Inc.** |
| Amount | **$ 33,781.10** |

With respect to Notice of this action: *I hereby certify that a true and correct copy of the Notice of Transfer of Claim was provided on the date first referenced above*, via postage prepaid first class US Mail to the following parties of interest:

*Transferor:*
**Tolmar, Inc.**
**ATTN: Jeff Lederman / CFO**
**701 Centre Avenue**
**Fort Collins, CO 80526**
**Phone 970- 212-4977**

*Debtor:*
**Rochester Drug Cooperative, Inc.**
**P.O. Box 24389**
**Rochester, NY 14624-0389**

*Claim's Agent:*
**Rochester Drug Cooperative, Inc.**
**c/o Epiq Corporate Restructuring LLC**
**PO Box 4420**
**Beaverton, CO 97076-4420**

*Debtor's Counsel:*
**Bond, Schoeneck & King, PLLC**
**One Lincoln Center**
**Syracuse, NY 13202-1355**

Very truly yours,

John J. Marshall
Managing Member



FILED MAY 21 2020 BANKRUPTCY COURT ROCHESTER, NY