# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 2–20–20230–PRW |
| Rochester Drug Cooperative, Inc. | Chapter: 11 |
| | Tax ID: 16–0729574 |
| Debtor(s) | |

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

TO:
    TOLMAR INC
    701 CENTRE AVENUE
    FORT COLLINS, CO 80526

Claim No. 37 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on May 26, 2020.

**Name & Address of Alleged Transferor:**

TOLMAR INC
701 CENTRE AVENUE
FORT COLLINS, CO 80526

**Name & Address of Transferee:**

JM Partners LLC 6800 Paragon Place, Suite 202 Richmond, VA 23230–1656

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty–one (21) days** of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: May 26, 2020

Lisa Bertino Beaser
Clerk of Court

Form trcE2a/Doc 337
www.nywb.uscourts.gov