# EXHIBIT 1

United States Bankruptcy Court for the Western District of New York
Rochester Drug Co-Operative, Inc. Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

Name of Debtor: Rochester Drug Co-Operative, Inc.
Case Number: 20-20230

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

For Court Use Only

# ADMINISTRATIVE EXPENSE PROOF OF CLAIM

04/16

This form is for making an Administrative Expense Claim for payment in a bankruptcy case.
NOTE: This form should be used only by claimants asserting an Administrative Expense Claim arising <u>on or after</u> March 12, 2020. IT SHOULD NOT BE USED FOR CLAIMS ARISING BEFORE MARCH 12, 2020 AND SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO TREATMENT IN ACCORDANCE WITH 11 U.S.C. § 503. **Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:** Identify the Claim

1. Who is the current creditor?
Name of the current creditor (the person or entity to be paid for this claim): _____

Other names the creditor used with the debtor: _____

2. Has this claim been acquired from someone else?  ☐ No  ☐ Yes.  From whom? _____

3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_____
Name

_____
Number     Street

_____
City           State        Zip Code

Country (if International): _____

Contact phone: _____

Contact email: _____

Where should payments to the creditors be sent?
(if different)

_____
Name

_____
Number     Street

_____
City           State        Zip Code

Country (if International): _____

Contact phone: _____

Contact email: _____

4. Does this claim amend one already filed?

☐ No

☐ Yes.   Claim number on court claims register (if known)

_____

Filed on

_____
       MM  / DD  / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?

☐ No

☐ Yes.  Who made the earlier filing?

_____

| Part 2: | Give Information About the Claim |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

___  ___  ___  ___

**7. How much is the ADMINISTRATIVE EXPENSE CLAIM:**

$ _____

**Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

☐ Goods sold

☐ Services performed  ☐ **(See attached)**

☐ Money loaned

☐ Personal injury/wrongful death

☐ Taxes

☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)

☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
    (date)      (date)

| Part 3 | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____  _____
                   MM / DD / YYYY           Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
        First name            Middle name            Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
         Number       Street

        _____
         City                          State         ZIP Code

Contact Phone _____  Email _____