# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

ROCHESTER DRUG CO-OPERATIVE, INC.,[1]    Case No. 20-20230
                                          Chapter 11 Case
                    Debtor.

---

## NOTICE OF SEPTEMBER 15, 2020 DEADLINE TO FILE ADMINISTRATIVE EXPENSE CLAIMS THAT AROSE, ACCRUED OR OTHERWISE BECAME PAYABLE AFTER MARCH 12, 2020

**TO ALL PERSONS AND ENTITIES WHO MAY HAVE AN ADMINISTRATIVE EXPENSE CLAIM AGAINST ROCHESTER DRUG CO-OPERATIVE, INC.:**

**PLEASE TAKE NOTICE THAT,** on August ___, 2020, the United States Bankruptcy Court for the Western District of New York (the "**Court**") entered an order (the "**Administrative Bar Date Order**")[2] establishing **September 15, 2020** (the "**Administrative Bar Date**") as the last date for each person or entity (including individuals, partnerships, limited liability companies, corporations, joint ventures, trusts and governmental units) to file requests for allowance and payment of administrative costs or expenses (each, an "**Administrative Claim**") which arose, accrued or otherwise became due and payable on or after March 12, 2020 (the "**Petition Date**") in connection with the above-captioned case.

The Administrative Bar Date and the procedures set forth below for filing Administrative Proof of Claim Forms apply to all Administrative Claims against the Debtor that arose after the Petition Date, except for those holders of the claims listed in Section 4 below that are specifically excluded from the Administrative Bar Date filing requirements.

---

[1] The last four digits of the Debtor's federal tax identification number are 9574.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Administrative Bar Date Order.

3578665.2

## 1. WHO MUST FILE A PROOF OF CLAIM

Pursuant to the terms of the Administrative Bar Date Order, and except as otherwise provided herein, each person or entity (including without limitation individuals, partnerships, limited liability companies, corporations, joint ventures, trusts, estates or governmental units) that holds or asserts a claim that: (i) arose under 11 U.S.C. §§ 503(b)(1)-(8) and 507(a)(2) after the Petition Date and (ii) is not one of the types of claims described in Section 4 below, against the Debtor MUST timely file an Administrative Claim that conforms substantially to the Administrative Proof of Claim Form attached hereto.

Claims based on acts or omissions of the Debtor that occurred after the Petition Date (other than Excluded Claims), must be filed on or prior to the Administrative Bar Date, even if such claims are not now fixed, liquidated or certain.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

11 U.S.C. § 503 defines administrative expense claims, in part, as all "necessary costs and expenses" of preserving the debtor's estate, including wages, salaries and commissions (and any taxes withheld from such wages, salaries or commissions). If you supplied goods or services to the Debtor after the Petition Date and have not been paid for those goods or services, then you may have an Administrative Claim. If you provided goods or services <u>before</u> March 12, 2020, then you <u>do not</u> have an Administrative Claim for those goods or services. Please consult your legal advisor if you have any uncertainty as to whether your proposed claim may constitute an Administrative Claim. The preceding explanation is intended to provide guidance, not to serve as legal advice.

3578665.2

For avoidance of doubt, Administrative Claims do *not* include section 503(b)(9) Claims which were subject to the July 31, 2020 General Bar Date established pursuant to the General Bar Date Order entered by the Court on June 15, 2020 [Docket No. 401]. For purposes of the Administrative Bar Date Order and as used in this Notice, the term "section 503(b)(9) Claim" means the value of any goods received by the Debtors within twenty (20) days prior to the Petition Date, which goods were sold to the Debtor in the ordinary course of its business.

2. **WHAT TO FILE**

If you file an Administrative Claim, it must conform substantially to the proof of claim form provided with this Notice (the "**Administrative Proof of Claim Form**"). The Debtor is enclosing an Administrative Proof Claim Form for your use in this Chapter 11 Case. You may utilize the Administrative Proof of Claim Form provided by the Debtor to file your claim. Additional Administrative Proof of Claim Forms may be obtained at the website maintained by Epiq Corporate Restructuring, LLC ("**Epiq**"), the Debtor's Claims and Noticing Agent, at https://dm.epiq11.com/rochesterdrugcoop.

All Proof of Claim Forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. They must be (i) written in English; (ii) be denominated in lawful currency of the United States; and (iii) attach copies of any supporting documents or copies of any writings upon which the claim is based in accordance with Bankruptcy Rules 3001(c) and 3001(d) (including for secured claims, evidence that the security interest has been perfected) or an explanation as to why the documents are not available.

3. **WHEN AND WHERE TO FILE**

Administrative Proof of Claim Forms will be deemed filed only when actually received by Epiq, on or prior to the Administrative Bar Date: (i) electronically using the interface available on Epiq's website at https://dm.epiq11.com/rochesterdrugcoop; (ii) by first class mail to Rochester Drug Co-Operative, Inc., Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4420, Beaverton, OR 97076-4420; or (iii) by hand delivery or overnight mail to Rochester

-3-

3578665.2

Case 2-20-20230-PRW, Doc 546-3, Filed 07/23/20, Entered 07/23/20 14:35:06, Description: Exhibit 2 - Administrative Bar Date Notice, Page 4 of 7

Drug Co-Operative, Inc., Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005. Administrative Proof of Claim Forms sent by facsimile, telecopy, or e-mail will not be accepted. For all inquiries, please contact Epiq toll free at (866) 977-0922 (from within the United States) and at +1 (503) 597-5600 (from outside the United States).

**4. WHO NEED NOT FILE A PROOF OF CLAIM**

The following persons or entities are *not* required to file a Proof of Claim Form on or before the Bar Date or Government Bar Date:

(a) any person or entity that holds an Administrative Claim that has been allowed by an Order of this Court entered on or before the Administrative Bar Date;

(b) the Secured Parties;

(c) the United States Trustee, on account of claims for fees payable pursuant to 28 U.S.C. § 1930;

(d) Professionals asserting Fee Claims, as defined in the Plan;

(e) any entity that already has properly filed a request for payment of an Administrative Claim against the Debtor in accordance with the procedures described herein;

(f) any person or entity whose claim has been paid in full by the Debtor; or

(g) any person or entity that holds a claim for which specific deadlines have been fixed by an order of the Court, including holders of claims under section 503(b)(9) of the Bankruptcy Code.

The Administrative Bar Date also does not apply to claims that arose *before* March 12, 2020. If your claim arose before March 12, 2020, this notice does not affect you, and you do not need to file an Administrative Proof of Claim Form.

You should not file an Administrative Proof of Claim Form if you do not have an Administrative Claim against the Debtor, or if the Administrative Claim you held against the Debtor has already been paid in full.

-4-

3578665.2

Case 2-20-20230-PRW, Doc 546-3, Filed 07/23/20, Entered 07/23/20 14:35:06, Description: Exhibit 2 - Administrative Bar Date Notice, Page 5 of 7

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have an Administrative Claim against the Debtor or that the Debtor or the Court believe that you have an Administrative Claim against the Debtor.

5. **CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE PROOF OF CLAIM FORM BY THE ADMINISTRATIVE BAR DATE**

EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 4 ABOVE, ANY HOLDER OF AN ADMINISTRATIVE CLAIM THAT FAILS TO PROPERLY FILE AN ADMINISTRATIVE CLAIM WITH PROPER SUPPORTING DOCUMENTATION ON OR BEFORE THE ADMINISTRATIVE BAR DATE, FOR ANY ADMINISTRATIVE CLAIMS AGAINST THE DEBTOR, WILL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTOR, AND THE DEBTOR'S ESTATE SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH ADMINISTRATIVE CLAIM, AND THE POTENTIAL CLAIMANT SHALL NOT BE PERMITTED TO PARTICIPATE IN ANY DISTRIBUTION IN THE DEBTOR'S CHAPTER 11 CASE ON ACCOUNT OF SUCH ADMINISTRATIVE CLAIM OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.

-5-

3578665.2

Case 2-20-20230-PRW, Doc 546-3, Filed 07/23/20, Entered 07/23/20 14:35:06, Description: Exhibit 2 - Administrative Bar Date Notice, Page 6 of 7

Dated: August ___, 2020
      Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By: _____
Stephen A. Donato, Esq., of counsel
Camille W. Hill, Esq., of counsel
Office and Post Office Address:
One Lincoln Center
Syracuse, New York 13202
Tel: (315) 218-8000
Fax: (315) 218-8100
Email: sdonato@bsk.com
       chill@bsk.com

*Counsel to the Debtor and Debtor in Possession*

TO: All Creditors and Parties in Interest

-6-

3578665.2

Case 2-20-20230-PRW, Doc 546-3, Filed 07/23/20, Entered 07/23/20 14:35:06, Description: Exhibit 2 - Administrative Bar Date Notice, Page 7 of 7