September 10, 2020

Honorable Judge Warren
United States Bankruptcy Court
Western District of New York
100 State St # 1220
Rochester, NY 14614

       Re: In re: Rochester Drug Cooperative, Inc.
       Chapter 11 Case No.: 20-20230 (PRW)
       **Hearings Scheduled for September 11, 2020 at 1:30 p.m.**

Dear Honorable Judge Warren,

      I am writing this request that the Hearing for the Motion to Modify the Automatic Stay with respect to the above referenced Bankruptcy Proceeding may be Adjourned. The Committee Counsel submitted and filed their objection to the motion yesterday, which case we need additional time to review and respond to the matter. All parties have consented to an Adjournment. The Hearing for this Motion is currently scheduled for September 11, 2020 at 1:30 p.m. Please advise if you will grant this Adjournment and if so what the new date will be.

Should you require any additional information please do not hesitate to contact the undersigned. Thank you for your courtesies in this matter.

                                            Very Truly Yours,

                                           */s/ Kenneth A. Reynolds*
                                           Kenneth A. Reynolds, Esq.