UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

In re: ROCHESTER DRUG COOPERATIVE, INC.,　　)
　　　　　　　　　　　　　　　　　　　　　　)　　CASE NO. 2-20-20230-PRW
　　　　Debtor.　　　　　　　　　　　　　　　)　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　)

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** David M. Pyun ("Attorney Pyun") and the firm Law Office of David M. Pyun and pursuant to Rule 9010 files this notice of appearance on behalf Cynthia Osei, CSS Pharmacy, Inc., GIG Pharmacy, Inc. and Best Stop Pharmacy, Inc. creditors and interested parties in the above-styled case.

**REQUEST** is hereby made to the Clerk of Court that Attorney Pyun and Law Office of David M. Pyun be added to the master mailing matrix in this case using the following address:

David M. Pyun
Law Office of David M. Pyun
39-38 Bell Blvd., Suite 308
Bayside, New York 11361
(718) 224-0990
david@davidpyunlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the names and addresses of counsel as set forth above in this Notice on any Master Service List in this Case.

Dated this 28th day of September, 2020.

Respectfully submitted,

By: /s/ David M. Pyun
DAVID M. PYUN, ESQ.
New York Bar #4148631


*Counsel for Cynthia Osei, CSS Pharmacy Inc., GIG Pharmacy, Inc., and Best Stop Pharmacy, Inc.*

Law Office of David M. Pyun
39-38 Bell Blvd., Suite 308
Bayside, New York 11361
(718) 224-0990
917-525-2565 (facsimile)
david@davidpyunlaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, I electronically filed the foregoing Notice of Appearance and Request for Service ("Notice") with the Clerk of Court using the Court's CM/ECF system which will give electronic notification to the following:

**Stephen A. Donato**
**Camile W. Hill**
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
sdonato@bsk.com
chill@bsk.com

*Assistant U.S. Trustee*
**Kathleen Dunivin Schmitt**
Office of the United States Trustee
100 State Street, Room 6090
Rochester, NY 14614

**William K. Harrington**
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**Shannon Anne Scott**
DOJ-UST
201 Varick Street
Suite 1006
New York, NY 10014
shannon.scott2@usdoj.gov

*Creditor Committee*
**Official Committee of Unsecured Creditors**
**Pachulski Stang Ziehl & Jones LLP**
780 Third Avenue, 34th Floor
New York, NY 10017

Dated this 28th day of September 2020.

By: /s/ David M. Pyun
DAVID M. PYUN, ESQ.
New York Bar #4148631

*Counsel for Cynthia Osei, CSS Pharmacy Inc., GIG Pharmacy, Inc., and Best Stop Pharmacy, Inc.*

Law Office of David M. Pyun
39-38 Bell Blvd., Suite 308
Bayside, New York 11361
(718) 224-0990
917-525-2565 (facsimile)
david@davidpyunlaw.com