UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

ROCHESTER DRUG COOPERATIVE, INC.,

Chapter 11
Case No.: 20-20230 (PRW)

Debtor.
------------------------------------------------------------X

# CERTIFICATE OF SERVICE

I Kenneth A. Reynolds hereby certify that on September 28, 2020, I electronically filed

**MOTION TO RECONSIDER ORDER DENYING MODIFYING THE AUTOMATIC STAY TO ASSERT ALL AFFIRMATIVE DEFENSES, INCLUDING, BUT NOT LIMITED TO SET-OFF**

with the Clerk of the United Stated Bankruptcy Court using the CM/ECF system, which sent

notification via the Court's ECF system, and a true and correct copy sent via United States mail

to the following parties:

Rochester Drug Cooperative, Inc.
John T Kinney, Interim Chief Executive
Officer and Chief Financial Officer
P.O Box 24389
Rochester, New York 14624-0389

Stephen A. Donato, Esq.
Bond, Shoeneck and King, PLLC
One Lincoln Center
Syracuse, New York 13202-1355

Nicholas Gatto, Esq.
Harter Secrest and King, PLLC
50 Fountain Plaza, Suite 1000
Buffalo, NY 14202

Camille W. Hill
Bond, Shoeneck and King, PLLC
One Lincoln Center
Syracuse, New York 13202-1355

Office of the U.S Trustee
U.S Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Official Committee of Unsecured Creditors
c/o
Pachulski Stang Ziehl and Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

                                                s/s Kenneth A. Reynolds