<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Rochester Drug Co-Operative, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western District of New York</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-20230</td></tr>
</table>

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

04/19

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$11,562,729.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$101,031,166.72

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$112,593,895.72

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . .

$29,880,585.56

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$87,682.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

**+** $83,207,300.93

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

$113,175,568.49

Case 2-20-20230-PRW, Doc 1014-1, Filed 12/18/20, Entered 12/18/20 15:14:47, Page 1 of 1
Description: Amended Schedules, Page 1 of 5

☑ Check if this is an
amended filing

**Fill in this information to identify the case:**

Debtor     Rochester Drug Co-Operative, Inc.

United States Bankruptcy Court for the:     Western District of New York

Case number     20-20230
(if known)

---

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**AMENDED**

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

ALWARD M EMMANS
24 ALINA STREET
FAIRPORT, NY 14450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**AMENDED**

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

CYNTHIA L KIRKER
23 OLD POST ROAD
FAIRPORT, NY 14450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**AMENDED**

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|
| | DOROTHY L GRAHAM REEVES<br>35 WALDO AVE<br>ROCHESTER, NY 14609 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**AMENDED**

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|
| | EDWARD KIRKER<br>C/O CYNTHIA L KIRKER<br>23 OLD POST ROAD<br>FAIRPORT, NY 14450 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**AMENDED**

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|
| | JOSEPH E BRENNAN<br>177 RED CEDAR DRIVE<br>ROCHESTER, NY 14616 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**AMENDED**

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|
| | JOYCE HATCHER<br>2450 COUNTY ROAD 28<br>CANANDAIGUA, NY 14424 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### AMENDED

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

LAURENCE F DOUD III
2913 PALMA LANE
NEW SMYRNA BEACH, FL 32168-3636

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | $87,682.00 |
| **5b.** | Total claims from Part 2 | **5b.** + | $83,207,300.93 |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | **5c.** | $83,294,982.93 |

Case 2-20-20230-PRW, Doc 1014-1, Filed 12/18/20, Entered 12/18/20 15:14:47, Description: Amended Schedules, Page 4 of 5

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

04/19

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 18, 2020       ✗    */s/ John T. Kinney*
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                    John T. Kinney
                                    Printed name

                                    CEO and CFO
                                    Position or relationship to debtor