UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |

**ORDER GRANTING
SECOND INTERIM FEE APPLICATION OF PACHULSKI STANG
ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR
FOR THE PERIOD AUGUST 1, 2020 THROUGH DECEMBER 31, 2020**

This matter is before the Court on the Second Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period August 1, 2020 through December 31, 2020 (the "Second Compensation Period" and the "Application") [Doc 1197]. In the Application, PSZJ requests (a) allowance of interim compensation for professional services performed by PSZJ for the Second Compensation Period in the amount of $561,879.50 (b) reimbursement of its actual and necessary expenses in the amount of $1,231.84 incurred during the Second Compensation Period, and (c) directing the Debtor to pay PSZJ the amount of $178,210.23 for the unpaid total.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on March 5, 2021 and being otherwise duly advised in the premises, determines that the Application should be, and hereby is GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED as set forth herein.

2. PSZJ has agreed to a reduction of its fees requested in the amount of $5,000.00.

3. PSZJ's compensation for professional services rendered during the Second Compensation Period is allowed on an interim basis in the amount of $556,879.50.

4. Reimbursement of PSZJ's expenses incurred during the Second Compensation Period is allowed on an interim basis in the amount of $1,231.84.

5. The Debtor is directed to pay PSZJ any outstanding amounts due for fees and expenses incurred during the Second Compensation Period to the extent such amounts .

6. The compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to section 330(a)(5) of the Bankruptcy Code.

7. The allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to PSZJ's right to seek additional compensation for services performed and expenses incurred during the Second Compensation Period, which were not processed at the time of the Application.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

DATED: March 5, 2021 _____/s/_____
       Rochester, New York        HON. PAUL R. WARREN
                                        United States Bankruptcy Judge