UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

ROCHESTER DRUG CO-OPERATIVE, INC.,[1]     Case No. 20-20230
                                                   Chapter 11 Case

                        Debtor.
_____

## NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN

TO: ALL CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE**, that the Effective Date of the Debtor's Second Amended Chapter 11 Plan of Liquidation Dated January 15, 2021, which was confirmed by Decision and Order of the United States Bankruptcy Court for the Western District of New York (Rochester Division) on February 26, 2021, **occurred on March 19, 2021** (the "**Effective Date**"). After the Effective Date, all inquiries concerning this case should be directed to the Liquidating Trustee, Advisory Trust Group, LLC (Bob Michaelson or Brad Boe). Mr. Michaelson may be contacted by email or telephone at bob.michaelson@advisorytgllc.com and (646-453-7853), and Mr. Boe may be contacted at brad.boe@advisorytgllc.com and (303-898-8137).

Dated: March 22, 2021                      BOND, SCHOENECK & KING, PLLC
        Syracuse, New York

                                   By:     _/s/ Camille W. Hill_
                                              Stephen A. Donato, Esq., of counsel
                                              Camille W. Hill, Esq., of counsel
                                              Attorneys for the Debtor
                                              Office and Post Office Address:
                                              One Lincoln Center
                                              Syracuse, New York 13202
                                              Tel: (315) 218-8000
                                              Email: sdonato@bsk.com
                                                                  chill@bsk.com

---

[1] The last four digits of the Debtor's federal tax identification number are 9574.

12181476.1