# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

ROCHESTER DRUG CO-OPERATIVE, INC.,

Debtor.

Chapter 11

Case No. 20-20230 (PRW)

ORDER GRANTING
THIRD AND FINAL FEE APPLICATION OF PACHULSKI
STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR
THE PERIOD APRIL 9, 2020 THROUGH MARCH 19, 2021

This matter is before the Court on the Third and Final Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period April 9, 2020 through March 19, 2021 [Docket No. ___] (the "**Final Application Period**" and the "**Application**"), filed by Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), counsel to the Committee. In the Application, PSZJ requests (i) allowance on a and interim and final basis compensation in the amount of $330,879.00 for reasonable and necessary professional services rendered and reimbursement of actual and necessary costs and expenses in the amount of $519.31 for the Stub Period of January 1, 2021 through March 19, 2021, (ii) allowance on a final basis compensation in the amount of $1,285,496.00 for reasonable and necessary professional services rendered and reimbursement of actual and necessary costs and expenses in the amount of $3,117.23 for the Final Application Period, and (iii) authorizing the Debtor to pay the unpaid balance of such amounts to PSZJ.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on _____ \_\_\_, 2021 and being otherwise duly advised in the premises, determines that the Application should be, and hereby is GRANTED.  Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED as set forth herein.

2. PSZJ's compensation for professional services rendered during the period January 1, 2021 through March 19, 2021 (the "**Stub Period**") is allowed on an interim and final basis in the amount of $330,879.00.

3. Reimbursement of PSZJ's expenses incurred during the Stub Period is allowed on an interim and final basis in the amount of $519.31.

4. PSZJ's compensation for professional services rendered during the period April 9, 2020 through March 19, 2021 (the "**Final Application Period**") is allowed on a final basis in the amount of $1,285,496.00.

5. Reimbursement of PSZJ's expenses incurred during the Final Application Period is allowed on a final basis in the amount of $3,117.23.

6. The Debtor is directed to pay PSZJ the amount of $330,879.00 for professional services rendered and $519.31 for reimbursement of expenses incurred during the Stub Period.

7. The allowance of compensation and reimbursement of expenses pursuant to this Order is without prejudice to PSZJ's right to seek additional compensation for services performed and expenses incurred during the Stub Period, which were not processed at the time of the Application.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###