# EXHIBIT B

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

IDS

January 31, 2021
Invoice    127469
Client      75015
Matter    00002
          **IDS**

RE: Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH    01/31/2021**

| | |
|---|---:|
| FEES | $116,238.50 |
| EXPENSES | $383.61 |
| **TOTAL CURRENT CHARGES** | **$116,622.11** |
| **BALANCE FORWARD** | **$178,210.23** |
| **LAST PAYMENT** | **$173,210.23** |
| **TOTAL BALANCE DUE** | **$121,622.11** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| CAK | Knotts, Cheryl A. | Paralegal | 425.00 | 2.70 | $1,147.50 |
| GSG | Greenwood, Gail S. | Counsel | 700.00 | 23.30 | $16,310.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 47.90 | $33,530.00 |
| JSP | Pomerantz, Jason S. | Partner | 700.00 | 82.10 | $57,470.00 |
| LSC | Canty, La Asia S. | Paralegal | 425.00 | 4.20 | $1,785.00 |
| LSC | Canty, La Asia S. | Paralegal | 460.00 | 4.20 | $1,932.00 |
| MDJ | DesJardien, Melisa | Other | 395.00 | 3.20 | $1,264.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 4.00 | $2,800.00 |
|  |  |  |  | 171.60 | $116,238.50 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 15.60 | $10,920.00 |
| BL | Bankruptcy Litigation [L430] | 4.20 | $2,680.50 |
| CA | Case Administration [B110] | 2.60 | $1,154.00 |
| CO | Claims Admin/Objections[B310] | 8.70 | $6,090.00 |
| CP | Compensation Prof. [B160] | 16.40 | $8,692.00 |
| GC | General Creditors Comm. [B150] | 19.70 | $13,790.00 |
| PD | Plan & Disclosure Stmt. [B320] | 43.50 | $30,450.00 |
| RPO | Ret. of Prof./Other | 0.70 | $490.00 |
| SL | Stay Litigation [B140] | 54.10 | $37,702.00 |
| TI | Tax Issues [B240] | 6.10 | $4,270.00 |
| | | 171.60 | $116,238.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $56.21 |
| Legal Vision Atty Mess Service | $144.00 |
| Pacer - Court Research | $7.30 |
| Postage [E108] | $52.80 |
| Reproduction Expense [E101] | $99.00 |
| Reproduction/ Scan Copy | $24.30 |
|  | $383.61 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis/Recovery[B120]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2021 | JSP | AA | Review latest A/R report | 0.40 | 700.00 | $280.00 |
| 01/06/2021 | JSP | AA | Correspondence with B. Bieber regarding A/R | 0.10 | 700.00 | $70.00 |
| 01/07/2021 | JSP | AA | Review preliminary preference report | 0.70 | 700.00 | $490.00 |
| 01/08/2021 | JSP | AA | Further review of preliminary preference report from B. Riley in preparation for call regarding same | 1.40 | 700.00 | $980.00 |
| 01/08/2021 | JSP | AA | Call w/ W. Weitz, D. Greenblatt re: preferences and next steps | 0.40 | 700.00 | $280.00 |
| 01/12/2021 | JSP | AA | Review preference information for various vendors | 1.40 | 700.00 | $980.00 |
| 01/13/2021 | JSP | AA | Review correspondence regarding OptiSource settlement | 0.10 | 700.00 | $70.00 |
| 01/16/2021 | JSP | AA | Review preference documents from W. Weitz | 1.30 | 700.00 | $910.00 |
| 01/19/2021 | JSP | AA | Review correspondence form W. Weitz and D. Greenblatt concerning preference analysis | 1.20 | 700.00 | $840.00 |
| 01/20/2021 | JSP | AA | Correspondence/analysis regarding A/R issues | 0.60 | 700.00 | $420.00 |
| 01/20/2021 | JSP | AA | Confer with C. Hill and othersl regarding A/R issues | 0.30 | 700.00 | $210.00 |
| 01/20/2021 | IDS | AA | Telephone call with Debtor's counsel regarding collections. | 0.30 | 700.00 | $210.00 |
| 01/21/2021 | JSP | AA | Call with B. Bieber and counsel for Alden Pharmacy regarding A/R settlement issues | 0.40 | 700.00 | $280.00 |
| 01/21/2021 | JSP | AA | Review correspondence from B. Bieber/J. Kinney regarding Alden Pharmacy settlement | 0.10 | 700.00 | $70.00 |
| 01/22/2021 | JSP | AA | Correspondence regarding Alden Pharmacy settlement | 0.40 | 700.00 | $280.00 |
| 01/23/2021 | JSP | AA | Confer with B. Bieber (including review of proposed changes) - Alden Pharmacy | 0.40 | 700.00 | $280.00 |
| 01/24/2021 | JSP | AA | Review preference information from W. Weitz and D. Greenblatt for call tomorrow regarding same | 1.20 | 700.00 | $840.00 |
| 01/25/2021 | JSP | AA | Call with D. Greenblatt and W. Weitz regarding preference analysis | 0.50 | 700.00 | $350.00 |
| 01/25/2021 | JSP | AA | Review correspondence from B. Bieber and others regarding Hometown Pharmacy | 0.30 | 700.00 | $210.00 |
| 01/28/2021 | JSP | AA | Review/revise Alden Pharmacy settlement documents | 0.70 | 700.00 | $490.00 |
| 01/28/2021 | JSP | AA | Confer with B. Bieber regarding Alden Pharmacy settlement documents | 0.40 | 700.00 | $280.00 |
| 01/28/2021 | JSP | AA | Call with C. Hill regarding Alden release and | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP  
Rochester Drug Co-Op O.C.C.  
75015    - 00002

Page:     6  
Invoice 127469  
January 31, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | settlement agreement | | | |
| 01/28/2021 | JSP | AA | Correspondence regarding Your Hometown Pharmacy | 0.30 | 700.00 | $210.00 |
| 01/29/2021 | JSP | AA | Correspondence from W. Weitz/D. Greenblatt regarding preferences | 0.40 | 700.00 | $280.00 |
| 01/31/2021 | JSP | AA | Review preference information from B. Riley group | 2.20 | 700.00 | $1,540.00 |
| | | | | **15.60** | | **$10,920.00** |

### Bankruptcy Litigation [L430]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2021 | IDS | BL | Review UST motion to compel. | 0.40 | 700.00 | $280.00 |
| 01/04/2021 | IDS | BL | Review Global settlement agreement regarding motion to compel. | 0.40 | 700.00 | $280.00 |
| 01/05/2021 | JSP | BL | Analysis regarding pending litigation (Hiscox) | 2.20 | 700.00 | $1,540.00 |
| 01/11/2021 | LSC | BL | Draft pro hac vice motion, certification, and order for J.S. Pomerantz. | 0.40 | 460.00 | $184.00 |
| 01/19/2021 | LSC | BL | Prepare and file pro hac vice motion and order for J. Pomerantz. | 0.30 | 460.00 | $138.00 |
| 01/25/2021 | MDJ | BL | Arrange for mail service of OCUC Joinder to Debtor Objection to Payment/Advancement of Defense Costs. | 0.30 | 395.00 | $118.50 |
| 01/29/2021 | GSG | BL | Confer with I. Scharf re follow-up to Doud motion and NY estimation motion. | 0.20 | 700.00 | $140.00 |
| | | | | **4.20** | | **$2,680.50** |

### Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/24/2020 | LSC | CA | Update critical dates memo. | 0.60 | 425.00 | $255.00 |
| 12/29/2020 | LSC | CA | Update critical dates memo. | 0.60 | 425.00 | $255.00 |
| 01/20/2021 | LSC | CA | Update critical dates memo. | 0.70 | 460.00 | $322.00 |
| 01/27/2021 | LSC | CA | Update critical dates memo. | 0.70 | 460.00 | $322.00 |
| | | | | **2.60** | | **$1,154.00** |

### Claims Admin/Objections[B310]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/20/2021 | JSP | CO | Analysis regarding NYAG claim issues | 0.80 | 700.00 | $560.00 |
| 01/20/2021 | JSP | CO | Call with B. Feldman, C. Hill and others regarding NYAG issues | 0.50 | 700.00 | $350.00 |
| 01/22/2021 | JSP | CO | Correspondence regarding NYAG claim | 0.60 | 700.00 | $420.00 |
| 01/25/2021 | IDS | CO | Review NYAG motion for claim allowance. | 1.00 | 700.00 | $700.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/26/2021 | JSP | CO | Analysis regarding NYAG issues, including claim, proposed confirmation order language | 2.60 | 700.00 | $1,820.00 |
| 01/26/2021 | JSP | CO | Correspondence regarding NYAG claim issues | 0.60 | 700.00 | $420.00 |
| 01/29/2021 | JSP | CO | Analysis regarding NYAG claim issues | 1.60 | 700.00 | $1,120.00 |
| 01/29/2021 | JSP | CO | Correspondence regarding NYAG claim | 0.30 | 700.00 | $210.00 |
| 01/29/2021 | JSP | CO | Call with I. Shcarf and B. Riley regarding NYAG claim | 0.20 | 700.00 | $140.00 |
| 01/29/2021 | IDS | CO | Call with B. Riley regarding claims and analysis. | 0.50 | 700.00 | $350.00 |
|  |  |  |  | **8.70** |  | **$6,090.00** |

### Compensation Prof. [B160]

| 12/04/2020 | LSC | CP | Prepare PSZJ's August - October monthly statements. | 1.30 | 425.00 | $552.50 |
|---|---|---|---|---|---|---|
| 12/17/2020 | LSC | CP | Finalize and coordinate filing and service of August and September monthly statements. | 0.60 | 425.00 | $255.00 |
| 12/28/2020 | LSC | CP | Revise PSZJ's August - October monthly statements. | 0.60 | 425.00 | $255.00 |
| 12/30/2020 | LSC | CP | Prepare PSZJ's November monthly statement. | 0.50 | 425.00 | $212.50 |
| 01/07/2021 | WLR | CP | Review correspondence from Jason Pomerantz regarding scheduling of 2nd interim and forward to Cheryl Knotts and La Asia Canty re same | 0.20 | 700.00 | $140.00 |
| 01/11/2021 | MDJ | CP | File CNO of GlassRatner 6th Monthly Fee Statement and file and serve 7th GlassRatner Monthly Fee Statement. | 0.50 | 395.00 | $197.50 |
| 01/11/2021 | LSC | CP | Revise and finalize GlassRatner November monthly statement (.3); draft CNO for GlassRatner October monthly statement (.2). | 0.50 | 460.00 | $230.00 |
| 01/21/2021 | LSC | CP | Draft PSZJ CNOs for the months of August through November 2020. | 0.40 | 460.00 | $184.00 |
| 01/21/2021 | JSP | CP | Correspondence from C. Hill regarding fee applications | 0.10 | 700.00 | $70.00 |
| 01/22/2021 | MDJ | CP | File CNOs re 4th-7th Monthly Fee Statements. | 1.30 | 395.00 | $513.50 |
| 01/22/2021 | WLR | CP | Review and revise Dec. 2020 fee statement for interim fee application | 0.80 | 700.00 | $560.00 |
| 01/25/2021 | WLR | CP | Review and revise Dec. 2020 statement for fee application | 0.30 | 700.00 | $210.00 |
| 01/25/2021 | MDJ | CP | File and arrange for service of GlassRatner 8th Monthly Fee Statement.. | 0.40 | 395.00 | $158.00 |
| 01/26/2021 | CAK | CP | Begin drafting spreadsheet in preparation of 2nd | 1.00 | 425.00 | $425.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Interim fee application | | | |
| 01/27/2021 | MDJ | CP | Attention to filing and service of Eighth Monthly Fee Statement; Email exchanges with L. Canty re same. | 0.70 | 395.00 | $276.50 |
| 01/27/2021 | WLR | CP | Draft 2nd interim fee application | 1.20 | 700.00 | $840.00 |
| 01/27/2021 | WLR | CP | Review and revise 2nd interim fee application | 1.50 | 700.00 | $1,050.00 |
| 01/27/2021 | LSC | CP | Prepare December monthly statement. | 0.50 | 460.00 | $230.00 |
| 01/27/2021 | JSP | CP | Correspondence regarding second interim fee application | 0.20 | 700.00 | $140.00 |
| 01/27/2021 | JSP | CP | Work on Second Interim Fee Application | 1.70 | 700.00 | $1,190.00 |
| 01/28/2021 | CAK | CP | Update spreadsheet in preparation of 2nd Interim fee application | 0.20 | 425.00 | $85.00 |
| 01/28/2021 | CAK | CP | Review and update 2nd Interim fee application | 1.50 | 425.00 | $637.50 |
| 01/28/2021 | JSP | CP | Review Second Interim Fee Application | 0.40 | 700.00 | $280.00 |
| | | | | **16.40** | | **$8,692.00** |

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/06/2021 | JSP | GC | Notes for call with Liquidating Trustees regarding case status | 1.40 | 700.00 | $980.00 |
| 01/06/2021 | IDS | GC | Email memo to Committee in lieu of meeting. | 0.80 | 700.00 | $560.00 |
| 01/06/2021 | IDS | GC | Review docket and pleadings regarding case status. | 0.20 | 700.00 | $140.00 |
| 01/11/2021 | JSP | GC | Attention to issues regarding upcoming Committee call | 0.60 | 700.00 | $420.00 |
| 01/11/2021 | JSP | GC | Review updated case time-line from C. Hill | 0.40 | 700.00 | $280.00 |
| 01/12/2021 | JSP | GC | Agenda items for Committee call | 0.30 | 700.00 | $210.00 |
| 01/14/2021 | JSP | GC | Prepare for Committee call | 0.40 | 700.00 | $280.00 |
| 01/14/2021 | JSP | GC | Participate on Committee call | 0.70 | 700.00 | $490.00 |
| 01/14/2021 | IDS | GC | Agenda for committee call. | 0.40 | 700.00 | $280.00 |
| 01/14/2021 | IDS | GC | Committee call regarding DS litigation pending matters plan. | 0.70 | 700.00 | $490.00 |
| 01/14/2021 | IDS | GC | Prepare for Committee meeting | 0.30 | 700.00 | $210.00 |
| 01/15/2021 | JSP | GC | Review revised Liquidating Trust Agreement from C. HIll | 0.50 | 700.00 | $350.00 |
| 01/15/2021 | JSP | GC | Correspondence to Committee regarding disclosure statement approval | 0.20 | 700.00 | $140.00 |
| 01/15/2021 | JSP | GC | Confer with Liquidating Trustee regarding case | 0.90 | 700.00 | $630.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | status |  |  |  |
| 01/17/2021 | JSP | GC | Prepare for call with Liquidating Trustees | 1.60 | 700.00 | $1,120.00 |
| 01/17/2021 | JSP | GC | Correspondence from C. Hill regarding updated case status/time-line | 0.40 | 700.00 | $280.00 |
| 01/18/2021 | JSP | GC | Call with B. Boe, B. Michaelson and I. Scharf regarding liquidating trustee matters | 0.50 | 700.00 | $350.00 |
| 01/19/2021 | JSP | GC | Call with T. Buck regarding transition to Liquidating Trust | 0.10 | 700.00 | $70.00 |
| 01/19/2021 | JSP | GC | Review draft consulting agreement | 0.70 | 700.00 | $490.00 |
| 01/20/2021 | JSP | GC | Analysis regarding case time-line | 0.40 | 700.00 | $280.00 |
| 01/20/2021 | JSP | GC | Outline issues to discuss during Committee call tomorrow | 0.30 | 700.00 | $210.00 |
| 01/20/2021 | JSP | GC | Work on draft consulting agreement | 0.60 | 700.00 | $420.00 |
| 01/20/2021 | JSP | GC | Confer with T. Buck regarding draft consulting agreement | 0.10 | 700.00 | $70.00 |
| 01/20/2021 | IDS | GC | Draft agenda for committee meeting. | 0.20 | 700.00 | $140.00 |
| 01/21/2021 | JSP | GC | Prepare for Committee call | 0.70 | 700.00 | $490.00 |
| 01/21/2021 | JSP | GC | Participate on Committee call | 0.50 | 700.00 | $350.00 |
| 01/21/2021 | JSP | GC | Review/notes on draft transition report from B. Riley group in preparation for call tomorrow regarding same | 1.20 | 700.00 | $840.00 |
| 01/21/2021 | IDS | GC | Attend Committee call. | 0.50 | 700.00 | $350.00 |
| 01/22/2021 | JSP | GC | Call with C. Hill regarding transition issues | 0.30 | 700.00 | $210.00 |
| 01/22/2021 | JSP | GC | Call with B Riley group regarding transition to Liquidating Trust | 0.40 | 700.00 | $280.00 |
| 01/25/2021 | JSP | GC | Revise correspondence regarding transition tasks - Liquidating Trustees | 0.70 | 700.00 | $490.00 |
| 01/26/2021 | JSP | GC | Correspondence regarding consulting agreements | 0.60 | 700.00 | $420.00 |
| 01/27/2021 | JSP | GC | Call with B. Riley team and I. Scharf regarding transition issues - liquidating trust | 0.50 | 700.00 | $350.00 |
| 01/28/2021 | JSP | GC | Prepare for Committee call | 0.60 | 700.00 | $420.00 |
| 01/28/2021 | JSP | GC | Participate on committee call | 0.50 | 700.00 | $350.00 |
| 01/28/2021 | IDS | GC | Committee meeting regarding case status, Plan DS. | 0.50 | 700.00 | $350.00 |
|  |  |  |  | **19.70** |  | **$13,790.00** |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Plan & Disclosure Stmt. [B320]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2021 | JSP | PD | Review documents/correspondence in connection with amended plan/disclosure statement issues | 1.90 | 700.00 | $1,330.00 |
| 01/04/2021 | JSP | PD | Analysis regarding KERP/KIEP issues raised by C. Hill | 0.70 | 700.00 | $490.00 |
| 01/07/2021 | JSP | PD | Analysis regarding remaining plan/disclosure statement issues | 2.50 | 700.00 | $1,750.00 |
| 01/11/2021 | JSP | PD | Confer with C. Hill regarding plan/disclosure statement issues | 0.40 | 700.00 | $280.00 |
| 01/11/2021 | JSP | PD | Review Merck objection to plan, including analysis of response to same | 0.80 | 700.00 | $560.00 |
| 01/11/2021 | IDS | PD | Review and comment on Merck DS objection. | 0.80 | 700.00 | $560.00 |
| 01/11/2021 | IDS | PD | Prepare for disclosure statement hearing. | 1.00 | 700.00 | $700.00 |
| 01/11/2021 | IDS | PD | Telephone call with Jason Pomerantz regarding DS hearing. | 0.40 | 700.00 | $280.00 |
| 01/12/2021 | JSP | PD | Call with C. Hill and I. Scharf regarding plan and disclosure statement issues, including Merck objection | 0.60 | 700.00 | $420.00 |
| 01/12/2021 | IDS | PD | Prepare for DS hearing. | 1.20 | 700.00 | $840.00 |
| 01/12/2021 | IDS | PD | Telephone call with Debtor's counsel regarding DS. | 0.50 | 700.00 | $350.00 |
| 01/12/2021 | IDS | PD | Email to committee regarding DS. | 0.20 | 700.00 | $140.00 |
| 01/12/2021 | IDS | PD | Prepare for call with Debtor counsel regarding DS. | 0.20 | 700.00 | $140.00 |
| 01/13/2021 | JSP | PD | Call with C. Hill, I. Scharf and N. Basagla regarding objections to plan/disclosure statement | 0.60 | 700.00 | $420.00 |
| 01/13/2021 | JSP | PD | Review/analyze Merck and OUST objections to disclosure statement and responses to same | 1.70 | 700.00 | $1,190.00 |
| 01/13/2021 | JSP | PD | Analysis regarding exculpation/release issues | 1.60 | 700.00 | $1,120.00 |
| 01/13/2021 | IDS | PD | Telephone conference with BSK regarding DS objections. | 0.50 | 700.00 | $350.00 |
| 01/13/2021 | IDS | PD | Review Merck DS objection. | 0.40 | 700.00 | $280.00 |
| 01/13/2021 | IDS | PD | Review UST DS objection. | 0.80 | 700.00 | $560.00 |
| 01/13/2021 | IDS | PD | Review plan/DS objections. | 1.80 | 700.00 | $1,260.00 |
| 01/14/2021 | JSP | PD | Confer with C. Hill regarding plan/disclosure statement issues | 0.30 | 700.00 | $210.00 |
| 01/14/2021 | JSP | PD | Analysis regarding Out-In/Opt-Out issue in connection with plan/disclosure statement | 1.60 | 700.00 | $1,120.00 |
| 01/14/2021 | JSP | PD | Analysis regarding release/exculpation issues raised | 1.80 | 700.00 | $1,260.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | by OUTS/Debtor based on call with C. Hill | | | |
| 01/14/2021 | JSP | PD | Analysis of liquidating trust issues based on call with C. Hill | 0.70 | 700.00 | $490.00 |
| 01/14/2021 | IDS | PD | Prepare for DS hearing. | 2.50 | 700.00 | $1,750.00 |
| 01/15/2021 | IDS | PD | Prepare for hearing on DS. | 1.80 | 700.00 | $1,260.00 |
| 01/15/2021 | IDS | PD | Telephone call with C. Hill regarding DS hearing. | 0.20 | 700.00 | $140.00 |
| 01/15/2021 | IDS | PD | Telephone call with Jason Pomerantz regarding DS hearing. | 0.20 | 700.00 | $140.00 |
| 01/15/2021 | IDS | PD | Attend DS hearing. | 1.90 | 700.00 | $1,330.00 |
| 01/15/2021 | JSP | PD | Prepare for hearing on Second Amended Disclosure Statement | 2.20 | 700.00 | $1,540.00 |
| 01/15/2021 | JSP | PD | Attend hearing on Second Amended Disclosure Statement | 1.90 | 700.00 | $1,330.00 |
| 01/15/2021 | JSP | PD | Confer with C. Hill regarding letter from Committee in support of plan | 0.30 | 700.00 | $210.00 |
| 01/15/2021 | JSP | PD | Call with C. Hill prior to hearing on Second Amended Disclosure Statement | 0.30 | 700.00 | $210.00 |
| 01/15/2021 | JSP | PD | Review draft order from C. Hill concerning Disclosure Statement | 0.40 | 700.00 | $280.00 |
| 01/15/2021 | IDS | PD | Draft plan support letter. | 0.30 | 700.00 | $210.00 |
| 01/18/2021 | JSP | PD | Attention to plan confirmation issues | 1.90 | 700.00 | $1,330.00 |
| 01/18/2021 | IDS | PD | Pachulski Stang Ziehl & Jones team call with LT regarding case status/ transition issues. | 0.50 | 700.00 | $350.00 |
| 01/18/2021 | IDS | PD | Prepare for call with LT. | 0.20 | 700.00 | $140.00 |
| 01/20/2021 | IDS | PD | Telephone call with Debtor's counsel regarding NYAG P/M language. | 0.50 | 700.00 | $350.00 |
| 01/20/2021 | IDS | PD | Revew memo/ research regarding estimation. | 1.80 | 700.00 | $1,260.00 |
| 01/20/2021 | IDS | PD | Review NYAG requested language in content of plan. | 0.30 | 700.00 | $210.00 |
| 01/26/2021 | IDS | PD | Telephone call with L. Testa regarding NYAG issues with Plan. | 0.80 | 700.00 | $560.00 |
| 01/26/2021 | IDS | PD | Telephone call with C. Hill regarding NYAG issues with Plan. | 0.20 | 700.00 | $140.00 |
| 01/26/2021 | IDS | PD | Telephone with Jason regarding NYAG. | 0.20 | 700.00 | $140.00 |
| 01/26/2021 | IDS | PD | Telephone call with C. Mehri regarding plan/DS. | 0.60 | 700.00 | $420.00 |
| 01/26/2021 | IDS | PD | Work on confirmation/ plan issues including transitions plan. | 1.50 | 700.00 | $1,050.00 |

|  |  |  |  | 43.50 |  | $30,450.00 |
|---|---|---|---|---|---|---|

**Ret. of Prof./Other**

| 01/27/2021 | IDS | RPO | Call with B. Riley, Jason Pomerantz regarding retention agreements for Rochester Drug Co-op employees. | 0.70 | 700.00 | $490.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | 0.70 |  | $490.00 |

**Stay Litigation [B140]**

| 01/04/2021 | GSG | SL | Review district court docket re status of insurance litigation. | 0.50 | 700.00 | $350.00 |
|---|---|---|---|---|---|---|
| 01/04/2021 | GSG | SL | Draft joinder re opposition to stay motion by Doud. | 8.60 | 700.00 | $6,020.00 |
| 01/05/2021 | GSG | SL | Draft/review joinder re opposition to stay motion by Doud. | 0.60 | 700.00 | $420.00 |
| 01/12/2021 | GSG | SL | Review issues in advance of call with debtor's counsel; email J.S. Pomerantz and I. Scharf re Doud joinder and outstanding issues. | 0.40 | 700.00 | $280.00 |
| 01/13/2021 | JSP | SL | Call with C. Hill, B. Feldman and others regarding response to Doud relief from stay motion | 0.50 | 700.00 | $350.00 |
| 01/13/2021 | IDS | SL | Telephone conference with BSK regarding Doud lift stay. | 0.50 | 700.00 | $350.00 |
| 01/13/2021 | GSG | SL | Conference call with J.S. Pomerantz, I. Scharf, Debtor's counsel, and insurance counsel re Doud stay relief. | 0.40 | 700.00 | $280.00 |
| 01/13/2021 | GSG | SL | Draft/revise opposition to stay relief based on updated status. | 0.90 | 700.00 | $630.00 |
| 01/13/2021 | GSG | SL | Emails among counsel re insurance briefing and additional pleadings for review re Doud stay relief. | 0.10 | 700.00 | $70.00 |
| 01/19/2021 | GSG | SL | Review related stay relief pleadings from I. Scharf and insurance coverage pleadings re debtor. | 2.10 | 700.00 | $1,470.00 |
| 01/19/2021 | GSG | SL | Research/review additional cases re shared insurance. | 0.80 | 700.00 | $560.00 |
| 01/19/2021 | GSG | SL | Draft/revise joinder and opposition to stay relief by Doud. | 4.50 | 700.00 | $3,150.00 |
| 01/21/2021 | JSP | SL | Review draft opposition/joinder in connection with Doud motion for relief from stay | 1.60 | 700.00 | $1,120.00 |
| 01/21/2021 | IDS | SL | Initial review and revision of joinder regarding Doud motion for stay relief. | 2.00 | 700.00 | $1,400.00 |
| 01/21/2021 | IDS | SL | Review research regarding police power regarding NY AG | 1.80 | 700.00 | $1,260.00 |
| 01/21/2021 | IDS | SL | Revise joinder to Doud stay relief objection. | 1.70 | 700.00 | $1,190.00 |

Pachulski Stang Ziehl & Jones LLP  
Rochester Drug Co-Op O.C.C.  
75015    - 00002

Page:    13  
Invoice 127469  
January 31, 2021

|            |     |    |                                                                                                                                      | Hours | Rate   | Amount    |
|------------|-----|----|--------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 01/21/2021 | GSG | SL | Emails re Doud stay motion.                                                                                                          | 0.10  | 700.00 | $70.00    |
| 01/22/2021 | JSP | SL | Review Doud opposition/joinder                                                                                                       | 1.20  | 700.00 | $840.00   |
| 01/22/2021 | JSP | SL | Calls with C. Hill regarding Doud opposition/joinder                                                                                 | 0.30  | 700.00 | $210.00   |
| 01/22/2021 | IDS | SL | Review and revise objection to David lift stay motion.                                                                               | 1.40  | 700.00 | $980.00   |
| 01/22/2021 | GSG | SL | Call with J.S. Pomerantz re joinder status (.1); emails to/from counsel re 1/25 meeting (.1).                                        | 0.20  | 700.00 | $140.00   |
| 01/22/2021 | GSG | SL | Revise and blackline joinder re opposition to stay by Doud.                                                                          | 1.40  | 700.00 | $980.00   |
| 01/23/2021 | JSP | SL | Correspondence regarding joinder/opposition - Doud                                                                                   | 0.90  | 700.00 | $630.00   |
| 01/24/2021 | JSP | SL | Review detailed comments to joinder (with Debtor) in opposition to Doud lift stay motion                                             | 2.30  | 700.00 | $1,610.00 |
| 01/24/2021 | IDS | SL | Work on objection/ joinder to Doud lift stay.                                                                                        | 1.00  | 700.00 | $700.00   |
| 01/24/2021 | GSG | SL | Review blackline and comments from insurance counsel and debtor; emails re same.                                                     | 0.30  | 700.00 | $210.00   |
| 01/25/2021 | JSP | SL | Review revised joinder/objection - Doud stay relief motion - in preparation for call regarding same                                  | 1.80  | 700.00 | $1,260.00 |
| 01/25/2021 | JSP | SL | Call with B. Feldman, C. Hill, I. Scharf and G. Greenwood regarding Doud                                                             | 0.50  | 700.00 | $350.00   |
| 01/25/2021 | IDS | SL | Call regarding joinder to objection to Doud lift stay.                                                                               | 0.50  | 700.00 | $350.00   |
| 01/25/2021 | IDS | SL | Review and revise joinder to objection to Doud lift stay.                                                                            | 1.80  | 700.00 | $1,260.00 |
| 01/25/2021 | GSG | SL | Conference call with debtor's counsel and insurance counsel re Doud stay relief.                                                     | 0.50  | 700.00 | $350.00   |
| 01/25/2021 | GSG | SL | Review IDS comments and revise and finalize joinder re opposition to Doud stay relief.                                               | 0.40  | 700.00 | $280.00   |
| 01/25/2021 | LSC | SL | Prepare certificate of service and file and serve joinder to objection to motion for relief from stay to advance defense costs via email. | 0.70  | 460.00 | $322.00   |
| 01/27/2021 | JSP | SL | Notes for call tomorrow regarding Doud matter                                                                                        | 1.30  | 700.00 | $910.00   |
| 01/28/2021 | JSP | SL | Call with I. Scharf, C. Hill, B. Feldman regarding Doud motion to lift stay                                                          | 0.60  | 700.00 | $420.00   |
| 01/28/2021 | IDS | SL | Telephone call with Debtor counsel regarding Doud lift stay motion.                                                                  | 0.50  | 700.00 | $350.00   |
| 01/28/2021 | IDS | SL | Prepare for Doud lift stay motion.                                                                                                   | 2.50  | 700.00 | $1,750.00 |
| 01/28/2021 | GSG | SL | Conference call among counsel re Doud lift stay motion.                                                                              | 0.50  | 700.00 | $350.00   |
| 01/29/2021 | JSP | SL | Attend (telephonic) Doud hearing                                                                                                     | 0.90  | 700.00 | $630.00   |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/29/2021 | IDS | SL | Prepare for Doud lift stay hearing. | 1.80 | 700.00 | $1,260.00 |
| 01/29/2021 | IDS | SL | Attend hearing regarding Doud lift stay hearing. | 1.50 | 700.00 | $1,050.00 |
| 01/29/2021 | IDS | SL | Telephone call with Debtor's counsel regarding Doud lift stay hearing. (part) | 0.50 | 700.00 | $350.00 |
| 01/29/2021 | IDS | SL | Telephone call with Gail Greenwood regarding Doud lift stay hearing. (part) | 0.30 | 700.00 | $210.00 |
| 01/29/2021 | IDS | SL | Memo to committee regarding Doud lift stay hearing. | 0.60 | 700.00 | $420.00 |
| 01/29/2021 | GSG | SL | Attend hearing re Doud lift stay motion. | 0.80 | 700.00 | $560.00 |
| | | | | **54.10** | | **$37,702.00** |

**Tax Issues [B240]**

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2021 | JSP | TI | Analysis regarding tax issues raised by DOJ counsel in connection with IRS settlement | 0.80 | 700.00 | $560.00 |
| 01/05/2021 | JSP | TI | Call with I. Shcarf, C. Hill and B. Feldman regarding IRS settlement agreement. | 0.40 | 700.00 | $280.00 |
| 01/05/2021 | IDS | TI | Telephone call with Debtor Counsel regarding IRS settlement. | 0.30 | 700.00 | $210.00 |
| 01/06/2021 | JSP | TI | Follow up regarding pending DOJ/IRS issues concerning settlement | 0.80 | 700.00 | $560.00 |
| 01/07/2021 | JSP | TI | Correspondence regarding settlement agreement terms - IRS/DOJ | 0.70 | 700.00 | $490.00 |
| 01/08/2021 | JSP | TI | Review correspondence/redline document regarding tax settlement | 0.90 | 700.00 | $630.00 |
| 01/11/2021 | JSP | TI | Attention to issues regarding IRS/DOJ settlement | 0.70 | 700.00 | $490.00 |
| 01/11/2021 | IDS | TI | Final review of IRS settlement (.8); email to C.Hill regarding same (.2). | 1.00 | 700.00 | $700.00 |
| 01/12/2021 | JSP | TI | Correspondence from B. Feldman regarding tax settlement | 0.50 | 700.00 | $350.00 |
| | | | | **6.10** | | **$4,270.00** |

**TOTAL SERVICES FOR THIS MATTER:**　　　　$116,238.50

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/17/2020 | LV | Legal Vision Atty/Mess. Service- Inv. 07776, L Rodriguez | 144.00 |
| 01/11/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/11/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/18/2021 | CC | Conference Call [E105] AT&T Conference Call, JSP | 3.68 |
| 01/21/2021 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 27.77 |
| 01/25/2021 | RE | ( 990 @0.10 PER PG) | 99.00 |
| 01/25/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/25/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/25/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/25/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/25/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 01/25/2021 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 01/25/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 01/26/2021 | PO | Postage Charges | 52.80 |
| 01/26/2021 | RE2 | SCAN/COPY ( 94 @0.10 PER PG) | 9.40 |
| 01/27/2021 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 01/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

| | | | |
|---|---|---|---|
| 01/28/2021 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 21.19 |
| 01/29/2021 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 3.57 |
| 01/31/2021 | PAC | Pacer - Court Research | 7.30 |

**Total Expenses for this Matter** **$383.61**

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**    01/31/2021

| | |
|---|---:|
| **Total Fees** | $116,238.50 |
| **Total Expenses** | 383.61 |
| **Total Due on Current Invoice** | $116,622.11 |

**Outstanding Balance from prior invoices as of    01/31/2021    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126943 | 12/31/2020 | $82,260.00 | $26.33 | $5,000.00 |

**Total Amount Due on Current and Prior Invoices:**                                                  **$121,622.11**