# EXHIBIT C

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

|  |  |
|---|---|
| IDS | February 28, 2021 |
|  | Invoice   127479 |
|  | Client      75015 |
|  | Matter     00002 |
|  | **IDS** |

RE: Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   02/28/2021**

| | |
|---|---:|
| FEES | $141,470.00 |
| EXPENSES | $100.50 |
| **TOTAL CURRENT CHARGES** | **$141,570.50** |
| **BALANCE FORWARD** | **$121,622.11** |
| **TOTAL BALANCE DUE** | **$263,192.61** |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| GSG | Greenwood, Gail S. | Counsel | 700.00 | 63.20 | $44,240.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 35.00 | $24,500.00 |
| JSP | Pomerantz, Jason S. | Partner | 700.00 | 103.90 | $72,730.00 |
|    |    |    |    | 202.10 | $141,470.00 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
| --- | --- | --- | --- |
| AA | Asset Analysis/Recovery[B120] | 48.20 | $33,740.00 |
| CO | Claims Admin/Objections[B310] | 2.10 | $1,470.00 |
| CP | Compensation Prof. [B160] | 3.50 | $2,450.00 |
| GC | General Creditors Comm. [B150] | 16.40 | $11,480.00 |
| OP | Operations [B210] | 0.20 | $140.00 |
| PD | Plan & Disclosure Stmt. [B320] | 82.00 | $57,400.00 |
| SL | Stay Litigation [B140] | 49.70 | $34,790.00 |
|   |   | 202.10 | $141,470.00 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Lexis/Nexis- Legal Research [E | $87.20 |
| Reproduction/ Scan Copy | $13.30 |
| | $100.50 |

Pachulski Stang Ziehl & Jones LLP  
Rochester Drug Co-Op O.C.C.  
75015    - 00002

Page:     5  
Invoice 127479  
February 28, 2021

|            |     |    |                                                                                                            | Hours | Rate   | Amount    |
|------------|-----|----|------------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 02/01/2021 | JSP | AA | Confer with C. Hill regarding Abbvie matter                                                                | 0.20  | 700.00 | $140.00   |
| 02/01/2021 | JSP | AA | Correspondence to C. Hill regarding Abbvie matter                                                          | 0.60  | 700.00 | $420.00   |
| 02/01/2021 | JSP | AA | Continue review of preference information from B. Riley                                                    | 1.70  | 700.00 | $1,190.00 |
| 02/01/2021 | GSG | AA | Follow up research re negligent breach of fiduciary duties; review history re outstanding factual and legal issues. | 4.50  | 700.00 | $3,150.00 |
| 02/02/2021 | JSP | AA | Call with C. Hill and R. Allen regarding possible claims                                                   | 0.40  | 700.00 | $280.00   |
| 02/02/2021 | GSG | AA | Review Debtor's documents re articles of incorporation and historical amendments; prepare chart re same.   | 1.30  | 700.00 | $910.00   |
| 02/02/2021 | GSG | AA | Research re BSC 402 and related provisions re limitations on director liability.                           | 1.10  | 700.00 | $770.00   |
| 02/02/2021 | GSG | AA | Draft follow-up memo re litigation claims and outstanding factual/legal issues.                            | 4.40  | 700.00 | $3,080.00 |
| 02/03/2021 | JSP | AA | Attention to A/R issues, including Alden and Casey                                                         | 0.80  | 700.00 | $560.00   |
| 02/03/2021 | GSG | AA | Review minutes and chronology re third party professional claims.                                          | 0.90  | 700.00 | $630.00   |
| 02/03/2021 | GSG | AA | Review database re timing and knowledge of DEA investigation and fines.                                    | 1.10  | 700.00 | $770.00   |
| 02/03/2021 | GSG | AA | Review dividends re avoidable transfers.                                                                   | 0.70  | 700.00 | $490.00   |
| 02/03/2021 | GSG | AA | Draft memo re estate claims, defenses, and facts and circulate.                                            | 5.80  | 700.00 | $4,060.00 |
| 02/04/2021 | JSP | AA | Correspondence regarding A/R issues                                                                        | 0.70  | 700.00 | $490.00   |
| 02/04/2021 | JSP | AA | Correspondence regarding OptiSource settlement                                                             | 0.10  | 700.00 | $70.00    |
| 02/04/2021 | GSG | AA | Additional research re business judgment defenses and statutory annotations.                               | 2.20  | 700.00 | $1,540.00 |
| 02/04/2021 | GSG | AA | Review database re directors and receipt of dividends; prepare spreadsheet re same.                        | 1.80  | 700.00 | $1,260.00 |
| 02/07/2021 | JSP | AA | Review/analyze correspondence in connection with preference analysis in preparation for call with D. Greenblatt and W. Weitz regarding same | 2.70 | 700.00 | $1,890.00 |
| 02/08/2021 | JSP | AA | Call with D. Greenblatt and W. Weitz regarding preference analysis                                         | 0.50  | 700.00 | $350.00   |
| 02/08/2021 | JSP | AA | Correspondence from B. Bieber regarding A/R matters                                                        | 0.20  | 700.00 | $140.00   |

Pachulski Stang Ziehl & Jones LLP  
Rochester Drug Co-Op O.C.C.  
75015   - 00002

Page:   6  
Invoice 127479  
February 28, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2021 | JSP | AA | Call with D. Greenblatt and W. Weitz regarding vendor preference issues | 0.90 | 700.00 | $630.00 |
| 02/10/2021 | JSP | AA | Confer with B. Bieber regarding A/R matters | 0.60 | 700.00 | $420.00 |
| 02/10/2021 | JSP | AA | Calls with W. Weitz and D. Greenblatt regarding preference analysis | 1.10 | 700.00 | $770.00 |
| 02/11/2021 | JSP | AA | Confer with B. Bieber and others regarding A/R matters | 0.80 | 700.00 | $560.00 |
| 02/12/2021 | JSP | AA | Confer with B. Bieber regarding A/R matters, including Alden Pharmacy, Ptizels, Casey and Apteka | 0.90 | 700.00 | $630.00 |
| 02/14/2021 | JSP | AA | Review reports regarding potential preferences | 2.30 | 700.00 | $1,610.00 |
| 02/15/2021 | JSP | AA | Confer with W. Weitz and D. Greenblatt regarding preferences | 0.40 | 700.00 | $280.00 |
| 02/16/2021 | JSP | AA | Analyze documents related to potential preference actions, including new value defense and OCB defenses | 3.60 | 700.00 | $2,520.00 |
| 02/16/2021 | JSP | AA | Correspondence from B. Bieber regarding Alden Pharmacy settlement | 0.10 | 700.00 | $70.00 |
| 02/17/2021 | JSP | AA | Confer with B. Bieber regarding various A/R issues | 0.40 | 700.00 | $280.00 |
| 02/22/2021 | JSP | AA | Prepare for call with B. Riley group regarding preference analysis | 0.80 | 700.00 | $560.00 |
| 02/22/2021 | JSP | AA | Review correspondence regarding A/R issues | 0.70 | 700.00 | $490.00 |
| 02/22/2021 | JSP | AA | Call with B. Riley group regarding preferences | 0.50 | 700.00 | $350.00 |
| 02/23/2021 | JSP | AA | Review updated preference information from D. Greenblatt | 0.80 | 700.00 | $560.00 |
| 02/24/2021 | JSP | AA | Continue preference analysis, including essential OCB and new value defenses | 1.70 | 700.00 | $1,190.00 |
| 02/24/2021 | JSP | AA | Call with B. Riley group regarding preferences | 0.30 | 700.00 | $210.00 |
| 02/25/2021 | JSP | AA | Correspondence from B. Bieber and others regarding A/R issues | 0.60 | 700.00 | $420.00 |
|  |  |  |  | **48.20** |  | **$33,740.00** |

### Claims Admin/Objections[B310]

| 02/01/2021 | IDS | CO | Draft memo regarding settlement process for claims. | 1.40 | 700.00 | $980.00 |
|---|---|---|---|---|---|---|
| 02/09/2021 | IDS | CO | Update call with school district claimants regarding case. | 0.50 | 700.00 | $350.00 |
| 02/23/2021 | JSP | CO | Call regarding Wholesale Alliance set-off rights/claim | 0.20 | 700.00 | $140.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 2.10 | $1,470.00 |

### Compensation Prof. [B160]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2021 | IDS | CP | Finalize Pachulski Stang Ziehl & Jones fee app. | 1.50 | 700.00 | $1,050.00 |
| 02/02/2021 | JSP | CP | Review Second Interim Fee Application | 0.80 | 700.00 | $560.00 |
| 02/03/2021 | IDS | CP | Finalize fee application for Pachulski Stang Ziehl & Jones. | 1.10 | 700.00 | $770.00 |
| 02/03/2021 | JSP | CP | Correspondence regarding Second Interim Fee Application | 0.10 | 700.00 | $70.00 |
| | | | | 3.50 | | $2,450.00 |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2021 | JSP | GC | Confer with C. Hill regarding transition issues | 0.20 | 700.00 | $140.00 |
| 02/04/2021 | JSP | GC | Prepare for Committee call | 0.50 | 700.00 | $350.00 |
| 02/04/2021 | JSP | GC | Participate on Committee call | 0.60 | 700.00 | $420.00 |
| 02/04/2021 | JSP | GC | Correspondence regarding Greendyke retention | 0.20 | 700.00 | $140.00 |
| 02/04/2021 | IDS | GC | Committee meeting regarding NYAG, case status. | 0.50 | 700.00 | $350.00 |
| 02/05/2021 | JSP | GC | Correspondence to Committee regarding NYAG claim | 0.10 | 700.00 | $70.00 |
| 02/10/2021 | JSP | GC | Prepare for Committee call | 0.60 | 700.00 | $420.00 |
| 02/10/2021 | JSP | GC | Prepare for call with B. Boe and B. Michaelson regarding case status and transition | 1.60 | 700.00 | $1,120.00 |
| 02/10/2021 | JSP | GC | Call with B. Boe and B. Michaelson regarding transition and case status | 0.70 | 700.00 | $490.00 |
| 02/15/2021 | JSP | GC | Correspondence regarding Consilio contract | 0.30 | 700.00 | $210.00 |
| 02/15/2021 | JSP | GC | Review correspondence regarding transition to Liquidating Trustees | 0.60 | 700.00 | $420.00 |
| 02/16/2021 | JSP | GC | Review updated transition tasks/issues - Liquidating Trustee | 2.20 | 700.00 | $1,540.00 |
| 02/18/2021 | JSP | GC | Review correspondence regarding transition issues - Liquidating Trustees | 0.90 | 700.00 | $630.00 |
| 02/18/2021 | JSP | GC | Calls with C. Hill, B. Boe, T. Buck and B. Michaelson regarding transition issues | 0.80 | 700.00 | $560.00 |
| 02/18/2021 | JSP | GC | Prepare for Committee call | 0.30 | 700.00 | $210.00 |
| 02/18/2021 | JSP | GC | Participate on Committee call | 0.30 | 700.00 | $210.00 |
| 02/19/2021 | JSP | GC | Prepare for (1.1) and confer with (.7) B. Michaelson and B. Boe regarding case status issues | 1.80 | 700.00 | $1,260.00 |
| 02/19/2021 | JSP | GC | Begin review of report from B. Feldman regarding | 0.80 | 700.00 | $560.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | pending litigation | | | |
| 02/26/2021 | JSP | GC | Correspondence with S. Reger, T. Buck and I. Scharf regarding document retention | 0.40 | 700.00 | $280.00 |
| 02/27/2021 | JSP | GC | Attention to issues regarding document retention (Consilio) | 0.60 | 700.00 | $420.00 |
| 02/27/2021 | JSP | GC | Start outline of issues for transition call with debtor's representatives and Liquidating Trustees | 2.30 | 700.00 | $1,610.00 |
| 02/27/2021 | JSP | GC | Call with B. Boe regarding transition | 0.10 | 700.00 | $70.00 |
| | | | | **16.40** | | **$11,480.00** |

### Operations [B210]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2021 | JSP | OP | Correspondence regarding consulting agreements | 0.20 | 700.00 | $140.00 |
| | | | | **0.20** | | **$140.00** |

### Plan & Disclosure Stmt. [B320]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2021 | IDS | PD | Review and analysis of GOC, for confirmation and post confirmation analysis. | 1.70 | 700.00 | $1,190.00 |
| 02/01/2021 | IDS | PD | Calls with counsel to tort claimants regarding Plan. | 0.40 | 700.00 | $280.00 |
| 02/01/2021 | IDS | PD | Call with NYAG regarding settlement of 3018 motion. | 1.00 | 700.00 | $700.00 |
| 02/01/2021 | IDS | PD | Analysis and research regarding settlement of 3018 motion by NYAG. | 1.70 | 700.00 | $1,190.00 |
| 02/02/2021 | JSP | PD | Analysis of plan confirmation issues based on calls with C. Hill and others regarding same | 2.60 | 700.00 | $1,820.00 |
| 02/03/2021 | JSP | PD | Call with C. Hill, B. Feldman and I. Sharf regarding NYAG claim issues | 0.40 | 700.00 | $280.00 |
| 02/03/2021 | JSP | PD | Analysis regarding NYAG claim issues | 1.60 | 700.00 | $1,120.00 |
| 02/03/2021 | IDS | PD | Revise settlement with NYAG. | 1.40 | 700.00 | $980.00 |
| 02/03/2021 | IDS | PD | Research regarding status of Suffolk County action. | 1.80 | 700.00 | $1,260.00 |
| 02/03/2021 | IDS | PD | Call with NYAG regarding 3018 motion. | 1.00 | 700.00 | $700.00 |
| 02/03/2021 | IDS | PD | Email to NYAG counsel regarding claim settlement. | 0.40 | 700.00 | $280.00 |
| 02/03/2021 | IDS | PD | Email to Committee regarding NYAG 3018 settlement. | 0.40 | 700.00 | $280.00 |
| 02/04/2021 | IDS | PD | Call with L. Finson regarding voting. | 0.30 | 700.00 | $210.00 |
| 02/04/2021 | IDS | PD | Review vote tabula rasa. | 0.40 | 700.00 | $280.00 |
| 02/04/2021 | IDS | PD | Email with C. Hill regarding NYAG claim. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP  
Rochester Drug Co-Op O.C.C.  
75015    - 00002

Page:    9  
Invoice 127479  
February 28, 2021

|            |     |    |                                                                          | Hours | Rate   | Amount    |
|------------|-----|----|--------------------------------------------------------------------------|-------|--------|-----------|
| 02/04/2021 | JSP | PD | Prepare for call regarding NYAG issues                                   | 0.90  | 700.00 | $630.00   |
| 02/04/2021 | JSP | PD | Participate on call with NYAG counsel regarding claim issues             | 0.50  | 700.00 | $350.00   |
| 02/04/2021 | JSP | PD | Analysis of NYAG claim issues after call with NYAG counsel concerning same | 0.80 | 700.00 | $560.00   |
| 02/04/2021 | JSP | PD | Review correspondence to Committee regarding NYAG issues                 | 0.40  | 700.00 | $280.00   |
| 02/04/2021 | JSP | PD | Analysis regarding plan voting based on call with C. Hill                | 0.90  | 700.00 | $630.00   |
| 02/04/2021 | JSP | PD | Correspondence from C. Hill regarding plan voting                        | 0.60  | 700.00 | $420.00   |
| 02/04/2021 | IDS | PD | Follow up call with NYAG regarding 3018 motion settlement.               | 1.00  | 700.00 | $700.00   |
| 02/04/2021 | IDS | PD | Email memo to Committee regarding NYAG settlement terms.                 | 0.80  | 700.00 | $560.00   |
| 02/05/2021 | IDS | PD | Begin drafting stipulation regarding NYAG settlement.                    | 1.00  | 700.00 | $700.00   |
| 02/05/2021 | JSP | PD | Call with L. Testa and others regarding NYAG claim issues                | 0.50  | 700.00 | $350.00   |
| 02/05/2021 | JSP | PD | Analysis regarding NYAG claim, including possible resolution             | 1.80  | 700.00 | $1,260.00 |
| 02/05/2021 | JSP | PD | Analysis regarding NYAG settlement proposal                              | 0.60  | 700.00 | $420.00   |
| 02/05/2021 | JSP | PD | Correspondence regarding ballot procedures                               | 0.40  | 700.00 | $280.00   |
| 02/05/2021 | IDS | PD | Call with NYAG debtor regarding case, potential settlement.              | 0.80  | 700.00 | $560.00   |
| 02/05/2021 | IDS | PD | Revise term sheet with NYAG.                                             | 0.50  | 700.00 | $350.00   |
| 02/05/2021 | IDS | PD | Further revisions to NYAG term sheet per Debtor comments.                | 0.30  | 700.00 | $210.00   |
| 02/05/2021 | IDS | PD | Email to Court regarding adjournment of NYAG 3018 motion.                | 0.20  | 700.00 | $140.00   |
| 02/05/2021 | IDS | PD | Telephone call with A. Friedman regarding Rochester Drug Co-Op.          | 0.40  | 700.00 | $280.00   |
| 02/07/2021 | JSP | PD | Review comments to NYAG settlement term sheet                            | 0.70  | 700.00 | $490.00   |
| 02/08/2021 | JSP | PD | Attention to plan confirmation issues                                    | 2.30  | 700.00 | $1,610.00 |
| 02/08/2021 | IDS | PD | Call with Napoli Shcohick regarding NYAG stipulation.                    | 0.30  | 700.00 | $210.00   |
| 02/08/2021 | IDS | PD | Revise NYAG stipulation.                                                 | 1.30  | 700.00 | $910.00   |
| 02/09/2021 | IDS | PD | Review and respond to resolution of Merck plan objection.                | 0.80  | 700.00 | $560.00   |

Pachulski Stang Ziehl & Jones LLP  
Rochester Drug Co-Op O.C.C.  
75015    - 00002

Page:    10  
Invoice 127479  
February 28, 2021

|            |     |    |                                                                                                    | Hours | Rate   | Amount     |
|------------|-----|----|----------------------------------------------------------------------------------------------------|-------|--------|------------|
| 02/09/2021 | JSP | PD | Continue analysis of plan confirmation issues raised by C. Hill                                    | 2.60  | 700.00 | $1,820.00  |
| 02/10/2021 | IDS | PD | Prepare for confirmation hearing.                                                                  | 2.00  | 700.00 | $1,400.00  |
| 02/10/2021 | JSP | PD | Correspondence from C. Hill regarding Merck plan objection                                         | 0.30  | 700.00 | $210.00    |
| 02/10/2021 | IDS | PD | Email to Committee regarding NYAG settlement.                                                      | 0.30  | 700.00 | $210.00    |
| 02/10/2021 | IDS | PD | Status call with LT.                                                                               | 0.50  | 700.00 | $350.00    |
| 02/11/2021 | JSP | PD | Correspondence regarding NYAG claim                                                                | 0.70  | 700.00 | $490.00    |
| 02/11/2021 | JSP | PD | Correspondence from C. Hill regarding NYAG term sheet                                              | 0.80  | 700.00 | $560.00    |
| 02/11/2021 | JSP | PD | Attention to plan confirmation issues                                                              | 2.20  | 700.00 | $1,540.00  |
| 02/12/2021 | JSP | PD | Analysis regarding plan confirmation issues                                                        | 2.70  | 700.00 | $1,890.00  |
| 02/13/2021 | JSP | PD | Analysis regarding claims/voting issues                                                            | 1.40  | 700.00 | $980.00    |
| 02/15/2021 | JSP | PD | Attention to issues regarding plan, including language in connection with anti-trust defendants/creditors | 2.40  | 700.00 | $1,680.00  |
| 02/16/2021 | IDS | PD | Draft stipulation with NYAG regarding state's 3018 motion.                                         | 1.30  | 700.00 | $910.00    |
| 02/16/2021 | IDS | PD | Review tabulation report.                                                                          | 0.20  | 700.00 | $140.00    |
| 02/17/2021 | JSP | PD | Comments to NYAG settlement stipulation                                                            | 1.40  | 700.00 | $980.00    |
| 02/17/2021 | JSP | PD | Correspondence from L. Testa regarding NYAG settlement stipulation                                 | 0.10  | 700.00 | $70.00     |
| 02/17/2021 | JSP | PD | Attention to plan confirmation issues based on conferring with C. HIll and others                  | 2.70  | 700.00 | $1,890.00  |
| 02/17/2021 | IDS | PD | Finalize NYAG stipulation.                                                                         | 0.80  | 700.00 | $560.00    |
| 02/17/2021 | IDS | PD | Communicate with Chambers regarding NYAG stipulation.                                              | 0.20  | 700.00 | $140.00    |
| 02/17/2021 | IDS | PD | Review confirmation issues, NYAG.                                                                  | 1.80  | 700.00 | $1,260.00  |
| 02/17/2021 | IDS | PD | Email to committee regarding NYAG stipulation.                                                     | 0.30  | 700.00 | $210.00    |
| 02/18/2021 | JSP | PD | Call with C. Hill regarding plan issues, including voting and releases                             | 0.30  | 700.00 | $210.00    |
| 02/18/2021 | JSP | PD | Analysis of plan issues raised by C. Hill, including voting and releases                           | 1.30  | 700.00 | $910.00    |
| 02/19/2021 | JSP | PD | Attention to plan confirmation issues                                                              | 1.60  | 700.00 | $1,120.00  |
| 02/22/2021 | JSP | PD | Review Proposed Decision and Order                                                                 | 0.80  | 700.00 | $560.00    |
| 02/22/2021 | JSP | PD | Correspondence regarding plan confirmation hearing                                                 | 0.70  | 700.00 | $490.00    |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/23/2021 | JSP | PD | Attention to plan confirmation issues | 2.70 | 700.00 | $1,890.00 |
| 02/24/2021 | IDS | PD | Review confirmation order. | 0.50 | 700.00 | $350.00 |
| 02/24/2021 | IDS | PD | Telephone call with L. Testa regarding confirmation. | 0.30 | 700.00 | $210.00 |
| 02/24/2021 | JSP | PD | Assist with preparation for plan confirmation hearing | 2.80 | 700.00 | $1,960.00 |
| 02/25/2021 | JSP | PD | Attention to plan confirmation issues | 3.20 | 700.00 | $2,240.00 |
| 02/25/2021 | IDS | PD | Prepare for information hearing. | 2.50 | 700.00 | $1,750.00 |
| 02/26/2021 | JSP | PD | Prepare for confirmation hearing | 3.30 | 700.00 | $2,310.00 |
| 02/26/2021 | JSP | PD | Attend (telephonic) confirmation hearing | 1.00 | 700.00 | $700.00 |
| 02/26/2021 | JSP | PD | Correspondence regarding confirmation and post-confirmation | 1.60 | 700.00 | $1,120.00 |
| 02/28/2021 | JSP | PD | Review correspondence regarding post-confirmation issues | 1.60 | 700.00 | $1,120.00 |
| | | | | **82.00** | | **$57,400.00** |

### Stay Litigation [B140]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/04/2021 | IDS | SL | Prepare for (.4); and attend call with Debtor's counsel regarding MOL to oppose Doud stay relief request (.4) | 0.80 | 700.00 | $560.00 |
| 02/04/2021 | JSP | SL | Participate on call regarding Doud litigation | 0.40 | 700.00 | $280.00 |
| 02/04/2021 | IDS | SL | Call with Debtor's counsel regarding MOL to oppose Doud stay relief request. | 0.40 | 700.00 | $280.00 |
| 02/04/2021 | GSG | SL | Conference call among counsel re Doud stay relief and briefing. | 0.40 | 700.00 | $280.00 |
| 02/04/2021 | GSG | SL | Telephone calls to/from Mendolera re joint briefing and arguments. | 0.90 | 700.00 | $630.00 |
| 02/04/2021 | GSG | SL | Review Doud brief and case citations. | 1.70 | 700.00 | $1,190.00 |
| 02/05/2021 | JSP | SL | Analysis regarding memorandum of law in support of opposition to Doud stay relief motion | 0.80 | 700.00 | $560.00 |
| 02/05/2021 | GSG | SL | Research 2d Circuit authority and related cases re coinsureds and claims under D&O policies; notes re same. | 5.40 | 700.00 | $3,780.00 |
| 02/08/2021 | GSG | SL | Research/review additional cases re D&O policies in bankruptcy. | 2.10 | 700.00 | $1,470.00 |
| 02/08/2021 | GSG | SL | Draft joint brief in opposition to Doud motion for relief from stay. | 6.90 | 700.00 | $4,830.00 |
| 02/09/2021 | GSG | SL | Emails to/from Mendolera re briefing. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP  
Rochester Drug Co-Op O.C.C.  
75015    - 00002

Page:    12  
Invoice 127479  
February 28, 2021

|            |     |    |                                                                                                                        | Hours | Rate   | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 02/09/2021 | GSG | SL | Draft joint brief re opposition to stay relief.                                                                        | 6.90  | 700.00 | $4,830.00  |
| 02/10/2021 | JSP | SL | Analysis regarding Doud/Hiscox issues                                                                                  | 0.80  | 700.00 | $560.00    |
| 02/10/2021 | GSG | SL | Review and annotate insurer portion of joint brief.                                                                    | 1.70  | 700.00 | $1,190.00  |
| 02/10/2021 | GSG | SL | Telephone call with L. Mendolera re joint brief.                                                                       | 0.90  | 700.00 | $630.00    |
| 02/10/2021 | GSG | SL | Follow-up research re protection of D&O policies and competing claims.                                                 | 1.30  | 700.00 | $910.00    |
| 02/11/2021 | GSG | SL | Draft/ revise joint brief re introduction and stay relief cases.                                                       | 4.20  | 700.00 | $2,940.00  |
| 02/11/2021 | GSG | SL | Review joint brief re insurance issues; email blackline of GSG portion to L. Mendolera.                                | 0.50  | 700.00 | $350.00    |
| 02/12/2021 | GSG | SL | Review/revise Mendolera portion of brief re insurance coverage.                                                        | 2.20  | 700.00 | $1,540.00  |
| 02/15/2021 | GSG | SL | Review and blackline joint brief re Doud stay relief.                                                                  | 1.10  | 700.00 | $770.00    |
| 02/15/2021 | GSG | SL | Review and incorporate comments from L. Mendolera re joint brief; emails to/from Mendolera re same.                    | 0.90  | 700.00 | $630.00    |
| 02/16/2021 | GSG | SL | Emails to/from L. Mendolera (.1) and joint counsel (.2) re proposed joint brief re Doud stay relief.                   | 0.30  | 700.00 | $210.00    |
| 02/18/2021 | JSP | SL | Review draft Doud memo of law in opposition to stay relief                                                             | 1.80  | 700.00 | $1,260.00  |
| 02/18/2021 | JSP | SL | Calls with C. Hill, I. Scharf, G. Greenwood and B. Feldman regarding memo of law in opposition to Doud stay relief motion | 0.50 | 700.00 | $350.00    |
| 02/18/2021 | GSG | SL | Calls (3) with J.S. Pomerantz, I. Scharf, and debtor's counsel re coordination of joint memo of law and comments.      | 0.50  | 700.00 | $350.00    |
| 02/18/2021 | GSG | SL | Review blackline and comments from HSE and debtor's counsel re Doud memorandum.                                        | 0.30  | 700.00 | $210.00    |
| 02/19/2021 | JSP | SL | Analysis of issues in Memo of Law in connection with opposition to Doud stay relief motion                             | 1.40  | 700.00 | $980.00    |
| 02/19/2021 | GSG | SL | Revise and circulate joint memo of law re Doud.                                                                        | 0.40  | 700.00 | $280.00    |
| 02/22/2021 | JSP | SL | Further review/revisions - opposition to Doud stay relief motion                                                       | 1.80  | 700.00 | $1,260.00  |
| 02/22/2021 | GSG | SL | Emails re final joint brief re Doud; incorporate and circulate comments (.3); emails re denial of insurer's reconsideration motion (.1). | 0.40 | 700.00 | $280.00    |
| 02/23/2021 | JSP | SL | Review revised memo of law concerning opposition to Doud stay relief motion                                            | 1.60  | 700.00 | $1,120.00  |
| 02/23/2021 | GSG | SL | Review blackline and comments re joint brief re                                                                        | 0.20  | 700.00 | $140.00    |

|  | Hours | Rate | Amount |
|---|---|---|---|
| Doud. | | | |
| | **49.70** | | **$34,790.00** |

**TOTAL SERVICES FOR THIS MATTER:** **$141,470.00**

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/01/2021 | LN | 75015.00002 Lexis Charges for 02-01-21 | 19.47 |
| 02/02/2021 | LN | 75015.00002 Lexis Charges for 02-02-21 | 19.46 |
| 02/04/2021 | LN | 75015.00002 Lexis Charges for 02-04-21 | 29.20 |
| 02/04/2021 | LN | 75015.00002 Lexis Charges for 02-04-21 | 9.34 |
| 02/08/2021 | RE2 | SCAN/COPY ( 133 @0.10 PER PG) | 13.30 |
| 02/10/2021 | LN | 75015.00002 Lexis Charges for 02-10-21 | 9.73 |

**Total Expenses for this Matter**  **$100.50**

# REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:** 02/28/2021

| | |
|---|---:|
| **Total Fees** | $141,470.00 |
| **Total Expenses** | 100.50 |
| **Total Due on Current Invoice** | $141,570.50 |

**Outstanding Balance from prior invoices as of** 02/28/2021   (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126943 | 12/31/2020 | $82,260.00 | $26.33 | $5,000.00 |
| 127469 | 01/31/2021 | $116,238.50 | $383.61 | $116,622.11 |

**Total Amount Due on Current and Prior Invoices:**                          **$263,192.61**