# EXHIBIT D

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

|  |  |
|---|---|
|  | March 19, 2021 |
| IDS | Invoice   127546 |
|  | Client    75015 |
|  | Matter   00002 |
|  | **IDS** |

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH    03/19/2021**

| | |
|---|---:|
| FEES | $73,170.50 |
| EXPENSES | $35.20 |
| **TOTAL CURRENT CHARGES** | **$73,205.70** |
| **BALANCE FORWARD** | **$263,192.61** |
| A/R Adjustments | -$5,000.00 |
| **TOTAL BALANCE DUE** | **$331,398.31** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| GSG | Greenwood, Gail S. | Counsel | 700.00 | 25.80 | $18,060.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 11.10 | $7,770.00 |
| JSP | Pomerantz, Jason S. | Partner | 700.00 | 67.10 | $46,970.00 |
| LSC | Canty, La Asia S. | Paralegal | 425.00 | 0.50 | $212.50 |
| MDJ | DesJardien, Melisa | Other | 395.00 | 0.40 | $158.00 |
| | | | | 104.90 | $73,170.50 |

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 22.90 | $16,030.00 |
| BL | Bankruptcy Litigation [L430] | 27.10 | $18,970.00 |
| CA | Case Administration [B110] | 0.50 | $212.50 |
| CPO | Comp. of Prof./Others | 0.80 | $438.00 |
| GC | General Creditors Comm. [B150] | 37.10 | $25,970.00 |
| PD | Plan & Disclosure Stmt. [B320] | 16.50 | $11,550.00 |
| | | 104.90 | $73,170.50 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Lexis/Nexis- Legal Research [E | $14.10 |
| Reproduction/ Scan Copy | $21.10 |
| | $35.20 |

Pachulski Stang Ziehl & Jones LLP  
Rochester Drug Co-Op O.C.C.  
75015    - 00002

Page:    5  
Invoice 127546  
March 19, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis/Recovery[B120]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/03/2021 | JSP | AA | Call with W. Weitz and D. Greenblatt regarding preference analysis | 0.40 | 700.00 | $280.00 |
| 03/04/2021 | JSP | AA | Confer with B. Bieber and others regarding A/R matters | 0.80 | 700.00 | $560.00 |
| 03/08/2021 | IDS | AA | Telephone call with Gail Greenwood regarding litigation claims. | 0.40 | 700.00 | $280.00 |
| 03/09/2021 | JSP | AA | Call with W. Weitz and D. Greenblatt regarding preference analysis | 0.30 | 700.00 | $210.00 |
| 03/09/2021 | JSP | AA | Call with Liquidating Trustees, B. Feldman and others regarding litigation matters | 0.90 | 700.00 | $630.00 |
| 03/10/2021 | JSP | AA | Analysis regarding pending litigation matters for follow up discussion with B. Feldman, B. Boe and B. Michaelson regarding same | 2.70 | 700.00 | $1,890.00 |
| 03/10/2021 | JSP | AA | Review additional information regarding possible preference claims | 1.60 | 700.00 | $1,120.00 |
| 03/10/2021 | JSP | AA | Correspondence from B. Bieber regarding A/R issues, including Our Choice, Mead Square, Alberty | 0.40 | 700.00 | $280.00 |
| 03/11/2021 | IDS | AA | Review redacted board minutes. | 0.80 | 700.00 | $560.00 |
| 03/12/2021 | JSP | AA | Review memo/correspondence regarding potential litigation claims | 2.80 | 700.00 | $1,960.00 |
| 03/16/2021 | JSP | AA | Review correspondence regarding potential litigation claims | 1.30 | 700.00 | $910.00 |
| 03/17/2021 | JSP | AA | Review litigation memo, including comments to same | 3.40 | 700.00 | $2,380.00 |
| 03/17/2021 | JSP | AA | Analysis regarding preference information from B. Riley | 1.70 | 700.00 | $1,190.00 |
| 03/18/2021 | JSP | AA | Notes regarding potential litigation | 2.20 | 700.00 | $1,540.00 |
| 03/19/2021 | JSP | AA | Review board minutes | 3.20 | 700.00 | $2,240.00 |
|  |  |  |  | **22.90** |  | **$16,030.00** |

**Bankruptcy Litigation [L430]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/04/2021 | IDS | BL | Review litigation claims analysis. | 1.20 | 700.00 | $840.00 |
| 03/04/2021 | GSG | BL | Review agenda re litigation trustee transition. | 0.20 | 700.00 | $140.00 |
| 03/04/2021 | GSG | BL | Conference call with B. Riley team re post-confirmation transition, agenda, and further calls. | 0.50 | 700.00 | $350.00 |
| 03/04/2021 | GSG | BL | Call with J.S. Pomerantz re litigation analysis and | 0.70 | 700.00 | $490.00 |

Pachulski Stang Ziehl & Jones LLP                                        Page:    6
Rochester Drug Co-Op O.C.C.                                              Invoice 127546
75015    - 00002                                                          March 19, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | further strategy (.3); review current memo re outstanding factual data and strategy. | | | |
| 03/05/2021 | GSG | BL | Review Doud response brief (.3); attend hearing (.2). | 0.50 | 700.00 | $350.00 |
| 03/05/2021 | GSG | BL | Confer with I. Scharf re litigation strategy. | 0.30 | 700.00 | $210.00 |
| 03/07/2021 | GSG | BL | Review B. Riley powerpoint re post-confirmation issues and strategy (.4); review NY statutes re director claims and post-confirmation litigation (.5). | 0.90 | 700.00 | $630.00 |
| 03/08/2021 | GSG | BL | Conference call re post-confirmation agenda. | 1.10 | 700.00 | $770.00 |
| 03/08/2021 | GSG | BL | Review/revise research memo re trust strategy and claims. | 1.70 | 700.00 | $1,190.00 |
| 03/09/2021 | GSG | BL | Conference call with trustees re post-confirmation litigation status. | 0.90 | 700.00 | $630.00 |
| 03/09/2021 | GSG | BL | Review DPA and attachments re identity of problem pharmacies and dividends paid to board members; update research memo re same. | 2.40 | 700.00 | $1,680.00 |
| 03/10/2021 | GSG | BL | Draft/revise memo to Trust re post-confirmation litigation claims; including contemporaneous review chronology re additional support for claims. | 2.20 | 700.00 | $1,540.00 |
| 03/11/2021 | IDS | BL | Review Wholesale Alliance settlement proposal. | 0.80 | 700.00 | $560.00 |
| 03/11/2021 | GSG | BL | Draft post-confirmation litigation memo to Trust; review database re issues of intentional misconduct and self-dealing. | 3.30 | 700.00 | $2,310.00 |
| 03/11/2021 | GSG | BL | Review financials re disclosure of DEA investigation and fines. | 0.50 | 700.00 | $350.00 |
| 03/12/2021 | GSG | BL | Review BOD 2021 minutes (.3); confer with J.S. Pomerantz and email Debtor's counsel re production of unredacted minutes (.2). | 0.50 | 700.00 | $350.00 |
| 03/12/2021 | GSG | BL | Research 2d Circuit cases re knowing breach of fiduciary duty and exculpation under BCL 402; notes re same. | 4.60 | 700.00 | $3,220.00 |
| 03/16/2021 | GSG | BL | Email debtor's counsel re production of unredacted BOD minutes (.1); review additional cases re breach of fiduciary duty pleading and sufficiency (1.1). | 1.20 | 700.00 | $840.00 |
| 03/19/2021 | GSG | BL | Review email from N. Basalyga and referenced BOD minutes (.3); review unredacted 2017 minutes (3.3). | 3.60 | 700.00 | $2,520.00 |
| | | | | 27.10 | | $18,970.00 |

## Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/09/2021 | LSC | CA | Update critical dates memo. | 0.50 | 425.00 | $212.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 0.50 | **$212.50** |

### Comp. of Prof./Others

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2021 | IDS | CPO | Assess motion to pay Hyman Phelps. | 0.40 | 700.00 | $280.00 |
| 03/15/2021 | MDJ | CPO | Email exchanges with L. Canty re GlassRatner 9th Monthly Fee Statement (.2); Efile and arrange for service of same (.2). | 0.40 | 395.00 | $158.00 |
| | | | | 0.80 | | **$438.00** |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2021 | JSP | GC | Prepare for transition call - Liquidating Trustees | 2.30 | 700.00 | $1,610.00 |
| 03/02/2021 | JSP | GC | Preparation for call with B. Boe and B. Michaelson regarding transition | 2.60 | 700.00 | $1,820.00 |
| 03/02/2021 | JSP | GC | Call with B. Boe, B. Michaelson and others regarding transition | 0.60 | 700.00 | $420.00 |
| 03/03/2021 | JSP | GC | Analysis regarding transition issues | 3.30 | 700.00 | $2,310.00 |
| 03/03/2021 | JSP | GC | Calls with B. Boe and B. Michaleson regarding transition issues | 0.60 | 700.00 | $420.00 |
| 03/04/2021 | JSP | GC | Prepare for call regarding comprehensive transition issues | 3.20 | 700.00 | $2,240.00 |
| 03/04/2021 | JSP | GC | Participate on transition call (preliminary discussion) | 0.40 | 700.00 | $280.00 |
| 03/04/2021 | JSP | GC | Confer with B. Boe and B. Michaelson regarding transition issues | 0.60 | 700.00 | $420.00 |
| 03/05/2021 | JSP | GC | Review comments to consulting agreement | 0.90 | 700.00 | $630.00 |
| 03/06/2021 | JSP | GC | Attention to draft consulting agreements, including comments to same | 0.90 | 700.00 | $630.00 |
| 03/07/2021 | JSP | GC | Review/comment on draft report to Liquidating Trustees | 1.90 | 700.00 | $1,330.00 |
| 03/08/2021 | JSP | GC | Prepare for call with Trustees | 0.90 | 700.00 | $630.00 |
| 03/08/2021 | JSP | GC | Participate on call with Liquidating Trustees | 1.10 | 700.00 | $770.00 |
| 03/08/2021 | IDS | GC | Call with LTs and committee professionals regarding transition. | 1.00 | 700.00 | $700.00 |
| 03/09/2021 | JSP | GC | Prepare for call with Liquidating Trustees, B. Feldman and others regarding litigation matters | 0.60 | 700.00 | $420.00 |
| 03/09/2021 | IDS | GC | Transition call with HSE team regarding litigation claims. | 0.90 | 700.00 | $630.00 |
| 03/10/2021 | IDS | GC | Transition emails to committee member. | 0.80 | 700.00 | $560.00 |
| 03/11/2021 | JSP | GC | Work on transition matters for Liquidating Trustees | 3.20 | 700.00 | $2,240.00 |

Pachulski Stang Ziehl & Jones LLP  
Rochester Drug Co-Op O.C.C.  
75015    - 00002

Page:     8  
Invoice 127546  
March 19, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/15/2021 | JSP | GC | Review/revise post-confirmation task list/transition issues | 3.20 | 700.00 | $2,240.00 |
| 03/15/2021 | JSP | GC | Attention to issues regarding Liquidating Trust Agreement | 0.40 | 700.00 | $280.00 |
| 03/16/2021 | JSP | GC | Further revisions to transition task list | 2.70 | 700.00 | $1,890.00 |
| 03/18/2021 | JSP | GC | Correspondence regarding transition to Liquidating Trustees | 2.70 | 700.00 | $1,890.00 |
| 03/19/2021 | JSP | GC | Attention to issues regarding Liquidating Trust/Trust Agreement | 2.30 | 700.00 | $1,610.00 |
| | | | | 37.10 | | $25,970.00 |

**Plan & Disclosure Stmt. [B320]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2021 | JSP | PD | Attention to plan confirmation/effective date matters | 1.70 | 700.00 | $1,190.00 |
| 03/02/2021 | JSP | PD | Analysis of various post-confirmation issues, including effective date, ordinary course professionals and stay relief | 2.80 | 700.00 | $1,960.00 |
| 03/02/2021 | GSG | PD | Transition call re plan confirmation. | 0.70 | 700.00 | $490.00 |
| 03/03/2021 | IDS | PD | Work on transition issues for LT. | 0.80 | 700.00 | $560.00 |
| 03/03/2021 | IDS | PD | Review and respond to C.Hill email regarding effective date. | 0.20 | 700.00 | $140.00 |
| 03/03/2021 | IDS | PD | Telephone call with T. Buck regarding effective date/ transition. | 0.20 | 700.00 | $140.00 |
| 03/04/2021 | IDS | PD | Attend transition call with Pachulski Stang Ziehl & Jones, BRF teams. | 1.00 | 700.00 | $700.00 |
| 03/05/2021 | JSP | PD | Confer with C. Hill, I. Scharf, T. Buck and others regarding post-confirmation matters | 0.60 | 700.00 | $420.00 |
| 03/05/2021 | JSP | PD | Analysis regarding plan issues, including effective date, ordinary course professionals, liquidating trust agreement | 3.80 | 700.00 | $2,660.00 |
| 03/11/2021 | IDS | PD | Attention to transition from DIP to Trust. | 1.20 | 700.00 | $840.00 |
| 03/12/2021 | JSP | PD | Analysis of post- confirmation, pre-effective date tasks | 2.10 | 700.00 | $1,470.00 |
| 03/18/2021 | IDS | PD | Work on transition from DIP to trust. | 1.40 | 700.00 | $980.00 |
| | | | | 16.50 | | $11,550.00 |

**TOTAL SERVICES FOR THIS MATTER:** $73,170.50

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/09/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 03/09/2021 | RE2 | SCAN/COPY ( 129 @0.10 PER PG) | 12.90 |
| 03/09/2021 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 03/09/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/09/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 03/09/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/12/2021 | LN | 75015.00002 Lexis Charges for 03-12-21 | 14.10 |
| 03/15/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 03/15/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 03/15/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/15/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

**Total Expenses for this Matter** **$35.20**

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**　　03/19/2021

| | |
|---|---:|
| **Total Fees** | $73,170.50 |
| **Total Expenses** | 35.20 |
| **Total Due on Current Invoice** | $73,205.70 |

**Outstanding Balance from prior invoices as of**　　03/19/2021　　(May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 127469 | 01/31/2021 | $116,238.50 | $383.61 | $116,622.11 |
| 127479 | 02/28/2021 | $141,470.00 | $100.50 | $141,570.50 |

**Total Amount Due on Current and Prior Invoices:**　　　　　　　**$331,398.31**