# EXHIBIT F

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |

## ORDER GRANTING
## FIRST INTERIM FEE APPLICATION OF PACHULSKI STANG
## ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR
## FOR THE PERIOD APRIL 9, 2020 THROUGH JULY 31, 2020

This matter is before the Court on the First Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period April 9, 2020 through July 31, 2020 (the "First Compensation Period" and the "Application") [Doc 768], filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Committee. In the Application, PSZJ requests (a) allowance of interim compensation for professional services performed by PSZJ for the First Compensation Period in the amount of $397,737.50, (b) reimbursement of its actual and necessary expenses in the amount of $1,366.08 incurred during the First Compensation Period, and (c) directing the Debtor to pay PSZJ any unpaid amounts for fees and expenses incurred during the First Compensation Period and approved herein.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on October 16, 2020 and being otherwise

duly advised in the premises, determines that the Application should be, and hereby is GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED in its entirety.

2. PSZJ's compensation for professional services rendered during the First Compensation Period is allowed on an interim basis in the amount of $397,737.50.

3. Reimbursement of PSZJ's expenses incurred during the First Compensation Period is allowed on an interim basis in the amount of $1,366.08.

4. The Debtor is directed to pay PSZJ all outstanding amounts for the unpaid fees and expenses incurred during the First Compensation Period.

5. The compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to section 330(a)(5) of the Bankruptcy Code.

6. The allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to PSZJ's right to seek additional compensation for services performed and expenses incurred during the First Compensation Period, which were not processed at the time of the Application.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

DATED: October 26, 2020 _____/s/_____
      Rochester, New York       HON. PAUL R. WARREN
                                          United States Bankruptcy Judge

# Notice Recipients

District/Off: 0209−2     User: admin     Date Created: 10/26/2020
Case: 2−20−20230−PRW     Form ID: pdforder     Total: 7

**Recipients of Notice of Electronic Filing:**
aty     Camille W. Hill     chill@bsk.com
aty     Ilan D Scharf     ischarf@pszjlaw.com
aty     Stephen A. Donato     sdonato@bsk.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Rochester Drug Cooperative, Inc.     P.O. Box 24389     Rochester, NY 14624−0389
pr     John T. Kinney     9226 NW 9th Court     Plantation, FL 33324
aty     Pachulski Stang Ziehl & Jones LLP     780 Third Avenue, 34th Floor     New York, NY 10017
smg     Office of the U.S. Trustee     100 State Street, Room 6090     Rochester, NY 14614

TOTAL: 4