# EXHIBIT H

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re:

ROCHESTER DRUG CO-OPERATIVE, INC.,

Debtor.

Chapter 11

Case No. 20-20230 (PRW)

## ORDER GRANTING
## SECOND INTERIM FEE APPLICATION OF PACHULSKI STANG
## ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR THE PERIOD AUGUST 1, 2020 THROUGH DECEMBER 31, 2020

This matter is before the Court on the Second Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period August 1, 2020 through December 31, 2020 (the "Second Compensation Period" and the "Application") [Doc 1197]. In the Application, PSZJ requests (a) allowance of interim compensation for professional services performed by PSZJ for the Second Compensation Period in the amount of $561,879.50 (b) reimbursement of its actual and necessary expenses in the amount of $1,231.84 incurred during the Second Compensation Period, and (c) directing the Debtor to pay PSZJ the amount of $178,210.23 for the unpaid total.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on March 5, 2021 and being otherwise duly advised in the premises, determines that the Application should be, and hereby is GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED as set forth herein.

2. PSZJ has agreed to a reduction of its fees requested in the amount of $5,000.00.

3. PSZJ's compensation for professional services rendered during the Second Compensation Period is allowed on an interim basis in the amount of $556,879.50.

4. Reimbursement of PSZJ's expenses incurred during the Second Compensation Period is allowed on an interim basis in the amount of $1,231.84.

5. The Debtor is directed to pay PSZJ any outstanding amounts due for fees and expenses incurred during the Second Compensation Period to the extent such amounts .

6. The compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to section 330(a)(5) of the Bankruptcy Code.

7. The allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to PSZJ's right to seek additional compensation for services performed and expenses incurred during the Second Compensation Period, which were not processed at the time of the Application.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

DATED: March 5, 2021 _____/s/_____
    Rochester, New York        HON. PAUL R. WARREN
                                  United States Bankruptcy Judge

# Notice Recipients

District/Off: 0209–2    User: admin    Date Created: 3/5/2021
Case: 2–20–20230–PRW    Form ID: pdforder    Total: 7

**Recipients of Notice of Electronic Filing:**
aty    Camille W. Hill    chill@bsk.com
aty    Ilan D Scharf    ischarf@pszjlaw.com
aty    Stephen A. Donato    sdonato@bsk.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Rochester Drug Cooperative, Inc.    P.O. Box 24389    Rochester, NY 14624–0389
pr    John T. Kinney    9226 NW 9th Court    Plantation, FL 33324
aty    Pachulski Stang Ziehl & Jones LLP    780 Third Avenue, 34th Floor    New York, NY 10017
smg    Office of the U.S. Trustee    100 State Street, Room 6090    Rochester, NY 14614

TOTAL: 4