UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: ) Chapter 11
)
ROCHESTER DRUG CO-OPERATIVE, INC., ) Case No.20-20230 (PRW)
)
Debtor. )

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Nancy H. Brown, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067.

On April 28, 2021, I caused to be served a true and correct copy of THIRD AND FINAL FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR THE PERIOD APRIL 9, 2020 THROUGH MARCH 19, 2021 via the Court's ECF system.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28th day of April, 2021 at Los Angeles, California.

/s/ *Nancy H. Brown*
Nancy H. Brown

DOCS_LA:337589.1 75015/003