Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Advisory Trust Group, LLC,*
*solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| ROCHESTER DRUG CO-OPERATIVE, INC., ) | Case No. 20-20230 (PRW) |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF MOTION OF THE LIQUIDATING TRUSTEE
FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE
SECTION 542 AND BANKRUPTCY RULE 2004 AUTHORIZING
AN ORAL EXAMINATION OF DONALD BILGORE AND
<u>THE PRODUCTION OF DOCUMENTS</u>**

**PLEASE TAKE NOTICE** that Advisory Trust Group, LLC, the Liquidating Trustee

under the Debtor's Second Amended Chapter 11 Plan of Liquidation and that certain Liquidating

Trust Agreement and Declaration of Trust, hereby withdraws the *Motion of the Liquidating*

*Trustee for Entry of an Order Pursuant to Bankruptcy Code Section 542 and Bankruptcy*

*Rule 2004 Authorizing and Oral Examination of Donald Bilgore and the Production of*

*Documents* (the "**Motion**") [Docket No. 1329].  The hearing on the Motion is canceled.


Date: June 22, 2021                               **PACHULSKI STANG ZIEHL & JONES LLP**

                                                  */s/ Ilan D. Scharf*
                                                  Ilan D. Scharf
                                                  Gail S. Greenwood (admitted *pro hac vice*)
                                                  780 Third Avenue, 34th Floor
                                                  New York, NY  10017
                                                  Telephone:  (212) 561-7700
                                                  Email:     ischarf@pszjlaw.com
                                                             ggreenwood@pszjlaw.com

                                                  *Counsel to Advisory Trust Group, LLC, solely in its*
                                                  *capacity as Liquidating Trustee of the RDC*
                                                  *Liquidating Trust*