Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Advisory Trust Group, LLC,*
*solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC., | Case No. 20-20230 (PRW) |
| Debtor. | |

**Objection Deadline: July 15, 2021 at 4:00 p.m. (ET)**
**Hearing Date: July 16, 2021 at 11:00 a.m. (ET)**

**NOTICE OF HEARING ON MOTION OF THE LIQUIDATING TRUSTEE FOR ENTRY OF AN ORDER (I) DISCHARGING EPIQ CORPORATE RESTRUCTURING, LLC AND (II) RETAINING BANKRUPTCY MANAGEMENT SOLUTIONS, INC. D/B/A STRETTO AS THE POST-CONFIRMATION CLAIMS AGENT**

**PLEASE TAKE NOTICE** that Advisory Trust Group, LLC, the Liquidating Trustee ("**Liquidating Trustee**") under the Debtor's Second Amended Chapter 11 Plan of Liquidation and the RDC Liquidating Trust Agreement, filed the *Motion of the Liquidating Trustee for Entry of an Order (I) Discharging Epiq Corporate Restructuring, LLC and (II) Retaining Bankruptcy Management Solutions, Inc. d/b/a Stretto as the Post-Confirmation Claims Agent* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the Motion shall be held on **July 16, 2021 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Paul R.

Warren, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Western District of New York, United States Courthouse, 100 State Street, Rochester, New York 14614.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9006 and Local Rule 9013-1(A), all affidavits and memoranda in opposition to the relief requested, if any, shall be in writing and shall be filed with the Clerk's Office, United States Bankruptcy Court for the Western District of New York, Rochester Division, and served upon the undersigned counsel so as to be received not later than one day prior to the hearing to consider the Motion.

Date: June 24, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Ilan D. Scharf*
Ilan D. Scharf
Gail S. Greenwood (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: ischarf@pszjlaw.com
 ggreenwood@pszjlaw.com

*Counsel to Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: ) Chapter 11
)
ROCHESTER DRUG CO-OPERATIVE, INC., ) Case No.20-20230 (PRW)
)
Debtor. )

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Nancy H. Brown, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067.

On June 24, 2021, I caused to be served a true and correct copy of the **Notice of Hearing on Motion of the Liquidating Trustee for Entry of an Order (I) Discharging Epiq Corporate Restructuring, LLC and (II) Retaining Bankruptcy Management Solutions, Inc. d/b/a Stretto as the Post-Confirmation Claims Agent** via the Court's ECF system.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of June, 2021 at Los Angeles, California.

/s/ *Nancy H. Brown*
Nancy H. Brown