Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Advisory Trust Group, LLC,*
*solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC., | Case No. 20-20230 (PRW) |
| Debtor. | **Relates to Docket No. 1369** |

**NOTICE OF HEARING ON MOTION OF THE LIQUIDATING TRUSTEE
FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004
AUTHORIZING AN ORAL EXAMINATION AND THE PRODUCTION OF
DOCUMENTS BY STEPEN GIROUX**

**PLEASE TAKE NOTICE** that Advisory Trust Group, LLC, the Liquidating Trustee ("**Liquidating Trustee**") under the Debtor's Second Amended Chapter 11 Plan of Liquidation and the RDC Liquidating Trust Agreement, filed the *Motion of the Liquidating Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing an Oral Examination and the Production of Documents by Stephen Giroux* (the "**Motion**") [Docket No. 1369].

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the Motion shall be held on **July 16, 2021 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Paul R. Warren, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Western District of New York, United States Courthouse, 100 State Street, Rochester, New York 14614.

**PLEASE TAKE FURTHER NOTICE** that all affidavits and memoranda in opposition to the relief requested, if any, shall be in writing and shall be filed with the Clerk's Office, United States Bankruptcy Court for the Western District of New York (Rochester Division), and served upon the undersigned counsel so as to be received no later than 72 hours prior to the hearing to consider the Motion.

Date: June 29, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Ilan D. Scharf*
Ilan D. Scharf
Gail S. Greenwood (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: ischarf@pszjlaw.com
ggreenwood@pszjlaw.com

*Counsel to Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust*