**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| ROCHESTER DRUG CO-OPERATIVE, INC., | ) | Case No.20-20230 (PRW) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
                                                      )
COUNTY OF LOS ANGELES )

I, Nancy H. Brown, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067.

On June 29, 2021, I caused to be served true and correct copies of (1) *Motion of the Liquidating Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Production of Documents by M&T Bank; Declaration of David Greenblatt in Support Thereof* and (2) *Notice of Hearing on Motion of the Liquidating Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Production of Documents by M&T Bank* via the Court's ECF system and via first class US mail upon the parties set forth on the service list annexed hereto as **Exhibit 1.**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of June, 2021 at Los Angeles, California.

/s/ *Nancy H. Brown*
Nancy H. Brown

# EXHIBIT 1

DOCS_LA:338662.1 75015/003

# EXHIBIT 1

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
    Camille W. Hill, Esq.
One Lincoln Center
Syracuse, NY  13202

M&T Bank
Attn: Office of General Counsel
One M&T Plaza
Buffalo, NY 14203

Timothy P. Lyster, Esq.
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14614 (per 9019 motion)

United States Trustee For The Western
District Of New York
Attn: Kathleen D. Schmitt, Esq
100 State Street, Room 4180
Rochester, NY 14614

Michael Luskin, Esq.
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, NY 10036

| Claim Name | Address Information |
|---|---|
| ALTER AND BARBARO, ESQS. | (COUNSEL TO DRUG GUILD DISTRIBUTORS AND ECHO DRUGS, INC.,PHARMA HOLDINGS INC. D/B/A UNZER PHARMACY,(UNZER)) ATTN BERNARD M. ALTER, ESQ. 26 COURT ST, STE 1812 BROOKLYN NY 11242 |
| ASSISTANT U.S. ATTORNEY | ATTN: JEFFREY K. POWELL, ESQ. UNITED STATES ATTORNEY'S OFFICE 86 CHAMBERS STREET NEW YORK NY 10007 |
| ASSISTANT U.S. ATTORNEY | ATTN: LOUIS PELLEGRINO, ESQ. UNITED STATES ATTORNEY'S OFFICE 1 ST. ANDREW'S PLAZA NEW YORK NY 10007 |
| BALLARD SPAHR LLP | (COUNSEL TO UPSHER-SMITH LABORATORIES, LLC) ATTN TOBEY M DALUZ, CHANTELLE D MCCLAMB 919 MARKET ST, 11TH FL WILMINGTON DE 19801 |
| BERNARD M. ALTER, ESQ.; ALTER AND BARBARO, ESQS. | (COUNSEL TO DRUG GUILD & ECHO DRUG, STARRETT CITY PHARMACY LLC, WELCARE DRUG STORE INC,BAY-CARE PHARMACY LLC) 26 COURT ST, STE 1812 BROOKLYN NY 11242 |
| BERNARD M. ESQ. ALTER AND BARBARO,ESQ.S | (COUNSEL TO PHARMA HOLDING INC.,( UNZER)) 26 COURT STREET, SUITE 1812 BROOKLYN NY 11424 |
| BORGES & ASSOCIATES, LLC | (COUNSEL TO LIFESCAN GLOBAL CORP.) ATTN WANDA BORGES, ESQ.; SUE L. CHIN, ESQ. 575 UNDERHILL BLVD., STE 118 SYOSSET NY 11791 |
| BOUSQUET HOLSTEIN PLLC | (COUNSEL TO COLLIERS INTERNATIONAL NJ LLC) ATTN ROBERT K. WEILER, ESQ. 110 W. FAYETTE ST., STE 1000 SYRACUSE NY 13202 |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. (COUNSEL TO ORACLE AMERICA, INC.) 55 SECOND ST., 17TH FLOOR SAN FRANCISCO CA 94105 |
| CAPITAL TAX COLLECTION BUREAU | PENNSYLVANIA LOCAL TAX PERRY COUNTY OFFICE 506 S STATE RD. MARYSVILLE PA 17053 |
| CARTER LEDYARD & MILBURN LLP | (COUNSEL TO  NOVARTIS PHARMACEUTICALS CORP. AND SANDOZ INC.) ATTN AARON R CAHN 2 WALL STREET NEW YORK NY 10005 |
| COMMERICAL LITIGATION BRANCH | U.S. DEPT OF JUSTICE ATTN MARY A SCHMERGEL, ESQ. 1100 L ST, N.W., ROOM 7110 WASHINGTON DC 2005 |
| COMMONWEALTH OF PENNSYLVANIA | DEPARTMENT OF LABOR AND INDUSTRY COLLECTION SUPPORT UNIT ATTN:DEB SECREST 651 BOAS STREET, ROOM 925 HARRISBURG PA 17121 |
| COMPTROLLER OF MARYLAND | MARYLAND INCOME TAX REVENUE ADMINISTRATION DIVISION 110 CARROLL STREET ANNAPOLIS MD 21411-0001 |
| CONNECTICUT DEPARTMENT OF LABOR | EMPLOYMENT SECURITY DIVISION 200 FOLLY BROOK BOULEVARD WETHERSFIELD CT 06109 |
| CONNECTICUT LICENSE SERVICES DIVISION | 165 CAPITOL AVENUE HARTFORD CT 06106 |
| CONSOVOY MCCARTHY PLLC | (COUNSEL TO ERIC HESTRUP) ATTN J.MICHAEL CONNOLLY 1600 WILSON BOULEVARD, SUITE 700 ARLINGTON VA 22201 |
| DEPARTMENT OF REVENUE SERVICES | CONNECTICUT WITHHOLDING TAX 450 COLUMBUS BOULEVARD HARTFORD CT 06103 |
| DHMH - DRUG CONTROL | 4201 PATTERSON AVENUE BALTIMORE MD 21215 |
| DRUG ENFORCEMENT ADMINISTRATION | ATTN: MICHAEL D. MULLER, SPECIAL AGENT NEW YORK FIELD DIVISION 99 10TH AVENUE NEW YORK NY 10011 |
| DRUG ENFORCEMENT ADMINISTRATION | ATTN: REGISTRATION SECTION/DRR P.O. BOX 2639 SPRINGFIELD VA 22152-2639 |
| DRUG ENFORCEMENT ADMINISTRATION | FEDERAL BUILDING, 12TH FLOOR 230 SOUTH DEARBORN, STREET, SUITE 1200 CHICAGO IL 60604 |
| FLORIDA DEPARTMENT OF REVENUE | 5050 WEST TENNESSEE STREET TALLAHASSEE FL 32399-0180 |
| FRANKGECKER LLP | (COUNSEL TO WALGREENS CORP AFFILIATES AND SUBSIDARIES) ATTN JOSEPH D. FRANK, JEREMY C. KLEINMAN 1327 W WASHINGTON BLVD., STE 5 G-H CHICAGO IL 60607 |
| FROST BROWN TODD LLC | (COUNSEL TO HORIZON PHARMA USA, INC.) ATTN RONALD E GOLD 3300 GREAT AMERICAN TOWER 301 EAST FOURTH ST CINCINNATI OH 45202 |
| FROST BROWN TODD LLC | (COUNSEL TO HORIZON THERAPEUTICS USA, INC.) ATTN RONALD E. GOLD 301 EAST FOURTH ST GREAT AMERICAN TOWER, STE 3300 CINCINNATI OH 45202 |
| FTI CONSULTING | ATTN: JAN NAIFEH, SENIOR MANAGING DIRECTOR 155 FRANKLIN ROAD, SUITE 210 BRENTWOOD TN 37027 |
| GATES-CHILI CENTRAL SCHOOL DISTRICT | 3 SPARTAN WAY ROCHESTER NY 14624 |
| GIBBONS P.C. | (COUNSEL TO NOVO NORDISK, INC.) ATTN ROBERT K. MALONE ONE GATEWAY CENTER NEWARK NJ 07102-5310 - |
| GIBBONS P.C. | (COUNSEL TO NOVO NORDISK, INC.) ATTN MARK B. CONLAN, ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |

| Claim Name | Address Information |
|---|---|
| GOLDBERG SEGALLA LLP | (COUNSEL TO UTICA NATIONAL INSURANCE CO. OF TEXAS) ATTN MARC W BROWN ESQ. & JAMES D MACRI ESQ. 655 MAIN ST BUFFALO NY 14203 |
| GOODWIN PROCTER LLP | (COUNSEL TO AMARIN PHARMACEUTICALS IRELAND LTD.) ATTN KIZZY L JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVE NEW YORK NY 10018 |
| GOODWIN PROCTOR LLP | (COUNSEL TO TEVA PHARMACEUTICALS USA, INC.) ATTN WILLIAM P WEINTRAUB & ARTEM SKOROSTENSKY THE NEW YORK TIMES BUILDING 620 EIGHTH AVE NEW YORK NY 10018 |
| GOTTLIEB & JANEY LLP | (COUNSEL TO LAURENCE F DOUD, III) ATTN DERRELLE M JANEY, ESQ. 111 BROADWAY, STE 701 NEW YORK NY 10006 |
| GRAFF SILVERSTEIN LLP | (COUNSEL TO DRUG MART SOLUTIONS LLC D/B/A QUALITY RX PHARMACY) ATTN: DAVID GRAFF 3 MIDDLE PATENT RD ARMONK NY 10504-2803 |
| HYMAN, PHELPS AND MCNAMARA, P.C. | ATTN: LARRY K. HOUCK 700 13TH STREET, N.W. SUITE 1200 WASHINGTON DC 20005 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | INSOLVENCY GROUP I NIAGARA CENTER, 2ND FLOOR 130 S. ELMWOOD AVENUE BUFFALO NY 14202 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| KANSAS DEPARTMENT OF REVENUE | CORPORATE INCOME TAX 915 SW HARRISON ST TOPEKA KS 66612-1588 |
| KELLER LENKNER LLC | (COUNSEL TO ERIC HESTRUP) ATTN: ASHLEY KELLER 150 NORTH RIVERSIDE PLAZA, SUITE 4270 CHICAGO IL 60606 |
| KURZMAN EISENBERG CORBIN & LEVER, LLP | (COUNSEL TO KE LLP) ATTN: BRUCE W. BIEBER, ESQ. ONE NORTH BROADWAY, 12TH FL. WHITE PLAINS NY 10601 |
| LANDAU LAW LLP | (COUNSEL TO AMGEN USA INC.) ATTN RODGER M LANDAU, ESQ 1880 CENTURY PARK E. STE 1101 LOS ANGELES CA 90067 |
| LAW OFFICE OF DAVID M. PYUN | (COUNSEL TO CYNTHIA OSEI, CSS PHARMACY, INC., GIG PHARMACY, INC. & BEST STOP PHARMACY, INC.) ATTN DAVID M. PYUN 39-38 BELL BLVD., STE 308 BAYSIDE NY 11361 |
| LEMERY GREISLER LLC | COUNSEL TO: OPTISOURCE, LLC ATTN: MEGHAN M. BREEN, ESQ. 50 ALBANY STREET ALBANY NY 12207 |
| LUSKIN, STERN & EISLER LLP | ATTN: RICHARD L. STERN, ESQ. ATTORNEYS FOR SECURED PARTIES 50 MAIN STREET SUITE 1640 WHITE PLAINS NY 10606 |
| LUSKIN, STERN & EISLER LLP | (COUNSEL TO MANFACTURERS AND TRADERS TRUST CO.) ATTN ALEX TALESNICK, ESQ. 50 MAIN ST SUITE 1640 WHITE PLAINS NY 10606 |
| LUSKIN, STERN & EISLER LLP | (COUNSEL TO MANUFACTURERS AND TRADERS TRUST CO.) ATTN MICHAEL LUSKIN, ESQ 50 MAIN ST SUITE 1640 WHITE PLAINS NY 10606 |
| M&T BANK | ATTN: CAROLL A. FARRAR ONE M & T PLAZA, 18TH FLOOR BUFFALO NY 14203 |
| MANUFACTURERS & TRADERS TRUST COMPANY | ATTN: JAMES B. HALLOCK, SPECIAL ASSETS 501 MERRITT 7, FIFTH FLOOR NORWALK CT 06854 |
| MINNESOTA DEPARTMENT OF REVENUE | MINNESOTA INCOME TAX MAIL STATION 1250 ST. PAUL MN 55145-1250 |
| MISSOURI DEPARTMENT OF REVENUE | MISSOURI INCOME TAX HARRY S. TRUMAN STATE OFFICE BUILDING 301 WEST HIGH STREET JEFFERSON CITY MO 65101 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN STEVEN A GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MORGAN & MORGAN | (COUNSEL TO ERIC HESTRUP) ATTN JAMES YOUNG 76 SOUTH LAURA STREET, SUITE 1100 JACKSONVILLE FL 32202 |
| MORGAN & MORGAN | (COUNSEL TO ERIC HESTRUP) ATTN JUAN R MARTINEZ 201 N.FRANKLIN ST, 7TH FL TAMPA FL 33602 |
| NEW JERSEY DEPARTMENT OF HEALTH | 135 EAST STATE STREET, FLOOR 1 TRENTON NJ 08625 |
| NEW JERSEY DIVISION OF TAXATION | NEW JERSEY INCOME TAX 50 BARRACK ST. TRENTON NJ 08608 |
| NEW JERSEY DIVISION OF TAXATION | NEW JERSEY SALES AND USE TAX PO BOX 193 TRENTON NJ 08646-0193 |
| NEW JERSEY STATE UNEMPLOYMENT INSURANCE | DEPARTMENT OF LABOR DIVISION OF PROGRAMS P.O. BOX 058 TRENTON NJ 08625-0058 |
| NEW JERSEY WITHHOLDING TAX | NEW JERSEY DIVISION OF REVENUE P.O. BOX 252 TRENTON NJ 08625-0058 |
| NEW YORK DEPT. OF FINANCE | W.A. HARRIMAN CAMPUS, B8 RM 700 ALBANY NY 12227 |
| NEW YORK DEPT. OF FINANCE | W.A. HARRIMAN CAMPUS, B8 BLDG 9 RM 449 ALBANY NY 12227 |
| NEW YORK STATE DEPARTMENT OF HEALTH | BUREAU OF NARCOTICS ATTN: MICHELE R. MULLOY RIVERVIEW CENTER, 150 BROADWAY ALBANY NY 12204 |

| Claim Name | Address Information |
|---|---|
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE CAMPUS BUILDING #12, ROOM 256 ALBANY NY 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR – BUS. SERVICES | ATTN: REGENNA DARRAH 276 WARING ROAD, ROOM 100 ROCHESTER NY 14609 |
| NEW YORK STATE EDUCATION DEPARTMENT | 89 WASHINGTON AVENUE 2ND FLOOR WEST ALBANY NY 12234 |
| NEW YORK STATE EDUCATION DEPARTMENT | DIVISION OF PROFESSIONAL EDUCATION BUREAU OF COMPARATIVE EDUCATION 89 WASHINGTON AVENUE 2ND FLOOR WEST ALBANY NY 12234 |
| NORTH CAROLINA STATE UNEMPLOYMENT INSURANCE | DIVISION OF EMPLOYMENT SECURITY P.O. BOX 26504 RALEIGH NC 27611 |
| NORTH CAROLINA WITHHOLDING TAX | DEPARTMENT OF REVENUE P.O. BOX 25000 RALEIGH NC 27640 |
| NYS DEPARTMENT OF TAXATION & FINANCE | ATTN: BANKRUPTCY UNIT P.O. BOX 5300 ALBANY NY 12205 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN PRINCIPAL WORKERS' COMP. EXAMINER OFFICE OF SELF-INSURANCE 328 STATE STREET SCHENECTADY NY 12305 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | ASSISTANT ATTORNEY GENERAL ATTN LOUIS J TESTA, ESQ CIVIL RECOVERIES BUREAU, BANKTUPTCY LITIGATION UNIT, THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE NYS ATTORNEY GENERAL | ATTN: DAVID E. NACHMAN, ESQ. 28 LIBERTY STREET NEW YORK NY 10005 |
| OFFICE OF THE NYS ATTORNEY GENERAL | LITIGATION BUREAU, BANKRUPTCY UNIT THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE NYS ATTORNEY GENERAL | 144 EXCHANGE BOULEVARD ROCHESTER NY 14614 |
| OFFICE OF THE U.S. TRUSTEE | ATTN SHANNON A. SCOTT, ESQ. 201 VARICK ST, STE 1006 NEW YORK NY 10014 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: KATHLEEN D. SCHMITT, ESQ. FEDERAL OFFICE BUILDING 100 STATE STREET, ROOM 4180 ROCHESTER NY 14614 |
| OHIO DEPARTMENT OF TAXATION | OHIO WITHHOLDING TAX 4485 NORTHLAND RIDGE BLVD. COLUMBUS OH 43229 |
| OHIO STATE UNEMPLOYMENT INSURANCE | OHIO DEPARTMENT OF JOB & FAMILY SERVICES CONTRIBUTION SECTION 4020 E. 5TH AVE COLUMBUS OH 43219-1811 |
| PA OFFICE OF CHIEF COUNSEL | STRAWBERRY SQUARE ROOM 1032 HARRISBURG PA 17128 |
| PACHULSKI STANG ZIEHL & JONES | (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) ATTN ILAN D SCHARF,STEVEN W GOLDEN,JAMES I STANG 780 THIRD AVE, 34TH FL NEW YORK NY 10017-2024 |
| PENNSYLVANIA DEPARTMENT OF HEALTH | DRUG AND DEVICE PROGRAM FORUM PLACE 555 WALNUT ST, 7TH FLOOR HARRISBURG PA 17101 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PENNSYLVANIA INCOME TAX P.O. BOX 280706 HARRISBURG PA 17128 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PENNSYLVANIA WITHHOLDING TAX BUREAU OF BUSINESS TRUST FUND TAXES EMPLOYER TAX DIVISION PO BOX 280904 HARRISBURG PA 17128-0904 |
| PENNSYLVANIA STATE UNEMPLOYMENT INSURANCE | DEPARTMENT OF LABOR AND INDUSTRY OFFICE OF UC TAX SERVICES LABOR AND INDUSTRY BUILDING 651 BOAS ST. HARRISBURG PA 17121 |
| PHILLIPS LYTLE LLP | COUNSEL TO AETNA HEALTH INC. ATTN KEVIN J ENGLISH ONE CANALSIDE 125 MAIN ST BUFFALO NY 14203-2887 |
| ROCHESTER DRUG COOPERATIVE, INC. | C/O DANIEL W. COLLINS, ESQ. HARTER, SECREST & EMERY, LLP 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| STATE OF DELAWARE | CANNON BUILDING 861 SILVERLAKE BLVD, SUITE 203 DOVER DE 19904 |
| STATE OF MARYLAND BOARD OF PHARMACY | WELLS FARGO BANK ATTN: STATE OF MD BOARD OF PHARMACY LOCKBOX 2051 7175 COLUMBIA GATEWAY DR. COLUMBIA MD 21046 |
| STATE OF NEW YORK | 89 WASHINGTON AVENUE 2ND FLOOR WEST ALBANY NY 12234 |
| STATE OF OHIO | 77 S HIGH STREET, ROOM 1702 COLUMBUS OH 43215 |
| STATE OF VERMONT BOARD OF PHARMACY | OFFICE OF PROFESSIONAL REGULATION 89 MAIN STREET, 3RD FLOOR MONTPELIER VT 05620-3402 |
| STEVENS & LEE, P.C. | (COUNSEL TO ERIC HESTRUP) ATTN: NICHOLAS F. KAJON 485 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| TENNESSEE DEPARTMENT OF REVENUE | TENNESSEE INCOME TAX ANDREW JACKSON STATE OFFICE BUILDING 500 DEADERICK ST. NASHVILLE TN 37242 |
| THE INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| THE JEFF ELLER GROUP, LLC | ATTN: JEFF ELLER 3112 WINDSOR ROAD, #138 AUSTIN TX 78703 |
| THE LAW OFFICES OF KENNETH A. REYNOLDS, ESQ., P.C | (COUNSEL TO SARIT ROY & SMITHTOWN PRESCRIPTION CTR, INC.) ATTN KENNETH A REYNOLDS ESQ. 105 MAXESS RD, STE 124 MELVILLE NY 11747 |

| Claim Name | Address Information |
|---|---|
| TN DEPT OF REVENUE | ATTN TN ATTORNEY GENERAL'S OFFICE BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 |
| TOWN OF CHILI | 3333 CHILI AVENUE ROCHESTER NY 14624 |
| TOWNSHIP OF FAIRFIELD | 230 FAIRFIELD ROAD FAIRFIELD NJ 07004 |
| TREASURER – STATE OF MAINE | 76 NORTHERN AVENUE GARDINER ME 04345 |
| TREASURER – STATE OF NEW HAMPSHIRE | PHILBROOK CENTER 121 SOUTH FRUIT STREET CONCORD NH 03301 |
| U.S. DEPARTMENT OF LABOR | FEDERAL BUILDING 100 STATE STREET, SUITE 4190 ROCHESTER NY 14614 |
| UNITED STATES ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK ASSISTANT UNITED STATES ATTORNEY ATTN: KATHRYN L. SMITH 100 STATE STREET, SUITE 500 ROCHESTER NY 14614 |
| UNITED STATES DEPT OF JUSTICE CIVIL DIV. | ATTN RUTH A HARVEY, MARGARET M NEWELL MARY A SCHMERGEL PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| US ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK 100 STATE STREET, SUITE 500 ROCHESTER NY 14614 |
| US FOOD AND DRUG ADMINISTRATION | 10903 NEW HAMPSHIRE AVE SILVER SPRING MD 20993-0002 |
| WARNER NORCROSS + JUDD LLP | (COUNSEL TO PERRIGO COMPANY AND AFFILIATES) ATTN GORDON J TOERING 1500 WARNER BUILDING 150 OTTAWA AVE, NW GRAND RAPIDS MI 49503 |
| WINDELS MARX LANE & MITTENDORF, LLP | (COUNSEL TO ALAN NISSELSON, CH 7 TTEE FOR THE EST OF RX PLUS, LLC) ATTN ALAN NISSELSON, EDMUND B TROYA, LESLIE S BARR 156 WEST 56TH ST NEW YORK NY 10019 |
| WOODS OVIATT GILMAN LLP | (COUNSEL TO MANUFACTURERS TRADERS AND TRUST CO.) ATTN: TIMOTHY P. LYSTER, ESQ. 1900 BAUSCH & LOMB PLACE ROCHESTER NY 14604 |
| WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER, ESQ. CO-COUNSEL FOR SECURED PARTIES 1900 BAUSCH & LOMB PLACE ROCHESTER NY 14614 |

**Total Creditor count  111**