# EXHIBIT A

# List of Objectionable Claims

| Claimant Name | No. of Objectionable Claim | Amount of Objectionable Claim | Classification (as filed) of Objectionable Claim | No. of Surviving Claim | Amount of Surviving Claim | Classification (as filed) of Remaining Claim | Grounds for Objection | Disposition if Objection is Granted |
|---|---|---|---|---|---|---|---|---|
| BIOLIFE, LLC | 66 | $6,134.40 | GUC | 20208 | $6,134.40 | GUC | Claim 66 and Claim 20208 are duplicates. | Claim 66 is disallowed. Claim 20208 is not affected by the Objection, but remains subject to other and further objection. |
| BRENNAN, JOSEPH E | 138 | $150,000.00 | GUC | 398 | $150,000.00 | GUC | Claim 138 and Claim 398 are duplicates. | Claim 138 is disallowed. Claim 398 is not affected by the Objection, but remains subject to other and further objection. |
| DICKSON-HOWELL PARTNERSHIP | 30 | $768.00 | GUC | 135 | $768.00 | GUC | Claim 30 and Claim 135 are duplicates. | Claim 30 is disallowed. Claim 135 is not affected by the Objection, but remains subject to other and further objection. |
| HR PHARMACEUTICALS INC | 20027 | $1,004.83 | GUC | 72 | $1,004.83 | GUC | Claim 20027 and Claim 72 are duplicates | Claim 20027 is disallowed. Claim 72 is not affected by the Objection, but remains subject to other and further objection. |
| ITX CORP | 153 | $103,281.25 | GUC | 152 | $103,281.25 | GUC | Claim 152 and Claim 153 are duplicates. | Claim 153 is disallowed. Claim 152 is not affected by the Objection, but remains subject to other and further objection. |

| Claimant Name | No. of Objectionable Claim | Amount of Objectionable Claim | Classification (as filed) of Objectionable Claim | No. of Surviving Claim | Amount of Surviving Claim | Classification (as filed) of Remaining Claim | Grounds for Objection | Disposition if Objection is Granted |
|---|---|---|---|---|---|---|---|---|
| JM PARTNERS LLC | 34 | $33,781.10 | GUC | 61 | $33,781.10 | GUC | Claim 34 and Claim 61 are duplicates. | Claim 34 is disallowed. Claim 61 is not affected by the Objection, but remains subject to other and further objection. |
| JM PARTNERS LLC | 25 | $33,781.10 | GUC | 61 | $33,781.10 | GUC | Claim 25 and Claim 61 are duplicates. | Claim 25 is disallowed. Claim 61 is not affected by the Objection, but remains subject to other and further objection. |
| JM PARTNERS LLC | 9 | $33,781.10 | GUC | 61 | $33,781.10 | GUC | Claim 9 and Claim 61 are duplicates. | Claim 9 is disallowed. Claim 61 is not affected by the Objection, but remains subject to other and further objection. |
| JOHN G KYLES INC | 29 | $1,160.04 | GUC | 71 | $1,160.04 | GUC | Claim 29 and Claim 71 are duplicates. | Claim 29 is disallowed. Claim 71 is not affected by the Objection, but remains subject to other and further objection. |
| KONICA MINOLTA BUSINESS SOLUTIONS | 162 | $5,696.69 | GUC | 384 | $5,696.69 | GUC | Claim 162 and Claim 384 are duplicates. | Claim 162 is disallowed. Claim 384 is not affected by the Objection, but remains subject to other and further objection. |

| Claimant Name | No. of Objectionable Claim | Amount of Objectionable Claim | Classification (as filed) of Objectionable Claim | No. of Surviving Claim | Amount of Surviving Claim | Classification (as filed) of Remaining Claim | Grounds for Objection | Disposition if Objection is Granted |
|---|---|---|---|---|---|---|---|---|
| KVK-TECH INC | 8 | $52,512.12 | GUC | 373 | $52,512.12 | GUC | Claim 8 and Claim 373 are duplicates. | Claim 8 is disallowed. Claim 373 is not affected by the Objection, but remains subject to other and further objection. |
| LONG ISLAND CITY CHEMISTS | 91 | $5,200.36 | GUC | 92 | $5,200.36 | GUC | Claim 91 and Claim 92 are duplicates. | Claim 91 is disallowed. Claim 92 is not affected by the Objection, but remains subject to other and further objection. |
| NATURES HEALTH CONNECTION INC | 3 | $3,240.00 | GUC | 170 | $3,240.00 | GUC | Claim 3 and Claim 170 are duplicates. | Claim 3 is disallowed. Claim 170 is not affected by the Objection, but remains subject to other and further objection. |
| NEPHRO-TECH INC | 54 | $7,650.00 | GUC | 102 | $7,650.00 | GUC | Claim 54 and Claim 102 are duplicates. | Claim 54 is disallowed. Claim 102 is not affected by the Objection, but remains subject to other and further objection. |
| NEW PHARMACY, THE | 371 | $12,686.26 | GUC | 146 | $12,686.26 | GUC | Claim 146 and Claim 371 are duplicates. | Claim 371 is disallowed. Claim 146 is not affected by the Objection, but remains subject to other and further objection. |

| Claimant Name | No. of Objectionable Claim | Amount of Objectionable Claim | Classification (as filed) of Objectionable Claim | No. of Surviving Claim | Amount of Surviving Claim | Classification (as filed) of Remaining Claim | Grounds for Objection | Disposition if Objection is Granted |
|---|---|---|---|---|---|---|---|---|
| NEW PHARMACY, THE | 372 | $12,686.26 | GUC | 146 | $12,686.26 | GUC | Claim 146 and Claim 372 are duplicates. | Claim 371 is disallowed. Claim 146 is not affected by the Objection, but remains subject to other and further objection. |
| NORTH COAST COMPRESSORS D/B/A RW LINDSAY | 48 | $442.80 | GUC | 130 | $442.80 | GUC | Claim 48 and Claim 130 are duplicates. | Claim 48 is disallowed. Claim 130 is not affected by the Objection, but remains subject to other and further objection. |
| SHERALVEN ENTERPRISES LTD | 20012 | $2,120.92 | GUC | 20041 | $2,120.92 | GUC | Claim 20012 and Claim 20041 are duplicates. | Claim 20012 is disallowed. Claim 20041 is not affected by the Objection, but remains subject to other and further objection. |
| VANDA PHARMACEUTICALS INC | 62 | $33,800.58 | GUC | 369 | $33,800.58 | GUC | Claim 62 and Claim 369 are duplicates. | Claim 62 is disallowed. Claim 369 is not affected by the Objection, but remains subject to other and further objection. |
| VERDE TECHNOLOGIES | 43 | $780.00 | GUC | 20049 | $780.00 | GUC | Claim 43 and Claim 20049 are duplicates. | Claim 43 is disallowed. Claim 20049 is not affected by the Objection, but remains subject to other and further objection. |

Exhibit A to First Objection to Duplicate Claims