# EXHIBIT A

# List of Objectionable Claims

| Claimant Name | No. of Objectionable Claim | Amount of Objectionable Claim | Classification (as filed) of Objectionable Claim | No. of Surviving Claim | Amount (as filed) of Surviving Claim | Classification (as filed) of Surviving Claim | Grounds for Objection | Disposition if Objection is Granted |
|---|---|---|---|---|---|---|---|---|
| BAUSCH HEALTH US LLC | 53 | $1,051,350.72 | GUC | 64 | $1,134,537.83 | GUC | Claim 64 amends and supersedes Claim 53. | Claim 53 is disallowed. Claim 64 is not affected by the Objection, but remains subject to other and further objection. |
| BRIGHTON-EGGERT PHARMACY INC | 22402 | $205,000.00 | GUC | 22417 | $675,000.00 | GUC | Claim 22417 amends and supersedes Claim 22402. | Claim 22402 is disallowed. Claim 22417 is not affected by the Objection, but remains subject to other and further objection. |
| EULER HERMES NORTH AMERICA INSURANCE CO (Agent for NEWEGG BUSINESS INC) | 63 | $8,333.18 | GUC | 22712 | $8,333.18 | $6,360.26 GUC $1,972.92 ADM | Claim 22712 amends and supersedes Claim 63. | Claim 63 is disallowed. Claim 22712 is not affected by the Objection, but remains subject to other and further objection. |
| EULER HERMES NORTH AMERICA INSURANCE CO (Agent for GOLDEN BROTHERS, INC.) | 147 | $4,473.54 | GUC | 22713 | $4,473.54 | $1,532.65 GUC $2,940.89 ADM | Claim 22713 amends and supersedes Claim 147. | Claim 147 is disallowed. Claim 22713 is not affected by the Objection, but remains subject to other and further objection. |
| GALDERMA LABORATORIES LP | 44 | $22,757.47 | GUC | 376 | $22,757.47 | GUC | Claim 376 amends and supersedes Claim 44. | Claim 44 is disallowed. Claim 376 is not affected by the Objection, but remains subject to other and further objection. |
| GALDERMA LABORATORIES LP | 375 | $21,788.56 | GUC | 376 | $22,757.47 | GUC | Claim 376 amends and supersedes Claim 375. | Claim 375 is disallowed. Claim 376 is not affected by the Objection, but remains subject to other and further objection. |
| GLAXOSMITHKLINE LLC | 20000 | $3,956,535.04 | GUC | 21996 | $5,805,800.00 | GUC | Claim 21996 amends and supersedes Claim 20000. | Claim 20000 is disallowed. Claim 21996 is not affected by the Objection, but remains subject to other and further objection. |
| HARRIS PHARMACEUTICAL INC | 4 | $6,937.46 | GUC | 292 | $6,863.30 | GUC | Claim 292 amends and supersedes Claim 4. | Claim 4 is disallowed. Claim 292 is not affected by the Objection, but remains subject to other and further objection. |
| L&R DISRIBUTORS | 20029 | $3,491.85 | GUC | 21764 | $3,491.85 | $3168.56 GUC $322.94 ADM | Claim 21764 amends and supersedes Claim 20029. | Claim 20029 is disallowed. Claim 21764 is not affected by the Objection, but remains subject to other and further objection. |

| Claimant Name | No. of Objectionable Claim | Amount of Objectionable Claim | Classification (as filed) of Objectionable Claim | No. of Surviving Claim | Amount (as filed) of Surviving Claim | Classification (as filed) of Surviving Claim | Grounds for Objection | Disposition if Objection is Granted |
|---|---|---|---|---|---|---|---|---|
| LR LOGISTICAL SOLUTIONS | 20032 | $20,361.90 | GUC | 21766 | $12,928.02 | GUC | Claim 21766 amends and supersedes Claim 20032. | Claim 20032 is disallowed. Claim 21766 is not affected by the Objection, but remains subject to other and further objection. |
| PHARMACEUTICAL ASSOCIATES INC | 7 | $47,735.51 | GUC | 370 | $45,943.39 | GUC | Claim 370 amends and supersedes Claim 7. | Claim 7 is disallowed. Claim 370 is not affected by the Objection, but remains subject to other and further objection. |
| PRINCE OF PEACE ENTERPRISES INC | 23 | $29,484.40 | GUC | 126 | $29,484.40 | GUC | Claim 126 amends and supersedes Claim 23. | Claim 23 is disallowed. Claim 126 is not affected by the Objection, but remains subject to other and further objection. |