**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | ) <br> ) Chapter 11 <br> ) |
| ROCHESTER DRUG CO-OPERATIVE, INC., | ) Case No.20-20230 (PRW) <br> ) |
| Debtor. | ) <br> ) <br> ) |

## <u>CERTIFICATE OF SERVICE</u>

STATE OF CALIFORNIA　　)
　　　　　　　　　　　　　)
COUNTY OF LOS ANGELES　)

    I, Nancy H. Brown, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067.

    On November 1, 2021, I caused to be served a true and correct copy of **Notice of Objection on Liquidating Trustee's Second Omnibus Objection to Amended Claims Filed Against Rochester Drug Co-Operative, Inc.** via the Court's ECF system.

    I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed this 1st day of November, 2021 at Los Angeles, California.

/s/ <i>Nancy H. Brown</i>
Nancy H. Brown
