## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NEW YORK

In re: ROCHESTER DRUG CO-OPERATIVE, INC.  
Debtor(s)

Case No. 20-20230

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2021  
Petition Date: 03/12/2020

Plan Confirmed Date: 02/26/2021  
Plan Effective Date: 03/19/2021

This Post-confirmation Report relates to:  
○ Reorganized Debtor  
⦿ Other Authorized Party or Entity: Advisory Trust Group, Liquidating Trustee  
Name of Authorized Party or Entity

/s/ Robert Michaelson  
Signature of Responsible Party

Robert Michaelson, for Advisory Trust Group  
Printed Name of Responsible Party

01/20/2022  
Date

1065 N. Oracle Road, 121-371, Oro Valley, AZ 85737  
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ROCHESTER DRUG CO-OPERATIVE, INC.  Case No. 20-20230

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $1,196,785 | $2,269,731 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,196,785 | $2,269,731 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |

Debtor's Name ROCHESTER DRUG CO-OPERATIVE, INC.　　　　　　　　　　Case No. 20-20230

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?　　　　　　　　　　　　　　　　　　　　　　　　　Yes ○　　No ⊙

　　If yes, give date Final Decree was entered: _____

　　If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?　　Yes ⊙　　No ○

Debtor's Name ROCHESTER DRUG CO-OPERATIVE, INC.     Case No. 20-20230

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Robert Michaelson | Robert Michaelson on behalf of Liquidating Trustee |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Representative of Liquidating Trustee | 01/20/2022 |
| Title | Date |

**Rochester Drug Co-Operative, Inc.**
**Case Number 20-20230**
**Notes to Fourth Quarter 2021 Post Confirmation Report**

With respect to certain information contained in the report filed with the court, the Liquidating Trustee states the following:

1) In Part 3 of the report, information regarding General Unsecured Claims are listed as **$0** because many General Unsecured Claims are unliquidated and the total available for distribution remains subject to collections and litigation recoveries that are not easily quantifiable. The Liquidating Trustee is undertaking a claims analysis and collection efforts, and will provide the information on future quarterly post confirmation report(s).