# EXHIBIT B

RDC Liquidating Trust
Exhibit B to Preference Complaint
Abbvie

| Payment Type | Payment Date | Clear Date | Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| Electronic Pmt | 12/5/2019 | 12/19/2019 | $ 66,064.29 | 602585538 | 11/6/2019 | 4,586.55 |
|  |  |  |  | 602569551 | 11/6/2019 | 60,847.30 |
|  |  |  |  | 602569550 | 11/6/2019 | 630.44 |
| Electronic Pmt | 12/10/2019 | 12/20/2019 | 279,650.54 | 602566949 | 11/11/2019 | 5,070.61 |
|  |  |  |  | 602566950 | 11/11/2019 | 30,423.65 |
|  |  |  |  | 602566946 | 11/11/2019 | 285,061.83 |
|  |  |  |  | 602566947 | 11/11/2019 | 22,015.43 |
|  |  |  |  | 602566948 | 11/11/2019 | 2,751.93 |
| Electronic Pmt | 12/11/2019 | 12/20/2019 | 22,690.21 | 602554919 | 11/12/2019 | 546.87 |
|  |  |  |  | 602554918 | 11/12/2019 | 8,197.89 |
|  |  |  |  | 602554920 | 11/12/2019 | 14,075.59 |
|  |  |  |  | 602554921 | 11/12/2019 | 1,310.06 |
| Electronic Pmt | 12/13/2019 | 12/24/2019 | 414,451.48 | 602525286 | 11/15/2019 | 11,769.23 |
|  |  |  |  | 602525287 | 11/15/2019 | 13,690.63 |
|  |  |  |  | 602525288 | 11/15/2019 | 369,249.78 |
|  |  |  |  | 602590711 | 11/15/2019 | 19,741.84 |
| Electronic Pmt | 12/17/2019 | 12/20/2019 | 46,976.14 | 602569231 | 11/18/2019 | 5,070.61 |
|  |  |  |  | 602569232 | 11/18/2019 | 30,423.65 |
|  |  |  |  | 602569233 | 11/18/2019 | 26,601.97 |
|  |  |  |  | 602587807 | 11/18/2019 | 2,621.77 |
|  |  |  |  | 602587808 | 11/18/2019 | 11,007.71 |
| Electronic Pmt | 12/18/2019 | 12/24/2019 | 26,116.91 | 602588247 | 11/19/2019 | 1,640.61 |
|  |  |  |  | 602588248 | 11/19/2019 | 2,084.49 |
|  |  |  |  | 602588249 | 11/19/2019 | 764.68 |
|  |  |  |  | 602588631 | 11/19/2019 | 24,345.55 |
| Electronic Pmt | 12/19/2019 | 1/16/2020 | 93,792.72 | 602587182 | 11/20/2019 | 1,260.89 |
|  |  |  |  | 602587183 | 11/20/2019 | 30,423.65 |
|  |  |  |  | 602587184 | 11/20/2019 | 60,847.30 |
|  |  |  |  | 602587185 | 11/20/2019 | 630.44 |
|  |  |  |  | 602587181 | 11/20/2019 | 630.44 |
| Electronic Pmt | 12/20/2019 | 12/23/2019 | 85,505.28 | 602584277 | 11/22/2019 | 5,897.44 |
|  |  |  |  | 602584278 | 11/22/2019 | 25,569.90 |
|  |  |  |  | 602584276 | 11/22/2019 | 47,963.51 |
|  |  |  |  | 602573662 | 11/22/2019 | 6,074.43 |
| Electronic Pmt | 12/23/2019 | 12/26/2019 | 209.89 | 158598 | 12/13/2019 | 209.89 |
| Electronic Pmt | 12/31/2019 | 12/31/2019 | 433,876.35 | 602578036 | 12/2/2019 | 6,923.99 |
|  |  |  |  | 602589349 | 12/2/2019 | 12,249.81 |
|  |  |  |  | 602578033 | 12/2/2019 | 30,423.65 |
|  |  |  |  | 602578034 | 12/2/2019 | 10,141.22 |
|  |  |  |  | 602578035 | 12/2/2019 | 5,160.07 |
|  |  |  |  | 602582070 | 12/3/2019 | 546.87 |
|  |  |  |  | 602582068 | 12/3/2019 | 6,864.47 |
|  |  |  |  | 602582069 | 12/3/2019 | 60,847.30 |
|  |  |  |  | 602582067 | 12/3/2019 | 1,138.87 |
|  |  |  |  | 602589232 | 12/3/2019 | 12,025.36 |
|  |  |  |  | 602589231 | 12/3/2019 | 302,007.74 |
| Electronic Pmt | 1/2/2020 | 1/21/2020 | 30,423.65 | 602589875 | 12/4/2019 | 30,423.65 |

RDC Liquidating Trust
Exhibit B to Preference Complaint
Abbvie

| Payment Type | Payment Date | Clear Date | Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| Electronic Pmt | 1/3/2020 | 1/3/2020 | 28,581.62 | 602593475 | 12/6/2019 | 8,611.03 |
| | | | | 602593476 | 12/6/2019 | 14,103.88 |
| | | | | 602593477 | 12/6/2019 | 1,310.89 |
| | | | | 602568620 | 12/6/2019 | 4,555.82 |
| Electronic Pmt | 1/7/2020 | 1/7/2020 | 617,612.72 | 602594122 | 12/9/2019 | 30,423.65 |
| | | | | 602594127 | 12/9/2019 | 50,706.11 |
| | | | | 602594123 | 12/9/2019 | 30,423.65 |
| | | | | 602594124 | 12/9/2019 | 30,423.65 |
| | | | | 602594125 | 12/9/2019 | 30,423.65 |
| | | | | 602594126 | 12/9/2019 | 15,211.85 |
| | | | | 602594121 | 12/9/2019 | 430,000.16 |
| Electronic Pmt | 1/8/2020 | 1/9/2020 | 80,609.67 | 602580484 | 12/10/2019 | 23,974.07 |
| | | | | 602580485 | 12/10/2019 | 30,587.00 |
| | | | | 602580486 | 12/10/2019 | 2,751.93 |
| | | | | 602580487 | 12/10/2019 | 6,421.17 |
| | | | | 602590711<PB | 1/6/2020 | 402.90 |
| | | | | 602525286<PB | 1/6/2020 | 240.68 |
| | | | | 602525287<PB | 1/6/2020 | 279.39 |
| | | | | 602525288<PB | 1/6/2020 | 7,535.70 |
| | | | | 602554920<PB | 1/6/2020 | 287.25 |
| | | | | 602566947<PB | 1/6/2020 | 449.29 |
| | | | | 602566950<PB | 1/6/2020 | 620.89 |
| | | | | 602569551<PB | 1/6/2020 | 1,241.78 |
| | | | | 602566946<PB | 1/6/2020 | 5,817.62 |
| Electronic Pmt | 1/10/2020 | 1/10/2020 | 452,631.74 | 602580346 | 12/13/2019 | 385,899.39 |
| | | | | 602589980 | 12/13/2019 | 10,630.26 |
| | | | | 602580345 | 12/13/2019 | 56,102.09 |
| Electronic Pmt | 1/14/2020 | 2/4/2020 | 228,343.08 | 602587783 | 12/16/2019 | 6,421.17 |
| | | | | 602596825 | 12/16/2019 | 91,270.95 |
| | | | | 602596826 | 12/16/2019 | 60,847.30 |
| | | | | 602587784 | 12/16/2019 | 27,519.28 |
| | | | | 602599401 | 12/16/2019 | 7,327.30 |
| | | | | 602596106 | 12/16/2019 | 45,635.52 |
| | | | | 602599100 | 12/16/2019 | 6,074.41 |
| | | | | 602599628 | 12/16/2019 | 14,941.91 |
| Electronic Pmt | 1/23/2020 | 1/23/2020 | 545,358.62 | 602592515 | 11/25/2019 | 35,494.26 |
| | | | | 602592516 | 11/25/2019 | 30,423.65 |
| | | | | 602592519 | 11/25/2019 | 30,423.65 |
| | | | | 602592517 | 11/25/2019 | 60,847.30 |
| | | | | 602592518 | 11/25/2019 | 389,657.64 |
| | | | | 602592514 | 11/25/2019 | 20,282.48 |
| | | | | 602568876 | 11/26/2019 | 3,547.28 |
| | | | | 602568874 | 11/26/2019 | 14,860.13 |
| | | | | 602568875 | 11/26/2019 | 21,630.85 |

RDC Liquidating Trust
Exhibit B to Preference Complaint
Abbvie

| Payment Type | Payment Date | Clear Date | Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| Electronic Pmt | 1/28/2020 | 1/28/2020 | 348,896.06 | 602589045 | 12/30/2019 | 5,070.61 |
| | | | | 602593579 | 12/30/2019 | 30,423.65 |
| | | | | 602593582 | 12/30/2019 | 25,353.11 |
| | | | | 602589044 | 12/30/2019 | 30,423.65 |
| | | | | 602593577 | 12/30/2019 | 30,423.65 |
| | | | | 602593578 | 12/30/2019 | 121,694.60 |
| | | | | 602593580 | 12/30/2019 | 60,847.30 |
| | | | | 602593581 | 12/30/2019 | 10,141.24 |
| | | | | 602593583 | 12/30/2019 | 30,423.65 |
| | | | | 602589043 | 12/30/2019 | 38,690.86 |
| | | | | 602589042 | 12/30/2019 | 1,221.18 |
| | | | | 602593576 | 12/30/2019 | 7,278.92 |
| | | | | 602593584 | 12/30/2019 | 9,465.30 |
| Electronic Pmt | 1/30/2020 | 1/30/2020 | 51,207.71 | 602594348 | 1/2/2020 | 1,310.53 |
| | | | | 602594349 | 1/2/2020 | 45,341.38 |
| | | | | 602605972 | 1/2/2020 | 4,555.80 |
| | | | **$ 3,852,998.68** | | | |