# EXHIBIT A

Fill in this information to identify the case:

Debtor 1    Rochester Drug Cooperative, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of New York

Case number   2-20-20230-PRW



F I L E D

JUN 1 5 2020

BANKRUPTCY COURT
ROCHESTER, NY

Filed: USBC - Western District of New York
Rochester Drug Co-Operative, Inc. (B10)
20-20230 (PRW)

RDR

0000000144

## Official Form 410

# Proof of Claim
04/19

**Read the instructions before filling out this form.** This form is for making a claim ☐ make a request for payment of an administrative expense. Make such a request a ☐ m to

Filers must leave out or redact information that is entitled to privacy on this form or o documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Cipla USA Inc.
_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name   Cipla USA Inc.

Number 10   Street Independence Blvd.; Suite 300

City Warren   State NJ   ZIP Code 07059

Contact phone (267) 907-3364

Contact email biplab.mazumdar@cipla.com

Where should payments to the creditor be sent? (if different)

Name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
     MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Case 2-20-20230-PRW, Doc 1434-1, Filed 02/03/22, Entered 02/03/22 13:46:50,
Description: Exhibit A, Page 2 of 44

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __0__ __0__ __8__ |

7. **How much is the claim?**    $_____50,407.76 . Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold (refer enclosed copies of redacted invoices)

9. **Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____
Amount of the claim that is secured:    $_____
Amount of the claim that is unsecured:    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. **Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Case 2-20-20230-PRW,    Doc 1434-1,    Filed 02/03/22,    Entered 02/03/22 13:46:50,
Description: Exhibit A, Page 3 of 44

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?  A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No |  |
|---|---|---|
|  | ☐ Yes. Check one: | Amount entitled to priority |
|  | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
|  | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
|  | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
|  | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
|  | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
|  | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
|  | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. |  |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/22/2020
                  MM / DD / YYYY

Signature  *Biplab Mazumdar*

Print the name of the person who is completing and signing this claim:

| Name | Biplab | | Mazumdar |
|---|---|---|---|
|  | First name | Middle name | Last name |
| Title | Director - Commercial Finance, Secretary & Treasurer | | |
| Company | Cipla USA Inc | | |
|  | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 10 Indepedence Blvd.; Suite 300 | | |
|  | Number   Street | | |
|  | Warren | NJ | 07059 |
|  | City | State | ZIP Code |
| Contact phone | (908) 356-8909 | Email | Biplab.Mazumdar@Cipla.com |

Official Form 410                                 Proof of Claim                                 page 3



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

Remit To:
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
ROCHESTER DRUG
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
ROCHESTER DRUG COOPERATIVE
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

| Information | |
| --- | --- |
| Invoice No. : 901050973 | |
| Invoice Date: 05-Dec-2019 | |
| Delivery No. : 820295891 | |
| Order No. : 120038022 | |
| PO No. : 6390830 | |
| Payment Terms: 2% 60 net 61 days | |
| Freight Terms: Free on board | |
| Carrier: UPS Ground | |
| Tracking No.: 1ZY727210302102132 | |
| Contact: | |
| Phone: 585-271-7220 | |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6909741002 | | Cinacalcet 30mg Tabs 30s | | | | | | |
| | PB90661 31-Jul-2021 | | EA | ▓ | ▓ | ▓ | 6840.00 | 0.00 |

Freight Terms: FOB Destination

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code 1022
License No: TPL00111
DEA No: RU0337887

| | | |
| --- | --- | --- |
| Total Excluding Tax: | 6,840.00 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 6,840.00 USD |
| --- | --- |
| DUE: | 04-Feb-2020 |

\* Eligible Discount: 136.80- USD
\* Total due if paid by: 03-Feb-2020: 6,703.20 USD
Page 1 of 1



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
**www.ciplausa.com**
**Florida License # 20348**

# INVOICE

**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
Tax ID:
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

**Information**

Invoice No. : 901051226
Invoice Date: 06-Dec-2019
Delivery No. : 820336819
Order No. : 120408259
PO No. : 6421846
Payment Terms: 2% 60 net 61 days
Freight Terms: Free on board
Carrier: UPS Ground
Tracking No. : 1ZY727210302103104

Contact: Jeff Fisher
Phone: 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909712512 | KA92457 30-Jun-2021 | Topiramate USP 200mg Tab 500s | EA | ▮ | ▮ | ▮ | 228.48 | 0.00 |
| 6909712203 | KA91769 30-Apr-2021 | Topiramate USP 25mg Tab 60s | EA | ▮ | ▮ | ▮ | 42.72 | 0.00 |

Freight Terms: FOB Destination

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| Total Excluding Tax: | 271.20 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

**INVOICE TOTAL:** 271.20 USD
**DUE:** 05-Feb-2020

* Eligible Discount: 5.42- USD
* Total due if paid by: 04-Feb-2020: 265.78 USD



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
**ROCHESTER DRUG COOPERATIVE**
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

| Information |
|---|
| **Invoice No. :** 901053486 |
| **Invoice Date:** 10-Dec-2019 |
| **Delivery No. :** 820416113 |
| **Order No. :** 120491895 |
| **PO No. :** 6429321 |
| **Payment Terms:** 2% 60 net 61 days |
| **Freight Terms:** Free on board |
| **Carrier:** UPS Ground |
| **Tracking No. :** 1ZY727210302108887 |
| **Contact:** Jeff Fisher |
| **Phone:** 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909782103 | | Gemfibrozil USP 600mg Tabs 60s | | | | | | |
| | NB903077 31-Jul-2021 | | EA | ▮ | ▮ | ▮ | 152.16 | 0.00 |
| 6909712503 | | Topiramate USP 200mg Tab 60s | | | | | | |
| | KA91573 31-Mar-2021 | | EA | ▮ | ▮ | ▮ | 144.00 | 0.00 |
| 6909791203 | | Trospium USP 20mg Tab 60s | | | | | | |
| | NB903759 30-Sep-2021 | | EA | ▮ | ▮ | ▮ | 330.48 | 0.00 |

Freight Terms: FOB Destination

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
**License No:** TPL00111
**DEA No:** RU0337887

| | | |
|---|---|---|
| **Total Excluding Tax:** | 626.64 | USD |
| **Surcharges:** | 0.00 | USD |
| **Sales and Use Tax:** | 0.00 | USD |
| **Alternate Tax:** | 0.00 | USD |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | **626.64 USD** | |
| **DUE:** | **09-Feb-2020** | |

\* Eligible Discount: 12.53- USD
\* Total due if paid by: 08-Feb-2020: 614.11 USD
Page 1 of 1



**CIPLA USA, Inc.**
1500 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE
**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
Tax ID:
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

| Information |
|---|
| **Invoice No. :** 901055883 |
| **Invoice Date:** 13-Dec-2019 |
| **Delivery No. :** 820505081 |
| **Order No. :** 120579749 |
| **PO No. :** 6435535 |
| **Payment Terms:** 2% 60 net 61 days |
| **Freight Terms:** Free on board |
| **Carrier:** UPS Ground |
| **Tracking No. :** 1ZY727210302114352 |
| **Contact:** J Fisher |
| **Phone:** 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909751403 | | Abacavir Tablets USP 300mg 60s | | | | | | |
| | PB90626 31-Jul-2021 | | EA | ▮ | ▮ | ▮ | 450.00 | 0.00 |
| 6909783302 | | Sertraline Hcl 25mg Tab 30s | | | | | | |
| | NB902013 30-Apr-2022 | | EA | ▮ | ▮ | ▮ | 69.84 | 0.00 |
| 6909712403 | | Topiramate USP 100mg Tab 60s | | | | | | |
| | KA92384 30-Jun-2021 | | EA | ▮ | ▮ | ▮ | 193.92 | 0.00 |
| 6909712512 | | Topiramate USP 200mg | | | | | | |

Case 2-20-20230-PRW, Doc 1434-1, Filed 02/03/22, Entered 02/03/22 13:46:50, Description: Exhibit A, Page 8 of 44



CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 120
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| | KA92457 30-Jun-2021 | Tab 500s | EA | ▓ | ▓ | ▓ | 228.48 | 0.00 |
| 6909712203 | KA92177 31-May-2021 | Topiramate USP 25mg Tab 60s | EA | ▓ | ▓ | ▓ | 42.72 | 0.00 |
| 6909712215 | KA92150 31-May-2021 | Topiramate USP 25mg Tab 1000s | EA | ▓ | ▓ | ▓ | 301.44 | 0.00 |
| 6909791203 | NB903411 31-Aug-2021 | Trospium USP 20mg Tab 60s | EA | ▓ | ▓ | ▓ | 330.48 | 0.00 |

Freight Terms: FOB Destination

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| Total Excluding Tax: | 1,616.88 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 1,616.88 USD |
|---|---|
| DUE: | 12-Feb-2020 |

* Eligible Discount: 32.34- USD
* Total due if paid by: 11-Feb-2020: 1,584.54 USD

Page 2 of 2



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
ROCHESTER DRUG
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
ROCHESTER DRUG COOPERATIVE
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

| Information | |
|---|---|
| Invoice No. : | 901055884 |
| Invoice Date: | 13-Dec-2019 |
| Delivery No. : | 820505082 |
| Order No. : | 120579809 |
| PO No. : | 6435524 |
| Payment Terms: | 2% 60 net 61 days |
| Freight Terms: | Free on board |
| Carrier: | UPS Ground |
| Tracking No.: | 1ZY727210302114316 |
| Contact: | Jeff Fisher |
| Phone: | 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909782103 | | Gemfibrozil USP 600mg Tabs 60s | | | | | | |
| | NB903469 31-Aug-2021 | | EA | ██ | ██ | ██ | 304.32 | 0.00 |
| 6909783302 | | Sertraline Hcl 25mg Tab 30s | | | | | | |
| | NB903620 31-Aug-2022 | | EA | ██ | ██ | ██ | 93.12 | 0.00 |
| 6909783402 | | Sertraline Hcl 50mg Tab 30s | | | | | | |
| | NB903667 31-Aug-2022 | | EA | ██ | ██ | ██ | 57.12 | 0.00 |
| 6909712403 | | Topiramate USP 100mg | | | | | | |

Case 2-20-20230-PRW, Doc 1434-1, Filed 02/03/22, Entered 02/03/22 13:46:50, Description: Exhibit A, Page 10 of 44



**CIPLA USA, Inc.**
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
**www.ciplausa.com**

Florida License # 20348

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| | KA92384 30-Jun-2021 | Tab 60s | EA | ■ | ■ | ■ | 193.92 | 0.00 |
| 6909712512 | | Topiramate USP 200mg Tab 500s | | | | | | |
| | KA92457 30-Jun-2021 | | EA | ■ | ■ | ■ | 228.48 | 0.00 |
| 6909712203 | | Topiramate USP 25mg Tab 60s | | | | | | |
| | KA92177 31-May-2021 | | EA | ■ | ■ | ■ | 85.44 | 0.00 |
| 6909712303 | | Topiramate USP 50mg Tab 60s | | | | | | |
| | KA92952 31-Jul-2021 | | EA | ■ | ■ | ■ | 65.28 | 0.00 |

**Freight Terms: FOB Destination**

Ship From:
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code**  1022
**License No:** TPL00111
**DEA No:** RU0337887

| | | |
|---|---|---|
| **Total Excluding Tax:** | 1,027.68 | USD |
| **Surcharges:** | 0.00 | USD |
| **Sales and Use Tax:** | 0.00 | USD |
| **Alternate Tax:** | 0.00 | USD |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | 1,027.68 USD | |
| **DUE:** | 12-Feb-2020 | |

* Eligible Discount: 20.56-  USD
* Total due if paid by: 11-Feb-2020:  1,007.12 USD



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
Tax ID:
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

| Information |
|---|
| Invoice No. : 901056170 |
| Invoice Date: 16-Dec-2019 |
| Delivery No. : 820523658 |
| Order No. : 120579749 |
| PO No. : 6435535 |
| Payment Terms: 2% 60 net 61 days |
| Freight Terms: Free on board |
| Carrier: UPS Ground |
| Tracking No. : 1ZY727210302116056 |

Contact: J Fisher
Phone: 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909712815 | | Amlodipine Besyl USP 10mg Tab 1000s | | | | | | |
| | GG90581 30-Apr-2021 | | EA | ███ | ███ | ███ | 799.92 | 0.00 |
| 6909712805 | | Amlodipine Besyl USP 10mg Tab 90s | | | | | | |
| | GG90774 31-May-2021 | | EA | ███ | ███ | ███ | 53.76 | 0.00 |

**Freight Terms: FOB Destination**

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code 1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| Total Excluding Tax: | 853.68 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL: | 853.68 USD | |
| DUE: | 15-Feb-2020 | |

\* Eligible Discount: 17.08- USD
\* Total due if paid by: 14-Feb-2020: 836.60 USD

Page 1 of 1



# Cipla

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

## INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
ROCHESTER DRUG
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
ROCHESTER DRUG COOPERATIVE
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

| Information | |
| --- | --- |
| Invoice No. : | 901056171 |
| Invoice Date: | 16-Dec-2019 |
| Delivery No. : | 820523659 |
| Order No. : | 120579809 |
| PO No. : | 6435524 |
| Payment Terms: | 2% 60 net 61 days |
| Freight Terms: | Free on board |
| Carrier: | UPS Ground |
| Tracking No. : | 1ZY727210302116065 |

Contact: Jeff Fisher
Phone: 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6909712815 | | Amlodipine Besyl USP 10mg Tab 1000s | | | | | | |
| | GG90581 30-Apr-2021 | | EA | ▮ | ▮ | ▮ | 533.28 | 0.00 |
| 6909712805 | | Amlodipine Besyl USP 10mg Tab 90s | | | | | | |
| | GG90774 31-May-2021 | | EA | ▮ | ▮ | ▮ | 107.52 | 0.00 |
| 6909712503 | | Topiramate USP 200mg Tab 60s | | | | | | |
| | KA92597 30-Jun-2021 | | EA | ▮ | ▮ | ▮ | 144.00 | 0.00 |

Freight Terms: FOB Destination

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code  1022
License No: TPL00111
DEA No: RU0337887

| | | |
| --- | --- | --- |
| Total Excluding Tax: | 784.80 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| | | |
| --- | --- | --- |
| INVOICE TOTAL: | 784.80 USD | |
| DUE: | 15-Feb-2020 | |

* Eligible Discount:  15.70-  USD
* Total due if paid by:  14-Feb-2020:   769.10  USD

Page 1 of 1



# INVOICE

**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**CIPLA USA, Inc.**
1560 Sawgrass Corporate Parkway, Suite 120
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
Tax ID:
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

| Information |
| --- |
| Invoice No. : 901056876 |
| Invoice Date: 16-Dec-2019 |
| Delivery No. : 820534011 |
| Order No. : 120607216 |
| PO No. : 6438682 |
| Payment Terms: 2% 60 net 61 days |
| Freight Terms: Free on board |
| Carrier: UPS Ground |
| Tracking No. : 1ZY727210302116181 |

Contact: J Fisher
Phone: 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6909742212 | | Celecoxib 100mg Cap 500s | | | | | | |
| | KA91964 31-May-2021 | | EA | ■ | ■ | ■ | 461.04 | 0.00 |

**Freight Terms: FOB Destination**

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
**License No:** TPL00111
**DEA No:** RU0337887

| | | |
| --- | --- | --- |
| Total Excluding Tax: | 461.04 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 461.04 USD |
| --- | --- |
| DUE: | 15-Feb-2020 |

\* Eligible Discount: 9.22- USD
\* Total due if paid by: 14-Feb-2020: 451.82 USD

Page 1 of 1



**CIPLA USA, Inc.**
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
ROCHESTER DRUG
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
ROCHESTER DRUG COOPERATIVE
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

| Information |
| --- |
| Invoice No. : 901056877 |
| Invoice Date: 16-Dec-2019 |
| Delivery No. : 820534012 |
| Order No. : 120607608 |
| PO No. : 6438641 |
| Payment Terms: 2% 60 net 61 days |
| Freight Terms: Free on board |
| Carrier: UPS Ground |
| Tracking No. : 1ZY727210302116341 |

Contact: J Fisher
Phone: 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6909783302 | NB903620 31-Aug-2022 | Sertraline Hcl 25mg Tab 30s | EA | ■ | ■ | ■ | 69.84 | 0.00 |
| 6909783402 | NB903667 31-Aug-2022 | Sertraline Hcl 50mg Tab 30s | EA | ■ | ■ | ■ | 28.56 | 0.00 |
| 6909712403 | KA92385 30-Jun-2021 | Topiramate USP 100mg Tab 60s | EA | ■ | ■ | ■ | 193.92 | 0.00 |
| 6909712303 | | Topiramate USP 50mg Tab | | | | | | |

Case 2-20-20230-PRW,   Doc 1434-1,   Filed 02/03/22,   Entered 02/03/22 13:46:50,
Description: Exhibit A, Page 15 of 44



CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com

Florida License # 20348

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| | | 60s | | | | | | |
| | KA92952 31-Jul-2021 | | EA | ■ | ■ | ■ | 65.28 | 0.00 |

**Freight Terms: FOB Destination**

Ship From:
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code   1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---:|---|
| Total Excluding Tax: | 357.60 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 357.60 USD |
|---|---|
| DUE: | 15-Feb-2020 |

* Eligible Discount: 7.16-  USD
* Total due if paid by: 14-Feb-2020:      350.44 USD

Page 2 of 2



**Cipla**

CIPLA USA, Inc.
1540 Sawgrass Corporate Parkway, Suite 100
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
Tax ID:
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

**Information**

Invoice No. : 901056878
Invoice Date: 16-Dec-2019
Delivery No. : 820536252
Order No. : 120611459
PO No. : 6438682
Payment Terms: 2% 60 net 61 days
Freight Terms: Free on board
Carrier: UPS Ground
Tracking No. : 1ZY727210302116421

Contact: Jeff Fisher
Phone: 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909742212 | KA91964<br>31-May-2021 | Celecoxib 100mg Cap 500s | EA | ▬ | ▬ | ▬ | 461.04 | 0.00 |

*Freight Terms: FOB Destination*

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| Total Excluding Tax: | 461.04 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 461.04 USD |
|---|---|
| DUE: | 15-Feb-2020 |

* Eligible Discount: 9.22- USD
* Total due if paid by: 14-Feb-2020: 451.82 USD

Page 1 of 1



**CIPLA USA, Inc.**
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
**ROCHESTER DRUG COOPERATIVE**
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

| Information |
|---|
| Invoice No. : 901058709 |
| Invoice Date: 18-Dec-2019 |
| Delivery No. : 820574894 |
| Order No. : 120579809 |
| PO No. : 6435524 |
| Payment Terms: 2% 60 net 61 days |
| Freight Terms: Free on board |
| Carrier: UPS Ground |
| Tracking No. : 1ZY727210302118045 |
| Contact: Jeff Fisher |
| Phone: 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909741002 | | Cinacalcet 30mg Tabs 30s | | | | | | |
| | PB90663 31-Jul-2021 | | EA | ▉ | ▉ | ▉ | 6840.00 | 0.00 |

Freight Terms: FOB Destination

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code  1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| Total Excluding Tax: | 6,840.00 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 6,840.00 USD |
|---|---|
| DUE: | 17-Feb-2020 |

* Eligible Discount: 136.80-  USD
* Total due if paid by: 16-Feb-2020:    6,703.20 USD

Page 1 of 1



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

Remit To:
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
ROCHESTER DRUG
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
ROCHESTER DRUG COOPERATIVE
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

| Information |
| --- |
| Invoice No. : 901058710 |
| Invoice Date: 18-Dec-2019 |
| Delivery No. : 820574901 |
| Order No. : 120607608 |
| PO No. : 6438641 |
| Payment Terms: 2% 60 net 61 days |
| Freight Terms: Free on board |
| Carrier: UPS Ground |
| Tracking No. : 1ZY727210302119491 |
| Contact: J Fisher |
| Phone: 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6909782103 | | Gemfibrozil USP 600mg Tabs 60s | | | | | | |
| | NB903469 31-Aug-2021 | | EA | ▮ | ▮ | ▮ | 152.16 | 0.00 |

Freight Terms: FOB Destination

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code   1022
License No: TPL00111
DEA No: RU0337887

| | | |
| --- | --- | --- |
| Total Excluding Tax: | 152.16 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 152.16 USD |
| --- | --- |
| DUE: | 17-Feb-2020 |

\* Eligible Discount:  3.04-  USD
\* Total due if paid by:  16-Feb-2020:    149.12 USD

Page 1 of 1



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
ROCHESTER DRUG
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
ROCHESTER DRUG COOPERATIVE
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

**Information**

| | |
|---|---|
| Invoice No. : | 901060654 |
| Invoice Date: | 23-Dec-2019 |
| Delivery No. : | 820627112 |
| Order No. : | 120607608 |
| PO No. : | 6438641 |
| Payment Terms: | 2% 60 net 61 days |
| Freight Terms: | Free on board |
| Carrier: | UPS Ground |
| Tracking No. : | 1ZY727210302128392 |

Contact: J Fisher
Phone: 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909712815 | | Amlodipine Besyl USP 10mg Tab 1000s | | | | | | |
| | GG90582 30-Apr-2021 | | EA | ▮ | ▮ | ▮ | 266.64 | 0.00 |
| 6909712805 | | Amlodipine Besyl USP 10mg Tab 90s | | | | | | |
| | GD91403 30-Jun-2021 | | EA | ▮ | ▮ | ▮ | 53.76 | 0.00 |
| 6909712203 | | Topiramate USP 25mg Tab 60s | | | | | | |
| | KA92177 31-May-2021 | | EA | ▮ | ▮ | ▮ | 42.72 | 0.00 |
| 6909712215 | | Topiramate USP 25mg Tab | | | | | | |

Case 2-20-20230-PRW, Doc 1434-1, Filed 02/03/22, Entered 02/03/22 13:46:50, Description: Exhibit A, Page 20 of 44



CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| | | 1000s | | | | | | |
| | KA92150 31-May-2021 | | EA | ▉ | ▉ | ▉ | 301.44 | 0.00 |

Freight Terms: FOB Destination

Ship From:
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
**License No:** TPL00111
**DEA No:** RU0337887

| | | |
|---|---|---|
| **Total Excluding Tax:** | 664.56 | USD |
| **Surcharges:** | 0.00 | USD |
| **Sales and Use Tax:** | 0.00 | USD |
| **Alternate Tax:** | 0.00 | USD |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | **664.56 USD** | |
| **DUE:** | **22-Feb-2020** | |

\* Eligible Discount: 13.29- USD
\* Total due if paid by: 21-Feb-2020: 651.27 USD



CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
**Account No. :** 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
**Account No. :** 90100008
**Tax ID:**
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
**License No:** 303440
**DEA No:** .

| Information | |
|---|---|
| **Invoice No. :** 901061147 | |
| **Invoice Date:** 23-Dec-2019 | |
| **Delivery No. :** 820640157 | |
| **Order No. :** 120408259 | |
| **PO No. :** 6421846 | |
| **Payment Terms:** 2% 60 net 61 days | |
| **Freight Terms:** Free on board | |
| **Carrier:** UPS Ground | |
| **Tracking No. :** 1ZY727210302126563 | |
| **Contact:** Jeff Fisher | |
| **Phone:** 585-271-7220 | |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909783512 | | Sertraline Hcl 100mg Tab 500s | | | | ✓ | | |
| | NB904107 31-Oct-2022 | | EA | ▆ | ▆ | ▆ | 950.40 | 0.00 |

**Freight Terms: FOB Destination**

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
**License No:** TPL00111
**DEA No:** RU0337887

| | | |
|---|---|---|
| **Total Excluding Tax:** | 950.40 | USD |
| **Surcharges:** | 0.00 | USD |
| **Sales and Use Tax:** | 0.00 | USD |
| **Alternate Tax:** | 0.00 | USD |

| **INVOICE TOTAL:** | 950.40 USD |
|---|---|
| **DUE:** | 22-Feb-2020 |

* Eligible Discount: 19.01- USD
* Total due if paid by: 21-Feb-2020:  931.39 USD

Page 1 of 1



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
**Florida License # 20348**

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

Remit To:
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
ROCHESTER DRUG COOPERATIVE
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
Tax ID:
ROCHESTER DRUG
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

| Information |
|---|
| Invoice No. : 901061148 |
| Invoice Date: 23-Dec-2019 |
| Delivery No. : 820640167 |
| Order No. : 120579749 |
| PO No. : 6435535 |
| Payment Terms: 2% 60 net 61 days |
| Freight Terms: Free on board |
| Carrier: UPS Ground |
| Tracking No. : 1ZY727210302124823 |

Contact: J Fisher
Phone: 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909783412 | NB903990 30-Sep-2022 | Sertraline USP 50mg Tabs 500s | EA | ■ | ■ | ■ | 612.00 | 0.00 |
| 6909783512 | NB904107 31-Oct-2022 | Sertraline Hcl 100mg Tab 500s | EA | ■ | ■ | ■ | 950.40 | 0.00 |

Freight Terms: FOB Destination

Ship From:
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code  1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| Total Excluding Tax: | 1,562.40 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 1,562.40 USD |
|---|---|
| DUE: | 22-Feb-2020 |

* Eligible Discount: 31.25- USD
* Total due if paid by: 21-Feb-2020:  1,531.15 USD

Page 1 of 1



CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

Remit To:
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
**ROCHESTER DRUG COOPERATIVE**
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

| Information |
|---|
| Invoice No. : 901061149 |
| Invoice Date: 23-Dec-2019 |
| Delivery No. : 820640168 |
| Order No. : 120579809 |
| PO No. : 6435524 |
| Payment Terms: 2% 60 net 61 days |
| Freight Terms: Free on board |
| Carrier: UPS Ground |
| Tracking No. : 1ZY727210302124798 |
| Contact: Jeff Fisher |
| Phone: 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909783412 | | Sertraline USP 50mg Tabs 500s | | | | | | |
| | NB903990 30-Sep-2022 | | EA | ■ | ■ | ■ | 306.00 | 0.00 |
| 6909783512 | | Sertraline Hcl 100mg Tab 500s | | | | | | |
| | NB904107 31-Oct-2022 | | EA | ■ | ■ | ■ | 950.40 | 0.00 |

| Freight Terms: FOB Destination | | |
|---|---|---|

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code 1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| Total Excluding Tax: | 1,256.40 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 1,256.40 USD |
|---|---|
| DUE: | 22-Feb-2020 |

* Eligible Discount: 25.13- USD
* Total due if paid by: 21-Feb-2020: 1,231.27 USD

Page 1 of 1



**CIPLA USA, Inc.**
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
Tax ID:
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

| Information |
|---|
| **Invoice No. :** 901061150 |
| **Invoice Date:** 23-Dec-2019 |
| **Delivery No. :** 820640179 |
| **Order No. :** 120607216 |
| **PO No. :** 6438682 |
| **Payment Terms:** 2% 60 net 61 days |
| **Freight Terms:** Free on board |
| **Carrier:** UPS Ground |
| **Tracking No. :** 1ZY727210302128516 |
| **Contact:** J Fisher |
| **Phone:** 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909783412 | NB903990 30-Sep-2022 | Sertraline USP 50mg Tabs 500s | EA | ▉ | ▉ | ▉ | 306.00 | 0.00 |
| 6909783512 | NB904107 31-Oct-2022 | Sertraline Hcl 100mg Tab 500s | EA | ▉ | ▉ | ▉ | 475.20 | 0.00 |

**Freight Terms: FOB Destination**

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
**License No:** TPL00111
**DEA No:** RU0337887

| | | |
|---|---|---|
| **Total Excluding Tax:** | 781.20 | USD |
| **Surcharges:** | 0.00 | USD |
| **Sales and Use Tax:** | 0.00 | USD |
| **Alternate Tax:** | 0.00 | USD |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | **781.20 USD** | |
| **DUE:** | **22-Feb-2020** | |

* Eligible Discount:   15.62-  USD
* Total due if paid by:  21-Feb-2020:    765.58 USD

Page 1 of 1



**Cipla USA, Inc.**
1560 Sawgrass Corporate Parkway, Suite 170
Sunrise, FL 33323
**www.ciplausa.com**
**Florida License # 20348**

# INVOICE

**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
**Account No. :** 90100008
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
**Account No. :** 30000201
**Tax ID:**
**ROCHESTER DRUG COOPERATIVE**
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
**License No:** 5003213
**DEA No:**

| Information |
|---|
| **Invoice No. :** 901061151 |
| **Invoice Date:** 23-Dec-2019 |
| **Delivery No. :** 820640180 |
| **Order No. :** 120607608 |
| **PO No. :** 6438641 |
| **Payment Terms:** 2% 60 net 61 days |
| **Freight Terms:** Free on board |
| **Carrier:** UPS Ground |
| **Tracking No. :** 1ZY727210302124841 |

**Contact:** J Fisher
**Phone:** 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909783412 | | Sertraline USP 50mg Tabs 500s | | | | | | |
| | NB903990 30-Sep-2022 | | EA | ▉ | ▉ | ▉ | 306.00 | 0.00 |
| 6909783512 | | Sertraline Hcl 100mg Tab 500s | | | | | | |
| | NB904107 31-Oct-2022 | | EA | ▉ | ▉ | ▉ | 950.40 | 0.00 |

| Freight Terms: FOB Destination |
|---|

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
**License No:** TPL00111
**DEA No:** RU0337887

| | | |
|---|---|---|
| **Total Excluding Tax:** | 1,256.40 | USD |
| **Surcharges:** | 0.00 | USD |
| **Sales and Use Tax:** | 0.00 | USD |
| **Alternate Tax:** | 0.00 | USD |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | **1,256.40 USD** | |
| **DUE:** | **22-Feb-2020** | |

\* Eligible Discount: 25.13-  USD
\* Total due if paid by: 21-Feb-2020:    1,231.27 USD

Page 1 of 1



CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
**Tax ID:**
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

| Information | |
|---|---|
| **Invoice No. :** 901061152 | |
| **Invoice Date:** 23-Dec-2019 | |
| **Delivery No. :** 820640181 | |
| **Order No. :** 120611459 | |
| **PO No. :** 6438682 | |
| **Payment Terms:** 2% 60 net 61 days | |
| **Freight Terms:** Free on board | |
| **Carrier:** UPS Ground | |
| **Tracking No. :** 1ZY727210302128507 | |
| **Contact:** Jeff Fisher | |
| **Phone:** 585-271-7220 | |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909783412 | | Sertraline USP 50mg Tabs 500s | | | | | | |
| | NB903990 30-Sep-2022 | | EA | ███ | ███ | ███ | 306.00 | 0.00 |
| 6909783512 | | Sertraline Hcl 100mg Tab 500s | | | | | | |
| | NB904107 31-Oct-2022 | | EA | ███ | ███ | ███ | 475.20 | 0.00 |

| Freight Terms: FOB Destination | | |
|---|---|---|

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code 1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| **Total Excluding Tax:** | 781.20 | USD |
| **Surcharges:** | 0.00 | USD |
| **Sales and Use Tax:** | 0.00 | USD |
| **Alternate Tax:** | 0.00 | USD |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | **781.20 USD** | |
| **DUE:** | **22-Feb-2020** | |

\* Eligible Discount: 15.62- USD
\* Total due if paid by: 21-Feb-2020: 765.58 USD



CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

Remit To:
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100008
ROCHESTER DRUG
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
Account No. : 30000201
Tax ID:
ROCHESTER DRUG COOPERATIVE
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
License No: 5003213
DEA No:

| Information |
|---|
| **Invoice No. :** 901061153 |
| **Invoice Date:** 23-Dec-2019 |
| **Delivery No. :** 820647556 |
| **Order No. :** 120491895 |
| **PO No. :** 6429321 |
| **Payment Terms:** 2% 60 net 61 days |
| **Freight Terms:** Free on board |
| **Carrier:** UPS Ground |
| **Tracking No. :** 1ZY727210302124592 |
| **Contact:** Jeff Fisher |
| **Phone:** 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909727703 | | Valganciclovir Tabs 450mg 60's | | | | | | |
| | PB90893 31-Oct-2021 | | EA | ▮ | ▮ | ▮ | 4670.88 | 0.00 |

```
                    Freight Terms: FOB Destination
```

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code  1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| Total Excluding Tax: | 4,670.88 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | **4,670.88 USD** |
|---|---|
| DUE: | **22-Feb-2020** |

\* Eligible Discount: 93.42-  USD
\* Total due if paid by: 21-Feb-2020:    4,577.46 USD

Page 1 of 1



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
Tax ID:
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

| Information |
| --- |
| Invoice No. : 901061154 |
| Invoice Date: 23-Dec-2019 |
| Delivery No. : 820650386 |
| Order No. : 120719237 |
| PO No. : 6450006 |
| Payment Terms: 2% 60 net 61 days |
| Freight Terms: Free on board |
| Carrier: UPS Ground |
| Tracking No. : 1ZY727210302126983 |
| Contact: J Fisher |
| Phone: 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6909727703 | | Valganciclovir Tabs 450mg 60's | | | | | | |
| | PB90893 31-Oct-2021 | | EA | ▮▮▮ | ▮▮▮ | ▮▮▮ | 4670.88 | 0.00 |

| Freight Terms: FOB Destination |
| --- |

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code  1022
License No: TPL00111
DEA No: RU0337887

| | | |
| --- | --- | --- |
| Total Excluding Tax: | 4,670.88 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 4,670.88 USD |
| --- | --- |
| DUE: | 22-Feb-2020 |

\* Eligible Discount:  93.42-  USD
\* Total due if paid by:  21-Feb-2020:    4,577.46 USD

Page 1 of 1



**CIPLA USA, Inc.**
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
**www.ciplausa.com**
**Florida License # 20348**

# INVOICE

**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
**Account No. :** 90100008
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA

**Ship To Party:**
**Account No. :** 30000201
**Tax ID:**
**ROCHESTER DRUG COOPERATIVE**
116 LEHIGH DR
FAIRFIELD NJ 07004-3013 USA
**License No:** 5003213
**DEA No:**

| Information |
|---|
| **Invoice No. :** 901071803 |
| **Invoice Date:** 15-Jan-2020 |
| **Delivery No. :** 821038284 |
| **Order No. :** 121110323 |
| **PO No. :** 6493458 |
| **Payment Terms:** 2% 60 net 61 days |
| **Freight Terms:** Free on board |
| **Carrier:** UPS Ground |
| **Tracking No. :** 1ZY727210302153471 |

| **Contact:** J Fisher |
| **Phone:** 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909712315 | | Topiramate USP 50mg Tab 1000s | | | | | | |
| | KA92951 31-Jul-2021 | | EA | ▮ | ▮ | ▮ | 507.36 | 0.00 |
| 6909791203 | | Trospium USP 20mg Tab 60s | | | | | | |
| | NB904277 31-Oct-2021 | | EA | ▮ | ▮ | ▮ | 330.48 | 0.00 |

| Freight Terms: FOB Destination |
|---|

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
**License No:** TPL00111
**DEA No:** RU0337887

| | | |
|---|---|---|
| **Total Excluding Tax:** | 837.84 | USD |
| **Surcharges:** | 0.00 | USD |
| **Sales and Use Tax:** | 0.00 | USD |
| **Alternate Tax:** | 0.00 | USD |

| **INVOICE TOTAL:** | **837.84 USD** |
|---|---|
| **DUE:** | **16-Mar-2020** |

* Eligible Discount: 16.76- USD
* Total due if paid by: 15-Mar-2020: 821.08 USD

Page 1 of 1

Case 2-20-20230-PRW, Doc 1434-1, Filed 02/03/22, Entered 02/03/22 13:46:50, Description: Exhibit A, Page 30 of 44



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
Florida License # 20348

# INVOICE

Phone: 1-844-CIPLA-US
Fax: 1-770-753-6990
Email: CiplaAR@ups.com

Remit To:
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
Account No. : 90100435
ROCHESTER DRUG COOPERATIVE
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
Account No. : 90100008
Tax ID:
ROCHESTER DRUG
50 JETVIEW DR
P.O. BOX 24389
ROCHESTER NY 14624-4900 USA
License No: 303440
DEA No:

**Information**

Invoice No. : 901079471
Invoice Date: 29-Jan-2020
Delivery No. : 821293222
Order No. : 121364707
PO No. : 6511158
Payment Terms: 2% 60 net 61 days
Freight Terms: Free on board
Carrier: UPS Ground
Tracking No. : 1ZY727210302171595

Contact: Jeff Fisher
Phone: 585-271-7220

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909712415 | | Topiramate USP 100mg Tab 1000s | | | | | | |
| | KA92785 31-Jul-2021 | | EA | ▮ | ▮ | ▮ | 406.80 | 0.00 |
| 6909791203 | | Trospium USP 20mg Tab 60s | | | | | | |
| | NB904278 31-Oct-2021 | | EA | ▮ | ▮ | ▮ | 330.48 | 0.00 |

Freight Terms: FOB Destination

Ship From:
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
Company Code  1022
License No: TPL00111
DEA No: RU0337887

| | | |
|---|---|---|
| Total Excluding Tax: | 737.28 | USD |
| Surcharges: | 0.00 | USD |
| Sales and Use Tax: | 0.00 | USD |
| Alternate Tax: | 0.00 | USD |

| INVOICE TOTAL: | 737.28 USD |
|---|---|
| DUE: | 30-Mar-2020 |

* Eligible Discount: 14.75-  USD
* Total due if paid by: 29-Mar-2020      722.53 USD

Page 1 of 1



**Cipla**

CIPLA USA, Inc.
1560 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
www.ciplausa.com
**Florida License # 20348**

# INVOICE

**Phone:** 1-844-CIPLA-US
**Fax:** 1-770-753-6990
**Email:** CiplaAR@ups.com

**Remit To:**
Cipla USA, Inc.
Dept CH 19844
Palatine IL 60055-9844 US

**Bill To Party:**
**Account No. :** 90100435
**ROCHESTER DRUG COOPERATIVE**
PO BOX 24389
ROCHESTER NY 14624 USA

**Ship To Party:**
**Account No. :** 90100008
**Tax ID:**
**ROCHESTER DRUG**
50 JETVIEW DR
ROCHESTER NY 14624-4900 USA
**License No:** 303440
**DEA No:**

| Information |
|---|
| **Invoice No. :** 901085242 |
| **Invoice Date:** 10-Feb-2020 |
| **Delivery No. :** 821542192 |
| **Order No. :** 121614603 |
| **PO No. :** 6529486 |
| **Payment Terms:** 2% 60 net 61 days |
| **Freight Terms:** Free on board |
| **Carrier:** UPS Ground |
| **Tracking No. :** 1ZY727210302185375 |
| **Contact:** Jeff Fisher |
| **Phone:** 585-271-7220 |

| Material No. | Batch No. / Exp. Date | Description and Size | Sales Unit | QTY Ordered | QTY Shipped | Unit Price | Extended Price | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 6909712303 | | Topiramate USP 50mg Tab 60s | | | | | | |
| | KA93363 31-Aug-2021 | | EA | ▇ | ▇ | ▇ | 65.28 | 0.00 |
| 6909791203 | | Trospium USP 20mg Tab 60s | | | | | | |
| | NB904278 31-Oct-2021 | | EA | ▇ | ▇ | ▇ | 330.48 | 0.00 |

```
                    Freight Terms: FOB Destination
```

**Ship From:**
UPS Supply Chain Solutions
1920 Outer Loop
Louisville KY 40219 USA
**Company Code** 1022
**License No:** TPL00111
**DEA No:** RU0337887

| | | |
|---|---|---|
| **Total Excluding Tax:** | 395.76 | USD |
| **Surcharges:** | 0.00 | USD |
| **Sales and Use Tax:** | 0.00 | USD |
| **Alternate Tax:** | 0.00 | USD |

| | | |
|---|---|---|
| **INVOICE TOTAL:** | **395.76** | **USD** |
| **DUE:** | **11-Apr-2020** | |

* Eligible Discount: 7.92- USD
* Total due if paid by: 10-Apr-2020:  387.84  USD

Page 1 of 1

## Biplab Mazumdar/FIN/US

| | |
|---|---|
| **From:** | Biplab Mazumdar/FIN/US |
| **Sent:** | Monday, April 27, 2020 8:48 AM |
| **To:** | Wendy Coppola |
| **Cc:** | Whitney Hedden/INT BIZ/US; Wayne Fallis/INT BIZ/US; Manish Patel3/FIN/PBP |
| **Subject:** | RE: V#104700: SSA Claim# PP104700072319M, PP1047000723196 |

Hi Wendy,

Good Morning. Thanks for the prompt response.

Regards,

Biplab

**From:** Wendy Coppola <WCoppola@rdcdrug.com>
**Sent:** Monday, April 27, 2020 8:42 AM
**To:** Biplab Mazumdar/FIN/US <Biplab.Mazumdar@Cipla.com>
**Cc:** Whitney Hedden/INT BIZ/US <whitney.hedden@Cipla.com>; Wayne Fallis/INT BIZ/US <Wayne.Fallis@Cipla.com>; Manish Patel3/FIN/PBP <manish.patel3@Cipla.com>
**Subject:** RE: V#104700: SSA Claim# PP104700072319M, PP1047000723196

This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.

Good Morning,
I have reached out to Optisource and you are correct.

Thank you and have a GREAT day!

Wendy Coppola
Sr. Mgr. Gov't, State and Local Contracts
Contracts | Chargebacks | REMS

Rochester Drug Cooperative
Main Headquarters
50 Jetview Drive
PO Box 24389
Rochester, NY 14624
Fax: 585-486-6516
wcoppola@RDCDrug.com



This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

1

**From:** Biplab Mazumdar/FIN/US [mailto:Biplab.Mazumdar@Cipla.com]
**Sent:** Friday, April 24, 2020 1:50 PM
**To:** Wendy Coppola <WCoppola@rdcdrug.com>
**Cc:** Whitney Hedden/INT BIZ/US <whitney.hedden@Cipla.com>; Wayne Fallis/INT BIZ/US <Wayne.Fallis@Cipla.com>; Manish Patel3/FIN/PBP <manish.patel3@Cipla.com>
**Subject:** RE: V#104700: SSA Claim# PP104700072319M, PP1047000723196

Hi Wendy

I am already aware of the fact that RDC has filed Chapter 11. I just need confirmation from RDC that this is an incorrect deduction that was made so that we can claim the amount from the Bankruptcy court. Please review and if you agree based on the evidence provided, please accept our dispute. Thanks

Regards,

Biplab

**From:** Wendy Coppola <WCoppola@rdcdrug.com>
**Sent:** Friday, April 24, 2020 1:46 PM
**To:** Biplab Mazumdar/FIN/US <Biplab.Mazumdar@Cipla.com>
**Cc:** Whitney Hedden/INT BIZ/US <whitney.hedden@Cipla.com>; Wayne Fallis/INT BIZ/US <Wayne.Fallis@Cipla.com>; Manish Patel3/FIN/PBP <manish.patel3@Cipla.com>
**Subject:** RE: V#104700: SSA Claim# PP104700072319M, PP1047000723196

<u>This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.</u>

Biplap,

In case you do not already know. RDC has filed Chapter 11.
Should you require additional information please see details below.

website: http://dm.epiq11.com/Rochesterdrugcoop.
 or
call this number: 866-977-0922.


Thank you and have a GREAT day!

Wendy Coppola
Sr. Mgr. Gov't, State and Local Contracts
Contracts|Chargebacks|REMS

Rochester Drug Cooperative
Main Headquarters
50 Jetview Drive
PO Box 24389
Rochester, NY 14624
Fax: 585-486-6516
wcoppola@RDCDrug.com

2



This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

**From:** Biplab Mazumdar/FIN/US [mailto:Biplab.Mazumdar@Cipla.com]
**Sent:** Friday, April 24, 2020 12:41 PM
**To:** Wendy Coppola <WCoppola@rdcdrug.com>; Elaine Miller <EMiller@rdcdrug.com>; Jessica Burch <jburch@rdcdrug.com>
**Cc:** Whitney Hedden/INT BIZ/US <whitney.hedden@Cipla.com>; Wayne Fallis/INT BIZ/US <Wayne.Fallis@Cipla.com>; Manish Patel3/FIN/PBP <manish.patel3@Cipla.com>
**Subject:** V#104700: SSA Claim# PP104700072319M, PP1047000723196
**Importance:** High

Hi Wendy,

Thanks for submitting SSA claim on Cinacalcet. However, Cipla is respectfully disputing this claim since as per the attached offer letter signed by Optisource, the product is **not eligible** for SSA claim (refer highlighted section). We respectfully request you to review the offer letter and payback the 2 claims totalling $14,072.28. Thanks

Regards,

Biplab Mazumdar
Director – Commercial Finance

**Cipla USA Inc**
10 Independence Blvd., Suite 300, Warren NJ 07059
Email: biplab.mazumdar@cipla.com
O – (908) 356-8909; M – (267) 907 3364

**From:** Wendy Coppola <WCoppola@rdcdrug.com>
**Sent:** Friday, April 24, 2020 10:48 AM
**To:** Biplab Mazumdar/FIN/US <Biplab.Mazumdar@Cipla.com>; Elaine Miller <EMiller@rdcdrug.com>; Jessica Burch <jburch@rdcdrug.com>
**Subject:** RE: RDC Expired Returns - Cipla

This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.

Biplap,
I was able to find 2 per attached.
For item # 3 it was off set

3



*Confidential*

June 19, 2019

**Jim MacDonald**
Optisource Group
7500 Flying Cloud Drive, Suite #750
Eden Prairie, MN 55347

Via Email: Jmacdonald100@aol.com

Dear Jim,

**Cipla USA,** would like to amend Optisource contract price on the following product(s) for your review and consideration.

| NDC | GENERIC NAME | STRENGTH | SIZE | FM | WAC | CONTRACT PRICE | ESTIMATED ANNUAL USAGE |
|---|---|---|---|---|---|---|---|
| 69097-0410-02 | CINACALCET | 30 MG | 30 | TB | $696.99 | $285.00 | 3,840 |
| 69097-0411-02 | CINACALCET | 60 MG | 30 | TB | $1,393.98 | $570.00 | 1,440 |
| 69097-0412-02 | CINACALCET | 90 MG | 30 | TB | $2,090.97 | $855.00 | 1,056 |

1. For all Product purchased on or after the effective date of the revised Contract Pricing, all standard terms and conditions of our current Agreement shall apply.
2. For all Product purchased prior to the effective date of the revised Contract Pricing, the terms and conditions agreed upon in the previously accepted offer dated March 22, 2019 and accepted effective March 25, 2019 shall apply. For clarity, those terms and conditions are as follows:
   a. The Product shall not be subject to any other discounts, rebates, fees or allowances, including but not limited to Initial Order Discounts or bill backs, Shelf Stock Adjustments, or Price Protection credits.
   b. The Product shall be exempt from all Service Level and Failure to Supply Penalties.
   c. The purchase of the Product is final and not subject to Returns.
3. The verification of purchase date of the Product shall be based on Invoice Date, and the Lot Numbers purchased during the respective period; provided in the below grid:

| NDC | Material Description | Lot No. | Expiration Month | Expiration Year |
|---|---|---|---|---|
| 6909741002 | Cinacalcet 30mg Tabs 30s | PB80367 | Feb | 2020 |
| 6909741002 | Cinacalcet 30mg Tabs 30s | PB80690 | Jul | 2020 |
| 6909741002 | Cinacalcet 30mg Tabs 30s | PB80949 | Oct | 2020 |
| 6909741002 | Cinacalcet 30mg Tabs 30s | PB80950 | Oct | 2020 |
| 6909741002 | Cinacalcet 30mg Tabs 30s | PB90029 | Nov | 2020 |
| 6909741102 | Cinacalcet 60mg Tabs 30s | PB80339 | Jan | 2020 |
| 6909741102 | Cinacalcet 60mg Tabs 30s | PB80930 | Oct | 2020 |
| 6909741102 | Cinacalcet 60mg Tabs 30s | PB90354 | Apr | 2021 |
| 6909741202 | Cinacalcet 90mg Tabs 30s | PB80944 | Oct | 2020 |

Except as expressly set forth above, all standard terms and conditions of our current Agreement shall apply. You are obligated to fully and accurately report the economic value of all discounts to the extent required under federal health care programs and to comply with the discount safe harbor provided in 42 C.F.R. § 1001.952(h).

Cipla USA, Inc., 1560 Sawgrass Corporate Pkwy, Suite 130, Sunrise, FL 33323



To accept this offer, please return the signed document via e-mail to: Wayne.Fallis@cipla.com.

We appreciate the opportunity to partner with Optisource in providing quality generics to the market. Please reach out to Wayne Fallis at 248-622-0450 should you have any questions or require additional information.

Sincerely,

Jaime Borda
Sr Pricing/Marketing Analyst
**Cipla USA**

cc: Wayne Fallis, Christine Maiolo, Jake Austin, Marc Falkin

Optisource - Approval:

_____     7/9/19
Signature                           Effective Date

Case 2:20-20230-PRW    Doc 194-1    Filed 09/03/22    Entered 02/05/...

Description: Exhibit A, Page 37 of 44

P.O. Box 24389
50 Jet View Drive
Rochester, New York 14624
800-333-0538 x5254
585-235-6425 fax
Jbrown@rdcdrug.com



# SHELF STOCK ADJUSTMENT

# CIPLA USA

| **To:** | ciplacs@ups.com<br>Wayne.Fallis@cipla.com | **From:** | Jeanna M Brown |
|---|---|---|---|
| **Fax:** | 786-497-7711 | **Pages:** | 3 |
| **Phone:** | 844-247-5287 | **Date:** | 7/29/2019 |
| **Re:** | Shelf Stock Adjustment | **Vendor:** | 104700 |
| | PP104700072319M | | |

☐ **Urgent**    ☐ **For Review**    ☐

• **Comments:** Shelf Stock Adjustment

## **\*\*PRICE PROTECTION\*\***

The following information is a price protection from the most recent price decrease we received from your company. This price protection is to price protect our current on hand inventory which is affected by this decrease. Please issue credit in the amount indicated on the price protection on the pages following this cover letter. Your immediate response is requested. If payment is not received within 30 days of this notification, the amount will be deducted from your companies' next invoice.

Please feel free to contact me with any questions you may have.

Thank you.

Jeanna M Brown

### AMOUNT DUE: <u>$ 11,461.10</u>

| QTY | DESCRIPTION | | SIZE | C/COST | N/COST | DIFFR | EXT. |
|---|---|---|---|---|---|---|---|
| 14 | CINACALCET HCL 30MG    CIPL | | 30TB | 485.86 | 285.00 | 200.86 | 2812.04 |
| | Item 10792737    NDC 69097041002 ADD Date 2019/07/23 | | | | | | |
| 21 | CINACALCET HCL 60MG    CIPL | | 30TB | 981.86 | 570.00 | 411.86 | 8649.06 |
| | Item 10792745    NDC 69097041102 ADD Date 2019/07/23 | | | | | | |

Totals:   11461.10

USE REFERENCE #:
PP104700072319M
on Credit Memo

| Product | Change Type | Effective Date | Change Date | SWP | Invoice Cost |
|---|---|---|---|---|---|
| CINACALCET HCL<br>30MG x 30 TB by CIPLA<br>NDC: 69097041002 | Update | 7/19/2019 | 7/19/2019 | 871.24 | 285 |
| CINACALCET HCL<br>30MG x 30 TB by CIPLA<br>NDC: 69097041002 | Add | 3/25/2019 | 3/25/2019 | 871.24 | 485.86 |

P.O. Box 24389
50 Jet View Drive
Rochester, New York 14624
800-333-0538 x5254
585-235-6425 fax
Jbrown@rdcdrug.com



# SHELF STOCK ADJUSTMENT

# CIPLA USA

| To: | ciplacs@ups.com<br>Wayne.Fallis@cipla.com | From: | Jeanna M Brown |
|---|---|---|---|
| Fax: | 786-497-7711 | Pages: | 3 |
| Phone: | 844-247-5287 | Date: | 7/29/2019 |
| Re: | Shelf Stock Adjustment | Vendor: | 104700 |
| | PP104700072319 | | |

☐ **Urgent**    ☐ **For Review**    ☐

• **Comments:** Shelf Stock Adjustment

## **PRICE PROTECTION**

The following information is a price protection from the most recent price decrease we received from your company. This price protection is to price protect our current on hand inventory which is affected by this decrease. Please issue credit in the amount indicated on the price protection on the pages following this cover letter. Your immediate response is requested. If payment is not received within 30 days of this notification, the amount will be deducted from your companies' next invoice.

Please feel free to contact me with any questions you may have.

Thank you.

Jeanna M Brown

## AMOUNT DUE: $ 2611.18

```
PPR0020    RDC INC.                                              Page:    4
9:19:48    PRICE PROTECTION REPORT                            . Date: 7/29/19
104700  CIPLA USA INC ***       RANGE 2019-07-19 2019-07-25
QTY    DESCRIPTION                             SIZE  C/COST   N/COST  DIFFR   EXT.
   13 CINACALCET HCL 30MG      CIPL            30TB  485.86   285.00  200.86  2611.18
      Item 10792737   NDC 69097041002 ADD Date 2019/07/23

                                                      Totals:   2611.18
```

USE REFERENCE #:

PP104700072319

on Credit Memo

| Product | Change Type | Effective Date | Change Date | SWP | Invoice Cost |
|---|---|---|---|---|---|
| CINACALCET HCL 30MG x 30 TB by CIPLA NDC: 69097041002 | Update | 7/19/2019 | 7/19/2019 | 871.24 | 285 |
| CINACALCET HCL 30MG x 30 TB by CIPLA NDC: 69097041002 | Add | 3/25/2019 | 3/25/2019 | 871.24 | 485.86 |

C
O
U
R
T

D
O
C
K
E
T

| 20-20230 | 50-1 | 7/18/2020 | D. GERTH |
|---|---|---|---|
| CASE NO. | COURT CLAIM NO. | DATE RETRIEVED | RECEIVED BY |