B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## <u>Western</u> District Of <u>New York</u>

| | |
|---|---|
| In re <u>ROCHESTER DRUG CO-OPERATIVE, INC.,</u> ) <br> ) <br> <u>         Debtor         </u> ) <br> ) <br> Advisory Trust Group, LLC, as trustee of the ) <br> RDC LIQUIDATING TRUST, ) <br> ) <br>          Plaintiff, ) <br> ) <br>          v. ) <br> ) <br> CIPLA USA, INC., ) <br> ) <br>          Defendant. ) | Case No.  20-20230 (PRW) <br><br> Chapter 11 <br><br><br><br><br><br> Adv. Proc. No. 22-_____ |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

         Address of the clerk:    United States Bankruptcy Court
                                             Western District of New York
                                             100 State Street
                                             Rochester, NY 14614

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

                Name and Address of Plaintiff's Attorney:
                            Bradford J. Sandler, Esq.
                              Ilan D. Scharf, Esq.
                         Jason S. Pomerantz, Esq.
                 Pachulski Stang Ziehl & Jones LLP
                 780 Third Avenue, 34th Floor
                         New York, NY 10017

If you make a motion, your time to answer is governed by <u>Fed. R. Bankr. P. 7012</u>.**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                    _____(Clerk of the Bankruptcy Court)

Date: _____          By: _____ (Deputy Clerk)