# EXHIBIT A

Case 2-20-20230-PRW,   Doc 1490-1,   Filed 02/03/22,   Entered 02/03/22 22:30:12,
Description: Exhibit A, Page 1 of 14

| United States Bankruptcy Court for the Western District of New York | Your Mail ID is       166211872 |
|---|---|
| **Name of Debtor:**  Rochester Drug Co-Operative, Inc.<br><br>**Case Number:**   20-20230 | **For Court Use Only**<br>Claim Number:    0000021974<br>File Date:      07/30/2020 17:49:41 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**
**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

| Part 1: | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim):    SMITH + NEPHEW, INC. _____

Other names the creditor used with the debtor:   Smith & Nephew, Inc. _____

**2. Has this claim been acquired from someone else?**   ☑ No  ☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name     SMITH + NEPHEW, INC. _____ | Name    _____ |
| Address   Attn: Jordan E. Reifler, Esq. _____ | Address   _____ |
|       Legal Department _____ | _____ |
|       7135 Goodlett Farms Parkway _____ | _____ |
| City    Cordova _____ | City    _____ |
| State   TN _____ ZIP Code 38016 _____ | State _____ ZIP Code _____ |
| Country (if International): _____ | Country (if International): _____ |
| Phone:  901-399-6044 _____ | Phone:  _____ |
| Email:  carol.madison@smith-nephew.com _____ | Email:  _____ |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
|    Claim number on court claims register (if known) _____ |    Who made the earlier filing? |
|    Filed on _____<br>               MM / DD / YYYY | _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

6699

____ ____ ____ ____

**7. How much is the claim?**

$ 63,182.92
_____

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold/Services (Trade Claim)
_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

| Part 3: | Sign Below |
|---------|-----------|

<table>
<tr>
<td>

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

</td>
<td>

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Jordan E. Reifler, Esq./cm*                              07/30/2020 17:49:41
_____          _____
Signature                                                              Date

**Provide the name and contact information of the person completing and signing this claim:**

Name    Jordan E. Reifler, Esq.
_____

Address  Smith & Nephew, Inc.
_____

        Legal Department
_____

        7135 Goodlett Farms Parkway
_____

City     Cordova
_____

State   TN                  Zip  38016
_____   _____

Country (in international)  USA
_____

Phone  901-399-6044
_____

Email   carol.madison@smith-nephew.com
_____

</td>
</tr>
</table>



**Smith & Nephew, Inc.**
5600 Clearfork Main Street
Suite 600
Fort Worth, TX 76109
www.smith-nephew.com

Customer Service
T 1-800-876-1261
F 1-727-392-6914

| **INVOICE** | | |
|---|---|---|
| **Invoice Number** | **Invoice Date** | **Page** |
| 921144854 | 06/08/2018 | 1 of 1 |
| **Order Number** | **Customer Number** | **PO Number** |
| 1522878 | 186699 | 5281569 |
| **Order Date** | **Ship Via** | **Terms Of Delivery** |
| 06/07/2018 | FedEx Priority 10:30 | Smith&Nephew pays freight |
| **Delivery Number** | | **Currency** |
| 40478370 | | USD |
| **Payment Terms** | | |
| 2% 30 Days | | |
| **Total Amount Due** | | 76,127.40 |

**Invoice Address**

ROCHESTER DRUG COOPERATIVE,INC
PO BOX 24389
ROCHESTER          NY     14624

**Delivery Address**

ROCHESTER DRUG COOPERATIVE,INC
116 LEHIGH DRIVE
FAIRFIELD         NJ     07004

| Line | Item Code | Product Description | Quantity | UOM | Package Price | Total |
|---|---|---|---|---|---|---|
| 000010 | 50484-010-30 | Santyl Ointment 30 G | 132 | EA | 225.75 | 29,799.00 |
| | | **Collagenase Santyl Ointment, 250 units/g, 30g tube, 12 tubes per case** | | | | |
| | | **\*AWB Product # PLEASE SCAN to TRACELINK\*** | | | | |
| | | Batch: 161046 | | | | |
| 000020 | 50484-010-90 | Santyl Ointment 90 G | 72 | EA | 643.45 | 46,328.40 |
| | | **Collagenase Santyl Ointment, 250 units/g, 90g tube, 12 tubes per case** | | | | |
| | | **\*AWB Product # PLEASE SCAN to TRACELINK\*** | | | | |
| | | Batch: 161423-R | | | | |
| | | | | **Items total** | | 76,127.40 |
| | | | | **Total Taxes** | | 0.00 |

Many of Smith & Nephew's products are not listed on a government purchasing agreement such as a Federal Supply Schedule or Distribution and Pricing Agreement. Unless Smith & Nephew otherwise agrees in writing, products not listed on a government purchasing agreement are offered for sale under Smith & Nephew's commercial terms at www.sntandc.com. Smith & Nephew does not make any representations or certifications that any product not listed on a Federal Supply Schedule or other government purchasing agreement is a "domestic end product" under the Buy American Act or a "designated country end product" or "U.S.-made end product" under the Trade Agreements Act. The prices reflected on this invoice incorporate applicable discounts to Smith & Nephew's list prices for the named products. Consistent with Smith & Nephew's understanding of requirements applicable to purchases of discounted products under 42 U.S.C. § 1320a-7b(b)(3)(A) and/or 42 C.F.R. § 1001.952(h), listing of these invoice prices constitutes Smith & Nephew's notice to you of the amount and value of all discounts given on these products. Prices may be subject to further discounts and rebates (if any) per your agreement with Smith & Nephew. The products listed on this invoice may be subject to Smith & Nephew's warranties, as further detailed in Smith & Nephew's Terms and Conditions (available at www.sntandc.com) or in your agreement with Smith & Nephew, as applicable. You must fully and accurately report any reduced price received as a discount, rebate, or warranty in applicable cost reports and agree to provide certain related information to state and federal agencies upon request as required by law or regulation. Any invoice prices less than Smith & Nephew's list prices are "discounts" within the meaning of any safe harbors or other applicable protections regarding discounted product pricing (including but not limited to the statute and regulation cited above), whether or not this invoice includes language indicating that a price is "discounted." As such, by remitting payment for this purchase, you agree to satisfy all disclosure requirements imposed on purchasers under applicable laws or regulations, including the requirement to accurately report, or make available upon request by an appropriate authority, the net costs actually paid by you for discounted products.

**For a complete list of Terms and Conditions, please refer to our website www.sntandc.com**

| **Send Payment To:** | For questions about your invoice call Customer Support Center: | **Total Amount Due** | 76,127.40 |
|---|---|---|---|
| Smith & Nephew, Inc. | T 1-800-876-1261 | | |
| PO Box 205651 | F 1-727-392-6914 | **Discount amount if paid within discount payment term** | 1,522.55 |
| Dallas, TX 75320-5651 | | | |

**S&N will never ask you to change bank account details at short notice. If you are requested to change account details, please call your S&N Collections or Customer Services contact to verify the request.**

Case 2-20-20230-PRW, Doc 1490-1, Filed 02/03/22, Entered 02/03/22 22:30:12, Description: Exhibit A, Page 5 of 14



**Smith & Nephew, Inc.**          Customer Service
5600 Clearfork Main Street        T 1-800-876-1261
Suite 600                         F 1-727-392-6914
Fort Worth, TX  76109
www.smith-nephew.com

| **INVOICE** | | |
|---|---|---|
| **Invoice Number**<br>921857466 | **Invoice Date**<br>03/04/2019 | **Page**<br>1 of 1 |

| **Order Number**<br>200897619 | **Customer Number**<br>186699 | **PO Number**<br>5882348 |
|---|---|---|

| **Order Date**<br>03/04/2019 | **Ship Via**<br>fedEx Ground | **Terms Of Delivery**<br>Smith&Nephew pays freight |
|---|---|---|

| **Delivery Number**<br>43615111 | **Currency**<br>USD |
|---|---|

**Payment Terms**
2% 30 Days

| **Total Amount Due** | 5,688.00 |
|---|---|

**Invoice Address**

ROCHESTER DRUG COOPERATIVE,INC
PO BOX 24389
ROCHESTER          NY     14624

**Delivery Address**

ROCHESTER DRUG COOPERATIVE,INC
50 JET VIEW DRIVE
ROCHESTER          NY     14624

| Line | Item Code | Product Description | Quantity | UOM | Package Price | Total |
|---|---|---|---|---|---|---|
| 000010 | 50484-010-30 | Santyl Ointment 30 G | 24 | EA | 237.00 | 5,688.00 |
| | | **Collagenase Santyl Ointment, 250 units/g, 30g tube, 12 tubes per case** | | | | |
| | | **\*AWB Product # PLEASE SCAN to TRACELINK\*** | | | | |
| | | Batch: 8H22600630 | | | | |

| | |
|---|---|
| **Items total** | 5,688.00 |
| **Total Taxes** | 0.00 |

Many of Smith & Nephew's products are not listed on a government purchasing agreement such as a Federal Supply Schedule or Distribution and Pricing Agreement. Unless Smith & Nephew otherwise agrees in writing, products not listed on a government purchasing agreement are offered for sale under Smith & Nephew's commercial terms at www.sntandc.com. Smith & Nephew does not make any representations or certifications that any product not listed on a Federal Supply Schedule or other government purchasing agreement is a "domestic end product" under the Buy American Act or a "designated country end product" or "U.S.-made end product" under the Trade Agreements Act. The prices reflected on this invoice incorporate applicable discounts to Smith & Nephew's list prices for the named products. Consistent with Smith & Nephew's understanding of requirements applicable to purchases of discounted products under 42 U.S.C. § 1320a-7b(b)(3)(A) and/or 42 C.F.R. § 1001.952(h), listing of these invoice prices constitutes Smith & Nephew's notice to you of the amount and value of all discounts given on these products. Prices may be subject to further discounts and rebates (if any) per your agreement with Smith & Nephew. The products listed on this invoice may be subject to Smith & Nephew's warranties, as further detailed in Smith & Nephew's Terms and Conditions (available at www.sntandc.com) or in your agreement with Smith & Nephew, as applicable. You must fully and accurately report any reduced price received as a discount, rebate, or warranty in applicable cost reports and agree to provide certain related information to state and federal agencies upon request as required by law or regulation. Any invoice prices less than Smith & Nephew's list prices are "discounts" within the meaning of any safe harbors or other applicable protections regarding discounted product pricing (including but not limited to the statute and regulation cited above), whether or not this invoice includes language indicating that a price is "discounted." As such, by remitting payment for this purchase, you agree to satisfy all disclosure requirements imposed on purchasers under applicable laws or regulations, including the requirement to accurately report, or make available upon request by an appropriate authority, the net costs actually paid by you for discounted products.

**For a complete list of Terms and Conditions, please refer to our website www.sntandc.com**

| **Send Payment To:** | For questions about your invoice call Customer Support Center: | **Total Amount Due** | 5,688.00 |
|---|---|---|---|
| Smith & Nephew, Inc. | T 1-800-876-1261 | | |
| PO Box 205651 | F 1-727-392-6914 | **Discount amount if paid within**<br>**discount payment term** | 113.76 |
| Dallas, TX 75320-5651 | | | |

**S&N will never ask you to change bank account details at short notice. If you are requested to change account details, please call your S&N Collections or Customer Services contact to verify the request.**

**Smith & Nephew, Inc.**
5600 Clearfork Main Street
Suite 600
Fort Worth, TX  76109
www.smith-nephew.com

Customer Service
T 1-800-876-1261
F 1-727-392-6914



## INVOICE

| Invoice Number | Invoice Date | Page |
|---|---|---|
| 923863239 | 01/15/2020 | 1 of 1 |

| Order Number | Customer Number | PO Number |
|---|---|---|
| 203753613 | 186699 | 6493401 |

| Order Date | Ship Via | Terms Of Delivery |
|---|---|---|
| 01/15/2020 | FX Std O'Nite 3:30 | Smith&Nephew pays freight |

| Delivery Number | Currency |
|---|---|
| 32412437 | USD |

**Payment Terms**
2% 30 Days

| Total Amount Due | 98.40 |
|---|---|

### Invoice Address

ROCHESTER DRUG COOPERATIVE,INC
PO BOX 24389
ROCHESTER          NY        14624

### Delivery Address

ROCHESTER DRUG COOPERATIVE,INC
116 LEHIGH DRIVE
FAIRFIELD          NJ        07004

| Line | Item Code | Product Description | Quantity | UOM | Package Price | Total |
|---|---|---|---|---|---|---|
| 000010 | 50484-044-09 | PROSHIELD PLUS SKIN PROT, 4 | 12 | EA | 8.20 | 98.40 |
| | | Batch: PGBB | | | | |

| | | |
|---|---|---|
| | **Items total** | 98.40 |
| | **Total Taxes** | 0.00 |

Many of Smith & Nephew's products are not listed on a government purchasing agreement such as a Federal Supply Schedule or Distribution and Pricing Agreement. Unless Smith & Nephew otherwise agrees in writing, products not listed on a government purchasing agreement are offered for sale under Smith & Nephew's commercial terms at www.sntandc.com. Smith & Nephew does not make any representations or certifications that any product not listed on a Federal Supply Schedule or other government purchasing agreement is a "domestic end product" under the Buy American Act or a "designated country end product" or "U.S.-made end product" under the Trade Agreements Act. The prices reflected on this invoice incorporate applicable discounts to Smith & Nephew's list prices for the named products. Consistent with Smith & Nephew's understanding of requirements applicable to purchases of discounted products under 42 U.S.C. § 1320a-7b(b)(3)(A) and/or 42 C.F.R. § 1001.952(h), listing of these invoice prices constitutes Smith & Nephew's notice to you of the amount and value of all discounts given on these products. Prices may be subject to further discounts and rebates (if any) per your agreement with Smith & Nephew. The products listed on this invoice may be subject to Smith & Nephew's warranties, as further detailed in Smith & Nephew's Terms and Conditions (available at www.sntandc.com) or in your agreement with Smith & Nephew, as applicable. You must fully and accurately report any reduced price received as a discount, rebate, or warranty in applicable cost reports and agree to provide certain related information to state and federal agencies upon request as required by law or regulation. Any invoice prices less than Smith & Nephew's list prices are "discounts" within the meaning of any safe harbors or other applicable protections regarding discounted product pricing (including but not limited to the statute and regulation cited above), whether or not this invoice includes language indicating that a price is "discounted." As such, by remitting payment for this purchase, you agree to satisfy all disclosure requirements imposed on purchasers under applicable laws or regulations, including the requirement to accurately report, or make available upon request by an appropriate authority, the net costs actually paid by you for discounted products.

**For a complete list of Terms and Conditions, please refer to our website www.sntandc.com**

| **Send Payment To:** | For questions about your invoice call Customer Support Center: | **Total Amount Due** | 98.40 |
|---|---|---|---|
| Smith & Nephew, Inc. | T 1-800-876-1261 | | |
| PO Box 205651 | F 1-727-392-6914 | **Discount amount if paid within discount payment term** | 1.97 |
| Dallas, TX 75320-5651 | | | |

**S&N will never ask you to change bank account details at short notice. If you are requested to change account details, please call your S&N Collections or Customer Services contact to verify the request.**



**Smith & Nephew, Inc.**
5600 Clearfork Main Street
Suite 600
Fort Worth, TX 76109
www.smith-nephew.com

Customer Service
T 1-800-876-1261
F 1-727-392-6914

| INVOICE | | |
|---|---|---|
| **Invoice Number** 923863240 | **Invoice Date** 01/15/2020 | **Page** 1 of 1 |
| **Order Number** 203753613 | **Customer Number** 186699 | **PO Number** 6493401 |
| **Order Date** 01/15/2020 | **Ship Via** FX Std O'Nite 3:30 | **Terms Of Delivery** Smith&Nephew pays freight |
| **Delivery Number** 32412438 | | **Currency** USD |
| **Payment Terms** 2% 30 Days | | |
| **Total Amount Due** | | 8,956.80 |

**Invoice Address**

ROCHESTER DRUG COOPERATIVE,INC
PO BOX 24389
ROCHESTER          NY          14624

**Delivery Address**

ROCHESTER DRUG COOPERATIVE,INC
116 LEHIGH DRIVE
FAIRFIELD          NJ          07004

| Line | Item Code | Product Description | Quantity | UOM | Package Price | Total |
|---|---|---|---|---|---|---|
| 000010 | 50484-010-30 | Santyl Ointment 30 G | 36 | EA | 248.80 | 8,956.80 |
| | | **Collagenase Santyl Ointment, 250 units/g, 30g tube, 12 tubes per case** | | | | |
| | | **\*AWB Product # PLEASE SCAN to TRACELINK\*** | | | | |
| | | Batch: 181654 | | | | |

|  |  |
|---|---|
| **Items total** | 8,956.80 |
| **Total Taxes** | 0.00 |

Many of Smith & Nephew's products are not listed on a government purchasing agreement such as a Federal Supply Schedule or Distribution and Pricing Agreement. Unless Smith & Nephew otherwise agrees in writing, products not listed on a government purchasing agreement are offered for sale under Smith & Nephew's commercial terms at www.sntandc.com. Smith & Nephew does not make any representations or certifications that any product not listed on a Federal Supply Schedule or other government purchasing agreement is a "domestic end product" under the Buy American Act or a "designated country end product" or "U.S.-made end product" under the Trade Agreements Act. The prices reflected on this invoice incorporate applicable discounts to Smith & Nephew's list prices for the named products. Consistent with Smith & Nephew's understanding of requirements applicable to purchases of discounted products under 42 U.S.C. § 1320a-7b(b)(3)(A) and/or 42 C.F.R. § 1001.952(h), listing of these invoice prices constitutes Smith & Nephew's notice to you of the amount and value of all discounts given on these products. Prices may be subject to further discounts and rebates (if any) per your agreement with Smith & Nephew. The products listed on this invoice may be subject to Smith & Nephew's warranties, as further detailed in Smith & Nephew's Terms and Conditions (available at www.sntandc.com) or in your agreement with Smith & Nephew, as applicable. You must fully and accurately report any reduced price received as a discount, rebate, or warranty in applicable cost reports and agree to provide certain related information to state and federal agencies upon request as required by law or regulation. Any invoice prices less than Smith & Nephew's list prices are "discounts" within the meaning of any safe harbors or other applicable protections regarding discounted product pricing (including but not limited to the statute and regulation cited above), whether or not this invoice includes language indicating that a price is "discounted." As such, by remitting payment for this purchase, you agree to satisfy all disclosure requirements imposed on purchasers under applicable laws or regulations, including the requirement to accurately report, or make available upon request by an appropriate authority, the net costs actually paid by you for discounted products.

**For a complete list of Terms and Conditions, please refer to our website www.sntandc.com**

| **Send Payment To:** | For questions about your invoice call Customer Support Center: | | |
|---|---|---|---|
| Smith & Nephew, Inc. | T 1-800-876-1261 | **Total Amount Due** | 8,956.80 |
| PO Box 205651 | F 1-727-392-6914 | | |
| Dallas, TX 75320-5651 | | **Discount amount if paid within discount payment term** | 179.14 |

**S&N will never ask you to change bank account details at short notice. If you are requested to change account details, please call your S&N Collections or Customer Services contact to verify the request.**



**Smith & Nephew, Inc.**
5600 Clearfork Main Street
Suite 600
Fort Worth, TX  76109
www.smith-nephew.com

Customer Service
T 1-800-876-1261
F 1-727-392-6914

## INVOICE

| Invoice Number | Invoice Date | Page |
|---|---|---|
| 923871606 | 01/17/2020 | 1 of 1 |

| Order Number | Customer Number | PO Number |
|---|---|---|
| 203780163 | 186699 | 6497262 |

| Order Date | Ship Via | Terms Of Delivery |
|---|---|---|
| 01/17/2020 | FedEx Priority 10:30 | Smith&Nephew pays freight |

| Delivery Number | Currency |
|---|---|
| 32449888 | USD |

**Payment Terms**
2% 30 Days

| Total Amount Due | 2,985.60 |
|---|---|

**Invoice Address**

ROCHESTER DRUG COOPERATIVE,INC
PO BOX 24389
ROCHESTER          NY     14624

**Delivery Address**

ROCHESTER DRUG COOPERATIVE,INC
50 JET VIEW DRIVE
ROCHESTER          NY     14624

| Line | Item Code | Product Description | Quantity | UOM | Package Price | Total |
|---|---|---|---|---|---|---|
| 000010 | 50484-010-30 | Santyl Ointment 30 G | 12 | EA | 248.80 | 2,985.60 |
| | | **Collagenase Santyl Ointment, 250 units/g, 30g tube, 12 tubes per case** | | | | |
| | | **\*AWB Product # PLEASE SCAN to TRACELINK\*** | | | | |
| | | Batch: 181654 | | | | |

| | Items total | 2,985.60 |
|---|---|---|
| | **Total Taxes** | 0.00 |

Many of Smith & Nephew's products are not listed on a government purchasing agreement such as a Federal Supply Schedule or Distribution and Pricing Agreement. Unless Smith & Nephew otherwise agrees in writing, products not listed on a government purchasing agreement are offered for sale under Smith & Nephew's commercial terms at www.sntandc.com. Smith & Nephew does not make any representations or certifications that any product not listed on a Federal Supply Schedule or other government purchasing agreement is a "domestic end product" under the Buy American Act or a "designated country end product" or "U.S.-made end product" under the Trade Agreements Act. The prices reflected on this invoice incorporate applicable discounts to Smith & Nephew's list prices for the named products. Consistent with Smith & Nephew's understanding of requirements applicable to purchases of discounted products under 42 U.S.C. § 1320a-7b(b)(3)(A) and/or 42 C.F.R. § 1001.952(h), listing of these invoice prices constitutes Smith & Nephew's notice to you of the amount and value of all discounts given on these products. Prices may be subject to further discounts and rebates (if any) per your agreement with Smith & Nephew. The products listed on this invoice may be subject to Smith & Nephew's warranties, as further detailed in Smith & Nephew's Terms and Conditions (available at www.sntandc.com) or in your agreement with Smith & Nephew, as applicable. You must fully and accurately report any reduced price received as a discount, rebate, or warranty in applicable cost reports and agree to provide certain related information to state and federal agencies upon request as required by law or regulation. Any invoice prices less than Smith & Nephew's list prices are "discounts" within the meaning of any safe harbors or other applicable protections regarding discounted product pricing (including but not limited to the statute and regulation cited above), whether or not this invoice includes language indicating that a price is "discounted." As such, by remitting payment for this purchase, you agree to satisfy all disclosure requirements imposed on purchasers under applicable laws or regulations, including the requirement to accurately report, or make available upon request by an appropriate authority, the net costs actually paid by you for discounted products.

**For a complete list of Terms and Conditions, please refer to our website www.sntandc.com**

| **Send Payment To:** | For questions about your invoice call Customer Support Center: | **Total Amount Due** | 2,985.60 |
|---|---|---|---|
| Smith & Nephew, Inc. | T 1-800-876-1261 | | |
| PO Box 205651 | F 1-727-392-6914 | **Discount amount if paid within** | 59.71 |
| Dallas, TX 75320-5651 | | **discount payment term** | |

**S&N will never ask you to change bank account details at short notice. If you are requested to change account details, please call your S&N Collections or Customer Services contact to verify the request.**

Case 2-20-20230-PRW,    Doc 1490-1,    Filed 02/03/22,    Entered 02/03/22 22:30:12,
Description: Exhibit A, Page 9 of 14

**Smith & Nephew, Inc.**
5600 Clearfork Main Street
Suite 600
Fort Worth, TX  76109
www.smith-nephew.com

Customer Service
T 1-800-876-1261
F 1-727-392-6914



| INVOICE | | |
|---|---|---|
| **Invoice Number**<br>923890276 | **Invoice Date**<br>01/24/2020 | **Page**<br>1 of 1 |
| **Order Number**<br>203838215 | **Customer Number**<br>186699 | **PO Number**<br>6504941 |
| **Order Date**<br>01/23/2020 | **Ship Via**<br>FedEx 2 Day | **Terms Of Delivery**<br>Smith&Nephew pays freight |
| **Delivery Number**<br>32531372 | | **Currency**<br>USD |
| **Payment Terms**<br>2% 30 Days | | |
| **Total Amount Due** | | 2,985.60 |

**Invoice Address**

ROCHESTER DRUG COOPERATIVE,INC
PO BOX 24389
ROCHESTER                    NY          14624

**Delivery Address**

ROCHESTER DRUG COOPERATIVE,INC
50 JET VIEW DRIVE
ROCHESTER                    NY          14624

| Line | Item Code | Product Description | Quantity | UOM | Package Price | Total |
|---|---|---|---|---|---|---|
| 000010 | 50484-010-30 | Santyl Ointment 30 G | 12 | EA | 248.80 | 2,985.60 |
| | | **Collagenase Santyl Ointment, 250 units/g, 30g tube, 12 tubes per case** | | | | |
| | | **\*AWB Product # PLEASE SCAN to TRACELINK\*** | | | | |
| | | Batch: 181654 | | | | |

|  | | |
|---|---|---|
| **Items total** | | 2,985.60 |
| **Total Taxes** | | 0.00 |

Many of Smith & Nephew's products are not listed on a government purchasing agreement such as a Federal Supply Schedule or Distribution and Pricing Agreement. Unless Smith & Nephew otherwise agrees in writing, products not listed on a government purchasing agreement are offered for sale under Smith & Nephew's commercial terms at www.sntandc.com. Smith & Nephew does not make any representations or certifications that any product not listed on a Federal Supply Schedule or other government purchasing agreement is a "domestic end product" under the Buy American Act or a "designated country end product" or "U.S.-made end product" under the Trade Agreements Act. The prices reflected on this invoice incorporate applicable discounts to Smith & Nephew's list prices for the named products. Consistent with Smith & Nephew's understanding of requirements applicable to purchases of discounted products under 42 U.S.C. § 1320a-7b(b)(3)(A) and/or 42 C.F.R. § 1001.952(h), listing of these invoice prices constitutes Smith & Nephew's notice to you of the amount and value of all discounts given on these products. Prices may be subject to further discounts and rebates (if any) per your agreement with Smith & Nephew. The products listed on this invoice may be subject to Smith & Nephew's warranties, as further detailed in Smith & Nephew's Terms and Conditions (available at www.sntandc.com) or in your agreement with Smith & Nephew, as applicable. You must fully and accurately report any reduced price received as a discount, rebate, or warranty in applicable cost reports and agree to provide certain related information to state and federal agencies upon request as required by law or regulation. Any invoice prices less than Smith & Nephew's list prices are "discounts" within the meaning of any safe harbors or other applicable protections regarding discounted product pricing (including but not limited to the statute and regulation cited above), whether or not this invoice includes language indicating that a price is "discounted." As such, by remitting payment for this purchase, you agree to satisfy all disclosure requirements imposed on purchasers under applicable laws or regulations, including the requirement to accurately report, or make available upon request by an appropriate authority, the net costs actually paid by you for discounted products.

**For a complete list of Terms and Conditions, please refer to our website www.sntandc.com**

| **Send Payment To:** | For questions about your invoice call Customer Support Center:<br>T 1-800-876-1261<br>F 1-727-392-6914 | **Total Amount Due** | 2,985.60 |
|---|---|---|---|
| Smith & Nephew, Inc.<br>PO Box 205651<br>Dallas, TX 75320-5651 | | **Discount amount if paid within discount payment term** | 59.71 |

S&N will never ask you to change bank account details at short notice. If you are requested to change account details, please call your S&N Collections or Customer Services contact to verify the request.



**Smith & Nephew, Inc.**
5600 Clearfork Main Street
Suite 600
Fort Worth, TX  76109
www.smith-nephew.com

Customer Service
T 1-800-876-1261
F 1-727-392-6914

|  | INVOICE | |
|---|---|---|
| **Invoice Number** | **Invoice Date** | **Page** |
| 923915454 | 01/31/2020 | 1 of 1 |

| **Order Number** | **Customer Number** | **PO Number** |
|---|---|---|
| 203905486 | 186699 | 6514925 |

| **Order Date** | **Ship Via** | **Terms Of Delivery** |
|---|---|---|
| 01/30/2020 | fedEx Ground | Smith&Nephew pays freight |

| **Delivery Number** | **Currency** |
|---|---|
| 32628920 | USD |

**Payment Terms**
2% 30 Days

| **Total Amount Due** | 17,468.40 |
|---|---|

**Invoice Address**

ROCHESTER DRUG COOPERATIVE,INC
PO BOX 24389
ROCHESTER               NY        14624

**Delivery Address**

ROCHESTER DRUG COOPERATIVE,INC
116 LEHIGH DRIVE
FAIRFIELD               NJ        07004

| Line | Item Code | Product Description | Quantity | UOM | Package Price | Total |
|---|---|---|---|---|---|---|
| 000010 | 50484-010-30 | Santyl Ointment 30 G | 36 | EA | 248.80 | 8,956.80 |
| | | **Collagenase Santyl Ointment, 250 units/g, 30g tube, 12 tubes per case** | | | | |
| | | **\*AWB Product # PLEASE SCAN to TRACELINK\*** | | | | |
| | | Batch: 182263 | | | | |
| 000020 | 50484-010-90 | Santyl Ointment 90 G | 12 | EA | 709.30 | 8,511.60 |
| | | **Collagenase Santyl Ointment, 250 units/g, 90g tube, 12 tubes per case** | | | | |
| | | **\*AWB Product # PLEASE SCAN to TRACELINK\*** | | | | |
| | | Batch: 190126 | | | | |

| | | |
|---|---|---|
| **Items total** | | 17,468.40 |
| **Total Taxes** | | 0.00 |

Many of Smith & Nephew's products are not listed on a government purchasing agreement such as a Federal Supply Schedule or Distribution and Pricing Agreement. Unless Smith & Nephew otherwise agrees in writing, products not listed on a government purchasing agreement are offered for sale under Smith & Nephew's commercial terms at www.sntandc.com. Smith & Nephew does not make any representations or certifications that any product not listed on a Federal Supply Schedule or other government purchasing agreement is a "domestic end product" under the Buy American Act or a "designated country end product" or "U.S.-made end product" under the Trade Agreements Act. The prices reflected on this invoice incorporate applicable discounts to Smith & Nephew's list prices for the named products. Consistent with Smith & Nephew's understanding of requirements applicable to purchases of discounted products under 42 U.S.C. § 1320a-7b(b)(3)(A) and/or 42 C.F.R. § 1001.952(h), listing of these invoice prices constitutes Smith & Nephew's notice to you of the amount and value of all discounts given on these products. Prices may be subject to further discounts and rebates (if any) per your agreement with Smith & Nephew. The products listed on this invoice may be subject to Smith & Nephew's warranties, as further detailed in Smith & Nephew's Terms and Conditions (available at www.sntandc.com) or in your agreement with Smith & Nephew, as applicable. You must fully and accurately report any reduced price received as a discount, rebate, or warranty in applicable cost reports and agree to provide certain related information to state and federal agencies upon request as required by law or regulation. Any invoice prices less than Smith & Nephew's list prices are "discounts" within the meaning of any safe harbors or other applicable protections regarding discounted product pricing (including but not limited to the statute and regulation cited above), whether or not this invoice includes language indicating that a price is "discounted." As such, by remitting payment for this purchase, you agree to satisfy all disclosure requirements imposed on purchasers under applicable laws or regulations, including the requirement to accurately report, or make available upon request by an appropriate authority, the net costs actually paid by you for discounted products.

**For a complete list of Terms and Conditions, please refer to our website www.sntandc.com**

| **Send Payment To:** | For questions about your invoice call Customer Support Center: | **Total Amount Due** | 17,468.40 |
|---|---|---|---|
| Smith & Nephew, Inc. | T 1-800-876-1261 | | |
| PO Box 205651 | F 1-727-392-6914 | **Discount amount if paid within** | 349.37 |
| Dallas, TX 75320-5651 | | **discount payment term** | |

**S&N will never ask you to change bank account details at short notice. If you are requested to change account details, please call your S&N Collections or Customer Services contact to verify the request.**

**Smith & Nephew, Inc.**
5600 Clearfork Main Street
Suite 600
Fort Worth, TX  76109
www.smith-nephew.com

Customer Service
T 1-800-876-1261
F 1-727-392-6914



| **INVOICE** | | |
|---|---|---|
| **Invoice Number** 923915455 | **Invoice Date** 01/31/2020 | **Page** 1 of 1 |

| **Order Number** 203905486 | **Customer Number** 186699 | **PO Number** 6514925 |
|---|---|---|

| **Order Date** 01/30/2020 | **Ship Via** fedEx Ground | **Terms Of Delivery** Smith&Nephew pays freight |
|---|---|---|

| **Delivery Number** 32629554 | **Currency** USD |
|---|---|

| **Payment Terms** 2% 30 Days | |
|---|---|

| **Total Amount Due** | 196.80 |
|---|---|

**Invoice Address**

ROCHESTER DRUG COOPERATIVE,INC
PO BOX 24389
ROCHESTER                   NY        14624

**Delivery Address**

ROCHESTER DRUG COOPERATIVE,INC
116 LEHIGH DRIVE
FAIRFIELD                   NJ        07004

| Line | Item Code | Product Description | Quantity | UOM | Package Price | Total |
|---|---|---|---|---|---|---|
| 000010 | 50484-044-09 | PROSHIELD PLUS SKIN PROT, 4 | 24 | EA | 8.20 | 196.80 |
| | | Batch: PGBB | | | | |
| | | | | | **Items total** | 196.80 |
| | | | | | **Total Taxes** | 0.00 |

Many of Smith & Nephew's products are not listed on a government purchasing agreement such as a Federal Supply Schedule or Distribution and Pricing Agreement. Unless Smith & Nephew otherwise agrees in writing, products not listed on a government purchasing agreement are offered for sale under Smith & Nephew's commercial terms at www.sntandc.com. Smith & Nephew does not make any representations or certifications that any product not listed on a Federal Supply Schedule or other government purchasing agreement is a "domestic end product" under the Buy American Act or a "designated country end product" or "U.S.-made end product" under the Trade Agreements Act. The prices reflected on this invoice incorporate applicable discounts to Smith & Nephew's list prices for the named products. Consistent with Smith & Nephew's understanding of requirements applicable to purchases of discounted products under 42 U.S.C. § 1320a-7b(b)(3)(A) and/or 42 C.F.R. § 1001.952(h), listing of these invoice prices constitutes Smith & Nephew's notice to you of the amount and value of all discounts given on these products. Prices may be subject to further discounts and rebates (if any) per your agreement with Smith & Nephew. The products listed on this invoice may be subject to Smith & Nephew's warranties, as further detailed in Smith & Nephew's Terms and Conditions (available at www.sntandc.com) or in your agreement with Smith & Nephew, as applicable. You must fully and accurately report any reduced price received as a discount, rebate, or warranty in applicable cost reports and agree to provide certain related information to state and federal agencies upon request as required by law or regulation. Any invoice prices less than Smith & Nephew's list prices are "discounts" within the meaning of any safe harbors or other applicable protections regarding discounted product pricing (including but not limited to the statute and regulation cited above), whether or not this invoice includes language indicating that a price is "discounted." As such, by remitting payment for this purchase, you agree to satisfy all disclosure requirements imposed on purchasers under applicable laws or regulations, including the requirement to accurately report, or make available upon request by an appropriate authority, the net costs actually paid by you for discounted products.

**For a complete list of Terms and Conditions, please refer to our website www.sntandc.com**

| **Send Payment To:** | For questions about your invoice call Customer Support Center: | **Total Amount Due** | 196.80 |
|---|---|---|---|
| Smith & Nephew, Inc. | T 1-800-876-1261 | | |
| PO Box 205651 | F 1-727-392-6914 | **Discount amount if paid within discount payment term** | 3.94 |
| Dallas, TX 75320-5651 | | | |

**S&N will never ask you to change bank account details at short notice. If you are requested to change account details, please call your S&N Collections or Customer Services contact to verify the request.**

**Smith & Nephew, Inc.**
5600 Clearfork Main Street
Suite 600
Fort Worth, TX  76109
www.smith-nephew.com

Customer Service
T 1-800-876-1261
F 1-727-392-6914



## INVOICE

| Invoice Number | Invoice Date | Page |
|---|---|---|
| 923936118 | 02/06/2020 | 1 of 1 |

| Order Number | Customer Number | PO Number |
|---|---|---|
| 203973568 | 186699 | 6525251 |

| Order Date | Ship Via | Terms Of Delivery |
|---|---|---|
| 02/06/2020 | FedEx Priority 10:30 | Smith&Nephew pays freight |

| Delivery Number | Currency |
|---|---|
| 32727292 | USD |

| Payment Terms | |
|---|---|
| 2% 30 Days | |

| Total Amount Due | 2,985.60 |
|---|---|

### Invoice Address

ROCHESTER DRUG COOPERATIVE,INC
PO BOX 24389
ROCHESTER            NY       14624

### Delivery Address

ROCHESTER DRUG COOPERATIVE,INC
50 JET VIEW DRIVE
ROCHESTER            NY       14624

| Line | Item Code | Product Description | Quantity | UOM | Package Price | Total |
|---|---|---|---|---|---|---|
| 000010 | 50484-010-30 | Santyl Ointment 30 G | 12 | EA | 248.80 | 2,985.60 |
| | | **Collagenase Santyl Ointment, 250 units/g, 30g tube, 12 tubes per case** | | | | |
| | | **\*AWB Product # PLEASE SCAN to TRACELINK\*** | | | | |
| | | Batch: 182263 | | | | |

| | | |
|---|---|---|
| | Items total | 2,985.60 |
| | **Total Taxes** | 0.00 |

Many of Smith & Nephew's products are not listed on a government purchasing agreement such as a Federal Supply Schedule or Distribution and Pricing Agreement. Unless Smith & Nephew otherwise agrees in writing, products not listed on a government purchasing agreement are offered for sale under Smith & Nephew's commercial terms at www.sntandc.com. Smith & Nephew does not make any representations or certifications that any product not listed on a Federal Supply Schedule or other government purchasing agreement is a "domestic end product" under the Buy American Act or a "designated country end product" or "U.S.-made end product" under the Trade Agreements Act. The prices reflected on this invoice incorporate applicable discounts to Smith & Nephew's list prices for the named products. Consistent with Smith & Nephew's understanding of requirements applicable to purchases of discounted products under 42 U.S.C. § 1320a-7b(b)(3)(A) and/or 42 C.F.R. § 1001.952(h), listing of these invoice prices constitutes Smith & Nephew's notice to you of the amount and value of all discounts given on these products. Prices may be subject to further discounts and rebates (if any) per your agreement with Smith & Nephew. The products listed on this invoice may be subject to Smith & Nephew's warranties, as further detailed in Smith & Nephew's Terms and Conditions (available at www.sntandc.com) or in your agreement with Smith & Nephew, as applicable. You must fully and accurately report any reduced price received as a discount, rebate, or warranty in applicable cost reports and agree to provide certain related information to state and federal agencies upon request as required by law or regulation. Any invoice prices less than Smith & Nephew's list prices are "discounts" within the meaning of any safe harbors or other applicable protections regarding discounted product pricing (including but not limited to the statute and regulation cited above), whether or not this invoice includes language indicating that a price is "discounted." As such, by remitting payment for this purchase, you agree to satisfy all disclosure requirements imposed on purchasers under applicable laws or regulations, including the requirement to accurately report, or make available upon request by an appropriate authority, the net costs actually paid by you for discounted products.

**For a complete list of Terms and Conditions, please refer to our website www.sntandc.com**

| **Send Payment To:** | For questions about your invoice call Customer Support Center: | **Total Amount Due** | 2,985.60 |
|---|---|---|---|
| Smith & Nephew, Inc. | T 1-800-876-1261 | | |
| PO Box 205651 | F 1-727-392-6914 | **Discount amount if paid within discount payment term** | 59.71 |
| Dallas, TX 75320-5651 | | | |

**S&N will never ask you to change bank account details at short notice. If you are requested to change account details, please call your S&N Collections or Customer Services contact to verify the request.**



Smith & Nephew, Inc.
5600 Clearfork Main Street Suite 600
Fort Worth, Texas 76109

**Sales Invoice**        **MIN**/**10010516**                                    Copy    1


                                                Ship to     :
                                                **ROCHESTER DRUG COOPERATIVE, IN**
      **ROCHESTER DRUG COOPERATIVE,INC**        **116 LEHIGH DRIVE**
      **D.B.A RDC**                             **FAIRFIELD, NJ 07004**
      **PO BOX 24389**
      **ROCHESTER, NY 14624**


**Manual Sales**      : 300 36612              **Customer Order/Ref:** SLS-10354870                      **Date:** 04-18-2017
**Business Partner:**C90000686     **Invoice:** MIN/10010516     **Customer Order:**
**Carrier/LSP:**                    **Terms of Delivery:**                         **Terms of Payment:** 30 2% Net 31

| Line Item | Delivery | Quantity | Unit | Price | Discount | Amount In | USD |
|-----------|----------|----------|------|-------|----------|-----------|-----|
| Description | Date | | | | | | |
| 0 0010 Order 230024459 | | 24.0000 | EA | 920.5700 | | 22,093.68 | |
| 5048481015 REGRANEX GEL 15 g | | | | | | | |
| | | | | Subtotal | : | 22,093.68 | |

|  Goods | | | | | | **Total** | |
| 22093.68 | | | | | | **22,093.68** | |


**Please state with your payment      : MIN/10010516**

For questions, contact   : Christine Pellett
                          Telephone  978-749-1639    ,                    Fax      901-566-7099
                          E-mail     christine.pellett@smith-nephew.com

PLEASE REMIT PAYMENTS TO:                           FOR ACCOUNT INQUIRIES:
Smith & Nephew Inc.                                 Phone: (978) 749-1639
PO Box 205651                                       Fax: (901) 566-7099
Dallas, TX 75320-5651