# EXHIBIT B

Case 2-20-20230-PRW, Doc 1490-2, Filed 02/03/22, Entered 02/03/22 22:30:12, Description: Exhibit B, Page 1 of 2

**Exhibit B**
Smith & Nephew, Inc.

| Check Date | Payment Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| 12/6/2019 | 12/16/2019 | $ 39,106.79 | 923654964 | 11/7/2019 | 13,156.50 |
|  |  |  | 923654965 | 11/7/2019 | 13,156.50 |
|  |  |  | 923654966 | 11/7/2019 | 13,156.50 |
| 12/11/2019 | 12/23/2019 | 11,094.03 | 923661811 | 11/11/2019 | 11,148.48 |
| 12/13/2019 | 12/24/2019 | 5,574.24 | 923681626 | 11/15/2019 | 5,574.24 |
| 12/19/2019 | 1/3/2020 | 7,582.47 | 923690338 | 11/19/2019 | 96.43 |
|  |  |  | 923690339 | 11/19/2019 | 7,945.05 |
| 12/20/2019 | 1/6/2020 | 5,863.53 | 923698971 | 11/21/2019 | 289.29 |
|  |  |  | 923698972 | 11/21/2019 | 5,574.24 |
| 12/31/2019 | 1/13/2020 | 23,053.96 | 923733198 | 12/2/2019 | 96.43 |
|  |  |  | 923733199 | 12/2/2019 | 13,156.50 |
|  |  |  | 923733200 | 12/2/2019 | 10,732.17 |
| 1/2/2020 | 1/13/2020 | 7,259.62 | 923740689 | 12/4/2019 | 7,945.05 |
| 1/8/2020 | 1/22/2020 | 14,128.46 | 923752437 | 12/9/2019 | 192.86 |
|  |  |  | 923752438 | 12/9/2019 | 13,935.60 |
| 1/16/2020 | 1/28/2020 | 8,024.80 | 923786233 | 12/18/2019 | 8,341.36 |
|  |  |  | 923786231 | 12/18/2019 | 192.86 |
| 1/17/2020 | 1/29/2020 | 5,574.23 | 923791639 | 12/19/2019 | 5,851.77 |
|  |  | $ 127,262.13 |  |  |  |