UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

    Rochester Drug Cooperative, Inc.,            Case No.: 20-20230
                                                       Chapter 11
                        Debtor.

---

### *SUA SPONTE* ORDER VACATING ORDER
### GRANTING *PRO HAC VICE* ADMISSION
### FOR BRADFORD J. SANDLER

      Bradford J. Sandler, Esq. filed an *ex parte* application requesting *pro hac vice* admission in the above-captioned Chapter 11 case. (ECF No. 1491). The application was granted by the Court on February 7, 2022. (ECF No. 1564). Upon closer inspection, it appears that counsel was actually seeking *pro hac vice* admission to represent the Advisory Trust Group, LLC in connection with over 70 adversary proceedings brought against various defendants to recover allegedly preferential transfers. (*See* AP Nos. 22-2001 through 22-2072). As such, Mr. Sandler is not seeking to be admitted for the purpose of conducting a particular case, but instead to participate in dozens of cases before this Court. An attorney practicing at this level must seek to be admitted to the District Court for the Western District of New York and not through a *pro hac vice* admission. It is therefore

      **ORDERED**, that the Order Granting Admission to Practice *Pro Hac Vice* (ECF No. 1564) is **VACATED** under Rule 59 FRCP, made applicable to bankruptcy by Rule 9023 FRBP; and it is further

      **ORDERED**, that Bradford J. Sandler, Esq. must seek and obtain admission to practice in the Bankruptcy Court for the Western District of New York. To practice in U.S. Bankruptcy Court, Mr. Sandler must first be admitted in the U.S. District Court for the Western District of New York. Instructions for admittance may be found on the Bankruptcy Court's webpage at https://www.nywb.uscourts.gov/admission-practice.

      **IT IS SO ORDERED**.

Dated: February 8, 2022                                    _____/s/_____
       Rochester, New York                                 HON. PAUL R. WARREN
                                                                 United States Bankruptcy Judge