**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| ROCHESTER DRUG CO-OPERATIVE, INC., ) | Case No. 20-20230 (PRW) |
| ) | |
| Debtor. ) | **Relates to Docket No. 1585** |
| ) | |
| ) | |

**NOTICE OF HEARING REGARDING MOTION PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT AND RELEASES BETWEEN THE RDC LIQUIDATING TRUST AND HISCOX INSURANCE COMPANY, INC.**

**PLEASE TAKE NOTICE** that Advisory Trust Group, LLC, the Liquidating Trustee ("**Trustee**") under the Debtor's Second Amended Chapter 11 Plan of Liquidation and the RDC Liquidating Trust Agreement, filed the *Motion Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving a Settlement Agreement and Releases Between the RDC Liquidating Trust and Hiscox Insurance Company, Inc.* (the "**Motion**") [Docket No. 1585].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion shall be held on **May 5, 2022 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Paul R. Warren, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Western District of New York, United States Courthouse, 100 State Street, Rochester, New York 14614.

**PLEASE TAKE FURTHER NOTICE** that all affidavits and memoranda in opposition to the relief requested, if any, shall be in writing and shall be filed with the Clerk's Office, United States Bankruptcy Court for the Western District of New York, Rochester Division, and served upon the undersigned counsel so as to be received **no later than ten (10) days prior to**

**the hearing** on the Motion. Any reply brief in support of the relief requested shall be filed and served so as to be received no later than three (3) days prior to the hearing on the Motion.

Date: April 5, 2022                               PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz
Gail S. Greenwood
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email:   ischarf@pszjlaw.com
             ggreenwood@pszjlaw.com

*Counsel to Advisory Trust Group, LLC, in its capacity as Trustee of the RDC Liquidating Trust*