**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ROCHESTER DRUG CO-OPERATIVE, INC., | ) | Case No. 20-20230 (PRW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA  )
                                           )
COUNTY OF LOS ANGELES  )

      I, Nancy H. Brown, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California  90067.

      On April 5, 2022, pursuant to the Court's Amended Administrative Procedures, I caused to be served:

      1.    Motion Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving a Settlement Agreement and Releases Between the RDC Liquidating Trust and Hiscox Insurance Company, Inc. with attached Exhibit A (Insurance Policy); Exhibit B (Settlement Agreement); and Exhibit C ([Proposed] Order Approving Settlement Agreement and Releases Between the RDC Liquidating Trust and Hiscox Insurance Company, Inc.).

      2.    Declaration of Robert Michaelson in Support of Motion Pursuant to Bankruptcy Rule 9019(a) for Entry of an Order Approving Settlement Agreement and Releases Between the RDC Liquidating Trust and Hiscox Insurance Company, Inc.

      3.    Notice of Hearing Regarding Motion Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving A Settlement Agreement and Releases Between the RDC Liquidating Trust and Hiscox Insurance Company, Inc.

via the Court's ECF system by electronic transmission and via email to the email addresses designated by the parties, as follows:

| Kathleen D. Schmitt, Esq. | Camille W. Hill, Esq., |
|---|---|
| *Assistant United States Trustee* | Bond, Schoeneck & King, PLLC |
| Email: ustpregion02.ro.ecf@usdoj.gov | *Counsel for Debtor* |
| | Email: chill@bsk.com |

| | |
|---|---|
| Laurence F. Doud III<br>c/o Gottlieb & Janey LLP<br>Attn Derrelle Janey, Esq<br>111 Broadway, Ste 701<br>New York, NY 10006<br>djaney@robertcgottlieblaw.com | Hiscox Insurance Company<br>c/o Wilson Elser<br>Attn: Richard Boone Jr.<br>150 East 42nd Street<br>New York, NY 10017<br>Richard.Boone@wilsonelser.com |

*/s/ Nancy H. Brown*
Nancy H. Brown