# Notice Recipients

District/Off: 0209–2         User: admin         Date Created: 4/6/2022
Case: 2–20–20230–PRW         Form ID: cmotele3   Total: 10

**Recipients of Notice of Electronic Filing:**
aty     Camille W. Hill         chill@bsk.com
aty     Ilan D Scharf           ischarf@pszjlaw.com
aty     Stephen A. Donato       sdonato@bsk.com

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Rochester Drug Cooperative, Inc.    P.O. Box 24389    Rochester, NY 14624–0389
pr      John T. Kinney      9226 NW 9th Court    Plantation, FL 33324
ntcapr  LAURENCE F DOUD, III    2913 PALMA LANE    NEW SMYRNA BEACH, FL 32168
aty     Pachulski Stang Ziehl & Jones LLP    780 Third Avenue, 34th Floor    New York, NY 10017
smg     Office of the U.S. Trustee    100 State Street, Room 6090    Rochester, NY 14614
        Hiscox Insurance Company    c/o Wilson Elser    Attn: Richard Boone Jr.    150 East 42nd Street    New York, NY 10017
        Laurence F. Doud III    c/o Gottlieb & Janey LLP    Attn Derrelle Janey, Esq    111 Broadway, Ste 701    New York, NY 10006

    TOTAL: 7