United States Bankruptcy Court
Western District of New York

In re:  Case No. 20-20230-PRW
Rochester Drug Cooperative, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2  User: admin  Page 1 of 8
Date Rcvd: May 03, 2022  Form ID: pdforder  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rochester Drug Cooperative, Inc., P.O. Box 24389, Rochester, NY 14624-0389 |
| aty | + Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| pr | + John T. Kinney, 9226 NW 9th Court, Plantation, FL 33324-1150 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.ro.ecf@usdoj.gov | May 03 2022 18:16:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1321 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Cahn | on behalf of Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Notice of Appearance Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |

Aaron R. Cahn
　　on behalf of Notice of Appearance Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com

Adriana Riviere-Badell
　　on behalf of Interested Party Cigna Healthcare Inc. adriana.riviere-badell@kobrekim.com

Aisha Rich
　　on behalf of Creditor Independent Public School Districts arich@findjustice.com pleadings@findjustice.com

Alex Talesnick
　　on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company talesnick@lsellp.com

Alex Talesnick
　　on behalf of Creditor Manufacturers and Traders Trust Company talesnick@lsellp.com

Alexa Perlman
　　on behalf of Interested Party Cigna Healthcare Inc. alexa.perlman@kobrekim.com

Alexander Nicas
　　on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY alexander.nicas@kirkland.com

Alexander Nicas
　　on behalf of Defendant AMNEAL PHARMACEUTICALS LLC alexander.nicas@kirkland.com

Alice Jean Cunningham
　　on behalf of Notice of Appearance Creditor Stephen Giroux ajcunningham@knoergroup.com

Autumn Clarke
　　on behalf of Creditor Independent Public School Districts aclarke@findjustice.com

Bernard Mitchell Alter
　　on behalf of Notice of Appearance Creditor WELCARE DRUG STORE INC mitchalter48@hotmail.com mitchalter@gmail.com

Bernard Mitchell Alter
　　on behalf of Notice of Appearance Creditor BAY CARE PHARMACY LLC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
　　on behalf of Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY, mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
　　on behalf of Notice of Appearance Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
　　on behalf of Creditor ECHO DRUGS INC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
　　on behalf of Notice of Appearance Creditor STARRETT CITY PHARMACY LLC mitchalter48@hotmail.com mitchalter@gmail.com

Bernard Mitchell Alter
　　on behalf of Notice of Appearance Creditor DRUG GUILD DISTRIBUTORS mitchalter48@hotmail.com mitchalter@gmail.com

Bradford J. Sandler
　　on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust bsandler@pszjlaw.com

Camille W. Hill
　　on behalf of Debtor Rochester Drug Cooperative Inc. chill@bsk.com, ayerst@bsk.com;kdoner@bsk.com

Carl H. Petkoff
　　on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION cpetkoff@nexsenpruet.com

Catherine Curtis
　　on behalf of Defendant GALDERMA LABORATORIES L.P. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Chantelle McClamb
　　on behalf of Notice of Appearance Creditor Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com

Chantelle McClamb
　　on behalf of Interested Party Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com

Christopher B. Wick
　　on behalf of Creditor Global Signal Acquisition II LLC cwick@hahnlaw.com cmbeitel@hahnlaw.com

Christopher John Major
　　on behalf of Defendant GUIDEPOST SOLUTIONS LLC cjm@msf-law.com

Constantine Dean Pourakis
　　on behalf of Notice of Appearance Creditor Eric Hestrup cp@stevenslee.com

Constantine Dean Pourakis
  on behalf of Creditor Eric Hestrup cp@stevenslee.com

Cyrus Mehri
  on behalf of Creditor Independent Public School Districts cmehri@findjustice.com

Daniel Hofmeister
  on behalf of Interested Party Empire Healthchoice HMO Inc. dhofmeister@reedsmith.com

Daniel Joseph Saval
  on behalf of Interested Party Cigna Healthcare Inc. daniel.saval@kobrekim.com

David Graff
  on behalf of Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com

David Graff
  on behalf of Notice of Appearance Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com

David L. Rasmussen
  on behalf of Creditor MEAD SQUARE PHARMACY INC., THE CASE GROUP LLC d/b/a ALBERTY DRUGS, CHRISTOPHER CASEY, KEVIN CASEY AND LUCIA CASEY drasmussen@davidsonfink.com, mlyle@davidsonfink.com;caugino@davidsonfink.com;ldeanda@davidsonfink.com;sbrady@davidsonfink.com;mchapman@davidsonfink.com;spwilliams@davidsonfink.com

David M Pyun
  on behalf of Notice of Appearance Creditor CCS Pharmacy Inc. david@davidpyunlaw.com

David M Pyun
  on behalf of Notice of Appearance Creditor Cynthia Osei david@davidpyunlaw.com

David M Pyun
  on behalf of Notice of Appearance Creditor GIG Pharmacy Inc. david@davidpyunlaw.com

David M Pyun
  on behalf of Notice of Appearance Creditor Best Stop Pharmacy Inc. david@davidpyunlaw.com

Derrelle M. Janey
  on behalf of Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Derrelle M. Janey
  on behalf of Notice of Appearance Creditor LAURENCE F DOUD III djaney@gottliebjaney.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Devin L. Palmer
  on behalf of Creditor Deborah and David Fuller dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Duriya Dhinojwala
  on behalf of Respondent Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
  on behalf of Defendant Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
  on behalf of Defendant Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
  on behalf of Respondent Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
  on behalf of Defendant Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
  on behalf of Defendant Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
  on behalf of Respondent Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
  on behalf of Respondent Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Evelyn J. Meltzer
  on behalf of Interested Party Collegium Pharmaceutical Inc. evelyn.meltzer@troutman.com

Evelyn J. Meltzer
  on behalf of Interested Party Biodelivery Sciences International Inc. evelyn.meltzer@troutman.com

George P. Apostolides
  on behalf of Defendant BAUSCH HEALTH US LLC george.apostolides@saul.com

George P. Apostolides
  on behalf of Defendant ALCON LABORATORIES INC. george.apostolides@saul.com

Gordon J. Toering
    on behalf of Creditor Perrigo Company gtoering@wnj.com

Gordon J. Toering
    on behalf of Notice of Appearance Creditor Perrigo Company gtoering@wnj.com

Helen Tuttle
    on behalf of Notice of Appearance Creditor Roche Diagnostics Corporation helen.tuttle@faegredrinker.com

Helen Tuttle
    on behalf of Defendant Roche Diagnostics Corporation helen.tuttle@faegredrinker.com

Helen Tuttle
    on behalf of Notice of Appearance Creditor Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com

Helen Tuttle
    on behalf of Defendant Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com

Howard S Steel
    on behalf of Notice of Appearance Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com

Howard S Steel
    on behalf of Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com

Ilan D Scharf
    on behalf of Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Plaintiff Advisory Trust Group LLC ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

James C. Thoman
    on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jthoman@hodgsonruss.com cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com

James D. Macri
    on behalf of Notice of Appearance Creditor Utica National Insurance Co. of Texas jmacri@goldbergsegalla.com akapuscinski@goldbergsegalla.com;sweisheit@goldbergsegalla.com

James I. Stang
    on behalf of Creditor Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jason S Pomerantz
    on behalf of Creditor Official Committee of Unsecured Creditors jspomerantz@pszjlaw.com

Jason S Pomerantz
    on behalf of Plaintiff Advisory Trust Group LLC jspomerantz@pszjlaw.com

Jeffrey A. Carlino
    on behalf of Notice of Appearance Creditor Stephen Giroux jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck & Co. Inc. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck Sharp & Dohme Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party MSP Singapore Co. LLC jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering-Plough Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Charles Krause
    on behalf of Defendant KIMBERLY-CLARK CORPORATION jkrause@gibsondunn.com

Jeremy C. Kleinman
    on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

John Hall
    on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jhall@lewisrice.com john-hall-4718@ecf.pacerpro.com

John Evans Jureller, Jr
    on behalf of Defendant OMNICELL INC. jjureller@klestadt.com

John J Martin
    on behalf of Creditor Seno Inc. d/b/a Falcon Express & Courier; Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Seno Inc. d/b/a Falcon Express & Courier jmartin@martin-law.net

John Patrick Elliott
    on behalf of Notice of Appearance Creditor Aetna Health Inc. jpe@elliottgreenleaf.com

John R. Weider
    on behalf of Creditor James L. Robfogel jweider@barclaydamon.com nbishouty@barclaydamon.com

Joseph D. Frank
    on behalf of Notice of Appearance Creditor Walgreen Co. Walgreen Eastern Co., Inc. Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
    on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joshua Karsh
    on behalf of Creditor Independent Public School Districts jkarsh@findjustice.com

Joshua Sussberg
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC joshua.sussberg@kirkland.com

Joshua Sussberg
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY joshua.sussberg@kirkland.com

Julio E Mendoza, Jr
    on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION rmendoza@nexsenpruet.com

Kathleen Dunivin Schmitt
    USTPRegion02.RO.ECF@USDOJ.GOV

Kathryn L. Smith
    on behalf of Notice of Appearance Creditor United States of America kathryn.l.smith@usdoj.gov jacqueline.markidis@usdoj.gov,USANYW.bankruptcyfilings@usdoj.gov

Kenneth A. Reynolds
    on behalf of Notice of Appearance Creditor Sarit Roy kreynolds@mklawnyc.com tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kenneth A. Reynolds
    on behalf of Notice of Appearance Creditor Smithtown Prescription Center Inc. kreynolds@mklawnyc.com, tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kevin English
    on behalf of Notice of Appearance Creditor Aetna Health Inc. kenglish@phillipslytle.com

Kirstin B. Ives
    on behalf of Respondent Humana Health Company of New York Inc. kbi@falkenbergives.com, ag@falkenbergives.com

Kizzy Jarashow
    on behalf of Notice of Appearance Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Kizzy Jarashow
    on behalf of Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Lawrence Benjamin
    on behalf of Interested Party Empire Healthchoice HMO Inc. lbenjamin@reedsmith.com

Lee E. Woodard
    on behalf of Creditor ECHO DRUGS INC bkemail@harrisbeach.com, efilings@harrisbeach.com;broy@harrisbeach.com;bmahoney@HarrisBeach.com;KMeans@HarrisBeach.com

Leslie Barr
    on behalf of Notice of Appearance Creditor Alan Nisselson Chapter 7 Trustee for the Estate of Rx Plus, LLC lbarr@windelsmarx.com

Louis J. Testa
    on behalf of Notice of Appearance Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson
    on behalf of Creditor Anne Alexander et al lowellwfinson@gmail.com

Lucian B. Murley
　　on behalf of Defendant BAUSCH HEALTH US LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian B. Murley
　　on behalf of Defendant ALCON LABORATORIES INC. luke.murley@saul.com, robyn.warren@saul.com

Mark McKane
　　on behalf of Defendant AMNEAL PHARMACEUTICALS LLC mark.mckane@kirkland.com

Mark McKane
　　on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY mark.mckane@kirkland.com

Mark Minuti
　　on behalf of Defendant SUPERNUS PHARMACEUTICALS INC mark.minuti@saul.com, robyn.warren@saul.com

Mark B. Conlan
　　on behalf of Defendant Emergent Devices Inc. f/k/a Adapt Pharma, Inc. mconlan@gibbonslaw.com

Mark B. Conlan
　　on behalf of Notice of Appearance Creditor Sunovion Pharmaceuticals Inc. mconlan@gibbonslaw.com

Mark B. Conlan
　　on behalf of Notice of Appearance Creditor Novo Nordisk Inc. mconlan@gibbonslaw.com

Mark J. Schwemler
　　on behalf of Notice of Appearance Creditor Aetna Health Inc. mjs@elliottgreenleaf.com

Marvin E. Clements, Jr
　　on behalf of Notice of Appearance Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Mary Schmergel
　　on behalf of Notice of Appearance Creditor United States of America mary.schmergel@usdoj.gov

Meghan M Breen
　　on behalf of Notice of Appearance Creditor OptiSource LLC mbreen@lemerygreisler.com, phartl@lemerygreisler.com;ksousis@lemerygreisler.com

Melissa A Martinez
　　on behalf of Defendant BAUSCH HEALTH US LLC melissa.martinez@saul.com

Melissa A Martinez
　　on behalf of Defendant ALCON LABORATORIES INC. melissa.martinez@saul.com

Michael Esser
　　on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY michael.esser@kirkland.com

Michael Esser
　　on behalf of Defendant AMNEAL PHARMACEUTICALS LLC michael.esser@kirkland.com

Michael Luskin
　　on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company luskin@lsellp.com

Michael Luskin
　　on behalf of Creditor Manufacturers and Traders Trust Company luskin@lsellp.com

Michael A. Kornstein
　　on behalf of Attorney Cyrus Mehri mkornstein@coopererving.com

Michael G. Farag
　　on behalf of Defendant KIMBERLY-CLARK CORPORATION mfarag@gibsondunn.com

Nathan Delman
　　on behalf of Defendant BUFFALO HOSPITAL SUPPLY LLC ndelman@hmblaw.com

Nicholas Gatto
　　on behalf of Debtor Rochester Drug Cooperative Inc. ngatto@hselaw.com

Nicholas Gatto
　　on behalf of Special Counsel Harter Secrest & Emery LLP ngatto@hselaw.com

Nicholas F Kajon
　　on behalf of Creditor Eric Hestrup nfk@stevenslee.com

Regina Cohen
　　on behalf of Defendant EMERSON HEALTHCARE LLC rcohen@lavin-law.com

Robert K. Weiler
　　on behalf of Notice of Appearance Creditor Colliers International NJ LLC rweiler@bhlawpllc.com lellis@bhlawpllc.com;mklein@bhlawpllc.com

Robert Kevin Malone
　　on behalf of Notice of Appearance Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert Kevin Malone
    on behalf of Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert L Pryor
    on behalf of Interested Party TXX Services Inc. rlp@pryormandelup.com

Robert L Pryor
    on behalf of Defendant TXX Services Inc. rlp@pryormandelup.com

Rodger M. Landau
    on behalf of Notice of Appearance Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Rodger M. Landau
    on behalf of Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Ronald E Gold
    on behalf of Notice of Appearance Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com, bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Ronald E Gold
    on behalf of Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com, bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Rosa J. Evergreen
    on behalf of Interested Party Schering Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Schering-Plough Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Merck & Co. Inc. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party MSP Singapore Co. LLC rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Merck Sharp & Dohme Corp. rosa.evergreen@arnoldporter.com

Sean P Williams
    on behalf of Defendant Christopher Casey spwilliams@davidsonfink.com ldeanda@davidsonfink.com;caugino@davidsonfink.com;sbrady@davidsonfink.com;mchapman@davidsonfink.com

Sean Patrick Williams
    on behalf of Interested Party VK Acquisitions V LLC swilliams@lplegal.com

Seth Adam Meyer
    on behalf of Creditor Eric Hestrup sam@kellerlenkner.com docket@kellerlenkner.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shannon L Deeby
    on behalf of Creditor Mylan Specialty LP sdeeby@clarkhill.com

Shannon L Deeby
    on behalf of Creditor Mylan Pharmaceuticals Inc. sdeeby@clarkhill.com

Sheryl P. Giugliano
    on behalf of Notice of Appearance Creditor GALDERMA LABORATORIES L.P. sgiugliano@rmfpc.com, samiel@rmfpc.com

Stephen A. Donato
    on behalf of Debtor Rochester Drug Cooperative Inc. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com

Stephen Z. Starr
    on behalf of Interested Party Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Interested Party Donald Arthur sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Notice of Appearance Creditor Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Interested Party Richard L. Klenk sstarr@starrandstarr.com jgomez@starrandstarr.com

Steven A Skalet
    on behalf of Creditor Independent Public School Districts sskalet@findjustice.com

Thomas Fawkes
    on behalf of Defendant SUN PHARMACEUTICAL INDUSTRIES INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;brittany.falkner@tuckerellis.com

| | |
|---|---|
| Thomas Fawkes | on behalf of Defendant EISAI INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;brittany.falkner@tuckerellis.com |
| Thomas H. McCann | on behalf of Interested Party David Stachnik tmccann@thomasmccannlaw.com |
| Timothy Patrick Lyster | on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Tobey M. Daluz | on behalf of Interested Party Upsher-Smith Laboratories LLC daluzt@ballardspahr.com |
| Todd Feinsmith | on behalf of Defendant COLLEGIUM PHARMACEUTICAL INC. todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Defendant BIODELIVERY SCIENCES INTERNATIONAL INC todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Interested Party Collegium Pharmaceutical Inc. todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Interested Party Biodelivery Sciences International Inc. todd.feinsmith@troutman.com |
| Wanda Borges | on behalf of Notice of Appearance Creditor Lifescan Global Corporation ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Defendant Lifescan Global Corporation d/b/a Lifescan ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Defendant Lifescan Inc. ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Notice of Appearance Creditor Glenmark Pharmaceuticals Inc. USA ecfcases@borgeslawllc.com |
| William C. Price | on behalf of Creditor Mylan Specialty LP wprice@clarkhill.com, shornak@clarkhill.com |
| William C. Price | on behalf of Creditor Mylan Pharmaceuticals Inc. wprice@clarkhill.com, shornak@clarkhill.com |
| William E. Brueckner | on behalf of Creditor Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Creditor Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |

TOTAL: 175

```
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:
                                                          Chapter 11
ROCHESTER DRUG CO-OPERATIVE.
INC.,                                                     Case No.: 20-20230 (PRW)

                        Debtor.
--------------------------------------------------------x
Advisory Trust Group, LLC, as Trustee
of the RDC LIQUIDATING TRUST,

                        Plaintiff,

            -against-                                     Adv. Pro. No. : 22-02037 (PRW)

TXX SERVICES, INC.,

                        Defendant.
--------------------------------------------------------x
```

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Robert L. Pryor (the "Movant") to be admitted *pro hac vice* to represent Defendant, TXX Services, Inc. ("TXX") in the above captioned bankruptcy case and adversary proceeding, and upon the Movant's certification that the Movant (i) is a partner at the law firm of Pryor & Mandelup, L.L.P., (ii) is a member in good standing of the bars of the State of New York and the United States District Courts for the Eastern District of New York and the Southern District of New York; and (iii) that there are no disciplinary proceedings against the Movant as a member of the bar in any jurisdiction where he is admitted, it is hereby

ORDERED, that Robert L. Pryor is admitted to practice *pro hac vice* in the above captioned bankruptcy case and adversary proceeding to represent Defendant TXX Services, Inc. in the United States Bankruptcy Court for the Western District of New York).

1

DATED: May 3, 2022  _____/s/_____
      Rochester, New York  HON. PAUL R. WARREN
                                United States Bankruptcy Judge

2

Case 2-20-20230-PRW,    Doc 1625,    Filed 05/05/22,    Entered 05/06/22 00:28:20,
Description: Imaged Certificate of Notice, Page 10 of 10