UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:  Chapter 11
 Case No.: 20-20230

ROCHESTER DRUG COOPERATIVE, INC.

Debtors.

---

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that Woods Oviatt Gilman LLP, as counsel for Paul Pagnotta and Sherwood Klein, interested parties/creditors in the above-captioned case, pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

Warren B. Rosenbaum, Esq.
**WOODS OVIATT GILMAN LLP**
1900 Bausch & Lomb Place
Rochester, New York 14604
(585) 987 - 2800 – Telephone
(585) 454 - 3968 – Facsimile
wrosenbaum@woodsoviatt.com

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or constructed to be a waiver of rights: (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Buffalo, New York
May 9, 2022

**WOODS OVIATT GILMAN LLP**

By: /s/ Warren B. Rosenbaum
Warren B. Rosenbaum
*Counsel for Paul Pagnotta and Sherwood Klein*
1900 Bausch & Lomb Place
Rochester, New York 14604
Telephone: (585) 987-2800
wrosenbaum@woodsovaitt.com