United States Bankruptcy Court
Western District of New York

In re:  Case No. 20-20230-PRW
Rochester Drug Cooperative, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2     User: admin     Page 1 of 9
Date Rcvd: May 16, 2022     Form ID: pdforder     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rochester Drug Cooperative, Inc., P.O. Box 24389, Rochester, NY 14624-0389 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| pr | + | John T. Kinney, 9226 NW 9th Court, Plantation, FL 33324-1150 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.ro.ecf@usdoj.gov | May 16 2022 18:20:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1321 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Cahn | on behalf of Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Notice of Appearance Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |

Aaron R. Cahn
: on behalf of Notice of Appearance Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com

Adriana Riviere-Badell
: on behalf of Interested Party Cigna Healthcare Inc. adriana.riviere-badell@kobrekim.com

Aisha Rich
: on behalf of Creditor Independent Public School Districts arich@findjustice.com pleadings@findjustice.com

Alex Talesnick
: on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company talesnick@lsellp.com

Alex Talesnick
: on behalf of Creditor Manufacturers and Traders Trust Company talesnick@lsellp.com

Alexa Perlman
: on behalf of Interested Party Cigna Healthcare Inc. alexa.perlman@kobrekim.com

Alexander Nicas
: on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY alexander.nicas@kirkland.com

Alexander Nicas
: on behalf of Defendant AMNEAL PHARMACEUTICALS LLC alexander.nicas@kirkland.com

Alice Jean Cunningham
: on behalf of Defendant Richard Klenk ajcunningham@kslnlaw.com

Alice Jean Cunningham
: on behalf of Notice of Appearance Creditor Stephen Giroux ajcunningham@knoergroup.com

Alice Jean Cunningham
: on behalf of Defendant Stephen Giroux ajcunningham@kslnlaw.com

Alice Jean Cunningham
: on behalf of Defendant Donald Arthur ajcunningham@kslnlaw.com

Artem Skorostensky
: on behalf of Defendant Tracelink Inc. askorostensky@goodwinlaw.com

Artem Skorostensky
: on behalf of Interested Party Tracelink Inc. askorostensky@goodwinlaw.com

Autumn Clarke
: on behalf of Creditor Independent Public School Districts aclarke@findjustice.com

Bernard Mitchell Alter
: on behalf of Notice of Appearance Creditor WELCARE DRUG STORE INC mitchalter48@hotmail.com mitchalter@gmail.com

Bernard Mitchell Alter
: on behalf of Notice of Appearance Creditor BAY CARE PHARMACY LLC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
: on behalf of Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY, mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
: on behalf of Notice of Appearance Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
: on behalf of Creditor ECHO DRUGS INC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
: on behalf of Notice of Appearance Creditor STARRETT CITY PHARMACY LLC mitchalter48@hotmail.com mitchalter@gmail.com

Bernard Mitchell Alter
: on behalf of Notice of Appearance Creditor DRUG GUILD DISTRIBUTORS mitchalter48@hotmail.com mitchalter@gmail.com

Bradford J. Sandler
: on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust bsandler@pszjlaw.com

Camille W. Hill
: on behalf of Debtor Rochester Drug Cooperative Inc. chill@bsk.com, ayerst@bsk.com;kdoner@bsk.com

Carl H. Petkoff
: on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION cpetkoff@nexsenpruet.com

Catherine Curtis
: on behalf of Defendant GALDERMA LABORATORIES L.P. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Chantelle McClamb
    on behalf of Notice of Appearance Creditor Upsher-Smith Laboratories  LLC mcclambc@ballardspahr.com

Chantelle McClamb
    on behalf of Interested Party Upsher-Smith Laboratories  LLC mcclambc@ballardspahr.com

Christopher B. Wick
    on behalf of Creditor Global Signal Acquisition II LLC cwick@hahnlaw.com  cmbeitel@hahnlaw.com

Christopher John Major
    on behalf of Defendant GUIDEPOST SOLUTIONS LLC cjm@msf-law.com

Constantine Dean Pourakis
    on behalf of Notice of Appearance Creditor Eric Hestrup cp@stevenslee.com

Constantine Dean Pourakis
    on behalf of Creditor Eric Hestrup cp@stevenslee.com

Cyrus Mehri
    on behalf of Creditor Independent Public School Districts cmehri@findjustice.com

Daniel Hofmeister
    on behalf of Interested Party Empire Healthchoice HMO  Inc. dhofmeister@reedsmith.com

Daniel Joseph Saval
    on behalf of Interested Party Cigna Healthcare  Inc. daniel.saval@kobrekim.com

David Graff
    on behalf of Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com

David Graff
    on behalf of Notice of Appearance Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com

David L. Rasmussen
    on behalf of Creditor MEAD SQUARE PHARMACY  INC., THE CASE GROUP LLC d/b/a ALBERTY DRUGS, CHRISTOPHER CASEY, KEVIN CASEY AND LUCIA CASEY drasmussen@davidsonfink.com, mlyle@davidsonfink.com;caugino@davidsonfink.com;ldeanda@davidsonfink.com;sbrady@davidsonfink.com;mchapman@davidsonfink.com;spwilliams@davidsonfink.com

David M Pyun
    on behalf of Notice of Appearance Creditor CCS Pharmacy  Inc. david@davidpyunlaw.com

David M Pyun
    on behalf of Notice of Appearance Creditor Cynthia Osei david@davidpyunlaw.com

David M Pyun
    on behalf of Notice of Appearance Creditor GIG Pharmacy  Inc. david@davidpyunlaw.com

David M Pyun
    on behalf of Notice of Appearance Creditor Best Stop Pharmacy  Inc. david@davidpyunlaw.com

Derrelle M. Janey
    on behalf of Defendant Laurence F. Doud  III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Derrelle M. Janey
    on behalf of Notice of Appearance Creditor LAURENCE F DOUD  III djaney@gottliebjaney.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Devin L. Palmer
    on behalf of Creditor Deborah and David Fuller dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Duriya Dhinojwala
    on behalf of Respondent Joseph Scott Miskovsky ddhinojwala@bmdllc.com  jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Respondent Boris Mantell ddhinojwala@bmdllc.com  jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Defendant Boris Mantell ddhinojwala@bmdllc.com  jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Defendant Joseph Scott Miskovsky ddhinojwala@bmdllc.com  jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Respondent Joe Lech ddhinojwala@bmdllc.com  jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Defendant Garry Mrozek ddhinojwala@bmdllc.com  jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Defendant Joe Lech ddhinojwala@bmdllc.com  jcgomez@bmdllc.com

| | |
|---|---|
| Duriya Dhinojwala | on behalf of Respondent Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Evelyn J. Meltzer | on behalf of Interested Party Collegium Pharmaceutical Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Interested Party Biodelivery Sciences International Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi-Aventis U.S. L.L.C. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi US Corporation evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant CHATTEM INC. evelyn.meltzer@troutman.com |
| George P. Apostolides | on behalf of Defendant BAUSCH HEALTH US LLC george.apostolides@saul.com |
| George P. Apostolides | on behalf of Defendant ALCON LABORATORIES INC. george.apostolides@saul.com |
| Gordon J. Toering | on behalf of Notice of Appearance Creditor Perrigo Company gtoering@wnj.com |
| Gordon J. Toering | on behalf of Creditor Perrigo Company gtoering@wnj.com |
| Helen Tuttle | on behalf of Notice of Appearance Creditor Roche Diagnostics Corporation helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Defendant Roche Diagnostics Corporation helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Notice of Appearance Creditor Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Defendant Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com |
| Howard S Steel | on behalf of Notice of Appearance Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com |
| Howard S Steel | on behalf of Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com |
| Ilan D Scharf | on behalf of Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | on behalf of Plaintiff Advisory Trust Group LLC ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| James C. Thoman | on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jthoman@hodgsonruss.com cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com |
| James D. Macri | on behalf of Notice of Appearance Creditor Utica National Insurance Co. of Texas jmacri@goldbergsegalla.com akapuscinski@goldbergsegalla.com;sweisheit@goldbergsegalla.com |
| James I. Stang | on behalf of Creditor Official Committee of Unsecured Creditors jstang@pszjlaw.com |
| Jason S Pomerantz | on behalf of Creditor Official Committee of Unsecured Creditors jspomerantz@pszjlaw.com |
| Jason S Pomerantz | on behalf of Plaintiff Advisory Trust Group LLC jspomerantz@pszjlaw.com |
| Jeffrey A. Carlino | on behalf of Defendant Stephen Giroux jacarlino@kslnlaw.com kmlathrop@kslnlaw.com |
| Jeffrey A. Carlino | on behalf of Defendant Richard Klenk jacarlino@kslnlaw.com kmlathrop@kslnlaw.com |

Jeffrey A. Carlino
on behalf of Defendant Donald Arthur jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey A. Carlino
on behalf of Notice of Appearance Creditor Stephen Giroux jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey Austin Dove
on behalf of Interested Party Schering-Plough Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
on behalf of Interested Party Merck & Co. Inc. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
on behalf of Interested Party Merck Sharp & Dohme Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
on behalf of Interested Party MSP Singapore Co. LLC jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
on behalf of Interested Party Schering Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Charles Krause
on behalf of Defendant KIMBERLY-CLARK CORPORATION jkrause@gibsondunn.com

Jeremy C. Kleinman
on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joann Sternheimer
on behalf of Defendant GENSCO LABORATORIES LLC jsternheimer@lippes.com, jharriman@deilylawfirm.com;ecfactivitynotices@deilylawfirm.com

John Hall
on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jhall@lewisrice.com john-hall-4718@ecf.pacerpro.com

John Evans Jureller, Jr
on behalf of Defendant OMNICELL INC. jjureller@klestadt.com

John J Martin
on behalf of Creditor Seno Inc. d/b/a Falcon Express & Courier; Falcon Express & Courier jmartin@martin-law.net

John J Martin
on behalf of Defendant Falcon Express & Courier jmartin@martin-law.net

John J Martin
on behalf of Defendant Seno Inc. d/b/a Falcon Express & Courier jmartin@martin-law.net

John Patrick Elliott
on behalf of Notice of Appearance Creditor Aetna Health Inc. jpe@elliottgreenleaf.com

John R. Weider
on behalf of Creditor James L. Robfogel jweider@barclaydamon.com nbishouty@barclaydamon.com

Joseph D. Frank
on behalf of Notice of Appearance Creditor Walgreen Co. Walgreen Eastern Co., Inc. Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joshua Karsh
on behalf of Creditor Independent Public School Districts jkarsh@findjustice.com

Joshua Sussberg
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC joshua.sussberg@kirkland.com

Joshua Sussberg
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY joshua.sussberg@kirkland.com

Julio E Mendoza, Jr
on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION rmendoza@nexsenpruet.com

Kathleen Dunivin Schmitt
USTPRegion02.RO.ECF@USDOJ.GOV

Kathryn L. Smith
on behalf of Notice of Appearance Creditor United States of America kathryn.l.smith@usdoj.gov

jacqueline.markidis@usdoj.gov,USANYW.bankruptcyfilings@usdoj.gov

Kenneth A. Reynolds
on behalf of Notice of Appearance Creditor Sarit Roy kreynolds@mklawnyc.com tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kenneth A. Reynolds
on behalf of Notice of Appearance Creditor Smithtown Prescription Center Inc. kreynolds@mklawnyc.com, tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kevin English
on behalf of Notice of Appearance Creditor Aetna Health Inc. kenglish@phillipslytle.com

Kirstin B. Ives
on behalf of Respondent Humana Health Company of New York Inc. kbi@falkenbergives.com, ag@falkenbergives.com

Kizzy Jarashow
on behalf of Notice of Appearance Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Kizzy Jarashow
on behalf of Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Lawrence Benjamin
on behalf of Interested Party Empire Healthchoice HMO Inc. lbenjamin@reedsmith.com

Lee E. Woodard
on behalf of Creditor ECHO DRUGS INC bkemail@harrisbeach.com, efilings@harrisbeach.com;broy@harrisbeach.com;bmahoney@HarrisBeach.com;KMeans@HarrisBeach.com

Leslie Barr
on behalf of Notice of Appearance Creditor Alan Nisselson Chapter 7 Trustee for the Estate of Rx Plus, LLC lbarr@windelsmarx.com

Louis J. Testa
on behalf of Notice of Appearance Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson
on behalf of Creditor Anne Alexander et al lowellwfinson@gmail.com

Lucian B. Murley
on behalf of Defendant ALCON LABORATORIES INC. luke.murley@saul.com, robyn.warren@saul.com

Lucian B. Murley
on behalf of Defendant BAUSCH HEALTH US LLC luke.murley@saul.com robyn.warren@saul.com

Mark McKane
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC mark.mckane@kirkland.com

Mark McKane
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY mark.mckane@kirkland.com

Mark Minuti
on behalf of Defendant SUPERNUS PHARMACEUTICALS INC mark.minuti@saul.com, robyn.warren@saul.com

Mark B. Conlan
on behalf of Defendant Emergent Devices Inc. f/k/a Adapt Pharma, Inc. mconlan@gibbonslaw.com

Mark B. Conlan
on behalf of Notice of Appearance Creditor Sunovion Pharmaceuticals Inc. mconlan@gibbonslaw.com

Mark B. Conlan
on behalf of Notice of Appearance Creditor Novo Nordisk Inc. mconlan@gibbonslaw.com

Mark J. Schwemler
on behalf of Notice of Appearance Creditor Aetna Health Inc. mjs@elliottgreenleaf.com

Marvin E. Clements, Jr
on behalf of Notice of Appearance Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Mary Schmergel
on behalf of Notice of Appearance Creditor United States of America mary.schmergel@usdoj.gov

Meghan M Breen
on behalf of Notice of Appearance Creditor OptiSource LLC mbreen@lemerygreisler.com, phartl@lemerygreisler.com;ksousis@lemerygreisler.com

Melissa A Martinez
on behalf of Defendant BAUSCH HEALTH US LLC melissa.martinez@saul.com

Melissa A Martinez
on behalf of Defendant ALCON LABORATORIES INC. melissa.martinez@saul.com

Michael Esser
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY michael.esser@kirkland.com

Michael Esser
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC michael.esser@kirkland.com

Michael Luskin
    on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company luskin@lsellp.com

Michael Luskin
    on behalf of Creditor Manufacturers and Traders Trust Company luskin@lsellp.com

Michael A. Kornstein
    on behalf of Attorney Cyrus Mehri mkornstein@coopererving.com

Michael G. Farag
    on behalf of Defendant KIMBERLY-CLARK CORPORATION mfarag@gibsondunn.com

Nathan Delman
    on behalf of Defendant BUFFALO HOSPITAL SUPPLY LLC ndelman@hmblaw.com

Nicholas Gatto
    on behalf of Special Counsel Harter Secrest & Emery LLP ngatto@hselaw.com

Nicholas Gatto
    on behalf of Debtor Rochester Drug Cooperative Inc. ngatto@hselaw.com

Nicholas F Kajon
    on behalf of Creditor Eric Hestrup nfk@stevenslee.com

Regina Cohen
    on behalf of Defendant EMERSON HEALTHCARE LLC rcohen@lavin-law.com

Robert K. Weiler
    on behalf of Notice of Appearance Creditor Colliers International NJ LLC rweiler@bhlawpllc.com lellis@bhlawpllc.com;mklein@bhlawpllc.com

Robert Kevin Malone
    on behalf of Notice of Appearance Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert Kevin Malone
    on behalf of Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert L Pryor
    on behalf of Interested Party TXX Services Inc. rlp@pryormandelup.com

Robert L Pryor
    on behalf of Defendant TXX Services Inc. rlp@pryormandelup.com

Rodger M. Landau
    on behalf of Notice of Appearance Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Rodger M. Landau
    on behalf of Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Ronald E Gold
    on behalf of Notice of Appearance Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com, bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Ronald E Gold
    on behalf of Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com, bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Rosa J. Evergreen
    on behalf of Interested Party Schering Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Schering-Plough Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Merck & Co. Inc. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party MSP Singapore Co. LLC rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Merck Sharp & Dohme Corp. rosa.evergreen@arnoldporter.com

Sean P Williams
    on behalf of Defendant Christopher Casey spwilliams@davidsonfink.com ldeanda@davidsonfink.com;caugino@davidsonfink.com;sbrady@davidsonfink.com;mchapman@davidsonfink.com

Sean Patrick Williams
    on behalf of Interested Party VK Acquisitions V LLC swilliams@lplegal.com

Seth Adam Meyer
    on behalf of Creditor Eric Hestrup sam@kellerlenkner.com docket@kellerlenkner.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shannon L Deeby
    on behalf of Creditor Mylan Specialty LP sdeeby@clarkhill.com

Shannon L Deeby
    on behalf of Creditor Mylan Pharmaceuticals Inc. sdeeby@clarkhill.com

Sheryl P. Giugliano
    on behalf of Notice of Appearance Creditor GALDERMA LABORATORIES L.P. sgiugliano@rmfpc.com, samiel@rmfpc.com

Stephen A. Donato
    on behalf of Debtor Rochester Drug Cooperative Inc. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com

Stephen Z. Starr
    on behalf of Interested Party Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Interested Party Donald Arthur sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Notice of Appearance Creditor Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Interested Party Richard L. Klenk sstarr@starrandstarr.com jgomez@starrandstarr.com

Steven A Skalet
    on behalf of Creditor Independent Public School Districts sskalet@findjustice.com

Thomas Fawkes
    on behalf of Defendant EISAI INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;brittany.falkner@tuckerellis.com

Thomas Fawkes
    on behalf of Defendant SUN PHARMACEUTICAL INDUSTRIES INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;brittany.falkner@tuckerellis.com

Thomas H. McCann
    on behalf of Interested Party David Stachnik tmccann@thomasmccannlaw.com

Timothy Patrick Lyster
    on behalf of Defendant Paul Pagnotta tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
    on behalf of Defendant Sherwood Klein tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
    on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
    on behalf of Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Tobey M. Daluz
    on behalf of Interested Party Upsher-Smith Laboratories LLC daluzt@ballardspahr.com

Todd Feinsmith
    on behalf of Defendant COLLEGIUM PHARMACEUTICAL INC. todd.feinsmith@troutman.com

Todd Feinsmith
    on behalf of Defendant BIODELIVERY SCIENCES INTERNATIONAL INC todd.feinsmith@troutman.com

Todd Feinsmith
    on behalf of Interested Party Collegium Pharmaceutical Inc. todd.feinsmith@troutman.com

Todd Feinsmith
    on behalf of Interested Party Biodelivery Sciences International Inc. todd.feinsmith@troutman.com

Wanda Borges
    on behalf of Notice of Appearance Creditor Lifescan Global Corporation ecfcases@borgeslawllc.com

Wanda Borges
    on behalf of Defendant Lifescan Global Corporation d/b/a Lifescan ecfcases@borgeslawllc.com

Wanda Borges
    on behalf of Defendant Lifescan Inc. ecfcases@borgeslawllc.com

Wanda Borges
    on behalf of Notice of Appearance Creditor Glenmark Pharmaceuticals Inc. USA ecfcases@borgeslawllc.com

| | |
|---|---|
| Warren B. Rosenbaum | on behalf of Notice of Appearance Creditor Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Notice of Appearance Creditor Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Defendant Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Defendant Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| William C. Price | on behalf of Creditor Mylan Specialty LP wprice@clarkhill.com, shornak@clarkhill.com |
| William C. Price | on behalf of Creditor Mylan Pharmaceuticals Inc. wprice@clarkhill.com, shornak@clarkhill.com |
| William E. Brueckner | on behalf of Defendant Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Creditor Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Notice of Appearance Creditor Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Notice of Appearance Creditor Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Defendant Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Creditor Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |

TOTAL: 197

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re:

ROCHESTER DRUG CO-OPERATIVE. INC.,

                    Debtor.

Chapter 11

Case No.: 20-20230 (PRW)

------------------------------------------------------x

Advisory Trust Group, LLC, as Trustee of the RDC LIQUIDATING TRUST,

                    Plaintiff,

   -against-

Tracelink, INC.,

                    Defendant.

Adv. Pro. No. : 22-02035 (PRW)

------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Artem Skorostensky (the "Movant") to be admitted *pro hac vice* to represent Defendant, Tracelink Inc. ("Tracelink") in the above captioned bankruptcy case and adversary proceeding, and upon the Movant's certification that the Movant (i) is an associate at the law firm of Goodwin Procter LLP, with office located at The New York Times Building, 620 Eighth Avenue, New York, New York 10018; (ii) is a member in good standing of the bars of the State of New York and the United States District Courts for the Eastern District of New York and the Southern District of New York; and (iii) that there are no disciplinary proceedings against the Movant as a member of the bar in any jurisdiction where he is admitted, it is hereby

ORDERED, that Artem Skorostensky is admitted to practice *pro hac vice* in the above captioned bankruptcy case and adversary proceedings to represent Defendant Tracelink in the United States Bankruptcy Court for the Western District of New York.

Dated: Rochester, New York
May 16, 2022

By: _____/s/_____
HON. PAUL R. WARREN
UNITED STATES BANKRUPTCY JUDGE

2

Case 2-20-20230-PRW, Doc 1630, Filed 05/18/22, Entered 05/19/22 00:27:15,
Description: Imaged Certificate of Notice, Page 11 of 11