U.S. Bankruptcy Court for the Western District of New York



## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number | Rochester Drug Cooperative, Inc.; Case No.: 20-20230 |
|---|---|
| Creditor Name and Address: | City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 |
| Court Claim Number (if known): | 22650 |
| Date Claim Filed: | 09/07/2020 |
| Total Amount of Claim Filed: | Undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above- referenced Debtor.

Dated: 5/25/22

Print Name: Pamela Elchert Thurmond

Title (if applicable) Senior Attorney