UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

Rochester Drug Cooperative, Inc.

Debtor(s).

Case No. 20-20230(PRW)

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE,** that former Board Member of Rochester Drug Co-Operative, Inc., Christopher Casey, interested party herein, by his undersigned Counsel, enters his appearance in the above captioned case and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 342 and 1109(b) of the Bankruptcy Code, request that the following name and address be added to the mailing list maintained by the Clerk of the Court, and further demand that all notices given or required to be given in the case and all papers served or required to be served in this case be given to and served upon the following counsel:

Richard N. Franco, Esq.
Davidson Fink LLP
400 Meridian Centre Blvd, Suite 200
Rochester, NY 14618
(T) – 585-760-7250
(F) – 585-784-4809

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the rules and statutes set forth above, but also includes, without limitation, orders and notices of any application motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, email or otherwise with regard to the above captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE**, that this appearance and demand for notice and service of papers is not intended to nor shall it be deemed a waiver of any right of Christopher Casey (i) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal;

or (iv) any other rights, claims actions, defenses, set-offs, or recoupments to which Christopher Casey respectively, are or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments they expressly reserve.

Dated: June 8, 2022

                            DAVIDSON FINK LLP
                            Attorneys for Christopher Casey

            By:    /s/ RICHARD N. FRANCO ESQ.

                            RICHARD N. FRANCO ESQ.
                            400 Meridian Centre Blvd., Ste. 200
                            Rochester, New York 14618