UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROCHESTER DRUG CO-OPERATIVE, INC., | ) | Case No. 20-20230 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ***EX PARTE* MOTION TO ADMIT JUDITH ELKIN *PRO HAC VICE***

Judith Elkin (the "Applicant" or "Movant") of the law firm Pachulski Stang Ziehl & Jones LLP hereby moves this Court for an order to practice and appear before this Court on behalf of The RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC (the "RDC Liquidating Trust"), the successor in interest to Rochester Drug Co-Operative, Inc. In support of this Motion, counsel states and alleges as follows:

a) Applicant's name and office address, phone number and email address are as follows:

> Judith Elkin, Esq.
> PACHULSKI STANG ZIEHL & JONES LLP
> 780 Third Avenue, 34th Floor
> New York, New York 10017
> Telephone: (212) 561-7700
> Email: jelkin@pszjlaw.com

b) Applicant is a practicing attorney who as of 2004, is duly admitted to the New York State Bar. She is in good standing and is eligible to practice in New York and before the following courts:

| | |
|---|---|
| U.S. Court of Appeals – 2d Circuit | 10/31/2005 |
| U.S. District Court for the Southern District of New York | 11/16/2004 |
| U.S. Supreme Court | 11/27/1989 |
| U.S. District Court for the Eastern District of Texas | 07/28/1989 |
| U.S. Court of Appeals – 10th Circuit | 09/08/1988 |
| U.S. District Court for the Western District of Texas | 04/16/1987 |

DOCS_NY:45914.1 75015/003
Case 2-20-20230-PRW, Doc 1636, Filed 06/14/22, Entered 06/14/22 10:54:25, Description: Main Document , Page 1 of 2

| | |
|---|---|
| U.S. District Court for the Southern District of Texas | 03/18/1985 |
| U.S. Court of Appeals – 6th Circuit | 03/01/1985 |
| U.S. Court of Appeals – 5th Circuit | 02/06/1985 |
| U.S. Court of Appeals – 11th Circuit | 02/02/1985 |
| U.S. District Court for the Northern District of Texas | 07/23/1981 |
| U.S. District Court for the Western District of Wisconsin | 05/18/1981 |

c) The necessity for appearance and participation is to serve as counsel for the RDC Liquidating Trust.

d) Applicant has not been disbarred, sanctioned, or formally censured by any Court or by a state bar association, and there are no disciplinary proceedings pending against Applicant.

Date: June 14, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Judith Elkin*

Judith Elkin, Esq. (NY Bar No. 4249439)
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jelkin@pszjlaw.com

*Counsel to the RDC Liquidating Trust*