UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 |

## DECLARATION IN SUPPORT OF *EX PARTE* MOTION TO ADMIT JUDITH ELKIN AS COUNSEL *PRO HAC VICE*

I, Judith Elkin, declare under penalty of perjury as follows:

1. I am of counsel to Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), and maintain an office at 780 Third Avenue, 34th Floor, New York, New York 10017.

2. I submit this declaration (the "Declaration") in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member of good standing of the New York State Bar, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern, Western, Northern and Southern Districts of Texas, the U.S. Court of Appeals for the Second, Fifth, Sixth, Tenth, and Eleventh Circuits, the U.S. District Court for the Western District of Wisconsin, and the Supreme Court of the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 14, 2022

*/s/ Judith Elkin*
_____
Judith Elkin