UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC., | ) |
| | ) Case No. 20-20230 |
| Debtor. | ) |
| | ) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon consideration of the *Ex Parte* Motion to Admit Judith Elkin as Counsel *Pro Hac Vice* to represent The RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC, the successor in interest to Rochester Drug Co-Operative, Inc., and upon Movant's certification that the Movant is a member of good standing of the New York State Bar, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern, Western, Northern and Southern Districts of Texas, the U.S. Court of Appeals for the Second, Fifth, Sixth, Tenth, and Eleventh Circuits, the U.S. District Court for the Western District of Wisconsin, and the Supreme Court of the United States,

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED**.

Dated: _____, 2022
      Rochester, New York

                            THE HONORABLE PAUL R. WARREN
                            U.S. BANKRUPTCY JUDGE