United States Bankruptcy Court
Western District of New York

In re:     Case No. 20-20230-PRW
Rochester Drug Cooperative, Inc.     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2     User: admin     Page 1 of 10
Date Rcvd: Jun 14, 2022     Form ID: pdforder     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol   Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rochester Drug Cooperative, Inc., P.O. Box 24389, Rochester, NY 14624-0389 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| pr | + | John T. Kinney, 9226 NW 9th Court, Plantation, FL 33324-1150 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.ro.ecf@usdoj.gov | Jun 14 2022 18:15:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1321 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Cahn | on behalf of Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Notice of Appearance Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |

Aaron R. Cahn
on behalf of Notice of Appearance Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com

Adriana Riviere-Badell
on behalf of Interested Party Cigna Healthcare Inc. adriana.riviere-badell@kobrekim.com

Aisha Rich
on behalf of Creditor Independent Public School Districts arich@findjustice.com pleadings@findjustice.com

Alex Talesnick
on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company talesnick@lsellp.com

Alex Talesnick
on behalf of Creditor Manufacturers and Traders Trust Company talesnick@lsellp.com

Alexa Perlman
on behalf of Interested Party Cigna Healthcare Inc. alexa.perlman@kobrekim.com

Alexander Nicas
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY alexander.nicas@kirkland.com

Alexander Nicas
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC alexander.nicas@kirkland.com

Alice Jean Cunningham
on behalf of Defendant Richard Klenk ajcunningham@kslnlaw.com

Alice Jean Cunningham
on behalf of Notice of Appearance Creditor Stephen Giroux ajcunningham@knoergroup.com

Alice Jean Cunningham
on behalf of Defendant Stephen Giroux ajcunningham@kslnlaw.com

Alice Jean Cunningham
on behalf of Defendant Donald Arthur ajcunningham@kslnlaw.com

Amanda Waesch
on behalf of Respondent Joe Lech alwaesch@bmdllc.com

Amanda Waesch
on behalf of Respondent Joseph Scott Miskovsky alwaesch@bmdllc.com

Amanda Waesch
on behalf of Respondent Garry Mrozek alwaesch@bmdllc.com

Amanda Waesch
on behalf of Respondent Boris Mantell alwaesch@bmdllc.com

Artem Skorostensky
on behalf of Defendant Tracelink Inc. askorostensky@goodwinlaw.com

Artem Skorostensky
on behalf of Interested Party Tracelink Inc. askorostensky@goodwinlaw.com

Autumn Clarke
on behalf of Creditor Independent Public School Districts aclarke@findjustice.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor WELCARE DRUG STORE INC mitchalter48@hotmail.com mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor BAY CARE PHARMACY LLC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY, mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Creditor ECHO DRUGS INC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor STARRETT CITY PHARMACY LLC mitchalter48@hotmail.com mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor DRUG GUILD DISTRIBUTORS mitchalter48@hotmail.com mitchalter@gmail.com

Bradford J. Sandler
on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust

bsandler@pszjlaw.com

Camille W. Hill
on behalf of Debtor Rochester Drug Cooperative Inc. chill@bsk.com, ayerst@bsk.com;kdoner@bsk.com

Carl H. Petkoff
on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION cpetkoff@nexsenpruet.com

Catherine Curtis
on behalf of Defendant GALDERMA LABORATORIES L.P. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Chantelle McClamb
on behalf of Notice of Appearance Creditor Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com

Chantelle McClamb
on behalf of Interested Party Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com

Christopher B. Wick
on behalf of Creditor Global Signal Acquisition II LLC cwick@hahnlaw.com cmbeitel@hahnlaw.com

Christopher John Major
on behalf of Defendant GUIDEPOST SOLUTIONS LLC cjm@msf-law.com

Constantine Dean Pourakis
on behalf of Notice of Appearance Creditor Eric Hestrup cp@stevenslee.com

Constantine Dean Pourakis
on behalf of Creditor Eric Hestrup cp@stevenslee.com

Cyrus Mehri
on behalf of Creditor Independent Public School Districts cmehri@findjustice.com

Daniel Hofmeister
on behalf of Interested Party Empire Healthchoice HMO Inc. dhofmeister@reedsmith.com

Daniel Joseph Saval
on behalf of Interested Party Cigna Healthcare Inc. daniel.saval@kobrekim.com

David Graff
on behalf of Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com

David Graff
on behalf of Notice of Appearance Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com

David L. Rasmussen
on behalf of Creditor MEAD SQUARE PHARMACY INC., THE CASE GROUP LLC d/b/a ALBERTY DRUGS, CHRISTOPHER CASEY, KEVIN CASEY AND LUCIA CASEY drasmussen@davidsonfink.com, mlyle@davidsonfink.com;caugino@davidsonfink.com;ldeanda@davidsonfink.com;sbrady@davidsonfink.com;mchapman@davidsonfink.com;spwilliams@davidsonfink.com

David M Pyun
on behalf of Notice of Appearance Creditor CCS Pharmacy Inc. david@davidpyunlaw.com

David M Pyun
on behalf of Notice of Appearance Creditor Cynthia Osei david@davidpyunlaw.com

David M Pyun
on behalf of Notice of Appearance Creditor GIG Pharmacy Inc. david@davidpyunlaw.com

David M Pyun
on behalf of Notice of Appearance Creditor Best Stop Pharmacy Inc. david@davidpyunlaw.com

Derrelle M. Janey
on behalf of Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Derrelle M. Janey
on behalf of Notice of Appearance Creditor LAURENCE F DOUD III djaney@gottliebjaney.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Derrelle M. Janey
on behalf of Cross Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Devin L. Palmer
on behalf of Creditor Deborah and David Fuller dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Duriya Dhinojwala
on behalf of Respondent Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala

| | |
|---|---|
| | on behalf of Defendant Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Eitan Blander | on behalf of Defendant ENDO PHARMACEUTICALS INC. eblander@teamtogut.com |
| Evelyn J. Meltzer | on behalf of Interested Party Collegium Pharmaceutical Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Interested Party Biodelivery Sciences International Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi-Aventis U.S. L.L.C. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi US Corporation evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant CHATTEM INC. evelyn.meltzer@troutman.com |
| George P. Apostolides | on behalf of Defendant BAUSCH HEALTH US LLC george.apostolides@saul.com |
| George P. Apostolides | on behalf of Defendant ALCON LABORATORIES INC. george.apostolides@saul.com |
| Gordon J. Toering | on behalf of Notice of Appearance Creditor Perrigo Company gtoering@wnj.com |
| Gordon J. Toering | on behalf of Creditor Perrigo Company gtoering@wnj.com |
| Helen Tuttle | on behalf of Notice of Appearance Creditor Roche Diagnostics Corporation helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Defendant Roche Diagnostics Corporation helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Notice of Appearance Creditor Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Defendant Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com |
| Howard S Steel | on behalf of Notice of Appearance Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com |
| Howard S Steel | on behalf of Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com |
| Ilan D Scharf | on behalf of Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | on behalf of Plaintiff Advisory Trust Group LLC ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| James C. Thoman | on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jthoman@hodgsonruss.com cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com |

James D. Macri
    on behalf of Notice of Appearance Creditor Utica National Insurance Co. of Texas jmacri@goldbergsegalla.com akapuscinski@goldbergsegalla.com;sweisheit@goldbergsegalla.com

James I. Stang
    on behalf of Creditor Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jason S Pomerantz
    on behalf of Creditor Official Committee of Unsecured Creditors jspomerantz@pszjlaw.com

Jason S Pomerantz
    on behalf of Plaintiff Advisory Trust Group  LLC jspomerantz@pszjlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Stephen Giroux jacarlino@kslnlaw.com  kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Richard Klenk jacarlino@kslnlaw.com  kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Donald Arthur jacarlino@kslnlaw.com  kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Notice of Appearance Creditor Stephen Giroux jacarlino@kslnlaw.com  kmlathrop@kslnlaw.com

Jeffrey Austin Dove
    on behalf of Interested Party MSP Singapore Co. LLC jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering-Plough Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck & Co.  Inc. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck Sharp & Dohme Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Charles Krause
    on behalf of Defendant KIMBERLY-CLARK CORPORATION jkrause@gibsondunn.com

Jeremy C. Kleinman
    on behalf of Interested Party Walgreen Co.  Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joann Sternheimer
    on behalf of Defendant GENSCO LABORATORIES  LLC jsternheimer@lippes.com, jharriman@deilylawfirm.com;ecfactivitynotices@deilylawfirm.com

John Hall
    on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jhall@lewisrice.com  john-hall-4718@ecf.pacerpro.com

John Evans Jureller, Jr
    on behalf of Defendant OMNICELL INC. jjureller@klestadt.com

John J Martin
    on behalf of Creditor Seno  Inc. d/b/a Falcon Express & Courier; Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Seno  Inc. d/b/a Falcon Express & Courier jmartin@martin-law.net

John Patrick Elliott
    on behalf of Notice of Appearance Creditor Aetna Health Inc. jpe@elliottgreenleaf.com

John R. Weider
    on behalf of Creditor James L. Robfogel jweider@barclaydamon.com  nbishouty@barclaydamon.com

Joseph D. Frank
    on behalf of Notice of Appearance Creditor Walgreen Co.  Walgreen Eastern Co., Inc. Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
    on behalf of Interested Party Walgreen Co.  Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain

| | |
|---|---|
| | corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com |
| Joshua Karsh | on behalf of Creditor Independent Public School Districts jkarsh@findjustice.com |
| Joshua Sussberg | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC joshua.sussberg@kirkland.com |
| Joshua Sussberg | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY joshua.sussberg@kirkland.com |
| Judith Elkin | on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust jelkin@pszjlaw.com |
| Julio E Mendoza, Jr | on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION rmendoza@nexsenpruet.com |
| Kathleen Dunivin Schmitt | USTPRegion02.RO.ECF@USDOJ.GOV |
| Kathryn Elizabeth Hickner | on behalf of Notice of Appearance Creditor Garry Mrozek kehickner@bmdllc.com |
| Kathryn Elizabeth Hickner | on behalf of Notice of Appearance Creditor Joseph Scott Miskovsky kehickner@bmdllc.com |
| Kathryn Elizabeth Hickner | on behalf of Notice of Appearance Creditor Joe Lech kehickner@bmdllc.com |
| Kathryn Elizabeth Hickner | on behalf of Notice of Appearance Creditor Boris Mantell kehickner@bmdllc.com |
| Kathryn L. Smith | on behalf of Notice of Appearance Creditor United States of America kathryn.l.smith@usdoj.gov jacqueline.markidis@usdoj.gov,USANYW.bankruptcyfilings@usdoj.gov |
| Kenneth A. Reynolds | on behalf of Notice of Appearance Creditor Sarit Roy kreynolds@mklawnyc.com tcard@mklawnyc.com;jwalsh@mklawnyc.com |
| Kenneth A. Reynolds | on behalf of Notice of Appearance Creditor Smithtown Prescription Center Inc. kreynolds@mklawnyc.com, tcard@mklawnyc.com;jwalsh@mklawnyc.com |
| Kevin English | on behalf of Notice of Appearance Creditor Aetna Health Inc. kenglish@phillipslytle.com |
| Kirstin B. Ives | on behalf of Respondent Humana Health Company of New York Inc. kbi@falkenbergives.com, ag@falkenbergives.com |
| Kizzy Jarashow | on behalf of Notice of Appearance Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com |
| Kizzy Jarashow | on behalf of Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com |
| Lawrence Benjamin | on behalf of Interested Party Empire Healthchoice HMO Inc. lbenjamin@reedsmith.com |
| Lee E. Woodard | on behalf of Creditor ECHO DRUGS INC bkemail@harrisbeach.com, efilings@harrisbeach.com;broy@harrisbeach.com;bmahoney@HarrisBeach.com;KMeans@HarrisBeach.com |
| Leslie Barr | on behalf of Notice of Appearance Creditor Alan Nisselson Chapter 7 Trustee for the Estate of Rx Plus, LLC lbarr@windelsmarx.com |
| Louis J. Testa | on behalf of Notice of Appearance Creditor People of the State of New York louis.testa@ag.ny.gov |
| Lowell W. Finson | on behalf of Creditor Anne Alexander et al lowellwfinson@gmail.com |
| Lucian B. Murley | on behalf of Defendant ALCON LABORATORIES INC. luke.murley@saul.com, robyn.warren@saul.com |
| Lucian B. Murley | on behalf of Defendant BAUSCH HEALTH US LLC luke.murley@saul.com robyn.warren@saul.com |
| Mark McKane | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC mark.mckane@kirkland.com |
| Mark McKane | |

| | |
| --- | --- |
| | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY mark.mckane@kirkland.com |
| Mark Minuti | |
| | on behalf of Defendant SUPERNUS PHARMACEUTICALS INC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark B. Conlan | |
| | on behalf of Defendant Emergent Devices Inc. f/k/a Adapt Pharma, Inc. mconlan@gibbonslaw.com |
| Mark B. Conlan | |
| | on behalf of Notice of Appearance Creditor Sunovion Pharmaceuticals Inc. mconlan@gibbonslaw.com |
| Mark B. Conlan | |
| | on behalf of Notice of Appearance Creditor Novo Nordisk Inc. mconlan@gibbonslaw.com |
| Mark J. Schwemler | |
| | on behalf of Notice of Appearance Creditor Aetna Health Inc. mjs@elliottgreenleaf.com |
| Marvin E. Clements, Jr | |
| | on behalf of Notice of Appearance Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov |
| Mary Schmergel | |
| | on behalf of Notice of Appearance Creditor United States of America mary.schmergel@usdoj.gov |
| Meghan M Breen | |
| | on behalf of Notice of Appearance Creditor OptiSource LLC mbreen@lemerygreisler.com, phartl@lemerygreisler.com;ksousis@lemerygreisler.com |
| Melissa A Martinez | |
| | on behalf of Defendant ALCON LABORATORIES INC. melissa.martinez@saul.com |
| Melissa A Martinez | |
| | on behalf of Defendant BAUSCH HEALTH US LLC melissa.martinez@saul.com |
| Michael Esser | |
| | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY michael.esser@kirkland.com |
| Michael Esser | |
| | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC michael.esser@kirkland.com |
| Michael Luskin | |
| | on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company luskin@lsellp.com |
| Michael Luskin | |
| | on behalf of Creditor Manufacturers and Traders Trust Company luskin@lsellp.com |
| Michael A. Kornstein | |
| | on behalf of Attorney Cyrus Mehri mkornstein@coopererving.com |
| Michael G. Farag | |
| | on behalf of Defendant KIMBERLY-CLARK CORPORATION mfarag@gibsondunn.com |
| Nathan Delman | |
| | on behalf of Defendant BUFFALO HOSPITAL SUPPLY LLC ndelman@hmblaw.com |
| Neil Matthew Berger | |
| | on behalf of Defendant ENDO PHARMACEUTICALS INC. neilberger@teamtogut.com, dperson@teamtogut.com |
| Nicholas Gatto | |
| | on behalf of Special Counsel Harter Secrest & Emery LLP ngatto@hselaw.com |
| Nicholas Gatto | |
| | on behalf of Debtor Rochester Drug Cooperative Inc. ngatto@hselaw.com |
| Nicholas F Kajon | |
| | on behalf of Creditor Eric Hestrup nfk@stevenslee.com |
| Regina Cohen | |
| | on behalf of Defendant EMERSON HEALTHCARE LLC rcohen@lavin-law.com |
| Richard Nicholas Franco | |
| | on behalf of Notice of Appearance Creditor Christopher Casey rfranco@davidsonfink.com |
| Richard Nicholas Franco | |
| | on behalf of Defendant Christopher Casey rfranco@davidsonfink.com |
| Robert K. Weiler | |
| | on behalf of Notice of Appearance Creditor Colliers International NJ LLC rweiler@bhlawpllc.com lellis@bhlawpllc.com;mklein@bhlawpllc.com |
| Robert Kevin Malone | |
| | on behalf of Notice of Appearance Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com |
| Robert Kevin Malone | |

on behalf of Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert L Pryor

on behalf of Interested Party TXX Services Inc. rlp@pryormandelup.com

Robert L Pryor

on behalf of Defendant TXX Services Inc. rlp@pryormandelup.com

Rodger M. Landau

on behalf of Notice of Appearance Creditor Amgen USA Inc. rlandau@landaufirm.com
srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Rodger M. Landau

on behalf of Creditor Amgen USA Inc. rlandau@landaufirm.com
srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Ronald E Gold

on behalf of Notice of Appearance Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com,
bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Ronald E Gold

on behalf of Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com,
bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Rosa J. Evergreen

on behalf of Interested Party Merck Sharp & Dohme Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen

on behalf of Interested Party Schering Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen

on behalf of Interested Party Schering-Plough Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen

on behalf of Interested Party Merck & Co. Inc. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen

on behalf of Interested Party MSP Singapore Co. LLC rosa.evergreen@arnoldporter.com

Sean P Williams

on behalf of Defendant Christopher Casey spwilliams@davidsonfink.com
ldeanda@davidsonfink.com;caugino@davidsonfink.com;sbrady@davidsonfink.com;mchapman@davidsonfink.com

Sean Patrick Williams

on behalf of Interested Party VK Acquisitions V LLC swilliams@lplegal.com

Seth Adam Meyer

on behalf of Creditor Eric Hestrup sam@kellerlenkner.com docket@kellerlenkner.com

Shannon Anne Scott

on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shannon L Deeby

on behalf of Creditor Mylan Specialty LP sdeeby@clarkhill.com

Shannon L Deeby

on behalf of Creditor Mylan Pharmaceuticals Inc. sdeeby@clarkhill.com

Sheryl P. Giugliano

on behalf of Notice of Appearance Creditor GALDERMA LABORATORIES L.P. sgiugliano@rmfpc.com, samiel@rmfpc.com

Stephen A. Donato

on behalf of Debtor Rochester Drug Cooperative Inc. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com

Stephen Z. Starr

on behalf of Interested Party Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr

on behalf of Interested Party Donald Arthur sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr

on behalf of Notice of Appearance Creditor Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr

on behalf of Interested Party Richard L. Klenk sstarr@starrandstarr.com jgomez@starrandstarr.com

Steven A Skalet

on behalf of Creditor Independent Public School Districts sskalet@findjustice.com

Thomas Fawkes

on behalf of Defendant EISAI INC. thomas.fawkes@tuckerellis.com,
thomas.fawkes@tuckerellis.com;brittany.falkner@tuckerellis.com

| | |
|---|---|
| Thomas Fawkes | on behalf of Defendant SUN PHARMACEUTICAL INDUSTRIES INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;brittany.falkner@tuckerellis.com |
| Thomas H. McCann | on behalf of Interested Party David Stachnik tmccann@thomasmccannlaw.com |
| Timothy Patrick Lyster | on behalf of Defendant Paul Pagnotta tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Defendant Sherwood Klein tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Tobey M. Daluz | on behalf of Interested Party Upsher-Smith Laboratories LLC daluzt@ballardspahr.com |
| Todd Feinsmith | on behalf of Defendant COLLEGIUM PHARMACEUTICAL INC. todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Defendant BIODELIVERY SCIENCES INTERNATIONAL INC todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Interested Party Collegium Pharmaceutical Inc. todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Interested Party Biodelivery Sciences International Inc. todd.feinsmith@troutman.com |
| Wanda Borges | on behalf of Notice of Appearance Creditor Glenmark Pharmaceuticals Inc. USA ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Notice of Appearance Creditor Lifescan Global Corporation ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Defendant Lifescan Global Corporation d/b/a Lifescan ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Defendant Lifescan Inc. ecfcases@borgeslawllc.com |
| Warren B. Rosenbaum | on behalf of Notice of Appearance Creditor Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Notice of Appearance Creditor Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Defendant Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Defendant Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| William C. Price | on behalf of Creditor Mylan Specialty LP wprice@clarkhill.com, shornak@clarkhill.com |
| William C. Price | on behalf of Creditor Mylan Pharmaceuticals Inc. wprice@clarkhill.com, shornak@clarkhill.com |
| William E. Brueckner | on behalf of Defendant Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Creditor Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Notice of Appearance Creditor Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Notice of Appearance Creditor Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Defendant Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Creditor Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

*In re*:
ROCHESTER DRUG CO-OPERATIVE, INC.

    *Debtor.*
_____

Advisory Trust Group, LLC, as trutee of the RDC LIQUIDATING TRUST,

    *Plaintiff,*

v.

LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOSEPH LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,

    *Defendants.*

Chapter 11

Case No. 20-20230 (PRW)

Adv. Proc. No. 22-02073 (PRW)

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Attorney Amanda L. Waesch (the "Movant") to be admitted *pro hac vice* to represent Defendant Garry Mrozek, Defendant Joseph Lech, Defendant Boris Mantell, and Defendant Joseph Scott Miskovsky in the above-captioned bankruptcy case and adversary proceedings, and upon the Movant's certification that the Movant (i) is a member with the law firm of Brennan, Manna & Diamond LLC, located at 75 E. Market Street, Akron, Ohio 44308; (ii) is a member in good standing of the bar of the State of Ohio, the State of Florida and the United States District Court for the Northern District of Ohio, and (iii) that there are no disciplinary proceeding against the Movant as a member of the bar in any jurisdiction where she is admitted.

ORDERED, that Amanda L. Waesch is admitted to practice *pro hac vice* in the above-captioned bankruptcy case and adversary proceedings to represent Defendant Garry Mrozek, Defendant Joseph Lech, Defendant Boris Mantell, and Defendant Joseph Scott Miskovsky in the United States Bankruptcy Court for the Western District of New York.

DATED: June 14, 2022  
       Rochester, New York

_____/s/_____  
HON. PAUL R. WARREN  
United States Bankruptcy Judge