# EXHIBIT A

## Claim

United States Bankruptcy Court for the Western District of New York
Rochester Drug Cooperative, Inc., Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

To submit your form online please go to https://epiqworkflow.com/cases/RDR Use your Mail ID for access.

Your Mail ID is as follows: 166212924

| Name of Debtor: | Rochester Drug Cooperative, Inc. |
|---|---|
| Case Number: | 20-20230 |

For Court Use Only

Filed: USBC - Western District of New York
Rochester Drug Co-Operative, Inc. (B10)
20-20230 (PRW)

RDR        0000000380

RECEIVED
AUG 2 4 2020
LEGAL SERVICES

BAR(23) MAILID *** 000166212924 ***
RDR (CREDITOR.DBF,CREDNUM)CREDNUM # 1000000142******
BAEDERWOOD PHARMACY
1585 THE FAIRWAY
NEFF DRUGS INC.
JENKINTOWN, PA 19046

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims arising under section 503(b)(9) of the Bankruptcy Code, do not use this form to make a request for payment of an administrative expense. Such a request should be made by filing the separate administrative claim request form approved by the bankruptcy court. Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents; they may be destroyed after scanning.** If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Baederwood Pharmacy

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☒ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Baederwood Pharmacy
Attn: Barry Neff
Name
1585 The Fairway
Number    Street
Jenkintown    PA    19046
City         State    ZIP Code

Country (if International): _____
Contact phone: 215-885-1417
Contact email: diane@neffpharmacy.com

Where should payments to the creditor be sent? (if different)
Name _____
Number    Street _____
City    State    ZIP Code _____
Country (if International): _____
Contact phone: _____
Contact email: _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims register (if known) _____
Filed on ___ / ___ / ___
       MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 3454.00
Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Stock Purchase

- POC Page 1 of 3 -

| 9. Is all or part of the claim secured? | 10. Is this claim based on a lease? | 11. Is this claim subject to a right of setoff? |
|---|---|---|
| ☑ No | ☑ No | ☑ No |
| ☐ Yes. The claim is secured by a lien on property. | ☐ Yes. Amount necessary to cure any default as of the date of petition. $_____ | ☐ Yes. Identify the property: _____ |

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed  ☐ Variable

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(___) that applies.

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  8/13/2020
                  MM / DD / YYYY    Signature: [signature]

Print the name of the person who is completing and signing this claim:

Name: *Barry* / _____ / *Neff*
       First name / Middle name / Last name

Title: *President / Owner*

Company: *Baederwood Pharmacy*
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: *1585  The Fairway*
         Number    Street

*Jenkintown*    *PA*    *19046*
City            State   ZIP Code

Contact Phone: *215-431-3361*    Email: *BN1815@AOL.COM*



The shares of stock represented by this Certificate are subject to: (i) redemption by the Corporation upon occurrence of certain events or for failure to meet certain requirements, as set forth in Paragraphs 3(e) and 3(i) of the Corporation's Certificate of Incorporation and Article V, Sections 4 and of the Corporation's By-Laws; (ii) the Corporation's first right of refusal to purchase any shares presented for transfer, as set forth in Paragraph 3(g) of the Corporation's Certificate of Incorporation and Article V, Section 7 of the Corporation's By-Laws; (iii) the Corporation's right to refuse to consent to the transfer of any shares until any indebtedness of the transferring shareholder to the Corporation is paid, as set forth in Paragraph 3(f) of the Corporation's Certificate of Incorporation and Article V, Section 7 of the Corporation's By-Laws; and (iv) the Corporation's right to offset against patronage dividends otherwise payable to the shareholder who is directly or indirectly indebted to the Corporation with respect to amounts which are in excess of 60 days past due as set forth in paragraph 3(j) of the Corporation's Certificate of Incorporation and Article V, Section 6 of the Corporation's By-Laws.

The securities represented by this Certificate have been acquired for investment and have not been registered pursuant to the Securities Act of 1933, as amended (the "Act") or any applicable state statute. Such securities represented by this Certificate may not be offered for sale, sold, pledged, hypothecated or otherwise transferred except to (i) an effective Registration Statement with respect to such securities under the Securities Act of 1933, as amended and in compliance with any applicable state securities laws; or (ii) an opinion of counsel in form satisfactory to the Corporation that the proposed transfer is exempt from the registration requirements of said Act and is compliance with any applicable state securities law.

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations. Additional abbreviations may also be used though not in the list.

TEN COM — as tenants in common
TEN ENT — as tenants by the entireties
JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — \_\_\_\_\_Custodian\_\_\_\_\_(Minor)
under Uniform Gifts to Minors Act \_\_\_\_\_(State)
UNIF TRF MIN ACT — \_\_\_\_\_Custodian\_\_\_\_\_(Minor)
under \_\_\_\_\_(State) Uniform Transfer to Minors Act

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER OF ASSIGNEE

For value received, the undersigned hereby sells, assigns and transfers unto\_\_\_\_\_

\_\_\_\_\_PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS OF ASSIGNEE

\_\_\_\_\_Shares

represented by the within Certificate, and hereby irrevocably constitutes and appoints\_\_\_\_\_Attorney to transfer the said shares on the books of the within-named Corporation with full power of substitution in the premises.

Dated,\_\_\_\_\_

In presence of

NOTICE: The signature to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration or enlargement, or any change whatever.



The shares of stock represented by this Certificate are subject to: (i) redemption by the Corporation upon occurrence of certain events or for failure to meet certain requirements, as set forth in Paragraphs 3(e) and 3(i) of the Corporation's Certificate of Incorporation and Article V, Sections 4 and of the Corporation's By-Laws; (ii) the Corporation's first right of refusal to purchase any shares presented for transfer, as set forth in Paragraph 3(g) of the Corporation's Certificate of Incorporation and Article V, Section 7 of the Corporation's By-Laws; (iii) the Corporation's right to refuse to consent to the transfer of any shares until any indebtedness of the transferring shareholder to the Corporation is paid, as set forth in Paragraph 3(f) of the Corporation's Certificate of Incorporation and Article V, Section 7 of the Corporation's By-Laws; and (iv) the Corporation's right to offset against patronage dividends otherwise payable to the shareholder who is directly or indirectly indebted to the Corporation with respect to amounts which are in excess of 60 days past due as set forth in paragraph 3(j) of the Corporation's Certificate of Incorporation and Article V, Section 6 of the Corporation's By-Laws.

The securities represented by this Certificate have been acquired for investment and have not been registered pursuant to the Securities Act of 1933, as amended (the "Act") or any applicable state statute. Such securities represented by this Certificate may not be offered for sale, sold, pledged, hypothecated or otherwise transferred except to (i) an effective Registration Statement with respect to such securities under the Securities Act of 1933, as amended and in compliance with any applicable state securities laws; or (ii) an opinion of counsel in form satisfactory to the Corporation that the proposed transfer is exempt from the registration requirements of said Act and is compliance with any applicable state securities law.

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations. Additional abbreviations may also be used though not in the list.

TEN COM – as tenants in common
TEN ENT – as tenants by the entireties
JT TEN – as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT – _____Custodian_____(Minor)
under Uniform Gifts to Minors Act _____(State)
UNIF TRF MIN ACT – _____Custodian_____(Minor)
under _____(State) Uniform Transfer to Minors Act

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER OF ASSIGNEE

For value received, the undersigned hereby sells, assigns and transfers unto _____

_____
PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS OF ASSIGNEE

_____Shares

represented by the within Certificate, and hereby irrevocably constitutes and appoints _____ Attorney to transfer the said shares on the books of the within-named Corporation with full power of substitution in the premises.

Dated,_____

In presence of

NOTICE: The signature to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration or enlargement, or any change whatever.

Neff Pharmacy Management Inc
P.O. Box 2338
Jenkintown, PA 19046

PHILADELPHIA PA 190

19 AUG 2020 PM 10 L

Rochester Drug Cooperative Inc. Claims
Processing Center
c/o Epiq Bankruptcy Solutions LLC
P.O. Box 4420
Beaverton OR 97076-4420



RECEIVED
AUG 2 4 2020
LEGAL SERVICES

Case 2-20-20230-PRW, Doc 1653-1, Filed 09/21/22, Entered 09/21/22 16:14:29, Description: Exhibit AC - Claim 380, Page 8 of 8