# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 9/22/2022 |
| Case: 2–20–20230–PRW | Form ID: cmotele3 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
aty     Camille W. Hill     chill@bsk.com
aty     Ilan D Scharf     ischarf@pszjlaw.com
aty     Nicholas Gatto     ngatto@hselaw.com
aty     Stephen A. Donato     sdonato@bsk.com

                                                                                                                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Rochester Drug Cooperative, Inc.     P.O. Box 24389     Rochester, NY 14624–0389
pr     John T. Kinney     9226 NW 9th Court     Plantation, FL 33324
aty     Pachulski Stang Ziehl & Jones LLP     780 Third Avenue, 34th Floor     New York, NY 10017
smg     Office of the U.S. Trustee     100 State Street, Room 6090     Rochester, NY 14614
        Baederwood Pharmacy     Attn: Barry Neff     1585 The Fairway     Jankintown, PA 19046

                                                                                                                                                               TOTAL: 5