UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Rochester Drug Co-Operative, Inc.,[1]

Debtor.

Chapter 11

Case No. 20-20230 (PRW)

# CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the Post-Confirmation Claims Agent for the Liquidating Trustee in the above-captioned case.

On September 21, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Objection to Claim 282 Asserted by Shareholder Klein Pharmacy, Inc.** (Docket No. 1651)

- **Notice of Hearing on RDC Liquidating Trust's Objection to Proof of Claim of Klein Pharmacy, Inc. (Claim No. 282)** (Docket No. 1652)

- **Objection to Claim 380 Asserted by Shareholder Baederwood Pharmacy, Inc.** (Docket No. 1653)

- **Notice of Hearing on RDC Liquidating Trust's Objection to Proof of Claim of Baederwood Pharmacy, Inc. (Claim No. 380)** (Docket No. 1654)

Furthermore, on September 21, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Objection to Claim 282 Asserted by Shareholder Klein Pharmacy, Inc.** (Docket No. 1651)

- **Notice of Hearing on RDC Liquidating Trust's Objection to Proof of Claim of Klein Pharmacy, Inc. (Claim No. 282)** (Docket No. 1652)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] On February 26, 2021, the Bankruptcy Court entered an order confirming the *Second Amended Chapter 11 Plan of Liquidation* (the "Plan") of Rochester Drug Co-operative, Inc. ("RDC") which (along with that certain Liquidating Trust Agreement and Declaration of Trust) established the RDC Liquidating Trust and empowered it to collect and administer RDC's Assets and resolve Claims against RDC.

Furthermore, on September 21, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Baederwood Pharmacy, Attn: Barry Neff at 1585 The Fairway, Jenkintown, PA 19046:

- **Objection to Claim 380 Asserted by Shareholder Baederwood Pharmacy, Inc.** (Docket No. 1653)

- **Notice of Hearing on RDC Liquidating Trust's Objection to Proof of Claim of Baederwood Pharmacy, Inc. (Claim No. 380)** (Docket No. 1654)

Dated: September 22, 2021

*/s/ James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(714) 616-5380
TeamRochesterDrug@Stretto.com

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Abbvie US LLC | Attn: Nancy Christian | 1 North Waukegan Road North | | Chicago | IL | 60064 |
| Aetna Health Inc. | c/o Phillips Lytle LLP | One Canalside 125 Main Street | Attn Kevin J. English | Buffalo | NY | 14203-2887 |
| Allergan Sales LLC | Attn: Jack Lewis | 1551 Sawgrass Corp Pkwy Suite 400 | Corporate Center I | Sunrise | FL | 33323 |
| Amarin Pharmaceuticals Ireland Ltd | c/o Goodwin Procter LLP | The NY Times Bldg 620 Eighth Ave | Attn: Kizzy L Jarashow | New York | NY | 10018 |
| Amgen Inc | Attn: Andrew Seidl | 1840 Dehavilland | | Thousand Oaks | CA | 91320 |
| Astrazeneca LP | Attn: Raul Matei | 1800 Concord Pike | | Wilmington | DE | 19850 |
| BankruptcyMgmntSolution dba Stretto | Attn: Legal Dept | 410 Exchange Suite 100 | | Irvine | CA | 92602 |
| Bausch Health Us LLC | Attn: Stephanie Reid | One Enterprise | | Aliso VIejo | CA | 92656 |
| Bay-Care Pharmacy LLC | c/o Alter and Barbaro Esqs | 26 Court St Ste 1812 | Attn Bernard M. Alter | Brooklyn | NY | 11242 |
| Boehringer Ingelheim Pharm. Inc. | Attn: Brittany Cronin | 900 Ridgebury Road | | Ridgefield | CT | 06877 |
| Bristol-Myers Squibb Company | Attn: Rhonda Nantais | 430 E. 29th Street 14th Floor | | New York | NY | 10016 |
| Christopher Casey | c/o Davidson Fink LLP | 400 Meridian Centre Blvd Suite 200 | Attn: Richard N. Franco | Rochester | NY | 14618 |
| Colliers International NJ LLC | c/o Bousquet Holstein PLLC | 110 W Fayette St, Ste 1000 | Attn: Robert K. Weiler | Syracuse | NY | 13202 |
| Cynthia Osei CSS Pharmacy Inc et al | c/o Law Office of David M Pyun | 39-38 Bell Blvd., Ste 308 | Attn: David M. Pyun | Bayside | NY | 11361 |
| D Arthur S Giroux & R Klenk | c/o Starr & Starr PLLC | 260 Madison Ave 17th Fl | Attn: Stephen Z. Starr | New York | NY | 10016 |
| Drug Guild Dist and Echo Drugs Inc | c/o Alter and Barbaro Esqs | 26 Court Street Suite 1812 | Attn Bernard M Alter | Brooklyn | NY | 11242 |
| Drug Mart Solutions LLC dba Quality | c/o Graff Silverstein LLP | 60 Hawthorne Way | Attn: David Graff | Hartsdale | NY | 10530 |
| Eisai Inc. | c/o Tucker Ellis LLP | 233 South Wacker Drive Suite 6950 | Attn: Thomas R. Fawkes | Chicago | IL | 60606 |
| Eric Hestrup | c/o Consovoy Mccarthy PLLC | 1600 Wilson Boulevard, Suite 700 | Attn: J.Michael Connolly | Arlington | VA | 22201 |
| Eric Hestrup | c/o Keller Lenkner LLC | 150 North Riverside Plaza Ste 4270 | Attn: Ashley Keller & Seth Meyer | Chicago | IL | 60606 |
| Eric Hestrup | c/o Morgan & Morgan | 201 N Franklin St 7th Floor | Attn: Juan R. Martinez | Tampa | FL | 33602 |
| Eric Hestrup | c/o Morgan & Morgan | 76 South Laura Street, Suite 1100 | Attn: James Young | Jacksonville | FL | 32202 |
| Eric Hestrup | c/o Stevens & Lee PC | 485 Madison Avenue, 20th Floor | Attn: N. Kajon & C. Pourakis | New York | NY | 10022 |
| G Mrozek J Lech B Mantell JMikovsky | c/o Brennan Manna & Diamond LLC | 75 East Market Street | Attn: Kathryn E Hickner | Akron | OH | 44308 |
| Galderma Laboratories L.P. | c/o Ruskin Moscou Faltischek P.C. | 1425 RXR Plaza E. Tower, 15th Floor | Attn: Sheryl P. Giugliano | Uniondale | NY | 11556-1425 |
| Gilead Sciences Inc | Attn: Tina Sandke and Grave Dunlap | 333 Lakeside Dr | | Foster CIty | CA | 94404 |
| Glaxosmithkline | Attn: Andrew Peck & Paola Cubero | Mailstop NY0300 | 5 Crescent Drive | Philadelphia | PA | 19112 |
| Horizon Medicines LLC | Attn: Andreea Kellis | 29667 Network Pl | | Chicago | IL | 60673-1296 |
| Horizon Therapeutics USA Inc et al | c/o Frost Brown Todd LLC | 301 E 4th St Grt Amer Twr Ste 3300 | Attn: Ronald E. Gold | Cincinnati | OH | 45202 |
| Janssen Pharmaceutica L.P. | Attn: Dackmary Rivera | 1125 Trenton-Harbourton Road | | Titusville | NJ | 08560 |
| KE LLP | co Kurzman Eisenberg Corbin & Lever | One North Broadway, 12th Fl. | Attn: Bruce W. Bieber, Esq. | White Plains | NY | 10601 |
| Laurence F Doud III | c/o Gottlieb & Janey LLP | 111 Broadway, Ste 701 | Attn: Derrelle M Janey, Esq. | New York | NY | 10006 |
| Laurence F. Doud III | c/o Gottlieb & Janey LLP | 111 Broadway Suite 701 | Attn David Dinoso & Derrelle Janey | New York | NY | 10006 |
| Laurence F. Doud III | c/o The Janey Law Firm P.C. | 111 Broadway Suite 701 | Attn: Derrelle M. Janey | New York | NY | 10006 |
| Lifescan Global Corp | c/o Borges & Associates LLC | 575 Underhill Blvd., Ste 118 | Attn: Wanda Borges Sue Chin | Syosset | NY | 11791 |
| Lifescan Global Corporation | c/o Borges & Associates LLC | 575 Underhill Blvd Ste 118 | Attn: Wanda Borges & Sue L. Chin | Syosset | NY | 11791 |
| Manufacturers and Traders Trust Co | c/o Luskin Stern & Eisler LLP | Eleven Times Square | Alex Talesnick and Michael Luskin | New York | NY | 10036 |
| Manufacturers Traders and Trust Co | c/o Woods Oviatt Gilman LLP | 1900 Bausch & Lomb Place | Attn: Timothy P. Lyster, Esq. | Rochester | NY | 14604 |
| Merck & Company Inc. | Attn: Andrea Chavarria | 2000 Galloping Hill Road | | Kenilworth | NJ | 07033 |
| Missouri Department of Revenue | Bankruptcy Unit | PO Box 475 | 301 W High Street Room 670 | Jefferson City | MO | 65105-0475 |
| Novartis Pharmaceuticals Corp | Attn: Kathleen Day | 59 Route 10 | | East Hanover | NJ | 07936 |
| Novo Nordisk Inc | c/o Gibbons PC | One Gateway Center | Attn: Robert K. Malone | Newark | NJ | 07102-5310 |
| Novo Nordisk Inc | c/o Gibbons PC | One Gateway Center | Attn Mark Conlan & Robert Malone | Newark | NJ | 07102-5310 |
| Novo Nordisk Inc. | Attn: Thomas Szold | 800 Scudders Mill Road | | Plainsboro Township | NJ | 08536 |
| Office of New York State AG | Civil Rec Bureau Bankruptcy LitUnit | The Capitol | Attn: Martin Mooney Assistant AG | Albany | NY | 12224-0341 |
| Office of The US Trustee | Attn: Kathleen D Schmitt Esq | 100 State Street, Room 6090 | Federal Office Building | Rochester | NY | 14614 |
| Official Committee Unsecured Cred | c/o Pachulski Stang Ziehl & Jones | 780 Third Ave, 34th Floor | Attn: J Stang Ilan Scharf S Golden | New York | NY | 10017-2024 |
| Oracle America Inc | c/o Buchalter A Professional Corp | 55 Second St 17th Floor | Attn Shawn M Christianson Esq | San Francisco | CA | 94105 |



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Paul Pagnotta and Sherwood Klein | c/o Woods Oviatt Gilman LLP | 1900 Bausch & Lomb Place | Attn: William E Brueckner | Rochester | NY | 14604 |
| People of the State of New York | Office of the NY State Atty General | Civil Recoveries Bureau BK Lit Unit | Attn Louis J. Testa & Letitia James | Albany | NY | 12224-0341 |
| Pharma Holding Inc. dba Unzer Pharm | c/o Alter and Barbaro Esqs. | 26 Court Street Suite 1812 | Attn: Bernard M. Alter | Brooklyn | NY | 11242 |
| Pharmaceutical Div. of Pfizer | Attn: Allyson Rassouli | 235 East 42nd Street | | New York | NY | 10017 |
| Prasco LLC | Attn: James Pendley & Matt Pendley | 6125 Commerce St | | Mason | OH | 45040 |
| Rochester Drug Cooperative Inc | c/o Harter Secrest & Emery LLP | 1600 Bausch & Lomb Place | Attn: Daniel W. Collins | Rochester | NY | 14604-2711 |
| Sanofi Aventis US LLC | Attn: Beth Lindenmuth | 300 Somerset Corporate Blvd | | Bridgewater | NJ | 08807 |
| Sarit Roy & Smithtown Presc | c/o The Law Offices Kenneth Reynold | 105 Maxess Rd, Ste 124 | Attn: Kenneth A Reynolds | Melville | NY | 11747 |
| Starrett City Pharmacy LLC | c/o Alter and Barbaro Esqs | 26 Court Street Suite 1812 | Attn: Bernard M. Alter | Brooklyn | NY | 11242 |
| Stephen Giroux | c/o Kenney Shelton Liptak Nowak LLP | Calumet Building 233 Franklin St | Attn J Carlino & Alice Cunningham | Buffalo | NY | 14202 |
| Sunovion Pharmaceuticals Inc | c/o Gibbons PC | One Gateway Center | Attn Mark Conlan & Robert Malone | Newark | NJ | 07102-5310 |
| Teva Pharmaceutical USA | Attn: Mike Dorsey | 1090 Horsham Road | PO Box 1090 | North Wales | PA | 19454-1090 |
| Teva Pharmaceuticals USA Inc | c/o Goodwin Proctor LLP | The NY Times Bldg 620 Eighth Ave | Attn: Artem Skorostensky | New York | NY | 10018 |
| TN Dept of Revenue | TN Atty General's Office BK Divison | PO Box 20207 | Attn H Slatery III & M Clements Jr | Nashville | TN | 37202-0207 |
| UCTS Commonwealth of PA | Dept of Labor & Industry | 651 Boas Street Room 925 | Attn Deb Secrest | Harrisburg | PA | 17121 |
| United States of America | Attn: Jeffrey Powell & JacobBergman | 86 Chambers Street | | New York | NY | 10007 |
| United States of America | Attn: Louis Pellegrino Esq. | 1 St. Andrew's Plaza | | New York | NY | 10007 |
| United States of America | c/o US Attorney's Office WDNY | 100 State Street Suite 500 | J. Kennedy Jr, K. Smith & J. Hunt | Rochester | NY | 14614 |
| United States of America | c/o USDOJ Civil Division | PO Box 875 Ben Franklin Station | R. Harvey M. Newell & M. Schmergel | Washington | DC | 20044 |
| Upsher-Smith Laboratories LLC | c/o Ballard Spahr LLP | 919 Market St, 11th Floor | Attn: Tobey Daluz Chantelle Mcclamb | Wilmington | DE | 19801 |
| Utica National Insurance Co of TX | c/o Goldberg Segalla LLP | 655 Main St | Attn: Marc Brown & James Macri | Buffalo | NY | 14203 |
| Walgreen Co et al | c/o Frankgecker LLP | 1327 W Washington Blvd Suite 5 G-H | Attn Joseph Frank & Jeremy Kleinman | Chicago | IL | 60607 |

# Exhibit B



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Abbvie US LLC | Attn: Nancy Christian | | nancy.christian@abbvie.com |
| Aetna Health Inc. | c/o Phillips Lytle LLP | Attn: Kevin J. English | kenglish@phillipslytle.com |
| Allergan Sales LLC | Attn: Jack Lewis | | jack.lewis@allergan.com |
| Amarin Pharmaceuticals Ireland Ltd. | c/o Goodwin Procter LLP | Attn: Kizzy L Jarashow | kjarashow@goodwinlaw.com |
| Amgen, Inc | Attn: Andrew Seidl | | aseidl@amgen.com |
| Astrazeneca LP | Attn: Raul Matei | | raul.matai@astrazeneca.com |
| Bausch Health Us, LLC | Attn: Stephanie Reid | | stephanie.reid@bauschhealth.com |
| Bay-Care Pharmacy LLC | c/o Alter and Barbaro, Esqs | Attn: Bernard M. Alter | mitchalter48@hotmail.com |
| Boehringer Ingelheim Pharm., Inc. | Attn: Brittany Cronin | | brittany.cronin@boehringer-ingelheim.com |
| Bristol-Myers Squibb Company | Attn: Rhonda Nantais | | rhonda.nantais@bms.com |
| Colliers International NJ LLC | c/o Bousquet Holstein PLLC | Attn: Robert K. Weiler | rweiler@bhlawpllc.com |
| Cynthia Osei, CSS Pharmacy, Inc., Gig Pharmacy, Inc. & Best Stop Pharmacy, Inc. | c/o Law Office of David M. Pyun | Attn: David M. Pyun | david@davidpyunlaw.com |
| Defendants Garry Mrozek, Joseph Lech, Boris Mantell and Joseph Scott Mikovsky | c/o Brennan, Manna & Diamond LLC | Attn: Kathryn E Hickner | kehickner@bmdllc.com |
| Donald Arthur, Stephen Giroux, and Richard L. Klenk | c/o Starr & Starr, PLLC | Attn: Stephen Z. Starr | sstar@starrandstarr.com |
| Drug Guild Distributors and Echo Drugs, Inc. | c/o Alter and Barbaro, Esqs | Attn: Bernard M. Alter | mitchalter48@hotmail.com |
| Drug Mart Solutions LLC D/B/A Quality Rx Pharmacy | c/o Graff Silverstein LLP | Attn: David Graff | dgraff@graffsilversteinllp.com |
| Eisai, Inc. | c/o Tucker Ellis LLP | Attn: Thomas R. Fawkes | thomas.fawkes@tuckerellis.com |
| Eric Hestrup | c/o Consovoy McCarthy PLLC | Attn: J. Michael Connolly | mike@consovoymccarthy.com |
| Eric Hestrup | c/o Keller Lenkner LLC | Attn: Ashley Keller and Seth Meyer | ack@kellerlenkner.com sam@kellerlenkner.com |
| Eric Hestrup | c/o Morgan & Morgan | Attn: James Young | jyoung@forthepeople.com |
| Eric Hestrup | c/o Morgan & Morgan | Attn: Juan R. Martinez | juanmartinez@forthepeople.com |
| Eric Hestrup | c/o Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis | nfk@stevenslee.com iscp@stevenslee.com cp@stevenslee.com |
| Galderma Laboratories, L.P. | c/o Ruskin Moscou Faltischek, P.C. | Attn: Sheryl P. Giugliano | sgiugliano@rmfpc.com |
| Gilead Sciences Inc | Attn: Tina Sandke and Grave Dunlap | | grace.dunlap@gilead.com |
| Glaxosmithkline | Attn: Andrew Peck & Paola Calvo Cubero | | paola.m.calvo@gsk.com |
| Horizon Medicines LLC | Attn: Andreea Kellis | | akellis@horizontherapeutics.com |



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Horizon Therapeutics USA, Inc. f/k/a Horizon Pharma USA, Inc. | c/o Frost Brown Todd LLC | Attn: Ronald E. Gold | rgold@fbtlaw.com |
| Janssen Pharmaceutica, L.P. | Attn: Dackmary Rivera | | driver13@its.jnj.com |
| KE LLP | c/o Kurzman Eisenberg Corbin & Lever, LLP | Attn: Bruce W. Bieber, Esq. | bbueber@kelaw.com<br>bbieber@kelaw.com |
| Laurence F Doud, III | c/o Gottlieb & Janey LLP | Attn: Derrelle M Janey, Esq. | djaney@gottliebjaney.com |
| Laurence F. Doud III | c/o The Janey Law Firm P.C. | Attn: Derrelle M. Janey | djanev@thejaneylawfirm.com |
| Laurence F. Doud, III | c/o Gottlieb & Janey LLP | Attn: David Dinoso, Esq. and Derrelle M. Janey | djaney@gottliebjaney.com |
| Lifescan Global Corp. | c/o Borges & Associates, LLC | Attn: Wanda Borges, Esq. & Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com |
| Lifescan Global Corporation | c/o Borges & Associates LLC | Attn: Wanda Borges & Sue L. Chin | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com |
| Manufacturers and Traders Trust Company | c/o Luskin, Stern & Eisler LLP | Attn: Alex Talesnick and Michael Luskin | talesnick@lsellp.com<br>luskin@lsellp.com |
| Manufacturers Traders and Trust Co. | c/o Woods Oviatt Gilman LLP | Attn: Timothy P. Lyster, Esq. | tlyster@woodsoviatt.com |
| Merck & Company, Inc. | Attn: Andrea Chavarria | | andrea.chavarria@merck.com |
| Missouri Department of Revenue | Bankruptcy Unit | Attn: Steven A Ginther | wdny@dor.mo.gov |
| Novartis Pharmaceuticals Corp | Attn: Kathleen Day | | kathleen.day@novartis.com |
| Novo Nordisk Inc. | Attn: Thomas Szold | | tssz@novonordisk.com |
| Novo Nordisk, Inc. | c/o Gibbons P.C. | Attn: Mark B. Conlan & Robert K. Malone | mconlan@gibbonslaw.com |
| Novo Nordisk, Inc. | c/o Gibbons P.C. | Attn: Robert K. Malone | rmalone@gibbonslaw.com |
| Office of the New York State Attorney General | Civil Recoveries Bureau, Bankruptcy Litigation Unit | Attn: Martin A Mooney, Assistant Attorney General | martin.mooney@ag.ny.gov |
| Office of Unemployment Compensation Tax Services | c/o Commonwealth of Pennsylvania Department of Labor and Industry | Attn: Deb Secrest | ra-li-ucts-bankrupt@state.pa.us |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang, Ilan D Scharf, Steven W Golden | jstang@pszjlaw.com<br>ischarf@pszjlaw.com<br>sgolden@pszjlaw.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn Shawn M Christianson | schristianson@buchalter.com |
| Paul Pagnotta and Sherwood Klein | c/o Woods Oviatt Gilman LLP | Attn: William E Brueckner | wbrueckner@woodsoviatt.com |
| People of the State of New York | c/o Office of the New York State Attorney General | Attn: Louis J. Testa and Letitia James | louis.testa@ag.ny.gov |
| Pharma Holding Inc., d/b/a Unzer Pharmacy | c/o Alter and Barbaro, Esqs. | Attn: Bernard M. Alter | mitchalter48@hotmail.com |



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Pharmaceutical Div. of Pfizer | Attn: Allyson Rassouli | | allyson.rassouli@pfizer.com |
| Prasco LLC | Attn: James M Pendley & Matt Pendley | | m.pendley@prasco.com |
| Sanofi Aventis US LLC | Attn: Beth Lindenmuth | | beth.lindenmuth@sanofi.com |
| Sarit Roy & Smithtown Prescription Ctr, Inc. | c/o The Law Offices of Kenneth A. Reynolds, Esq., P.C | Attn: Kenneth A Reynolds | kreynolds@kareynoldslaw.com |
| Starrett City Pharmacy LLC | c/o Alter and Barbaro, Esqs. | Attn: Bernard M. Alter | mitchalter48@hotmail.com |
| Stephen Giroux | c/o Kenney Shelton Liptak Nowak LLP | Attn: Jeffrey A Carlino and Alice J Cunningham | jacarlino@kslnlaw.com |
| Sunovion Pharmaceuticals Inc. | c/o Gibbons P.C. | Attn: Mark B. Conlan and Robert K. Malone | mconlan@gibbonslaw.com<br>rmalone@gibbonslaw.com |
| Teva Pharmaceutical USA | Attn: Mike Dorsey | | michael.dorsey@tevapharm.com |
| Teva Pharmaceuticals USA, Inc. | c/o Goodwin Proctor LLP | Attn: Artem Skorostensky | askorostensky@goodwinlaw.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Herbert H. Slatery III and Marvin E. Clements, Jr. | agbanknewyork@ag.tn.gov |
| United States of America | Attn: Jeffrey K. Powell, Esq. And Jacob M. Bergman, Esq., Asst U.S. Attys | | jeffrey.powell@usdoj.gov |
| United States of America | Attn: Louis Pellegrino, Esq., Asst U.S. Atty | | louis.pellegrino@usdoj.gov |
| United States of America | c/o United States Attorney's Office | Attn: James P. Kennedy, Jr., Kathryn L. Smith and Joseph H. Hunt | kathryn.l.smith@usdoj.gov |
| United States of America | c/o United States Department of Justice, Civil Division | Attn: Ruth A. Harvey, Margaret M. Newell and Mary A. Schmergel | mary.schmergel@usdoj.gov |
| Upsher-Smith Laboratories, LLC | c/o Ballard Spahr LLP | Attn: Tobey M. Daluz & Chantelle D. McClamb | daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com |
| Utica National Insurance Co. of Texas | c/o Goldberg Segalla LLP | Attn: Marc W Brown Esq. & James D Macri Esq. | mwbrown@goldbergsegalla.com<br>jmacri@goldbergsegalla.com |
| Walgreen Co., Walgreen Eastern Co., Inc. Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries | c/o Frankgecker LLP | Attn: Joseph D. Frank & Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com |

# Exhibit C



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Klein Pharmacy Inc | c/o Harris Beach PLLC | Attn: Lee E Woodard Esq 333 W Washington St Ste 200 | Syracuse | NY | 13202 |
| Klein Pharmacy Inc. | Attn: Nadeem Kausar | 123 Fifth Avenue | Pelham | NY | 10803 |

In re: Rochester Drug Co-Operative, Inc.
Case No. 20-20230 (PRW)   Case 2-20-20230-PRW,   Doc 1659,   Filed 09/23/22,   Entered 09/23/22 00:12:50,
Description: Main Document , Page 11 of 11

Page 1 of 1