United States Bankruptcy Court
Western District of New York

In re:  Case No. 20-20230-PRW
Rochester Drug Cooperative, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2  User: admin  Page 1 of 10
Date Rcvd: Sep 22, 2022  Form ID: cmotele3  Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rochester Drug Cooperative, Inc., P.O. Box 24389, Rochester, NY 14624-0389 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| | #+ | Baederwood Pharmacy, Attn: Barry Neff, 1585 The Fairway, Jankintown, PA 19046-1424 |
| pr | + | John T. Kinney, 9226 NW 9th Court, Plantation, FL 33324-1150 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.ro.ecf@usdoj.gov | Sep 22 2022 18:24:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1321 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

**Name**  **Email Address**

Aaron R. Cahn
    on behalf of Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com

Aaron R. Cahn
on behalf of Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com

Aaron R. Cahn
on behalf of Notice of Appearance Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com

Aaron R. Cahn
on behalf of Notice of Appearance Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com

Adriana Riviere-Badell
on behalf of Interested Party Cigna Healthcare Inc. adriana.riviere-badell@kobrekim.com

Aisha Rich
on behalf of Creditor Independent Public School Districts arich@findjustice.com pleadings@findjustice.com

Alex Talesnick
on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company talesnick@lsellp.com

Alex Talesnick
on behalf of Creditor Manufacturers and Traders Trust Company talesnick@lsellp.com

Alexa Perlman
on behalf of Interested Party Cigna Healthcare Inc. alexa.perlman@kobrekim.com

Alexander Nicas
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY alexander.nicas@kirkland.com

Alexander Nicas
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC alexander.nicas@kirkland.com

Alice Jean Cunningham
on behalf of Defendant Richard Klenk ajcunningham@kslnlaw.com

Alice Jean Cunningham
on behalf of Notice of Appearance Creditor Stephen Giroux ajcunningham@kslnlaw.com

Alice Jean Cunningham
on behalf of Defendant Stephen Giroux ajcunningham@kslnlaw.com

Alice Jean Cunningham
on behalf of Defendant Donald Arthur ajcunningham@kslnlaw.com

Amanda Waesch
on behalf of Respondent Boris Mantell alwaesch@bmdllc.com

Amanda Waesch
on behalf of Respondent Joe Lech alwaesch@bmdllc.com

Amanda Waesch
on behalf of Respondent Joseph Scott Miskovsky alwaesch@bmdllc.com

Amanda Waesch
on behalf of Respondent Garry Mrozek alwaesch@bmdllc.com

Artem Skorostensky
on behalf of Defendant Tracelink Inc. askorostensky@goodwinlaw.com

Artem Skorostensky
on behalf of Interested Party Tracelink Inc. askorostensky@goodwinlaw.com

Autumn Clarke
on behalf of Creditor Independent Public School Districts aclarke@findjustice.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor WELCARE DRUG STORE INC mitchalter48@hotmail.com mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor BAY CARE PHARMACY LLC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY, mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Creditor ECHO DRUGS INC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor STARRETT CITY PHARMACY LLC mitchalter48@hotmail.com mitchalter@gmail.com

| | |
|---|---|
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor DRUG GUILD DISTRIBUTORS mitchalter48@hotmail.com mitchalter@gmail.com |
| Bradford J. Sandler | on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust bsandler@pszjlaw.com |
| Brian Roy | on behalf of Defendant DRUG GUILD DISTRIBUTORS INC., broy@harrisbeach.com, bkemail@harrisbeach.com |
| Camille W. Hill | on behalf of Debtor Rochester Drug Cooperative Inc. chill@bsk.com, ayerst@bsk.com;kdoner@bsk.com |
| Carl H. Petkoff | on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION cpetkoff@nexsenpruet.com |
| Catherine Curtis | on behalf of Defendant GALDERMA LABORATORIES L.P. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Chantelle McClamb | on behalf of Notice of Appearance Creditor Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com |
| Chantelle McClamb | on behalf of Interested Party Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com |
| Christopher B. Wick | on behalf of Creditor Global Signal Acquisition II LLC cwick@hahnlaw.com cmbeitel@hahnlaw.com |
| Christopher John Major | on behalf of Defendant GUIDEPOST SOLUTIONS LLC cjm@msf-law.com |
| Constantine Dean Pourakis | on behalf of Creditor Eric Hestrup cp@stevenslee.com |
| Constantine Dean Pourakis | on behalf of Notice of Appearance Creditor Eric Hestrup cp@stevenslee.com |
| Cyrus Mehri | on behalf of Creditor Independent Public School Districts cmehri@findjustice.com |
| Daniel Hofmeister | on behalf of Interested Party Empire Healthchoice HMO Inc. dhofmeister@reedsmith.com |
| Daniel Joseph Saval | on behalf of Interested Party Cigna Healthcare Inc. daniel.saval@kobrekim.com |
| David Graff | on behalf of Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com |
| David Graff | on behalf of Notice of Appearance Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com |
| David L. Rasmussen | on behalf of Creditor MEAD SQUARE PHARMACY INC., THE CASE GROUP LLC d/b/a ALBERTY DRUGS, CHRISTOPHER CASEY, KEVIN CASEY AND LUCIA CASEY drasmussen@davidsonfink.com, mlyle@davidsonfink.com;caugino@davidsonfink.com;ldeanda@davidsonfink.com;mchapman@davidsonfink.com;spwilliams@davidsonfink.com |
| David M Pyun | on behalf of Notice of Appearance Creditor Best Stop Pharmacy Inc. david@davidpyunlaw.com |
| David M Pyun | on behalf of Notice of Appearance Creditor CCS Pharmacy Inc. david@davidpyunlaw.com |
| David M Pyun | on behalf of Notice of Appearance Creditor Cynthia Osei david@davidpyunlaw.com |
| David M Pyun | on behalf of Notice of Appearance Creditor GIG Pharmacy Inc. david@davidpyunlaw.com |
| Derrelle M. Janey | on behalf of Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com |
| Derrelle M. Janey | on behalf of Notice of Appearance Creditor LAURENCE F DOUD III djaney@gottliebjaney.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com |
| Derrelle M. Janey | on behalf of Cross Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com |

| | |
|---|---|
| Devin L. Palmer | on behalf of Creditor Deborah and David Fuller dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com |
| Duriya Dhinojwala | on behalf of Respondent Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Eitan Blander | on behalf of Defendant ENDO PHARMACEUTICALS INC. eblander@teamtogut.com |
| Erin Elizabeth Elmouji | on behalf of Cross-Claimant Paul Pagnotta eelmouji@woodsoviatt.com |
| Erin Elizabeth Elmouji | on behalf of Defendant Paul Pagnotta eelmouji@woodsoviatt.com |
| Erin Elizabeth Elmouji | on behalf of Cross-Claimant Sherwood Klein eelmouji@woodsoviatt.com |
| Erin Elizabeth Elmouji | on behalf of Defendant Sherwood Klein eelmouji@woodsoviatt.com |
| Evelyn J. Meltzer | on behalf of Interested Party Collegium Pharmaceutical Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Interested Party Biodelivery Sciences International Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi-Aventis U.S. L.L.C. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi US Corporation evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant CHATTEM INC. evelyn.meltzer@troutman.com |
| George P. Apostolides | on behalf of Defendant BAUSCH HEALTH US LLC george.apostolides@saul.com |
| George P. Apostolides | on behalf of Defendant ALCON LABORATORIES INC. george.apostolides@saul.com |
| Gordon J. Toering | on behalf of Notice of Appearance Creditor Perrigo Company gtoering@wnj.com |
| Gordon J. Toering | on behalf of Creditor Perrigo Company gtoering@wnj.com |
| Helen Tuttle | on behalf of Notice of Appearance Creditor Roche Diagnostics Corporation helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Defendant Roche Diagnostics Corporation helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Notice of Appearance Creditor Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Defendant Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com |
| Howard S Steel | |

| | |
|---|---|
| | on behalf of Notice of Appearance Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com |
| Howard S Steel | |
| | on behalf of Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com |
| Ilan D Scharf | |
| | on behalf of Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Plaintiff Advisory Trust Group LLC ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| James C. Thoman | |
| | on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jthoman@hodgsonruss.com cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com |
| James D. Macri | |
| | on behalf of Notice of Appearance Creditor Utica National Insurance Co. of Texas jmacri@goldbergsegalla.com akapuscinski@goldbergsegalla.com;sweisheit@goldbergsegalla.com |
| James I. Stang | |
| | on behalf of Creditor Official Committee of Unsecured Creditors jstang@pszjlaw.com |
| Jason S Pomerantz | |
| | on behalf of Creditor Official Committee of Unsecured Creditors jspomerantz@pszjlaw.com |
| Jason S Pomerantz | |
| | on behalf of Plaintiff Advisory Trust Group LLC jspomerantz@pszjlaw.com |
| Jeffrey A. Carlino | |
| | on behalf of Defendant Stephen Giroux jacarlino@kslnlaw.com kmlathrop@kslnlaw.com |
| Jeffrey A. Carlino | |
| | on behalf of Defendant Richard Klenk jacarlino@kslnlaw.com kmlathrop@kslnlaw.com |
| Jeffrey A. Carlino | |
| | on behalf of Defendant Donald Arthur jacarlino@kslnlaw.com kmlathrop@kslnlaw.com |
| Jeffrey A. Carlino | |
| | on behalf of Notice of Appearance Creditor Stephen Giroux jacarlino@kslnlaw.com kmlathrop@kslnlaw.com |
| Jeffrey Austin Dove | |
| | on behalf of Interested Party MSP Singapore Co. LLC jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | |
| | on behalf of Interested Party Schering Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | |
| | on behalf of Interested Party Schering-Plough Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | |
| | on behalf of Interested Party Merck & Co. Inc. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | |
| | on behalf of Interested Party Merck Sharp & Dohme Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Charles Krause | |
| | on behalf of Defendant KIMBERLY-CLARK CORPORATION jkrause@gibsondunn.com |
| Jennifer Connolly | |
| | on behalf of Creditor State of Michigan ex rel. Dana Nessel, Attorney General jconnolly@baronbudd.com |
| Jeremy C. Kleinman | |
| | on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com |
| Joann Sternheimer | |
| | on behalf of Defendant GENSCO LABORATORIES LLC jsternheimer@lippes.com, jharriman@deilylawfirm.com;ecfactivitynotices@deilylawfirm.com |
| John Hall | |
| | on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jhall@lewisrice.com john-hall-4718@ecf.pacerpro.com |

John C Goodchild
 on behalf of Defendant GlaxoSmithKline LLC john.goodchild@morganlewis.com

John C Goodchild
 on behalf of Defendant GlaxoSmithKline LLC f/k/a Glaxo Wellcome john.goodchild@morganlewis.com

John Evans Jureller, Jr
 on behalf of Defendant OMNICELL INC. jjureller@klestadt.com

John J Martin
 on behalf of Creditor Seno Inc. d/b/a Falcon Express & Courier; Falcon Express & Courier jmartin@martin-law.net

John J Martin
 on behalf of Defendant Falcon Express & Courier jmartin@martin-law.net

John J Martin
 on behalf of Defendant Seno Inc. d/b/a Falcon Express & Courier jmartin@martin-law.net

John Patrick Elliott
 on behalf of Notice of Appearance Creditor Aetna Health Inc. jpe@elliottgreenleaf.com

John R. Weider
 on behalf of Creditor James L. Robfogel jweider@barclaydamon.com nbishouty@barclaydamon.com

Joseph D. Frank
 on behalf of Notice of Appearance Creditor Walgreen Co. Walgreen Eastern Co., Inc. Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
 on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joshua Karsh
 on behalf of Creditor Independent Public School Districts jkarsh@findjustice.com

Joshua Sussberg
 on behalf of Defendant AMNEAL PHARMACEUTICALS LLC joshua.sussberg@kirkland.com

Joshua Sussberg
 on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY joshua.sussberg@kirkland.com

Judith Elkin
 on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust jelkin@pszjlaw.com

Julio E Mendoza, Jr
 on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION rmendoza@nexsenpruet.com

Kathleen Dunivin Schmitt
 USTPRegion02.RO.ECF@USDOJ.GOV

Kathryn Elizabeth Hickner
 on behalf of Notice of Appearance Creditor Boris Mantell kehickner@bmdllc.com

Kathryn Elizabeth Hickner
 on behalf of Notice of Appearance Creditor Garry Mrozek kehickner@bmdllc.com

Kathryn Elizabeth Hickner
 on behalf of Notice of Appearance Creditor Joseph Scott Miskovsky kehickner@bmdllc.com

Kathryn Elizabeth Hickner
 on behalf of Notice of Appearance Creditor Joe Lech kehickner@bmdllc.com

Kathryn L. Smith
 on behalf of Notice of Appearance Creditor United States of America kathryn.l.smith@usdoj.gov jacqueline.markidis@usdoj.gov,USANYW.bankruptcyfilings@usdoj.gov

Keara Waldron
 on behalf of Defendant BRISTOL-MYERS SQUIBB COMPANY kwaldron@lowenstein.com

Keara Waldron
 on behalf of Defendant CELGENE CORPORATION kwaldron@lowenstein.com

Keara Waldron
 on behalf of Defendant ABRAXIS BIOSCIENCE INC. kwaldron@lowenstein.com

Kenneth A. Reynolds
 on behalf of Notice of Appearance Creditor Sarit Roy kreynolds@mklawnyc.com tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kenneth A. Reynolds
 on behalf of Notice of Appearance Creditor Smithtown Prescription Center Inc. kreynolds@mklawnyc.com, tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kevin English
    on behalf of Notice of Appearance Creditor Aetna Health Inc. kenglish@phillipslytle.com

Kirstin B. Ives
    on behalf of Respondent Humana Health Company of New York Inc. kbi@falkenbergives.com, ag@falkenbergives.com

Kizzy Jarashow
    on behalf of Notice of Appearance Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Kizzy Jarashow
    on behalf of Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Lawrence Benjamin
    on behalf of Interested Party Empire Healthchoice HMO Inc. lbenjamin@reedsmith.com

Lee E. Woodard
    on behalf of Creditor ECHO DRUGS INC bkemail@harrisbeach.com, efilings@harrisbeach.com;broy@harrisbeach.com;bmahoney@HarrisBeach.com;KMeans@HarrisBeach.com

Leslie Barr
    on behalf of Notice of Appearance Creditor Alan Nisselson Chapter 7 Trustee for the Estate of Rx Plus, LLC lbarr@windelsmarx.com

Louis J. Testa
    on behalf of Notice of Appearance Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson
    on behalf of Creditor Anne Alexander et al lowellwfinson@gmail.com

Lucian B. Murley
    on behalf of Defendant ALCON LABORATORIES INC. luke.murley@saul.com, robyn.warren@saul.com

Lucian B. Murley
    on behalf of Defendant BAUSCH HEALTH US LLC luke.murley@saul.com robyn.warren@saul.com

Mark McKane
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC mark.mckane@kirkland.com

Mark McKane
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY mark.mckane@kirkland.com

Mark Minuti
    on behalf of Defendant SUPERNUS PHARMACEUTICALS INC mark.minuti@saul.com, robyn.warren@saul.com

Mark B. Conlan
    on behalf of Defendant Emergent Devices Inc. f/k/a Adapt Pharma, Inc. mconlan@gibbonslaw.com

Mark B. Conlan
    on behalf of Notice of Appearance Creditor Sunovion Pharmaceuticals Inc. mconlan@gibbonslaw.com

Mark B. Conlan
    on behalf of Notice of Appearance Creditor Novo Nordisk Inc. mconlan@gibbonslaw.com

Mark J. Schwemler
    on behalf of Notice of Appearance Creditor Aetna Health Inc. mjs@elliottgreenleaf.com

Martin A. Mooney
    on behalf of Notice of Appearance Creditor People of the State of New York Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com;TJohnson@schillerknapp.com

Marvin E. Clements, Jr
    on behalf of Notice of Appearance Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Mary Schmergel
    on behalf of Notice of Appearance Creditor United States of America mary.schmergel@usdoj.gov

Meghan M Breen
    on behalf of Notice of Appearance Creditor OptiSource LLC mbreen@lemerygreisler.com, phartl@lemerygreisler.com;ksousis@lemerygreisler.com

Melissa A Martinez
    on behalf of Defendant ALCON LABORATORIES INC. melissa.martinez@saul.com

Melissa A Martinez
    on behalf of Defendant BAUSCH HEALTH US LLC melissa.martinez@saul.com

Michael Esser
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY michael.esser@kirkland.com

Michael Esser
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC michael.esser@kirkland.com

Michael Luskin

Michael Luskin
    on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company luskin@lsellp.com

    on behalf of Creditor Manufacturers and Traders Trust Company luskin@lsellp.com

Michael A. Kornstein
    on behalf of Attorney Cyrus Mehri mkornstein@coopererving.com

Michael G. Farag
    on behalf of Defendant KIMBERLY-CLARK CORPORATION mfarag@gibsondunn.com

Nakisha Duncan
    on behalf of Defendant GlaxoSmithKline LLC nakisha.duncan@morganlewis.com

Nakisha Duncan
    on behalf of Defendant GlaxoSmithKline LLC f/k/a Glaxo Wellcome nakisha.duncan@morganlewis.com

Nathan Delman
    on behalf of Defendant BUFFALO HOSPITAL SUPPLY LLC ndelman@hmblaw.com

Neil Matthew Berger
    on behalf of Defendant ENDO PHARMACEUTICALS INC. neilberger@teamtogut.com, dperson@teamtogut.com

Nicholas Gatto
    on behalf of Special Counsel Harter Secrest & Emery LLP ngatto@hselaw.com

Nicholas Gatto
    on behalf of Debtor Rochester Drug Cooperative Inc. ngatto@hselaw.com

Nicholas F Kajon
    on behalf of Creditor Eric Hestrup nfk@stevenslee.com

Philip Gross
    on behalf of Defendant CELGENE CORPORATION pgross@lowenstein.com echafetz@lowenstein.com;dclaussen@lowenstein.com

Philip Gross
    on behalf of Defendant BRISTOL-MYERS SQUIBB COMPANY pgross@lowenstein.com echafetz@lowenstein.com;dclaussen@lowenstein.com

Philip Gross
    on behalf of Defendant ABRAXIS BIOSCIENCE INC. pgross@lowenstein.com, echafetz@lowenstein.com;dclaussen@lowenstein.com

Regina Cohen
    on behalf of Defendant EMERSON HEALTHCARE LLC rcohen@lavin-law.com

Richard Nicholas Franco
    on behalf of Notice of Appearance Creditor Christopher Casey rfranco@davidsonfink.com

Richard Nicholas Franco
    on behalf of Defendant Christopher Casey rfranco@davidsonfink.com

Robert K. Weiler
    on behalf of Notice of Appearance Creditor Colliers International NJ LLC rweiler@bhlawpllc.com lellis@bhlawpllc.com;mklein@bhlawpllc.com

Robert Kevin Malone
    on behalf of Notice of Appearance Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert Kevin Malone
    on behalf of Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert L Pryor
    on behalf of Interested Party TXX Services Inc. rlp@pryormandelup.com

Robert L Pryor
    on behalf of Defendant TXX Services Inc. rlp@pryormandelup.com

Rodger M. Landau
    on behalf of Notice of Appearance Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Rodger M. Landau
    on behalf of Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Ronald E Gold
    on behalf of Notice of Appearance Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com, bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Ronald E Gold
    on behalf of Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com,

bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Rosa J. Evergreen
on behalf of Interested Party Merck Sharp & Dohme Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
on behalf of Interested Party Schering Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
on behalf of Interested Party Schering-Plough Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
on behalf of Interested Party Merck & Co. Inc. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
on behalf of Interested Party MSP Singapore Co. LLC rosa.evergreen@arnoldporter.com

Sean P Williams
on behalf of Defendant Christopher Casey spwilliams@davidsonfink.com ldeanda@davidsonfink.com;caugino@davidsonfink.com;mchapman@davidsonfink.com

Sean Patrick Williams
on behalf of Interested Party VK Acquisitions V LLC swilliams@lplegal.com

Seth Adam Meyer
on behalf of Creditor Eric Hestrup sam@kellerlenkner.com docket@kellerlenkner.com

Shannon Anne Scott
on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shannon L Deeby
on behalf of Creditor Mylan Specialty LP sdeeby@clarkhill.com

Shannon L Deeby
on behalf of Creditor Mylan Pharmaceuticals Inc. sdeeby@clarkhill.com

Sheryl P. Giugliano
on behalf of Notice of Appearance Creditor GALDERMA LABORATORIES L.P. sgiugliano@rmfpc.com, samiel@rmfpc.com

Stephen A. Donato
on behalf of Debtor Rochester Drug Cooperative Inc. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com

Stephen Z. Starr
on behalf of Interested Party Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
on behalf of Interested Party Donald Arthur sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
on behalf of Notice of Appearance Creditor Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
on behalf of Interested Party Richard L. Klenk sstarr@starrandstarr.com jgomez@starrandstarr.com

Steven A Skalet
on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Thomas Fawkes
on behalf of Defendant SUN PHARMACEUTICAL INDUSTRIES INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;brittany.falkner@tuckerellis.com

Thomas Fawkes
on behalf of Defendant EISAI INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;brittany.falkner@tuckerellis.com

Thomas H. McCann
on behalf of Interested Party David Stachnik tmccann@thomasmccannlaw.com

Timothy Patrick Lyster
on behalf of Defendant Paul Pagnotta tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
on behalf of Defendant Sherwood Klein tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
on behalf of Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Tobey M. Daluz
on behalf of Interested Party Upsher-Smith Laboratories LLC daluzt@ballardspahr.com

| | |
|---|---|
| Todd Feinsmith | on behalf of Interested Party Biodelivery Sciences International Inc. todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Defendant COLLEGIUM PHARMACEUTICAL INC. todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Defendant BIODELIVERY SCIENCES INTERNATIONAL INC todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Interested Party Collegium Pharmaceutical Inc. todd.feinsmith@troutman.com |
| Wanda Borges | on behalf of Notice of Appearance Creditor Glenmark Pharmaceuticals Inc. USA ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Notice of Appearance Creditor Lifescan Global Corporation ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Defendant Lifescan Global Corporation d/b/a Lifescan ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Defendant Lifescan Inc. ecfcases@borgeslawllc.com |
| Warren B. Rosenbaum | on behalf of Notice of Appearance Creditor Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Notice of Appearance Creditor Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Defendant Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Defendant Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| William C. Price | on behalf of Creditor Mylan Specialty LP wprice@clarkhill.com, aporter@clarkhill.com |
| William C. Price | on behalf of Defendant MYLAN SPECIALTY L.P. wprice@clarkhill.com, aporter@clarkhill.com |
| William C. Price | on behalf of Creditor Mylan Pharmaceuticals Inc. wprice@clarkhill.com, aporter@clarkhill.com |
| William E. Brueckner | on behalf of Defendant Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Creditor Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Notice of Appearance Creditor Paul Pagnotta wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Defendant Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Notice of Appearance Creditor Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |
| William E. Brueckner | on behalf of Creditor Sherwood Klein wbrueckner@woodsoviatt.com sciaio@mccmlaw.com |

TOTAL: 229

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In Re: | Case No.: 2−20−20230−PRW |
| | Chapter: 11 |
| Rochester Drug Cooperative, Inc. | |
| | Tax ID: 16−0729574 |
| Debtor(s) | |

---

CASE MANAGEMENT ORDER
**− CASES BEFORE JUDGE WARREN −**
(CALL−IN INSTRUCTIONS FOR ALL MATTERS SCHEDULED
FOR HEARING **ON OR AFTER DECEMBER 1, 2021**)

**\*\*\*IMPORTANT: The Court has been assigned new telephone conference numbers. The new numbers must be used for matters scheduled to be heard on or after December 1, 2021.\*\*\***

Until further order of the Court, weekly Motion Terms, Chapter 13 Confirmation Hearings, and any other Discrete Hearings and Conferences in both Buffalo and Rochester will be conducted by telephone conference, to eliminate the need for counsel, parties, or interested persons to appear in person. Matters will begin at the regularly scheduled times. Counsel and interested parties should call the telephone conference system sufficiently in advance of the beginning of the scheduled matter by: (1) dialing **(571) 353−2301**; (2) when prompted for the "number you wish to dial" dial **808325466#**; (3) when prompted for the security pin enter **9999#**. Cases will be called in the order listed on the Court's website: https://www.nywb.uscourts.gov/calendars/judge_warren/index.html. An electronic record of each proceeding will be made.

**THE COURT HAS DETERMINED THAT USE OF THE TELEPHONE CONFERENCE SYSTEM IS MANDATORY. ONLY COURT STAFF WILL BE PERMITTED IN THE COURTROOM − AN ATTORNEY, PARTY, OR INTERESTED PERSON SEEKING TO APPEAR IN PERSON <u>WILL NOT</u> BE PERMITTED TO ENTER THE COURTROOM.**

**THE RECORDING OR BROADCASTING OF ANY HEARING IS PROHIBITED − ANY VIOLATION OF THIS PROHIBITION WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

*Courtesy copies of pleadings or other papers for matters before Judge Warren are no longer to be provided to Chambers or the Clerk's Office.*

**IT IS SO ORDERED.**

Dated: September 22, 2022 /s/
Rochester, New York **HONORABLE PAUL R. WARREN**
United States Bankruptcy Judge

Form cmotele3/Doc 1658

www.nywb.uscourts.gov