**Exhibit D-2**

**Beth D. Dassa**
___

| | |
|---|---|
| **From:** | Lowell Finson <lowell@finsonlawfirm.com> |
| **Sent:** | Tuesday, July 12, 2022 10:52 AM |
| **To:** | Judith Elkin |
| **Subject:** | Re: Rochester Drug Cooperative |
| **Attachments:** | image001.jpg |

Understood and I will fully comply

Finson Law Firm

On Tue, Jul 12, 2022, 9:54 AM Judith Elkin <jelkin@pszjlaw.com> wrote:

> Dear Mr. Finson:
>
> Please see the attached correspondence regarding the claim filed by your law firm in the bankruptcy case of Rochester Drug Co-Operative, Inc. pending in the United States Bankruptcy Court for the Western District of New York.
>
> Feel free to call me if you have any questions.
>
> Judith Elkin
>
> Pachulski Stang Ziehl & Jones LLP
>
> Direct Dial: 212.561.7781
>
> Tel: 212.561.7700 | Fax: 212.561.7777
>
> Cell: 917.671.8062
>
> Jelkin@pszjlaw.com
>
> www.pszjlaw.com
>
> Los Angeles | San Francisco | Wilmington, DE | New York | Houston