**Exhibit D-3**

**Beth D. Dassa**
___

| | |
|---|---|
| **From:** | Judith Elkin |
| **Sent:** | Friday, September 02, 2022 7:33 AM |
| **To:** | 'Lowell Finson' |
| **Subject:** | RE: Rochester Drug Cooperative |

Lowell

Can you give me an update on the status of this request for information.

Thanks

Judith Elkin
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7781
Tel: 212.561.7700 | Fax: 212.561.7777
Cell: 917.671.8062
Jelkin@pszjlaw.com
www.pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston


**From:** Lowell Finson [mailto:lowell@finsonlawfirm.com]
**Sent:** Tuesday, July 12, 2022 12:52 PM
**To:** Judith Elkin
**Subject:** Re: Rochester Drug Cooperative

Understood and I will fully comply

Finson Law Firm

On Tue, Jul 12, 2022, 9:54 AM Judith Elkin <jelkin@pszjlaw.com> wrote:

> Dear Mr. Finson:
>
>
> Please see the attached correspondence regarding the claim filed by your law firm in the bankruptcy case of Rochester Drug Co-Operative, Inc. pending in the United States Bankruptcy Court for the Western District of New York.

Feel free to call me if you have any questions.

Judith Elkin

Pachulski Stang Ziehl & Jones LLP

Direct Dial: 212.561.7781

Tel: 212.561.7700 | Fax: 212.561.7777

Cell: 917.671.8062

Jelkin@pszjlaw.com

www.pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston