UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC., | ) Case No. 20-20230 (PRW) |
| Debtor. | ) |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Nancy Brown, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067.

On September 28, 2022, I caused to be served a true and correct copy of the Liquidating Trustee's *First Omnibus Objection to Claims (Books and Records) Filed Against Rochester Drug Co-Operative, Inc. by Finson Law Firm* via the Court's ECF system.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28th day of September, 2022 at Los Angeles, California.

*/s/ Nancy Brown*
Nancy Brown