# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Rochester Drug Cooperative, Inc.

           Debtor(s)

Case No.: 2–20–20230–PRW
Chapter: 11

Tax ID: 16–0729574

## DEFICIENCY NOTICE

Docket # **1662** – Omnibus Motion Objecting to Claim(s). Claim(s) filed by Names are listed on Exhibit A. /Liquidating Trustee's First Omnibus Objection (Books And Records) to Claims Filed Against Rochester Drug Co–Operative, Inc. by Finson Law Firm (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit C–1 # 5 Exhibit C–2 # 6 Exhibit D # 7 Exhibit D–1 # 8 Exhibit D–2 # 9 Exhibit D–3 # 10 Certificate of Service) Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust (Scharf, Ilan) CLERK'S NOTE: PER ATTORNEY'S OFFICE, THE ATTACHED EXHIBITS ARE DUPLICATES OF WHAT IS INCLUDED IN THE MAIN DOCUMENT. Modified on 9/29/2022 (Putnam, S.).

*1663* – Notice re: /Notice of Hearing on Liquidating Trustee's First Omnibus Objection to Claims (Books And Records) Filed Against Rochester Drug Co–Operative, Inc. by Finson Law Firm Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust. (RE: related document(s)1662 Motion to Object to Claim(s)) Filed by Attorney (Scharf, Ilan)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[   ] Remove ALL reference to a telephonic hearing and include the complete and correct hearing location.

[   ] Supplemental 2016(b) statement must be filed if professional fees are requested.

[   ] The caption on the document(s) filed does not match the case caption in CM/ECF.

[   ] Cover Sheet:

[ X ] Notice of Motion includes an incomplete Negative Notice Statement. Also, please remove all references to any objection deadlines.

[   ] Notice of Motion: Incorrect Hearing **[   ]** DATE; **[   ]** TIME; **[   ]** LOCATION.

[   ] Certificate of service:

[   ] Proposed Order:

[ X ] Motion fails to comply with the Administrative Order dated December 2020, which contains a comprehensive list of procedures/requirements for each Negative Notice motion filed in cases assigned to Judge Warren. This Administrative Order is available at www.nywb.uscourts.gov.

[ X ] Other: Going forward, deficiencies will be issued if Judge Warren's procedures, including Negative Notice procedures, are not followed and those matters will not be placed on the calendar. Matters already on the calendar prior to this notification will remain on the calendar– however that will not be the case for this and future deficient motions.

**ADDITIONAL INFORMATION:** *Please consult the Court's website for <u>available hearing dates.</u>* Motion Practice and Scheduling Guidelines can be found on the Court's website at: www.nywb.uscourts.gov

[ X ] This motion **WILL NOT** be considered by the Court.

[ X ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[   ] To efile, **Bankruptcy >**

\*Questions regarding this notice should be directed to the Rochester Clerk's Office at 585–613–4200.

Date: September 30, 2022          Lisa Bertino Beaser, Clerk of the Bankruptcy Court

By: S. Putnam, Deputy Clerk

Form defymtn/Doc 1664
www.nywb.uscourts.gov