# EXHIBIT A

**Disputed Claims Subject to Objection**

| Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| AARON, CHARLES | 20093 | | Claim disallowed |
| ABLE, SHAWN | 20098 | | Claim disallowed |
| ABOUD, RYAN | 20097 | | Claim disallowed |
| ABRAM, ROBERT | 20102/21450 | Claim 21450 filed by Robert Abram OBO Mary Abram. May be duplicates. | Both Claims disallowed |
| ACEVEDO, RICHARD | 20105 | | Claim disallowed |
| ACKLAM, WILLIAM | 20083 | | Claim disallowed |
| ACORD, JEFFREY | 20084 | | Claim disallowed |
| ADAMS, CINDY | 20182 | | Claim disallowed |
| ADAMS, MATTHEWS | 22178 | | Claim disallowed |
| ADAMS, RONALD | 20086 | | Claim disallowed |
| ADAMS, SHARON BAKER | 20223 | | Claim disallowed |
| ADKINS, APRIL | 20108 | | Claim disallowed |
| ADKINS, JENNIFER | 20110 | | Claim disallowed |
| ADKINS, JIMMY | 20112 | | Claim disallowed |
| AGIN, DAVID | 20087 | | Claim disallowed |
| AGONEY, TAMMY | 20113 | | Claim disallowed |
| AGUIRRE, IDA | 20103 | | Claim disallowed |
| AKERS, CHRISTOPHER | 22180 | | Claim disallowed |
| ALDRICH, JAMES | 20089 | | Claim disallowed |
| ALEXANDER, ANNE EVETTE | 20082 | | Claim disallowed |
| ALEXANDER, APRIL | 20183 | | Claim disallowed |
| ALFORD, WILHELMINA | 20184 | | Claim disallowed |
| ALI, JACLYN | 22181 | | Claim disallowed |
| ALLEN, FLYNN | 20106 | | Claim disallowed |
| ALLEN, JERRI | 20109 | | Claim disallowed |

| Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| ALLEN, JULIA | 20185 | | Claim disallowed |
| ALLEN, MICHAEL | 20090 | | Claim disallowed |
| ALLEN, SCHEDRICK | 20186 | | Claim disallowed |
| ALLISON, JOHN | 20111 | | Claim disallowed |
| ALTIZER, RODNEY | 22183 | | Claim disallowed |
| ALTON, HALEY | 20117 | | Claim disallowed |
| ALVAREZ, ELIAS | 20187 | | Claim disallowed |
| ALWIN, LINDSAY | 22184 | | Claim disallowed |
| AMES, WILLIAM | 22185 | | Claim disallowed |
| ANDERSON, BRADLEY | 20190 | | Claim disallowed |
| ANDERSON, HENRY | 20188 | | Claim disallowed |
| ANDERSON, JEFFREY | 20118 | | Claim disallowed |
| ANDERSON, KEITH | 20121 | | Claim disallowed |
| ANDERSON, ROBERT | 20189 | | Claim disallowed |
| ANDERSON, TONY | 20126 | | Claim disallowed |
| ANGLIN, CHARLES | 22186 | | Claim disallowed |
| ANIOLOWSKI, JOE | 20191 | | Claim disallowed |
| ANTHONY, DEREK | 20132 | | Claim disallowed |
| APOSTOLEC, BRIAN | 20192 | | Claim disallowed |
| APPLIN, GEORGE | 20133 | | Claim disallowed |
| APTHEKER, MINDY SCHACTER | 21718 | | Claim disallowed |
| ARELLANO, FLORA | 20193 | | Claim disallowed |
| ARMER, JESSIE | 20194 | | Claim disallowed |
| ARMSTRONG, DAVIDA SUSAN | 20198 | | Claim disallowed |

EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM

| Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| ARNOLD, CHARLES | 20199 | | Claim disallowed |
| ARNOLD, GREGORY | 20115 | | Claim disallowed |
| ARRINGTON, JEFFREY | 22188 | | Claim disallowed |
| ASBERRY, ZAPHANIAH | 20116 | | Claim disallowed |
| ASHMORE, DAVID JR | 22191 | May be duplicate of claim 22192. | Claim disallowed |
| ASHMORE, DAVID, JR | 22192/22193 | Claim 22192 appears to be a duplicate of claim 22191, except 22192 is filed by David Ashmore Jr. OBO David Ashmore. Claim 22193 is filed by David Ashmore Jr. OBO Roberta Ashmore. | Both Claims disallowed |
| AULISIO, ANTHONY | 20202 | | Claim disallowed |
| AUSTIN, AUBREY | 22194 | | Claim disallowed |
| AUTREY, KYMBERLY | 20204 | | Claim disallowed |
| AVERINE, PHYLLIS | 20120 | | Claim disallowed |
| AVILA, ERIC | 20094 | | Claim disallowed |
| AVILA, RAMON | 22195 | | Claim disallowed |
| BABCOCK, PHILLIP | 20095 | | Claim disallowed |
| BACHMAN, JOHN | 20122 | | Claim disallowed |
| BACON, GAYLE | 20123 | | Claim disallowed |
| BAGLEY, JEREMY | 20096 | | Claim disallowed |
| BAGWELL, RODNEY | 20206 | | Claim disallowed |
| BAILEY, DERLE, SR | 21664/22196 | Appear to be duplicates. Claim 21664 is filed by Derle Bailey Sr. OBO Derle Bailey Jr.; claim 22196 is filed by Derle Bailey Sr. OBO Derle Bailey. | Both Claims disallowed |
| BAILEY, DEXTER, JR | 20125 | | Claim disallowed |
| BAILEY, TANIKA | 20127 | | Claim disallowed |

| Claimant Name | POC Number(s) | Reason for Objection: **FOR ALL**: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| BAINTER, TRACEY ANN | 20207 | | Claim disallowed |
| BAKER, DAVID | 20219 | | Claim disallowed |
| BAKER, ROBERT | 20129/20221/22413 | Appear to be duplicates. All three claims are filed by Robert Baker; filed on 7/14/20, 7/15/20 and 7/31/20 respectively. | All three Claims disallowed |
| BAKER, TRISHA LYNN | 20209 | | Claim disallowed |
| BALCKSHIR, EMMITT | 20330 | | Claim disallowed |
| BALDRIDGE, SAMANTHA | 20130 | | Claim disallowed |
| BANAS, DONALD | 20136 | | Claim disallowed |
| BANKS, EDWANNA | 20137 | | Claim disallowed |
| BARAJAS, JIMMY | 20138 | | Claim disallowed |
| BARGER, CHRISTINA | 20140 | | Claim disallowed |
| BARKER, RACHEL | 20142 | | Claim disallowed |
| BARNES, ROXANNE | 20144 | | Claim disallowed |
| BARNES, STACY | 20148 | | Claim disallowed |
| BARNETT, ROBERT | 20151 | | Claim disallowed |
| BARR, VERONICA | 20224 | | Claim disallowed |
| BARRETT, SCOTT | 20153 | | Claim disallowed |
| BARROWS, LINDA | 20141 | | Claim disallowed |
| BARTHOLOMEW, LETICIA | 20143 | | Claim disallowed |
| BARZILAY, SIMON | 20226 | | Claim disallowed |
| BASALDU, TINA | 20230 | | Claim disallowed |
| BASSETT, JONATHAN | 22197 | | Claim disallowed |
| BASTO, ARLENE | 22321 | | Claim disallowed |
| BATSON, LAURENCE | 20232 | | Claim disallowed |
| BAULOS, NATALIE | 22198 | | Claim disallowed |

| Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| BAXTER, BELINDA | 20146 | | Claim disallowed |
| BAXTER, KEITH | 20145 | | Claim disallowed |
| BAYLIFF, DEBBIE | 20233 | | Claim disallowed |
| BAZAN, BELINDA | 22199 | | Claim disallowed |
| BEACH, CHAD | 20147 | | Claim disallowed |
| BEASLEY, JOSEPH | 20234 | | Claim disallowed |
| BEAVER, LINDZAY | 20150 | | Claim disallowed |