UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

    Rochester Drug Cooperative, Inc.,         Bankruptcy Case No. 20-20230-PRW
                                                  Chapter 11

                          Debtor.

_____

## CASE MANAGEMENT ORDER
## SCHEDULING HEARING ON MOTIONS
## OBJECTING TO CLAIM(S)

      On September 21, 2022, the Debtor filed two motions objecting to claim(s). (ECF Nos. 1651 & 1653). Both motions were set for hearing on November 3, 2022, at 10:00 a.m. (ECF Nos. 1655, 1657). On October 6, 2022, the Debtor filed an omnibus motion objecting to claim(s). (ECF Nos. 1662, 1668). That motion has not been set for hearing. In the interest of judicial economy and consistency, it is hereby

      **ORDERED**, that the hearing on the three motions objecting to claim(s) (ECF Nos. 1651, 1653, 1668) will be held on **November 3, 2022, at 11:00 A.M., in the manner specified in the Case Management Order that will be issued immediately following the docketing of this Order**; and it is further

      **ORDERED**, that all three motions will be treated as routine motions. They are not being handled under the Court's Negative Notice Procedures; and it is further

      **ORDERED**, that "[r]esponses to the motions must be electronically filed and served upon the adverse party not less than 72 hours prior to the hearing date and time." (*See* Judge Warren's Motion Practice procedures, https://www.nywb.uscourts.gov/content/judge-warren).

      **IT IS SO ORDERED.**

Dated: October 7, 2022                                   _____/s/_____
      Rochester, New York                       **HON. PAUL R. WARREN**
                                                      United States Bankruptcy Judge