# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−2 | User: admin | Date Created: 10/7/2022 |
| Case: 2−20−20230−PRW | Form ID: pdfterm | Total: 8 |

**Recipients of Notice of Electronic Filing:**
aty     Camille W. Hill     chill@bsk.com
aty     Ilan D Scharf     ischarf@pszjlaw.com
aty     Nicholas Gatto     ngatto@hselaw.com
aty     Stephen A. Donato     sdonato@bsk.com

                                                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Rochester Drug Cooperative, Inc.     P.O. Box 24389     Rochester, NY 14624−0389
pr     John T. Kinney     9226 NW 9th Court     Plantation, FL 33324
aty     Pachulski Stang Ziehl & Jones LLP     780 Third Avenue, 34th Floor     New York, NY 10017
smg     Office of the U.S. Trustee     100 State Street, Room 6090     Rochester, NY 14614

                                                                                                    TOTAL: 4