Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Judith Elkin, Esq. (NY Bar No. 4249439)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **ROCHESTER DRUG** | : | **Case No. 20-20230 (PRW)** |
| **CO-OPERATIVE, INC.** [1] | : | |
| | : | |
| **Debtor.** | : | |
-------------------------------------------------------------x

**LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION**
**(BOOKS AND RECORDS) TO CLAIMS FILED AGAINST**
**ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE**
**YOUR FILED PROOFS OF CLAIM.**

---

Advisory Trust Group, LLC, the trustee (the "<u>Liquidating Trustee</u>") of the RDC

Liquidating Trust files this *First Omnibus Objection to Claims (Books and Records) Filed Against*

*Rochester Drug Co-Operative, Inc. by Finson Law Firm* (the "<u>Objection</u>"). Pursuant to the

Objection, the Liquidating Trustee objects to the claims identified on **Exhibit A** hereto (the

"<u>Disputed Claims</u>") and seeks entry of an order (the "<u>Proposed Order</u>"), substantially in the form

---

[1] On February 26, 2021, the Bankruptcy Court entered an order confirming the *Second Amended Chapter 11 Plan of Liquidation* (the "<u>Plan of Liquidation</u>") of Rochester Drug Co-operative, Inc. ("<u>RDC</u>") which (along with that certain Liquidating Trust Agreement and Declaration of Trust) established the RDC Liquidating Trust and empowered it to collect and administer RDC's Assets and resolve Claims against RDC.

annexed hereto as **Exhibit B**, disallowing and expunging the Disputed Claims pursuant to section 502(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of this Objection, the Liquidating Trustee submits the Declaration of David Greenblatt (the "Greenblatt Declaration"), attached hereto as **Exhibit C**, and the Declaration of Judith Elkin (the "Elkin Declaration"), attached hereto as **Exhibit D**. In further support of this Objection, the Liquidating Trustee respectfully states as follows:

### Jurisdiction

1.       The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and the *Standing Order of Reference from the United States District Court for the Western District of New York*, dated February 29, 2012.   The Liquidating Trustee confirms its consent, pursuant to Bankruptcy Rule 7008, to the entry of a final order by the Court in connection with this Objection to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.       Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.       The bases for the relief requested herein are sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rules 3001 and 3007 and the Local Rules for the United States Bankruptcy Court for the Western District of New York (the "Local Bankruptcy Rules").

### Background

4.       On March 12, 2020, Rochester Drug Co-Operative, Inc. ("RDC" or the "Debtor") filed a petition under chapter 11 the Bankruptcy Code in the United States Bankruptcy

Court for the Western District of New York (the "Bankruptcy Court").  According to the Debtor's first day declaration and disclosure statement,[2] the Debtor was in the business of, among other things, purchasing and warehousing drugs and pharmaceutical products and selling and distributing such products to its member pharmacies, all of which were located in the following states: Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania and Vermont.

5.        On March 27, 2020, the Debtor filed its schedules of assets and liabilities (the "Schedules") [Docket No. 105] pursuant to Bankruptcy Rule 1007 and the *Ex Parte Order Pursuant to Bankruptcy Rules 1007(c) and 9006(b)(1) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs* [Docket No. 28].

6.        On May 19, 2020, the Bankruptcy Court entered an order authorizing Epiq Corporate Restructuring, LLC ("Epiq") to serve as Claims and Noticing Agent [Docket No. 318].

7.        On June 15, 2020, the Bankruptcy Court entered an order [Docket No. 401] (the "Bar Date Order") which, among other things, fixed July 31, 2020 as the date by which any person or entity holding (a) a Claim against the Debtor that arose or is deemed to have arisen prior to the Petition Date (the "General Bar Date"), or (b) an administrative expense claim against the Debtor that arose under section 503(b)(9) of the Bankruptcy Code (the "503(b)(9) Bar Date") must file a written proof of claim (a "Proof of Claim") asserting such claim against the Debtor. Furthermore, pursuant to the Bar Date Order, September 8, 2020 was fixed as the date by which any Governmental Unit (as defined in section 101(27) of the Bankruptcy Code) holding a claim against the Debtor that arose or is deemed to have arisen prior to the Petition Date must file a Proof

---

[2] Declaration of John T. Kinney in Support of Chapter 11 and First Day Motions (Docket No. 8) at ¶11; Second Amended Disclosure Statement to Accompany Debtor's Second Amended Chapter 11 Plan of Liquidation Dated January 15, 2021 (Docket No. 1146) at Ex. B, p. 144/147.

of Claim (the "Government Bar Date"). The Liquidating Trustee is informed and believes that the Debtor (or its agents) served the Bar Date Order, notice of the bar dates and a Proof of Claim form (collectively, the "Bar Date Notice Package"), upon all parties contemplated by the Bar Date Order. *See* Certificate of Service [Docket No. 431].

8.      On December 18, 2020, the Debtor amended certain of its Schedules (the "Amended Schedules") and gave claimants whose Claims were affected by the amendment until January 31, 2021 to file Claims [Docket Nos. 1014, 1016].

9.      On February 26, 2021, the Bankruptcy Court entered an order (the "Confirmation Order") confirming RDC's *Second Amended Chapter 11 Plan of Liquidation* (the "Plan of Liquidation"). Pursuant to the Confirmation Order, the Plan of Liquidation and that certain Liquidating Trust Agreement and Declaration of Trust (the "Trust Agreement") (collectively, the "Plan Documents"), RDC's Assets were transferred to the RDC Liquidating Trust which was empowered, among other things, to: (i) collect and administer the Debtor's Assets (including Causes of Action) and (ii) resolve Claims against the Debtor and its estate.[3]

10.      The Effective Date of the Plan of Liquidation occurred on March 19, 2021.

11.      As of the Effective Date, Advisory Trust Group, LLC was appointed to act as trustee of the RDC Liquidating Trust.

12.      Pursuant to the Plan of Liquidation: (i) the Bankruptcy Court retained jurisdiction, "[t]o hear and determine objections to the allowance of Claims, whether filed, asserted or made before or after the Effective Date, including, without limitation, to hear and determine objections to the classification of Claims and the allowance or disallowance of disputed Claims,

---

[3] The bankruptcy case docket numbers for the applicable documents are as follows: Confirmation Order (Docket No. 1257); Plan of Liquidation (Docket. No. 1145); Notice of Effective Date (Docket No. 1305). If not defined herein, capitalized terms have the definitions given to them in the Plan Documents.

DOCS_NY 46320 v3 75015.003

in whole or in part;" and (ii) the Liquidating Trustee "may object to Claims at any time prior to the dissolution of the [RDC] Liquidating Trust." Plan of Liquidation, § 10.13(d); § 8.14.

13. On July 16, 2021, the Court granted the Liquidating Trustee's *Motion for Entry of an Order (I) Discharging Epiq Corporate Restructuring, LLC and (II) Retaining Bankruptcy Management Solutions, Inc. d/b/a Stretto as the Post-Confirmation Claims Agent* [Docket No. 1384]. Pursuant to that order, Epiq was discharged and Bankruptcy Management Solutions, Inc. ("Stretto"), now maintains the official claims register.

14. In accordance with Bankruptcy Rule 3007(e), this Objection is being filed to 100 of the over 2,100 claims timely filed by the Finson Law Firm on behalf of certain individuals asserting Claims against RDC (the "Claimants"). As set forth below, the Liquidating Trustee believes filing this Objection as an omnibus objection is appropriate. **Exhibit A** to this Objection identifies the Disputed Claims being objected to herein and includes the name of each Claimant, the claim number assigned to each Disputed Claim, and the dollar amount of each Disputed Claim. ***Other than the name of each Claimant, no address or other contact information of the Claimant is included on any of the proofs of claim listed on Exhibit A.*** The only signatory and contact information on each proof of claim is that of counsel – Lowell Finson of the Finson Law Firm (the "Finson Firm"). Each proof of claim appears to be identical in that each contains only the name of the alleged Claimant, is filed for an "undetermined" amount, states the basis of the claim as "Litigation-Pers. Injury/Workers Comp.," and contains an attachment that is a generic discussion of RDC's pre-petition opioid practices and the consent decrees it entered into with various governmental entities. Only the name of the Claimant appears to be different on each proof of claim form. ***None of the proofs of claim contains any information as to the alleged Claimant's residence or place of business, the Claimant's connection to RDC or any of its member***

*pharmacies, or a description or dollar amount of the actual damages suffered by the Claimant as a result of any actions allegedly taken by RDC.* An example of the proofs of claim filed by the Finson Firm and subject to this Objection is attached to the Greenblatt Declaration as **Exhibit C-2**.

**Relief Requested**

15. By this Objection, the Liquidating Trustee seeks entry of the Proposed Order pursuant to section 502(b) of the Bankruptcy Code disallowing the Disputed Claims of the Claimants identified on **Exhibit A** because the Liquidating Trustee is unable to determine the validity of any Disputed Claim, each Disputed Claim is for an undetermined amount and none of the proofs of claim contain any exhibits or documentation in support of the Disputed Claims.

16. **Omnibus Claim Objection is Appropriate**. Bankruptcy Rule 3007(d) provides for the filing of omnibus claim objections (objections to more than one claim in a single pleading) if "all the claims were filed by the same entity, or the objections are based solely on the grounds that the claims should be disallowed, in whole or in part, because: . . . (6) they were presented in a form that does not comply with applicable rules, and the objection states that the objector is unable to determine the validity of the claim because of the noncompliance; . . ." This omnibus objection is appropriate because all the Disputed Claims identified on **Exhibit A** were filed by the same entity (Finson Law Firm) and it is impossible for the Liquidating Trustee to identify or serve each Claimant as no information other than the name of the alleged Claimant is provided. Additionally, use of the omnibus objection procedures set out in the Bankruptcy Rules is appropriate because none of the proofs of claim identified on **Exhibit A** comply with Bankruptcy Rule 3001(a) and the Official Form. Therefore, the Liquidating Trustee is unable to determine the validity of any Disputed Claim because of the noncompliance. Notwithstanding that the Finson

6

Law Firm filed approximately 2170 proofs of claim containing the same defects discussed above, in accordance with Bankruptcy Rule 3007(e), this Objection is limited to 100 claims.[4]

17.     <u>Each Disputed Claim Should Be Disallowed</u>.   None of the proofs of claim identified on **Exhibit A** are compliant with Bankruptcy Rule 3001(a). Bankruptcy Rule 3001(a) provides that "[a] proof of claim shall conform substantially to the Official Form." The Official Form requires inclusion of the following information:

(1)     the creditor's name and address,

(2)     the basis for the claim,

(3)     the date the debt was incurred,

(4)     the amount of the claim,

(5)     the classification of claim, and

(6)     any supporting documents.

None of the proofs of claim listed in **Exhibit A** contain this information.   Therefore, the Liquidating Trustee cannot determine the validity or amount of any of the Disputed Claims.

18.     A filed proof of claim is deemed allowed, unless a party in interest objects. 11 U.S.C. § 502(a). A properly executed and filed proof of claim constitutes *prima facie* evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. Fed. R. Bankr. P. 3001(f); *see also In re Residential Capital, LLC*, 524 B.R. 465, 477 (Bankr. S.D.N.Y. 2015).

19.     If an objection refuting at least one of the claim's essential allegations is asserted, the Claimant has the burden to demonstrate the validity of the claim. *In re Ditech Holding*

---

[4] The Liquidating Trustee decided to file this Objection to only 100 of the approximately 2170 proofs of claim filed by the Finson Firm in an effort to maximize efficiency and gain guidance regarding the other approximately 2070 cookie-cutter claims filed by the Finson Firm. The Liquidating Trustee reserves the right to object to all claims filed by the Finson Firm.

DOCS_NY 46320 v3 75015.003

*Corp.,* 2021 Bankr. LEXIS 1299, *10 (Bankr. S.D.N.Y. May 13, 2021).  If there is an objection to

a claim, the bankruptcy court, after notice and a hearing, shall determine the amount of such claim

as of the date of the filing of the petition, and shall allow such claim in such amount, subject to

certain exceptions identified in the statute. 11 U.S.C. § 502(b). One such exception is that the court

shall not allow a claim if "such claim is unenforceable against the debtor and property of the debtor,

under any agreement or applicable law for a reason other than because such claim is contingent or

unmatured." 11 U.S.C. § 502(b)(1).

      20.    Here, ample evidence exists to rebut the *prima facie* validity of each of the

100 Disputed Claims identified on **Exhibit A**.  A total of approximately 2170 proofs of claim were

filed by the Finson Firm (inclusive of some which appear to be duplicates).  Each proof of claim

is identical in that each contains only the name of the alleged Claimant, is filed for an

"undetermined" amount, states the basis of the claim as "Litigation-Pers. Injury/Workers Comp.,"

and contains an attachment that is a generic discussion of RDC's pre-petition opioid practices and

the consent decrees it entered into with various governmental entities.  None of the proofs of claim

filed Finson Firm contains any information as to the alleged Claimant's residence or place of

business, the Claimant's connection to RDC or any of its member pharmacies, or a dollar amount

or description of the actual damages suffered by the Claimant as a result of any actions taken by

RDC.  Nor do any of the claims attach a complaint.

      21.    Included in each proof of claim is the following statement:

> If necessary, Creditor/Claimant (hereinafter referred to as "Creditor" or
> "Creditor/Claimant") will produce medical records indicating proof of use
> of an opioid, addiction, and permanent physical and emotional damages.
> Further records can be produced showing economic losses associated with
> the addiction sequelae.

DOCS_NY 46320 v3 75015.003

However, none of this information has ever been provided, despite being requested. Additionally, this information alone would not show any relationship between this Debtor and any particular Claimant to support allowance of a Claim in this case.

22.     On July 12, 2022, counsel for the Liquidating Trustee sent Mr. Lowell Finson of the Finson Firm a letter (A true and correct copy of which is attached to the Elkin Declaration as **Exhibit D-1**) seeking the following information *as well as* the information each proof of claim indicated could be provided: (i) the full name, address and contact information of each Claimant; (ii) evidence that each Claimant either lives/works or lived/worked in the Debtor's geographic area of operations; (iii) evidence that each Claimant purchased opioids from the Debtor or from one of its member pharmacies and the type and amount of opioids purchased, inclusive of prescription data and related medical diagnosis; (iv) a breakdown of the types of injuries suffered by each Claimant; and (v) the actual dollar amount of each alleged claim and any specific data supporting the dollar amount and relating that dollar amount to harm allegedly caused to the Claimant by the Debtor. The letter asked that the requested information be provided by August 15, 2022.

23.     Upon receipt of the letter, on July 12, 2022, Mr. Finson responded by email to counsel for the Liquidating Trustee that he would provide the requested information. A true and correct copy of the 7/12/22 email is attached to the Elkin Declaration as **Exhibit D-2**. During mid-July 2022, counsel for the Liquidating Trustee had a phone conversation with Mr. Finson further describing the case and the information needed. No further response was ever received. On September 2, 2022, counsel for the Liquidating Trustee emailed Mr. Finson asking for an update on the requests for information. As of the date of this Objection, no response has been

9

received.  A true and correct copy of the 9/2/22 email is attached to the Elkin Declaration as **Exhibit D-3**.

24.     Without the information requested above, the Liquidating Trustee is unable to assess the validity or amount of the Disputed Claims listed on **Exhibit A**.  The records of RDC do not show any relationship between RDC and any named Claimant and the Liquidating Trustee does not have any information on any named Claimant's address, basis of claim or claim amount. Therefore, each Disputed Claim listed on **Exhibit A** should be disallowed.

## Reservation of Rights

25.     This Objection is limited to the grounds stated herein. Accordingly, it is without prejudice to the rights of the Liquidating Trustee or any other party in interest to further object to the claims listed on **Exhibit A** (to the extent not disallowed and expunged pursuant to this Objection) on any grounds whatsoever, and the Liquidating Trustee expressly reserves all further substantive or procedural objections it may have.

## Notice

26.     Pursuant to this Court's Administrative Order dated December 21, 2020, the Objection will be served and electronically filed at least 30 days prior to the return date and time, and service on the Finson Firm will comply with Fed. R. Bankr. P. 7004.

27.     In addition to counsel for the Claimants, the Liquidating Trustee will provide notice of this Objection to: (a) the Office of the United States Trustee, 100 State Street, Room 6090, Rochester, New York, Attn:  Kathleen Dunivin Schmitt; (b) counsel to RDC; (c) the twenty largest unsecured creditors; (d) Bankruptcy Management Solutions, Inc., and (e) all parties that have filed a request to receive service of court filings pursuant to Bankruptcy Rule 2002.

DOCS_NY 46320 v3 75015.003

28.     Service on the actual Claimants subject to this Objection is not possible because none of the Disputed Claims identified on **Exhibit A** contain any address other than that of the Finson Firm.  The Liquidating Trustee requests the Court determine service was proper under these circumstances.

**WHEREFORE**, for the reasons stated in the Objection, the Liquidating Trustee respectfully requests that the Court determine service of the Objection proper under the circumstances set forth in the Objection, sustain the Objection, disallow the claims listed on **Exhibit A** and grant such other relief as the Court deems just and proper.

Dated: September 28, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*

Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Judith Elkin, Esq. (NY Bar No. 4249439)
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the RDC Liquidating Trust*

DOCS_NY 46320 v3 75015.003

## EXHIBIT A

**Disputed Claims Subject to Objection**

DOCS_NY 46320 v3 75015.003

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: <u>FOR ALL</u>: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| AARON, CHARLES | 20093 | | Claim disallowed |
| ABLE, SHAWN | 20098 | | Claim disallowed |
| ABOUD, RYAN | 20097 | | Claim disallowed |
| ABRAM, ROBERT | 20102/21450 | Claim 21450 filed by Robert Abram OBO Mary Abram. May be duplicates. | Both Claims disallowed |
| ACEVEDO, RICHARD | 20105 | | Claim disallowed |
| ACKLAM, WILLIAM | 20083 | | Claim disallowed |
| ACORD, JEFFREY | 20084 | | Claim disallowed |
| ADAMS, CINDY | 20182 | | Claim disallowed |
| ADAMS, MATTHEWS | 22178 | | Claim disallowed |
| ADAMS, RONALD | 20086 | | Claim disallowed |
| ADAMS, SHARON BAKER | 20223 | | Claim disallowed |
| ADKINS, APRIL | 20108 | | Claim disallowed |
| ADKINS, JENNIFER | 20110 | | Claim disallowed |
| ADKINS, JIMMY | 20112 | | Claim disallowed |
| AGIN, DAVID | 20087 | | Claim disallowed |
| AGONEY, TAMMY | 20113 | | Claim disallowed |
| AGUIRRE, IDA | 20103 | | Claim disallowed |
| AKERS, CHRISTOPHER | 22180 | | Claim disallowed |
| ALDRICH, JAMES | 20089 | | Claim disallowed |
| ALEXANDER, ANNE EVETTE | 20082 | | Claim disallowed |
| ALEXANDER, APRIL | 20183 | | Claim disallowed |
| ALFORD, WILHELMINA | 20184 | | Claim disallowed |
| ALI, JACLYN | 22181 | | Claim disallowed |
| ALLEN, FLYNN | 20106 | | Claim disallowed |
| ALLEN, JERRI | 20109 | | Claim disallowed |

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: <u>FOR ALL</u>: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| ALLEN, JULIA | 20185 | | Claim disallowed |
| ALLEN, MICHAEL | 20090 | | Claim disallowed |
| ALLEN, SCHEDRICK | 20186 | | Claim disallowed |
| ALLISON, JOHN | 20111 | | Claim disallowed |
| ALTIZER, RODNEY | 22183 | | Claim disallowed |
| ALTON, HALEY | 20117 | | Claim disallowed |
| ALVAREZ, ELIAS | 20187 | | Claim disallowed |
| ALWIN, LINDSAY | 22184 | | Claim disallowed |
| AMES, WILLIAM | 22185 | | Claim disallowed |
| ANDERSON, BRADLEY | 20190 | | Claim disallowed |
| ANDERSON, HENRY | 20188 | | Claim disallowed |
| ANDERSON, JEFFREY | 20118 | | Claim disallowed |
| ANDERSON, KEITH | 20121 | | Claim disallowed |
| ANDERSON, ROBERT | 20189 | | Claim disallowed |
| ANDERSON, TONY | 20126 | | Claim disallowed |
| ANGLIN, CHARLES | 22186 | | Claim disallowed |
| ANIOLOWSKI, JOE | 20191 | | Claim disallowed |
| ANTHONY, DEREK | 20132 | | Claim disallowed |
| APOSTOLEC, BRIAN | 20192 | | Claim disallowed |
| APPLIN, GEORGE | 20133 | | Claim disallowed |
| APTHEKER, MINDY SCHACTER | 21718 | | Claim disallowed |
| ARELLANO, FLORA | 20193 | | Claim disallowed |
| ARMER, JESSIE | 20194 | | Claim disallowed |
| ARMSTRONG, DAVIDA SUSAN | 20198 | | Claim disallowed |

Case 2-20-20230-PRW,   Doc 1678-3,   Filed 10/30/22,   Entered 10/30/22 20:23:05,
Description: Exhibit , Page 14 of 110

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: <u>FOR ALL</u>: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| ARNOLD, CHARLES | 20199 | | Claim disallowed |
| ARNOLD, GREGORY | 20115 | | Claim disallowed |
| ARRINGTON, JEFFREY | 22188 | | Claim disallowed |
| ASBERRY, ZAPHANIAH | 20116 | | Claim disallowed |
| ASHMORE, DAVID JR | 22191 | May be duplicate of claim 22192. | Claim disallowed |
| ASHMORE, DAVID, JR | 22192/22193 | Claim 22192 appears to be a duplicate of claim 22191, except 22192 is filed by David Ashmore Jr. OBO David Ashmore. Claim 22193 is filed by David Ashmore Jr. OBO Roberta Ashmore. | Both Claims disallowed |
| AULISIO, ANTHONY | 20202 | | Claim disallowed |
| AUSTIN, AUBREY | 22194 | | Claim disallowed |
| AUTREY, KYMBERLY | 20204 | | Claim disallowed |
| AVERINE, PHYLLIS | 20120 | | Claim disallowed |
| AVILA, ERIC | 20094 | | Claim disallowed |
| AVILA, RAMON | 22195 | | Claim disallowed |
| BABCOCK, PHILLIP | 20095 | | Claim disallowed |
| BACHMAN, JOHN | 20122 | | Claim disallowed |
| BACON, GAYLE | 20123 | | Claim disallowed |
| BAGLEY, JEREMY | 20096 | | Claim disallowed |
| BAGWELL, RODNEY | 20206 | | Claim disallowed |
| BAILEY, DERLE, SR | 22164/22196 | Appear to be duplicates. Claim 22164 is filed by Derle Bailey Sr. OBO Derle Bailey Jr.; claim 22196 is filed by Derle Bailey Sr. OBO Derle Bailey. | Both Claims disallowed |
| BAILEY, DEXTER, JR | 20125 | | Claim disallowed |
| BAILEY, TANIKA | 20127 | | Claim disallowed |

Case 2-20-20230-PRW,   Doc 1678-3,   Filed 10/30/22,   Entered 10/30/22 20:23:05,
Description: Exhibit , Page 15 of 110

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| BAINTER, TRACEY ANN | 20207 | | Claim disallowed |
| BAKER, DAVID | 20219 | | Claim disallowed |
| BAKER, ROBERT | 20129/20221/22413 | Appear to be duplicates. All three claims are filed by Robert Baker; filed on 7/14/20, 7/15/20 and 7/31/20 respectively. | All three Claims disallowed |
| BAKER, TRISHA LYNN | 20209 | | Claim disallowed |
| BALCKSHIR, EMMITT | 20330 | | Claim disallowed |
| BALDRIDGE, SAMANTHA | 20130 | | Claim disallowed |
| BANAS, DONALD | 20136 | | Claim disallowed |
| BANKS, EDWANNA | 20137 | | Claim disallowed |
| BARAJAS, JIMMY | 20138 | | Claim disallowed |
| BARGER, CHRISTINA | 20140 | | Claim disallowed |
| BARKER, RACHEL | 20142 | | Claim disallowed |
| BARNES, ROXANNE | 20144 | | Claim disallowed |
| BARNES, STACY | 20148 | | Claim disallowed |
| BARNETT, ROBERT | 20151 | | Claim disallowed |
| BARR, VERONICA | 20224 | | Claim disallowed |
| BARRETT, SCOTT | 20153 | | Claim disallowed |
| BARROWS, LINDA | 20141 | | Claim disallowed |
| BARTHOLOMEW, LETICIA | 20143 | | Claim disallowed |
| BARZILAY, SIMON | 20226 | | Claim disallowed |
| BASALDU, TINA | 20230 | | Claim disallowed |
| BASSETT, JONATHAN | 22197 | | Claim disallowed |
| BASTO, ARLENE | 22321 | | Claim disallowed |
| BATSON, LAURENCE | 20232 | | Claim disallowed |
| BAULOS, NATALIE | 22198 | | Claim disallowed |

Case 2-20-20230-PRW,   Doc 1678-3,   Filed 10/30/22,   Entered 10/30/22 20:23:05,
Description: Exhibit , Page 16 of 110

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: <u>FOR ALL</u>: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| BAXTER, BELINDA | 20146 | | Claim disallowed |
| BAXTER, KEITH | 20145 | | Claim disallowed |
| BAYLIFF, DEBBIE | 20233 | | Claim disallowed |
| BAZAN, BELINDA | 22199 | | Claim disallowed |
| BEACH, CHAD | 20147 | | Claim disallowed |
| BEASLEY, JOSEPH | 20234 | | Claim disallowed |
| BEAVER, LINDZAY | 20150 | | Claim disallowed |

**EXHIBIT B**

**Proposed Order**

DOCS_NY 46320 v3 75015.003

Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Judith Elkin, Esq. (NY Bar No. 4249439)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                                    :          **Chapter 11**
                                                             :
**ROCHESTER DRUG**                                           :          **Case No. 20-20230 (PRW)**
**CO-OPERATIVE, INC.**                                       :
                                                             :
                        **Debtor.**                          :
-------------------------------------------------------------x

### ORDER GRANTING LIQUIDATING TRUSTEE'S
### FIRST OMNIBUS OBJECTION
### (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST
### ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM

Upon the objection (the "Objection")[1] of the Liquidating Trustee for entry of an order (this

"Order") disallowing and expunging the claims listed on **Exhibit A** pursuant to section 502(b) of the

Bankruptcy Code, all as more fully set forth in the Objection; and upon the Declaration of David

Greenblatt; and the Court having found as follows: (i) it has jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court*

*for the Western District of New York*, dated February 29, 2012; (ii) this is a core proceeding pursuant

to 28 U.S.C. § 157(b)(2); (iii) venue of this proceeding and the Objection in this district is proper

pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Liquidating Trustee provided appropriate notice of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

the Objection and the opportunity for a hearing on the Objection under the circumstances; and (v) under the facts and circumstances of this Objection, it was appropriate for the Liquidating Trustee to utilize the omnibus claim objection procedures set out in Bankruptcy Rule 3007(d) and (e) and the Objection is compliant with the Rules. The Court having, reviewed the Objection and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Objection is granted.

2. Each of the Disputed Claims set forth on **Exhibit A** hereto are hereby disallowed and expunged.

3. The claims agent is authorized to update the Claims Register to reflect the relief granted in this Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2022.

_____
THE HONORABLE PAUL R. WARREN,
UNITED STATES BANKRUPTCY JUDGE

2

## **EXHIBIT C**

## **Declaration of David Greenblatt**

DOCS_NY 46320 v3 75015.003

Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Judith Elkin, Esq. (NY Bar No. 4249439)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                                    :          **Chapter 11**
                                                             :
**ROCHESTER DRUG**                                           :          **Case No. 20-20230 (PRW)**
**CO-OPERATIVE, INC.**                                       :
                                                             :
              **Debtor.**                                    :
-------------------------------------------------------------x


**DECLARATION OF DAVID GREENBLATT IN SUPPORT OF LIQUIDATING**
**TRUSTEE'S FIRST OMNIBUS OBJECTION**
**(BOOKS AND RECORDS) TO CLAIMS FILED AGAINST**
<u>**ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**</u>


I, David Greenblatt, declare under penalty of perjury as follows, pursuant to the provisions

of 28 U.S.C. § 1746:

1.      I am a director of B.Riley Advisory Services ("<u>B.Riley</u>"), financial advisor

to Advisory Trust Group, LLC (the "<u>Liquidating Trustee</u>"), trustee of the RDC Liquidating Trust.

I submit this declaration in support of the Liquidating Trustee's *First Omnibus Objection to Claims*

*(Books and Records) Filed Against Rochester Drug Co-Operative, Inc. by Finson Law Firm* (the

"<u>Objection</u>"). Pursuant to the Objection, the Liquidating Trustee seeks an order disallowing and

expunging the Disputed Claims as identified on **Exhibit A** to the Objection (attached hereto as

**Exhibit C-1**).

2. On February 26, 2021, the Bankruptcy Court entered an order (the "Confirmation Order") confirming the *Second Amended Chapter 11 Plan of Liquidation* (the "Plan of Liquidation") of Rochester Drug Co-operative, Inc. (the "Debtor") or "RDC"). Pursuant to the Confirmation Order, the Plan of Liquidation and that certain Liquidating Trust Agreement and Declaration of Trust (the "Trust Agreement"), RDC's Assets were transferred to the RDC Liquidating Trust which was empowered, among other things, to: (i) collect and administer the Debtor's Assets (including Causes of Action) and (ii) resolve Claims against the Debtor and its estate. According to the Debtor's first day declaration and disclosure statement, the Debtor was in the business of, among other things, purchasing and warehousing drugs and pharmaceutical products and selling and distributing such products to its member pharmacies, all of which were located in the following states: Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania and Vermont.

3. The Effective Date of the Plan of Liquidation occurred on March 19, 2021.

4. As of the Effective Date, Advisory Trust Group, LLC was appointed to act as trustee of the RDC Liquidating Trust. Shortly thereafter, the Liquidating Trustee retained B.Riley to act as its financial advisor.

5. As part of my current position in assisting with the Liquidating Trustee's responsibilities under the Plan of Liquidation, I am responsible for certain claims management and reconciliation matters. I have read the *Objection* and am directly, or by and through the Liquidating Trustee's advisors and, in some cases, the Debtor's former personnel who are available to support the Liquidating Trustee (the "Transition Personnel"), familiar with the information contained therein.

6. I am authorized to submit this declaration (the "Declaration") in support of the Objection. All matters set forth in this Declaration are based on: (a) my personal knowledge;

2

(b) my review of relevant documents; (c) information supplied to me by the Debtor and its professionals, the Liquidating Trustee and its professionals, and/or the Transition Personal; or (d) as to matters involving United States bankruptcy law or rules or other applicable laws, my reliance upon the advice of counsel or other advisors to the Liquidating Trustee. If called upon to testify, I could and would testify competently to the facts set forth herein.

7.     I have reviewed the proofs of claim identified on **Exhibit A** to the Objection (as defined in the Objection, the "<u>Disputed Claims</u>") of each of the Claimants. Each Disputed Claim was timely filed. However, other than the name of each Claimant, no address or other contact information of the Claimant is included on any of the proofs of claim listed on **Exhibit A** to the Objection. The only signatory and contact information on each proof of claim is that of counsel – Lowell Finson of the Finson Law Firm (the "<u>Finson Firm</u>"). Each proof of claim appears to be identical in that each contains only the name of the alleged Claimant, is filed for an "undetermined" amount, states the basis of the claim as "Litigation-Pers. Injury/Workers Comp.," and contains an attachment that is a generic discussion of RDC's pre-petition opioid practices and the consent decrees it entered into with various governmental entities. Only the name of the Claimant appears to be different on each proof of claim form. None of the proofs of claim contains any information as to the alleged Claimant's residence or place of business, the Claimant's connection to RDC or any of its member pharmacies, or the dollar amount or description of any actual damages suffered by the Claimant as a result of any actions allegedly taken by RDC. The Disputed Claims identified on A to the Objection are identical to the approximately 2170 proofs of claim filed by the Finson Firm. Attached hereto as **Exhibit C-2** is a true and correct copy of an example of one of the proofs of claim filed by the Finson Firm subject to this Objection. None of

3

the proofs of claim contain sufficient information for the Liquidating Trustee to determine the validity or amount of any of the Proofs of Claim listed on **Exhibit A** to the Objection.

8.      Included in each proof of claim is the following statement:

> If necessary, Creditor/Claimant (hereinafter referred to as "Creditor" or "Creditor/Claimant") will produce medical records indicating proof of use of an opioid, addiction, and permanent physical and emotional damages. Further records can be produced showing economic losses associated with the addiction sequelae.

However, none of this information has ever been provided, despite being requested. Additionally, this information alone would be insufficient to show any relationship between RDC and any particular Claimant to support allowance of a claim in this case.

9.      Without the information requested above, the Liquidating Trustee is unable to assess the validity or amount of the Disputed Claims. The records of RDC do not show any relationship between RDC and any named Claimant and the Liquidating Trustee does not have any information on any named Claimant's address, basis of claim or claim amount.

10.      Accordingly, I believe that each Disputed Claim listed on **Exhibit A** of the Objection should be disallowed and the Court should grant the relief requested in the Objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
           September 28, 2022

                                         */s/ David Greenblatt*
                                         David Greenblatt

DOCS_NY:46320.3 75015/003

**Exhibit C-1**

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: <u>FOR ALL</u>: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| AARON, CHARLES | 20093 | | Claim disallowed |
| ABLE, SHAWN | 20098 | | Claim disallowed |
| ABOUD, RYAN | 20097 | | Claim disallowed |
| ABRAM, ROBERT | 20102/21450 | Claim 21450 filed by Robert Abram OBO Mary Abram. May be duplicates. | Both Claims disallowed |
| ACEVEDO, RICHARD | 20105 | | Claim disallowed |
| ACKLAM, WILLIAM | 20083 | | Claim disallowed |
| ACORD, JEFFREY | 20084 | | Claim disallowed |
| ADAMS, CINDY | 20182 | | Claim disallowed |
| ADAMS, MATTHEWS | 22178 | | Claim disallowed |
| ADAMS, RONALD | 20086 | | Claim disallowed |
| ADAMS, SHARON BAKER | 20223 | | Claim disallowed |
| ADKINS, APRIL | 20108 | | Claim disallowed |
| ADKINS, JENNIFER | 20110 | | Claim disallowed |
| ADKINS, JIMMY | 20112 | | Claim disallowed |
| AGIN, DAVID | 20087 | | Claim disallowed |
| AGONEY, TAMMY | 20113 | | Claim disallowed |
| AGUIRRE, IDA | 20103 | | Claim disallowed |
| AKERS, CHRISTOPHER | 22180 | | Claim disallowed |
| ALDRICH, JAMES | 20089 | | Claim disallowed |
| ALEXANDER, ANNE EVETTE | 20082 | | Claim disallowed |
| ALEXANDER, APRIL | 20183 | | Claim disallowed |
| ALFORD, WILHELMINA | 20184 | | Claim disallowed |
| ALI, JACLYN | 22181 | | Claim disallowed |
| ALLEN, FLYNN | 20106 | | Claim disallowed |
| ALLEN, JERRI | 20109 | | Claim disallowed |

Case 2-20-20230-PRW,   Doc 1678-3,   Filed 10/30/22,   Entered 10/30/22 20:23:05,
Description: Exhibit , Page 27 of 110

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: <u>FOR ALL</u>: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| ALLEN, JULIA | 20185 | | Claim disallowed |
| ALLEN, MICHAEL | 20090 | | Claim disallowed |
| ALLEN, SCHEDRICK | 20186 | | Claim disallowed |
| ALLISON, JOHN | 20111 | | Claim disallowed |
| ALTIZER, RODNEY | 22183 | | Claim disallowed |
| ALTON, HALEY | 20117 | | Claim disallowed |
| ALVAREZ, ELIAS | 20187 | | Claim disallowed |
| ALWIN, LINDSAY | 22184 | | Claim disallowed |
| AMES, WILLIAM | 22185 | | Claim disallowed |
| ANDERSON, BRADLEY | 20190 | | Claim disallowed |
| ANDERSON, HENRY | 20188 | | Claim disallowed |
| ANDERSON, JEFFREY | 20118 | | Claim disallowed |
| ANDERSON, KEITH | 20121 | | Claim disallowed |
| ANDERSON, ROBERT | 20189 | | Claim disallowed |
| ANDERSON, TONY | 20126 | | Claim disallowed |
| ANGLIN, CHARLES | 22186 | | Claim disallowed |
| ANIOLOWSKI, JOE | 20191 | | Claim disallowed |
| ANTHONY, DEREK | 20132 | | Claim disallowed |
| APOSTOLEC, BRIAN | 20192 | | Claim disallowed |
| APPLIN, GEORGE | 20133 | | Claim disallowed |
| APTHEKER, MINDY SCHACTER | 21718 | | Claim disallowed |
| ARELLANO, FLORA | 20193 | | Claim disallowed |
| ARMER, JESSIE | 20194 | | Claim disallowed |
| ARMSTRONG, DAVIDA SUSAN | 20198 | | Claim disallowed |

Case 2-20-20230-PRW,   Doc 1678-3,   Filed 10/30/22,   Entered 10/30/22 20:23:05,
Description: Exhibit , Page 28 of 110

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: <u>FOR ALL</u>: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| ARNOLD, CHARLES | 20199 | | Claim disallowed |
| ARNOLD, GREGORY | 20115 | | Claim disallowed |
| ARRINGTON, JEFFREY | 22188 | | Claim disallowed |
| ASBERRY, ZAPHANIAH | 20116 | | Claim disallowed |
| ASHMORE, DAVID JR | 22191 | May be duplicate of claim 22192. | Claim disallowed |
| ASHMORE, DAVID, JR | 22192/22193 | Claim 22192 appears to be a duplicate of claim 22191, except 22192 is filed by David Ashmore Jr. OBO David Ashmore.  Claim 22193 is filed by David Ashmore Jr. OBO Roberta Ashmore. | Both Claims disallowed |
| AULISIO, ANTHONY | 20202 | | Claim disallowed |
| AUSTIN, AUBREY | 22194 | | Claim disallowed |
| AUTREY, KYMBERLY | 20204 | | Claim disallowed |
| AVERINE, PHYLLIS | 20120 | | Claim disallowed |
| AVILA, ERIC | 20094 | | Claim disallowed |
| AVILA, RAMON | 22195 | | Claim disallowed |
| BABCOCK, PHILLIP | 20095 | | Claim disallowed |
| BACHMAN, JOHN | 20122 | | Claim disallowed |
| BACON, GAYLE | 20123 | | Claim disallowed |
| BAGLEY, JEREMY | 20096 | | Claim disallowed |
| BAGWELL, RODNEY | 20206 | | Claim disallowed |
| BAILEY, DERLE, SR | 22164/22196 | Appear to be duplicates.  Claim 22164 is filed by Derle Bailey Sr. OBO Derle Bailey Jr.; claim 22196 is filed by Derle Bailey Sr. OBO Derle Bailey. | Both Claims disallowed |
| BAILEY, DEXTER, JR | 20125 | | Claim disallowed |
| BAILEY, TANIKA | 20127 | | Claim disallowed |

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| BAINTER, TRACEY ANN | 20207 | | Claim disallowed |
| BAKER, DAVID | 20219 | | Claim disallowed |
| BAKER, ROBERT | 20129/20221/22413 | Appear to be duplicates. All three claims are filed by Robert Baker; filed on 7/14/20, 7/15/20 and 7/31/20 respectively. | All three Claims disallowed |
| BAKER, TRISHA LYNN | 20209 | | Claim disallowed |
| BALCKSHIR, EMMITT | 20330 | | Claim disallowed |
| BALDRIDGE, SAMANTHA | 20130 | | Claim disallowed |
| BANAS, DONALD | 20136 | | Claim disallowed |
| BANKS, EDWANNA | 20137 | | Claim disallowed |
| BARAJAS, JIMMY | 20138 | | Claim disallowed |
| BARGER, CHRISTINA | 20140 | | Claim disallowed |
| BARKER, RACHEL | 20142 | | Claim disallowed |
| BARNES, ROXANNE | 20144 | | Claim disallowed |
| BARNES, STACY | 20148 | | Claim disallowed |
| BARNETT, ROBERT | 20151 | | Claim disallowed |
| BARR, VERONICA | 20224 | | Claim disallowed |
| BARRETT, SCOTT | 20153 | | Claim disallowed |
| BARROWS, LINDA | 20141 | | Claim disallowed |
| BARTHOLOMEW, LETICIA | 20143 | | Claim disallowed |
| BARZILAY, SIMON | 20226 | | Claim disallowed |
| BASALDU, TINA | 20230 | | Claim disallowed |
| BASSETT, JONATHAN | 22197 | | Claim disallowed |
| BASTO, ARLENE | 22321 | | Claim disallowed |
| BATSON, LAURENCE | 20232 | | Claim disallowed |
| BAULOS, NATALIE | 22198 | | Claim disallowed |

Case 2-20-20230-PRW,   Doc 1678-3,   Filed 10/30/22,   Entered 10/30/22 20:23:05,
Description: Exhibit , Page 30 of 110

**EXHIBIT A TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or connection to Debtor. Other bases for objection as set forth below. | Disposition if Objection Granted |
|---|---|---|---|
| BAXTER, BELINDA | 20146 | | Claim disallowed |
| BAXTER, KEITH | 20145 | | Claim disallowed |
| BAYLIFF, DEBBIE | 20233 | | Claim disallowed |
| BAZAN, BELINDA | 22199 | | Claim disallowed |
| BEACH, CHAD | 20147 | | Claim disallowed |
| BEASLEY, JOSEPH | 20234 | | Claim disallowed |
| BEAVER, LINDZAY | 20150 | | Claim disallowed |

Case 2-20-20230-PRW,   Doc 1678-3,   Filed 10/30/22,   Entered 10/30/22 20:23:05,
Description: Exhibit , Page 31 of 110

**Exhibit C-2**

| United States Bankruptcy Court for the Western District of New York | |
|---|---|
| **Name of Debtor:** Rochester Drug Co-Operative, Inc. | **For Court Use Only** |
| | Claim Number: 0000020093 |
| **Case Number:** 20-20230 | File Date: 07/14/2020 13:04:47 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

---

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim): Charles Aaron

Other names the creditor used with the debtor: N/A

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name Charles Aaron | Name _____ |
| Address ATTN: Lowell W. Finson, Esq | Address _____ |
| 12777 W. Jefferson Blvd. | _____ |
| Bldg. D. 3rd Fl | _____ |
| City Playa Vista | City _____ |
| State CA ZIP Code 90066 | State _____ ZIP Code _____ |
| Country (if International): _____ | Country (if International): _____ |
| Phone: (424) 289-2627 | Phone: _____ |
| Email: lowell@finsonlawfirm.com | Email: _____ |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ | _____ |
| MM / DD / YYYY | |

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$ undetermined

**Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Litigation-Pers. Injury/Workers Comp.

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____%

         ☐ Fixed   ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

---

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Kelly Hensley*

_____     07/14/2020 13:04:47
Signature                                                            Date

**Provide the name and contact information of the person completing and signing this claim:**

Name        Kelly Henson

Address     12777 W. Jefferson Blvd.

            Bldg. D. 3rd Fl

            _____

City        Play Vista

State       CA                                    Zip   90066

Country (in international) _____

Phone       (424)289-2627

Email       lowell@finsonlawfirm.com

# EXHIBIT A

# I.   OVERVIEW OF FACTS SUPPORTING INDIVIDUAL CLAIMS

## A.  Available Records

If necessary, Creditor/Claimant (hereinafter referred to as "Creditor" or "Creditor/Claimant") will produce medical records indicating proof of use of an opioid, addiction, and permanent physical and emotional damages. Further records can be produced showing economic losses associated with the addiction sequelae.

## B.  Factual Issues

Creditor/Claimant maintains Rochester Drug Coop, Inc. Debtor, (hereinafter referred to as "Debtor" or "RDC") owes Creditor/Claimant for serious physical, emotional personal injury, lost income and other property damages arising out of the sale, promotion and/or delivery of Opioid drugs, including, but not limited to, OxyContin, OxyContin ADF, MS Contin, Dilaudid/Dilaudid HP, Butrans, Hysingla ER, Targiniq ER, Fentora, Actiq, Duragesic, Nucynta, Nucynta ER, Lazanda, Ultracet, Ultram, Opana, Opana ER, Percocet, Endocet, Percodan, Zydone, Kadian, Norco, Subsys, Roxicodone, Exalgo, Xartemis XR, and generic versions of oxycodone, oxymorphone, hydromorphone, hydrocodone, and fentanyl.

RDC is a New York Cooperative Corporation with its principal place of business in Rochester, New York. It is a registered wholesaler with the New York State Board of Pharmacy. On October 6, 2017, Creditor/Claimant filed a complaint alleging that certain pharmaceutical distributors—including RDC—had been on notice that of an alarming and suspicious rise in the distribution of opioids to retailers. Specifically, at all times pertinent, Debtor was on notice that it was engaged in abnormally and/or inherently dangerous activity and had a duty of care to Creditor/Claimant. Debtor had or should have had knowledge that they were supplying vast amounts of dangerous drugs to Creditor/Claimant.

In the past, in related litigation, RDC moved to dismiss these and other claims made against them. On July 17, 2018, it was held that Creditor/Claimant's allegations, if proved, would establish liability. In finding as much, this Court found sufficient allegations that the RDC was integral to the scheme to expand the market for prescription opioids by shipping suspicious orders

1

and by not investigating or taking other actions to prevent the Creditor/Claimant from becoming addicted to opioids.

With specific regard to the negligence claim, that Court found satisfactorily alleged that the RDC was in the best position to protect the Creditor/Claimant from addiction related damages, and that societal expectations required Debtor to engage in different behaviors including, but not limited to, refusing to fill suspicious orders for opioids. Further, that Court accepted allegations that RDC was in a position to anticipate or prevent the claimed injuries, and that Creditor/Claimant had been damaged not only by the illegal use of opioids but also by their legal use, consistent with the concerted efforts of RDC to market and promote its products for sale and distribution.

On April 23, 2019, RDC entered into a Stipulation and Order of Settlement and Dismissal with the United States of America, accepting responsibility for improper distribution of opioid pharmaceuticals. This Stipulation was the result of allegations that, between May 2012 and November 2016, RDC repeatedly violated the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* ("CSA"), and the regulations promulgated thereunder, including 21 C.F.R. § 1301.74(b)), by knowingly failing to permeate an adequate system to detect, investigate, and report to the DEA suspicious orders of controlled substances, including thousands of suspicious orders of oxycodone, fentanyl, hydrocodone, amphetamine, and buprenorphine products.

In the Stipulation, RDC admitted and accepted responsibility for the following conduct during the Covered Period," including, *inter alia*, having:

- Knowingly failed to implement an adequate system to detect, investigate, and report suspicious orders of opioids

- Failing to report to the DEA at least two thousand orders of controlled substances . . . that should have been reported as suspicious

- Failing to conduct such further investigation into ordering patterns that should have resulted in further investigation

- Failing to maintain effective controls to prevent … diversion and failed to report frequent unexplained sharp spikes in opioid orders

- Failing to implement an adequate due diligence program to prevent the diversion of controlled substances by its pharmacy customers

2

- Failing to devote sufficient resources to its compliance program and employed compliances personnel who lacked necessary qualifications

- Failing to consistently obtain and review updated and complete dispensing reports that would have allowed it to better detect troubling dispensing patterns

The Stipulation specifically refers to an example of the illegal conduct occurring within Nassau County as follows:

"RDC's top customer during the Covered Period was a specialty pharmacy located in Woodbury, New York, This pharmacy was one of the largest providers of Subsys, a highly-addictive fentanyl spray that is approved by the FDA only for use by cancer patients with breakthrough pain. This pharmacy was also a large provider of oxycodone; between October 2012 and October 2013, the pharmacy went from purchasing approximately 70,000 units of oxycodone per month to purchasing over 200,000 units per month. This pharmacy filled a high volume of prescriptions written by prescribers included on RDC's Suspicious Prescriber List, including numerous physicians who were subsequently arrested for diversion."

Finally, the Stipulation, specified that after having truthfully admitted to these facts, RDC agreed to make no statement contradicting these facts and representations "in litigation or otherwise."

## C.  Legal Issues

As RDC has "truthfully admitted" the facts in the Stipulation and that it is barred from contradicting in this proceeding, establish Creditor/Claimant is entitled to participate as an individual unsecured creditor because RDC engaged in conduct or omissions that endangered or injured the Creditor/Claimant. Further, that RDC admittedly failed to exercise reasonable care in the distribution of opioids to Creditor/Claimant.

"To prove a prima facie case of negligence, a Creditor/Claimant must demonstrate the existence of a duty of care owed to the Creditor/Claimant, a breach of that duty, and that the breach of such duty was a proximate cause of his or her injuries." *Miglino v Bally Total Fitness of Greater N.Y., Inc.*, 92 A.D.3d 148, 159 (2d Dep't 2011). "Because a finding of negligence must be based on the breach of a duty, a threshold question in tort cases is whether the alleged tortfeasor owed a duty of care to the injured party." *Espinal v. Melville Snow Contrs.*, 98 N.Y.2d 136, 138 (2002). "A critical consideration in determining whether a duty exists is whether 'RDC's relationship with

3

either the tortfeasor (including other marketers, distributors, manufacturers or pharmacies) or the Creditor/Claimant places the RDC in the best position to protect against the risk of harm.'" *Davis v South Nassau Communities Hosp.*, 26 N.Y.3d 563, 572 (2015) (quoting *Hamilton v. Beretta U.S.A. Corp.*, 96 N.Y.2d 222, 233 (2001)).

Here, RDC has admitted in The Stipulation that it breached its duty by failing to live up to the standards of a reasonable distributor. In particular, RDC admitted that it, in the context of highly abused drugs, such as oxycodone, fentanyl, and hydrocodone, it knowingly failed to implement an adequate system to detect, investigate, and report suspicious orders. More specifically, RDC acknowledges that it has failed to conduct such further investigation where it was warranted, and ultimately failed to report at least two thousand orders of controlled substances . . . that should have been reported as suspicious. Although RDC admitted to having been warned internally of red flags indicating that certain pharmacy customers were dispensing controlled substances that were not for legitimate medical purposes, RDC nonetheless failed to report such abnormalities to officials. Moreover, RDC acknowledged its lack of diligence in failing to establish appropriate internal controls, including insufficient resources devoted to compliance, unqualified compliance personnel, inadequate field visits, and a failure to obtain or even review "complete dispensing reports that would have allowed it to better detect troubling dispensing patterns. These inactions alone are indicative of RDC's negligence in its distribution patterns, and therefore and enabled and promoted third-party misconduct.

More specifically, these omissions are all the more glaring in light of the integral role RDC played in the chain of opioids being distributed throughout the USA. According to the Drug Enforcement Agency's ("DEA") Automation of Reports Consolidated Orders System ("ARCOS") publicly available data, from 2006 to 2012 RDC supplied a significant number of those pills. As entities involved in the manufacture and distribution of opioid medications, RDC had a duty to notice suspicious or alarming orders of opioid pharmaceuticals and to report suspicious orders to the proper authorities and governing bodies including the DEA and the New York State Department of Health.

In reference to New York Law, pursuant to Section 80.22 of the New York Codes, Rules and Regulations, entitled "Suspicious Orders," RDC is required to "establish and operate a system to disclose to the licensee suspicious orders for controlled substances and inform the department of such suspicious orders. Suspicious orders shall include, but not be limited to, orders of unusual

4

size, orders deviating substantially from a normal pattern, and orders of unusual frequency." This requirement parallels the requirements of federal law. The Controlled Substances Act ("CSA"), 21 U.S.C. §§ 801 *et seq.*, establishes a "closed system" for the manufacture, sale, and distribution of certain drugs, including prescription opioids. This means that "all legitimate handlers of controlled substances must obtain a DEA registration and, as a condition of maintaining such registration, must take reasonable steps to ensure that their registration is not being utilized as a source of diversion. As the DEA has pointed out, "[i]f the closed system is to function properly as Congress envisioned, distributors must be vigilant in deciding whether a prospective customer can be trusted to deliver controlled substances only for lawful purposes." *Id.* This responsibility is critical, because "Congress has expressly declared that the illegal distribution of controlled substances has a substantial and detrimental effect on the health and general welfare of the American people." One of the mechanisms through which the DEA administers the "closed system" is its power to grant, deny, or revoke registration under the CSA. The CSA sets forth as a primary factor in the grant of a registration to manufacture or distribute controlled substances the "maintenance of effective controls against diversion . . . into other than legitimate . . . channels ..." 21 U.S.C. § 823(a)(1), (b)(1); *see also* 21 C.F.R. § 1301.71(a) ("[a]ll applicants and registrants shall provide effective controls and procedures to guard against theft and diversion of controlled substances."). Registrants who fail to maintain such effective controls may have their registration revoked, *see Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,* 861 F.3d 206, 212-213 (D.C. Cir. 2017); *Southwood Pharmaceuticals, Inc.; Revocation of Registration*, 72 FR 36487-01, 36500, 2007 WL 1886484 (DEA July 3, 2007). In this way, DEA seeks to ensure that only those who can be trusted to maintain effective controls against diversion are permitted to participate in the supply-chain for controlled substances. The mandate to maintain effective controls against diversion requires that, in exchange for the privilege of dealing in these drugs, registrants must play a substantial role in maintaining the closed-system and ensuring that dangerous drugs are not diverted. The system does not rely on the DEA to police shipments of controlled substances, but rather enlists registrants and requires them, in the first instance, to assume that task. *See Southwood Pharmaceuticals*, 72 FR 36487-01, 36504, 2007 WL 1886484 (the DEA cannot all by itself "protect the American people from [the] extraordinary threat to public health and safety" posed by prescription narcotics; it "must rely on registrants to fulfill their obligation under the Act to ensure that they do not supply controlled substances to entities which act as pushers."). The

DEA requires that, in order to maintain effective controls against diversion, a registrant must design and operate a system to identify suspicious orders of controlled substances (the "identification duty"); report to the DEA suspicious orders "when discovered" (the "reporting duty"); and decline to ship an order identified as suspicious unless, through due diligence, the registrant is able to determine that the order is not likely to be diverted into illegal channels (the "no-shipping duty"). *Masters Pharmaceutical*, 861 F.3d at 212-213; *see also Southwood Pharmaceuticals*, 72 FR 36487-01, 36500; 21 C.F.R. § 1301.74. "Suspicious orders" include "orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency." *Id.* Manufacturers, distributors, and pharmacies participate in the supply-chain for prescription opioid drugs, which are categorized under either Schedule II or Schedule III of the CSA. Manufacturers sell and ship these drugs to distributors, subject to the CSA requirements to guard against diversion. This means that, in shipping their products to distributors, opioid manufacturers are required to identify orders from distributors that are "suspicious" within the meaning of the CSA (including whether the orders are of unusual size, frequency, or pattern), report suspicious orders to the DEA, and to refrain from shipping suspicious orders unless the manufacturer determines that the order is not likely to be diverted. *See* § 1301.74; *see also* 21 U.S.C. § 823(a), (d) (requirements for registrants who are manufacturers of Schedule II or Schedule III drugs). The distributors, in turn, sell and ship opioids to pharmacies. They must identify orders from their customers – that is from pharmacies to whom they ship -- that are "suspicious" within the meaning of the CSA (including whether the orders are of unusual size, frequency, or pattern), report suspicious orders to the DEA, and refrain from shipping suspicious orders unless they have determined that the order is not likely to be diverted. *See* § 1301.74; *see also* 21 U.S.C. § 823(b), (e) (requirements for registrants who are distributors of Schedule II or Schedule III drugs). In order to maintain the closed system and guard against diversion, registrants at each step in the supply chain must take steps to ensure that orders they ship are not likely to be diverted.

Unfortunately, RDC now admits that it wholly failed in this duty to take any action to prevent or reduce the distribution of these drugs.

As a proximate result of this dereliction of duty, RDC and its agents have caused Creditor/Claimant to incur excessive costs related to diagnosis, treatment, and cure of addiction or risk of addiction to opioids.

6

Accordingly, RDC admissions foreclose its ability to present evidentiary proof sufficient to require a trial on the question of its negligence in distribution, and summary judgment is properly entered on this claim as a matter of law.

**D.  Conclusion**

For the reasons above, and based upon RDC's own admitted conduct, Creditor/Claimant should be entitled to participate in the distribution of Debtor's assets.

# **EXHIBIT D**

**Declaration of Judith Elkin**

DOCS_NY 46320 v3  75015.003

Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Judith Elkin, Esq. (NY Bar No. 4249439)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                                              :
**In re**                                     :          **Chapter 11**
                                              :
**ROCHESTER DRUG**                            :          **Case No. 20-20230 (PRW)**
**CO-OPERATIVE, INC.**                        :
                                              :
            **Debtor.**                       :
--------------------------------------------------------------x


**DECLARATION OF JUDITH ELKIN IN SUPPORT OF LIQUIDATING TRUSTEE'S**
**FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED**
**AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**


I, Judith Elkin, declare under penalty of perjury as follows, pursuant to the provisions of

28 U.S.C. § 1746:

1.      I am an attorney at the law firm Pachulski, Stang, Ziehl & Jones LLP,

counsel to Advisory Trust Group, LLC (the "Liquidating Trustee"), trustee of the RDC Liquidating

Trust. I submit this declaration in support of the Liquidating Trustee's *First Omnibus Objection to*

*Claims (Books and Records) Filed Against Rochester Drug Co-Operative, Inc. by Finson Law*

*Firm* (the "Objection"). I submit this Declaration based on my personal knowledge.

2.      I have reviewed each of the Proofs of Claim identified on **Exhibit A** to the

Objection. A total of approximately 2170 proofs of claim were filed by the Finson Firm (inclusive

of some which appear to be duplicates). Each proof of claim is identical in that each contains only

the name of the alleged Claimant, is filed for an "undetermined" amount, states the basis of the claim as "Litigation-Pers. Injury/Workers Comp.," and contains an attachment that is a generic discussion of RDC's pre-petition opioid practices and the consent decrees it entered into with various governmental entities.  None of the proofs of claim filed Finson Firm contains any information as to the alleged Claimant's residence or place of business, the Claimant's connection to RDC or any of its member pharmacies, or a dollar amount or description of the actual damages suffered by the Claimant as a result of any actions taken by RDC.  Nor do any of the claims attach a complaint.

3.      Included in each proof of claim is the following statement:

If necessary, Creditor/Claimant (hereinafter referred to as "Creditor" or "Creditor/Claimant") will produce medical records indicating proof of use of an opioid, addiction, and permanent physical and emotional damages.  Further records can be produced showing economic losses associated with the addiction sequelae.

4.      On July 12, 2022, at the request of the Liquidating Trustee, I sent Mr. Lowell Finson of Finson Law Firm a letter (a true and correct copy of which is attached hereto as **Exhibit D-1**) seeking the following information *as well as* the information set forth above that each proof of claim indicated could be provided: (i) the full name, address and contact information of each Claimant; (ii) evidence that each Claimant either lives/works or lived/worked in the Debtor's geographic area of operations; (iii) evidence that each Claimant purchased opioids from the Debtor or from one of its member pharmacies and the type and amount of opioids purchased, inclusive of prescription data and related medical diagnosis; (iv) a breakdown of the types of injuries suffered by each Claimant; and (v) the actual dollar amount of each alleged claim and any specific data supporting the dollar amount and relating that dollar amount to harm allegedly caused to the Claimant by the Debtor.  The letter asked that the requested information be provided by August 15, 2022.

2

5.      On July 12, 2022, Mr. Finson responded by email to me that he would provide the requested information.  A true and correct copy of the 7/12/22 email is attached hereto as **Exhibit D-2**.  During mid-July 2022, I had a phone conversation with Mr. Finson further describing the case and the information needed.  No further response was ever received.  On September 2, 2022, I emailed Mr. Finson asking for an update on the requests for information.  A true and correct copy of the 9/2/22 email is attached hereto as **Exhibit D-3**.  As of the date of this Objection, no information supporting the Disputed Claims has been received and I have had no further communication with Mr. Finson.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
            September 28, 2022

                                                        */s/Judith Elkin*
                                                        Judith Elkin

3

DOCS_NY:46320.3 75015/003
Case 2-20-20230-PRW,   Doc 1678-3,   Filed 10/30/22,   Entered 10/30/22 20:23:05,
Description: Exhibit , Page 47 of 110

**Exhibit D-1**



Judith Elkin

212-561-7781
Jelkin@pszjlaw.com

July 12, 2022

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
HOUSTON, TX

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302.652.4100
FACSIMILE: 302.652.4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

TELEPHONE: 310.277.6910
FACSIMILE: 310.201.0760

SAN FRANCISCO
ONE MARKET PLAZA, SPEAR TOWER
40th FLOOR, SUITE 4000
SAN FRANCISCO
CALIFORNIA 94105-1020

TELEPHONE: 415.263.7000
FACSIMILE: 415.263.7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212.561.7700
FACSIMILE: 212.561.7777

TEXAS
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002-1062

TELEPHONE: 713.691.9385
FACSIMILE: 713.691.9407

WEB: www.pszjlaw.com

**Via E-mail: lowell@finsonlawfirm.com**

Lowell W. Finson
Finson Law Firm
118 Channel Pointe Mall
Marina Del Ray, CA 90292

Re:     **Rochester Drug Co-Operative, Inc. - Case No. 20-20230, U.S. Bankruptcy Court for the W.D. of New York**

Dear Mr. Finson:

The undersigned is counsel to Advisory Trust Group, LLC, Trustee of the RDC Liquidating Trust (the "Trust"), as successor in interest to Rochester Drug Co-Operative, Inc. ("RDC" or the "Debtor"). The Trust was created pursuant to RDC's Second Amended Chapter 11 Plan of Liquidation (the "Plan") confirmed in the Debtor's bankruptcy case. We have reviewed the proofs of claim filed by your law firm on behalf of the clients identified on Exhibit A to this letter and would like to set up a date and time to discuss them with you. Our goal is to try to resolve any claims allowance issues without necessitating the filing of claim objections. While each of the alleged claims listed on Exhibit A are classified as Class 2 general unsecured claims under the Plan, additional information is needed to determine whether they are allowable and if so, in what dollar amount.

Prior to bankruptcy, the Debtor was in the business of, among other things, purchasing and warehousing drugs and pharmaceutical products and selling and distributing such products to its member pharmacies, all of which were located in the following states: Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania and Vermont.

DOCS_NY:45940.1 75015/003



A total of 2166 proofs of claim were filed by your law firm (inclusive of some which appear to be duplicates). Each proof of claim is identical in that each contains only the name of the alleged claimant, is filed for an "undetermined" amount, states the basis of the claim as "Litigation-Pers. Injury/Workers Comp.," and contains an attachment that is a generic discussion of RDC's pre-petition opioid practices and the consent decrees it entered into with various governmental entities. None of the proofs of claim filed by your firm contains any information as to the alleged claimant's residence or place of business, the claimant's connection to RDC or any of its member pharmacies, or the actual damages suffered by the claimant as a result of any actions taken by RDC.

Each proof of claim further contains the statement: "If necessary, Creditor/Claimant (hereinafter referred to as "Creditor" or "Creditor/Claimant") will produce medical records indicating proof of use of an opioid, addiction, and permanent physical and emotional damages. Further records can be produced showing economic losses associated with the addiction sequelae." Please provide us with this information for each claimant identified on Exhibit A to this letter by August 15, 2022.

Additionally, while the information set forth above may be sufficient to prove that the alleged claimant suffered damages as a result of opioid use or addiction, such damages are not necessarily recoverable from RDC. As RDC only did business in a limited area of the United States and had a market share of approximately 2%, even in the geographic areas in which it did business, additional data is necessary to support a claim against RDC.

Therefore, in addition to the information set forth above, by August 15, 2022, please provide the following: (i) the full name, address and contact information of the claimant; (ii) evidence that the claimant either lives/works or lived/worked in the Debtor's geographic area of operations; (iii) evidence that the claimant purchased opioids from the Debtor or from one of its member pharmacies and the type and amount of opioids purchased, inclusive of prescription data and related medical diagnosis; (iv) a breakdown of the types of injuries suffered by the claimant; and (v) the actual dollar amount of the alleged claim and any specific data supporting the dollar amount and relating that dollar amount to harm allegedly caused to the claimant by the Debtor.



Also, as noted in the "Notes" section of <u>Exhibit A</u>, to the extent two identical proofs of claim were filed on behalf of a claimant, please identify why the duplicate claim should not be disallowed.

Once you have provided us with the documentation requested above by the date specified, we would like to set up a call with you to try to resolve as many of your clients' claims as possible. We look forward to working with you to with regard to this process.

Very truly yours,

Judith Elkin

JE

Cc:    Finson Law Firm
12777 W. Jefferson Blvd.
Building D, 3rd Floor
Playa Vista, CA 90066

Ilan Scharf

**EXHIBIT A TO JULY 12, 2022 LETTER TO FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| AARON, CHARLES | 20093 | |
| ABLE, SHAWN | 20098 | |
| ABOUD, RYAN | 20097 | |
| ABRAM, ROBERT | 20102/21450 | Claim 21450 filed by Robert Abram OBO Mary Abram. |
| ACEVEDO, RICHARD | 20105 | |
| ACKLAM, WILLIAM | 20083 | |
| ACORD, JEFFREY | 20084 | |
| ADAMS, CINDY | 20182 | |
| ADAMS, MATTHEWS | 22178 | |
| ADAMS, RONALD | 20086 | |
| ADAMS, SHARON BAKER | 20223 | |
| ADKINS, APRIL | 20108 | |
| ADKINS, JENNIFER | 20110 | |
| ADKINS, JIMMY | 20112 | |
| AGIN, DAVID | 20087 | |
| AGONEY, TAMMY | 20113 | |
| AGUIRRE, IDA | 20103 | |
| AKERS, CHRISTOPHER | 22180 | |
| ALDRICH, JAMES | 20089 | |
| ALEXANDER, ANNE EVETTE | 20082 | |
| ALEXANDER, APRIL | 20183 | |
| ALFORD, WILHELMINA | 20184 | |
| ALI, JACLYN | 22181 | |
| ALLEN, FLYNN | 20106 | |
| ALLEN, JERRI | 20109 | |
| ALLEN, JULIA | 20185 | |
| ALLEN, MICHAEL | 20090 | |
| ALLEN, SCHEDRICK | 20186 | |
| ALLISON, JOHN | 20111 | |
| ALTIZER, RODNEY | 22183 | |
| ALTON, HALEY | 20117 | |
| ALVAREZ, ELIAS | 20187 | |
| ALWIN, LINDSAY | 22184 | |
| AMES, WILLIAM | 22185 | |
| ANDERSON, BRADLEY | 20190 | |
| ANDERSON, HENRY | 20188 | |
| ANDERSON, JEFFREY | 20118 | |
| ANDERSON, KEITH | 20121 | |
| ANDERSON, ROBERT | 20189 | |
| ANDERSON, TONY | 20126 | |
| ANGLIN, CHARLES | 22186 | |

**EXHIBIT A TO JULY 12, 2022 LETTER TO FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| ANIOLOWSKI, JOE | 20191 | |
| ANTHONY, DEREK | 20132 | |
| APOSTOLEC, BRIAN | 20192 | |
| APPLIN, GEORGE | 20133 | |
| APTHEKER, MINDY SCHACTER | 21718 | |
| ARELLANO, FLORA | 20193 | |
| ARMER, JESSIE | 20194 | |
| ARMSTRONG, DAVIDA SUSAN | 20198 | |
| ARNOLD, CHARLES | 20199 | |
| ARNOLD, GREGORY | 20115 | |
| ARRINGTON, JEFFREY | 22188 | |
| ASBERRY, ZAPHANIAH | 20116 | |
| ASHMORE, DAVID JR | 22191 | May be duplicate of claim 22192. |
| ASHMORE, DAVID, JR | 22192/22193 | Claim 22192 appears to be a duplicate of claim 22191, except 22192 is filed by David Ashmore Jr. OBO David Ashmore. Claim 22193 is filed by David Ashmore Jr. OBO Roberta Ashmore. |
| AULISIO, ANTHONY | 20202 | |
| AUSTIN, AUBREY | 22194 | |
| AUTREY, KYMBERLY | 20204 | |
| AVERINE, PHYLLIS | 20120 | |
| AVILA, ERIC | 20094 | |
| AVILA, RAMON | 22195 | |
| BABCOCK, PHILLIP | 20095 | |
| BACHMAN, JOHN | 20122 | |
| BACON, GAYLE | 20123 | |
| BAGLEY, JEREMY | 20096 | |
| BAGWELL, RODNEY | 20206 | |
| BAILEY, DERLE, SR | 22164/22196 | Appear to be duplicates. Claim 22164 is filed by Derle Bailey Sr. OBO Derle Bailey Jr.; claim 22196 is filed by Derle Bailey Sr. OBO Derle Bailey. |
| BAILEY, DEXTER, JR | 20125 | |
| BAILEY, TANIKA | 20127 | |
| BAINTER, TRACEY ANN | 20207 | |
| BAKER, DAVID | 20219 | |
| BAKER, ROBERT | 20129/20221/22413 | Appear to be duplicates. All three claims are filed by Robert Baker; filed on 7/14/20, 7/15/20 and 7/31/20 respectively. |
| BAKER, TRISHA LYNN | 20209 | |
| BALCKSHIR, EMMITT | 20330 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| BALDRIDGE, SAMANTHA | 20130 | |
| BANAS, DONALD | 20136 | |
| BANKS, EDWANNA | 20137 | |
| BARAJAS, JIMMY | 20138 | |
| BARGER, CHRISTINA | 20140 | |
| BARKER, RACHEL | 20142 | |
| BARNES, ROXANNE | 20144 | |
| BARNES, STACY | 20148 | |
| BARNETT, ROBERT | 20151 | |
| BARR, VERONICA | 20224 | |
| BARRETT, SCOTT | 20153 | |
| BARROWS, LINDA | 20141 | |
| BARTHOLOMEW, LETICIA | 20143 | |
| BARZILAY, SIMON | 20226 | |
| BASALDU, TINA | 20230 | |
| BASSETT, JONATHAN | 22197 | |
| BASTO, ARLENE | 22321 | |
| BATSON, LAURENCE | 20232 | |
| BAULOS, NATALIE | 22198 | |
| BAXTER, BELINDA | 20146 | |
| BAXTER, KEITH | 20145 | |
| BAYLIFF, DEBBIE | 20233 | |
| BAZAN, BELINDA | 22199 | |
| BEACH, CHAD | 20147 | |
| BEASLEY, JOSEPH | 20234 | |
| BEAVER, LINDZAY | 20150 | |
| BECK, JUNE | 20099 | |
| BECKER, MITCHELL | 20163 | |
| BEDDINGTON, JAMES | 22200 | |
| BELL, JUSTIN | 20164 | |
| BELL, TOIA | 20236 | |
| BELLE, KENNETH | 20282 | |
| BELTCHER, RAYMOND LEE | 20284 | |
| BENNETT, DREW | 20165 | |
| BENNETT, ELIZABETH | 20286 | |
| BENNETT, KATHERINE | 22202 | |
| BENNETT, REVA | 20290 | |
| BENNETT, WALTER | 20288 | |
| BENSON, KENNETH | 22203 | |
| BENSON, WILLIAM | 20166 | |
| BERENS, FREDERICK | 20292 | |
| BERN, JUDY | 20317 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| BERRIOS, DANIELLE | 20320 | |
| BETZ, RICHARD | 20100 | |
| BEVINS, VICTORIA | 20167 | |
| BICKFORD, DAVID | 20168 | |
| BIERMAN, JOE | 20169 | |
| BIGGS, MICHELLE | 20170 | |
| BILES, BRYAN | 20171 | |
| BINES, BOBBY | 20172 | |
| BIRD, PAUL | 20173 | |
| BIRDSONG, KIMBERLEY | 20174 | |
| BITSOLI, TYNA | 22205 | |
| BLACK, DAVID | 20101 | |
| BLACK, MARY | 20323 | |
| BLACKMAN, SILVIA | 20325 | |
| BLACKMON, CARONDA | 20326 | |
| BLACKMON, LASHEENA | 20328 | |
| BLACKMON, ZETTIE | 20329 | |
| BLAHA, NATHANE | 22206 | |
| BLAIR, CHRISTOPHER | 20333 | |
| BLAIR, MARYANN | 20201 | |
| BLAKE, DAVID | 20205 | |
| BLAKE, KELLI | 20210 | |
| BLAKE, RONALD | 20211 | |
| BLAKEMORE, CONNIE | 20332 | |
| BLAND, EBEN | 20104 | |
| BLAND, JOHN | 20334 | |
| BLAND, JUSTIN | 22207 | |
| BLANKENSHIP, ROBBIE | 20107 | |
| BLAY, JOYCE | 20336 | |
| BLAY, KYKINDA | 20390 | |
| BLAZER, RICHARD | 20392 | |
| BLEVINS, TIMOTHY | 22208 | |
| BLIZZARD, JOHN | 22209 | |
| BLOODWORTH, BRUCE | 20394 | |
| BLOOMFIELD, RICHARD | 20212 | |
| BLUME, TROY | 20213 | |
| BLUME, WILLIAM | 22404 | |
| BOBBY, ROBERT | 20214 | |
| BOBZIEN, LISA | 20215 | |
| BOFFEN, LEROY, JR | 20216 | |
| BOGAN, ROBERT | 20396 | |
| BOGGESS, EDGAR | 20114 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| BOGS, RUFUS | 22211 | |
| BOHANNAN, MARY | 20217 | |
| BOLEY, TRAVIS | 20218 | |
| BOLLINGER, NATHANIAL | 20175 | |
| BOLTON, NICHOLAS | 20177 | |
| BOLTON, NJ, III | 20176 | |
| BOMIA, BRENT | 22213 | |
| BOND, CHARLES | 20178 | |
| BONNER, VALERIE | 20398 | |
| BONNLANDER, DANIEL | 22409 | |
| BOONE, RHONDA | 20179 | |
| BORAWSKI, LISA | 22214 | |
| BORGES, DORIS | 20401 | |
| BORMAN, LINDA | 20180 | |
| BORTNER, MICHAEL | 20181 | |
| BOST, GARY | 20119 | |
| BOSTICK, ANWAR HASON | 20403 | |
| BOWERS, GIN JO | 20405 | |
| BOWLING, MELINDA | 20195 | |
| BOYCE, MATTHEW | 20196 | |
| BOYD, COLEEN | 20197 | |
| BRADLEY, ALISHA | 20406 | |
| BRADLEY, DOYLE | 20200 | |
| BRADLEY, TABITHA | 20203 | |
| BRAMBORA, GARY | 20408 | |
| BRAMLETT, ROBIN | 20302 | |
| BRANNON, JAMES | 22216 | |
| BRANNON, RENEE | 20304 | |
| BRANTLEY, JAMES | 20308 | |
| BRAUD, TINA | 20295 | |
| BRAUN, BRITNEY | 20296 | |
| BREAUX, JEANETTE | 20409 | |
| BREAUX, MARCUS | 20124 | |
| BREEN, JENNIFER | 20297 | |
| BRENNON, CRYSTAL | 20298 | |
| BREWER, CAROLYN | 21671/22218 | Appear to be duplicates. Claim 21671 (filed 7/28/20) and 22218 (filed 7/31/20) each filed by Carolyn Brewer OBO Serena Brewer. |
| BREWER, DANIEL | 20410 | |
| BREWINGTON, RODNEY | 20411 | |
| BREY, JAMES | 22219 | |
| BRIAN, KAUFMAN | 20762 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| BRIDGES, JAMES | 20299 | |
| BRISCOE, KATHY | 20300 | |
| BRONSON, ANGELLA | 20301 | |
| BROOKINS, FELICIA | 20412 | |
| BROOKS, NATHANIEL JORDAN | 20435 | |
| BROOKS, SHONTESIA | 20433 | |
| BROOKS, STEPHEN | 20436 | |
| BROUSSEAU, RICHARD GILBERT | 20437 | |
| BROWN, ADRIAN | 20303 | |
| BROWN, CHARLES | 20305 | |
| BROWN, DANIEL | 20454/20455 | Appear to be duplicates. Both claims filed by Daniel Brown on same day. Additionally, another POC of a "Daniel Brown" was filed by Napoli Shkolnik (claim no. 22296 for $3.5 million). |
| BROWN, DARLENE | 20442 | |
| BROWN, HOLLY | 20306 | |
| BROWN, JAMES TRAVIS | 20456 | |
| BROWN, JOANNA | 22221 | |
| BROWN, KARIE | 20309 | |
| BROWN, LEFEFIA | 20453 | |
| BROWN, MARY DELORIES | 20438 | |
| BROWN, MICHAEL | 20310/20312 | Appear to be duplicates. Claim 20310 filed by Michael Brown; claim 20312 filed by Michael Brown (Hawaii); both claims filed on same date. |
| BROWN, ROBERT | 22222 | |
| BRUNS, JOSEF | 20314 | |
| BRYAN, ZACHARY, II | 21404 | |
| BRYANT, ALIECENO | 22224 | |
| BRYANT, DONALD | 20457 | |
| BRYANT, JEFFREY | 20331 | |
| BUCKLEY, JENNIFER CURTIS | 22281 | |
| BUFFEY, JOSEPH | 22225 | |
| BUFFINGTON, ANGELA | 20459 | |
| BUKER, TROY | 20460 | |
| BULLOCK, RODERICK | 20461 | |
| BUMGARNER, DEBORAH | 22227 | |
| BUNN, PAMELA | 20335 | |
| BUNTAIN, ROBERT | 22416 | |
| BUONDONNO, GARY | 20337 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| BURCHETTE, MILTON | 20465 | |
| BURDSALL, JOSEPH | 20338 | |
| BURGAN, JULIE | 20339 | |
| BURGESS, MOLLIE | 20128 | |
| BURKE, JESSE | 22231 | |
| BURKHARDT, MICHAEL | 20350 | |
| BURLEY, LAURI | 20351 | |
| BURNS, LARRY | 20467 | |
| BURNS, WILLIAM | 20352 | |
| BURRIER, LISA | 20353 | |
| BUSH, DREWEY | 20469 | |
| BUSHNELL, THERESA | 20354 | |
| BUSS, CHRISTINE | 20472 | |
| BUTLER, ANGELA | 20471 | |
| BUTLER, JERMAINE | 20473 | |
| BUTLER, JOSHUA | 20313 | |
| BUTLER, MARLIES | 20315 | |
| BUTTERLINE, LISA | 20085 | |
| BUTZEN, SHANE | 20475 | |
| BYKOFF, DOUGLAS ERIC | 20477 | |
| BYKOFF, MILLIE | 20479 | |
| BYRD, TIMOTHY LEE | 20481 | |
| CABRERA, FRANK | 20316 | |
| CABRERA, MAURA | 22233 | |
| CAIN, BOBBY | 20513 | |
| CALCINARI, DANIEL | 20515 | |
| CALDWELL, SHEILA | 22234 | |
| CALLAHAN, VERDA | 22236 | |
| CALLIS, ARNOLD | 20516/20517 | Appear to be duplicates.  Both claims filed by Arnold Callis on same date. |
| CAMERON, ROBERT DARNELL | 20520 | |
| CAMPBELL, FELISHA | 20522 | |
| CAMPBELL, KATHY | 20318 | |
| CAMPBELL, KELLY | 20319 | |
| CAMPBELL, ROSIE | 20524 | |
| CAMPBELL, STEVE | 20528 | |
| CAMPBELL, TERESA | 20521 | |
| CAMPOY, ALBERT | 21950 | |
| CANALES, JAVIER | 20322 | |
| CANNON, DANNY | 20533 | |
| CANNON, DAVID | 20530 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| CANNON, JEFFREY | 20324 | |
| CANNON, LISA | 20531 | |
| CANTER, RAYMOND | 20327 | |
| CANTLEY, TIFFANY | 20535 | |
| CAPRANICA, STEPHEN | 20340 | |
| CARANGI, DAVID | 22238 | |
| CARLON, JONATHAN | 22240 | |
| CARMICHAEL, DEBBIE | 20537 | |
| CARMICHAEL, MANDY | 20343 | |
| CARMICHAEL, RAYFORD | 20539 | |
| CARPENTER, KELLY | 20540 | |
| CARREKER, TRACI | 20344 | |
| CARROLL, BOBBY | 20542 | |
| CARROLL, DENNIS | 20541 | |
| CARSTARPHEN, DENNIS | 20543 | |
| CARSTARPHEN, DORETTE | 20545 | |
| CARTER, CHAD | 20345 | |
| CARTER, DAVID | 20347 | |
| CARTER, GLORIA | 20546 | |
| CARTER, MACEL | 20547 | |
| CARTER, ROBERT | 20549 | |
| CASEY, JARED | 20348 | |
| CASHMAN, TODD | 20349 | |
| CASINO, GIOVANNA | 20220 | |
| CASSADY, CHRISTOPHER | 20550 | |
| CASTILLO, ELIZABETH | 21696 | |
| CASTLEBERRY, SEAN | 20355 | |
| CASTLEBERRY, TERRY | 22243 | |
| CASTON, MELVININA | 20551 | |
| CATALANO, CRYSTAL | 20553/20554 | Both claims filed on same date. Claim 20553 by Crystal Catalano and claim 20554 by Crystal Catalano OBO Joseph Catalano. |
| CATIZANNO, FRANK | 20555 | |
| CATLIN, BEULAH | 20556 | |
| CAUDILL, BRIAN | 20356 | |
| CEDILLO, ALFREDO | 22246 | |
| CHAMBERS, TERRY | 20225 | |
| CHAMBERS, TIFFANY | 20557 | |
| CHAMPION, KENNETH | 20357 | |
| CHARLES, TROY | 20558 | |
| CHARVET, DAPHEN | 22247 | |
| CHARVET, DAPHNE | 21666 | |

8

**EXHIBIT A TO JULY 12, 2022 LETTER TO FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| CHEEK, JOEY | 20358 | |
| CHEESEBORO, TIFFANY | 20559 | |
| CHELTON, DEBORAH | 21667 | |
| CHENOWETH, JESSICA | 20359 | |
| CHERRY, BESSIE | 20360 | |
| CHESHIER, JETSON | 20560 | |
| CHILDERS, BOBBY | 20361 | |
| CHILDERS, CHRISTOPHER | 20131 | |
| CHING, CHRISTIAN | 20362 | |
| CHRISTIAN, WILLIAM | 20364 | |
| CHRISTINA, BARENFANGER | 20139 | |
| CHURCH, BRADLEY | 20561 | |
| CITCHENS, TONIA | 20562 | |
| CLANTON, BARBARA | 20563 | |
| CLANTON, ROGER | 20564 | |
| CLARK, COURTNEY | 20574 | |
| CLARK, HEATHER | 20571 | |
| CLARK, JOSEPHINE | 20570 | |
| CLARK, MICHAEL | 20576 | |
| CLARK, PAMELA | 20566 | |
| CLARK, REGINALD | 20568 | |
| CLARK, RICKI | 22252 | |
| CLAY, ANTHONY | 20365 | |
| CLELAND, CARL | 20367 | |
| CLEMENTS, JAMES | 20371 | |
| CLONINGER, SHEENA | 20369 | |
| CLONTS, DARNITA | 20579 | |
| CLOUGH, ALAN | 20527 | |
| CLOYES, GREGORY | 20134 | |
| COCKER, CHRISTOPHER H | 21703 | |
| COCKRELL, PHILLIP | 20376 | |
| COE, CHERIE | 20581 | |
| COLE, KATHELYNN | 22256 | |
| COLE, RICHARD | 20380 | |
| COLE, SHIRLEY | 20584 | |
| COLEMAN, CONSWELLA | 20589 | |
| COLEY, WES | 20593 | |
| COLLAZO, JESSICA | 20382 | |
| COLLIER, DANI | 22259 | |
| COLLINS, DOROTHY G | 20384 | |
| COLLINS, MATTHEW | 22261 | |
| COLLINS, RANDY | 22263 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| COLTER, WARREN | 20599 | |
| COMBS, HARLAN | 20603 | |
| COMPTON, KENNETH | 20607 | |
| COMTOIS, RONALD | 20363 | |
| CONCHOLA, CHARLENE | 20610 | |
| CONDIT, ANTOINETTE | 20613 | |
| CONNER, CLINT | 20135 | |
| CONNER, JAMES | 20614 | |
| CONNER, JOSHUA | 20366 | |
| CONNOLLY, LISA | 22267 | |
| CONRAD, JACQUELINE | 20618 | |
| COOK, BOBBIE | 20620 | |
| COOK, BURL | 20663 | |
| COOK, FRANK | 20621 | |
| COOK, JIMMY | 20662 | |
| COOK, KEITH | 20664 | |
| COOK, RONALD | 20368 | |
| COOK, SHERI | 20370 | |
| COOKSON, BRANDY | 20372 | |
| COOLEY, CHRISTINA MEYER | 21435 | |
| COONS, NICOLE | 20374 | |
| COONSE, LILA | 20665 | |
| COOPER, ANDREW | 20667 | |
| COOPER, ANTHONY | 20375 | |
| COOPER, BOBBY | 20377 | |
| COOPER, ERIC | 22269 | |
| COOPER, GREGORY | 20666 | |
| COOPER, VIVIAN | 21448 | |
| COOTS, LAURENCE | 20378 | |
| COPE, BRAXTON | 20379 | |
| CORBIN, CASEY | 20381 | |
| CORBIN, JEFFREY LEE | 20668 | |
| CORDELL, BOBBIE | 20383 | |
| CORMIER, GERITES IV | 22273 | |
| CORNES, JACQUELINE | 22274 | |
| CORRENTE, BARBARA | 20385 | |
| CORROW, DAVID, II | 20386 | |
| CORTLAND, MARLA | 20387 | |
| COSSARI, SALVATORE | 20669 | |
| COSTNER, STEVEN | 20388 | |

**EXHIBIT A TO JULY 12, 2022 LETTER TO FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| COUPER, SARAH | 21668/22278 | Claim 21668 filed 7/28/30 by Sarah Couper OBO Maxwell Couper; claim 22278 filed 7/31/30 by Sarah Couper OBO Maxwell Quevedo.  Possible duplicates. |
| COURTEMANCHE, LISA | 20389 | |
| COX, ALEX | 21930 | |
| COX, CORY | 20391 | |
| COX, PHILLIP | 20149 | |
| CRABB, MICHAEL | 20393 | |
| CRAIG, LISA | 20395 | |
| CRAWFORD, ANGELA MARIE | 20670 | |
| CRAWFORD, VICKIE | 20671 | |
| CRAYTON, LORENZO | 22419 | |
| CRESONG, MICKEY | 20672 | |
| CRESPO, BRENDA | 20152 | |
| CREWS, JAMES | 20154 | |
| CRIPPEN, DEBORAH CHELTON | 22249 | |
| CROCKER, CHRISTOPHER | 20397 | |
| CROSNO, RONNIE | 20399 | |
| CROUSE, SHELLEY | 20400 | |
| CROWL, JUSTIN | 22280 | |
| CUADRADO, KRISTEN | 20767 | |
| CUBBAGE, KATHRYN | 20402 | |
| CULP, LISA | 20404 | |
| CULPEPPER, DARRELL | 20407 | |
| CUMPTON, ANNIE | 20155 | |
| CUNNINGHAM, PAMELA | 20769 | |
| CURRENCE, RANDEE | 20771 | |
| CURRY, JAMES | 20774 | |
| CURTIS, JODY | 20416 | |
| CURTIS, TRACY | 20775 | |
| CUZICK, KEVIN | 20779 | |
| DAIL, CHARLES | 20418 | |
| DAILEY, JIM | 21951 | |
| DAMON, LAURIE | 22283 | |
| DANCY, DAIQUION | 20782 | |
| DANIEL, SAUL | 21760 | |
| DANLEY, JACQUELINE | 20491 | |
| DANLEY, JAMES | 20492 | |
| DANSEREAU, DANIEL | 20499 | |
| DARLING, SUZETTE | 20500 | |

**EXHIBIT A TO JULY 12, 2022 LETTER TO FINSON LAW FIRM**

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| DARRIGNTON, STEVE | 20786 | |
| DAVIDSON, PAUL | 20789 | |
| DAVILA, IVONNE | 20787 | |
| DAVIS, ALEX | 20820 | |
| DAVIS, ARTHUR | 20823 | |
| DAVIS, DON | 22284 | |
| DAVIS, DORIS | 20798 | |
| DAVIS, DURWOOD | 20809 | |
| DAVIS, GEORGE | 20501 | |
| DAVIS, JEANETTE | 20822 | |
| DAVIS, JESSICA | 20795 | |
| DAVIS, JOHN | 20801 | |
| DAVIS, KEITH | 20502 | |
| DAVIS, LA-ZARIOUS | 20791 | |
| DAVIS, NELLIE | 20792 | |
| DAVIS, RICHARD | 20503 | |
| DAVIS, SARAH | 20806 | |
| DAVIS, THOMAS | 22286 | |
| DAVIS, TRINA | 20504 | |
| DAY, BENJAMIN | 20825 | |
| DAY-WEBB, GAIL | 20827 | |
| DEALLEN, EDWARD | 20830 | |
| DEAN, DWIGHT | 20832 | |
| DEAN, LISA POREE | 21438 | |
| DEAN, WHITNEY | 22289 | |
| DEAN-PRINCE, JEREMY | 20505 | |
| DEAR, SANDRA | 21738 | |
| DEBELLIS, DAVID ADAM | 20866 | |
| DECKMAN, KEITH | 20156 | |
| DEESE, HENRY | 20157 | |
| DEHAVEN, BRUCE | 20867 | |
| DELAIR, MARY | 20506 | |
| DELAVIO, LIDIA | 20507 | |
| DELEMO, CATHERINE | 20508 | |
| DEMASTER, LOTUS | 20869 | |
| DEMPSEY, ALICE LYNNE | 20509 | |
| DENNIS, DEANNA | 20876 | |
| DENNIS, RONALD | 20874 | |
| DEPHILIPS, ALLEN | 20828 | |
| DERSCH, THOMAS | 20510 | |
| DESHIELDS, TRACY | 20878 | |
| DEVITA, JONATHAN | 20417 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| DEVOLDER, JAMES | 21932 | |
| DIBELLO, TAWNY | 20420 | |
| DICK, RICHARD | 20423 | |
| DICKENS, JERRY | 20424 | |
| DICKERSON, KAREN | 20227 | |
| DIMARIO, DESIRAE | 20426 | |
| DIMARIO, JARRON | 20429 | |
| DIXON, DERRICK | 20431 | |
| DIXON, MICHELLE | 20441 | |
| DOBESH, ROBERT | 20880 | |
| DOCK, TASHA | 20882 | |
| DODDS, BENJAMIN | 20444 | |
| DOERING, DEBORAH | 20158 | |
| DOHERTY, PADDY | 20445 | |
| DOMINGUEZ, HELEOBORA | 20884 | |
| DONOHOE, KATHERINE | 20159 | |
| DONOHUE, TERRENCE | 22291 | |
| DOTSON, KENRIC | 20886 | |
| DOTY, JERRY LEE JR | 20448 | |
| DOUGLAS, GARLAND | 20449 | |
| DOUGLAS, JARRETT | 20451 | |
| DOW, HEATHER | 20452 | |
| DOWN, RON | 22294 | |
| DRAKE, JEFFERY | 20493 | |
| DRAKE, JEFFREY | 20511 | |
| DRAPER, JAMIE | 20494/20512 | Appear to be duplicates. Claims filed 7/18/20 and 7/19/20, both by Jamie Draper. |
| DRISKELL, JAMES | 20495 | |
| DRUNGOLE, RONALD | 20891 | |
| DUARTE, RICARDO | 21437 | |
| DUARTE, VERONICA | 20496 | |
| DUBENKO, KEITH | 20893 | |
| DUBOIS, RYAN | 20497 | |
| DUCHARME, ERIC | 20498 | |
| DUCHENE, RHONDA | 20544 | |
| DUDLEY, PATRICK | 20590 | |
| DUGGARD, TIM | 20595 | |
| DUGUAY, RONALD | 20895 | |
| DUKES, BILLY | 20899 | |
| DUKES, FREDDIE LEE | 20935 | |
| DUKES, JOSEPHINE | 20897 | |
| DUKES, MARSHIC | 20933 | |

13

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| DULANEY, EMANUEL | 20937 | |
| DULANEY, ERNESTINE | 20939 | |
| DULANEY, ROBERTA | 20954 | |
| DULANEY, TAMMIE | 20951 | |
| DUNCAN, PATRICIA | 20598 | |
| DUNCAN, PENNY THERESA | 20956 | |
| DUNIGAN-GRIFFIN, DENISE | 20959 | |
| DUPRE, PHYLLIS | 20160 | |
| DURAN, DEBRA | 20602 | |
| DURANTE, MICHELLE ANN | 20964 | |
| DURHAM, STEVE | 20967 | |
| DYER, GARY | 20605 | |
| DYER, HUGH JR | 22297 | |
| DYNES, DESMOND | 20608 | |
| EALEY, PHYLLIS | 21739 | |
| EASLEY, BRIAN | 20161 | |
| EASTEP, SAMANTHA | 20611 | |
| EASTON, LORNE ANDREW | 21046 | |
| EBERSOLE, CHANCE | 20162 | |
| EDMONDSON, SHARON | 21678/22298 | Appear to be duplicates.  Claims filed 7/28/20 and 7/31/20 by Sharon Edmondson OBO Ashley Edmondson. |
| EDWARDS, REBECCA ANN | 21048 | |
| EGGLESTON, STEVEN HARLAN | 21058 | |
| EKEGREN, KEENAN | 20615 | |
| ELA, AMANDA | 20617 | |
| ELDREDGE, JOHN | 20241 | |
| ELEFANTIS, GEORGE | 21084 | |
| ELKINS, JANE | 21087 | |
| ELLIOTT, DONOVAN | 20624 | |
| ELLIS, JAMES | 21090 | |
| ELLIS, JENNIFER | 20625 | |
| ELLIS, JESSICA | 20627 | |
| ENDRES, MARVIN | 20639 | |
| ENGLE, PHYLLIS | 21096 | |
| ENGLES, PHILLIP | 20642 | |
| ENGSTROM, CRAIG | 20643 | |
| ENSLEY, PATRICK | 21184 | |
| EPHRAIM, SARAH | 21187 | |
| ERICKSON, ORION | 20645 | |
| ERNST, STEVEN | 20646 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| ESQUIVEL, RAMON | 20647 | |
| ESTEP, CASSANDRA | 20648 | |
| ESTEP, STEPHANIE MELISSA | 21188 | |
| ESTES, JOSEPH | 20242 | |
| EVANS, ANTHONY RAY | 21196 | |
| EVANS, DAIVON | 21193 | |
| EVANS, PAMELIA | 20650 | |
| EVANS, PAULA | 21191 | |
| EVERARD, KATHRYN | 20652 | |
| EVSLIN, NOAH | 20243 | |
| EXLINE, JULIE | 20654 | |
| EZELL, STEPHEN | 21934 | |
| FABRIZIO, MATTHEW | 21199 | |
| FAHRNOW, DONNA | 20244 | |
| FAIRLEY, CARL EDWARD | 21201 | |
| FAIRLEY, SAMMUEL | 21204 | |
| FANTIN, VINCENT | 21692/22301 | Appear to be duplicates. Claims filed 7/28/20 and 7/31/20 by Vincent Fantin OBO Michael Fantin. |
| FARABEE, WILLIAM PAUL | 21206 | |
| FARLEY, RICHARD | 20245 | |
| FARMER, JENNIE | 20656 | |
| FARMER, MATTHEW | 20658 | |
| FARRA, JOHN | 21693/22302 | Appear to be duplicates. Claims filed 7/28/20 and 7/31/20 by John Farra OBO Dorothea Farra. |
| FAULKNER, KELLEY | 22305 | |
| FAULKNER, MARIO ON BEHALF NAOMI FAULKNER | 20246 | |
| FAVRE, CLAYTON | 20694 | |
| FAY, GINA | 20696 | |
| FEISTEL, CELIA | 21208 | |
| FELTON, ENOS | 21209 | |
| FERRELL, BOB | 20698 | |
| FICKLING, CALVIN | 21210 | |
| FIELDS, JAMES | 20715 | |
| FIELDS, ROBERT | 20716 | |
| FIGUEROA, YVONNE | 20720 | |
| FINAN, MICHELLE | 21442 | |
| FINCHER, JEROD | 20721 | |
| FINK, JOHN JR | 22306 | |
| FINK, JOHNNY JACK | 21443 | |
| FINKLEA, MELVIN | 21444 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| FINLEY, GERALDINE | 21446 | |
| FINNEGAN, CRAIG | 20722 | |
| FISCHER, PALA | 21447 | |
| FISHER, TYRELL | 20725 | |
| FITCH, JAMES | 21449 | |
| FIXEL, ADAM | 20726 | |
| FLASKEY, SHANNON | 20727 | |
| FLECK, SHEA | 20729 | |
| FLEMING, DONALD HOWELL | 20736 | |
| FLETCHER, ELIZABETH ANN | 21451 | |
| FLETCHER, MELISSA | 22309 | |
| FLETCHER, TINA | 21694 | |
| FLORA, PAUL A | 20738 | |
| FLORAK, ROSEMARIE | 20741 | |
| FLORES, DAVID | 20743 | |
| FLORES, MARYJANE | 21452 | |
| FLUKER, BRENDA | 21453 | |
| FODORA, JOHN | 21454 | |
| FOLLMER, DALE | 20746 | |
| FORBES, CARRIE | 20748 | |
| FORD, CANDICE | 20750 | |
| FORD, LEWIS | 20752 | |
| FORD, RHONDA CATRIA | 21456 | |
| FORD, ROBERT | 21458 | |
| FORD, SCOTT | 20757 | |
| FOREMAN, KATHRYN | 20763 | |
| FOREST, GARY | 20764 | |
| FORNANDER, MICHAEL | 20765 | |
| FORT, WILLIAM, II | 20772 | |
| FOSS, ARNOLD M | 21460 | |
| FOSTER, ELOISE | 21464 | |
| FOWLER, LAVINIA | 21466 | |
| FOWLER, RALPH | 20773 | |
| FOX, GRATT | 20776 | |
| FOX, JOSEPH ALLEN | 20778 | |
| FOX, ROBERT | 20785 | |
| FOX, RYANN | 20788 | |
| FOX, SHIRLEY | 20790 | |
| FOX, THOMAS | 21483 | |
| FRANCIS, GILBERT | 21484 | |
| FRANCIS, TIMMY ELDRED | 21497 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| FRANCO, IVAN | 20793 | |
| FRANCO, LINDA | 20797 | |
| FRANK, TONY | 21498 | |
| FRANKLIN, ALBERT | 20088 | |
| FRASCA, STACY | 20800 | |
| FREEMAN, ALEX | 20341 | |
| FREEMAN, ALEX BRENT | 21499 | |
| FREYTA-DURAN, CARLA | 20803 | |
| FRIEDEN, JAMES | 20805 | |
| FRIEND, SPURGEON GLENN | 21500 | |
| FRIEND, STEVEN | 21936 | |
| FRISBY, ROBBIE | 21501 | |
| FROST, AMANDA | 20807 | |
| FRY, MATTEW | 22311 | |
| FUHS, STEPHEN | 20810 | |
| FULLER, BRYAN | 21503 | |
| FULLER, WILLIAM | 21504 | |
| FULLERTON, TROY ALLEN | 21505 | |
| FULTON, LISA | 20811 | |
| FURMAGE, ERNEST | 20812 | |
| GABRIEL, THOMAS, SR | 20813 | |
| GAGUM, CALVESTER | 21506 | |
| GALLEGO, JACK | 20247 | |
| GALYON, TARA LYNN | 21513 | |
| GANT, JULIA FAYE | 21516 | |
| GANTT, LINDA | 20814 | |
| GARCIA, ANGEL | 21517 | |
| GARCIA, JOSE | 21518 | |
| GARCIAZ, RICARDO | 20815 | |
| GARIBAY, DAVID A | 21522 | |
| GARNETT, RICHARD CHARLES | 21535 | |
| GARNETT, WANDA | 21527 | |
| GARRET, RONALD | 21531 | |
| GARRETT, CHRISTAL ANN WALLET | 20919 | |
| GARZA, JOSE | 21544 | |
| GASPA, GREGGORY | 20816 | |
| GATES, MARY JEAN | 21548 | |
| GAYLE, STEVEN | 20817 | |
| GEBREAB, THEODROS | 22314 | |
| GENCO, KEITH | 20248 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| GENEVA, THOMAS J, JR | 20818 | |
| GENTRY, RUTH | 20819 | |
| GEORGE, CHRISTY | 21655 | |
| GEORGE, MARY | 21551 | |
| GETZ, SARAH LINDSEY | 21656 | |
| GIBB, SIMON | 20831 | |
| GIBSON, ELSIE | 21658 | |
| GIBSON, ROBERT | 20833 | |
| GIBSON, WILLIAM B | 21657 | |
| GILBERT, JONATHAN | 22317 | |
| GILBERT, STEVEN | 21659 | |
| GILES, HAROLD | 20834 | |
| GILLEY, HAZEL RONIJEAN | 21660 | |
| GILLIGAN, LORENA | 22319 | |
| GILLISPIE, LEVITA | 20228 | |
| GILLMAN, CORY | 20835 | |
| GILMORE, KEVIN | 21661 | |
| GILPIN, CRYSTAL | 20821 | |
| GIRARD, JESSICA | 20824 | |
| GLADNEY, EVA | 21663 | |
| GLADNEY, JIMMY | 21669 | |
| GLADNEY, JOSEPHINE | 21670 | |
| GLASS, JASON | 20826 | |
| GLUSAK, JOHN | 20829 | |
| GODBOLD, ANGELA | 21672 | |
| GODBOLD, BOBBY | 21673 | |
| GODDARD, ERIC | 21675 | |
| GOFF, OWEN | 20836 | |
| GOFFINET, MICHELE | 20837 | |
| GOHR-RONEY, CARLA | 21676 | |
| GOINS, JOSHUA | 20838 | |
| GONZALES, JOANN | 20920 | |
| GONZALEZ, MISAEL | 20918 | |
| GONZALEZ, ROSEANDA | 21679 | |
| GOODSMAN, AUSTIN | 20249 | |
| GOODWIN, CHRISTINA | 20924 | |
| GORDON, RICHARD | 20925 | |
| GOSSERAND, JOSHUA | 20250 | |
| GOTSCHALL, ROB | 20926 | |
| GRAHAM, DELORSE NATHAN | 20927 | |
| GRAHAM, JORDAN | 20929 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| GRAHAM, SADIE | 21682 | |
| GRANT, ANTHONY | 21687 | |
| GRANT, JOHN | 21684 | |
| GRAY, CHARLES | 21686 | |
| GRAY, DELILAH | 20930 | |
| GRAY, LARRY GENE | 21689 | |
| GRAY, SHARONDA MONIKA | 21688 | |
| GRAY, TARA | 20931 | |
| GRAYSON, TERESA | 21691 | |
| GREEN, ANGELA | 20932 | |
| GREEN, BEVERLY | 20934 | |
| GREEN, CAROLYN BEATRICE | 21704 | |
| GREEN, CHRISTINA | 20936 | |
| GREEN, ELTON | 21707 | |
| GREEN, LATASHA YVETTE | 21699 | |
| GREEN, MICHELE LYNN | 21712 | |
| GREEN, SAMANTHA | 21698 | |
| GREEN, SHEILA | 20938 | |
| GREEN, TERESA | 21709 | |
| GREEN, TOMMY JOE | 21711 | |
| GREEN, WALTER | 21706 | |
| GREENE, MELINDA | 20942 | |
| GREENLEE, DWIGHT EARL | 21715 | |
| GREENWALT, JANICE LYNN | 20943 | |
| GREER, BARRY JOSEPH II | 20945 | |
| GREINER, RITA | 20948 | |
| GRENIER, JUSTIN | 20949 | |
| GREYNO, LORI | 20952 | |
| GRIFFIN, BRIAN | 20955 | |
| GRIFFIN, STACEY | 20957 | |
| GRIFFITHS, JOHN | 20962 | |
| GRIMES, CARLEY | 20961 | |
| GRIMM, MICHAEL | 20971 | |
| GRIZZLE, VICKIE | 20973 | |
| GROOM, RHONDA | 22323 | |
| GROSS, FREDRICK | 21714 | |
| GROSS, WILLIAM | 20251 | |
| GUEST, JAMES | 22326 | |
| GUIDRY, DANNY | 22329 | |
| GUIOU, ANNMARIE | 20975 | |
| GUISE, JOHN | 20976 | |
| GULNAC, ANTHONY | 20977 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| GURULE, ISAAC | 20995 | |
| GUSHINIERE, CASSIUS SR | 20998 | |
| GUSHUE, JASON | 21000 | |
| GUTENKUNST, FRANK | 21720 | |
| GUTIERREZ, ANTHONY | 21001 | |
| GUYTON, LAURA | 21004 | |
| GYPIN, MISTY | 21006 | |
| HAINES, PATRICIA | 21007 | |
| HAIRE, MICHAEL LYNN | 21721 | |
| HALE, BRIAN | 21008 | |
| HALL, BARBARA | 21722 | |
| HALL, EDMUND RYAN | 21723 | |
| HALL, FALLON | 21009 | |
| HALL, JAMES | 20229 | |
| HALL, STEPHEN | 21725 | |
| HALL, THOMAS | 21010 | |
| HALLAHAN, PATRICK | 21011 | |
| HALLMAN, SONJA MARIE | 21726 | |
| HALUCK, TIM | 21012 | |
| HAMBY, CARLA | 21727 | |
| HAMEL, CHARLES | 21728 | |
| HANEN, ARLOW JACOB | 21729 | |
| HANEY, GARRY | 21730 | |
| HANEY, RONALD | 21731 | |
| HANS, NICOLE | 21013 | |
| HANSON, GEORGINE | 21732 | |
| HANSON, ROY DEAN | 21733 | |
| HANZLE, KEVIN JAMES | 21735 | |
| HARDIMON, LARRY EUGENE | 21734 | |
| HARDY, HENRY | 21736 | |
| HARDY, MICHAEL | 21014 | |
| HARE, TONYA KAY | 21737 | |
| HARGRAVES, JERRELL | 21015 | |
| HARLEY, SHELLI | 21017 | |
| HARMAN, MARTIN | 21767 | |
| HARPER, DENISE MARLENE | 21768 | |
| HARRELL, LILLIE | 21770 | |
| HARRELSON, PATTI | 21022 | |
| HARRIER, BRIAN EARL | 21772 | |
| HARRINGTON, KRISTA | 21774 | |
| HARRINGTON, MICHAEL | 21024 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| HARRIS, ANDREW | 21780 | |
| HARRIS, BRENDA | 21777 | |
| HARRIS, DORIS | 21781 | |
| HARRIS, ESTHER BERNICE | 21776 | |
| HARRIS, VERDIE | 21779 | |
| HARRISON, NATHAN | 21782 | |
| HART, SEAN | 21026 | |
| HARTMAN, JIMMY | 21784 | |
| HARTZ, KEITH | 21028 | |
| HARTZELL, BEATRICE | 21016 | |
| HARVELL, FELICIA | 21785 | |
| HARVEY, STEPHANIE | 21018 | |
| HASSELSON, MICHELLE | 21786 | |
| HASTINGS, DONNA | 21019 | |
| HATBARGER, ADAM | 21783 | |
| HATFIELD, CANDICE | 21788 | |
| HAUGABOOK, CHESTER | 21020 | |
| HAUGEN, KEN | 21021 | |
| HAWKINS, DONIELL | 21023 | |
| HAWTHORNE, GEORGE | 21025 | |
| HAY, JAMES | 21789 | |
| HAYES, JOEL | 21027 | |
| HAYES, MICHELLE | 20573 | |
| HAYNIE, KHANDICE | 20578 | |
| HAYWARD, DOUGLAS | 21791 | |
| HAZELTON, TEDDY | 21793 | |
| HAZELTON, TIMMOTHY | 21795 | |
| HEARON, REGINALD | 21796 | |
| HEINIG, FREDERICK | 20582 | |
| HEISEL, BRENDA | 20586 | |
| HELMICK, GEOFFERY | 21798 | |
| HELMS, DEBORA | 21799 | |
| HELTON, BILLIE | 20587 | |
| HENAULT, RICKY | 22332 | |
| HENLEY, JULIE | 21800 | |
| HENRIQUES, SANDRA | 20591 | |
| HENRY, CHRISTOPHER | 20594 | |
| HENRY, VERGIE | 21803 | |
| HENRY, WILLIE | 21804 | |
| HENSLEY, STEVEN | 20596 | |
| HERMO, DEAN, II | 20600 | |
| HERNANDEZ, ASHLEY | 20604 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| HERNANDEZ, FERNANDA | 20231 | |
| HERNANDEZ, RACHELLE | 20628 | |
| HERRING, JOHN | 20629 | |
| HETHERINGTON, TOMMY | 21806 | |
| HIBBARD, NICHOLAS | 20630 | |
| HICKLES, CARRIE | 20631 | |
| HICKMON, FORT | 21808 | |
| HICKS, CORNELIUS | 20632 | |
| HICKS, GARY | 20252 | |
| HICKS, IVOL | 21812 | |
| HICKS, JOSEPH | 20633 | |
| HICKS, KENNETH | 21810 | |
| HICKS, TONI | 21809 | |
| HIGGINS, JAMES | 21813 | |
| HIGGINS, SANDRA | 21814 | |
| HIGGINS, STEPHANIE | 20634/22336 | Appear to be duplicates. Claims filed 7/20/20 and 7/31/20 by Stephanie Higgins. |
| HILAND, FLOYD | 20635 | |
| HILBERG, THYANNE | 21816 | |
| HILDEBRANDT, EDWARD | 21818 | |
| HILL, COLTON | 21819 | |
| HILL, EDWIN | 20636 | |
| HILL, GLEN | 21823 | |
| HILL, JIMMY | 20637 | |
| HILL, KIMBERLY | 20638 | |
| HIMMELSBACK, GLENN | 21824 | |
| HINDMAN, JAMES RANDLE | 21825 | |
| HINDSLEY, ROBERT | 20640 | |
| HINES, ANTHONY | 20641 | |
| HINSON, ROBERT | 20644 | |
| HINTZ, KIMBERLY | 20649 | |
| HIPPENSTEEL, NICHOLE | 20253 | |
| HIRIART, SONIA | 20651 | |
| HIXON, SHAWN | 20653 | |
| HOAGLAND, JAMES | 20655 | |
| HOCHHALTER, TAMARA | 20657 | |
| HODA, CONNIE | 21826 | |
| HODA, JEFFERY | 21827 | |
| HODGDON, JAMES | 20659 | |
| HODGE, LISA | 20660 | |
| HOFFMAN, MIKE | 20661 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| HOGAN, ECHO | 21830 | |
| HOGAN, WILLIE FRED | 21829 | |
| HOILMAN, TINA | 21831 | |
| HOLDEN, BARBARA REED | 21537 | |
| HOLLON, CHRISTY | 21833 | |
| HOLLON, MARK | 20673 | |
| HOLMES, MARK | 21834 | |
| HOLMES, MICHAEL | 21835 | |
| HOLT, JERRY | 21837 | |
| HONEYCUTT, APRIL | 20674 | |
| HOOPER, RYAN | 20675 | |
| HOOVER, SUSAN | 20676 | |
| HOPKINS, ANTHONY | 20235 | |
| HOPKINS, ROSE | 21839 | |
| HOPKINS, TONIE | 20255 | |
| HOPPER, LILY | 21840 | |
| HOPPER, MARK | 21842 | |
| HOPPER, SARA | 21841 | |
| HORN, GEORGE | 20677 | |
| HORTON, CHRISTOPHER | 20256 | |
| HOSKINS, TONY | 21843 | |
| HOUSTON, BILL | 20678 | |
| HOWARD, BART | 20679 | |
| HOWARD, HEATHER | 20680 | |
| HOWARD, JANET | 21844 | |
| HOWARD, SHELLDAL | 21845 | |
| HOWELL, EARNEST | 20257 | |
| HOYLE, JAMES | 20681 | |
| HUEY, SHANNON | 20682 | |
| HUGHES, TRACY | 21846 | |
| HUNDLEY, AMIRACLE | 21847 | |
| HUNT, PAMELA | 21849 | |
| HUNTER, CATHERINE | 21851/21854 | Appear to be duplicates.  Both claims filed 7/29/20 by Catherine Hunter. |
| HUNTER, LYNN | 21754 | |
| HURLEY, DEL | 20683 | |
| HUSAMULDEEN, YASIR | 22338 | |
| HUSBAND, LISA | 21853 | |
| HUTCH, MARY | 20684 | |
| HUTCHINSON, DEBRA | 21856 | |
| HYDE, TERESA | 21857 | |
| ILES, LISA | 21859 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| ILIADES, SAMUEL SR | 20685 | |
| INGERSON, RICHARD | 21860 | |
| INGRAM, DAISY | 21861 | |
| INGRAM, FRANK | 21862 | |
| IRVIN, STEVEN | 21863 | |
| ISELEY, ANGELA | 20686 | |
| ISKANDER, TINA | 20687 | |
| JACKSON, JESSICA | 20688 | |
| JACKSON, MARK | 21866 | |
| JACKSON, SANDRA | 21865 | |
| JACKSON, SHARI | 21864 | |
| JACKSON, TIMOTHY | 21867 | |
| JACOBSEN, RANDY | 20690 | |
| JAGO, SHAWN | 22341 | |
| JAMES, CHARNAE | 21869 | |
| JAMES, CLARENCE | 20258 | |
| JAMES, MICHAEL L | 20691 | |
| JAMES, ROBERT LEE | 21868 | |
| JANUARY, STEPHANIE | 21870 | |
| JARDINE, SHARON | 20692 | |
| JAREK, NICHOLAS | 21879 | |
| JEFFERSON, SHERRI | 21880 | |
| JEFFRIES, JULIE | 20693 | |
| JELLIS, BARBARA | 20695 | |
| JENKINS, TRAVIS | 21882 | |
| JENSON, CAYLA | 20263 | |
| JERKINS, CARLTON | 21881 | |
| JERKINS, VIRGINIA | 21884 | |
| JOHNS, ANGELA | 21885 | |
| JOHNS, GERALZ | 21888 | |
| JOHNS, MICHAEL | 21892 | |
| JOHNSON, BRIAN | 20697 | |
| JOHNSON, CARL | 21898 | |
| JOHNSON, CARLA | 21755 | |
| JOHNSON, CHRISTOPHER | 20699 | |
| JOHNSON, COLLETTE | 21901 | |
| JOHNSON, DILLON | 21913 | |
| JOHNSON, DONALD P | 21896 | |
| JOHNSON, ERIK | 21909 | |
| JOHNSON, EUGENE | 21902/21912 | Appear to be duplicates. Both claims filed 7/30/20 by Eugene Johnson. |
| JOHNSON, GLENDA | 21904 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| JOHNSON, IRA | 20264 | |
| JOHNSON, JAMIE | 20700 | |
| JOHNSON, JEREMIAH | 20703 | |
| JOHNSON, JERVIS | 21905 | |
| JOHNSON, KEITH | 21916 | |
| JOHNSON, KELLY | 20707 | |
| JOHNSON, KIMBERLY | 21907 | |
| JOHNSON, LACHIQUITA | 21906 | |
| JOHNSON, LASHANINDA | 21911 | |
| JOHNSON, LIGE | 20708 | |
| JOHNSON, MATTIE DOTSON | 20888 | |
| JOHNSON, PAMELA | 20709 | |
| JOHNSON, RAPHAEL | 20710 | |
| JOHNSON, TOMMY | 20711 | |
| JOHNSON, TONYA | 21915 | |
| JOHNSON, TYRELL | 22344 | |
| JOHNSTON, VICTORIA | 22347 | |
| JONES, ANGELA | 21927 | |
| JONES, ASTIN | 21935 | |
| JONES, BOBBY | 20712/21937 | Appear to be duplicates.  Claims filed 7/21/20 and 7/30/20 by Bobby Jones. |
| JONES, EGBERT | 21933 | |
| JONES, GEORGE | 21939 | |
| JONES, HERMAN | 21923 | |
| JONES, JANICE | 21926 | |
| JONES, JANIE | 21922 | |
| JONES, JIMMY | 21918 | |
| JONES, MARQUIS | 20713 | |
| JONES, MARSHA | 21931 | |
| JONES, MISTY | 20730 | |
| JONES, MONICA | 21919 | |
| JONES, PATRICK | 20751 | |
| JONES, PHYLLIS | 21928 | |
| JONES, RICHARD | 22351 | |
| JONES, RUBY | 21929 | |
| JONES, TEANA | 20753 | |
| JONES, TERRANCE | 21920 | |
| JONES, TINA | 21740 | |
| JONES, VICTORIA | 21925 | |
| JORDAN, CALVIN | 20755 | |
| JORDAN, CORA | 21944 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| JORDAN, GEORGE | 21942 | |
| JORDAN, GERRELD | 21946 | |
| JORDAN, KEITH | 20756 | |
| JOSEPH, NATHANIEL | 21948 | |
| KAISER, ROBIN | 20759 | |
| KARLE, CARRIE | 21953 | |
| KARNES, PATRICK | 21954 | |
| KAROLEWICZ, BRIAN | 20761 | |
| KARSTENS, SAMUEL | 20265 | |
| KAUFMAN, BRIAN | 22353 | |
| KEEGAN, MATT | 20766 | |
| KEENEY, BARRY | 21973 | |
| KEITH, RONNIE | 21975 | |
| KEITH-JONES, AUSTIN | 21977 | |
| KELLEMS, CHRISTY | 20768 | |
| KELLIM, KRISTOPHER | 20770 | |
| KELLY, DONALD | 21980 | |
| KELLY, GABRIELLE | 21979 | |
| KELLY, JOHN | 21981 | |
| KENEDY, LAKESHIA | 21983 | |
| KENNEDY, CATHERINE | 20777 | |
| KEOSEIAN, DOROTHY | 20780 | |
| KETCHUM, DENISE | 21986 | |
| KIDD, DEBRA | 22072 | |
| KIDD, GLORIOUS | 21994 | |
| KIDD, JOHN | 22069/22078 | Appear to be duplicates. Both claims filed 7/31/30 by John Kidd. |
| KIDD, ROSIE MARIE | 22075 | |
| KIDDER, JERRY | 22079 | |
| KILGORE, ANGELA | 20266 | |
| KILLENS, ANTONIO | 22080 | |
| KILLENS, RONNIE | 22081 | |
| KIMBROUGH, MIRIAM | 22082 | |
| KING, ADAM | 20783 | |
| KING, CHRISTI | 20784 | |
| KING, CHRISTINA | 22085 | |
| KING, DORSHELL | 20794 | |
| KING, GREGORY | 22083 | |
| KING, JOHN | 20796 | |
| KING, JOHN L JR | 20781 | |
| KING, KENDRA SHEVELLE REESE | 22034 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| KING, SUSAN | 20799 | |
| KING, VANESSA | 22084 | |
| KINNERNEY, DONNA | 20802 | |
| KINNEY, LEONARD JR | 22086 | |
| KINNION, WILLIE | 22087 | |
| KINZINGER, RAYCHELLE | 22355 | |
| KIRK, BALLARD, JR | 22088 | |
| KIRK, DON E | 22089 | |
| KIRK, SHERRY | 22091 | |
| KIRKLAND, EDWIN | 20804 | |
| KIRKLAND, ROGER | 22093 | |
| KIRKPATRICK, WILLIAM | 20237 | |
| KIRKWOOD, DANEEN | 20808 | |
| KISZONAK, KIM | 22097 | |
| KITZMILLER, JULIE | 20840 | |
| KLETZ, BILL JR | 22099 | |
| KLICK, DEREK | 20841 | |
| KLINE, PHILIP, JR | 22102 | |
| KLINGLER, CYNTHIA | 21947 | |
| KNIGHT, CROELLA | 22111 | |
| KNIGHT, DAISY | 22105 | |
| KNIGHT, LULA | 22106 | |
| KNIGHT, NORMA | 22109 | |
| KNOBLOCK, RONALD | 20842 | |
| KOCH, GRADY | 22358 | |
| KOCHENDOERFER, RICHARD | 20843 | |
| KOENIG, TERI | 20844 | |
| KOGER, BONNIE | 22361 | |
| KOVACS, JOHN | 20846 | |
| KOWALSKI, DUSTIN | 22113 | |
| KRABBE, CRYSTAL | 20847 | |
| KRCEK, JERRY | 20848 | |
| KREIDER, DILLON | 20849 | |
| KRESS, DAVID | 22116 | |
| KRIST, ROSE | 20850 | |
| KROGER, BONNIE | 20845 | |
| LABOY, RAUL | 22120 | |
| LACOVONE, MICHAEL | 20852 | |
| LADNER, THERON | 22122 | |
| LADYMAN, HAROLD | 20267/20853 | Appear to be duplicates. Claims filed 7/16/20 and 7/22/20 by Harold Ladyman. |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| LAFAVE, GEORGE | 20854 | |
| LAFLECHE, DANIEL | 22160 | |
| LAKE, GINA | 22161 | |
| LAMB, JOEL | 22162 | |
| LAMB, KEVIN | 20855 | |
| LAMBERT, JAMES | 20856 | |
| LANE, LISA | 22163 | |
| LANGRELL, NADINE | 20857 | |
| LANZA, JON | 20858 | |
| LASSITER, RAY | 20859 | |
| LATTA, PATRICIA | 20268 | |
| LAUDERDALE, JESS | 22164 | |
| LAVALLEY, JOSEPH | 20860 | |
| LAVIOLETTE, JEREMY | 20861 | |
| LAWLER, ISOM | 22165 | |
| LAWRENCE, RONALD | 22167 | |
| LAWS, DIANE | 22168 | |
| LAWS, GLENN | 22166 | |
| LAWSON, ELIZABETH | 20862 | |
| LAWSON, JESS | 22170 | |
| LAWSON, JODY | 20863 | |
| LAWSON, WOODROW | 22169 | |
| LAYFIELD, KENNETH | 22172 | |
| LAYTON, TINA | 20864 | |
| LEATHERS, JASON | 20868 | |
| LEE, DAVID | 21559 | |
| LEE, GARY | 22175 | |
| LEE, GERALD | 20238 | |
| LEE, MATTLEAN | 21553 | |
| LEE, NOLEN RYAN | 21561 | |
| LEE, ROSEANNE | 20870 | |
| LEEKS, SHARON | 20871 | |
| LEFTHAND, SHAWNDA | 20872 | |
| LEIJA, ERNEST | 21564 | |
| LEJEUNE, PHILIPS SR | 20269 | |
| LEMMON, MELISSA | 20873 | |
| LENON, ELIZABETH ANNE | 21569 | |
| LEONOWICZ, BRENDAN | 20875 | |
| LEOPARD, JOHN | 21574 | |
| LESNIAK, PAULA | 21576 | |
| LESTER, ALBERT LEE | 20877 | |
| LESTER, NORMAN | 21648 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| LEVIN, KAREN | 21741 | |
| LEVINE, ERIC | 21649 | |
| LEVITHAN, ROBERTA | 20414 | |
| LEVRIE, JOSE | 21650 | |
| LEVRIE, MONICO JR | 21652 | |
| LEWIS, BOBBY | 21662 | |
| LEWIS, DONNA | 21654 | |
| LEWIS, ERIC | 20879 | |
| LEWIS, JASON | 21653 | |
| LEWIS, KIMBERLY | 20881 | |
| LEWIS, LILLIE | 22363 | |
| LEWIS, LISA | 20883 | |
| LEWIS, STEVEN | 20885 | |
| L'HEUREUX, GEORGE RANDY | 20851 | |
| LICATA, FRANK | 20887 | |
| LIGGETTO, SHAWN | 20889 | |
| LILLY, DOUGLAS | 21763 | |
| LINDSAY, CHRISTOPHER | 20890 | |
| LINDSTROM, DELANAE | 20270/20415 | Appear to be duplicates.  Claims filed 7/16/20 and 7/17/20 by Delanae Lindstrom. |
| LINVILLE, LARRY | 21765 | |
| LIPPERT, WAYNE LEE | 20892 | |
| LIRZINGER, BARBARA | 22365 | |
| LITTLE, SHARRON | 21769 | |
| LLOYD, DANNY | 20894 | |
| LOCKLEAR, JULIAN | 20901 | |
| LODDEKE, CARA | 20902 | |
| LOEW, SCOTT | 20903 | |
| LOEZA, HOLLY | 20905 | |
| LONG, DONNIE | 21771 | |
| LOPEZ, ANGELICA MARIA MOLINA | 20906 | |
| LOPEZ, CHAPLENE | 20272 | |
| LOPEZ, NOEL | 20908 | |
| LOPEZ, VALENTIN | 20273 | |
| LOPEZ, VICTOR | 22366 | |
| LORINCZ, MAXWELL | 21773 | |
| LORTI, JASON | 20910 | |
| LOSIE, CHRISTOPHER | 20913 | |
| LOSIE, THOMAS | 20916 | |
| LOUGHNER, PAMELA | 22369 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| LOVE, ASHLEY | 20946 | |
| LOVE, DAVID | 20419 | |
| LOVE, PATRICIA ANN | 21775 | |
| LOVELADY, ULLEISA | 21848 | |
| LOVELESS, CLAYTON | 20953 | |
| LOVETT, ROBERT | 21850 | |
| LOWE, KATHERINE | 21874 | |
| LOYA, ROBERT KIRK | 21875 | |
| LUCAS, JONATHAN | 20950 | |
| LUCERO, ROGER | 21876 | |
| LUJAN, VICKIE | 21877 | |
| LUKES, KEITH | 21878 | |
| LUMPKIN, JERRY | 20958 | |
| LUONARD, AL JOSEPH | 21883 | |
| LYNCH, MICHAEL JR | 21889 | |
| LYONS, DAVID | 21899 | |
| LYONS, JACQUELINE | 21895 | |
| LYONS, SHAWN | 20965 | |
| MAAS, DONALD | 21903 | |
| MACAVIN, APSLEY | 20092 | |
| MACE, JAMES | 21455 | |
| MACK, ALFRED | 21910 | |
| MACK, BETTY | 21924 | |
| MACK, ELI | 22182 | |
| MACK, HETTIE | 21914 | |
| MACK, MARTHA K | 22176 | |
| MACK, NATHANIEL | 21917 | |
| MACK, SHARON | 21921 | |
| MACK, TANYA | 21991 | |
| MACKS, CLIFFORD | 22179 | |
| MACMILLAN, CHARLES | 21908 | |
| MADISON, DELOISE | 21995 | |
| MADRIGAL, REUBEN | 20239 | |
| MAHAN, JAMES | 21457 | |
| MAHON, CHRISTINE | 20966 | |
| MAJORS, TICHINA | 22090 | |
| MALCHOW, ADAM | 20989 | |
| MALDONADO, NANCY | 20990 | |
| MALICKI, AMY | 22092 | |
| MALISK, ANNE | 20421 | |
| MALLOY, JERMAINE | 20991 | |
| MALONE, MELISSA | 20422 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| MALONE, MISSY | 21752 | |
| MALPASS, JILL HONEYCUTT | 20254 | |
| MANEY, BONNIE | 22094 | |
| MANN, ORBAN | 22095 | |
| MANNING, GEORGIA | 22096 | |
| MANNING, PAUL | 21459 | |
| MANNON, KENNETH | 22098 | |
| MANWARING, JESSE | 21461 | |
| MANZI, LISA | 21462 | |
| MARAZZI, NICHOLAS | 22100 | |
| MARCINK, CARRIE | 20992 | |
| MARES, ANTHONY | 22101 | |
| MARKS, TINA | 20425 | |
| MARSH, SHAKISHA | 22103 | |
| MARSHALL, BENJAMIN | 22104 | |
| MARSHALL, WOODROW | 22107 | |
| MARTE, MARLENY | 20993 | |
| MARTIN, DANNY | 22108 | |
| MARTIN, MARIA | 21463 | |
| MARTIN, SANDI | 20994 | |
| MARTINEZ, ABRAN | 21465 | |
| MARTINEZ, ANGEL | 21467 | |
| MARTINEZ, ANTHONY | 20996/21742 | Appear to be duplicates. Claims filed 7/22/20 and 7/29/20 by Anthony Martinez. |
| MARTINEZ, ARTURO | 22112 | |
| MARTINEZ, FREDERICK | 20997 | |
| MARTINEZ, JODY | 22110 | |
| MARTINEZ, JOSEPH | 21468 | |
| MARTINEZ, LENA | 20999 | |
| MARTINEZ, MASAO | 21743 | |
| MARY, LE DUFF ALVIS | 22174 | |
| MASON, DAVID | 22114 | |
| MASTERS, JAMES | 21002 | |
| MASTRARRIGO, ROBERT | 22115 | |
| MATHESS, ANGELLA | 22117 | |
| MATOS, ELIU | 21003 | |
| MATTER, JESSE | 21005 | |
| MATTHEWS, ELLEN | 21695 | |
| MATTHEWS, STEPHEN | 21469 | |
| MATTOX, JOHN | 22118 | |
| MATTSON, BRIAN | 21744 | |
| MAXEY, ROBERT | 21047 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| MAXSON, BRIAN | 21471 | |
| MAXWELL, DIANE | 22119 | |
| MAY, BILLY | 21049 | |
| MAY, JOSEPH | 21473 | |
| MAYBERRY, RORY | 21474 | |
| MAYHEW, MISTY | 21476 | |
| MAYNOR, KIMBERLY | 21054 | |
| MAYOR, DEANA | 20432 | |
| MAZZOTTI, JASON | 21478 | |
| MC DUFF, RICKEY | 22124 | |
| MC DUFF, SANDRA | 22125 | |
| MC MILLIAN, BRENDA | 22126 | |
| MCAFEE, DARRELL | 22127 | |
| MCASSEY, IVY | 21055 | |
| MCCAFFERTY, BARBARA | 21482 | |
| MCCAIN, ROGERS | 22121 | |
| MCCASKILL, ANNIE | 22128 | |
| MCCASTER, EMMA | 22129 | |
| MCCASTER, KENDRICK | 22130 | |
| MCCLAIN, JAMEEL | 21056 | |
| MCCLEASE, MARGARET | 21060 | |
| MCCLUNG, STEVEN | 22131 | |
| MCCOLLOUGH, JOHN R | 21061 | |
| MCCONNELL, MICHAEL | 21485/22123 | Appear to be duplicates.  Claims filed 7/26/20 and 7/31/20 by Michael McConnell. |
| MCCONNELL, ROSETTA | 22132 | |
| MCCORMICK, WILLIAM, IV | 21486 | |
| MCCRACKEN, TRACY | 21063 | |
| MCCRARY, LATESE | 22133 | |
| MCCRAY, RICHARD | 22134 | |
| MCCRORY, WILLIAM | 21492 | |
| MCDANIEL, ROBERT | 22135 | |
| MCDOLE, MELISSA | 22136 | |
| MCDONALD, THRESA | 22137 | |
| MCDOWELL, DWAYNE | 21066 | |
| MCFARLAND, JOHN | 21068 | |
| MCGEARY, ROBERT | 22138 | |
| MCGEE, PATRICIA | 22139 | |
| MCGEHEE, JOHN | 21069 | |
| MCGINNIS, DONNA | 20427 | |
| MCGOWAN, LARRY | 21507 | |
| MCGOWAN, SAMUEL | 22141 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| MCGOWAN, STEPHEN | 22140 | |
| MCGUIRE, ROCKY | 21509 | |
| MCINERNEY, TRICIA | 21086 | |
| MCKAY, DAVID | 22142 | |
| MCKELVEY, AMANDA | 22143 | |
| MCKINNEY, GEORGE | 21070 | |
| MCKINNEY, MARK | 21085 | |
| MCKINNEY, PATRICIA | 22145 | |
| MCLEOD, ERIK | 21510 | |
| MCMILLIAN, GWENDOLYN | 22146 | |
| MCMILLIAN, WYNDELL | 22144 | |
| MCMILLION, BIRDIE | 22147 | |
| MCMURRY, KATIE | 21511 | |
| MCNEISH, DIANA | 22148 | |
| MCQUEEN, PORTIA | 22149 | |
| MCSHANE, ROBERT | 22150 | |
| MCSWAIN, STEVEN | 21088 | |
| MEADE, MATTHEW J | 21512 | |
| MEADOWS, CHRIS | 22151 | |
| MEADOWS, KEANA | 20240 | |
| MEADOWS, PAMELA | 20271 | |
| MEAD-RIGSBY, ANNE | 20428 | |
| MEDICINE, WILMA | 22152 | |
| MEDRANO, JOSE | 22153 | |
| MEDVED, MICHAEL | 21089 | |
| MEEK, ROBERT | 22154 | |
| MEGISON, LINDA | 21091 | |
| MELTON, RANDY | 22155 | |
| MENDENHALL, BRADY | 22156 | |
| MENDENHALL, CHARLIE | 22157 | |
| MENDENHALL, FRANKIE | 22190 | |
| MENDENHALL, GLORIA | 22204 | |
| MENDENHALL, JERRY | 22158 | |
| MENDENHALL, JOHNITA | 22187 | |
| MENDOZA, CHARLES | 20430 | |
| MENDOZA, ESPERANZA | 22201 | |
| MENKING, TARISE | 21514 | |
| MERRILL, ANTHONY | 21515 | |
| MESSENGER, DONNA | 21092 | |
| MESSER, ISOM | 21093 | |
| MESSICK, CHAD | 21094 | |
| METCALF, ELLA | 21095 | |

33

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| METZ, RUTH | 21519 | |
| METZGER, CAROLINE | 21521 | |
| MICHALENOICK, RICHARD | 20434 | |
| MIDALEBROOKS, PRESLEY | 22212 | |
| MIKLES, ROBERT | 21524 | |
| MILINKOVICH, IRENE | 21439 | |
| MILLARD, KEITH | 21525 | |
| MILLER, BEVERLY | 21436 | |
| MILLER, JAMIE | 22215 | |
| MILLER, JANET | 22220 | |
| MILLER, JERRY JOE JR | 21097 | |
| MILLER, KATHERINE | 21098 | |
| MILLER, KENNETH | 21099 | |
| MILLER, MARC | 20439 | |
| MILLER, MELISSA | 21100 | |
| MILLER, MICHAEL | 20440 | |
| MILLER, RICKY | 21101 | |
| MILLER, SHARON | 21700 | |
| MILLER, STEPHEN JR | 21529 | |
| MILLER, STEVE | 22217 | |
| MILLER, WAYNE | 20274 | |
| MILLS, JANICE | 22223 | |
| MINKE, EDWARD | 21533 | |
| MITCHELL, BILLY | 22235 | |
| MITCHELL, CANDIDA | 21103 | |
| MITCHELL, CHIVAUGHN | 22229 | |
| MITCHELL, MARCUS | 21534 | |
| MITCHELL, SYDNEY | 22226 | |
| MITCHELL, TYRONE | 21536 | |
| MITTS, KIMBERLY | 22239 | |
| MOBLEY, CHERRY | 22244 | |
| MOCK, DAVON | 21104 | |
| MOHARY, ISAIAH | 21109 | |
| MOHARY, MARIA | 21110 | |
| MONACO, DEBORAH | 22254 | |
| MONTGOMERY, JANICE V | 22260 | |
| MONTGOMERY, KIMBERLY | 22271 | |
| MONTOGOMERY, ANNIE | 22265 | |
| MOODY, ANNIE | 22285 | |
| MOODY, GRETA | 22275 | |
| MOODY, LARRY | 22282 | |
| MOODY, NATONYA | 22290 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| MOODY, REBECCA | 22279 | |
| MOONEY, MATTHEW | 21112 | |
| MOORE, BONNIE | 22293 | |
| MOORE, MITZI | 21701 | |
| MOORE, SUSAN MICHELLE | 21115 | |
| MOORHEAD, SAMANTHA | 21117 | |
| MORALES, MARY | 22295 | |
| MORAN, JOHN | 21538 | |
| MORANTE, MARIO | 21119 | |
| MORELAND, MONICA | 21120 | |
| MORGAN, KARRA | 21542 | |
| MORGAN, WAYNE | 21547 | |
| MORRILL, WAYNE | 21122 | |
| MORRIS, DONALD | 22304 | |
| MORRIS, FRANK, JR | 22316 | |
| MORRIS, JAMES | 21135 | |
| MORRIS, JERALDINE | 22307 | |
| MORRIS, NAPOLEAN | 22299 | |
| MORRIS, THEODORE | 22312 | |
| MORSE, JAMES | 22320 | |
| MORTENSEN, WILLIAM | 21702 | |
| MOSES, WENDI | 22324 | |
| MOSLEY, AMANDA | 21555 | |
| MOSLEY, JERRY | 20443 | |
| MOTLEY, FRANK | 20276 | |
| MOTON, ANNETTE | 22251 | |
| MOTON, BERTHA | 22330 | |
| MOTON, ELDRICK | 22334 | |
| MUCHA, MICHELE | 21557 | |
| MUELLER, MITCHELL | 21137 | |
| MULLINS, ANGELA | 21558 | |
| MULLINS, JOHN | 21139 | |
| MULLIS, NICOLE | 21142 | |
| MUNSON, KENNETH | 22340 | |
| MURPHY, NICOLE | 21560 | |
| MURPHY, ROBERT | 21145 | |
| MURRAY, ELLEN | 22349 | |
| MURRAY, NATHAN | 22345 | |
| MURRAY, SHAWN | 21563 | |
| MUSTAFIC, ERMIN | 21147 | |
| MYERS, LENNY | 21149 | |
| MYLES, GLORIA | 22356 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| NADEAU, SCOTT | 21565 | |
| NAJAR, RUDIE | 21566 | |
| NARDELLA, ANTHONY | 21151 | |
| NASH, KAREN | 22362 | |
| NASH, KENNETH LEWIS | 22368 | |
| NATERA, MARIA | 21567 | |
| NATHAN-GRAHAM, DELORES | 21570 | |
| NAVARRO, RENE | 22375 | |
| NED, DESMARIE | 22379 | |
| NEELY, GARY | 21572 | |
| NEIL, SHIRLEY | 20446 | |
| NEKHAILA, AYMAN | 21573 | |
| NELSON, JENNIFER | 21154 | |
| NELSON, JONATHAN | 21156/21579 | Appear to be duplicates. Claims filed 7/24/20 and 7/27/20 by Jonathan Nelson. |
| NELSON, KIMBERLY | 22390 | |
| NEMETH, DANIEL JR | 21581 | |
| NERI, PAUL | 22396 | |
| NETTLES, ADA | 21955 | |
| NETTLES, DARNELL | 21956 | |
| NETTLES, TERRELL LEANDRE | 21957 | |
| NEVIS, CAROLYN | 21158 | |
| NEVITT, DONALD JOSEPH | 21958 | |
| NEWMAN, BETH | 21164 | |
| NGUYEN, HIEU | 21165 | |
| NICHELINE, ROBERT | 21167 | |
| NICOLANCE, DIANE | 21959 | |
| NIES, CARTER | 21584 | |
| NIEWZAL, NEAL | 21169 | |
| NILES, BRYAN KEITH | 21961 | |
| NITZ, ELMER | 21587 | |
| NOBLES, MARY | 21962 | |
| NORMAN, STEVEN | 21938 | |
| NORMANDEAU, JOSEPH | 21171 | |
| NORRIS, PATTY | 21589 | |
| NORTHROP, JEFF | 21173 | |
| NOTZ, JASON SR | 21591 | |
| NUNEZ, VICTORIA | 21594 | |
| OATES, BRANDI | 21967 | |
| O'BLENES, PAMELA KAY | 21963 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| O'BRIEN, RANDY | 21174 | |
| O'CONNELL, STEPHANIE | 21596 | |
| ODHAM, HANNAH | 21598 | |
| ODOM-COX, ELIZABETH | 21968 | |
| OGG, MANDY | 21599 | |
| OHMANN, KENNETH | 21176 | |
| OLDENBROOK, ERIKA | 21600 | |
| OLIVER, DEBRA ANN | 21971 | |
| OLSON, JENNIFER | 20447 | |
| OLSON, LANCE | 20278 | |
| O'MEARA, TERALL DEAN | 21964 | |
| ORNDOFF, STEVEN SHANE | 21178 | |
| O'ROURKE, PATRICIA | 21965 | |
| OSBORN, DONALD | 21601 | |
| OSBORNE, DEVONDA | 22008 | |
| OSBORNE, MELISSA | 21603 | |
| OSBORNE, ROBERT DONALD, JR | 22010 | |
| OSEI, ISAAC | 21604 | |
| OSULLIVAN, LAURA | 22012 | |
| OTERO, ROSEMARY | 22014 | |
| OUELLETTE, DAVID | 22016 | |
| OUTERIE, JAMIE | 21607 | |
| OVERBY, ROBERT LIEBEL | 22018 | |
| OVERTON, RANDI | 21608 | |
| OWENS, WANETA | 21610 | |
| OWINGS, JERRI SUE | 22020 | |
| OWNBY, BRENDA SUE | 22022 | |
| PACKER, REGGIE | 22023 | |
| PADILLA, MICHAEL | 21745 | |
| PADILLA, WAYNE | 21183 | |
| PADRON, JOHN | 21612 | |
| PAINE, STEVEN | 21185 | |
| PALAGONIA, TRAVIS | 20342 | |
| PALMER, SHERYL | 21186 | |
| PALMER, WENDY | 21613 | |
| PANGBURN, LEONARD, JR | 22025 | |
| PARASCANDO, KERRY | 22026 | |
| PARASCONDO, RAY PATRICK | 22027 | |
| PARKER, CHRISTIE | 21189 | |
| PARKER, KITO | 21190 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| PARKER, STEPHEN | 21618 | |
| PARR, AUGUSTINA L | 22028 | |
| PARTEE, CASSANDRA ANN | 22029 | |
| PASSANTE, CHRISTOPHER | 21192 | |
| PASTORA, TROY | 22030 | |
| PATE, JOHNNIE | 22032 | |
| PATERNOSTRO, JOHN | 21194 | |
| PATRAW, RAYMOND | 21195 | |
| PATRICK, BRENDA ANN | 22033 | |
| PATRICK, SABRINA | 22035 | |
| PATTERSON, JEROD | 21756 | |
| PATTI, ANDREW | 22040 | |
| PAULEY, STEVEN | 21197 | |
| PAULK, RODERICK | 21615 | |
| PAVARCHINI, PAYMON | 21200 | |
| PAZON, REGINALD | 22041 | |
| PEARSON, BESSY | 22043 | |
| PEEL, TOMMIE | 21619 | |
| PEIRSON, AMANDA | 21202 | |
| PEKAROFSKI, LAURA | 21470 | |
| PELLETT, PATTY | 21203 | |
| PENDLEY, MILTON JR | 21205 | |
| PENNINGTON, PAIGE | 21472 | |
| PENNY, PHILIP | 21475 | |
| PERDUE, BARBARA | 21207 | |
| PEREZ, DANIEL | 20450 | |
| PEREZ, EDDIE | 21477 | |
| PEREZ, JOSE | 22044 | |
| PERKINS, DORELL | 22045 | |
| PERRY, MARLIN | 21746 | |
| PERRY, RANDY | 21757 | |
| PERRYMAN, DESTINY | 22046 | |
| PETER, PATRICIA | 22047 | |
| PETERS, RICHARD | 22049 | |
| PETERSON, JOHN | 21213 | |
| PETERSON, POLLY | 21214 | |
| PETERSON, STEPHANIE | 21215 | |
| PETRELLO, PAUL | 21218 | |
| PETRI, TIMOTHY | 21479 | |
| PETRUCCI, MATTHEW | 21271 | |
| PETTIS, MICHAEL | 22050 | |
| PETTWAY, GAIL | 22052 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| PETTWAY, SHIRLEY | 22053 | |
| PETTWAY, WALTER, JR | 22055 | |
| PETTY, CEDRIC | 21480 | |
| PHARR, CORNELIUS, JR | 22059 | |
| PHELPS, LESLIE KEVIN | 21758 | |
| PHILLIPS, ETHEL | 22061 | |
| PHILLIPS, LORINE | 22064 | |
| PHILLIPS, RITA | 21481 | |
| PHILLIPS, SHERLIA | 22065 | |
| PIERCE, JOSEPH | 21274 | |
| PIERCE, MIRANDA | 21487 | |
| PIKE, CHRISTOPHER | 21488 | |
| PINZONE, VINCENT | 22067 | |
| PLANCON, TIMOTHY | 21276 | |
| POER, JAMES | 21489 | |
| POMILLA, CHRISTOPHER DAVID | 22070 | |
| POMPELL, WILLIAM | 22073 | |
| POPICK, STEVEN CARL | 21970 | |
| PORCH, LESA COLE | 21972 | |
| PORTER, MATTHEW | 21278 | |
| PORTER, RICHARD | 21976 | |
| PORTIS, BILLY JACK | 21978 | |
| PORTIS, CARRIE | 21982 | |
| PORTIS, VIRGINIA | 21984 | |
| POSA, FRANCIS | 21490 | |
| POTTS, DARWIN | 21280 | |
| POULSON, JOHN | 21491 | |
| POWELL, APRIL LARRAY | 21985 | |
| POWERS, STACY | 21493 | |
| PRATER, MISTY | 21282 | |
| PRATHER, LATONYA | 21987 | |
| PRESGRAVES, LEONARD, JR | 21990 | |
| PREYER, VIRGINIA | 21992 | |
| PRICE, GAIL | 21993 | |
| PRICE, PHYLLIS | 21494 | |
| PRINCE, WILLIAM | 21997 | |
| PROPPS, TIMOTHY | 21998 | |
| PUGH, ANGIE | 21999 | |
| PUGH, EARLINE | 22000 | |
| PUGH, PATRICIA ANN | 22001 | |
| PUGH, ROCHELLE | 22004 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| PUGH, SANTAIN | 22005 | |
| PUGH, SARAH | 22006 | |
| PUGH, WILLIAM EARL | 22007 | |
| PUGH, ZIPPER | 22009 | |
| PUK, CHRISTINA | 21508 | |
| PURL, ADAM | 21283 | |
| QUILLEN, JAMES | 21287 | |
| QUINN, KIMBERLY R | 22011 | |
| RADL, MARK | 21523 | |
| RAHN, RICKY GEORGE | 22013 | |
| RAINER, JESSICA | 21289 | |
| RAINES, CAROLL | 21290 | |
| RALL, CHRISTOPHER | 21291 | |
| RAMIREZ, ANNETTE | 21292 | |
| RAMSEY, BETTY JEAN | 22015 | |
| RAMSEY, MISTY JO | 22017 | |
| RAMSEY, PATRICK NEAL | 22019 | |
| RANGEL, KIMBERLY | 21293 | |
| RANSOM, DIANE | 22021 | |
| RANSOM, MELISSA | 21988 | |
| RAUCH, TIMOTHY | 21295 | |
| RAY, MIRIAM | 21526 | |
| RAYMOND, LORINDA | 21528 | |
| RAYMOND, PAULA | 21530 | |
| READING, JENNIFER | 22024 | |
| REDDIC, DESARIE | 21532 | |
| REED, MICHAEL P, SR | 21298 | |
| REED, PETER | 21539 | |
| REEVES, KATIE | 22036 | |
| REITER, CHRISTINA | 20458 | |
| REMINGTON, SUZANNE | 21540 | |
| RENAUD, JASON | 21541 | |
| RENNER, MICHAEL | 21543 | |
| RETTURA, DOMENICO L | 22037 | |
| REYES, ELSIE | 21299 | |
| REYES, MYSTI | 21301 | |
| REYNA, ALFREDO | 22038 | |
| REYNOLDS, HOLLIE | 21550 | |
| RHATIGAN, THOMAS | 22039 | |
| RHEAMS, MONROE | 22400 | |
| RHODES, HARLEY D | 21303 | |
| RHODES, MARINA | 21306 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| RHONDA, MAY | 21051 | |
| RIBAR, JASON | 21585 | |
| RICE, PHILLIP | 21590 | |
| RICHARDSON, ASHLEY | 21592 | |
| RICHARDSON, BEATRICE | 22042 | |
| RICHARDSON, PATRICIA | 22048 | |
| RICHBURG, LASHON | 21309 | |
| RICHICHI, JUSTIN | 21595 | |
| RICHMOND, JEREMIAH | 21311 | |
| RIDDLE, SIERRA FAITH JEAN | 21989 | |
| RIDDLE, TOM | 21597 | |
| RILEY, WILLIAM | 21314 | |
| RINDAHL, TIMOTHY ALLEN | 22051 | |
| RIOS, JOYCE | 22056/22392 | Appear to be duplicates. Both claims filed 7/31/20 by Joyce Rios. |
| RIOS, MIGUEL | 21602 | |
| RITCHIE, KIM TERESE | 22054 | |
| RITCHIE, VICKIE | 22057 | |
| RITCHIE, WOODROW | 21316 | |
| RITTENHOUSE, RICHARD | 22058 | |
| RITTER, ANTHONY HOPKINS | 20346 | |
| RIVAS, JORGE | 21605 | |
| RIVERA, ALBERTO | 21617 | |
| RIVERA, MARIO | 21319 | |
| RIVERS, CHAD | 21632 | |
| RIVERS, CINDY | 21321 | |
| RIZZO, JAMES | 22060 | |
| ROBBINS, PATRICIA | 22062 | |
| ROBERSON, CAROLYN | 22063 | |
| ROBERTS, KERI | 21753 | |
| ROBERTS, RICHARD | 20462 | |
| ROBERTSON, TAMMY | 21338 | |
| ROBINSON, CARLISA | 22066 | |
| ROBINSON, JAY M | 22068 | |
| ROBINSON, JOE | 21634 | |
| ROBINSON, REBECCA | 20279 | |
| ROBINSON, TARA | 21647 | |
| RODGERS, BRIAN TODD | 21852 | |
| RODGERS, EARLINE | 22074 | |
| RODGERS, HELEN | 22076 | |
| RODGERS, JAMIE | 21855 | |
| RODGERS, JUSTIN | 21636 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| RODGERS, VONCILE | 22077 | |
| RODNEY, HARRIS | 21778 | |
| RODONIS, THOMAS | 21347 | |
| RODRIGUEZ, ANGELITA | 21836/21838 | Appear to be duplicates. Both claims filed 7/29/20 by Angelita Rodriguez. |
| RODRIGUEZ, DAVID | 21351 | |
| RODRIGUEZ, DAVID ERIC | 21357 | |
| RODRIGUEZ, RAYMOND | 21637 | |
| ROGERO, DEBORAH BECKETT | 21832 | |
| ROGERS, ANN | 21747 | |
| ROGERS, JARED WAYNE | 21820 | |
| ROGERS, WENDY SHERREE | 21828 | |
| ROGERS, WILLIE | 21821 | |
| ROGERSON, TERRY | 21817 | |
| ROJAS, REYNALDO | 21359 | |
| ROLLING, TRACI | 21759 | |
| ROMAN, JAY | 21640 | |
| ROMANO, LESLIE | 21641 | |
| ROMBERGER, PAULINE | 21360 | |
| ROMEIKO, MICHAEL | 21361 | |
| ROMERO, DOMINIC | 21643 | |
| ROMERO, JORGE JR | 21642 | |
| ROOF, LLOYD | 21644 | |
| ROPER, PATRICIA | 20463 | |
| ROSAS, MARY | 21362 | |
| ROSATI, JAMES | 21645 | |
| ROSE, EDDIE, II | 21811 | |
| ROSS, MICHAEL LORENZO | 21807 | |
| ROSSI, TERI | 21805 | |
| ROTH, EMILY | 21363 | |
| ROUSH, ROBERT | 20464 | |
| ROWDEN, OSWALD | 21802 | |
| ROWE, ROSETTA | 21801 | |
| ROWLEY, PETER | 21364 | |
| RUBATT, DEBRA | 21797 | |
| RUMRILL, STEVEN | 21365 | |
| RUSS, RANDY | 21646 | |
| RUSSELL, DANIEL GENE | 21794 | |
| RUSSELL, KIMBERLY | 21366 | |
| RUSSELL, MARY | 21620 | |
| RUSSO, TERRANCE | 21621 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| RYAN, DANIEL | 21622 | |
| SACCOCCIA, TODD | 21792 | |
| SADLER, CARLA | 21367 | |
| SADLER, LYNNETTE | 21623 | |
| SALDARINI, HERBERT | 21624 | |
| SAM, ROBERT | 21368 | |
| SAMPSON, CLARENCE | 21369 | |
| SAMUELIAN, DONNA | 21790 | |
| SANABRIA, PAMELA | 21370 | |
| SANDERS, CHRIS, II | 21625 | |
| SANDERS, JOHN | 21787 | |
| SANDERS, OMARKIZA | 21626 | |
| SANDHU, LILLY | 21724 | |
| SANDOVAL, LIZ | 21627 | |
| SANDOVAL, MARYIDA MARTINEZ | 21719 | |
| SANTANA, MARIN | 21370/21440 | Claims filed 7/25/20 and 7/26/20. Claim 21440 filed by Marin Santana OBO Sandra Lee Santana. |
| SANTHUFF, DALE | 21373 | |
| SANTIAGO, DARWINDA | 21377 | |
| SANTOS, MYSTIE | 21628 | |
| SAPIA, MICHAEL, JR | 21629 | |
| SAVAGE, JODIE | 21630 | |
| SCAVELLA, LISA | 21379 | |
| SCHERER, CHARLES | 21717 | |
| SCHILLING, MICHAEL | 21748 | |
| SCHNEIDER, JOHN, II | 21716 | |
| SCHOOLEY, IVA | 20466 | |
| SCHOONOVER, BRYAN | 21631 | |
| SCHOONOVER, TWILLA | 21380 | |
| SCHRAMM, KENNY | 21382 | |
| SCHUMANN, CURTIS | 21383 | |
| SCHWARTFIGURE, MICHELLE | 21633 | |
| SCHWEIN, RYAN | 21635 | |
| SCOTT, AMANDA | 21385 | |
| SCOTT, DAISY DEBBIE | 21713 | |
| SCOTT, REX | 21710 | |
| SCRIVANO, VERN FRANCIS | 21708 | |
| SEELEY, GLENN | 21638 | |
| SEGURA, LEOPOLDO | 21705 | |
| SELNES, SUSAN | 21387 | |

43

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| SERAFIN, RICHARD | 21445 | |
| SERGEANT, KRISTI | 21941 | |
| SESSION, CURLEY, JR | 21697 | |
| SHADBURN, SIDNEY II | 20280 | |
| SHAFFER, CHRISTA | 21639 | |
| SHANK, RANDY | 21389 | |
| SHARGHI, CHRISTOPHER | 21690 | |
| SHATTUCK, BRYAN | 21391 | |
| SHAW, MICHAEL PATRICK | 21683 | |
| SHAW, SHEILA | 21393 | |
| SHEARBURN, BRIAN | 21395 | |
| SHELLY VURNO O/B/O DAVID VURNO | 21296 | |
| SHELTON, ANGELA | 21401 | |
| SHELTON, DUSTIN | 21680 | |
| SHELTON, SCOTT A | 21403 | |
| SHEPPARD, RONALD | 21405 | |
| SHERMAN, CINDY | 20281 | |
| SHINE, ROBIN | 21406 | |
| SHIPP, CHRISTOPHER | 21407 | |
| SHIREY, WAYNE EVERETT | 21677 | |
| SHIVERS, DAN | 21408 | |
| SHOEMAKER, ANNIE LEE | 21616 | |
| SHORNEY, KEVIN | 21409 | |
| SHORT, KRISTIE | 21410 | |
| SHRIVER, JAMIE | 21411 | |
| SHULTS, GLEN DEAN, II | 21614 | |
| SHUMAR, SUMMAR | 21412 | |
| SIEGRIST, BRIAN | 21611 | |
| SIEROTA, JASON | 21413 | |
| SIKES, JEREMY | 21415 | |
| SILVER, SYDNEY | 21416 | |
| SILVIERA, KARL | 21414 | |
| SIMMERS, CHARLES | 21417 | |
| SIMMONS, HENRY | 21609 | |
| SIMMONS, JOHN, JR | 21606 | |
| SIMONELLI, DANIEL | 21593 | |
| SIMS, JOYCE | 21588 | |
| SINCLAIR, BERT | 21418 | |
| SINOFF, AMY | 21419 | |
| SIPOS, BRIAN | 21420 | |
| SIPOS, SHERYL | 21441 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| SISSON, MICHAEL | 21421 | |
| SKAGGS, JOSEPH | 21422 | |
| SKILES, ROY DEAN | 21586 | |
| SLAUGHTER, MICHAEL | 21423 | |
| SLAUGHTER, MOSES | 21583 | |
| SLAYTON, MARK | 21424 | |
| SLIVKA, MARK | 21945 | |
| SLY, SHANNON | 20468 | |
| SMALL, KAREN | 21425 | |
| SMALL, LOIS | 21582 | |
| SMALLWOOD, CRYSTAL | 21580 | |
| SMITH, BARRY DEAN | 21279 | |
| SMITH, BETTY JEAN | 21571 | |
| SMITH, BRIAN | 21426 | |
| SMITH, CANDY | 21427 | |
| SMITH, CHERYL | 21428 | |
| SMITH, DEBORAH GAINES | 21288 | |
| SMITH, EBONY | 21578 | |
| SMITH, EDWARD | 20283 | |
| SMITH, JARED | 21546 | |
| SMITH, JIMMY | 21277/21549 | Appear to be duplicates. Claims filed 7/24/20 and 7/27/20 by Jimmy Smith. |
| SMITH, JOSEPH | 21429 | |
| SMITH, LEE | 21286 | |
| SMITH, MELISSA | 21430 | |
| SMITH, MICHAEL | 21431 | |
| SMITH, NANCY | 21552 | |
| SMITH, RICHARD | 21281 | |
| SMITH, SHAKOYA | 21568 | |
| SMITH, SHARMEKA | 21562 | |
| SMITH, SHONDA SCHNETTE | 21556 | |
| SMITH, SOPHIA | 21554 | |
| SMITH, TAJMA | 21285 | |
| SMITH, WILLIE | 21577 | |
| SMITH-WILLIAMS, TIFFANY | 21272 | |
| SMYRNAKIS, THEODORE | 21270 | |
| SNIDER, LINDA | 21269 | |
| SNIPPE, JOHN | 21432 | |
| SNOWDEN, PATRICK | 21433 | |
| SNYDER, GREGORY | 21268 | |
| SNYDER, LAURA PECK | 21050 | |
| SOENKSEN, ROBERT | 21052 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| SORENSEN, EMIL A | 21053/21057 | Appear to be duplicates. Both claims filed 7/23/20 by Emil A. Sorensen. |
| SOROKO, THOMAS, JR | 22393 | |
| SOTO, LUIS | 21267 | |
| SOULE, BEAU | 21059 | |
| SOWELL, JACOB | 21266 | |
| SOWERS, TIANA | 21062 | |
| SPARKMAN, SHAYNE | 21064 | |
| SPARKS, AUTUMN | 21065 | |
| SPARKS, REBECCA | 21067 | |
| SPEAR, VICTORIA | 21072 | |
| SPEARS, COREY LEE | 21265 | |
| SPEARS, JOHN | 21073 | |
| SPECIALE, EDWARD | 21075 | |
| SPEIGHT, ARITHNICE | 21263 | |
| SPEIGHT, TIMOTHY | 21252 | |
| SPOHN, SARA | 21076 | |
| SPORLEDER, CHRIS | 21078 | |
| SPRINKLE, KIRK | 21079 | |
| SPURLOCK, CRAIG | 21080 | |
| STAAS, SINDY | 21081 | |
| STABIO, JUSTIN | 21083 | |
| STABLER, BETTY | 21240 | |
| STABLER, BRENDA | 21246 | |
| STABLER, BRITTANY | 21244 | |
| STABLER, LILLIE | 21250 | |
| STABLER, MAXINE | 21248 | |
| STABLER, NELLIA | 21242 | |
| STAERKEL, TONI | 21123 | |
| STAFFORD, MATTHEW | 21124 | |
| STAFORD, QUEVA | 22397 | |
| STALLWORTH, TEQUELA | 21238 | |
| STAMM, SHAWNA | 20285 | |
| STANFIELD, GREG | 21125 | |
| STANLEY, WILLIE | 21236 | |
| STARECHESKI, JEFFREY | 21234 | |
| STARICH, MICHAEL | 20470 | |
| STEELE, ANNETTE | 21126 | |
| STEELE, JAMES | 21127 | |
| STEEN, HOPE | 21128 | |
| STEFONICH, JOSEPH L | 21129 | |
| STEPHENS, WENDY | 21233 | |

46

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| STEVENS, JERUSHA | 21230 | |
| STEVENSON, JAMI | 21130 | |
| STEWART, FAITH | 21228 | |
| STEWART, RONALD | 21131 | |
| STIGGER, JOSEPH DAVID | 21226 | |
| STOREY, JAMIE | 21132 | |
| STORY, BARBARA | 21223 | |
| STOTTLEMEYER, JARED | 21133 | |
| STRADY, ANASTOS, JR | 20091 | |
| STRINGER, CONNIE | 20474 | |
| STROTHER, FREDERICK | 20476 | |
| STUART, LUCY | 21134 | |
| STUCHELL, DAVID | 21136 | |
| STUDNA, CARRIE | 21138 | |
| STURGEON, DEANNE | 21140 | |
| STURMON, LEROY | 21221 | |
| SUAREZ, HARRY | 21216 | |
| SUBSITS, BRET A | 21141 | |
| SULLIVAN, COLLEEN | 21434 | |
| SULLIVAN, HEIDI | 21143 | |
| SULLIVAN, LINDA | 21121 | |
| SULLIVAN, SHERRY | 21144 | |
| SURRATT, JANICE | 21118 | |
| SUTHERLAND, CHRISTOPHER | 21146 | |
| SWARTZ, KAY | 21148 | |
| SWEATT, LARRY NEIL | 21116 | |
| SWENSON, GLORIA | 21114 | |
| SWENSON, SALLI | 21150 | |
| SWINDLE, HEATHER | 21152 | |
| SWINEY, KIMBERLEY | 21153 | |
| SWISHER, CYNTHIA | 21155 | |
| SYLVESTER, RICHARD | 21157 | |
| TACKETT, STEPHANIE | 21162 | |
| TAITE, LANITA | 21113 | |
| TANNER, MARCUS | 21111 | |
| TANZE, CHARLES | 21108 | |
| TARDO, BRITTANIE | 21163 | |
| TAVERAS, ANGELICA | 21166 | |
| TAYLOR, BRIAN | 21749 | |
| TAYLOR, COLUMBUS | 21107 | |
| TEETS, WILLIAM VANCE | 21168 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| TERLEP, DALE | 21170 | |
| TERLIZZESE, RONALD | 21106 | |
| TERRANCE, BRIAN | 21105 | |
| THOMAS, ALLEN | 21082 | |
| THOMAS, CLIFFORD JR | 21074 | |
| THOMAS, GREGORY SR | 21071 | |
| THOMAS, LASHAWN | 21172 | |
| THOMAS, LYNDA | 21077 | |
| THOMAS, PAMELA | 21102 | |
| THOMAS, SEANN C | 21175 | |
| THOMPSON, CHARLENE | 21177 | |
| THOMPSON, JANET | 21045 | |
| THOMPSON, JOHN | 21179 | |
| THOMPSON, LEANNA | 21043 | |
| THOMPSON, RENEE | 21044 | |
| THONN, HOPE | 21042 | |
| THORNBERRY, KEVIN | 21181 | |
| THORNBERRY, MICHAEL | 21182 | |
| THORNTON, NATHANIEL | 21041 | |
| THORNTON, RHONDA | 21217 | |
| THORPE, ROBERT, JR | 21219 | |
| TIEDEMANN, TOMMY | 21220 | |
| TIGER, OLLIE | 21040 | |
| TIGUE, THOMAS | 22401 | |
| TIMMER, RANDY | 21222 | |
| TIMMONS, JAMES | 21039 | |
| TIMMONS, VERA | 21038 | |
| TIPPING, SHERISHA | 21224 | |
| TIPPINS, JERRE STOWE | 21037 | |
| TIPPINS, WILLIAM JR | 21036 | |
| TOBIAS, KATHY | 21034 | |
| TOBIAS, WALTER | 21033 | |
| TODD, JOYE DENEILA | 21032 | |
| TOGERSON, SARAH | 22403 | |
| TOLAR, GLENDA JEAN | 21030 | |
| TOLBERT, LARRY | 20988 | |
| TOMAH, JOEY | 21225 | |
| TOMASELLI, ZACHARY | 21227 | |
| TOMBLIN, HEATHER | 21943 | |
| TOMICH, KRISTIN YOUNG | 20987 | |
| TORGERSON, SARAH | 21229 | |
| TORQUATO, ROBERT | 20986 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| TORRES, ROSETTA | 21231 | |
| TOTINO, DOMINICK | 20985 | |
| TOTTEN, CASSANDRA | 21232 | |
| TRACEY, RICHARD | 21235 | |
| TRAMMEL, JEFFERY | 20984 | |
| TRIPP, GERALD | 21237 | |
| TROUT, SUSAN | 21239 | |
| TROYER, RICKY | 21241 | |
| TRUDEAU, CHRISTOPHER | 21243 | |
| TRUJILLO, AMANDA | 21245 | |
| TRUMBLE, LINDA | 21247 | |
| TUCHOLSKI, DANNY | 20478 | |
| TUCKER, ALICE | 20983 | |
| TUCKER, JAMES LESLIE | 20981 | |
| TUCKER, PERRY | 20982 | |
| TURNER, BRODERICK | 20980 | |
| TURNER, CHARLES | 20979 | |
| TURNER, JEROLD | 20978 | |
| TURNER, MICHELLE | 21249 | |
| TURNER, STEVEN | 20287 | |
| TURNER, VIOLET LOUISE | 20974 | |
| TUSTIN, APRIL | 20972 | |
| TYLER, WILLIAM | 21251 | |
| TYSON, RICKY | 20970 | |
| TYSON, RONALD | 20969 | |
| TYUS, LATISHA | 20963 | |
| TYUS, WILLIE | 20960 | |
| TYWANNA, EVANS | 21198 | |
| UHLER, CHRISTA | 21253 | |
| UPSHER, MELISSA | 21254 | |
| URBAN, DAVID | 21255 | |
| URBINA, SARA | 21256 | |
| USREY, CYNTHIA ANN | 21257 | |
| VALDEZ, JOSEPH | 21258 | |
| VAN MOORLEHEM, VINCENT | 21259 | |
| VASARELLA, LARRY | 20480 | |
| VASQUEZ, ALBERTO | 21260 | |
| VEGA, KUELEZA SHAHID | 20947 | |
| VERBIN, JORDAN | 21261 | |
| VERNON, KATHY ANN | 21750 | |
| VICKERS, SHANRICA | 21262 | |

49

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| VIEIRA, LISA | 20482 | |
| VILLAR, BRANDI | 21264 | |
| VILLARA, JOSEPH | 21273 | |
| VINCENT, TIMOTHY | 20289 | |
| VOGELMAN, BARBARA | 21275 | |
| WADE, DANIEL DWIGHT | 20944 | |
| WADE, KERIE | 21294 | |
| WAGERS, MICHAEL | 22418 | |
| WAGNER, GARY | 20941 | |
| WAHL, MICHAEL | 22420 | |
| WAHLEN, STANLEY | 20483 | |
| WAINWRIGHT, ROGER | 20484 | |
| WALDEN, DARRELL | 20291 | |
| WALKER, BRYAN | 20923 | |
| WALKER, DONALD | 20940 | |
| WALKER, MICHAEL | 21297 | |
| WALLACE, JOHN | 20921 | |
| WALLS, MICHELLE | 21300 | |
| WALSH, KERRIAN | 21302 | |
| WALTERS, WILLIAM | 21304 | |
| WANGLER, JOHN | 20914 | |
| WARD, DAVID | 20912 | |
| WARD, JAMES | 21305 | |
| WARREN, LEON | 21307 | |
| WARREN, SANDRA | 20907 | |
| WARREN, TERRY | 20909 | |
| WARRINGTON, CHRISTINA | 21751 | |
| WASHINGTON, FREDDIE | 20898 | |
| WASHINGTON, NAOMI | 20900 | |
| WATERS, GLORIA | 20896 | |
| WATERS, JONATHAN | 21312 | |
| WATSON, CHRISTOPHER | 21310 | |
| WATTERS, BRIAN | 21313 | |
| WATTERS, EMBER | 21315 | |
| WEATHERLY, BOBBY | 20760 | See note below regarding claims 20968 and 21025. |
| WEATHERLY, BOBBY EARL | 20968/21035 | Appear to be duplicates. Claims filed 7/22/20 and 7/23/20 by Bobby Earl Weatherly. (see also note above regarding Claim 20760 of Bobby Weatherly) |
| WEATHERLY, CHRISTOPHER | 21317 | |
| WEATHERLY, ROSHANNA | 20758 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| WEAVER, JERRY LEE | 20754 | |
| WEBB, SAMUEL | 20485 | |
| WEBBER, ALISHA | 21318 | |
| WEBSTER, CYRESE | 21320 | |
| WEBSTER, JOSHUA ALLEN | 21322 | |
| WEED, JESSE | 21323 | |
| WEIGLE, KENNETH | 21324 | |
| WEIHER, DOREEN CAPRICE | 20749 | |
| WEINSTEIN, STUART | 20486 | |
| WEIR, NATASHA | 21325 | |
| WELCH, LARRY | 20747 | |
| WELLS, SANDRA | 21326 | |
| WEMBLEY, EARL | 21327 | |
| WENTWORTH, DAVID | 41489 | |
| WEST, JESSICA | 21328 | |
| WEST, LITTLE JOE | 20742 | |
| WEST, LOUIS | 21329 | |
| WEST, RONALD JR | 20487 | |
| WESTRY, CAROLYN | 20740 | |
| WESTRY, ROY LEE | 20739 | |
| WEYANDT, NICOLE | 21330 | |
| WHATLEY, JASON | 21331 | |
| WHEATON, DELOIS | 20737 | |
| WHEELER, KIMBERLY | 20735 | |
| WHITE, BRANDY | 20488 | |
| WHITE, CHARLES | 20489 | |
| WHITE, CHERYL | 20734 | |
| WHITE, JONATHAN | 21332 | |
| WHITE, JULIE | 20733 | |
| WHITE, NICHOLAS | 20732 | |
| WHITE, RICKY | 21333 | |
| WHITEFIELD, THERESA | 21335 | |
| WHITEFORD, BARBARA | 21340 | |
| WHITEHEAD, SHAWN | 21334 | |
| WHITEHURST, ANDREW | 21336 | |
| WHITFIELD, MARY | 20731 | |
| WHITT, BRIAN | 21341 | |
| WHITT, STEPHEN | 21339 | |
| WHITTLESEY, JUDY | 22405 | |
| WHYTE, DAVID | 21342 | |
| WIGHT, PIPER | 21343 | |
| WILDER, SEAN | 20293 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| WILEY, PEGGY | 20728 | |
| WILFRETH, DANIEL | 22412 | |
| WILKERSON, CRYSTAL | 21344 | |
| WILLIAMS, ANGELA | 20724 | |
| WILLIAMS, BILLY | 20490 | |
| WILLIAMS, BONNIE | 20717 | |
| WILLIAMS, CHARLENA | 20623 | |
| WILLIAMS, CHAVELIA | 22407 | |
| WILLIAMS, EARTISE | 20719 | |
| WILLIAMS, EBONI | 20705 | |
| WILLIAMS, FORESTINE | 20718 | |
| WILLIAMS, GEORGE | 21345 | |
| WILLIAMS, GRANT | 21348 | |
| WILLIAMS, JOANN | 20702 | |
| WILLIAMS, KIMBERLY | 21349 | |
| WILLIAMS, LAURA | 20706 | |
| WILLIAMS, LEONARD | 20714 | |
| WILLIAMS, LIDDELL | 20723 | |
| WILLIAMS, LOU | 20704 | |
| WILLIAMS, MACHELLE | 22414 | |
| WILLIAMS, MARK | 20626 | |
| WILLIAMS, MICHAEL | 21350 | |
| WILLIAMS, TERRY L | 21352 | |
| WILLIAMS-DAVIS, BETTY | 20622 | |
| WILLIS, JEREMIAH | 21353 | |
| WILLIS, MICHAEL | 20619 | |
| WILLIS, WASHINGTON | 21308 | |
| WILSON, ANTHONY MICHAEL WARREN | 20609 | |
| WILSON, DAISY ANN | 20616 | |
| WILSON, DAVID | 21355 | |
| WILSON, JAMES | 21356 | |
| WILSON, JEFFERY | 21358 | |
| WILSON, SHARON | 20612 | |
| WILSON, SHAWN | 21372 | |
| WILSON, WILEY, II | 21354 | |
| WILSON, WILLIAM | 20519 | |
| WINTERS, CHRISTOPHER | 20523 | |
| WOHLERS, JANE | 20606 | |
| WOLF, JOHN | 20601 | |
| WOLFCALE, ANDREW | 21374 | |
| WOLTER, SHANNON | 22421 | |

| Claimant Name | POC Number(s) | Notes |
|---|---|---|
| WOOD, DONNA | 21375 | |
| WOOD, DOUGLAS | 21376 | |
| WOOD, MARGIE | 20597 | |
| WOODS, CHARLES | 20525 | |
| WOODS, DENNIS | 20294 | |
| WOODS, DOROTHY | 20592 | |
| WOODS, VERONICA | 20588 | |
| WRIGHT, ANTHONY | 20580 | |
| WRIGHT, DAVID | 21378 | |
| WRIGHT, JOHNNY | 20583 | |
| WRIGHT, ROBIN | 21381 | |
| WRIGHT, STEVEN | 21384 | |
| WRIGHT, TENSIA | 20585 | |
| WRIGHT, WILLIAM KEITH | 20577 | |
| WURSCHUM, KENNETH | 21386 | |
| WYNNE, TAYLOR | 21388 | |
| YARBERRY, TINA | 21390 | |
| YERGER, AUTUMN | 21392 | |
| YOAKUM, JOHNNY | 21394 | |
| YODER, STEVEN | 21396 | |
| YORK, TONYA | 21397 | |
| YOUNG, ARCOLA | 20575 | |
| YOUNG, CHARLOTTE | 20526 | |
| YOUNG, FANTASIA | 21398 | |
| YOUNG, JAMES | 20572 | |
| YOUNG, MICHELLE | 21399 | |
| YOUNG, PATRICIA | 20569 | |
| YOUNG, TINA | 20567 | |
| ZANDERS, CHERICE | 20565 | |
| ZAPATA, ANDREW | 21400 | |
| ZECCHINI, DANIEL | 22410 | |
| ZETTERMAN, BRENT | 21674 | |
| ZIETLOW, SARAH | 20321 | |
| ZIMMER, BRIDGET | 21402 | |

**Exhibit D-2**

**Beth D. Dassa**

---

| | |
|---|---|
| **From:** | Lowell Finson <lowell@finsonlawfirm.com> |
| **Sent:** | Tuesday, July 12, 2022 10:52 AM |
| **To:** | Judith Elkin |
| **Subject:** | Re: Rochester Drug Cooperative |
| **Attachments:** | image001.jpg |

Understood and I will fully comply

Finson Law Firm

On Tue, Jul 12, 2022, 9:54 AM Judith Elkin <jelkin@pszjlaw.com> wrote:

Dear Mr. Finson:

Please see the attached correspondence regarding the claim filed by your law firm in the bankruptcy case of Rochester Drug Co-Operative, Inc. pending in the United States Bankruptcy Court for the Western District of New York.

Feel free to call me if you have any questions.

Judith Elkin

Pachulski Stang Ziehl & Jones LLP

Direct Dial: 212.561.7781

Tel: 212.561.7700 | Fax: 212.561.7777

Cell: 917.671.8062

Jelkin@pszjlaw.com

www.pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**Exhibit D-3**

**Beth D. Dassa**

---

**From:** Judith Elkin
**Sent:** Friday, September 02, 2022 7:33 AM
**To:** 'Lowell Finson'
**Subject:** RE: Rochester Drug Cooperative

Lowell

Can you give me an update on the status of this request for information.

Thanks

Judith Elkin
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7781
Tel: 212.561.7700 | Fax: 212.561.7777
Cell: 917.671.8062
Jelkin@pszjlaw.com
www.pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Lowell Finson [mailto:lowell@finsonlawfirm.com]
**Sent:** Tuesday, July 12, 2022 12:52 PM
**To:** Judith Elkin
**Subject:** Re: Rochester Drug Cooperative

Understood and I will fully comply

Finson Law Firm

On Tue, Jul 12, 2022, 9:54 AM Judith Elkin <jelkin@pszjlaw.com> wrote:

Dear Mr. Finson:

Please see the attached correspondence regarding the claim filed by your law firm in the bankruptcy case of Rochester Drug Co-Operative, Inc. pending in the United States Bankruptcy Court for the Western District of New York.

Feel free to call me if you have any questions.

Judith Elkin

Pachulski Stang Ziehl & Jones LLP

Direct Dial: 212.561.7781

Tel: 212.561.7700 | Fax: 212.561.7777

Cell: 917.671.8062

Jelkin@pszjlaw.com

www.pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: | ) |
|  | ) Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC., | ) |
|  | ) Case No.20-20230 (PRW) |
| Debtor. | ) |
|  | ) |

## <u>CERTIFICATE OF SERVICE</u>

STATE OF CALIFORNIA       )
                                           )
COUNTY OF LOS ANGELES   )

    I, Nancy Brown, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067.

    On September 28, 2022, I caused to be served a true and correct copy of the Liquidating Trustee's *First Omnibus Objection to Claims (Books and Records) Filed Against Rochester Drug Co-Operative, Inc. by Finson Law Firm* via the Court's ECF system.

    I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed this 28th day of September, 2022 at Los Angeles, California.

                                */s/ Nancy Brown*
                                  Nancy Brown

4