## Claimants Last Name

ADAMS,
AGONEY,
AKERS,
ALI,
ANDERSON,
ANIOLOWSKI,
APPLIN,
ARRINGTON,
AULISIO,
AVERINE,
BACHMAN,
BAGLEY,
BAKER,
BARGER,
BAXTER,
BEACH,
BEAVER,
BEDDINGTON,
BELLE,
BITSOLI,
BLEVINS,
BLUME,
BOLTON,
BOMIA,
BOND,
BORAWSKI,

BOSTICK,
BOWLING,
BOYD,
BRANTLEY,
BREEN,
BREY,

BROWN,


BROWN,
BROWN,


BROWN,
BRYANT,
BUCKLEY,
BUNN,
BURKE,
BURKHARDT,
BURNS,
BUTLER,
BUTTERLINE,
CABRERA,
CABRERA,
CAMERON,
CARANGI,
CARPENTER,
CARREKER,
CASEY,
CASHMAN,
CASINO,


CATIZANNO,
CHILDERS,
CLARK,
CLONINGER,
CLOUGH,
CLOYES,
COLE,
COLEY,
COLLAZO,
COLLINS,
COMTOIS,

CONNOLLY,

CONRAD,

COONS,

COOTS,

CORNES,

CORRENTE,

CORTLAND,

COSSARI,

COURTEMANCHE,

COX,

CRESPO,

CURTIS,

DANSEREAU,

DAVIS,

DAY,

DEAN,

DEAN-PRINCE,

DEBELLIS,

DEHAVEN,

DELEMO,

DESHIELDS,

DEVITA,

DICK,

DIMARIO,

DOMINGUEZ,

DONOHUE,

DOUGLAS,

DRAKE,

DRISKELL,

DUARTE,

DUARTE,

DUNIGAN-GRIFFIN,

DURANTE,

DYER,

ELA,

ELLIS,

FARMER,

FARMER,

FEISTEL,

FINK,

FINLEY,
FISCHER,
FLEMING,
FLORA,
FLORAK,
FLORES,
FODORA,
FOREST,
FORT,
FOWLER,
FOX,
FRANK,
FRIEDEN,
FRY,
FUHS,
GARCIA,
GEBREAB,
GENCO,
GENEVA,
GETZ,
GIBSON,
GILBERT,
GILES,
GILPIN,
GOFFINET,
GOINS,
GOTSCHALL,

GRAHAM,
GRAHAM,
GRAY,
GREENE,
GREYNO,
GRIMM,
GROOM,
GROSS,
GUIOU,

GUISE,
GULNAC,
GUSHUE,
HALE,
HALUCK,
HANEY,
HARDY,
HARRINGTON,
HAUGABOOK,
HEINIG,
HENLEY,
HENRIQUES,
HICKS,
HICKS,
HIGGINS,
HILAND,
HILDEBRANDT,
HIXON,
HOCHHALTER,
HODGDON,
HOLLON,
HOWARD,
HUTCHINSON,
ISKANDER,
JACKSON,
JAGO,
JEFFERSON,
JOHNSON,
JONES,
JONES,
JORDAN,
KAISER,
KELLY,
KEOSEIAN,
KILLENS,
KILLENS,
KING,
KING,
KINNERNEY,
KIRKLAND,

KIRKLAND,
KLICK,
KOCHENDOERFER,
KOENIG,


KOVACS,
LACOVONE,
LAFLECHE,
LAKE,
LANZA,
LAVALLEY,
LAVIOLETTE,
LAWLER,
LAWSON,
LAYTON,
LEWIS,
LIGGETTO,
LIRZINGER,
LITTLE,
LLOYD,
LOUGHNER,
LYONS,
MAHON,
MAJORS,
MANZI,
MARAZZI,
MARES,
MARKS,
MARSH,
MARSHALL,
MARTE,
MARTIN,
MATOS,
MCCLEASE,


MCCONNELL,

MCGOWAN,
MCKAY,
MCLEOD,
MCSWAIN,
MEADE,
MESSENGER,
MESSER,
MESSICK,
METZ,
MICHALENOICK,
MILLARD,
MILLER,
MILLER,
MINKE,
MOONEY,
MOORE,
MOSLEY,
MURPHY,
MURRAY,


NADEAU,
NARDELLA,



NATHAN-GRAHAM,



NELSON,
NEMETH,
NIES,
O'BRIEN,
OGG,
OLSON,

ORNDOFF,

OSBORNE,
OSEI,
OTERO,
OUELLETTE,
OUTERIE,
PADILLA,
PAINE,
PALAGONIA,
PARKER,
PATTI,
PEKAROFSKI,
PEREZ,
PEREZ,
PETRUCCI,
PIKE,
POSA,
POWERS,
PRATER,
PRINCE,
RAHN,
RAYMOND,
REDDIC,
RENAUD,
REYES,
RICHARDSON,
RICHICHI,

RIOS,
RITCHIE,
RITCHIE,
RITTENHOUSE,
RIVAS,
RIVERS,
RIZZO,
ROBBINS,
ROBINSON,
RODGERS,
RODONIS,
RODRIGUEZ,
ROJAS,
ROMAN,
ROMEIKO,
ROSATI,
ROUSH,
ROWLEY,
RUSS,
RYAN,
SACCOCCIA,
SANDERS,
SANDERS,
SANTIAGO,
SANTOS,
SCHERER,
SCHOONOVER,
SCRIVANO,
SERGEANT,
SHANK,
SHAW,
SHEARBURN,
SHERMAN,
SHRIVER,


SIMMERS,
SIMONELLI,

SINCLAIR,
SISSON,
SMITH,
SMITH,
SNYDER,
SOTO,
SOULE,
SOWELL,
SPOHN,
STARECHESKI,
STEPHENS,
STEVENS,
STEVENSON,
STEWART,
STRINGER,
STUART,
STUCHELL,
SUAREZ,
TAVERAS,
TERLIZZESE,
THOMAS,
THOMPSON,
TIGUE,
TIMMONS,
TIPPING,
TIPPINS,
TOBIAS,
TOBIAS,
TOMAH,
TOMASELLI,
TOTTEN,

TRACEY,
TRUMBLE,
TUCHOLSKI,
UHLER,

UPSHER,
URBAN,
VILLARA,
WAINWRIGHT,
WALLACE,
WALSH,
WARREN,
WEBBER,
WEBSTER,
WEINSTEIN,
WEST,

WEST,
WEYANDT,
WILLIAMS,
WILLIAMS,
WILLIAMS,
WOODS,
WOODS,
WRIGHT,
WRIGHT,
WURSCHUM,
YERGER,
YODER,
YORK,
ZETTERMAN,

| Claimants First Name | Claimants RECORDS |
|---|---|
| RONALD | Records |
| TAMMY | Records |
| CHRISTOPHER | Records |
| JACLYN | Records |
| KEITH | Records |
| JOE | Records |
| GEORGE | |
| JEFFREY | |
| ANTHONY | |
| PHYLLIS | Records |
| JOHN | |
| JEREMY | Records |
| DAVID | |
| CHRISTINA | Records |
| KEITH | |
| CHAD | |
| LINDZAY | |
| JAMES | Records |
| KENNETH | Records |
| TYNA | |
| TIMOTHY | |
| WILLIAM | |
| NICHOLAS | |
| BRENT | |
| CHARLES | |
| LISA | Records |
| ANWAR HASON | Records |
| MELINDA | |
| COLEEN | |
| JAMES | Records |
| JENNIFER | |
| JAMES | |

ADRIAN


DANIEL                          [Records](Records)
LEFEFIA                         [Records](Records)



MICHAEL
DONALD                          [Records](Records)
JENNIFER CURTIS
PAMELA
JESSE
MICHAEL
WILLIAM
JOSHUA
LISA                            [Records](Records)
FRANK                           [Records](Records)
MAURA
ROBERT DARNELL                  [Records](Records)
DAVID
KELLY
TRACI                           [Records](Records)
JARED
TODD                            [Records](Records)
GIOVANNA                        [Records](Records)



FRANK
BOBBY
COURTNEY
SHEENA                          [Records](Records)
ALAN
GREGORY
KATHELYNN
WES                             [Records](Records)
JESSICA                         [Records](Records)
MATTHEW
RONALD

LISA

JACQUELINE                      Records

NICOLE

LAURENCE                        Records

JACQUELINE

BARBARA

MARLA                           Records

SALVATORE

LISA

CORY                            Records

BRENDA                          Records

JODY

DANIEL                          Records

ALEX                            Records

BENJAMIN                        Records

LISA POREE                      Records

JEREMY                          Records

DAVID ADAM                      Records

BRUCE

CATHERINE                       Records

TRACY                           Records

JONATHAN                        Records

RICHARD                         Records

DESIRAE                         Records

HELEOBORA

TERRENCE                        Records

GARLAND                         Records

JEFFREY                         Records

JAMES                           Records

RICARDO                         Records

VERONICA                        Records

DENISE                          Records

MICHELLE ANN                    Records

HUGH JR

AMANDA                          Records

JESSICA

JENNIE                          Records

MATTHEW

CELIA

JOHN JR

GERALDINE                    Records
PALA
DONALD HOWELL
PAULA
ROSEMARIE                    Records
DAVID
JOHN                         Records
GARY
WILLIAM
RALPH
ROBERT                       Records
TONY
JAMES
MATTEW
STEPHEN                      Records
ANGEL
THEODROS
KEITH                        Records
THOMAS JR                    Records
SARAH LINDSEY                Records
ROBERT
JONATHAN                     Records
HAROLD                       Records
CRYSTAL                      Records
MICHELE
JOSHUA
ROB                          Records


DELORSE NATHAN
JORDAN                       Records
LARRY GENE
MELINDA
LORI
MICHAEL                      Records
RHONDA                       Records
WILLIAM
ANNMARIE

JOHN
ANTHONY
JASON
BRIAN
TIM                          Records
GARRY
MICHAEL
MICHAEL
CHESTER                      Records
FREDERICK                    Records
JULIE                        Records
SANDRA                       Records
GARY                         Records
KENNETH
JAMES                        Records
FLOYD
EDWARD
SHAWN
TAMARA
JAMES                        Records
MARK                         Records
SHELLDAL
DEBRA                        Records
TINA                         Records
MARK                         Records
SHAWN
SHERRI                       Records
CHRISTOPHER                  Records
MARQUIS
RICHARD
KEITH
ROBIN                        Records
JOHN                         Records
DOROTHY
ANTONIO
RONNIE                       Records
GREGORY                      Records
SUSAN                        Records
DONNA
EDWIN

ROGER
DEREK
RICHARD                         [Records](Records)
TERI                            [Records](Records)


JOHN
MICHAEL
DANIEL                          [Records](Records)
GINA                            [Records](Records)
JON                             [Records](Records)
JOSEPH
JEREMY
ISOM                            [Records](Records)
ELIZABETH
TINA
LISA                            [Records](Records)
SHAWN
BARBARA
SHARRON
DANNY                           [Records](Records)
PAMELA                          [Records](Records)
SHAWN
CHRISTINE                       [Records](Records)
TICHINA                         [Records](Records)
LISA                            [Records](Records)
NICHOLAS
ANTHONY                         [Records](Records)
TINA
SHAKISHA
BENJAMIN
MARLENY
MARIA
ELIU
MARGARET


MICHAEL

STEPHEN            Records
DAVID
ERIK               Records
STEVEN
MATTEW
DONNA
ISOM               Records
CHAD
RUTH               Records
RICHARD            Records
KEITH
BEVERLY
RICKY              Records
EDWARD
MATTHEW
BONNIE
JERRY              Records
NICOLE
SHAWN              Records


SCON               Records
ANTHONY            Records



DELORES            Records



JONATHAN
DANIEL JR
CARTER             Records
RANDY
MANDY
LANCE

STEVEN SHANE                          Records


ROBERT DONALD JR                      Records
ISAAC                                 Records
ROSEMARY
DAVID
JAMIE
WAYNE                                 Records
STEVEN
TRAVIS
KITO                                  Records
ANDREW                                Records
LAURA                                 Records
EDDIE                                 Records
JOSE                                  Records
MATHEW
CHRISTOPHER
FRANCIS
STACY
MISTY
WILLIAM
RICKY GEORGE                          Records
PAULA                                 Records
DESARIE                               Records
JASON
ELSIE
ASHLEY
JUSTIN                                Records

MIGUEL

KIM TERESE

WOODROW

RICHARD

JORGE

CHAD

JAMES                          Records

PATRICIA                       Records

REBECCA

TODD

THOMAS                         Records

DAVID ERIC                     Records

REYNALDO

JAY

MICHAEL                        Records

JAMES                          Records

ROBERT                         Records

PETER

RANDY                          Records

DANIEL                         Records

TODD                           Records

JOHN

OMARKIZA                       Records

DARWINDA

MYSTIE                         Records

CHARLES                        Records

BRYAN

VERN FRANCIS

KRISTI                         Records

RANDY

SHEILA

BRIAN                          Records

CINDY                          Records

JAMIE

CHARLES

DANIEL                         Records

BERT                          Records
MICHAEL
MICHAEL                       Records
RICHARD                       Records
GREGORY
LUIS                          Records
BEAU                          Records
JACOB
SARA
JEFFREY
WENDY                         Records
JERUSHA                       Records
JAMI
FAITH                         Records
CONNIE
LUCY                          Records
DAVID
HARRY
ANGELICA                      Records
RONALD
SEANN C                       Records
CHARLENE
THOMAS
VERA
SHERISHA
JERRE STOWE                   Records
KATHY                         Records
WALTER
JOEY
ZACHARY                       Records
CASSANDRA




RICHARD                       Records
LINDA
DANNY
CHRISTA

MELISSA
DAVID
JOSEPH
ROGER                    Records
JOHN
KERRIAN
LEON                     Records
ALISHA
CYRESE
STUART                   Records
JESSICA                  Records


RONALD JR
NICOLE
GEORGE
MARK
MICHAEL
CHARLES                  Records
DENNIS
DAVID                    Records
STEVEN
KENNETH
AUTUMN
STEVEN
TONYA
BRENT                    Records

State                                    Claimants First Name



POC Number(s)

20086
20113
22180
22181
20121
20191
20133
22188
20202
20120
20122
20096
20219
20140
20145
20147
20150
22200
20282

22205
22208
22404
20177
22213
20178
22214

20403
20195
20197
20308
20297
22219

20303

20454/20455

20453

20310/20312

20457
22281
20335
22231
20350
20352
20313
20085
20316
22233
20520
22238
20540
20344
20348
20349
20220

20555
20361
20574
20369
20527
20134
22256
20593
20382
22261
20363

22267
20618
20374
20378
22274
20385
20387
20669
20389
20391
20152
20416
20499
20820
20825
21438
20505
20866
20867
20508
20878
20417
20423
20426
20884
22291
20449
20511
20495
21437
20496
20959
20964
22297
20617
20627
20656
20658
21208
22306

21446
21447
20736
20738
20741
20743
21454
20764
20772
20773
20785
21498
20805
22311
20810
21517
22314
20248
20818
21656
20833
22317
20834
20821
20837
20838
20926

20927
20929
21689
20942
20952
20971
22323
20251
20975

20976
20977
21000
21008
21012
21730
21014
21024
21020
20582
21800
20591
20252
21810
21813
20635
21818
20653
20657
20659
20673
21845
21856
20687
21866
22341
21880
20699
20713
22351
20756
20759
21981
20780
22080
22081
22083
20799
20802
20804

22093
20841
20843
20844


20846
20852
22160
22161
20858
20860
20861
22165
20862
20864
20883
20889
22365
21769
20894
22369
20965
20966
22090
21462
22100
22101
20425
22103
22104
20993
21463
21003
21060


21485/22123

22140
22142
21510
21088
21512
21092
21093
21094
21519
20434
21525
21436
21101
21533
21112
22293
20443
21560
21563

21565
21151

21570

21156/21579

21581
21584
21174
21599
20278

21178

22010
21604
22014
22016
21607
21183
21185
20342
21190
22040
21470
21477
22044
21271
21488
21490
21493
21282
21997
22013
21530
21532
21541
21299
21592
21595

21602
22054
21316
22058
21605
21632
22060
22062
20279
21852
21347
21357
21359
21640
21361
21645
20464
21364
21646
21622
21792
21787
21626
21377
21628
21717
21631
21708
21941
21389
21393
21395
20281
21411

21417
21593

21418
21421
21431
21281
21268
21267
21059
21266
21076
21234
21233
21230
21130
21228
20474
21134
21136
21216
21166
21106
21175
21177
22401
21038
21224
21037
21034
21033
21225
21227
21232

21235
21247
20478
21253

21254
21255
21273
20484
20921
21302
21307
21318
21320
20486
21328

20487
21330
21345
20626
21350
20525
20294
21378
21384
21386
21392
21396
21397
21674

Notes

Appear to be duplicates. Claims filed 7/26/20 and 7/31/20 by Michael McConnell.

Appear to be duplicates. Claims filed 7/24/20 and 7/27/20 by Jonathan Nelson.

if