**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| ROCHESTER DRUG CO-OPERATIVE, INC., | ) Case No.20-20230 (PRW) |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                              )
COUNTY OF LOS ANGELES  )

     I, Nancy H. Brown, am over the age of eighteen years, and am employed by

Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business

address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

     On November 7, 2022, I caused to be served a true and correct copy of **Order**

**Granting Liquidating Trustee's Objection to Claim 380 Asserted by Shareholder**

**Baederwood Pharmacy, Inc.** [Dkt. No. 1686] via first-class mail on the parties shown

below:

| | |
|---|---|
| Baederwood Pharmacy | Neff Pharmacy Management, Inc. |
| Attn: Barry Neff, President/Owner | Attn: Barry Neff |
| 1585 The Fairway | P.O. Box 2338 |
| Jenkintown, PA 19046 | Jenkintown, PA 19046 |

     I declare under penalty of perjury, under the laws of the State of California and the

United States of America that the foregoing is true and correct.

     Executed this 7th day of November, 2022 at Los Angeles, California.

                                          */s/ Nancy H. Brown*
                                          Nancy H. Brown

DOCS_LA:346020.1 75015/003