Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Judith Elkin, Esq. (NY Bar No. 4249439)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                              :

**In re**                                   :            **Chapter 11**
                                                :
**ROCHESTER DRUG**               :            **Case No. 20-20230 (PRW)**
**CO-OPERATIVE, INC.**            :
                                                  :
                 **Debtor.**               :
------------------------------------------------------------------x

### ORDER GRANTING LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST <u>ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM</u>

Upon the *First Omnibus Objection to Claims (Books and Records) Filed Against Rochester Drug Co-Operative, Inc. by Finson Law Firm* (the "<u>Objection</u>")[1] of the Liquidating Trustee for entry of an order (this "<u>Order</u>") either (i) disallowing and expunging or (ii) continuing for further supporting documentation the Claims listed on **Exhibit A** (as specifically set forth therein) pursuant to section 502(b) of the Bankruptcy Code, all as more fully set forth in the Objection; and upon the Declarations of David Greenblatt and Judith Elkin and the hearings held on November 3, 2022 and December 15, 2022; and the Court having found as follows: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Western District of New York*, dated February 29, 2012; (ii) this is a

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Liquidating Trustee provided appropriate notice of the Objection and the opportunity for a hearing on the Objection; and (v) under the facts and circumstances of this Objection, it was appropriate for the Liquidating Trustee to utilize the omnibus claim objection procedures set out in Bankruptcy Rule 3007(d) and (e) and the Objection is compliant with the Rules. The Court having, reviewed the Objection, heard argument on the Objection and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Objection is granted as specifically set forth on **Exhibit A.**

2. Each of the Claims listed as "Disallowed" on Exhibit A are hereby disallowed and expunged.

3. The Objection to the Claims of (i) Tammy Agoney (POC #20113); (ii) Christina Barger (POC #20140); and (iii) Chad Beach (POC #20147) (collectively, the "Continued Claim Objections") are hereby continued for thirty (30) days subject to receipt by the Liquidating Trustee of documentation showing the dollar amount of each claim and the relationship of the dollar amount to the damages suffered by the Claimant as a result of the actions of the above-named Debtor.

4. The claims agent is authorized to update the Claims Register to reflect the relief granted in this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.     The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.  If the Continued Claim Objections cannot be resolved by agreement after the appropriate documentation is provided, either party may seek to have the Continued Claim Objections set for further hearing before the Court.

Dated: December _____, 2022.

_____
THE HONORABLE PAUL R. WARREN,
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

| Claimant Name | POC Number(s) | Reason for Objection: Unless otherwise indicated, documents provided by Claimant do not show amount or nature of damages or any connection to Debtor. Other bases for objections as set forth below. Claimant's state of residence shown. | Disposition |
|---|---|---|---|
| AARON, CHARLES | 20093 | FL | Disallowed |
| ABLE, SHAWN | 20098 | VA | Disallowed |
| ABOUD, RYAN | 20097 | TX | Disallowed |
| ABRAM, ROBERT | 20102 21450 | KY. Claim 21450 filed by Robert Abram OBO Mary Abram. | Both Claims Disallowed |
| ACEVEDO, RICHARD | 20105 | NC | Disallowed |
| ACKLAM, WILLIAM | 20083 | WI | Disallowed |
| ACORD, JEFFREY | 20084 | WV | Disallowed |
| ADAMS, CINDY | 20182 | AL | Disallowed |
| ADAMS, MATTHEWS | 22178 | FL | Disallowed |
| ADAMS, RONALD | 20086 | OH | Disallowed |
| ADAMS, SHARON BAKER | 20223 | WV | Disallowed |
| ADKINS, APRIL | 20108 | AL | Disallowed |
| ADKINS, JENNIFER | 20110 | IN | Disallowed |
| ADKINS, JIMMY | 20112 | TN | Disallowed |
| AGIN, DAVID | 20087 | OK | Disallowed |
| AGONEY, TAMMY | 20113 | NY. Documents show Claimant filled prescriptions at RDC member pharmacy | Continue 30 days for proof of dollar amount of damages and relation of damage amount to RDC |
| AGUIRRE, IDA | 20103 | AZ | Disallowed |
| AKERS, CHRISTOPHER | 22180 | OH | Disallowed |
| ALDRICH, JAMES | 20089 | GA | Disallowed |
| ALEXANDER, ANNE EVETTE | 20082 | CA | Disallowed |
| ALEXANDER, APRIL | 20183 | UT | Disallowed |
| ALFORD, WILHELMINA | 20184 | NC | Disallowed |
| ALI, JACLYN | 22181 | CT | Disallowed |
| ALLEN, FLYNN | 20106 | FL | Disallowed |
| ALLEN, JERRI | 20109 | AL | Disallowed |
| ALLEN, JULIA | 20185 | AL | Disallowed |

| Claimant Name | POC Number(s) | Reason for Objection: Unless otherwise indicated, documents provided by Claimant do not show amount or nature of damages or any connection to Debtor. Other bases for objections as set forth below. Claimant's state of residence shown. | Disposition |
|---|---|---|---|
| ALLEN, MICHAEL | 20090 | ID | Disallowed |
| ALLEN, SCHEDRICK | 20186 | TX | Disallowed |
| ALLISON, JOHN | 20111 | TX | Disallowed |
| ALTIZER, RODNEY | 22183 | IN | Disallowed |
| ALTON, HALEY | 20117 | NV? | Disallowed |
| ALVAREZ, ELIAS | 20187 | AZ | Disallowed |
| ALWIN, LINDSAY | 22184 | WI | Disallowed |
| AMES, WILLIAM | 22185 | AZ | Disallowed |
| ANDERSON, BRADLEY | 20190 | LA | Disallowed |
| ANDERSON, HENRY | 20188 | CA | Disallowed |
| ANDERSON, JEFFREY | 20118 | AZ | Disallowed |
| ANDERSON, KEITH | 20121 | OH | Disallowed |
| ANDERSON, ROBERT | 20189 | ? | Disallowed |
| ANDERSON, TONY | 20126 | KY | Disallowed |
| ANGLIN, CHARLES | 22186 | FL | Disallowed |
| ANIOLOWSKI, JOE | 20191 | MA | Disallowed |
| ANTHONY, DEREK | 20132 | GA | Disallowed |
| APOSTOLEC, BRIAN | 20192 | WA | Disallowed |
| APPLIN, GEORGE | 20133 | OH | Disallowed |
| APTHEKER, MINDY SCHACTER | 21718 | FL | Disallowed |
| ARELLANO, FLORA | 20193 | AZ | Disallowed |
| ARMER, JESSIE | 20194 | IL | Disallowed |
| ARMSTRONG, DAVIDA SUSAN | 20198 | LA | Disallowed |
| ARNOLD, CHARLES | 20199 | GA | Disallowed |
| ARNOLD, GREGORY | 20115 | MI | Disallowed |
| ARRINGTON, JEFFREY | 22188 | MA | Disallowed |
| ASBERRY, ZAPHANIAH | 20116 | KS | Disallowed |
| ASHMORE, DAVID JR | 22191 | KY.  Duplicate of claim 22192. | Disallowed |
| ASHMORE, DAVID, JR | 22192 22193 | KY.  Claim 22192 duplicate of claim 22191. Claim 22193 is filed by David Ashmore Jr. OBO Roberta Ashmore. | Both Claims Disallowed |
| AULISIO, ANTHONY | 20202 | PA | Disallowed |

| Claimant Name | POC Number(s) | Reason for Objection: Unless otherwise indicated, documents provided by Claimant do not show amount or nature of damages or any connection to Debtor.  Other bases for objections as set forth below.  Claimant's state of residence shown. | Disposition |
|---|---|---|---|
| AUSTIN, AUBREY | 22194 | No documents provided. | Disallowed |
| AUTREY, KYMBERLY | 20204 | GA | Disallowed |
| AVERINE, PHYLLIS | 20120 | NH | Disallowed |
| AVILA, ERIC | 20094 | KS | Disallowed |
| AVILA, RAMON | 22195 | NM | Disallowed |
| BABCOCK, PHILLIP | 20095 | MO | Disallowed |
| BACHMAN, JOHN | 20122 | OH | Disallowed |
| BACON, GAYLE | 20123 | MT | Disallowed |
| BAGLEY, JEREMY | 20096 | NY | Disallowed |
| BAGWELL, RODNEY | 20206 | MS | Disallowed |
| BAILEY, DERLE, SR | 21664 22196 | FL.  Duplicates.  Claim 21664 is filed by Derle Bailey Sr. OBO Derle Bailey Jr.; claim 22196 is filed by Derle Bailey Sr. OBO Derle Bailey. | Both Claims disallowed |
| BAILEY, DEXTER, JR | 20125 | FL | Disallowed |
| BAILEY, TANIKA | 20127 | NC | Disallowed |
| BAINTER, TRACEY ANN | 20207 | IL | Disallowed |
| BAKER, DAVID | 20219 | OH | Disallowed |
| BAKER, ROBERT | 20129 20221 22413 | PA.  Duplicates.  All three claims are filed by Robert Baker; filed on 7/14/20, 7/15/20 and 7/31/20 respectively. | All three Claims Disallowed |
| BAKER, TRISHA LYNN | 20209 | SC | Disallowed |
| BALCKSHIR, EMMITT | 20330 | GA.  Should be BLACKSHIR (typo in original POC). | Disallowed |
| BALDRIDGE, SAMANTHA | 20130 | AZ | Disallowed |
| BANAS, DONALD | 20136 | MO | Disallowed |
| BANKS, EDWANNA | 20137 | AR | Disallowed |
| BARAJAS, JIMMY | 20138 | CA | Disallowed |
| BARGER, CHRISTINA | 20140 | NY.  Documents show Claimant filled prescriptions at RDC member pharmacy | Continue 30 days for proof of dollar amount of damages and relation of damage amount to RDC |

| Claimant Name | POC Number(s) | Reason for Objection: Unless otherwise indicated, documents provided by Claimant do not show amount or nature of damages or any connection to Debtor. Other bases for objections as set forth below. Claimant's state of residence shown. | Disposition |
|---|---|---|---|
| BARKER, RACHEL | 20142 | IL | Disallowed |
| BARNES, ROXANNE | 20144 | AK | Disallowed |
| BARNES, STACY | 20148 | IL | Disallowed |
| BARNETT, ROBERT | 20151 | AL | Disallowed |
| BARR, VERONICA | 20224 | FL | Disallowed |
| BARRETT, SCOTT | 20153 | IN | Disallowed |
| BARROWS, LINDA | 20141 | MI | Disallowed |
| BARTHOLOMEW, LETICIA | 20143 | WA | Disallowed |
| BARZILAY, SIMON | 20226 | CA | Disallowed |
| BASALDU, TINA | 20230 | TX | Disallowed |
| BASSETT, JONATHAN | 22197 | GA | Disallowed |
| BASTO, ARLENE | 22321 | AZ | Disallowed |
| BATSON, LAURENCE | 20232 | OR | Disallowed |
| BAULOS, NATALIE | 22198 | MN | Disallowed |
| BAXTER, BELINDA | 20146 | TX (all documents for Belinda Bazan); no connection to name Baxter; see Bazan POC below. | Disallowed |
| BAXTER, KEITH | 20145 | NY | Disallowed |
| BAYLIFF, DEBBIE | 20233 | TX | Disallowed |
| BAZAN, BELINDA | 22199 | No documents; see Baxter claim above. | Disallowed |
| BEACH, CHAD | 20147 | PA. Documents show Claimant filled prescriptions at RDC member pharmacy | Continue 30 days for proof of dollar amount of damages and relation of damage amount to RDC |
| BEASLEY, JOSEPH | 20234 | NC | Disallowed |
| BEAVER, LINDZAY | 20150 | No documents provided. | Disallowed |