UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC., | Case No. 20-20230 (PRW) |
| Debtor. | |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           )
                              )
COUNTY OF SAN FRANCISCO       )

I, Matthew J. Renck, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104.

On January 30, 2023, pursuant to the Court's Amended Administrative Procedures, I caused to be served:

1. *The RDC Liquidating Trust's Reply in Support of Its Renewed Motion for Entry of an Order Approving a Settlement Agreement and Releases Between the RDC Liquidating Trust and Hiscox Insurance Company, Inc.* [Dkt. 1765]
2. *The RDC Liquidating Trust's Opposition to the Former Directors' Motion for Relief From Stay to Seek Intervention in Debtor's Declaratory Judgment Action* [Dkt. 1766]

via the Court's ECF system by electronic transmission, via email to the email addresses designated by the parties as set out below, and via first-class mail to the parties listed on Exhibit A:

## EMAIL SERVICE

| | |
|---|---|
| Kathleen D. Schmitt, Esq.<br>*Assistant United States Trustee*<br>Email: ustpregion02.ro.ecf@usdoj.gov | Counsel to Paul Pagnotta and Sherwood Klein:<br><br>Warren B. Rosenbaum (wrosenbaum@woodsoviatt.com);<br>William E. Brueckner (wbrueckner@woodsoviatt.com |
| Counsel to Garry Mrozek, Joseph Lech, Boris Mantell, and Joseph Scott Miskovsky:<br><br>Duriya Dhinojwala (ddhinojwala@bmdllc.com);<br>Amanda L. Waesch (alwaesch@bmdllc.com);<br>Kathryn E. Hickner (kehickner@bmdllc.com) | Counsel to Donald Arthur, Stephen Giroux, and Richard L. Klenk:<br><br>Alice J. Cunningham (ajcunningham@kslnlaw.com);<br>Jeffrey Carlino (jacarlino@kslnlaw.com) |
| Hiscox Insurance Company:<br><br>Richard.Boone@wilsonelser.com | |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2023 at San Francisco, California.

*/s/ Matthew J. Renck*
Matthew J. Renck

2
DOCS_SF:108447.1 75015/003
Case 2-20-20230-PRW, Doc 1767, Filed 01/30/23, Entered 01/30/23 15:21:53, Description: Main Document , Page 2 of 3

# EXHIBIT A

| | | |
|---|---|---|
| Bruce W. Bieber<br>Kurzman Eisenberg Corbin & Lever, LLP<br>One North Broadway, 12th Floor<br>White Plains, NY 10601 | Bond, Schoeneck & King, PLLC<br>Attn: Stephen A. Donato, Esq.<br>One Lincoln Center<br>Syracuse, NY 13202 | CBRE, Inc.<br>250 Pehle Avenue<br>Suite 600<br>Saddle Brook, NJ 07663 |
| Colliers International NJ LLC<br>Morris Corporate Center 1<br>300 Interpace Parkway, Bldg C, 3rd Fl<br>Parsippany, NJ 07054-1100 | Epiq Corporate Restructuring, LLC<br>Attn: Sidney Garabato<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 | GlassRatner Advisory<br>   & Capital Group, LLC<br>299 Park Avenue, 21st Floor<br>New York, NY 10171 |
| Greendyke, Jencik<br>   & Associates CPAs, PLLC<br>110C Linden Oaks<br>Rochester, NY 14625 | Eric Hestrup<br>c/o Nicholas F. Kajon, Esq<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | Hiscox Insurance Company<br>c/o Wilson Elser<br>Attn: Richard Boone Jr.<br>150 East 42nd Street<br>New York, NY 10017 |
| Huron Consulting Services LLC<br>Attn: Brian S. Buebel<br>550 West Van Buren Street<br>Chicago, IL 60607 | Hyman, Phelps & McNamara, P.C.<br>700 Thirteenth Street, N.W.<br>Suite 1200<br>Washington, DC 20005-5929 | JM Partners LLC<br>Attn: John Marshall<br>6800 Paragon Place, Suite 202<br>Richmond, VA 23230 |
| John T. Kinney<br>9226 NW 9th Court<br>Plantation, FL 33324 | Klehr Harrison Harvey Branzburg, LLP<br>Attn: Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | Bruce W. Bieber, Esq.<br>Kurzman Eisenberg Corbin & Lever, LLP<br>One North Broadway, 12th Fl.<br>White Plains, New York 10601 |
| Missouri Department of Revenue<br>Attn: Steven A. Ginther<br>P. O. Box 475<br>Bankruptcy Unit<br>Jefferson City, MO 65105-0475 | Office of Unemployment Compensation Tax Svcs., Dept. of Labor and Industry, Commonwealth of Pennsylvania<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 | Oracle America, Inc.<br>Buchalter PC<br>c/o Shawn M. Christianson<br>55 2nd St., 17th Fl.<br>San Francisco, CA 94105 |
| Stretto<br>Attn: Sheryl Betance<br>410 Exchange, Ste. 100<br>Irvine, CA 92602 | William P. Weintraub; Artem Skorostensky<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018 | Richard N. Franco, Esq.<br>Davidson Fink LLP<br>400 Meridian Blvd., Suite 200<br>Rochester, NY 14618 |