# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Rochester Drug Cooperative, Inc.

               Debtor(s)

Case No.: 2–20–20230–PRW
Chapter: 11

Tax ID: 16–0729574

## DEFICIENCY NOTICE

Docket # **1846** – Notice re: of Hearing On RDC Liquidating Trusts Objection To Claim 22189 Asserted By CSS Pharmacy, Inc. Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust. (RE: related document(s)1845 Motion to Object to Claim(s)) Filed by Attorney (Scharf, Ilan)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[   ] Remove ALL reference to a telephonic hearing and include the complete and correct hearing location.

[   ] Supplemental 2016(b) statement must be filed if professional fees are requested.

[   ] The caption on the document(s) filed does not match the case caption in CM/ECF.

[   ] Cover Sheet:

[   ] Motion/Notice of Motion:

[ X ] Notice of Motion: Incorrect Hearing **[   ]** DATE; **[ X ]** TIME; **[   ]** LOCATION.

[   ] Certificate of service:

[   ] Proposed Order:

[   ] Other:

**ADDITIONAL INFORMATION:** *Please consult the Court's website for <u>available hearing dates.</u>* Motion Practice and Scheduling Guidelines can be found on the Court's website at: www.nywb.uscourts.gov

[ X ] This motion **WILL NOT** be considered by the Court.

[ X ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[   ] To efile, **Bankruptcy >**

**\*Questions regarding this notice should be directed to the Rochester Clerk's Office at 585–613–4200.**

Date: March 28, 2023          Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                        By: S. Putnam, Deputy Clerk

Form defymtn/Doc 1847
www.nywb.uscourts.gov