# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Rochester Drug Cooperative, Inc.

                Debtor(s)

Case No.: 2–20–20230–PRW
Chapter: 11

Tax ID: 16–0729574

## DEFICIENCY NOTICE

Docket #  ***1943*** – Omnibus Motion Objecting to Claim(s). Claim(s) filed by Names are listed on Exhibit A. Liquidating Trustees Seventeenth Omnibus Objection (Books and Records) to Claims Filed Against Rochester Drug Co–Operative, Inc. by Finson Law Firm (Attachments: # 1 Exhibit A – Disputed Claims # 2 Exhibit B – Proposed Order) Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust (Scharf, Ilan)

***1948*** – Omnibus Motion Objecting to Claim(s). Claim(s) filed by Names are listed on Exhibit A. Liquidating Trustees Twenty–Second Omnibus Objection (Books and Records) to Claims Filed Against Rochester Drug Co–Operative, Inc. by Finson Law Firm (Attachments: # 1 Exhibit A – Disputed Claims Subject to Objection # 2 Exhibit B Proposed Order) Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust (Elkin, Judith)

***1955*** – Omnibus Motion Objecting to Claim(s). Claim(s) filed by Names are listed on Exhibit A. Liquidating Trustees Twenty–Third Omnibus Objection (Books and Records) to Claims Filed Against Rochester Drug Co–Operative, Inc. by Finson Law Firm (Attachments: # 1 Exhibit A – Disputed Claims # 2 Exhibit B – Proposed Order) Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust (Scharf, Ilan)

***1958*** – Omnibus Motion Objecting to Claim(s). Claim(s) filed by Names are listed on Exhibit A. Liquidating Trustees Twenty–Fourth Omnibus Objection (Books and Records) to Claims Filed Against Rochester Drug Co–Operative, Inc. by Finson Law Firm (Attachments: # 1 Exhibit A – Disputed Claims Subject to Objection # 2 Exhibit B Proposed Order) Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust (Elkin, Judith)

***1965*** – Omnibus Motion Objecting to Claim(s). Claim(s) filed by Names are listed on Exhibit A. Liquidating Trustees Twenty–Fifth Omnibus Objection (Books and Records) to Claims Filed Against Rochester Drug Co–Operative, Inc. by Finson Law Firm (Attachments: # 1 Exhibit A – Disputed Claims # 2 Exhibit B – Proposed Order) Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust (Scharf, Ilan)

***1966*** – Omnibus Motion Objecting to Claim(s). Claim(s) filed by Names are listed on Exhibit A. Liquidating Trustees Twenty–Sixth Omnibus Objection (Books and Records) to Claims Filed Against Rochester Drug Co–Operative, Inc. by Finson Law Firm (Attachments: # 1 Exhibit A – Disputed Claims Subject to Objection # 2 Exhibit B Proposed Order) Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust (Elkin, Judith)

***1975*** – Omnibus Motion Objecting to Claim(s). Claim(s) filed by Names are listed on Exhibit A. Liquidating Trustees Twenty–Seventh Omnibus Objection (Books and Records) to Claims Filed Against Rochester Drug Co–Operative, Inc. by Finson Law Firm (Attachments: # 1 Exhibit A – Disputed Claims # 2 Exhibit B – Proposed Order) Filed on behalf of Liquidator Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust (Scharf, Ilan)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[  ]  Remove ALL reference to a telephonic hearing and include the complete and correct hearing location.

[  ]  Supplemental 2016(b) statement must be filed if professional fees are requested.

[  ]  The caption on the document(s) filed does not match the case caption in CM/ECF.

[  ]  Cover Sheet:

[  ]  Motion/Notice of Motion:

[  ]  Notice of Motion: Incorrect Hearing [   ] DATE; [   ] TIME; [   ] LOCATION.

[  ]  Certificate of service:

[ X ]  Proposed Order: The proposed Orders do not have Exhibit A attached. Please file a revised proposed Order to attach Exhibit A.

[  ]  Other:

**ADDITIONAL INFORMATION:** *Please consult the Court's website for <u>available hearing dates.</u>* Motion Practice and Scheduling Guidelines can be found on the Court's website at: www.nywb.uscourts.gov

[ X ]  This motion **WILL** be considered by the Court.

[  ]  To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[ X ]  To efile, **Bankruptcy >** Other > Proposed Order.

**\*Questions regarding this notice should be directed to the Rochester Clerk's Office at 585–613–4200.**

Date: March 30, 2023            Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                By: L. Lawson, Deputy Clerk

Form defymtn/Doc 1988
www.nywb.uscourts.gov