# Notice Recipients

| District/Off: 0209–2 | User: admin | Date Created: 3/30/2023 |
| Case: 2–20–20230–PRW | Form ID: dfmotion | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Ilan D Scharf    ischarf@pszjlaw.com

TOTAL: 1