United States Bankruptcy Court
Western District of New York

In re:                                                Case No. 20-20230-PRW
Rochester Drug Cooperative, Inc.                         Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2                           User: admin                               Page 1 of 11
Date Rcvd: Mar 30, 2023                      Form ID: cmotele3                        Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rochester Drug Cooperative, Inc., P.O. Box 24389, Rochester, NY 14624-0389 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| pr | + | John T. Kinney, 9226 NW 9th Court, Plantation, FL 33324-1150 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.ro.ecf@usdoj.gov | Mar 30 2023 18:19:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2023                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Harrah | on behalf of Notice of Appearance Creditor Aaron L. Harrah aaron@hpcbd.com |
| Aaron R. Cahn | on behalf of Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |

| | |
|---|---|
| Aaron R. Cahn | on behalf of Notice of Appearance Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Notice of Appearance Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com |
| Adriana Riviere-Badell | on behalf of Interested Party Cigna Healthcare Inc. adriana.riviere-badell@kobrekim.com |
| Aisha Rich | on behalf of Creditor Independent Public School Districts arich@findjustice.com pleadings@findjustice.com |
| Alexa Perlman | on behalf of Interested Party Cigna Healthcare Inc. alexa.perlman@kobrekim.com |
| Alexander Nicas | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY alexander.nicas@kirkland.com |
| Alexander Nicas | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC alexander.nicas@kirkland.com |
| Alice Jean Cunningham | on behalf of Defendant Richard Klenk ajcunningham@kslnlaw.com |
| Alice Jean Cunningham | on behalf of Notice of Appearance Creditor Stephen Giroux ajcunningham@kslnlaw.com |
| Alice Jean Cunningham | on behalf of Defendant Stephen Giroux ajcunningham@kslnlaw.com |
| Alice Jean Cunningham | on behalf of Defendant Donald Arthur ajcunningham@kslnlaw.com |
| Amanda Waesch | on behalf of Respondent Boris Mantell alwaesch@bmdllc.com |
| Amanda Waesch | on behalf of Respondent Joe Lech alwaesch@bmdllc.com |
| Amanda Waesch | on behalf of Respondent Joseph Scott Miskovsky alwaesch@bmdllc.com |
| Amanda Waesch | on behalf of Respondent Garry Mrozek alwaesch@bmdllc.com |
| Artem Skorostensky | on behalf of Defendant Tracelink Inc. askorostensky@goodwinlaw.com |
| Artem Skorostensky | on behalf of Interested Party Tracelink Inc. askorostensky@goodwinlaw.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor WELCARE DRUG STORE INC mitchalter48@hotmail.com mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor BAY CARE PHARMACY LLC mitchalter48@hotmail.com, mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY, mitchalter48@hotmail.com, mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY mitchalter48@hotmail.com, mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Creditor ECHO DRUGS INC mitchalter48@hotmail.com, mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor STARRETT CITY PHARMACY LLC mitchalter48@hotmail.com mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor DRUG GUILD DISTRIBUTORS mitchalter48@hotmail.com mitchalter@gmail.com |
| Bradford J. Sandler | on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust bsandler@pszjlaw.com |
| Brian Roy | on behalf of Defendant ASTRAZENECA LP broy@harrisbeach.com bkemail@harrisbeach.com |
| Brian Roy | |

| | |
| --- | --- |
| | on behalf of Defendant DRUG GUILD DISTRIBUTORS INC., broy@harrisbeach.com, bkemail@harrisbeach.com |
| Camille W. Hill | |
| | on behalf of Debtor Rochester Drug Cooperative Inc. chill@bsk.com, ayerst@bsk.com;kdoner@bsk.com |
| Carl H. Petkoff | |
| | on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION cpetkoff@nexsenpruet.com |
| Catherine Curtis | |
| | on behalf of Defendant GALDERMA LABORATORIES L.P. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Chantelle McClamb | |
| | on behalf of Notice of Appearance Creditor Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com |
| Chantelle McClamb | |
| | on behalf of Interested Party Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com |
| Christopher B. Wick | |
| | on behalf of Creditor Global Signal Acquisition II LLC cwick@hahnlaw.com cmbeitel@hahnlaw.com |
| Christopher John Major | |
| | on behalf of Defendant GUIDEPOST SOLUTIONS LLC cjm@msf-law.com |
| Constantine Dean Pourakis | |
| | on behalf of Creditor Eric Hestrup cp@stevenslee.com |
| Constantine Dean Pourakis | |
| | on behalf of Notice of Appearance Creditor Eric Hestrup cp@stevenslee.com |
| Cyrus Mehri | |
| | on behalf of Creditor Independent Public School Districts cmehri@findjustice.com |
| Daniel Hofmeister | |
| | on behalf of Interested Party Empire Healthchoice HMO Inc. dhofmeister@reedsmith.com |
| Daniel Joseph Saval | |
| | on behalf of Interested Party Cigna Healthcare Inc. daniel.saval@kobrekim.com |
| David Graff | |
| | on behalf of Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com |
| David Graff | |
| | on behalf of Notice of Appearance Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com |
| David L. Rasmussen | |
| | on behalf of Creditor MEAD SQUARE PHARMACY INC., THE CASE GROUP LLC d/b/a ALBERTY DRUGS, CHRISTOPHER CASEY, KEVIN CASEY AND LUCIA CASEY drasmussen@davidsonfink.com, mlyle@davidsonfink.com;caugino@davidsonfink.com;ldeanda@davidsonfink.com;mchapman@davidsonfink.com;spwilliams@davidsonfink.com |
| David M Pyun | |
| | on behalf of Notice of Appearance Creditor Best Stop Pharmacy Inc. david@davidpyunlaw.com |
| David M Pyun | |
| | on behalf of Notice of Appearance Creditor CCS Pharmacy Inc. david@davidpyunlaw.com |
| David M Pyun | |
| | on behalf of Notice of Appearance Creditor Cynthia Osei david@davidpyunlaw.com |
| David M Pyun | |
| | on behalf of Notice of Appearance Creditor GIG Pharmacy Inc. david@davidpyunlaw.com |
| Derrelle M. Janey | |
| | on behalf of Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com |
| Derrelle M. Janey | |
| | on behalf of Notice of Appearance Creditor LAURENCE F DOUD III djaney@gottliebjaney.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com |
| Derrelle M. Janey | |
| | on behalf of Cross Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com |
| Devin L. Palmer | |
| | on behalf of Creditor Deborah and David Fuller dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com |
| Duriya Dhinojwala | |
| | on behalf of Respondent Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | |

| | |
|---|---|
| | on behalf of Defendant Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Eitan Blander | on behalf of Defendant ENDO PHARMACEUTICALS INC. eblander@teamtogut.com |
| Erin Elizabeth Elmouji | on behalf of Cross-Claimant Paul Pagnotta eelmouji@woodsoviatt.com |
| Erin Elizabeth Elmouji | on behalf of Defendant Paul Pagnotta eelmouji@woodsoviatt.com |
| Erin Elizabeth Elmouji | on behalf of Cross-Claimant Sherwood Klein eelmouji@woodsoviatt.com |
| Erin Elizabeth Elmouji | on behalf of Defendant Sherwood Klein eelmouji@woodsoviatt.com |
| Evelyn J. Meltzer | on behalf of Interested Party Collegium Pharmaceutical Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Interested Party Biodelivery Sciences International Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi-Aventis U.S. L.L.C. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi US Corporation evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant CHATTEM INC. evelyn.meltzer@troutman.com |
| Francis J Brennan | on behalf of Defendant Abbvie US LLC fbrennan@nhkllp.com |
| Francis J Brennan | on behalf of Notice of Appearance Creditor Abbvie US LLC fbrennan@nhkllp.com |
| George P. Apostolides | on behalf of Defendant BAUSCH HEALTH US LLC george.apostolides@saul.com keri.ambrose@saul.com;LitigationDocketing@saul.com |
| George P. Apostolides | on behalf of Defendant ALCON LABORATORIES INC. george.apostolides@saul.com, keri.ambrose@saul.com;LitigationDocketing@saul.com |
| Gordon J. Toering | on behalf of Notice of Appearance Creditor Perrigo Company gtoering@wnj.com |
| Gordon J. Toering | on behalf of Creditor Perrigo Company gtoering@wnj.com |
| Helen Tuttle | on behalf of Defendant Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Notice of Appearance Creditor Roche Diagnostics Corporation helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Defendant Roche Diagnostics Corporation helen.tuttle@faegredrinker.com |
| Helen Tuttle | on behalf of Notice of Appearance Creditor Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com |
| Howard S Steel | |

Howard S Steel
    on behalf of Notice of Appearance Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com

    on behalf of Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com

Ilan D Scharf
    on behalf of Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com
    lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust
    ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Plaintiff Advisory Trust Group LLC ischarf@pszjlaw.com,
    lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

James C. Thoman
    on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jthoman@hodgsonruss.com
    cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com

James D. Macri
    on behalf of Notice of Appearance Creditor Utica National Insurance Co. of Texas jmacri@goldbergsegalla.com
    akapuscinski@goldbergsegalla.com;sweisheit@goldbergsegalla.com

James I. Stang
    on behalf of Creditor Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jason S Pomerantz
    on behalf of Creditor Official Committee of Unsecured Creditors jspomerantz@pszjlaw.com

Jason S Pomerantz
    on behalf of Plaintiff Advisory Trust Group LLC jspomerantz@pszjlaw.com

Jeffrey A. Carlino
    on behalf of Interested Party Donald Arthur jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Stephen Giroux jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Creditor Black Rock Pharmacy Inc. jacarlino@kslnlaw.com, kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Creditor Brighton-Eggert Pharmacy Inc. jacarlino@kslnlaw.com, kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Interested Party Richard L. Klenk jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Richard Klenk jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Donald Arthur jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Notice of Appearance Creditor Stephen Giroux jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Interested Party Stephen Giroux jacarlino@kslnlaw.com kmlathrop@kslnlaw.com

Jeffrey Austin Dove
    on behalf of Interested Party MSP Singapore Co. LLC jdove@barclaydamon.com
    avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering Corp. jdove@barclaydamon.com
    avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering-Plough Corp. jdove@barclaydamon.com
    avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck & Co. Inc. jdove@barclaydamon.com,
    avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck Sharp & Dohme Corp. jdove@barclaydamon.com
    avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Charles Krause
    on behalf of Defendant KIMBERLY-CLARK CORPORATION jkrause@gibsondunn.com

Jennifer Connolly
    on behalf of Creditor State of Michigan ex rel. Dana Nessel, Attorney General jconnolly@baronbudd.com

Jennifer Connolly
    on behalf of Creditor State of Ohio Ex Rel., Jonathan Blanton, Dep. Attorney General jconnolly@baronbudd.com

Jeremy C. Kleinman
    on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joann Sternheimer
    on behalf of Defendant GENSCO LABORATORIES LLC jsternheimer@lippes.com, jharriman@deilylawfirm.com;ecfactivitynotices@deilylawfirm.com

John Hall
    on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jhall@lewisrice.com john-hall-4718@ecf.pacerpro.com

John C Goodchild
    on behalf of Defendant GlaxoSmithKline LLC john.goodchild@morganlewis.com

John C Goodchild
    on behalf of Defendant GlaxoSmithKline LLC f/k/a Glaxo Wellcome john.goodchild@morganlewis.com

John Evans Jureller, Jr
    on behalf of Defendant OMNICELL INC. jjureller@klestadt.com

John J Martin
    on behalf of Creditor Seno Inc. d/b/a Falcon Express & Courier; Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Seno Inc. d/b/a Falcon Express & Courier jmartin@martin-law.net

John Patrick Elliott
    on behalf of Notice of Appearance Creditor Aetna Health Inc. jpe@elliottgreenleaf.com

John R. Weider
    on behalf of Creditor James L. Robfogel jweider@barclaydamon.com nbishouty@barclaydamon.com

Joseph D. Frank
    on behalf of Notice of Appearance Creditor Walgreen Co. Walgreen Eastern Co., Inc. Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
    on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joshua Karsh
    on behalf of Creditor Independent Public School Districts jkarsh@findjustice.com

Joshua Sussberg
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC joshua.sussberg@kirkland.com

Joshua Sussberg
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY joshua.sussberg@kirkland.com

Judith Elkin
    on behalf of Plaintiff Advisory Trust Group LLC jelkin@pszjlaw.com

Judith Elkin
    on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust jelkin@pszjlaw.com

Julio E Mendoza, Jr
    on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION rmendoza@nexsenpruet.com

Kathleen Dunivin Schmitt
    USTPRegion02.RO.ECF@USDOJ.GOV

Kathryn Elizabeth Hickner
    on behalf of Notice of Appearance Creditor Boris Mantell kehickner@bmdllc.com

Kathryn Elizabeth Hickner
    on behalf of Notice of Appearance Creditor Garry Mrozek kehickner@bmdllc.com

Kathryn Elizabeth Hickner
    on behalf of Notice of Appearance Creditor Joseph Scott Miskovsky kehickner@bmdllc.com

Kathryn Elizabeth Hickner
    on behalf of Notice of Appearance Creditor Joe Lech kehickner@bmdllc.com

Kathryn L. Smith
    on behalf of Notice of Appearance Creditor United States of America kathryn.l.smith@usdoj.gov jacqueline.markidis@usdoj.gov,USANYW.bankruptcyfilings@usdoj.gov

Keara Waldron
    on behalf of Defendant BRISTOL-MYERS SQUIBB COMPANY kwaldron@lowenstein.com

Keara Waldron
    on behalf of Defendant CELGENE CORPORATION kwaldron@lowenstein.com

Keara Waldron
    on behalf of Defendant ABRAXIS BIOSCIENCE INC. kwaldron@lowenstein.com

Kenneth A. Reynolds
    on behalf of Notice of Appearance Creditor Sarit Roy kreynolds@mklawnyc.com tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kenneth A. Reynolds
    on behalf of Notice of Appearance Creditor Smithtown Prescription Center Inc. kreynolds@mklawnyc.com, tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kevin English
    on behalf of Notice of Appearance Creditor Aetna Health Inc. kenglish@phillipslytle.com

Kirstin B. Ives
    on behalf of Respondent Humana Health Company of New York Inc. kbi@falkenbergives.com, ag@falkenbergives.com

Kizzy Jarashow
    on behalf of Notice of Appearance Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Kizzy Jarashow
    on behalf of Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Lawrence Benjamin
    on behalf of Interested Party Empire Healthchoice HMO Inc. lbenjamin@reedsmith.com

Lee E. Woodard
    on behalf of Creditor ECHO DRUGS INC bkemail@harrisbeach.com, efilings@harrisbeach.com;broy@harrisbeach.com;bmahoney@HarrisBeach.com;KMeans@HarrisBeach.com

Leslie Barr
    on behalf of Notice of Appearance Creditor Alan Nisselson Chapter 7 Trustee for the Estate of Rx Plus, LLC lbarr@windelsmarx.com

Louis J. Testa
    on behalf of Notice of Appearance Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson
    on behalf of Creditor Anne Alexander et al lowellwfinson@gmail.com

Lowell W. Finson
    on behalf of Debtor Rochester Drug Cooperative Inc. lowellwfinson@gmail.com

Lucian B. Murley
    on behalf of Defendant ALCON LABORATORIES INC. luke.murley@saul.com, robyn.warren@saul.com

Lucian B. Murley
    on behalf of Defendant BAUSCH HEALTH US LLC luke.murley@saul.com robyn.warren@saul.com

Marco B. Koshykar
    on behalf of Defendant Abbvie US LLC mkoshykar@nolanandheller.com phenry@nolanandheller.com

Mark McKane
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC mark.mckane@kirkland.com

Mark McKane
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY mark.mckane@kirkland.com

Mark Minuti
    on behalf of Defendant SUPERNUS PHARMACEUTICALS INC mark.minuti@saul.com, robyn.warren@saul.com

Mark B. Conlan
    on behalf of Defendant Emergent Devices Inc. f/k/a Adapt Pharma, Inc. mconlan@gibbonslaw.com

Mark B. Conlan
    on behalf of Notice of Appearance Creditor Sunovion Pharmaceuticals Inc. mconlan@gibbonslaw.com

Mark B. Conlan
    on behalf of Notice of Appearance Creditor Novo Nordisk Inc. mconlan@gibbonslaw.com

Mark J. Schwemler
    on behalf of Notice of Appearance Creditor Aetna Health Inc. mjs@elliottgreenleaf.com

Martin A. Mooney

| | |
|---|---|
| | on behalf of Notice of Appearance Creditor People of the State of New York Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com;TJohnson@schillerknapp.com |
| Marvin E. Clements, Jr | on behalf of Notice of Appearance Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov |
| Mary Schmergel | on behalf of Notice of Appearance Creditor United States of America mary.schmergel@usdoj.gov |
| Meghan M Breen | on behalf of Notice of Appearance Creditor OptiSource LLC mbreen@lemerygreisler.com, phartl@lemerygreisler.com;ksousis@lemerygreisler.com |
| Melissa A Martinez | on behalf of Defendant ALCON LABORATORIES INC. melissa.martinez@saul.com |
| Melissa A Martinez | on behalf of Defendant BAUSCH HEALTH US LLC melissa.martinez@saul.com |
| Michael Esser | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY michael.esser@kirkland.com |
| Michael Esser | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC  michael.esser@kirkland.com |
| Michael A. Kornstein | on behalf of Attorney Cyrus Mehri mkornstein@coopererving.com |
| Michael G. Farag | on behalf of Defendant KIMBERLY-CLARK CORPORATION mfarag@gibsondunn.com |
| Nakisha Duncan | on behalf of Defendant GlaxoSmithKline LLC nakisha.duncan@morganlewis.com |
| Nakisha Duncan | on behalf of Defendant GlaxoSmithKline LLC f/k/a Glaxo Wellcome nakisha.duncan@morganlewis.com |
| Nathan Delman | on behalf of Defendant BUFFALO HOSPITAL SUPPLY LLC ndelman@hmblaw.com |
| Neil Matthew Berger | on behalf of Defendant ENDO PHARMACEUTICALS INC. neilberger@teamtogut.com, dperson@teamtogut.com |
| Nicholas Gatto | on behalf of Special Counsel Harter Secrest & Emery LLP ngatto@hselaw.com |
| Nicholas Gatto | on behalf of Debtor Rochester Drug Cooperative Inc. ngatto@hselaw.com |
| Nicholas F Kajon | on behalf of Creditor Eric Hestrup nfk@stevenslee.com |
| Philip Gross | on behalf of Defendant CELGENE CORPORATION pgross@lowenstein.com echafetz@lowenstein.com;dclaussen@lowenstein.com |
| Philip Gross | on behalf of Defendant BRISTOL-MYERS SQUIBB COMPANY pgross@lowenstein.com echafetz@lowenstein.com;dclaussen@lowenstein.com |
| Philip Gross | on behalf of Defendant ABRAXIS BIOSCIENCE INC. pgross@lowenstein.com, echafetz@lowenstein.com;dclaussen@lowenstein.com |
| Regina Cohen | on behalf of Defendant EMERSON HEALTHCARE LLC rcohen@lavin-law.com |
| Richard Nicholas Franco | on behalf of Notice of Appearance Creditor Christopher Casey rfranco@davidsonfink.com |
| Richard Nicholas Franco | on behalf of Defendant Christopher Casey rfranco@davidsonfink.com |
| Robert K. Weiler | on behalf of Notice of Appearance Creditor Colliers International NJ LLC rweiler@bhlawpllc.com lellis@bhlawpllc.com;mklein@bhlawpllc.com |
| Robert Kevin Malone | on behalf of Notice of Appearance Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com |
| Robert Kevin Malone | on behalf of Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com |

Robert L Pryor
    on behalf of Interested Party TXX Services Inc. rlp@pryormandelup.com

Robert L Pryor
    on behalf of Defendant TXX Services Inc. rlp@pryormandelup.com

Rodger M. Landau
    on behalf of Notice of Appearance Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Rodger M. Landau
    on behalf of Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Ronald E Gold
    on behalf of Notice of Appearance Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com, bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Ronald E Gold
    on behalf of Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com, bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Rosa J. Evergreen
    on behalf of Interested Party Merck Sharp & Dohme Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Schering Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Schering-Plough Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Merck & Co. Inc. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party MSP Singapore Co. LLC rosa.evergreen@arnoldporter.com

Sean P Williams
    on behalf of Defendant Christopher Casey spwilliams@davidsonfink.com ldeanda@davidsonfink.com;caugino@davidsonfink.com;mchapman@davidsonfink.com

Sean Patrick Williams
    on behalf of Interested Party VK Acquisitions V LLC swilliams@lplegal.com, ikropiewnicka@lplegal.com;druiz@lplegal.com;nbailey@lplegal.com;bdroca@lplegal.com

Seth Adam Meyer
    on behalf of Creditor Eric Hestrup sam@kellerlenkner.com docket@kellerlenkner.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shannon L Deeby
    on behalf of Creditor Mylan Specialty LP sdeeby@clarkhill.com

Shannon L Deeby
    on behalf of Creditor Mylan Pharmaceuticals Inc. sdeeby@clarkhill.com

Sheryl P. Giugliano
    on behalf of Notice of Appearance Creditor GALDERMA LABORATORIES L.P. sgiugliano@rmfpc.com, samiel@rmfpc.com

Stephen A. Donato
    on behalf of Debtor Rochester Drug Cooperative Inc. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com

Stephen Z. Starr
    on behalf of Interested Party Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Interested Party Donald Arthur sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Interested Party Richard L. Klenk sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Notice of Appearance Creditor Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Steven A Skalet
    on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Thomas Fawkes
    on behalf of Defendant SUN PHARMACEUTICAL INDUSTRIES INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;sonya.bain@tuckerellis.com

Thomas Fawkes

| | |
|---|---|
| | on behalf of Defendant EISAI INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;sonya.bain@tuckerellis.com |
| Thomas H. McCann | |
| | on behalf of Interested Party David Stachnik tmccann@thomasmccannlaw.com |
| Timothy Patrick Lyster | |
| | on behalf of Defendant Paul Pagnotta tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | |
| | on behalf of Defendant Sherwood Klein tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | |
| | on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | |
| | on behalf of Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Tobey M. Daluz | |
| | on behalf of Interested Party Upsher-Smith Laboratories LLC daluzt@ballardspahr.com |
| Todd Feinsmith | |
| | on behalf of Interested Party Biodelivery Sciences International Inc. todd.feinsmith@troutman.com |
| Todd Feinsmith | |
| | on behalf of Defendant COLLEGIUM PHARMACEUTICAL INC. todd.feinsmith@troutman.com |
| Todd Feinsmith | |
| | on behalf of Defendant BIODELIVERY SCIENCES INTERNATIONAL INC todd.feinsmith@troutman.com |
| Todd Feinsmith | |
| | on behalf of Interested Party Collegium Pharmaceutical Inc. todd.feinsmith@troutman.com |
| Wanda Borges | |
| | on behalf of Defendant Lifescan Inc. ecfcases@borgeslawllc.com |
| Wanda Borges | |
| | on behalf of Notice of Appearance Creditor Glenmark Pharmaceuticals Inc. USA ecfcases@borgeslawllc.com |
| Wanda Borges | |
| | on behalf of Notice of Appearance Creditor Lifescan Global Corporation ecfcases@borgeslawllc.com |
| Wanda Borges | |
| | on behalf of Defendant Lifescan Global Corporation d/b/a Lifescan ecfcases@borgeslawllc.com |
| Warren B. Rosenbaum | |
| | on behalf of Notice of Appearance Creditor Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | |
| | on behalf of Notice of Appearance Creditor Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | |
| | on behalf of Defendant Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | |
| | on behalf of Defendant Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| William C. Price | |
| | on behalf of Creditor Mylan Pharmaceuticals Inc. wprice@clarkhill.com, aporter@clarkhill.com |
| William C. Price | |
| | on behalf of Creditor Mylan Specialty LP wprice@clarkhill.com, aporter@clarkhill.com |
| William C. Price | |
| | on behalf of Defendant MYLAN SPECIALTY L.P. wprice@clarkhill.com, aporter@clarkhill.com |
| William E. Brueckner | |
| | on behalf of Defendant Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| William E. Brueckner | |
| | on behalf of Creditor Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| William E. Brueckner | |
| | on behalf of Cross-Claimant Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| William E. Brueckner | |
| | on behalf of Notice of Appearance Creditor Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| William E. Brueckner | |
| | on behalf of Defendant Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| William E. Brueckner | |

| | |
|---|---|
| William E. Brueckner | on behalf of Notice of Appearance Creditor Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| | on behalf of Creditor Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| William E. Brueckner | on behalf of Cross-Claimant Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |

TOTAL: 239

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

Rochester Drug Cooperative, Inc.

Debtor(s)

Case No.: 2−20−20230−PRW
Chapter: 11

Tax ID: 16−0729574

## CASE MANAGEMENT ORDER
## – CASES BEFORE JUDGE WARREN –
## (CALL−IN INSTRUCTIONS FOR ALL MATTERS SCHEDULED FOR HEARING **ON OR AFTER DECEMBER 1, 2021**)

**\*\*\*IMPORTANT: The Court has been assigned new telephone conference numbers. The new numbers must be used for matters scheduled to be heard on or after December 1, 2021.\*\*\***

Until further order of the Court, weekly Motion Terms, Chapter 13 Confirmation Hearings, and any other Discrete Hearings and Conferences in both Buffalo and Rochester will be conducted by telephone conference, to eliminate the need for counsel, parties, or interested persons to appear in person. Matters will begin at the regularly scheduled times. Counsel and interested parties should call the telephone conference system sufficiently in advance of the beginning of the scheduled matter by: (1) dialing **(571) 353−2301**; (2) when prompted for the "number you wish to dial" dial **808325466#**; (3) when prompted for the security pin enter **9999#**. Cases will be called in the order listed on the Court's website: https://www.nywb.uscourts.gov/calendars/judge_warren/index.html. An electronic record of each proceeding will be made.

**THE COURT HAS DETERMINED THAT USE OF THE TELEPHONE CONFERENCE SYSTEM IS MANDATORY. ONLY COURT STAFF WILL BE PERMITTED IN THE COURTROOM – AN ATTORNEY, PARTY, OR INTERESTED PERSON SEEKING TO APPEAR IN PERSON <u>WILL NOT</u> BE PERMITTED TO ENTER THE COURTROOM.**

**THE RECORDING OR BROADCASTING OF ANY HEARING IS PROHIBITED – ANY VIOLATION OF THIS PROHIBITION WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

*Courtesy copies of pleadings or other papers for matters before Judge Warren are no longer to be provided to Chambers or the Clerk's Office.*

**IT IS SO ORDERED.**

Dated: March 30, 2023
Rochester, New York

/s/
**HONORABLE PAUL R. WARREN**
United States Bankruptcy Judge

Form cmotele3/Doc 1991
www.nywb.uscourts.gov