

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
HOUSTON, TX

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212.561.7700**

FACSIMILE: 212.561.7777

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

**TELEPHONE: 310.277.6910**

FACSIMILE: 310.201.0760

SAN FRANCISCO
ONE MARKET PLAZA, SPEAR TOWER
40th FLOOR, SUITE 4000
SAN FRANCISCO
CALIFORNIA 94105-1020

**TELEPHONE: 415.263.7000**

FACSIMILE: 415.263.7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302.652.4100**

FACSIMILE: 302.652.4400

TEXAS
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002-1062

**TELEPHONE: 713.691.9385**

FACSIMILE: 713.691.9407

WEB: www.pszjlaw.com

Ilan D. Scharf  April 20, 2023  212-561-7781
Jelkin@pszjlaw.com

Via E-Mail

Hon. Paul R. Warren
U.S. Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

    Re:    Rochester Drug Co-Operative, Inc., Case No. 20-20230 (PRW)

Dear Judge Warren:

    As you are aware, my firm is counsel to Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee ("**Liquidating Trustee**") of the RDC Liquidating Trust. I write to request that the Court adjourn the hearing date (currently set for April 27, 2023 at 11:00 a.m.) for the following matters:

1. *Objection to Claim 155 Asserted By Starrett Pharmacy, LLC [Doc. 1806]*

2. *Objection To Claim 158 Asserted By Welcare Drug Store Inc. [Doc. 1802]*

3. *Objection To Claim 157 Asserted By Pharma Holding, Inc. d/b/a/ Unzer Pharmacy. [Doc. 1798]*

4. *Objection To Claim 22417 & Claim 22402 Asserted By Brighton-Eggert Pharmacy [Doc. 1791]*

5. *Objection To Claim 22406 Asserted By Black Rock Pharmacy, Inc. [Doc. 1800]*

    We have resolved items 1 [Doc. 1806], 2 [Doc. 1802] and 3 [Doc. 1798] pursuant to Stipulated Orders that will be lodged today.

DOCS_DE:242925.1 75015/003



Hon. Paul R. Warren
April 20, 2023
Page 2

With respect to Items 4 [Doc. 1791] and 5 [Doc. 1800], we have agreed with counsel to the Claimants to adjourn the hearings to May 18, 2023 at 11:00 a.m. to facilitate further settlement discussions.

Very truly yours,

*/s/ Ilan D. Scharf*

Ilan D. Scharf

Cc: Stephen Starr (sstarr@starrandstarr.com)
Bernard M. Alter (mitchalter48@hotmail.com)