Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Judith Elkin, Esq. (NY Bar No. 4249439)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11
: 
ROCHESTER DRUG : Case No. 20-20230 (PRW)
CO-OPERATIVE, INC. :
:
Debtor. :
------------------------------------------------------------x

### ORDER GRANTING LIQUIDATING TRUSTEE'S TWENTY-THIRD OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM

Upon the objection (the "Objection")[1] of the Liquidating Trustee for entry of an order (this "Order") disallowing and expunging the claims listed on **Exhibit A** pursuant to section 502(b) of the Bankruptcy Code, all as more fully set forth in the Objection; and upon the Declarations of David Greenblatt and Judith Elkin; and the Court having found as follows: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Western District of New York*, dated February 29, 2012; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Liquidating

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Trustee provided appropriate notice of the Objection and the opportunity for a hearing on the Objection under the circumstances; and (v) under the facts and circumstances of this Objection, it was appropriate for the Liquidating Trustee to utilize the omnibus claim objection procedures set out in Bankruptcy Rule 3007(d) and (e), and the Objection is compliant with the Rules. The Court having, reviewed the Objection and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Objection is granted.

2. Each of the Disputed Claims set forth on **Exhibit A** hereto are hereby disallowed and expunged.[2]

3. The claims agent is authorized to update the Claims Register to reflect the relief granted in this Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: ___May 12___, 2023.
Rochester, NY

/s/
THE HONORABLE PAUL R. WARREN,
UNITED STATES BANKRUPTCY JUDGE

---

[2] Claim 21371 filed by Marin Santana was inadvertently listed as Claim 21370 on Exhibit A to the Objection (which claim was actually filed by Pamela Sanabria). The correct claim number which is disallowed and expunged is Claim 21371, filed by Marin Santana, and is reflected on Exhibit A attached hereto.

# EXHIBIT A

EXHIBIT A TO LIQUIDATING TRUSTEE'S TWENTY-THIRD OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM

| | Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or Claimant's connection to Debtor.  Other bases for objection as specifically set forth below. | Disposition if Objection Granted |
|---|---|---|---|---|
| 1 | SADLER, LYNNETTE | 21623 | | Claim disallowed |
| 2 | SALDARINI, HERBERT | 21624 | | Claim disallowed |
| 3 | SAM, ROBERT | 21368 | | Claim disallowed |
| 4 | SAMPSON, CLARENCE | 21369 | | Claim disallowed |
| 5 | SAMUELIAN, DONNA | 21790 | | Claim disallowed |
| 6 | SANABRIA, PAMELA | 21370 | | Claim disallowed |
| 7 | SANDERS, CHRIS, II | 21625 | | Claim disallowed |
| 8 | SANDERS, JOHN | 21787 | | Claim disallowed |
| 9 | SANDERS, OMARKIZA | 21626 | | Claim disallowed |
| 10 | SANDHU, LILLY | 21724 | | Claim disallowed |
| 11 | SANDOVAL, LIZ | 21627 | | Claim disallowed |
| 12 | SANDOVAL, MARYIDA MARTINEZ | 21719 | | Claim disallowed |
| 13 | SANTANA, MARIN | 21371/21440 | Claims filed 7/25/20 and 7/26/20.  Claim 21440 filed by Marin Santana OBO Sandra Lee Santana. | Both Claims disallowed |
| 14 | SANTHUFF, DALE | 21373 | | Claim disallowed |
| 15 | SANTIAGO, DARWINDA | 21377 | | Claim disallowed |
| 16 | SANTOS, MYSTIE | 21628 | | Claim disallowed |
| 17 | SAPIA, MICHAEL, JR | 21629 | | Claim disallowed |
| 18 | SAVAGE, JODIE | 21630 | | Claim disallowed |
| 19 | SCAVELLA, LISA | 21379 | | Claim disallowed |
| 20 | SCHERER, CHARLES | 21717 | | Claim disallowed |
| 21 | SCHILLING, MICHAEL | 21748 | | Claim disallowed |
| 22 | SCHNEIDER, JOHN, II | 21716 | | Claim disallowed |
| 23 | SCHOOLEY, IVA | 20466 | | Claim disallowed |

EXHIBIT A TO OMNIBUS OBJECTION AND GREENBLATT DECLARATION
DOCS_LA:348215.1 75015/003

1

Case 2-20-20230-PRW,    Doc 2035,    Filed 05/11/23,    Entered 05/11/23 17:27:47,
Description: Main Document , Page 4 of 8

Case 2-20-20230-PRW,    Doc 2038,    Filed 05/12/23,    Entered 05/12/23 12:03:23,
Description: Main Document , Page 4 of 8

EXHIBIT A TO LIQUIDATING TRUSTEE'S TWENTY-THIRD OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM

| | Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or Claimant's connection to Debtor. Other bases for objection as specifically set forth below. | Disposition if Objection Granted |
|---|---|---|---|---|
| 24 | SCHOONOVER, BRYAN | 21631 | | Claim disallowed |
| 25 | SCHOONOVER, TWILLA | 21380 | | Claim disallowed |
| 25 | SCHRAMM, KENNY | 21382 | | Claim disallowed |
| 27 | SCHUMANN, CURTIS | 21383 | | Claim disallowed |
| 28 | SCHWARTFIGURE, MICHELLE | 21633 | | Claim disallowed |
| 29 | SCHWEIN, RYAN | 21635 | | Claim disallowed |
| 30 | SCOTT, AMANDA | 21385 | | Claim disallowed |
| 31 | SCOTT, DAISY DEBBIE | 21713 | | Claim disallowed |
| 32 | SCOTT, REX | 21710 | | Claim disallowed |
| 33 | SCRIVANO, VERN FRANCIS | 21708 | | Claim disallowed |
| 34 | SEELEY, GLENN | 21638 | | Claim disallowed |
| 35 | SEGURA, LEOPOLDO | 21705 | | Claim disallowed |
| 36 | SELNES, SUSAN | 21387 | | Claim disallowed |
| 37 | SERAFIN, RICHARD | 21445 | | Claim disallowed |
| 38 | SERGEANT, KRISTI | 21941 | | Claim disallowed |
| 39 | SESSION, CURLEY, JR | 21697 | | Claim disallowed |
| 40 | SHADBURN, SIDNEY II | 20280 | | Claim disallowed |
| 41 | SHAFFER, CHRISTA | 21639 | | Claim disallowed |
| 42 | SHANK, RANDY | 21389 | | Claim disallowed |
| 43 | SHARGHI, CHRISTOPHER | 21690 | | Claim disallowed |
| 44 | SHATTUCK, BRYAN | 21391 | | Claim disallowed |
| 45 | SHAW, MICHAEL PATRICK | 21683 | | Claim disallowed |
| 46 | SHAW, SHEILA | 21393 | | Claim disallowed |
| 47 | SHEARBURN, BRIAN | 21395 | | Claim disallowed |
| 48 | SHELLY VURNO O/B/O DAVID VURNO | 21296 | | Claim disallowed |

EXHIBIT A TO OMNIBUS OBJECTION AND GREENBLATT DECLARATION
DOCS_LA:348215.1 75015/003

2

Case 2-20-20230-PRW,   Doc 2035,   Filed 05/11/23,   Entered 05/11/23 17:27:47,
Description: Main Document , Page 5 of 8

Case 2-20-20230-PRW,   Doc 2038,   Filed 05/12/23,   Entered 05/12/23 12:03:23,
Description: Main Document , Page 5 of 8

EXHIBIT A TO LIQUIDATING TRUSTEE'S TWENTY-THIRD OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM

| | Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or Claimant's connection to Debtor. Other bases for objection as specifically set forth below. | Disposition if Objection Granted |
|---|---|---|---|---|
| 49 | SHELTON, ANGELA | 21401 | | Claim disallowed |
| 50 | SHELTON, DUSTIN | 21680 | | Claim disallowed |
| 51 | SHELTON, SCOTT A | 21403 | | Claim disallowed |
| 52 | SHEPPARD, RONALD | 21405 | | Claim disallowed |
| 53 | SHERMAN, CINDY | 20281 | | Claim disallowed |
| 54 | SHINE, ROBIN | 21406 | | Claim disallowed |
| 55 | SHIPP, CHRISTOPHER | 21407 | | Claim disallowed |
| 56 | SHIREY, WAYNE EVERETT | 21677 | | Claim disallowed |
| 57 | SHIVERS, DAN | 21408 | | Claim disallowed |
| 58 | SHOEMAKER, ANNIE LEE | 21616 | | Claim disallowed |
| 59 | SHORNEY, KEVIN | 21409 | | Claim disallowed |
| 60 | SHORT, KRISTIE | 21410 | | Claim disallowed |
| 61 | SHRIVER, JAMIE | 21411 | | Claim disallowed |
| 62 | SHULTS, GLEN DEAN, II | 21614 | | Claim disallowed |
| 63 | SHUMAR, SUMMAR | 21412 | | Claim disallowed |
| 64 | SIEGRIST, BRIAN | 21611 | | Claim disallowed |
| 65 | SIEROTA, JASON | 21413 | | Claim disallowed |
| 66 | SIKES, JEREMY | 21415 | | Claim disallowed |
| 67 | SILVER, SYDNEY | 21416 | | Claim disallowed |
| 68 | SILVIERA, KARL | 21414 | | Claim disallowed |
| 69 | SIMMERS, CHARLES | 21417 | | Claim disallowed |
| 70 | SIMMONS, HENRY | 21609 | | Claim disallowed |
| 71 | SIMMONS, JOHN, JR | 21606 | | Claim disallowed |
| 72 | SIMONELLI, DANIEL | 21593 | | Claim disallowed |
| 73 | SIMS, JOYCE | 21588 | | Claim disallowed |

EXHIBIT A TO LIQUIDATING TRUSTEE'S TWENTY-THIRD OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM

| | Claimant Name | POC Number(s) | Reason for Objection: FOR ALL: No documents and no way to identify Claimant, amount or nature of damages or Claimant's connection to Debtor. Other bases for objection as specifically set forth below. | Disposition if Objection Granted |
|---|---|---|---|---|
| 74 | SINCLAIR, BERT | 21418 | | Claim disallowed |
| 75 | SINOFF, AMY | 21419 | | Claim disallowed |
| 76 | SIPOS, BRIAN | 21420 | | Claim disallowed |
| 77 | SIPOS, SHERYL | 21441 | | Claim disallowed |
| 78 | SISSON, MICHAEL | 21421 | | Claim disallowed |
| 79 | SKAGGS, JOSEPH | 21422 | | Claim disallowed |
| 80 | SKILES, ROY DEAN | 21586 | | Claim disallowed |
| 81 | SLAUGHTER, MICHAEL | 21423 | | Claim disallowed |
| 82 | SLAUGHTER, MOSES | 21583 | | Claim disallowed |
| 83 | SLAYTON, MARK | 21424 | | Claim disallowed |
| 84 | SLIVKA, MARK | 21945 | | Claim disallowed |
| 85 | SLY, SHANNON | 20468 | | Claim disallowed |
| 86 | SMALL, KAREN | 21425 | | Claim disallowed |
| 87 | SMALL, LOIS | 21582 | | Claim disallowed |
| 88 | SMALLWOOD, CRYSTAL | 21580 | | Claim disallowed |
| 89 | SMITH, BARRY DEAN | 21279 | | Claim disallowed |
| 90 | SMITH, BETTY JEAN | 21571 | | Claim disallowed |
| 91 | SMITH, BRIAN | 21426 | | Claim disallowed |
| 92 | SMITH, CANDY | 21427 | | Claim disallowed |
| 93 | SMITH, CHERYL | 21428 | | Claim disallowed |
| 94 | SMITH, DEBORAH GAINES | 21288 | | Claim disallowed |
| 95 | SMITH, EBONY | 21578 | | Claim disallowed |
| 96 | SMITH, EDWARD | 20283 | | Claim disallowed |
| 97 | SMITH, JARED | 21546 | | Claim disallowed |

EXHIBIT A TO OMNIBUS OBJECTION AND GREENBLATT DECLARATION
DOCS_LA:348215.1 75015/003

4

Case 2-20-20230-PRW, Doc 2035, Filed 05/11/23, Entered 05/11/23 17:27:47, Description: Main Document, Page 7 of 8

Case 2-20-20230-PRW, Doc 2038, Filed 05/12/23, Entered 05/12/23 12:03:23, Description: Main Document, Page 7 of 8

**EXHIBIT A TO LIQUIDATING TRUSTEE'S TWENTY-THIRD OMNIBUS OBJECTION (BOOKS AND RECORDS) TO CLAIMS FILED AGAINST ROCHESTER DRUG CO-OPERATIVE, INC. BY FINSON LAW FIRM**

| | Claimant Name | POC Number(s) | Reason for Objection: **FOR ALL:** No documents and no way to identify Claimant, amount or nature of damages or Claimant's connection to Debtor. Other bases for objection as specifically set forth below. | Disposition if Objection Granted |
|---|---|---|---|---|
| 98 | SMITH, JIMMY | 21277/21549 | Appear to be duplicates. Claims filed 7/24/20 and 7/27/20 by Jimmy Smith. | Both Claims disallowed |
| 99 | SMITH, JOSEPH | 21429 | | Claim disallowed |
| 100 | SMITH, LEE | 21286 | | Claim disallowed |