# Notice Recipients

District/Off: 0209–2     User: admin     Date Created: 5/12/2023
Case: 2–20–20230–PRW     Form ID: pdforder     Total: 8

**Recipients of Notice of Electronic Filing:**
aty     Camille W. Hill     chill@bsk.com
aty     Ilan D Scharf     ischarf@pszjlaw.com
aty     Lowell W. Finson     lowellwfinson@gmail.com
aty     Stephen A. Donato     sdonato@bsk.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Rochester Drug Cooperative, Inc.     P.O. Box 24389     Rochester, NY 14624–0389
pr     John T. Kinney     9226 NW 9th Court     Plantation, FL 33324
aty     Pachulski Stang Ziehl & Jones LLP     780 Third Avenue, 34th Floor     New York, NY 10017
smg     Office of the U.S. Trustee     100 State Street, Room 6090     Rochester, NY 14614

TOTAL: 4