Ilan D. Scharf, Esq.
Jason S. Pomerantz, Esq.
Judith Elkin, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re : Chapter 11
:
**ROCHESTER DRUG** : Case No. 20-20230 (PRW)
**CO-OPERATIVE, INC.** :
:
Debtor. :
------------------------------------------------------------x

## ORDER GRANTING OBJECTION TO CLAIM 22417 & CLAIM 22402 ASSERTED BY BRIGHTON-EGGERT PHARMACY, INC.

Upon the *Objection of the Liquidating Trustee to Claims 22402 and 22417 Asserted by Brighton-Eggert Pharmacy, Inc.* (the "Objection")[1] pursuant to which the Liquidating Trustee requested an order (the "Order"), *inter alia*, disallowing Claim 22402 and Claim 22417 (the "Objectionable Claims") pursuant to sections 502(b) and 510(b) of the Bankruptcy Code, Bankruptcy Rule 3007, all as more fully set forth in the Objection; and upon the Declaration of David Greenblatt; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Western District of New York*, dated February 29, 2012, and the Court having found that this is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Liquidating Trustee provided appropriate notice of the Objection and the opportunity for a hearing on the Objection under the circumstances; and the Court having reviewed the Objection; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is granted.

2. Claim 22402 is disallowed in its entirety.

3. Claim 22417 is disallowed in its entirety.

4. The claims agent is authorized and directed to update the Claims Register to reflect the relief granted in this Order.

5. Entry of this Order is without prejudice to the Liquidating Trustee's right to object to any other Claims in this chapter 11 case or to further object to the Objectionable Claim (to the extent it is not disallowed and expunged pursuant to this Order).

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 18, 2023
Rochester, NY

/s/
THE HONORABLE PAUL R. WARREN,
UNITED STATES BANKRUPTCY JUDGE