| | |
|---|---|
| In re: | Case No. 20-20230-PRW |
| Rochester Drug Cooperative, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 11 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdforder | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rochester Drug Cooperative, Inc., P.O. Box 24389, Rochester, NY 14624-0389 |
| pr | + | John T. Kinney, 9226 NW 9th Court, Plantation, FL 33324-1150 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.ro.ecf@usdoj.gov | Jul 07 2023 18:28:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 09, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Harrah | on behalf of Notice of Appearance Creditor Aaron L. Harrah aaron@hpcbd.com |
| Aaron R. Cahn | on behalf of Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |
| Aaron R. Cahn | |

Aaron R. Cahn
on behalf of Notice of Appearance Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com

on behalf of Notice of Appearance Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com

Adriana Riviere-Badell
on behalf of Interested Party Cigna Healthcare Inc. adriana.riviere-badell@kobrekim.com

Aisha Rich
on behalf of Creditor Independent Public School Districts arich@findjustice.com pleadings@findjustice.com

Alexa Perlman
on behalf of Interested Party Cigna Healthcare Inc. alexa.perlman@kobrekim.com

Alexander Nicas
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY alexander.nicas@kirkland.com

Alexander Nicas
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC alexander.nicas@kirkland.com

Alice Jean Cunningham
on behalf of Defendant Richard Klenk ajcunningham@kslnlaw.com

Alice Jean Cunningham
on behalf of Notice of Appearance Creditor Stephen Giroux ajcunningham@kslnlaw.com

Alice Jean Cunningham
on behalf of Defendant Stephen Giroux ajcunningham@kslnlaw.com

Alice Jean Cunningham
on behalf of Defendant Donald Arthur ajcunningham@kslnlaw.com

Amanda Waesch
on behalf of Respondent Boris Mantell alwaesch@bmdllc.com

Amanda Waesch
on behalf of Respondent Joe Lech alwaesch@bmdllc.com

Amanda Waesch
on behalf of Respondent Joseph Scott Miskovsky alwaesch@bmdllc.com

Amanda Waesch
on behalf of Respondent Garry Mrozek alwaesch@bmdllc.com

Artem Skorostensky
on behalf of Defendant Tracelink Inc. askorostensky@goodwinlaw.com

Artem Skorostensky
on behalf of Interested Party Tracelink Inc. askorostensky@goodwinlaw.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor WELCARE DRUG STORE INC mitchalter48@hotmail.com mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor BAY CARE PHARMACY LLC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY, mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Creditor ECHO DRUGS INC mitchalter48@hotmail.com, mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor STARRETT CITY PHARMACY LLC mitchalter48@hotmail.com mitchalter@gmail.com

Bernard Mitchell Alter
on behalf of Notice of Appearance Creditor DRUG GUILD DISTRIBUTORS mitchalter48@hotmail.com mitchalter@gmail.com

Bradford J. Sandler
on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust bsandler@pszjlaw.com

Brian Roy
on behalf of Defendant ASTRAZENECA LP broy@harrisbeach.com bkemail@harrisbeach.com

Brian Roy
on behalf of Defendant DRUG GUILD DISTRIBUTORS INC., broy@harrisbeach.com, bkemail@harrisbeach.com

Bryan Meek
    on behalf of Respondent Boris Mantell bmeek@bmdllc.com

Bryan Meek
    on behalf of Respondent Garry Mrozek bmeek@bmdllc.com

Bryan Meek
    on behalf of Respondent Joseph Scott Miskovsky bmeek@bmdllc.com

Bryan Meek
    on behalf of Respondent Joe Lech bmeek@bmdllc.com

Camille W. Hill
    on behalf of Debtor Rochester Drug Cooperative Inc. chill@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carl H. Petkoff
    on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION cpetkoff@nexsenpruet.com

Catherine Curtis
    on behalf of Defendant GALDERMA LABORATORIES L.P. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com

Chantelle McClamb
    on behalf of Notice of Appearance Creditor Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com

Chantelle McClamb
    on behalf of Interested Party Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com

Christopher B. Wick
    on behalf of Creditor Global Signal Acquisition II LLC cwick@hahnlaw.com cmbeitel@hahnlaw.com

Christopher John Major
    on behalf of Defendant GUIDEPOST SOLUTIONS LLC cjm@msf-law.com

Constantine Dean Pourakis
    on behalf of Creditor Eric Hestrup cp@stevenslee.com

Constantine Dean Pourakis
    on behalf of Notice of Appearance Creditor Eric Hestrup cp@stevenslee.com

Cyrus Mehri
    on behalf of Creditor Independent Public School Districts cmehri@findjustice.com

Daniel Hofmeister
    on behalf of Interested Party Empire Healthchoice HMO Inc. dhofmeister@reedsmith.com

Daniel Joseph Saval
    on behalf of Interested Party Cigna Healthcare Inc. daniel.saval@kobrekim.com

David Graff
    on behalf of Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com

David Graff
    on behalf of Notice of Appearance Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com

David L. Rasmussen
    on behalf of Creditor MEAD SQUARE PHARMACY INC., THE CASE GROUP LLC d/b/a ALBERTY DRUGS, CHRISTOPHER CASEY, KEVIN CASEY AND LUCIA CASEY drasmussen@davidsonfink.com, caugino@davidsonfink.com;ldeanda@davidsonfink.com;mchapman@davidsonfink.com;spwilliams@davidsonfink.com;knicholson@davidsonfink.com

David M Pyun
    on behalf of Notice of Appearance Creditor Best Stop Pharmacy Inc. david@davidpyunlaw.com

David M Pyun
    on behalf of Notice of Appearance Creditor CCS Pharmacy Inc. david@davidpyunlaw.com

David M Pyun
    on behalf of Notice of Appearance Creditor Cynthia Osei david@davidpyunlaw.com

David M Pyun
    on behalf of Notice of Appearance Creditor GIG Pharmacy Inc. david@davidpyunlaw.com

Derrelle M. Janey
    on behalf of Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Derrelle M. Janey
    on behalf of Notice of Appearance Creditor LAURENCE F DOUD III djaney@gottliebjaney.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Derrelle M. Janey
    on behalf of Cross Defendant Laurence F. Doud III djaney@thejaneylawfirm.com,

| | |
|---|---|
| | afederer@gottliebjaney.com;apierre@gottliebjaney.com |
| Devin L. Palmer | on behalf of Creditor Deborah and David Fuller dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com |
| Duriya Dhinojwala | on behalf of Respondent Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Defendant Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Duriya Dhinojwala | on behalf of Respondent Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com |
| Eitan Blander | on behalf of Defendant ENDO PHARMACEUTICALS INC. eblander@teamtogut.com |
| Erin Elizabeth Elmouji | on behalf of Cross-Claimant Paul Pagnotta eelmouji@woodsoviatt.com |
| Erin Elizabeth Elmouji | on behalf of Defendant Paul Pagnotta eelmouji@woodsoviatt.com |
| Erin Elizabeth Elmouji | on behalf of Cross-Claimant Sherwood Klein eelmouji@woodsoviatt.com |
| Erin Elizabeth Elmouji | on behalf of Defendant Sherwood Klein eelmouji@woodsoviatt.com |
| Evelyn J. Meltzer | on behalf of Interested Party Collegium Pharmaceutical Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Interested Party Biodelivery Sciences International Inc. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi-Aventis U.S. L.L.C. evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant Sanofi US Corporation evelyn.meltzer@troutman.com |
| Evelyn J. Meltzer | on behalf of Defendant CHATTEM INC. evelyn.meltzer@troutman.com |
| Francis J Brennan | on behalf of Defendant Abbvie US LLC fbrennan@nhkllp.com |
| Francis J Brennan | on behalf of Notice of Appearance Creditor Abbvie US LLC fbrennan@nhkllp.com |
| George P. Apostolides | on behalf of Defendant BAUSCH HEALTH US LLC george.apostolides@saul.com keri.ambrose@saul.com;LitigationDocketing@saul.com |
| George P. Apostolides | on behalf of Defendant ALCON LABORATORIES INC. george.apostolides@saul.com, keri.ambrose@saul.com;LitigationDocketing@saul.com |
| Gordon J. Toering | on behalf of Notice of Appearance Creditor Perrigo Company gtoering@wnj.com |
| Gordon J. Toering | on behalf of Creditor Perrigo Company gtoering@wnj.com |
| Helen Tuttle | on behalf of Notice of Appearance Creditor Roche Diagnostics Corporation helen.tuttle@faegredrinker.com |

Helen Tuttle
    on behalf of Defendant Roche Diagnostics Corporation helen.tuttle@faegredrinker.com

Helen Tuttle
    on behalf of Notice of Appearance Creditor Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com

Helen Tuttle
    on behalf of Defendant Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com

Howard S Steel
    on behalf of Notice of Appearance Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com

Howard S Steel
    on behalf of Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com

Ilan D Scharf
    on behalf of Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Plaintiff Advisory Trust Group LLC ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

James C. Thoman
    on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jthoman@hodgsonruss.com cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com

James D. Macri
    on behalf of Notice of Appearance Creditor Utica National Insurance Co. of Texas jmacri@goldbergsegalla.com akapuscinski@goldbergsegalla.com;sweisheit@goldbergsegalla.com

James I. Stang
    on behalf of Creditor Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jason S Pomerantz
    on behalf of Creditor Official Committee of Unsecured Creditors jspomerantz@pszjlaw.com

Jason S Pomerantz
    on behalf of Plaintiff Advisory Trust Group LLC jspomerantz@pszjlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Stephen Giroux jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Creditor Black Rock Pharmacy Inc. jacarlino@kslnlaw.com, dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Creditor Brighton-Eggert Pharmacy Inc. jacarlino@kslnlaw.com, dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Interested Party Richard L. Klenk jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Richard Klenk jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Donald Arthur jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Interested Party Stephen Giroux jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Notice of Appearance Creditor Stephen Giroux jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Interested Party Donald Arthur jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey Austin Dove
    on behalf of Interested Party MSP Singapore Co. LLC jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering-Plough Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck & Co. Inc. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck Sharp & Dohme Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Charles Krause
    on behalf of Defendant KIMBERLY-CLARK CORPORATION jkrause@gibsondunn.com

Jennifer Connolly
    on behalf of Creditor State of Michigan ex rel. Dana Nessel, Attorney General jconnolly@baronbudd.com

Jennifer Connolly
    on behalf of Creditor State of Ohio Ex Rel., Jonathan Blanton, Dep. Attorney General jconnolly@baronbudd.com

Jeremy C. Kleinman
    on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joann Sternheimer
    on behalf of Defendant GENSCO LABORATORIES LLC jsternheimer@lippes.com, jharriman@deilylawfirm.com;ecfactivitynotices@deilylawfirm.com

John Hall
    on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jhall@lewisrice.com john-hall-4718@ecf.pacerpro.com

John C Goodchild
    on behalf of Defendant GlaxoSmithKline LLC john.goodchild@morganlewis.com

John C Goodchild
    on behalf of Defendant GlaxoSmithKline LLC f/k/a Glaxo Wellcome john.goodchild@morganlewis.com

John Evans Jureller, Jr
    on behalf of Defendant OMNICELL INC. jjureller@klestadt.com

John J Martin
    on behalf of Creditor Seno Inc. d/b/a Falcon Express & Courier; Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Seno Inc. d/b/a Falcon Express & Courier jmartin@martin-law.net

John Patrick Elliott
    on behalf of Notice of Appearance Creditor Aetna Health Inc. jpe@elliottgreenleaf.com

John R. Weider
    on behalf of Creditor James L. Robfogel jweider@barclaydamon.com nbishouty@barclaydamon.com

Joseph D. Frank
    on behalf of Notice of Appearance Creditor Walgreen Co. Walgreen Eastern Co., Inc. Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
    on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joshua Karsh
    on behalf of Creditor Independent Public School Districts jkarsh@findjustice.com

Joshua Sussberg
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC joshua.sussberg@kirkland.com

Joshua Sussberg
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY joshua.sussberg@kirkland.com

Judith Elkin
    on behalf of Plaintiff Advisory Trust Group LLC jelkin@pszjlaw.com

Judith Elkin
    on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust jelkin@pszjlaw.com

Julio E Mendoza, Jr
    on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION rmendoza@nexsenpruet.com

Kathleen Dunivin Schmitt
    USTPRegion02.RO.ECF@USDOJ.GOV

Kathryn Elizabeth Hickner

Kathryn Elizabeth Hickner
on behalf of Notice of Appearance Creditor Boris Mantell kehickner@bmdllc.com

Kathryn Elizabeth Hickner
on behalf of Notice of Appearance Creditor Garry Mrozek kehickner@bmdllc.com

Kathryn Elizabeth Hickner
on behalf of Notice of Appearance Creditor Joseph Scott Miskovsky kehickner@bmdllc.com

Kathryn Elizabeth Hickner
on behalf of Notice of Appearance Creditor Joe Lech kehickner@bmdllc.com

Kathryn L. Smith
on behalf of Notice of Appearance Creditor United States of America kathryn.l.smith@usdoj.gov jacqueline.markidis@usdoj.gov,USANYW.bankruptcyfilings@usdoj.gov

Keara Waldron
on behalf of Defendant BRISTOL-MYERS SQUIBB COMPANY kwaldron@lowenstein.com

Keara Waldron
on behalf of Defendant CELGENE CORPORATION kwaldron@lowenstein.com

Keara Waldron
on behalf of Defendant ABRAXIS BIOSCIENCE INC. kwaldron@lowenstein.com

Kenneth A. Reynolds
on behalf of Notice of Appearance Creditor Sarit Roy kreynolds@mklawnyc.com tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kenneth A. Reynolds
on behalf of Notice of Appearance Creditor Smithtown Prescription Center Inc. kreynolds@mklawnyc.com, tcard@mklawnyc.com;jwalsh@mklawnyc.com

Kirstin B. Ives
on behalf of Respondent Humana Health Company of New York Inc. kbi@falkenbergives.com, ag@falkenbergives.com

Kizzy Jarashow
on behalf of Notice of Appearance Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Kizzy Jarashow
on behalf of Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com

Lawrence Benjamin
on behalf of Interested Party Empire Healthchoice HMO Inc. lbenjamin@reedsmith.com

Lee E. Woodard
on behalf of Creditor ECHO DRUGS INC bkemail@harrisbeach.com, efilings@harrisbeach.com;broy@harrisbeach.com;bmahoney@HarrisBeach.com;KMeans@HarrisBeach.com

Leslie Barr
on behalf of Notice of Appearance Creditor Alan Nisselson Chapter 7 Trustee for the Estate of Rx Plus, LLC lbarr@windelsmarx.com

Louis J. Testa
on behalf of Notice of Appearance Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson
on behalf of Creditor Anne Alexander et al lowellwfinson@gmail.com

Lowell W. Finson
on behalf of Debtor Rochester Drug Cooperative Inc. lowellwfinson@gmail.com

Lucian B. Murley
on behalf of Defendant ALCON LABORATORIES INC. luke.murley@saul.com, robyn.warren@saul.com

Lucian B. Murley
on behalf of Defendant BAUSCH HEALTH US LLC luke.murley@saul.com robyn.warren@saul.com

Marco B. Koshykar
on behalf of Defendant Abbvie US LLC mkoshykar@nolanandheller.com phenry@nolanandheller.com

Mark McKane
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC mark.mckane@kirkland.com

Mark McKane
on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY mark.mckane@kirkland.com

Mark Minuti
on behalf of Defendant SUPERNUS PHARMACEUTICALS INC mark.minuti@saul.com, robyn.warren@saul.com

Mark B. Conlan
on behalf of Defendant Emergent Devices Inc. f/k/a Adapt Pharma, Inc. mconlan@gibbonslaw.com

Mark B. Conlan
on behalf of Notice of Appearance Creditor Sunovion Pharmaceuticals Inc. mconlan@gibbonslaw.com

Mark B. Conlan
    on behalf of Notice of Appearance Creditor Novo Nordisk Inc. mconlan@gibbonslaw.com

Mark J. Schwemler
    on behalf of Notice of Appearance Creditor Aetna Health Inc. mjs@elliottgreenleaf.com

Martin A. Mooney
    on behalf of Notice of Appearance Creditor People of the State of New York Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com;TJohnson@schillerknapp.com

Marvin E. Clements, Jr
    on behalf of Notice of Appearance Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Mary Schmergel
    on behalf of Notice of Appearance Creditor United States of America mary.schmergel@usdoj.gov

Meghan M Breen
    on behalf of Notice of Appearance Creditor OptiSource LLC mbreen@lemerygreisler.com, phartl@lemerygreisler.com;ksousis@lemerygreisler.com

Melissa A Martinez
    on behalf of Defendant ALCON LABORATORIES INC. melissa.martinez@saul.com

Melissa A Martinez
    on behalf of Defendant BAUSCH HEALTH US LLC melissa.martinez@saul.com

Michael Esser
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY michael.esser@kirkland.com

Michael Esser
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC michael.esser@kirkland.com

Michael A. Kornstein
    on behalf of Attorney Cyrus Mehri mkornstein@coopererving.com

Michael G. Farag
    on behalf of Defendant KIMBERLY-CLARK CORPORATION mfarag@gibsondunn.com

Nakisha Duncan
    on behalf of Defendant GlaxoSmithKline LLC nakisha.duncan@morganlewis.com

Nakisha Duncan
    on behalf of Defendant GlaxoSmithKline LLC f/k/a Glaxo Wellcome nakisha.duncan@morganlewis.com

Nathan Delman
    on behalf of Defendant BUFFALO HOSPITAL SUPPLY LLC ndelman@hmblaw.com

Neil Matthew Berger
    on behalf of Defendant ENDO PHARMACEUTICALS INC. neilberger@teamtogut.com, dperson@teamtogut.com

Nicholas Gatto
    on behalf of Special Counsel Harter Secrest & Emery LLP ngatto@hselaw.com

Nicholas Gatto
    on behalf of Debtor Rochester Drug Cooperative Inc. ngatto@hselaw.com

Nicholas F Kajon
    on behalf of Creditor Eric Hestrup nfk@stevenslee.com

Philip Gross
    on behalf of Defendant CELGENE CORPORATION pgross@lowenstein.com echafetz@lowenstein.com

Philip Gross
    on behalf of Defendant BRISTOL-MYERS SQUIBB COMPANY pgross@lowenstein.com echafetz@lowenstein.com

Philip Gross
    on behalf of Defendant ABRAXIS BIOSCIENCE INC. pgross@lowenstein.com, echafetz@lowenstein.com

Regina Cohen
    on behalf of Defendant EMERSON HEALTHCARE LLC rcohen@lavin-law.com

Richard Nicholas Franco
    on behalf of Notice of Appearance Creditor Christopher Casey rfranco@davidsonfink.com

Richard Nicholas Franco
    on behalf of Defendant Christopher Casey rfranco@davidsonfink.com

Robert K. Weiler
    on behalf of Notice of Appearance Creditor Colliers International NJ LLC rweiler@bhlawpllc.com lellis@bhlawpllc.com;mklein@bhlawpllc.com

Robert Kevin Malone
    on behalf of Notice of Appearance Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert Kevin Malone
    on behalf of Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert L Pryor
    on behalf of Interested Party TXX Services Inc. rlp@pryormandelup.com

Robert L Pryor
    on behalf of Defendant TXX Services Inc. rlp@pryormandelup.com

Rodger M. Landau
    on behalf of Notice of Appearance Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Rodger M. Landau
    on behalf of Creditor Amgen USA Inc. rlandau@landaufirm.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Ronald E Gold
    on behalf of Notice of Appearance Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com, bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Ronald E Gold
    on behalf of Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com, bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Rosa J. Evergreen
    on behalf of Interested Party Merck Sharp & Dohme Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Schering Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Schering-Plough Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Merck & Co. Inc. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party MSP Singapore Co. LLC rosa.evergreen@arnoldporter.com

Sean P Williams
    on behalf of Defendant Christopher Casey spwilliams@davidsonfink.com ldeanda@davidsonfink.com;caugino@davidsonfink.com;mchapman@davidsonfink.com;knicholson@davidsonfink.com

Sean Patrick Williams
    on behalf of Interested Party VK Acquisitions V LLC swilliams@lplegal.com, nbailey@lplegal.com;ikropiewnicka@lplegal.com;kpatton@lplegal.com;druiz@lplegal.com

Seth Adam Meyer
    on behalf of Creditor Eric Hestrup sam@kellerlenkner.com docket@kellerlenkner.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shannon L Deeby
    on behalf of Creditor Mylan Specialty LP sdeeby@clarkhill.com

Shannon L Deeby
    on behalf of Creditor Mylan Pharmaceuticals Inc. sdeeby@clarkhill.com

Sheryl P. Giugliano
    on behalf of Notice of Appearance Creditor GALDERMA LABORATORIES L.P. sgiugliano@rmfpc.com, samiel@rmfpc.com

Stephen A. Donato
    on behalf of Debtor Rochester Drug Cooperative Inc. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen Z. Starr
    on behalf of Interested Party Donald Arthur sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Interested Party Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Interested Party Richard L. Klenk sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
    on behalf of Notice of Appearance Creditor Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Steven A Skalet
    on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Thomas Fawkes

| | |
|---|---|
| Thomas Fawkes | on behalf of Defendant SUN PHARMACEUTICAL INDUSTRIES INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;christine.cassidy@tuckerellis.com |
| | on behalf of Defendant EISAI INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;christine.cassidy@tuckerellis.com |
| Thomas H. McCann | on behalf of Interested Party David Stachnik tmccann@thomasmccannlaw.com |
| Timothy Patrick Lyster | on behalf of Defendant Paul Pagnotta tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Defendant Sherwood Klein tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Tobey M. Daluz | on behalf of Interested Party Upsher-Smith Laboratories LLC daluzt@ballardspahr.com |
| Todd Feinsmith | on behalf of Interested Party Biodelivery Sciences International Inc. todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Defendant BIODELIVERY SCIENCES INTERNATIONAL INC todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Defendant COLLEGIUM PHARMACEUTICAL INC. todd.feinsmith@troutman.com |
| Todd Feinsmith | on behalf of Interested Party Collegium Pharmaceutical Inc. todd.feinsmith@troutman.com |
| Wanda Borges | on behalf of Defendant Lifescan Inc. ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Notice of Appearance Creditor Glenmark Pharmaceuticals Inc. USA ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Notice of Appearance Creditor Lifescan Global Corporation ecfcases@borgeslawllc.com |
| Wanda Borges | on behalf of Defendant Lifescan Global Corporation d/b/a Lifescan ecfcases@borgeslawllc.com |
| Warren B. Rosenbaum | on behalf of Notice of Appearance Creditor Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Notice of Appearance Creditor Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Defendant Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| Warren B. Rosenbaum | on behalf of Defendant Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com |
| William C. Price | on behalf of Creditor Mylan Pharmaceuticals Inc. wprice@clarkhill.com, aporter@clarkhill.com |
| William C. Price | on behalf of Creditor Mylan Specialty LP wprice@clarkhill.com, aporter@clarkhill.com |
| William C. Price | on behalf of Defendant MYLAN SPECIALTY L.P. wprice@clarkhill.com, aporter@clarkhill.com |
| William E. Brueckner | on behalf of Defendant Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| William E. Brueckner | on behalf of Creditor Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| William E. Brueckner | on behalf of Defendant Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |
| William E. Brueckner | on behalf of Cross-Claimant Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com |

William E. Brueckner
    on behalf of Notice of Appearance Creditor Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Notice of Appearance Creditor Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Creditor Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Cross-Claimant Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

TOTAL: 242

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

*In re*:

ROCHESTER DRUG CO-OPERATIVE, INC.

    *Debtor.*

---

Advisory Trust Group, LLC, as trutee of the RDC LIQUIDATING TRUST,

    *Plaintiff,*

v.

LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOSEPH LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,

    *Defendants.*

Chapter 11

Case No. 20-20230 (PRW)

Adv. Proc. No. 22-02073 (PRW)

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Attorney Bryan Meek (the "Movant") to be admitted *pro hac vice* to represent Defendant Garry Mrozek, Defendant Joseph Lech, Defendant Boris Mantell, and Defendant Joseph Scott Miskovsky in the above-captioned bankruptcy case and adversary proceedings, and upon the Movant's certification that the Movant (i) is a member with the law firm of Brennan, Manna & Diamond LLC, located at 75 E. Market Street, Akron, Ohio 44308; (ii) is a member in good standing of the bar of the State of Ohio and the bar of the United States District Court for the Northern District of Ohio and the United States Sixth Circuit Court of Appeals, and (iii) that there are no disciplinary proceeding against the Movant as a member of the bar in any jurisdiction where he is admitted.

ORDERED, that Bryan Meek is admitted to practice *pro hac vice* in the above-captioned bankruptcy case and adversary proceedings to represent Defendant Garry Mrozek, Defendant Joseph Lech, Defendant Boris Mantell, and Defendant Joseph Scott Miskovsky in the United States Bankruptcy Court for the Western District of New York.

Dated: July 7, 2023 _____/s/_____
Rochester, New York         Hon. Paul R. Warren
                            UNITED STATES BANKRUPTCY JUDGE