# AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Case Number: **20-20230**   Court Date: 12/06/2023 10:00 AM
Date Filed:

Plaintiff(s):
ADVISORY TRUST GROUP, LLC
vs
Defendant(s):
LAURENCE F. DOUD, III, et. al.

STATE OF NEW YORK
COUNTY OF MONROE SS.:

TOM PERRIN, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of **New York**.

On **6/27/2023** at **12:56:51 PM**, deponent served the within ATTORNEY LETTER DATED JUNE 27TH, 2023, SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) AND DEFENDANTS SHERWOOD KLEIN AND PAUL PAGNOTTA'S NOTICE OF RULE 30 DEPOSITION OF DONALD L. BILGORE WITH EXHIBIT A. on MR. DONALD L. BILGORE at 5 MASTERS COVE, PITTSFORD, NY 14534 in the manner indicated below:

**INDIVIDUAL:** by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

Description:
Gender: MALE   Race/Skin: CAUCASIAN   Age: over 65 Yrs   Weight: 161-200 Lbs.   Height: 5ft 9in - 6ft 0in   Hair: GRAY
Glasses: YES   Other: USED A WALKER

I asked the person spoken to whether defendant was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of the state of NEW YORK or the United States as that term is defined in either the State or in the Federal statutes.

Served at following GPS coordinates, Lat: 43.083760 Long: -77.553999

Witness fee dispensed in the amount of $50.37

Subscribed and Sworn to before me on 07/18/2023.

Daniel J. Morris
Notary Public, State of New York
No. 01M06410063
Qualified in Monroe County
Commission Expires 10/13/24

X_____
TOM PERRIN
Job #: 131328

