# AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Case Number: 20-20230  Court Date: 09/13/2023 10:00 AM
Date Filed:

Plaintiff(s):
ADVISORY TRUST GROUP, LLC
vs
Defendant(s):
LAURENCE F. DOUD, III, et. al.

STATE OF VIRGINIA
COUNTY OF FAIRFAX SS.:

Mark Hagood, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Virginia.

On 06/28/2023 at 10:22 AM, deponent served the within ATTORNEY LETTER DATED JUNE 23RD, 2023, SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) WITH EXHIBIT A., AND DEFENDANTS SHERWOOD KLEIN AND PAUL PAGNOTTA'S NOTICE OF RULE 30 DEPOSITION OF DOUGLAS B. FARQUHAR WITH EXHIBIT A., on MR. DOUGLAS B. FARQUHAR at 700 THIRTEENTH ST., NW SUITE 1200, WASHINGTON, DC 20005 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to JAMES ELLISON, MANAGING PARTNER of MR. DOUGLAS B. FARQUHAR, a person of suitable age and discretion. Said premises is MR. DOUGLAS B. FARQUHAR's actual place of Business within the State of Virginia.

On 06/30/2023 Deponent also deposited a copy of same in one first-class envelope and in one certified postpaid sealed envelope bearing the words "Personal & Confidential" properly addressed to MR. DOUGLAS B. FARQUHAR at 700 THIRTEENTH ST., NW SUITE 1200, WASHINGTON, DC 20005 in an official depository under exclusive care and custody of the United States Postal Service within the State of Virginia. The envelopes did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the respondent.

**Description:**
Gender: MALE  Race/Skin: CAUCASIAN  Age: 56 - 65 Yrs.  Weight: 161-200 Lbs.  Height: 5ft 9in - 6ft 0in  Hair: BROWN
Other:

I asked the person spoken to whether defendant was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of Virginia in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of the state of Virginia or the United States as that term is defined in either the State or in the Federal statutes.

Witness fee dispensed in the amount of $41.00

Subscribed and Sworn to before me on 8/01/20 23.

MBernardo

Mark Hagood
Job #: 131323