# AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Case Number: **20-20230** Court Date: 01/29/2024 10:00 AM
Date Filed:

Plaintiff(s):
ADVISORY TRUST GROUP, LLC
vs
Defendant(s):
LAURENCE F. DOUD, III, et. al.

STATE OF NEW YORK
COUNTY OF ERIE SS.:

**Joe Jeziorowski**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 6/29/2023 at 3:37:46 PM, deponent served the within ATTORNEY LETTER DATED JUNE 27TH, 2023, SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) AND DEFENDANTS SHERWOOD KLEIN AND PAUL PAGNOTTA'S NOTICE OF RULE 30 DEPOSITION OF HURON CONSULTING GROUP, INC WITH EXHIBITS A-B., on HURON CONSULTING GROUP, LLC at 1 WEST SENECA STREET, 29TH FLOOR, BUFFALO, NY 14203 in the manner indicated below:

By delivering a true copy of each to and leaving with MARK H. (FULL LAST NAME NOT PROVIDED), SECURITY who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Description:**
Gender: MALE    Race/Skin: CAUCASIAN    Age: 26 - 35 Yrs.    Weight: 201-250 Lbs.    Height: 5ft 9in - 6ft 0in    Hair: BROWN
Glasses: YES    Other:

Served at following GPS coordinates, Lat: 42.880631 Long: -78.875381

Witness fee dispensed in the amount of $41.25

Subscribed and Sworn to before me on 8/11, 20 23

Colleen M. Jeziorowski
Notary Public, State of New York
Registration No. 01JE6343811
Qualified in Erie County
Commission Expires 06/20/2024

X_____
Joe Jeziorowski
Job #: 131326