# AFFIDAVIT OF SERVICE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

Case Number: **20-20230**   Court Date: 12/04/2023 10:00 AM
Date Filed:

Plaintiff(s):
**ADVISORY TRUST GROUP, LLC**
vs
Defendant(s):
**LAURENCE F. DOUD, III, et. al.**

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**TOM PERRIN**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of **New York**.

On **7/13/2023** at **10:36:40 AM**, deponent served the within **ATTORNEY LETTER DATED JUNE 27TH, 2023, SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) AND DEFENDANTS SHERWOOD KLEIN AND PAUL PAGNOTTA'S NOTICE OF RULE 30 DEPOSITION OF JESSICA POMPEO BOUCK WITH EXHIBIT A.,** on **MS. JESSICA POMPEO BOUCK** at **5941 MUCKLAND AVE, RED CREEK, NY 13143** in the manner indicated below:

**INDIVIDUAL:** by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

**Description:**
Gender: **FEMALE**   Race/Skin: **CAUCASIAN**   Age: **50's**   Weight: **131-160 Lbs.**   Height: **5ft 4in - 5ft 8in**   Hair: **BROWN**
Glasses:**NO**   Other:

I asked the person spoken to whether defendant was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of the state of NEW YORK or the United States as that term is defined in either the State or in the Federal statutes.

Served at following GPS coordinates, Lat: 43.215857 Long: -76.751975

Witness fee dispensed in the amount of $98.40

Subscribed and Sworn to before me on 07/31/2023.

**Lisa M. Newfrock**
**Notary Public, State of New York**
**No. 01NE6330541**
**Qualified in Monroe County**
**Commission Expires 09/14/2023**

X_____
**TOM PERRIN**
Job #: 132402

