## AFFIDAVIT OF SERVICE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

Case Number: 20-20230   Court Date: 09/12/2023 10:00 am
Date Filed:

Plaintiff(s):
ADVISORY TRUST GROUP, LLC
vs
Defendant(s):
LAURENCE F. DOUD, III, et. al.

STATE OF FLORIDA
COUNTY OF PALM BEACH SS.:

JOSEPH MARKER, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Florida.

On 06/27/2023 at 7:13 PM, deponent served the within ATTORNEY LETTER DATED JUNE 23RD, 2023, SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) WITH EXHIBIT A., AND DEFENDANTS SHERWOOD KLEIN AND PAUL PAGNOTTA'S NOTICE OF RULE 30 DEPOSITION OF JOHN T. KINNEY WITH EXHIBIT A on JOHN T. KINNEY at 9226 NW 9TH CT, UNIT 7B2R, FORT LAUDERDALE, FL 33324 in the manner indicated below:

INDIVIDUAL: by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

Description:
Gender: MALE   Race/Skin: CAUCASIAN   Age: 55-60   Weight: 220-225   Height: 6'2"-6'7"   Hair: GRAY   Glasses: YES
Other:

I asked the person spoken to whether defendant was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of Florida in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of the state of Florida or the United States as that term is defined in either the State or in the Federal statutes.

Witness fee dispensed in the amount of $100.15

Subscribed and Sworn to before me on 7/31, 2023.

LISA K. HILL
Commission # HH 087274
Expires March 26, 2025
Bonded Thru Budget Notary Services

JOSEPH MARKER
Job #: 131322