# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

Case Number: **20-20230** Court Date: 01/16/2024 10:00 AM
Date Filed:

Plaintiff:
**ADVISORY TRUST GROUP, LLC**
vs
Defendant(s):
**LAURENCE F. DOUD, III, ET. AL.**

STATE OF NEW YORK
COUNTY OF DUTCHESS SS.:

**Ashley Haughton**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **08/18/2023** at **3:10 PM**, deponent served the within **ATTORNEY LETTER dates August 1, 2023; SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING); DEFENDANTS SHERWOOD KLEIN AND PAUL PAGNOTTA'S NOTICE OF RULE 30 DEPOSITION OF JULIUS MORTON with EXHIBIT "A"** on **JULIUS MORTON** at **12 FOX HILL ROAD, WAPPINGERS FALLS, NY 12590** by affixing the aforementioned documents to the door of **JULIUS MORTON**'s said residence, since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same.

Deponent made prior effort to effect personal service upon **JULIUS MORTON** at the aforementioned address to wit:

08/07/2023 8:02 PM 12 FOX HILL ROAD, WAPPINGERS FALLS, NY 12590 WIFE TOLD ME TO RETURN IN 15 MINUTES BECAUSE HER HUSBAND WENT TO BJ'S
08/07/2023 9:34 PM 12 FOX HILL ROAD, WAPPINGERS FALLS, NY 12590 DID NOT ANSWER THE DOOR. I SAW A MALE THROUGH THE WINDOW LOOKING AT ME BUT DUCKED DOWN WHEN HE SAW ME
08/15/2023 6:59 PM 12 FOX HILL ROAD, WAPPINGERS FALLS, NY 12590 LIGHTS ON UNABLE TO GET A RESPONSE
08/18/2023 3:10 PM 12 FOX HILL ROAD, WAPPINGERS FALLS, NY 12590 NO ANSWER AT DOOR

On 08/18/2023 Deponent also deposited a copy of same in one first-class envelope and in one certified postpaid sealed envelope bearing the words "Personal & Confidential" properly addressed to JULIUS MORTON at 12 FOX HILL ROAD, WAPPINGERS FALLS, NY 12590 in an official depository under exclusive care and custody of the United States Postal Service within the State of NEW YORK. The envelopes did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the respondent.

**Comments:**
DOCUMENTS POSTED AFTER DUE DILIGENCE ATTEMPTS PER CLIENT REQUEST

Witness fee dispensed in the amount of $128.00

Subscribed and Sworn to before me on Aug 23, 2023.

x _Ashley Haughton_
**Ashley Haughton**
Job #: 133185

[Notary seal: HAYDEE BRITO, NOTARY PUBLIC, Exp. July 13, 2027, DUTCHESS COUNTY, No. 01BR6327711, STATE OF NEW YORK]