## AFFIDAVIT OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Case Number: **20-20230**  Court Date: **01/22/2024 10:00 AM**
Date Filed:

Plaintiff(s):
**ADVISORY TRUST GROUP, LLC**
vs
Defendant(s):
**LAURENCE F. DOUD, III, et. al.**

STATE OF NEW YORK
COUNTY OF ERIE SS.:

Joe Jeziorowski, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 6/29/2023 at 3:27:18 PM, deponent served the within **ATTORNEY LETTER DATED JUNE 27TH, 2023, SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) AND DEFENDANTS SHERWOOD KLEIN AND PAUL PAGNOTTA'S NOTICE OF RULE 30 DEPOSITION OF M & T BANK CORPORATION WITH EXHIBITS A-B.**, on **M&T BANK CORPORATION** at **ONE M&T PLAZA, BUFFALO, NY 14203** in the manner indicated below:

By delivering a true copy of each to and leaving with **JASON LI, AUTHORIZED AGENT** who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Description:**
Gender: MALE    Race/Skin: ASIAN  Age: 26 - 35 Yrs.  Weight: 161-200 Lbs.    Height: 5ft 4in - 5ft 8in    Hair: BLACK    Glasses: NO
Other:

Served at following GPS coordinates, Lat: 42.883921 Long: -78.875091

Witness fee dispensed in the amount of $41.00

Subscribed and Sworn to before me on 8/11, 20 23

Colleen M. Jeziorowski
Notary Public, State of New York
Registration No. 01JE6343811
Qualified in Erie County
Commission Expires 06/20/2024

X_____
Joe Jeziorowski
Job #: 131324