Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Advisory Trust Group, LLC,*
*solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC., | Case No. 20-20230 (PRW) |
| Debtor. | **Relates to Docket No. 2132** |

**NOTICE OF HEARING ON MOTION PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT AND MUTUAL LIMITED RELEASES BETWEEN THE RDC LIQUIDATING TRUST AND FORMER DIRECTORS AND OFFICERS OF THE DEBTOR**

**PLEASE TAKE NOTICE** that Advisory Trust Group, LLC, the Liquidating Trustee ("**Liquidating Trustee**") under the Debtor's Second Amended Chapter 11 Plan of Liquidation and the RDC Liquidating Trust Agreement, filed the *Motion Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving a Settlement Agreement and Mutual Releases Between the RDC Liquidating Trust and Former Directors and Officers of the Debtor* (the "**Motion**") [Docket No. 2132].

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the Motion shall be held on **February 8, 2024 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Paul

R. Warren, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Western District of New York, United States Courthouse, 100 State Street, Rochester, New York 14614.

**PLEASE TAKE FURTHER NOTICE** that all affidavits and memoranda in opposition to the relief requested, if any, shall be in writing and shall be filed with the Clerk's Office, United States Bankruptcy Court for the Western District of New York (Rochester Division), and served upon the undersigned counsel so as to be received no later than 72 hours prior to the hearing to consider the Motion.

**PLEASE TAKE FURTHER NOTICE** that:

**UNDER THE ADMINISTRATIVE ORDER DATED DECEMBER 21, 2020, REVISING THE NEGATIVE NOTICE PROCEDURES FOR MOTIONS BEFORE JUDGE WARREN:**

**IF A PARTY REPRESENTED BY COUNSEL INTENDS TO OPPOSE THIS MOTION, WRITTEN OPPOSITION TO THE MOTION MUST BE SERVED AND FILED ELECTRONICALLY IN CM/ECF _NOT LESS THAN 72 HOURS PRIOR TO THE SCHEDULED DATE AND TIME_ OF THE HEARING ON THE MOTION (NOTWITHSTANDING RULE 9006(a) FRBP).**

**IN CASES UNDER CHAPTERS 7, 12 AND 13, YOU MUST SERVE THE OPPOSING PAPERS ON: THE MOVANT AND THE MOVANT'S COUNSEL, THE DEBTOR AND DEBTOR'S COUNSEL (IF NOT THE MOVANT), AND THE TRUSTEE. IN CASES UNDER CHAPTER 11, THE OPPOSING PAPERS MUST ALSO BE SERVED ON THE CREDITORS' COMMITTEE AND ITS ATTORNEY, OR IF THERE IS NO COMMITTEE, THE 20 LARGEST UNSECURED CREDITORS, AND THE UNITED STATES TRUSTEE.**

**IN THE EVENT THAT WRITTEN OPPOSITION IS NOT TIMELY SERVED AND FILED, NO HEARING WILL BE HELD ON THE MOTION; THE COURT WILL CONSIDER THE MOTION TO BE UNOPPOSED.**

| | |
|---|---|
| Date: January 10, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | _/s/ Gail S. Greenwood_ |
| | Ilan D. Scharf |
| | Jason S. Pomerantz (admitted _pro hac vice_) |
| | Gail S. Greenwood (admitted _pro hac vice_) |
| | 780 Third Avenue, 34th Floor |
| | New York, NY  10017 |

2
LA:4856-2987-1515.1 75015.003
Case 2-20-20230-PRW,   Doc 2134,   Filed 01/10/24,   Entered 01/10/24 13:30:17,
Description: Main Document , Page 2 of 3

Telephone: (212) 561-7700
Email:   ischarf@pszjlaw.com
         jpomerantz@pszjlaw.com
         ggreenwood@pszjlaw.com

*Counsel to Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust*