United States Bankruptcy Court
Western District of New York

In re:     Case No. 20-20230-PRW
Rochester Drug Cooperative, Inc.     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2     User: admin     Page 1 of 11
Date Rcvd: Jan 10, 2024     Form ID: cmotele3     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rochester Drug Cooperative, Inc., P.O. Box 24389, Rochester, NY 14624-0389 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| pr | + | John T. Kinney, 9226 NW 9th Court, Plantation, FL 33324-1150 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.ro.ecf@usdoj.gov | Jan 10 2024 18:25:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Harrah | on behalf of Notice of Appearance Creditor Aaron L. Harrah aaron@hpcbd.com |
| Aaron R. Cahn | on behalf of Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |

| | |
|---|---|
| Aaron R. Cahn | on behalf of Notice of Appearance Creditor Novartis Pharmaceutical Corporation cahn@clm.com CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Notice of Appearance Creditor Sandoz Inc. cahn@clm.com, CourtMail@clm.com |
| Adriana Riviere-Badell | on behalf of Interested Party Cigna Healthcare Inc. adriana.riviere-badell@kobrekim.com |
| Aisha Rich | on behalf of Creditor Independent Public School Districts arich@findjustice.com pleadings@findjustice.com |
| Alexa Perlman | on behalf of Interested Party Cigna Healthcare Inc. alexa.perlman@kobrekim.com |
| Alexander Nicas | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY alexander.nicas@kirkland.com |
| Alexander Nicas | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC alexander.nicas@kirkland.com |
| Alice Jean Cunningham | on behalf of Defendant Richard Klenk ajcunningham@kslnlaw.com |
| Alice Jean Cunningham | on behalf of Notice of Appearance Creditor Stephen Giroux ajcunningham@kslnlaw.com |
| Alice Jean Cunningham | on behalf of Defendant Stephen Giroux ajcunningham@kslnlaw.com |
| Alice Jean Cunningham | on behalf of Defendant Donald Arthur ajcunningham@kslnlaw.com |
| Amanda Waesch | on behalf of Respondent Boris Mantell alwaesch@bmdllc.com |
| Amanda Waesch | on behalf of Respondent Joe Lech alwaesch@bmdllc.com |
| Amanda Waesch | on behalf of Respondent Joseph Scott Miskovsky alwaesch@bmdllc.com |
| Amanda Waesch | on behalf of Respondent Garry Mrozek alwaesch@bmdllc.com |
| Artem Skorostensky | on behalf of Defendant Tracelink Inc. askorostensky@goodwinlaw.com |
| Artem Skorostensky | on behalf of Interested Party Tracelink Inc. askorostensky@goodwinlaw.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor WELCARE DRUG STORE INC mitchalter48@hotmail.com mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor BAY CARE PHARMACY LLC mitchalter48@hotmail.com, mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY, mitchalter48@hotmail.com, mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor PHARMA HOLDING INC. d/b/a UNZER PHARMACY mitchalter48@hotmail.com, mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Creditor ECHO DRUGS INC mitchalter48@hotmail.com, mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor STARRETT CITY PHARMACY LLC mitchalter48@hotmail.com mitchalter@gmail.com |
| Bernard Mitchell Alter | on behalf of Notice of Appearance Creditor DRUG GUILD DISTRIBUTORS mitchalter48@hotmail.com mitchalter@gmail.com |
| Bradford J. Sandler | on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust bsandler@pszjlaw.com |
| Brian Roy | on behalf of Defendant ASTRAZENECA LP broy@harrisbeach.com bkemail@harrisbeach.com |
| Brian Roy | |

| | |
|---|---|
| | on behalf of Defendant DRUG GUILD DISTRIBUTORS INC., broy@harrisbeach.com, bkemail@harrisbeach.com |
| Bryan Meek | on behalf of Respondent Boris Mantell bmeek@bmdllc.com |
| Bryan Meek | on behalf of Respondent Garry Mrozek bmeek@bmdllc.com |
| Bryan Meek | on behalf of Respondent Joseph Scott Miskovsky bmeek@bmdllc.com |
| Bryan Meek | on behalf of Defendant Joe Lech bmeek@bmdllc.com |
| Bryan Meek | on behalf of Respondent Joe Lech bmeek@bmdllc.com |
| Bryan Meek | on behalf of Defendant Garry Mrozek bmeek@bmdllc.com |
| Bryan Meek | on behalf of Defendant Boris Mantell bmeek@bmdllc.com |
| Bryan Meek | on behalf of Defendant Joseph Scott Miskovsky bmeek@bmdllc.com |
| Camille W. Hill | on behalf of Debtor Rochester Drug Cooperative Inc. chill@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Carl H. Petkoff | on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION cpetkoff@nexsenpruet.com |
| Catherine Curtis | on behalf of Defendant GALDERMA LABORATORIES L.P. catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com |
| Chantelle McClamb | on behalf of Notice of Appearance Creditor Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com |
| Chantelle McClamb | on behalf of Interested Party Upsher-Smith Laboratories LLC mcclambc@ballardspahr.com |
| Christopher B. Wick | on behalf of Creditor Global Signal Acquisition II LLC cwick@hahnlaw.com cmbeitel@hahnlaw.com |
| Christopher John Major | on behalf of Defendant GUIDEPOST SOLUTIONS LLC cjm@msf-law.com |
| Constantine Dean Pourakis | on behalf of Creditor Eric Hestrup cp@stevenslee.com |
| Constantine Dean Pourakis | on behalf of Notice of Appearance Creditor Eric Hestrup cp@stevenslee.com |
| Cyrus Mehri | on behalf of Creditor Independent Public School Districts cmehri@findjustice.com |
| Daniel Hofmeister | on behalf of Interested Party Empire Healthchoice HMO Inc. dhofmeister@reedsmith.com |
| Daniel Joseph Saval | on behalf of Interested Party Cigna Healthcare Inc. daniel.saval@kobrekim.com |
| David Graff | on behalf of Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com |
| David Graff | on behalf of Notice of Appearance Creditor Drug Mart Solutions LLC dgraff@graffsilversteinllp.com |
| David L. Rasmussen | on behalf of Creditor MEAD SQUARE PHARMACY INC., THE CASE GROUP LLC d/b/a ALBERTY DRUGS, CHRISTOPHER CASEY, KEVIN CASEY AND LUCIA CASEY drasmussen@davidsonfink.com, caugino@davidsonfink.com;mchapman@davidsonfink.com;spwilliams@davidsonfink.com;knicholson@davidsonfink.com |
| David M Pyun | on behalf of Notice of Appearance Creditor Best Stop Pharmacy Inc. david@davidpyunlaw.com |
| David M Pyun | on behalf of Notice of Appearance Creditor CCS Pharmacy Inc. david@davidpyunlaw.com |
| David M Pyun | on behalf of Notice of Appearance Creditor Cynthia Osei david@davidpyunlaw.com |

David M Pyun
    on behalf of Notice of Appearance Creditor GIG Pharmacy Inc. david@davidpyunlaw.com

Derrelle M. Janey
    on behalf of Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Derrelle M. Janey
    on behalf of Notice of Appearance Creditor LAURENCE F DOUD III djaney@gottliebjaney.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Derrelle M. Janey
    on behalf of Cross Defendant Laurence F. Doud III djaney@thejaneylawfirm.com, afederer@gottliebjaney.com;apierre@gottliebjaney.com

Devin L. Palmer
    on behalf of Creditor Deborah and David Fuller dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Duriya Dhinojwala
    on behalf of Respondent Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Defendant Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Respondent Boris Mantell ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Defendant Joseph Scott Miskovsky ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Respondent Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Defendant Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Defendant Joe Lech ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Duriya Dhinojwala
    on behalf of Respondent Garry Mrozek ddhinojwala@bmdllc.com jcgomez@bmdllc.com

Eitan Blander
    on behalf of Defendant ENDO PHARMACEUTICALS INC. eblander@teamtogut.com

Erin Elizabeth Elmouji
    on behalf of Cross-Claimant Paul Pagnotta eelmouji@woodsoviatt.com

Erin Elizabeth Elmouji
    on behalf of Defendant Paul Pagnotta eelmouji@woodsoviatt.com

Erin Elizabeth Elmouji
    on behalf of Cross-Claimant Sherwood Klein eelmouji@woodsoviatt.com

Erin Elizabeth Elmouji
    on behalf of Defendant Sherwood Klein eelmouji@woodsoviatt.com

Evelyn J. Meltzer
    on behalf of Interested Party Collegium Pharmaceutical Inc. evelyn.meltzer@troutman.com

Evelyn J. Meltzer
    on behalf of Interested Party Biodelivery Sciences International Inc. evelyn.meltzer@troutman.com

Evelyn J. Meltzer
    on behalf of Defendant Sanofi-Aventis U.S. L.L.C. evelyn.meltzer@troutman.com

Evelyn J. Meltzer
    on behalf of Defendant Sanofi US Corporation evelyn.meltzer@troutman.com

Evelyn J. Meltzer
    on behalf of Defendant CHATTEM INC. evelyn.meltzer@troutman.com

Francis J Brennan
    on behalf of Defendant Abbvie US LLC fbrennan@nhkllp.com

Francis J Brennan
    on behalf of Notice of Appearance Creditor Abbvie US LLC fbrennan@nhkllp.com

George P. Apostolides
    on behalf of Defendant BAUSCH HEALTH US LLC george.apostolides@saul.com keri.ambrose@saul.com;LitigationDocketing@saul.com

George P. Apostolides
    on behalf of Defendant ALCON LABORATORIES INC. george.apostolides@saul.com, keri.ambrose@saul.com;LitigationDocketing@saul.com

Gordon J. Toering
    on behalf of Notice of Appearance Creditor Perrigo Company gtoering@wnj.com

Gordon J. Toering
    on behalf of Creditor Perrigo Company gtoering@wnj.com

Helen Tuttle
    on behalf of Defendant Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com

Helen Tuttle
    on behalf of Notice of Appearance Creditor Roche Diagnostics Corporation helen.tuttle@faegredrinker.com

Helen Tuttle
    on behalf of Defendant Roche Diagnostics Corporation helen.tuttle@faegredrinker.com

Helen Tuttle
    on behalf of Notice of Appearance Creditor Roche Diabetes Care Inc. helen.tuttle@faegredrinker.com

Howard S Steel
    on behalf of Notice of Appearance Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com

Howard S Steel
    on behalf of Creditor Teva Pharmaceuticals USA Inc. hsteel@goodwinlaw.com

Ilan D Scharf
    on behalf of Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Plaintiff Advisory Trust Group LLC ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

James C. Thoman
    on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jthoman@hodgsonruss.com cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com

James D. Macri
    on behalf of Notice of Appearance Creditor Utica National Insurance Co. of Texas jmacri@goldbergsegalla.com akapuscinski@goldbergsegalla.com;sweisheit@goldbergsegalla.com

James I. Stang
    on behalf of Creditor Official Committee of Unsecured Creditors jstang@pszjlaw.com

Jason S Pomerantz
    on behalf of Creditor Official Committee of Unsecured Creditors jspomerantz@pszjlaw.com

Jason S Pomerantz
    on behalf of Plaintiff Advisory Trust Group LLC jspomerantz@pszjlaw.com

Jeffrey A. Carlino
    on behalf of Interested Party Donald Arthur jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Stephen Giroux jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Creditor Black Rock Pharmacy Inc. jacarlino@kslnlaw.com, dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Creditor Brighton-Eggert Pharmacy Inc. jacarlino@kslnlaw.com, dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Interested Party Richard L. Klenk jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Richard Klenk jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Defendant Donald Arthur jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Notice of Appearance Creditor Stephen Giroux jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey A. Carlino
    on behalf of Interested Party Stephen Giroux jacarlino@kslnlaw.com dfwroblewski@kslnlaw.com

Jeffrey Austin Dove
    on behalf of Interested Party MSP Singapore Co. LLC jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Schering-Plough Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck & Co. Inc. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Merck Sharp & Dohme Corp. jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Charles Krause
    on behalf of Defendant KIMBERLY-CLARK CORPORATION jkrause@gibsondunn.com

Jennifer Connolly
    on behalf of Creditor State of Michigan ex rel. Dana Nessel, Attorney General jconnolly@baronbudd.com

Jennifer Connolly
    on behalf of Creditor State of Ohio Ex Rel., Jonathan Blanton, Dep. Attorney General jconnolly@baronbudd.com

Jeremy C. Kleinman
    on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joann Sternheimer
    on behalf of Defendant GENSCO LABORATORIES LLC jsternheimer@lippes.com, jharriman@deilylawfirm.com;ecfactivitynotices@deilylawfirm.com

John Hall
    on behalf of Notice of Appearance Creditor Wholesale Alliance L.L.C. jhall@lewisrice.com john-hall-4718@ecf.pacerpro.com

John C Goodchild
    on behalf of Defendant GlaxoSmithKline LLC john.goodchild@morganlewis.com

John C Goodchild
    on behalf of Defendant GlaxoSmithKline LLC f/k/a Glaxo Wellcome john.goodchild@morganlewis.com

John Evans Jureller, Jr
    on behalf of Defendant OMNICELL INC. jjureller@klestadt.com

John J Martin
    on behalf of Creditor Seno Inc. d/b/a Falcon Express & Courier; Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Falcon Express & Courier jmartin@martin-law.net

John J Martin
    on behalf of Defendant Seno Inc. d/b/a Falcon Express & Courier jmartin@martin-law.net

John Patrick Elliott
    on behalf of Notice of Appearance Creditor Aetna Health Inc. jpe@elliottgreenleaf.com

John R. Weider
    on behalf of Creditor James L. Robfogel jweider@barclaydamon.com nbishouty@barclaydamon.com

Joseph D. Frank
    on behalf of Notice of Appearance Creditor Walgreen Co. Walgreen Eastern Co., Inc. Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
    on behalf of Interested Party Walgreen Co. Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joshua Karsh
    on behalf of Creditor Independent Public School Districts jkarsh@findjustice.com

Joshua Sussberg
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC joshua.sussberg@kirkland.com

Joshua Sussberg
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY joshua.sussberg@kirkland.com

Judith Elkin
    on behalf of Plaintiff Advisory Trust Group LLC jelkin@pszjlaw.com

| | |
|---|---|
| Judith Elkin | on behalf of Liquidator Advisory Trust Group LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust jelkin@pszjlaw.com |
| Julio E Mendoza, Jr | on behalf of Defendant NEPHRON PHARMACEUTICALS CORPORATION rmendoza@nexsenpruet.com |
| Kathleen Dunivin Schmitt | USTPRegion02.RO.ECF@USDOJ.GOV |
| Kathryn Elizabeth Hickner | on behalf of Notice of Appearance Creditor Boris Mantell kehickner@bmdllc.com |
| Kathryn Elizabeth Hickner | on behalf of Notice of Appearance Creditor Garry Mrozek kehickner@bmdllc.com |
| Kathryn Elizabeth Hickner | on behalf of Notice of Appearance Creditor Joseph Scott Miskovsky kehickner@bmdllc.com |
| Kathryn Elizabeth Hickner | on behalf of Notice of Appearance Creditor Joe Lech kehickner@bmdllc.com |
| Kathryn L. Smith | on behalf of Notice of Appearance Creditor United States of America kathryn.l.smith@usdoj.gov jacqueline.markidis@usdoj.gov,USANYW.bankruptcyfilings@usdoj.gov |
| Keara Waldron | on behalf of Defendant BRISTOL-MYERS SQUIBB COMPANY kwaldron@lowenstein.com |
| Keara Waldron | on behalf of Defendant CELGENE CORPORATION kwaldron@lowenstein.com |
| Keara Waldron | on behalf of Defendant ABRAXIS BIOSCIENCE INC. kwaldron@lowenstein.com |
| Kenneth A. Reynolds | on behalf of Notice of Appearance Creditor Sarit Roy kreynolds@mklawnyc.com tcard@mklawnyc.com;jwalsh@mklawnyc.com |
| Kenneth A. Reynolds | on behalf of Notice of Appearance Creditor Smithtown Prescription Center Inc. kreynolds@mklawnyc.com, tcard@mklawnyc.com;jwalsh@mklawnyc.com |
| Kirstin B. Ives | on behalf of Respondent Humana Health Company of New York Inc. kbi@falkenbergives.com, ag@falkenbergives.com |
| Kizzy Jarashow | on behalf of Notice of Appearance Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com |
| Kizzy Jarashow | on behalf of Creditor Amarin Pharmaceuticals Ireland Limited kjarashow@goodwinlaw.com |
| Lawrence Benjamin | on behalf of Interested Party Empire Healthchoice HMO Inc. lbenjamin@reedsmith.com |
| Lee E. Woodard | on behalf of Creditor ECHO DRUGS INC bkemail@harrisbeach.com, efilings@harrisbeach.com;broy@harrisbeach.com;bmahoney@HarrisBeach.com;KMeans@HarrisBeach.com |
| Leslie Barr | on behalf of Notice of Appearance Creditor Alan Nisselson Chapter 7 Trustee for the Estate of Rx Plus, LLC lbarr@windelsmarx.com |
| Louis J. Testa | on behalf of Notice of Appearance Creditor People of the State of New York louis.testa@ag.ny.gov |
| Lowell W. Finson | on behalf of Creditor Anne Alexander et al lowellwfinson@gmail.com |
| Lowell W. Finson | on behalf of Debtor Rochester Drug Cooperative Inc. lowellwfinson@gmail.com |
| Lucian B. Murley | on behalf of Defendant ALCON LABORATORIES INC. luke.murley@saul.com, robyn.warren@saul.com |
| Lucian B. Murley | on behalf of Defendant BAUSCH HEALTH US LLC luke.murley@saul.com robyn.warren@saul.com |
| Marco B. Koshykar | on behalf of Defendant Abbvie US LLC mkoshykar@nolanandheller.com phenry@nolanandheller.com |
| Mark McKane | on behalf of Defendant AMNEAL PHARMACEUTICALS LLC mark.mckane@kirkland.com |

Mark McKane
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY mark.mckane@kirkland.com

Mark Minuti
    on behalf of Defendant SUPERNUS PHARMACEUTICALS INC mark.minuti@saul.com, robyn.warren@saul.com

Mark B. Conlan
    on behalf of Defendant Emergent Devices Inc. f/k/a Adapt Pharma, Inc. mconlan@gibbonslaw.com

Mark B. Conlan
    on behalf of Notice of Appearance Creditor Sunovion Pharmaceuticals Inc. mconlan@gibbonslaw.com

Mark B. Conlan
    on behalf of Notice of Appearance Creditor Novo Nordisk Inc. mconlan@gibbonslaw.com

Mark J. Schwemler
    on behalf of Notice of Appearance Creditor Aetna Health Inc. mjs@elliottgreenleaf.com

Martin A. Mooney
    on behalf of Notice of Appearance Creditor People of the State of New York Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com;TJohnson@schillerknapp.com

Marvin E. Clements, Jr
    on behalf of Notice of Appearance Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Mary Schmergel
    on behalf of Notice of Appearance Creditor United States of America mary.schmergel@usdoj.gov

Meghan M Breen
    on behalf of Notice of Appearance Creditor OptiSource LLC mbreen@lemerygreisler.com, phartl@lemerygreisler.com;ksousis@lemerygreisler.com

Melissa A Martinez
    on behalf of Defendant ALCON LABORATORIES INC. melissa.martinez@saul.com

Melissa A Martinez
    on behalf of Defendant BAUSCH HEALTH US LLC melissa.martinez@saul.com

Michael Esser
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC d/b/a/ AMNEAL SPECIALTY michael.esser@kirkland.com

Michael Esser
    on behalf of Defendant AMNEAL PHARMACEUTICALS LLC michael.esser@kirkland.com

Michael A. Kornstein
    on behalf of Attorney Cyrus Mehri mkornstein@coopererving.com

Michael G. Farag
    on behalf of Defendant KIMBERLY-CLARK CORPORATION mfarag@gibsondunn.com

Nakisha Duncan
    on behalf of Defendant GlaxoSmithKline LLC nakisha.duncan@morganlewis.com

Nakisha Duncan
    on behalf of Defendant GlaxoSmithKline LLC f/k/a Glaxo Wellcome nakisha.duncan@morganlewis.com

Nathan Delman
    on behalf of Defendant BUFFALO HOSPITAL SUPPLY LLC ndelman@hmblaw.com

Neil Matthew Berger
    on behalf of Defendant ENDO PHARMACEUTICALS INC. neilberger@teamtogut.com, dperson@teamtogut.com

Nicholas Gatto
    on behalf of Special Counsel Harter Secrest & Emery LLP ngatto@hselaw.com

Nicholas Gatto
    on behalf of Debtor Rochester Drug Cooperative Inc. ngatto@hselaw.com

Nicholas F Kajon
    on behalf of Creditor Eric Hestrup nfk@stevenslee.com

Philip Gross
    on behalf of Defendant CELGENE CORPORATION pgross@lowenstein.com echafetz@lowenstein.com

Philip Gross
    on behalf of Defendant BRISTOL-MYERS SQUIBB COMPANY pgross@lowenstein.com echafetz@lowenstein.com

Philip Gross
    on behalf of Defendant ABRAXIS BIOSCIENCE INC. pgross@lowenstein.com, echafetz@lowenstein.com

Regina Cohen
    on behalf of Defendant EMERSON HEALTHCARE LLC rcohen@lavin-law.com

Richard Nicholas Franco
    on behalf of Notice of Appearance Creditor Christopher Casey rfranco@davidsonfink.com

Richard Nicholas Franco
    on behalf of Defendant Christopher Casey rfranco@davidsonfink.com

Robert Rock
    on behalf of Notice of Appearance Creditor People of the State of New York robert.rock@ag.ny.gov

Robert K. Weiler
    on behalf of Notice of Appearance Creditor Colliers International NJ LLC rweiler@bhlawpllc.com
    lellis@bhlawpllc.com;mklein@bhlawpllc.com

Robert Kevin Malone
    on behalf of Notice of Appearance Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert Kevin Malone
    on behalf of Creditor Novo Nordisk Inc. rmalone@gibbonslaw.com

Robert L Pryor
    on behalf of Interested Party TXX Services Inc. rlp@pryormandelup.com

Robert L Pryor
    on behalf of Defendant TXX Services Inc. rlp@pryormandelup.com

Rodger M. Landau
    on behalf of Notice of Appearance Creditor Amgen USA Inc. rlandau@landaufirm.com
    srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Rodger M. Landau
    on behalf of Creditor Amgen USA Inc. rlandau@landaufirm.com
    srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Ronald E Gold
    on behalf of Notice of Appearance Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com,
    bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Ronald E Gold
    on behalf of Creditor Horizon Pharma USA Inc. rgold@fbtlaw.com,
    bsisto@fbtlaw.com;sbryant@ecf.inforuptcy.com;bsisto@ecf.inforuptcy.com

Rosa J. Evergreen
    on behalf of Interested Party Merck Sharp & Dohme Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Schering Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Schering-Plough Corp. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party Merck & Co. Inc. rosa.evergreen@arnoldporter.com

Rosa J. Evergreen
    on behalf of Interested Party MSP Singapore Co. LLC rosa.evergreen@arnoldporter.com

Sean P Williams
    on behalf of Defendant Christopher Casey spwilliams@davidsonfink.com
    caugino@davidsonfink.com;mchapman@davidsonfink.com;knicholson@davidsonfink.com;jpaulino@davidsonfink.com

Sean Patrick Williams
    on behalf of Interested Party VK Acquisitions V LLC swilliams@lplegal.com,
    nbailey@lplegal.com;ikropiewnicka@lplegal.com;kpatton@lplegal.com;druiz@lplegal.com

Seth Adam Meyer
    on behalf of Creditor Eric Hestrup sam@kellerlenkner.com docket@kellerlenkner.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shannon L Deeby
    on behalf of Creditor Mylan Specialty LP sdeeby@clarkhill.com

Shannon L Deeby
    on behalf of Creditor Mylan Pharmaceuticals Inc. sdeeby@clarkhill.com

Sheryl P. Giugliano
    on behalf of Notice of Appearance Creditor GALDERMA LABORATORIES L.P. sgiugliano@rmfpc.com, samiel@rmfpc.com

Stephen A. Donato
    on behalf of Debtor Rochester Drug Cooperative Inc. sdonato@bsk.com,
    ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen Z. Starr
  on behalf of Interested Party Donald Arthur sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
  on behalf of Interested Party Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
  on behalf of Interested Party Richard L. Klenk sstarr@starrandstarr.com jgomez@starrandstarr.com

Stephen Z. Starr
  on behalf of Notice of Appearance Creditor Stephen Giroux sstarr@starrandstarr.com jgomez@starrandstarr.com

Steven A Skalet
  on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Thomas Fawkes
  on behalf of Defendant SUN PHARMACEUTICAL INDUSTRIES INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;christine.cassidy@tuckerellis.com

Thomas Fawkes
  on behalf of Defendant EISAI INC. thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com;christine.cassidy@tuckerellis.com

Thomas H. McCann
  on behalf of Interested Party David Stachnik tmccann@thomasmccannlaw.com

Timothy Patrick Lyster
  on behalf of Defendant Paul Pagnotta tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
  on behalf of Defendant Sherwood Klein tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
  on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
  on behalf of Creditor Manufacturers and Traders Trust Company tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Tobey M. Daluz
  on behalf of Interested Party Upsher-Smith Laboratories LLC daluzt@ballardspahr.com

Todd Feinsmith
  on behalf of Interested Party Biodelivery Sciences International Inc. todd.feinsmith@troutman.com

Todd Feinsmith
  on behalf of Defendant COLLEGIUM PHARMACEUTICAL INC. todd.feinsmith@troutman.com

Todd Feinsmith
  on behalf of Defendant BIODELIVERY SCIENCES INTERNATIONAL INC todd.feinsmith@troutman.com

Todd Feinsmith
  on behalf of Interested Party Collegium Pharmaceutical Inc. todd.feinsmith@troutman.com

Wanda Borges
  on behalf of Defendant Lifescan Inc. ecfcases@borgeslawllc.com

Wanda Borges
  on behalf of Notice of Appearance Creditor Glenmark Pharmaceuticals Inc. USA ecfcases@borgeslawllc.com

Wanda Borges
  on behalf of Notice of Appearance Creditor Lifescan Global Corporation ecfcases@borgeslawllc.com

Wanda Borges
  on behalf of Defendant Lifescan Global Corporation d/b/a Lifescan ecfcases@borgeslawllc.com

Warren B. Rosenbaum
  on behalf of Notice of Appearance Creditor Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com

Warren B. Rosenbaum
  on behalf of Notice of Appearance Creditor Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com

Warren B. Rosenbaum
  on behalf of Defendant Paul Pagnotta wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com

Warren B. Rosenbaum
  on behalf of Defendant Sherwood Klein wrosenbaum@woodsoviatt.com pstewart@woodsoviatt.com

William C. Price
  on behalf of Creditor Mylan Pharmaceuticals Inc. wprice@clarkhill.com, aporter@clarkhill.com

William C. Price
  on behalf of Creditor Mylan Specialty LP wprice@clarkhill.com, aporter@clarkhill.com

William C. Price
    on behalf of Defendant MYLAN SPECIALTY L.P. wprice@clarkhill.com, aporter@clarkhill.com

William E. Brueckner
    on behalf of Defendant Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Creditor Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Cross-Claimant Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Notice of Appearance Creditor Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Notice of Appearance Creditor Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Defendant Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Creditor Sherwood Klein wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

William E. Brueckner
    on behalf of Cross-Claimant Paul Pagnotta wbrueckner@woodsoviatt.com morlando@woodsoviatt.com

TOTAL: 247

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In Re:

    Rochester Drug Cooperative, Inc.

        Debtor(s)

Case No.: 2−20−20230−PRW
Chapter: 11

Tax ID: 16−0729574

---

CASE MANAGEMENT ORDER
− CASES BEFORE JUDGE WARREN −
(CALL−IN INSTRUCTIONS FOR ALL MATTERS SCHEDULED
FOR HEARING **ON OR AFTER DECEMBER 1, 2021**)

    **\*\*\*IMPORTANT: The Court has been assigned new telephone conference numbers. The new numbers must be used for matters scheduled to be heard on or after December 1, 2021.\*\*\***

    Until further order of the Court, weekly Motion Terms, Chapter 13 Confirmation Hearings, and any other Discrete Hearings and Conferences in both Buffalo and Rochester will be conducted by telephone conference, to eliminate the need for counsel, parties, or interested persons to appear in person. Matters will begin at the regularly scheduled times. Counsel and interested parties should call the telephone conference system sufficiently in advance of the beginning of the scheduled matter by: (1) dialing **(571) 353−2301**; (2) when prompted for the "number you wish to dial" dial **808325466#**; (3) when prompted for the security pin enter **9999#**. Cases will be called in the order listed on the Court's website: https://www.nywb.uscourts.gov/calendars/judge_warren/index.html. An electronic record of each proceeding will be made.

    **THE COURT HAS DETERMINED THAT USE OF THE TELEPHONE CONFERENCE SYSTEM IS MANDATORY. ONLY COURT STAFF WILL BE PERMITTED IN THE COURTROOM − AN ATTORNEY, PARTY, OR INTERESTED PERSON SEEKING TO APPEAR IN PERSON <u>WILL NOT</u> BE PERMITTED TO ENTER THE COURTROOM.**

    **THE RECORDING OR BROADCASTING OF ANY HEARING IS PROHIBITED − ANY VIOLATION OF THIS PROHIBITION WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

    *Courtesy copies of pleadings or other papers for matters before Judge Warren are no longer to be provided to Chambers or the Clerk's Office.*

    **IT IS SO ORDERED.**

Dated: January 10, 2024
    Rochester, New York

                                          /s/
                                      **HONORABLE PAUL R. WARREN**
                                      United States Bankruptcy Judge

Form cmotele3/Doc 2137

www.nywb.uscourts.gov