**Rochester Drug Co-Operative, Inc.**
**Case Number 20-20230**
**Notes to Fourth Quarter 2024 Post Confirmation Report**

With respect to certain information contained in the report filed with the court, the Liquidating Trustee states the following:

1) In Part 3 of the report, information regarding General Unsecured Claims are listed as **$0** because many General Unsecured Claims are unliquidated and the total available for distribution remains subject to collections and litigation recoveries that are not easily quantifiable. The Liquidating Trustee is undertaking a claims analysis and collection efforts, and will provide the information on future quarterly post confirmation report(s).