Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                          )
COUNTY OF LOS ANGELES    )

I, Myra Kulick, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067.

On March 5, 2024, I caused to be served:

1. ***AMENDED*** *NOTICE OF HEARING ON MOTION TO EXCLUDE FUNDS FROM CALCULATION OF QUARTERLY FEES OWING TO THE OFFICE OF THE UNITED STATES TRUSTEE BECAUSE FUNDS WERE INCLUDED IN CALCULATION OF FEES PREVIOUSLY PAID BY DEBTOR* [Docket No. 2152]

via email to the email addresses designated by the parties, and via USPS to the addresses designated by the parties as set out in the attached lists:

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 5th day of March, 2024 at Los Angeles, California.

*/s/ Myra Kulick*
Myra Kulick

**VIA EMAIL SERVICE (COUNSEL FOR INTERESTED PARTIES)**

**US Trustee**
**Kathleen Dunivin Schmitt**     USTPRegion02.RO.ECF@USDOJ.GOV

**VIA EMAIL SERVICE (ALL PARTIES REQUESTING NOTICE)**

**Bernard Mitchell Alter**     mitchalter48@hotmail.com, mitchalter@gmail.com
**George P. Apostolides**     george.apostolides@saul.com, keri.ambrose@saul.com; LitigationDocketing@saul.com
**Leslie Barr**     lbarr@windelsmarx.com
**Lawrence Benjamin**     lbenjamin@reedsmith.com
**Neil Matthew Berger**     neilberger@teamtogut.com, dperson@teamtogut.com
**Eitan Blander**     eblander@teamtogut.com
**Wanda Borges**     ecfcases@borgeslawllc.com
**Meghan M Breen**     mbreen@lemerygreisler.com, phartl@lemerygreisler.com; ksousis@lemerygreisler.com
**Francis J Brennan**     fbrennan@nhkllp.com
**Aaron R. Cahn**     cahn@clm.com, CourtMail@clm.com
**Marvin E. Clements**     agbanknewyork@ag.tn.gov
**Regina Cohen**     rcohen@lavin-law.com
**Mark B. Conlan**     mconlan@gibbonslaw.com
**Jennifer Connolly**     jconnolly@baronbudd.com
**Catherine Curtis**     catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com
**Tobey M. Daluz**     daluzt@ballardspahr.com
**Shannon L Deeby**     sdeeby@clarkhill.com
**Nathan Delman**     ndelman@hmblaw.com
**Stephen A. Donato**     sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
**Jeffrey Austin Dove**     jdove@barclaydamon.com, avrooman@barclaydamon.com, jeffrey-dove-1212@ecf.pacerpro.com
**Nakisha Duncan**     nakisha.duncan@morganlewis.com
**Judith Elkin**     jelkin@pszjlaw.com
**John Patrick Elliott**     jpe@elliottgreenleaf.com
**Michael Esser**     michael.esser@kirkland.com
**Rosa J. Evergreen**     rosa.evergreen@arnoldporter.com
**Michael G. Farag**     mfarag@gibsondunn.com
**Thomas Fawkes**     thomas.fawkes@tuckerellis.com, thomas.fawkes@tuckerellis.com; christine.cassidy@tuckerellis.com
**Todd Feinsmith**     todd.feinsmith@troutman.com
**Lowell W. Finson**     lowellwfinson@gmail.com
**Joseph D. Frank**     jfrank@fgllp.com, csucic@fgllp.com; csmith@fgllp.com
**Nicholas Gatto**     ngatto@hselaw.com
**Sheryl P. Giugliano**     sgiugliano@rmfpc.com, samiel@rmfpc.com
**Ronald E Gold**     rgold@fbtlaw.com, bsisto@fbtlaw.com; sbryant@ecf.inforuptcy.com; bsisto@ecf.inforuptcy.com
**John C Goodchild**     john.goodchild@morganlewis.com
**David Graff**     dgraff@graffsilversteinllp.com
**Philip Gross**     pgross@lowenstein.com, echafetz@lowenstein.com
**John Hall**     jhall@lewisrice.com, john-hall-4718@ecf.pacerpro.com
**Aaron Harrah**     aaron@hpcbd.com
**Camille W. Hill**     chill@bsk.com, ayerst@bsk.com; kdoner@bsk.com; CourtMail@bsk.com
**Daniel Hofmeister**     dhofmeister@reedsmith.com
**Kirstin B. Ives**     kbi@falkenbergives.com, ag@falkenbergives.com

**Kizzy Jarashow**   kjarashow@goodwinlaw.com
**John Evans Jureller**   jjureller@klestadt.com
**Nicholas F Kajon**   nfk@stevenslee.com
**Joshua Karsh**   jkarsh@findjustice.com
**Jeremy C. Kleinman**   jkleinman@fgllp.com, csucic@fgllp.com; csmith@fgllp.com
**Michael A. Kornstein**   mkornstein@coopererving.com
**Marco B. Koshykar**   mkoshykar@nolanandheller.com, phenry@nolanandheller.com
**Jeffrey Charles Krause**   jkrause@gibsondunn.com
**Rodger M. Landau**   rlandau@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
**James D. Macri**   jmacri@goldbergsegalla.com, akapuscinski@goldbergsegalla.com; sweisheit@goldbergsegalla.com
**Christopher John Major**   cjm@msf-law.com
**Robert Kevin Malone**   rmalone@gibbonslaw.com
**John J Martin**   jmartin@martin-law.net
**Melissa A Martinez**   melissa.martinez@saul.com
**Thomas H. McCann**   tmccann@thomasmccannlaw.com
**Chantelle McClamb**   mcclambc@ballardspahr.com
**Mark McKane**   mark.mckane@kirkland.com
**Cyrus Mehri**   cmehri@findjustice.com
**Evelyn J. Meltzer**   evelyn.meltzer@troutman.com
**Julio E Mendoza**   rmendoza@nexsenpruet.com
**Seth Adam Meyer**   sam@kellerlenkner.com, docket@kellerlenkner.com
**Mark Minuti**   mark.minuti@saul.com, robyn.warren@saul.com
**Martin A. Mooney**   Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com; TJohnson@schillerknapp.com
**Lucian B. Murley**   luke.murley@saul.com, robyn.warren@saul.com
**Alexander Nicas**   alexander.nicas@kirkland.com
**Devin L. Palmer**   dpalmer@boylancode.com, dpalmer@boylancode.com; sciaccia@boylancode.com; rmarks@boylancode.com
**Alexa Perlman**   alexa.perlman@kobrekim.com
**Carl H. Petkoff**   cpetkoff@nexsenpruet.com
**Constantine Dean Pourakis**   cp@stevenslee.com
**William C. Price**   wprice@clarkhill.com, aporter@clarkhill.com
**Robert L Pryor**   rlp@pryormandelup.com
**David M Pyun**   david@davidpyunlaw.com
**David L. Rasmussen**   drasmussen@davidsonfink.com, caugino@davidsonfink.com; mchapman@davidsonfink.com; spwilliams@davidsonfink.com; knicholson@davidsonfink.com
**Kenneth A. Reynolds**   kreynolds@mklawnyc.com, tcard@mklawnyc.com; jwalsh@mklawnyc.com
**Aisha Rich**   arich@findjustice.com, pleadings@findjustice.com
**Adriana Riviere-Badell**   adriana.riviere-badell@kobrekim.com
**Robert Rock**   robert.rock@ag.ny.gov
**Brian Roy**   broy@harrisbeach.com, bkemail@harrisbeach.com
**Daniel Joseph Saval**   daniel.saval@kobrekim.com
**Mary Schmergel**   mary.schmergel@usdoj.gov
**Mark J. Schwemler**   mjs@elliottgreenleaf.com
**Shannon Anne Scott**   shannon.scott2@usdoj.gov
**Steven A Skalet**   pleadings@findjustice.com
**Artem Skorostensky**   askorostensky@goodwinlaw.com
**Kathryn L. Smith**   kathryn.l.smith@usdoj.gov, jacqueline.markidis@usdoj.gov, USANYW.bankruptcyfilings@usdoj.gov
**Stephen Z. Starr**   sstarr@starrandstarr.com, jgomez@starrandstarr.com
**Howard S Steel**   hsteel@goodwinlaw.com

**Joann Sternheimer**  jsternheimer@lippes.com, jharriman@deilylawfirm.com; ecfactivitynotices@deilylawfirm.com
**Joshua Sussberg**  joshua.sussberg@kirkland.com
**Louis J. Testa**  louis.testa@ag.ny.gov
**James C. Thoman**  jthoman@hodgsonruss.com, cnapiers@hodgsonruss.com; mheftka@hodgsonruss.com
**Gordon J. Toering**  gtoering@wnj.com
**Helen Tuttle**  helen.tuttle@faegredrinker.com
**Keara Waldron**  kwaldron@lowenstein.com
**John R. Weider**  jweider@barclaydamon.com, nbishouty@barclaydamon.com
**Robert K. Weiler**  rweiler@bhlawpllc.com, lellis@bhlawpllc.com; mklein@bhlawpllc.com
**Christopher B. Wick**  cwick@hahnlaw.com, cmbeitel@hahnlaw.com
**Sean P Williams**  spwilliams@davidsonfink.com, caugino@davidsonfink.com; mchapman@davidsonfink.com; knicholson@davidsonfink.com; jpaulino@davidsonfink.com
**Sean Patrick Williams**  swilliams@lplegal.com, nbailey@lplegal.com; ikropiewnicka@lplegal.com; kpatton@lplegal.com; druiz@lplegal.com
**Lee E. Woodard**  bkemail@harrisbeach.com, efilings@harrisbeach.com; broy@harrisbeach.com; bmahoney@HarrisBeach.com; KMeans@HarrisBeach.com

**VIA US POSTAL SERVICE**

| Bruce W. Bieber<br>Kurzman Eisenberg Corbin & Lever, LLP<br>One North Broadway<br>12th Floor<br>White Plains, NY 10601 | CBRE, Inc.<br>250 Pehle Avenue<br>Suite 600<br>Saddle Brook, NJ 07663 | Colliers International NJ LLC<br>Morris Corporate Center 1<br>300 Interpace Parkway. Bldg C, 3rd Fl<br>Parsippany, NJ 07054-1100 |
|---|---|---|
| Epiq Corporate Restructuring, LLC<br>Attn: Sidney Garabato<br>777 Third Avenue<br>12th Floor<br>New York, NY 10017 | GlassRatner Advisory & Capital Group, LLC<br>299 Park Avenue<br>21st Floor<br>New York, NY 10171 | Greendyke, Jencik & Associates CPAs, PLLC<br>110C Linden Oaks<br>Rochester, NY 14625 |
| Huron Consulting Services LLC<br>Attn: Brian S. Buebel<br>550 West Van Buren Street<br>Chicago, IL 60607 | Hyman, Phelps & McNamara, P.C.<br>700 Thirteenth Street, N.W.<br>Suite 1200<br>Washington, DC 20005-5929 | JM Partners LLC<br>ATTN: John Marshall<br>6800 Paragon Place<br>Suite 202<br>Richmond, VA 23230 |
| John T. Kinney<br>9226 NW 9th Court<br>Plantation, FL 33324 | Klehr Harrison Harvey Branzburg, LLP<br>Attn: Morton R. Branzburg<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103 | Missouri Department of Revenue<br>Attn: Steven A. Ginther<br>P. O. Box 475<br>Bankruptcy Unit<br>Jefferson City, MO 65105-0475 |
| Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 | Oracle America, Inc.<br>Buchalter PC<br>c/o Shawn M. Christianson<br>55 2nd St., 17th Fl.<br>San Francisco, CA 94105 | Stretto<br>Attn: Sheryl Betance<br>410 Exchange, Ste. 100<br>Irvine, CA 92602 |
| Office of the U.S. Trustee<br>Attn: Kathleen Dunivin Schmitt<br>100 State Street, Room 6090<br>Rochester, New York | | |