Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Advisory Trust Group, Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |

## <u>CERTIFICATE OF SERVICE</u>

STATE OF CALIFORNIA       )
                                    )
COUNTY OF LOS ANGELES   )

     I, Myra Kulick, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067.

     On October 24, 2025, I caused to be served:

    1.    *POST CONFIRMATION REPORT (Quarter Ending 9/30/2025)* [Docket No. 2179]

via email to the email addresses designated by the parties as follows:

        Erin Champion, Assistant US Trustee: *erin.champion@usdoj.gov*
        Mark Bruh, Esq.: *Mark.Bruh@usdoj.gov*
        Stephanie Becker: *stephanie.becker@usdoj.gov* '

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of October, 2025 at Los Angeles, California.

/s/ Myra Kulick
Myra Kulick