# EXHIBIT A

**Proposed Order**

Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Advisory Trust Group, LLC, in its capacity as Trustee of the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| ROCHESTER DRUG CO-OPERATIVE, INC., | ) | Case No. 20-20230 (PRW) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER EXTENDING THE RDC LIQUIDATING TRUST THROUGH MARCH 19, 2028**

Upon consideration of the *Motion for Entry of an Order Extending the RDC Liquidating Trust Through March 19, 2028* (the "**Motion**") [Doc. No. __];[1] and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion and the hearing was sufficient and proper; and (d) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2. The RDC Liquidating Trust established pursuant to the *Second Amended Chapter 11 Plan of Liquidation Dated January 15, 2021* [Doc. 1145] (the "Plan") of Rochester Drug Co-Operative, Inc. ("RDC" or the "Debtor"), the *Decision and Order and Findings of Fact and Conclusions of Law Confirming the Debtor's Second Amended Chapter 11 Plan of Liquidation* [Doc. No. 1257] (the "Confirmation Order") and that certain Liquidating Trust Agreement and Declaration of Trust (the "Trust Agreement") is hereby extended for all purposes through and including March 19, 2028.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Rochester, New York
_____ \_\_, 2025

_____
THE HONORABLE PAUL R. WARREN
UNITED STATES BANKRUPTCY JUDGE