# EXHIBIT B

**Declaration of Robert Michaelson**

Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Advisory Trust Group, LLC, in its
capacity as Trustee of the RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC., | Case No. 20-20230 (PRW) |
| Debtor. | |

**DECLARATION OF ROBERT MICHAELSON IN SUPPORT OF
MOTION FOR ENTRY OF AN ORDER EXTENDING
THE RDC LIQUIDATING TRUST THROUGH MARCH 19, 2028**

I, Robert Michaelson, declare under penalty of perjury as follows:

1. I am a co-founder and co-managing member of Advisory Trust Group, LLC (the "Trustee") of the RDC Liquidating Trust formed pursuant to the *Second Amended Chapter 11 Plan of Liquidation* [Doc. No. 1145] of Rochester Drug Co-Operative, Inc. ("RDC" or the "Debtor"). I submit this declaration in support of the Liquidating Trustee's *Motion for Entry of an Order Extending the RDC Liquidating Trust Through March 19, 2028* ("Motion").[1] I have personal knowledge of the facts set forth herein unless otherwise stated.

2. Since the Effective Date, the Trustee and its professionals have worked diligently to administer the RDC Liquidating Trust and liquidate its remaining Assets.

---

[1] Capitalized terms not otherwise defined have the meanings ascribed to such terms in the Motion.

3. Starting on the Effective Date with an initial trust finding of $13,188,784, the Trustee has collected an additional $51,630,140 million through September 30, 2025, from which the Trustee has disbursed $16,897,994. As of September 30, 2025, the Trust is holding $47,920,929.90 in cash. This figure includes $676,046 in interest earned through September 30, 2025, which will continue to accrue at 2% on the Trust balance. A summary of collections and disbursements as of September 30, 2025 is attached as **Exhibit C**.

4. Causes of Action have been the primary source of recoveries under the Plan and are the only significant Assets that the RDC Liquidating Trust continues to pursue. A summary of the Trustee's progress in this area is below.

5. *Preference Actions*. The Trustee has aggressively pursued its right to recover transfers that are avoidable under Bankruptcy Code sections 547 (the "Preference Claims") including prosecuting 72 adversary proceedings (the "Preference Actions") through its counsel, Pachulski Stang Ziehl & Jones, LP. Only one substantive, contested Preference Action is still pending: *Advisory Trust Group, LLC, as Trustee of the RDC Liquidating Trust v. AstraZeneca LP* (Case No. 2-22-02008), which is set for mediation on November 19, 2025.[2] The amount at issue is $2,564,813.34. From the Effective Date through September 30, 2025, the RDC Liquidating Trust has collected $17,483,541 related to Preference Claims.

6. *Antitrust Claims*. The Trustee has prosecuted (as a named plaintiff or as an unnamed class member) approximately twenty-five (25) actions under federal antitrust and/or RICO statutes (the "Antitrust Actions"). It has done so through its sole and exclusive counsel retained for purposes of the Antitrust Actions, Faruqi & Faruqi LLP ("Faruqi"). Sixteen (16) of

---

[2] *Advisory Trust Group, LLC, as Trustee of the RDC Liquidating Trust v.* Endo Pharmaceuticals (Case No. 2-22-02026) is stayed due to the defendant's bankruptcy. The Trust filed a proof of claim (No. 6028). The Debtor confirmed a liquidating plan and this claim was transferred to and assumed by the Endo GUC Liquidating Trust.

the Antitrust Actions were settled in whole or in part prior to verdict; two (2) were otherwise dismissed; and nine (9) are still pending in whole or part. From the Effective Date through September 30, 2025, the RDC Liquidating Trust has collected $8,135,639 in proceeds from the Antitrust Actions. The Trustee understands from Faruqi that the remaining Antitrust Actions, if not settled, should reach trial by 2027, but has been advised that it is difficult to predict delays from intervening interlocutory appeals and stays that might extend this date farther into the future. The RDC Liquidating Trust's proceeds from the pending Antitrust Actions could total approximately $4,500,000.

7. *Accounts Receivable Actions.* The Trustee has assertively pursued outstanding accounts receivable (the "A/R Claims"), including filing and prosecuting numerous collections actions and/or continuing actions previously brought by the Debtor (the "A/R Actions") through its counsel Kurzman Eisenberg Corbin & Lever, LLP. From the Effective Date through September 30, 2025, the RDC Liquidating Trust has collected $18,962,250 in proceeds from the A/R Claims. There are currently 14 cases that are open that have balances greater than $75,000. One matter, Drug Mart, is scheduled for trial in April 2026. In that lawsuit, the Trustee entered judgment against the operating entity in the amount of $5.079 million. The pending A/R Claims are against the guarantors, who allege that their personal guarantees are forged. The Trustee also successfully entered judgment against five pharmacies owned by former director Stephen Giroux for approximately $3.48 million. Enforcement is stayed as a result of a subordination agreement entered into shortly prior to RDC's bankruptcy filing. However, the Trustee is working with the prior lender to be able to pursue enforcement, and the Trustee is scheduled to depose the judgment debtors in early November. Finally, after reaching settlements with four pharmacies owned by Tonino Sementilli (deceased), which resulted in collections of approximately $1.6

million, the Trustee entered judgment against his final pharmacy, Specialty Care Pharmacy Inc., in the amount of $1.365 million. The Trustee is currently conducting discovery to pursue an action for fraudulent conveyance against Sementilli's siblings, who closed the pharmacy, but may have conveyed the assets to the other pharmacies which they continue to operate.

8. *D&O Action.* The RDC Liquidating Trust received $2.5 million in settlement of the D&O Action.

9. *The Hiscox Litigation*. The RDC Liquidating Trust received $3.4 million in settlement of the Coverage Action.

10. As of September 30, 2025, creditors have filed 3,127 proofs of claim against the Debtor ("Total Claims"). Current, active General Unsecured Claims assert liabilities totaling approximately $353.5 billion ($353.48 billion in Opioid Claims and $72.1 million in Trade Claims). A brief description of the General Unsecured Claims is below.

11. *The Opioid Claims*. Creditors filed approximately 2,650 claims that allege injuries caused by the Debtor's distribution of opioids (the "Opioid Claims"). In general, the Opioid Claims were filed by (a) individuals who allege personal injuries on behalf of themselves or others (the "Individual Opioid Claims") and (b) municipal entities (states, cities, school districts, et cetera) (the "Municipal Opioid Claims") who essentially that the Debtor's distribution of opioids created a strain on public resources (for example, increased health care costs, increased incarceration and policing costs, and increased educational costs) for which the Debtor should have to pay to abate. To date, the Trust has filed 26 rounds of omnibus objections to Opioid Claims, resulting in the disallowance or withdrawal of over 2,200 Opioid Claims (the "Omnibus Objections"). The Omnibus Objections sought to eliminate Opioid Claims of individuals and/or entities that had no tie to the states in which the Debtor did business and failed to allege any

connection between their injuries and RDC. After the Omnibus Objections, there are still over 400 Opioid Claims, primarily Municipal Opioid Claims which allege damages of $353.48 billion.

12. *The Trade Claims*. There are approximately 280 current, active claims that seek payment for goods and services and/or miscellaneous accounts. Along with Allowed scheduled claims for goods and services (collectively, the "Trade Claims"), the Trade Claims total about $72.1 million.

13. *Distributions*. From the Effective Date through September 30, 2025, the Trust has made distributions on account of Allowed Administrative Claims totaling $58,413. To date, the Trustee has not made a distribution on General Unsecured Claims. The Trustee anticipates that the Trust will make an interim distribution in 2026 and a final distribution no later than March 19, 2028.

14. The Trustee asks that the Court extend the RDC Liquidating Trust through March 19, 2028 so that

15. In spite of the significant progress made to date in this case, however, the Trustee needs additional time to conclude the pending Causes of Action, liquidate the Debtor's remaining Assets and make interim and final distributions to creditors on account of Allowed Claims (and/or file objections to Claims). There is no prejudice from extending the duration of the RDC Liquidating Trust as it will give the Trustee additional time to recover and liquidate additional assets, which will only insure to the benefit of General Unsecured Creditors.

16. The Trustee consulted the Oversight Committee prior to filing this Motion and it members have no objection to the requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York

November 19, 2025

                                                  */s/ Robert Michaelson*
                                                 Robert Michaelson