# EXHIBIT C

## Cash Analysis as of 9/30/25

RDC LT
Cash Analysis as of 9.30.25

| Initial Trust Funding | | |
|---|---|---|
| Receipt Category | Amount | Notes |
| Transfer from Debtor | 8,878,238 | Initial Transfers to Trust |
| Professional Fee Escrow Refund | 2,952,584 | Transfer from BSK on 6.11.21 |
| Tax Escrow Funds | 1,338,514 | Transfer from BSK on 3.31.21 |
| (Tax Disbursements from Escrow) | (97,365) | IRS Settlement Payment made on 5.12.22 |
| M&T Accounts | 215,604 | Beginning Balance at M&T Accounts at Effective Date |
| (M&T Debtor related Disbursements) | (98,791) | M&T Debtor related expenses |
| | $ 13,188,784 | |

| Date | Amount | Note |
|---|---|---|
| 3/23/2021 | 8,043,737 | Initial Transfer to Trust |
| 3/23/2021 | 421,688 | Initial Transfer to Trust |
| 3/23/2021 | 116,813 | Initial Transfer to Trust |
| 3/31/2021 | 296,000 | Sale Deposit from BSK to Trust |
| | $ 8,878,238 | |

| Trust Receipts | | |
|---|---|---|
| Receipt Category | Amount | Notes |
| AR | $ 18,962,250 | |
| Preference Settlement | 17,483,541 | |
| Anti-Trust Settlement | 8,135,639 | |
| Hiscox Settlement | 3,400,000 | |
| D&O Litigation | 2,500,000 | |
| Insurance Policy (Net of Overpayment) | 386,524 | $287,250 was overpaid to Trust in error |
| Other Receipts | 86,140 | Miscellaneous refunds |
| Interest | 676,046 | |
| | $ 51,630,140 | |

| Trust Disbursements | | |
|---|---|---|
| Disbursement Category | Amount | Notes |
| Professional Fees | 14,166,580 | |
| Taxes | 1,486,039 | Less $97,365 from Tax Escrow Funds |
| Consultants | 408,371 | |
| Expenses | 620,581 | Less $98,791 from M&T Debtor Expenses |
| UST Fees | 103,148 | |
| Admin Claim | 58,413 | |
| Bank Fees | 36,000 | |
| RDC Employee Legal Expense | 18,863 | |
| | $ 16,897,994 | |

| | | |
|---|---|---|
| Balance: | $ | 47,920,929 |
| Stretto Ledger Balance | $ | 47,920,930 |
| | $ | 0 |